# Index to Appendix

**Document** **Page**

Index to Appendix....................1

Declaration of Patricia Gomersall, CFTC Investigator....................3

Supplemental Gomersall Declaration Exhibits.................... 239-1

Declaration of Dana Samuelson, CFTC Expert....................240

Declaration of Jeremy Christianson, CFTC Forensics Manager....................254

Declaration of Salma Mack, CFTC Forensics Investigator....................258

Declaration of Elizabeth Planer, Special Agent with the Alabama Securities Commission....................262

Declaration of Alabama Investor #1....................731

Declaration of Alabama Investor #2....................768

Declaration of Alabama Investor #3....................788

Declaration of Arina Filippenko, Alaska Division of Banking and Securities Financial Examiner....................816

Declaration of Michael Strickland, California Department of Business Oversight Investigator....................844

Declaration of California Investor #1....................901

Declaration of California Investor #2....................903

Declaration of California Investor #6....................904

Declaration of Eric Roseman, Colorado Division of Securities Investigator....................906

Affidavit of Colorado Investor #2....................993

Affidavit of Colorado Investor #4....................997

Affidavit of Colorado Investor #7....................1002

Affidavit of Colorado Investor #9....................1005

Affidavit of Colorado Investor #10....................1037

Affidavit of Colorado Investor #11 ........ 1041

Affidavit of Colorado Investor #12 ........ 1043

Affidavit of Colorado Investor #14 ........ 1045

Affidavit of Colorado Investor #15 ........ 1048

Declaration of Nicholas G. Vretakis, Securities and Charities Division of the Georgia Office of the Secretary of State Enforcement Attorney ........ 1051

Declaration of Georgia Investor #1 ........ 1079

Affidavit of Joe Kemper, Office of the Indiana Secretary of State, Securities Division, Enforcement Investigator ........ 1119

Declaration of Alondra M. Ahuatzi-Delgado, Kentucky Department of Financial Institutions, Financial Institutions Examiner ........ 1202

Affidavit of Kentucky Investor #1 ........ 1218

Affidavit of Kentucky Investor #2 ........ 1220

Affidavit of Kentucky Investor #3 ........ 1222

Affidavit of Kentucky Investor #4 ........ 1228

Affidavit of Kentucky Investor #5 ........ 1230

Declaration of Nathan McLaughlin, State of Maine Office of Securities, Investigator ........ 1236

Declaration of Trinity Gainey, Securities Division of the Maryland Office of the Attorney General, Investigator ........ 1240

Declaration of Michael Huggs, Mississippi Secretary of State, Director of the Securities Division ........ 1380

Declaration of Steven C. Fulmer, Securities Division of the South Carolina Office of the Attorney General, Enforcement Specialist (Investigator) ........ 1386

Declaration of Phillip Fuselier, Enforcement Division of the Texas State Securities Board, Financial Examiner ........ 1399

Declaration of Brooks Martin, Bureau of Enforcement within the State of Wisconsin, Department of Financial Institutions, Division of Securities, Examiner ........ 1469

**DECLARATION OF PATRICIA GOMERSALL**
**PURSUANT TO 28 U.S.C. § 1746**

I, Patricia Gomersall, hereby make the following declaration based upon my personal knowledge:

## I. Background

1. I am a Senior Futures Trading Investigator in the Division of Enforcement ("Division") at the Commodity Futures Trading Commission (the "Commission" or "CFTC") in Washington, D.C. I have worked in this capacity for the Commission since August 1987. I graduated from the University of Colorado in May 1980 with a Bachelor of Science degree. From 1982 through July 1987, I was employed as an Associated Person with E.F. Hutton and Company in Washington, D.C.

2. My responsibilities as a Senior Futures Trading Investigator include the investigation of registered and unregistered commodity firms, alleged Ponzi schemes, commodity pools, metals dealers and individuals located throughout the United States, in order to ensure compliance with and enforcement of the Commodity Exchange Act ("CEA") and the rules and regulations promulgated thereunder. Throughout my career with the Commission, I have routinely analyzed and reviewed thousands of financial documents, including, but not limited to, bank records, trading account documents and investor documents. I have also reviewed and analyzed hundreds of internet websites.

## II. Records Reviewed

3. I reviewed documents and information in the preparation of this declaration from the following sources:[1]

a. Documents produced by Defendant TMTE, Inc., d/b/a Metals.com, Chase Metals, LLC, Chase Metals, Inc., (collectively "Metals") in twenty-three separate productions between August 2019 and August 2020, pursuant to a subpoena by the CFTC dated July 25, 2019;

b. Information regarding the establishment and ownership of firms in the name of, and/or controlled by the defendants, including the databases of:

   i. The California Secretary of State Business website at https://businesssearch.sos.ca.gov for business entity information on TMTE, Inc. d/b/a Metals.com, Barrick Capital, Inc., and Tower Equity, LLC;

   ii. The Wyoming Secretary of State business website at https://wyobiz.wyo.gov/Business/FilingSearch.aspx for business entity information on Metals.com, LLC, Tower Equity, LLC, and Tower Holdings, LLC; and

   iii. The Delaware Division of Corporations website at https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx for business entity information on Barrick Capital, Inc.

[1] The documents that I reviewed for the preparation of this Declaration are extremely voluminous and therefore not all are attached; most are summarized herein. All documents can be made available for review upon request. Personal identifying information on documents, such as account numbers and social-security numbers, have been redacted in accordance with Federal Rule of Civil Procedure 5.2.

c. Documents for bank and credit card accounts in the name of, and/or under the control of, the defendants, including documents from:

   i. One West Bank;
   ii. Bank of America, NA;
   iii. Wells Fargo Bank, NA;
   iv. Opus Bank;
   v. First Bank;
   vi. JPM Chase Bank; and
   vii. American Express.

d. Documents for investor accounts from Self-Directed IRA custodians ("SDIRA"), including:

   i. New Direction Trust Company;
   ii. Equity Institutional; and
   iii. The Entrust Group.

e. Information regarding the sale of Precious Metals Bullion from wholesale metals dealers Bayside Metals Exchange ("Bayside") and Dillon Gage; and

f. Documents produced to the Commission, pursuant to formal access grants from the Alabama Securities Commission and the Texas State Securities Board.

## III. Summary

4. Since at least September 2017 through the present ("Relevant Period"), Defendants TMTE, Inc., d/b/a Metals.com, Chase Metals, LLC, Chase Metals, Inc., (collectively "Metals"), Barrick Capital, Inc. ("Barrick") and their principals, Lucas Asher a/k/a Lucas Thomas Erb a/k/a Luke Asher ("Asher"), and Simon Batashvili ("Batashvili") (collectively

"Defendants") have solicited members of the general public, through internet advertising and direct telephone sales, to purchase gold and silver bullion ("Precious Metals Bullion").

5.      Defendants Metals and Barrick, and relief defendant Tower Equity, LLC ("Tower Equity") have offices in California, located at, among other places, 8383 Wilshire Blvd. Los Angeles. Defendants Batashvili and Asher also reside in California. During the relevant period, Defendants employed over 700 employees, agents, and/or independent contractors to solicit and accept funds from investors and assist them with managing their investment accounts.

6.      Over 1,600 investors purchased Precious Metals Bullion through what the Defendants refer to as "Phone Sales," by transferring retirement savings, including but not limited to, retirement savings held in tax advantaged accounts such as Individual Retirement Accounts; employer sponsored 401(k) and 457(b) plans; Thrift Savings Plans; life insurance; annuities; money market accounts; and other long-term retirement savings vehicles ("Qualified Retirement Savings") into Self-directed IRA accounts ("SDIRA") to purchase Precious Metals Bullion, or by purchasing Precious Metals Bullion by check, wire transfer, or credit card directly from the Defendants ("Cash Account").

7.      Between September 1, 2017 and June 1, 2020, over $185 million in investor funds were deposited into bank accounts owned and controlled by Defendants for the purchase of Precious Metals Bullion.  Between June 18, 2020 through August 3, 2020, an additional $2.7 million in investor funds were used to purchase Precious Metals Bullion through accounts with SDIRA Custodian The Entrust Group "(Entrust").

8.      Defendants did not hold Precious Metal Bullion for their investors. Precious Metals Bullion was purchased by Defendants from wholesale metals dealers and resold it to their investors.  The majority of the defendant's investors purchased Precious Metals Bullion through

SDIRA accounts.[2]

## IV. Defendants and Relief Defendant

9. Defendant TMTE, Inc., d/b/a Metals.com is a Wyoming corporation with its headquarters at 1712 Pioneer Avenue, Suite 2145, Cheyenne, Wyoming. TMTE, Inc. uses or has used the business names Metals.com, Chase Metals, LLC, and Chase Metals, Inc. TMTE lists its place of business at 433 N. Camden Drive, Suite 970, Beverly Hills, California. TMTE was originally organized as a Wyoming limited liability corporation on April 30, 2008. It converted to a corporation on March 8, 2017, under the name Chase Metals, Inc.[3] See Attachment A.

10. Defendant Chase Metals, Inc. is a Wyoming corporation now known as TMTE, Inc. Its headquarters are located at 1712 Pioneer Avenue, Suite 2145, Cheyenne, Wyoming, and it has a place of business at 433 N. Camden Drive, Suite 970, Beverly Hills, California and 8383 Wilshire Blvd, Suite 700, Beverly Hills, California. See Attachment A.

11. Defendant Chase Metals, LLC, is a Wyoming limited liability company converted to a Wyoming corporation now known as TMTE, Inc. Its headquarters are located at 1712 Pioneer Avenue, Suite 2145, Cheyenne, Wyoming, and it has a place of business at 433 N. Camden Drive, Suite 970, Beverly Hills, California and 8383 Wilshire Blvd, Suite 700, Beverly Hills, California. See Attachment A.

12. Defendant Barrick Capital, Inc. is a Delaware corporation incorporated on August

[2] Members of the public could also purchase metal and coins directly from the Metals.com website using PayPal or a credit card and have the coins shipped directly to them. Customers could not make purchases on the internet for a SDIRA account. During the Relevant Period, Metals internet sales were approximately $2,573,420. The specific, highly overpriced Precious Metals Bullion sold to the public through phone sales were only sold via telephone sales and were *not* available on the website. As such, an analysis of the internet activity is not included in this Declaration.

[3] Documents pertaining to the corporate status Defendant TMTE a/k/a Metals.com, Chase Metals LLC and Chase Metals, Inc. were provided to the Commission by Defendant Metals.

20, 2019. Barrick filed as a Foreign Corporation with the Secretary of State of California on February 6, 2020, and lists its Principal Executive office as 236387 Lyons Avenue #223, Newhall, CA 91321. See Attachment B.

13.     Relief Defendant Tower Equity, LLC is a Wyoming Limited Liability Company formed in June 2013. Tower Equity filed as a Foreign Limited Liability Company with the California Secretary of State on January 3, 2017. It has a place of business at 8383 Wilshire Blvd., Beverly Hills, CA 90211, and Simon Batashvili is listed as the Manager/Member. See Attachment C.

14.     Defendant Simon Batashvili is identified as an Officer of TMTE in documents provided to the Commission in response to a Commission subpoena to Defendant Metals. He is listed as a Manager/Member of Relief Defendant Tower Equity. Batashvili is listed as a "Trusted Advisor" and resident of California in the employee list provided by Defendant Metals. Batashvili is a signatory and controlling person on bank accounts of Metals, Barrick and Tower Equity. See Attachment D

15.     Defendant Lucas Asher is identified as an Officer of TMTE in documents provided to the Commission in response to a Commission subpoena to Defendant Metals. He is a Manager/Member of Relief Defendant Tower Equity. Asher is listed as the Chief Managing Officer and resident of California in the employee list provided by Defendant Metals. See Attachment D

## V.  Bank Accounts

**Defendant Metals**

16.     During the Relevant Period, Defendant Metals accepted funds from investors, either directly or through SDIRA custodians, into bank accounts controlled by them at One West Bank ("One West") and Bank of America ("BofA"). These accounts were funded almost exclusively with investor funds. Metals used these bank accounts, including but not limited to, transfer funds to other accounts controlled by Batashvili and Asher, purchase Precious Metals Bullion, pay employees, pay credit card bills and other expenses.

17.     One West account *9387[4] has Defendant Simon Batashvili as a signatory on the account, as well as his brother, Perez Batashvili, and his wife Fainche J. MacCarthy. Between September 2017 and November 2017, Defendants accepted investor funds into the One West account from SDIRAs and directly from investors. This account closed in November 2017. See Attachment E.

18.     BofA account *4024 was opened in October 2017 in the name of Chase Metals, Inc. Simon Batashvili is listed as the President/Secretary of the company, and listed his email address as simon@metals.com.  Perez Batashvili and Fainche J. MacCarthy were later added to this account as signatories. In November 2018, the name on the account was changed to TMTE Inc., d/b/a Metals.com. See Attachment F.

19.     During the Relevant Period, Defendant Metals accepted **at least $165,889,585** in investor funds into bank accounts at One West and BofA for the purchase of Precious Metals Bullion.   See Attachment G.

---

[4] This account originally opened in the name Access Limited, LLC[4] in July 2016 and the name on the account was changed to Chase Metals, LLC in September 2016.

**Defendant Barrick**

20.    Beginning in December 2019 through the present, Defendant Barrick accepted funds from investors, either directly or through SDIRA custodians, into banks accounts controlled by them at BofA and Wells Fargo. These accounts were funded almost exclusively with investor funds. Barrick used these bank accounts, including but not limited to, transfer funds to other accounts controlled by Batashvili and Asher, purchase Precious Metals Bullion, pay employees, pay credit card bills and other expenses.

21.    BofA account *6672 was opened in October 2019 in the name Barrick Capital Inc. Simon Batashvili is listed as the Managing Partner, and listed his email address as simon@towerequity.com.  See Attachment H.

22.    Wells Fargo account *9973 was opened in March 2020 in the name of Barrick Capital Inc. Simon Batashvili is listed as the Sole Owner/Owner with Control of the Entity.   See Attachment I.

23.    During the relevant time period, Defendant Barrick accepted **at least $15,297,347.93** in investor funds into bank accounts at BofA and Wells Fargo for the purchase of Precious Metals Bullion.   See Attachment J.

**Relief Defendant Tower Equity**

24.    BofA account *7454 was opened in November 2018 in the name Tower Equity, LLC.  Simon Batashvili is listed as the manager of the company, and Perez Batashvili is a signatory on the account. During the Relevant Period, millions of dollars flowed between the Metals' and Barrick's bank accounts and Tower Equity's bank account.  See Attachment L. Notably, Metals sales representatives or other agents directed Metals investors to deposit funds

into this account. See Attachment K.

25. Between September 2018 and August 2019, at least twelve Metals investors were instructed to send checks and wires to the Tower Equity account *7454, for purchase of Precious Metals Bullion from Metals. As the following table shows, the Tower Equity account received over $5 million from these Metals investors:

| | | | | |
|---|---|---|---|---|
| Investor C.F | 9/25/18 | wire | $500,000.00 | 9/26/18 |
| Investor C.F | 9/25/18 | wire | $500,000.00 | 9/26/18 |
| Investor D.R. | 11/7/18 | check | $450,000.00 | 11/9/18 |
| Investor C.H. | 11/15/18 | check | $99,894.00 | 11/2/18 |
| Investor R.M | 12/21/18 | check | $2,500,000.00 | 1/10/19 |
| Investor E.T. | 2/1/19 | check | $250,000.00 | 2/7/19 |
| Investor B.A. | 3/8/19 | wire | $100,000.00 | 3/13/19 |
| Investor D.M. | 3/26/19 | check | $285,000.00 | 3/26/19 |
| Investor T.C. | 3/28/19 | wire | $100,000.00 | 4/3/19 |
| Investor B.H. | 4/13/19 | check | $105,000.00 | 4/18/19 |
| Investor B.A. | 5/3/19 | wire | $26,000.00 | 5/3/20 |
| Investor B.A. | 5/3/19 | wire | $26,000.00 | 5/3/20 |
| Investor C.B. | 5/29/19 | check | $150,000.00 | 5/31/19 |
| Investor W.G. | 7/26/19 | check | $40,000.00 | 8/21/19 |
| Investor W.G. | 8/16/19 | check | $60,000.00 | 8/21/19 |

**Total: $5,191,894.00**

26. These funds were not used by Tower Equity to purchase Precious Metals Bullion from Bayside or Dillon Gage for these Metals' clients. These funds were not transferred from Tower Equity back to the Metals account at BofA between September 2018 and August 2019. However, these investors did receive their Precious Metals Bullion. Copies of these investor checks and wires, and the corresponding investor invoices from Metals, are found at Attachment M.

27. Wells Fargo account *4517 was opened in the name Tower Equity, LLC in March 2020. Simon Batashvili is listed as the Sole Owner/Owner with Control of the Entity of the

company. Separate from the transactions with Metals, between April and June 2020, over $3.5 million was transferred into this account from Barrick Capital accounts *6672 at BofA, and *9973 at Wells Fargo. See Attachment N.

28. In summary, during the Relevant period, Defendants received over $185 million from investors for the purchase of Precious Metals Bullion in accounts under their control.

**Other Accounts Owned and Controlled By the Defendants**

29. During the Relevant Period, Barrick paid bills and expenses on behalf of Metals, including but not limited to over $56,000 to pay down Metals' March 2020 corporate credit card bill at American Express. As the bank records show, Defendants moved funds freely between accounts in their names and other bank accounts under their control. Investors were instructed to deposit funds into Metals and Barrick accounts, as well as other bank accounts under the control of the Defendants and Relief Defendant. Defendants moved funds freely between accounts in their names and other bank accounts under their control for Precious Metals Bullion liquidations, and as well as reimbursement for fees, from these accounts.

30. JPMChase account *1682 was opened in the name Tower Holdings, Inc. in July 2019. Lucas Asher is the sole owner of the company, and the sole signatory on the account. This account is funded by transfers from Best New account*6901 and $50,000 from Tower Equity. Notably, Asher paid at least two Metals' investors over $46,000 in April 2020 from this account See Attachment O.

31. First Bank account *7204 was opened in the name of Administrative Account Services, LLC in May 2020. Lucas Asher is listed as the sole Authorized Signatory on the account. This account is funded with almost $800,000 in transfers from the Tower Equity

account *4517 at Wells Fargo. Importantly, this account received funds from at least four Metals' investors, and $65,000 from Bayside, the wholesale metals dealer for Metals and Barrick. The majority of the withdrawals from this account went to SDIRAs for the benefit of Metals investors for liquidations and fees, or directly to Metals investors for liquidations in their cash accounts, or to reimburse them for fees. See Attachment P.

32.     Wells Fargo account *9138 was opened in the name First American Estate and Trust LLC in March 2020. Simon Batashvili and Perez Batashvili are both listed as Owner with Control of the Entity and signatories. This account was almost completely funded by over $4 million in wire transfers from the Barrick accounts *6672 at BofA, and *9973 at Wells Fargo. Attachment Q.

33.     Wells Fargo account *4509 was opened in the name of Tower Estates, Inc. in March 2020. Simon Batashvili is listed as the Sole Owner/Owner with Control of the Entity, and sole signatory. This account was funded by a transfer of $730,000 from the Tower Estates account at Bank of America, and $1,554,000 in transfers from First American Estate and Trust. See Attachment R.

34.     Opus Bank account *9389 was opened in the name of Tower Holdings, Inc. in December 2017. Lucas Asher is the sole owner of the company, and the sole signatory on the account. Account *9389 was exclusively funded by $1.6 million in checks and wire transfers from Metals account *4024 at BofA. This account was closed in August 2019. See Attachment S.

35.     JPMChase account *6901 was opened in the name of Best New, Inc. Lucas Asher is listed as the President of the company, and is the sole owner and signatory of the account. Between March 2020 and June 2020, over $440,000 was transferred into this account from

Barrick Capital *6672 at BofA and Barrick Capital *9973 Wells Fargo, First American Estate and Trust *9138 at Wells Fargo, Tower Equity *7454 at BofA and Tower Equity *4517 at Wells Fargo. See Attachment T.

**American Express Accounts**

36.     During the Relevant Period, Defendants paid American Express bills of over $15.6 million to three different cards, from the Metals account *9387 at One West Bank and account *4024 at BofA. See Attachment U.

37.     American Express account *41003 was opened in May 2017 in the name of Chase Metals/Fainche MacCarthy. Card holders on this account included Simon Batashvili, Fainche MacCarthy, Lucas Asher, and at various times six additional Metals employees. Between September 2017 and January 2020, $13.1 million of the charges on this account where paid from Metals bank accounts.

38.     American Express account *51005 was opened in July 2018 in the name Tower Estates LLC/Fainche J. MacCarthy. The account name was changed to Tower Equity LLC in March 2020. Card holders on this account were Simon Batashvili, Fainche MacCarthy and Perez MacCarthy. Between June 2018 and January 2020, $1,146,902 of the charges on this account where paid from Metals bank accounts.

39.     American Express account *92007 was opened in July 2016 in the name Fainche MacCarthy. Card holders on this account included Simon Batashvili and several persons whose names American Express redacted in the statements. Between September 2017 and February 2020, $1.3 million of the charges on this account where paid from Metals bank accounts.

## VI. Wholesale Metals Dealers

**Bayside and Dillon Gage Sales to Metals**

40. Bayside and Dillon Gage sold Precious Metals Bullion to Metals, who then sold it to Metals investors.

41. Defendant Metals purchased Precious Metals Bullion from wholesale metals dealers Bayside and Dillon Gage, using investor funds from the bank accounts described above. Pursuant to Commission subpoenas, Bayside and Dillon Gage produced documents of their transactions with Metals.

42. After investors purchased the Precious Metals Bullion, Bayside and Dillon Gage shipped the Precious Metals Bullion to investor accounts at designated depositories across the United States, or directly to investors who were not buying them through a SDIRA and wished to take physical possession of their precious metals. Attachment D includes a list, provided by Defendant Metals, of those depositories.

43. Bayside has been selling a variety of Precious Metals Bullion to Metals since at least January 2016. Beginning in September 2017, Bayside began selling to Metals the ½ ounce Silver Canadian Mint Polar Bear. Beginning in March 2018, Bayside began selling to Metals the 1/10 ounce Gold Canadian Mint Polar Bear. Between July 2018 and January 2020, Bayside sold a small amount of ¼ ounce British Gold Standards to Metals.[5] Bayside provided the Commission with a spreadsheet that identifies the Date, Quantity, Item Name, Item Price, Item Total Price, and Name of Metals investor.[6] See Attachment V.

[5] Bayside sold Metals less than 0.04 percent of the number of British Gold Standards that Metals sold to their customers. The bulk of the British Gold Standards came from metal wholesaler Dillon Gage.

[6] Names of Metals customers have not been included in this attachment to protect the privacy of Metals customers.

44. Dillon Gage sold various items of Precious Metals Bullion to Metals beginning in April 2016. Beginning in January 2018, Dillon Gage began selling to Metals the ¼ ounce Gold Standard[7]. Dillon Gage provided the Commission with a spreadsheet that identifies the Item Name, Quantity, Item Sales Price, Total Sales Price and Date of the Precious Metals Bullion item items to Barrick during the Relevant period. See Attachment W.

45. The ½ ounce Silver Royal Canadian Mint Polar Bear Bullion, the 1/10 ounce Gold Royal Canadian Mint Polar Bear Bullion, and the ¼ ounce Gold British Standard Bullion are collectively referred to herein as the "Polar Bear Bullion." As shown below, these specific items were sold to Metals investors at much higher quantities and significantly higher prices per ounce than other Precious Metal Bullion that Metals sold to its investors, and egregiously higher than Metals stated it would charge investors in their written agreements with investors.

**Bayside Sales to Barrick**

46. Defendant Barrick also purchased Precious Metals Bullion from Bayside. Bayside has been selling various Precious Metals Bullion to Barrick since at least December 2019. Bayside provided the Commission pursuant to subpoena with a spreadsheet that identifies the date, quantity, item name, item price, item total, and name of Barrick investor and the price of each Precious Metals Bullion item sold to Barrick[8]. See Attachment X.

47. Included with the Precious Metals Bullion that Bayside sold to Barrick was the 1/10 ounce Gold Royal Canadian Mint Wildlife Series.[9] In addition, Bayside sold Barrick a 1/10

[7] Metals describes this item in various terms on their invoices, including the "British Gold Standard" and the "British Sovereign Mint Gold Standard." These are all the same bullion.

[8] Names of Barrick customers have not been included in this attachment to protect the privacy of Metals customers.

[9] On customer invoices, Barrick often refers to the Gold Canadian Mint Polar Bear as "Gold Royal Canadian Wildlife Series".

ounce Silver Spade Guinea and a 1/10 ounce Silver Britannia. These specific items are collectively referred to herein as the "Barrick Bullion." As shown below, the Barrick Bullion was sold to Barrick investors at significantly higher quantities and significantly higher prices per ounce than other items Barrick sold its investors.

**VII. Self-Directed IRA accounts (SDIRAs)**

48. SDIRAs allow investors to invest in alternate assets, including Precious Metals Bullion, as long as it is maintained at an approved depository. In order to qualify for deposit into a SDIRA account, Precious Metals Bullion must be must "bullion grade", or at least .995 percent pure for gold and .999 percent pure for silver.

49. SDIRAs are required to submit a Fair Market Valuation (IRS Form 5498) to the Internal Revue Service annually, generally at the end of the calendar year. Precious metals in are valued by the SDIRA on the spot price of the bullion on the valuation date, not what the investor originally paid.

**VIII. Investors of Defendant Metals**

50. Defendant Metals produced thousands of account documents for its investors to the Commission. Additionally, the Commission obtained thousands of account documents for Metals' investors from several SDIRAs that maintained accounts for Metals investors, including New Direction, Equity, and Entrust.

51. Metals produced to the Commission an Excel spreadsheet, which they designated "Phone Sales" that contains information regarding Metals' investor trades, including the name and address of the investor, and details regarding the purchase or sale of Precious Metals Bullion. This spreadsheet shows that Metals had over 1,600 investors, who were located in all

fifty states. See Attachment Y.[10]

52. At least 1,300 investors spent over $140 million to purchase Precious Metals Bullion from Metals through SDIRA accounts. Generally, these investors had Qualified Retirement Savings at other firms. In order to purchase Precious Metals Bullion from Metals, these investors would liquidate assets in their Qualified Retirement Savings, open an account with a self-directed IRA (in which they were able to purchase Precious Metals Bullion), and transfer the funds to their new SDIRA account. Precious Metals Bullion purchased in SDIRA accounts were shipped to a depository for safekeeping in the investor's name. Investors made Metals their Representative/Dealer designation on their SDIRA account.

53. Numerous Metals investors already had SDIRA accounts with other firms that held precious metals. These investors changed the Representative/Dealer designation on their SDIRA account from their previous metals dealer to Metals. Metals then liquidated the assets in the previous account, and used the funds to purchase different Precious Metals Bullion in the investors SDIRA.

54. Documents provided to the Commission from New Direction include: the liquidation invoices, invoices of the subsequent purchase of Precious Metals Bullion from Metals, and New Direction's valuation of both the liquidated and the purchased Precious Metal Bullion.

55. For example, in July 2018 Metals investor B.B. filled out a "Precious Metals Exchange Form" with his SDIRA custodian, New Direction IRA, Inc. ("New Direction"), and changed the dealer name on his account to "Chase Metals." See Attachment Z.

56. As these documents show, Metals liquidated his existing Precious Metals Bullion

[10] Customer identifying information is excluded from this Attachment.

and then Metals egregiously overcharged Investor B.B. to purchase the Polar Bear Bullion they sold him.

B[redacted] B[redacted]
**Liquidation Invoice**
**New Direction**
**Acct#** [redacted]

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*
*BME#* [redacted]

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Canadian Twin Maple Leaf - 2 oz | 7,492 | $37.00 | $277,204.00 |
| | | TOTAL | $277,204.00 |

**New Direction IRA, Inc** Prices as of 8/14/2018 8/14/2018 Page: 21.00 of 126.00
BRANCH: 11

B[redacted] B[redacted]

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| SML2TM | Canadian Twin Maple Leaf – 2 oz. | 7492.000 | $30.13 | $225,703.99 |
| | | | Total Fair Value | $225,703.99 |

B[redacted] B[redacted]
**Purchase Invoice**
**New Direction**
**Acct#**[redacted]

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Buffalo Round .999 - 1.0 oz | 100 | $15.84 | $1,584.00 |
| Gold - Royal Canadian Mint Maple Leaf Coin .9999 - 1/20 oz | 100 | $80.56 | $8,056.00 |
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 8,207 | $28.98 | $237,838.86 |
| | | TOTAL | $247,478.86 |

B B

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| GMLTWA | Canadian Maple Leaf -- 1/20 oz. | 100.000 | $60.29 | $6,029.00 |
| SMLHPB | Canadian Round, Polar Bear -- 1/2 oz. | $207.000 | $7.14 | $58,569.26 |
| SR1RMCBUF | Bullion Round. RMC/Buffalo-- 1 oz. | 100.000 | $14.27 | $1,427.30 |
| | | | Total Fair Value | $66,025.56 |

57. According to the investor spreadsheet provided by Metals, at least 300 Metals investors purchased Precious Metals Bullion directly from Metals, via check or wire transfer to bank accounts controlled by the Metals. These Cash Account investors may have their Precious Metals Bullion shipped directly to them, or have it shipped to a depository for safekeeping.

## IX. Investors of Defendant Metals

58. Metals required all investors to sign a "Shipping and Transaction Agreement." During the Relevant Period, Metals used two different versions of this document ("Customer Agreement #1", found at Attachment AA, and "Customer Agreement #2", found at Attachment BB). Beginning on or about June 2019 and continuing thereafter, Metals executed with at least 190 investors Customer Agreement #2" for the purchase of Precious Metals Bullion.

59. Though Customer Agreement #2 began being used in June 2019, many investors were still asked to sign Customer Agreement #1 after June 2019.

60. Section 3(a) of each document states "Within the Precious Metals industry, the difference between [M]etals cost on the day of the purchase (for the Precious Metals Investor has agreed to buy) and the retail price quoted to Investor is known as the 'Spread'" (herein: "Spread").

61. Customer Agreement #1 states, in part, that :

a. "Spread on IRA Precious Metals transaction varies between two percent and thirty-three percent (2% to 33%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons . . ."

b. "At the time this Transaction Agreement was transmitted for Investor's signature, (i) metals Spread on bullion (i.e., coins and bars that generally move in tandem with the spot price for the relevant commodity) is generally between one percent and five percent (1 to 5%) ..."

c. "Metals is prohibited by law from guaranteeing to repurchase Precious Metals that it sells."

62. Customer Agreement #2 was substantially similar to Customer Agreement #1, except that it represented that the Spread Metals charged on IRA Precious Metals Bullion transactions was significantly smaller. Customer Agreement #2 represented that the Spread on IRA Precious Metals Bullion transaction only varies between 1% to 19.9%, rather than 2% to 33%.

63. Though the Spread in Section 3(a) subpart (i) of Customer Agreement #2 remains 1% to 5%, Customer Agreement #2 materially changes Section 3(a) subpart (ii) to read: "that [M]etals's Spread on exclusive products from the Government mint is generally between one percent and nineteen point nine percent (1% to 19.9%). Spreads for exclusive gold and silver products and Numismatic coins and bars are often in the range of approximately one percent and nineteen point nine (1% to 19.9%)."

64. The Spread charged to investors pursuant to Customer Agreement #1 and

Customer Agreement #2 represents the difference between what Metals paid for the Precious Metals Bullion and what they charged investors.

**X. Metals Investor Transactions**

65. During my review of the bank records of One West and BofA for Defendant Metals, I found that at least 14 SDIRA Custodians wired funds on behalf investors to Metals for the purchase of Precious Metals Bullion.

66. Metals did not charge their SDIRA or their Cash investors a commission for the purchase of Precious Metals Bullion. The money Metals made on the transaction was the difference between what Metals paid wholesale metals dealers Bayside and Dillon Gage for Precious Metals Bullion, and what Metals then charged its investors, *ie* Spread.

67. Included in Defendant Metals production, there were over 1,800 investor invoices that reflected Precious Metals Bullion purchases by Metals investors, for both SDIRA and Cash investors. The information in these invoices generally matched the information contained in the investor spreadsheet provided by Metals. These invoices show that investor accounts had a disproportionately large amount of the Polar Bear Bullion relative to their overall purchase.

68. Below is a portion of an invoice for Metals Investor A.F., who invested with Metals on June 27, 2018 via a SDIRA account. See Attachment CC. The table below compares the prices Metals charged Investor A.F., and the prices Metals paid for the Precious Metals Bullion. In Investor A.F.'s account, the vast majority of the investor's funds were invested in Silver Royal Canadian Mint Polar Bear Bullion, which Metals charged the investor more than double what Bayside charged Metals.

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 4,000 | $24.02 | $96,080.00 |
| Silver - Buffalo Round .999 - 1.0 oz | 110 | $16.50 | $1,815.00 |
| Gold - Bar - 1.0 oz | 4 | $1,262.80 | $5,051.20 |
| | | TOTAL | $102,946.20 |

| Item | Amnt. | Investor Price | Metals paid | Investor Total | Metals Total |
|---|---|---|---|---|---|
| Silver Canadian Polar Bear 1/2-oz | 4000 | $24.02 | $10.96 | $96,080.00 | $43,840.00 |
| Silver Round 1-oz | 110 | $16.50 | $16.51 | $1,815.00 | $1,816.10 |
| Gold Bar 1-oz | 4 | $1,262.80 | $1,261.10 | $5,051.20 | $5,044.40 |
| | | | | $102,946.20 | $50,700.50 |
| | | | | **Investor Loss** | **$52,245.70** |

69. Investor R.O. invested with Metals on January 6, 2018. See Attachment DD. The portion of the invoice from Metals shows that while other Precious Metals Bullion was available for purchase, Metals sold Investor R.O. a much higher percentage of Polar Bear Bullion. The table below compares the prices Metals charged this investor with what they paid for it. Metals charged a huge premium for the Silver Royal Canadian Mint Polar Bear Bullion. Investor R.O. lost almost 57% of the value of the account.

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Canadian Maple Leaf Coin .9999 - 1.0 oz | 100 | $19.17 | $1,917.00 |
| Silver - 2018 Polar Bear Coin .9999 - 0.5 oz | 8,227 | $26.00 | $213,902.00 |
| Silver - Bar - 10.0 oz | 10 | $181.10 | $1,811.00 |
| Silver - 2015 America The Beautiful Kitsache - 5.0 oz | 100 | $135.00 | $13,500.00 |
| Silver - Canadian Maple Leaf Coin .9999 - 1.0 oz | 100 | $19.17 | $1,917.00 |
| | | TOTAL | $233,047.00 |

| Item | Amnt. | Investor Price | Metals paid | Investor Total | Metals Total |
|---|---|---|---|---|---|
| Silver Canadian Maple Leaf 1-oz | 100 | $19.17 | $18.59 | $1,917.00 | $1,859.00 |
| Silver Canadian Polar Bear 1/2-oz | 8227 | $26.00 | $11.62 | $213,902.00 | $95,597.74 |
| Silver Bar 10-oz | 10 | $181.10 | $178.40 | $1,811.00 | $1,784.00 |
| Silver 5-oz ATB 2015 Kisatchie | 100 | $135.00 | $105.00 | $13,500.00 | $10,500.00 |
| Silver Canadian Maple Leaf 1-oz | 100 | $19.17 | $18.59 | $1,917.00 | $1,859.00 |
| | | | | $233,047.00 | $111,599.74 |
| | | | | **Investor Loss** | **$121,447.26** |

70. Investor B.F. invested with Metals on August 13, 2019 in a Cash account, and had the metals shipped to his residence. See Attachment EE. This portion of his invoice below shows that 90% of his investment was used to purchase Polar Bear Bullion, when other gold products were available. Investor B.F.'s loss was $20,299.02.

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | 102 | $294.82 | $30,071.64 |
| 1/4 oz Gold - 2019 British Standard Coin .9999 | 18 | $731.80 | $13,172.40 |
| 1 oz Gold - American Eagle | 3 | $1,527.74 | $4,583.22 |
| 1 g Gold - Bar | 3 | $57.56 | $172.68 |
| | | TOTAL | $47,999.94 |

| Item | Amnt. | Investor Price | Metals paid | Investor Total | Metals Total |
|---|---|---|---|---|---|
| Gold Canadian Polar Bear 1/10-oz | 102 | $294.82 | $172.78 | $30,071.64 | $17,623.56 |
| Gold Standard 1/4 oz .9999 | 18 | $731.80 | $298.61 | $13,172.40 | $5,374.98 |
| Gold American Eagle 1-oz | 3 | $1,527.74 | $1,509.90 | $4,583.22 | $4,529.70 |
| Gold Bar 1-gram | 3 | $57.56 | $57.56 | $172.68 | $172.68 |
| | | | | $47,999.94 | $27,700.92 |
| | | | | **Investor Loss** | **$20,299.02** |

71. Metals investors were able to sell their Metals Precious Metals Bullion to third party bullion dealers; however, they received at or near the Prevailing Market Price for the Polar Bear Bullion, which was significantly lower than the prices they were charged by Metals.

72. Investor J.L. purchased Precious Metals Bullion in his New Direction SDIRA account on September 4, 2018. See Attachment FF. In June 2019, Investor J.L. changed the Dealer name on his account to another metals dealer, and sold all the Precious Metals Bullion he had purchased from Metals. Documents provided to the Commission from New Direction

include the invoice of the purchase of Precious Metals Bullion from Metals to Investor J.L. and New Direction's valuation of the purchased Precious Metal Bullion.

73. As these documents show, Investor J.L. purchased Precious Metal Bullion from Metals for a total of $99,453.60. Nine months later, New Direction valued the Precious Metal Bullion at less than half that amount, which is approximately what another metals dealer was willing to pay for them. This example clearly shows how much over the Prevailing Market Price Metals charged Investor J.L. for the Polar Bear Bullion. Even though bullion prices had gone up during this time period, Investor J.L lost $54,087.60 when he sold his Precious Metals Bullion.[11]

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Buffalo Round .999 - 1.0 oz | 150 | $14.99 | $2,248.50 |
| Gold - Bar - 1 g | 150 | $48.58 | $7,287.00 |
| Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/10 oz | 150 | $289.90 | $43,485.00 |
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 1,750 | $25.02 | $43,785.00 |
| Silver - America The Beautiful Coin - Various - 5.0 oz | 30 | $88.27 | $2,648.10 |
| | | TOTAL | $99,453.60 |

[11] Bullion prices are based on the London PM fix, found on the historical price database at kitco.com.

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| GB1GRMCWC | Bullion Bar -- 1 g. RMC w / certificate | 150.000 | $44.79 | $6,718.71 |
| GCPBT | Canadian Polar Bear -- 1/10 oz. | 150.000 | $139.32 | $20,898.00 |
| SAB16SE | Silver, America the Beautiful Bullion Coin, 2016 Shawnee National For | 30.000 | $77.56 | $2,326.80 |
| SMLHPB | Silver Canadian Polar Bear -- 1/2 oz. | 1750.000 | $7.76 | $13,573.00 |
| SR1RMCBUF | Bullion Round, RMC/Buffalo-- 1 oz. | 150.000 | $15.51 | $2,326.80 |
| | | | Total Fair Value | $45,843.31 |

# Purchase Order

| INVOICE # | DATE |
|---|---|
| | 6/6/2019 |
| Representative | Customer Account # |
| Luke M. | |

**BILL TO**

NDTCO as Custodian FBO-
Name: J L IRA
Address: 1070 West Century Drive, St. 101
City/State/Zip: Louisville, CO 80027
Phone: 303-546-7930
Email:
Order Info: IRA Metal-to-Metal Exchange

**SHIP TO**

DDSC (Delaware Depository)
Name: FBO PGG
Address: 3601 North Market Street
City/State/Zip: Wilmington, DE 19802
Phone: 302-765-3889
Shipping Method:

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 Gram Gold Bar | 150 | $44.10 | $6,615.00 |
| Gold Asst Animal .10oz | 150 | $136.07 | $20,410.50 |
| 5oz Silver America The Beautiful | 30 | $88.05 | $2,641.50 |
| 1oz Silver Buffalo Round | 150 | $15.06 | $2,259.00 |
| Silver Polar Bear .50oz | 1750 | $7.68 | $13,440.00 |
| | | SUBTOTAL: | $45,366.00 |

| Item | Amnt. | Metals Price | Other Dealer Price | SDIRA value |
|---|---|---|---|---|
| 1 gram Gold Bar | 150 | $7,287.00 | $6,615.00 | $6,718.71 |
| Gold Canadian Polar Bear 1/10-oz | 150 | $43,485.00 | $20,410.50 | $20,898.00 |

| | | | | |
|---|---|---|---|---|
| 5 oz Silver America the Beautiful | 30 | $2,648.10 | $2,641.50 | $2,326.80 |
| 1 oz Silver Buffalo Round | 150 | $2,248.50 | $2,259.00 | $2,326.80 |
| Silver Polar Bear .5 oz | 1,750 | $43,785.00 | $13,440.00 | $13,573.00 |
| | | $99,453.60 | $45,366.00 | $45,843.31 |
| | | | **Investor loss** | **$54,087.60** |

| Bullion Prices | 9/4/2018 | 6/6/2019 |
|---|---|---|
| | | |
| Gold | $1,190.85 | $1,335.5 |
| Silver | $14.25 | $14.95 |

74. Investor M.O. purchased Precious Metals Bullion from Metals on July 11, 2018 in a SDIRA account. On September 22, 2019, Investor M.O. sold the Precious Metals Bullion that he purchased from Metals to another coin dealer. The table below compares: 1) the prices Investor M.O. paid Metals, 2) the price received from another metals dealer, and 3) the Prevailing Market Price of those bullions as determined by the SDIRA. The second metals dealer paid Investor M.O. a premium for his Precious Metals Bullion over the Prevailing Market Price. Even though the Prevailing Market Price of silver and gold had both risen substantially during this time period, Investor M.O. still lost 48% of the funds he invested with Metals. See Attachment GG.

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 7,819 | $23.99 | $187,577.81 |
| Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/10 oz | 919 | $279.99 | $257,310.81 |
| Gold - 2018 Royal Canadian Mint Maple Leaf .9999 Purity - 1.0 oz | 9 | $1,249.00 | $11,241.00 |
| Silver - Royal Canadian Mint Maple Leaf Coin .9999 - 1.0 oz | 329 | $16.49 | $5,425.21 |
| Silver - America The Beautiful Coin - ATB - 5.0 oz | 19 | $81.19 | $1,542.61 |

*Continued on next page*

XA Confidential Treatment Requested by Chase Metals TMTE_CFTC_06451

July 11th, 2018
INVOICE #[WB71118KS]

# metals.com

*The #1 Name In Metals*

*Continued from previous page*

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Gold - 2018 Royal Canadian Mint Maple Leaf Coin .9999 Purity - 1/4 oz | 29 | $314.99 | $9,134.71 |
| | | TOTAL | $472,232.15 |

# Purchase Order

| INVOICE # | DATE |
|---|---|
| [redacted] | 9/26/2019 |
| **Representative** | **Customer Account #** |
| Andy C. | [redacted] |

**BILL TO**

NDTCO as Custodian FBO-
**Name:** [redacted]
**Address:** 1070 West Century Drive, St. 101
**City/State/Zip:** Louisville, CO 80027
**Phone:** 303-546-7930
**Email:**
**Order Info:** IRA Metal-to-Metal Exchange

**SHIP TO**

DDSC (Delaware Depository)
**Name:** FBO PGG [redacted]
**Address:** 3601 North Market Street
**City/State/Zip:** Wilmington, DE 19802
**Phone:** 302-765-3889
**Shipping Method:**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1/10oz Gold Canadian Asst Animal | 919 | $153.00 | $140,607.00 |
| 1oz Gold Maple Leaf | 9 | $1,533.00 | $13,797.00 |
| 1/4oz Gold Maple Leaf | 29 | $383.25 | $11,114.25 |
| 1oz Silver Canadian Maple Leaf | 329 | $18.68 | $6,145.72 |
| Silver Polar Bear .50oz | 7819 | $9.35 | $73,068.56 |
| | | SUBTOTAL | $244,732.53 |
| | | SHIPPING WAIVED | |
| | | TOTAL | $244,732.53 |

Total Fair Value

M[redacted] O[redacted] [redacted] [redacted]

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| GCPBT | Canadian Polar Bear -- 1/10 oz. | 919.000 | $150.81 | $138,594.39 |
| GML1 | Canadian Maple Leaf, .9999 Fine -- 1 oz. | 9.000 | $1,502.90 | $13,526.10 |
| GMLQ | Canadian Maple Leaf -- 1/4 oz. | 29.000 | $378.32 | $10,971.20 |
| SAB16SE | Silver, America the Beautiful Bullion Coin, 2016 Shawnee National For | 19.000 | $89.21 | $1,694.99 |

PMEX0003511

**New Direction Trust** — Prices as of 9/26/2019 — 9/26/2019 — Page: 118.00 of 197.00 — BRANCH: 11

M[redacted] O[redacted] [redacted] [redacted]

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| SML1 | Canadian Maple Leaf -- 1 oz. | 329.000 | $18.58 | $6,113.48 |
| SMLHPB | Silver Canadian Polar Bear -- 1/2 oz. | 7819.000 | $8.92 | $69,753.30 |
| | | | Total Fair Value | $240,653.46 |

| Item | Amnt. | Metals Price | Other Dealer Price | SDIRA value |
|---|---|---|---|---|
| Silver Canadian Polar Bear 1/2-oz | 7,819 | $187,577.81 | $73,068.56 | $69,753.30 |
| Gold Canadian Polar Bear 1/10-oz | 919 | $257,310.81 | $140,607.00 | $138,594.39 |
| Gold Canadian Maple Leaf 1-oz | 9 | $11,241.00 | $13,797.00 | $13,526.10 |
| Silver Canadian Maple Leaf 1-oz | 329 | $5,425.21 | $6,145.72 | $6,113.48 |
| Gold Canadian Maple Leaf 1/4-oz | 29 | $9,134.71 | $11,114.25 | $10,971.20 |
| | | $470,689.54 | $244,732.53 | $238,958.47 |
| | | | **Investor Loss** | **$225,957.01** |

| Bullion Prices | 7/11/2018 | 9/26/2019 |
|---|---|---|
| | | |
| Gold | $1,251.40 | $1,506.40 |
| Silver | $15.91 | $17.97 |

## XI. Investors of Defendant Barrick

75. I reviewed documents from Barrick's bank accounts, investor information from wholesale metals dealer Bayside, and Barrick investor invoices obtained from SDIRA custodian Equity Trust ("Equity") for over 100 Barrick investors.

76. Based on a review of relevant bank records, I determined that Barrick investors deposited at least $15,297,347.93 into Barrick's bank accounts for the purchase of Precious Metals Bullion. See Attachment HH.

77. Barrick, like Metals, did not charge their investors a commission on the purchase of Precious Metals Bullion in their accounts. The money Barrick made on the transaction was the difference between what Barrick paid for the Precious Metals Bullion, and what they charged the investor, *ie* Spread.

78. Below is a portion of a Barrick invoice for the SDIRA account of Investor C.S.,

dated April 15, 2020. See Attachment II. The chart below compares the price Barrick charged the investor with what Barrick paid for the Barrick Bullion. Investor C.S.'s loss was $106,945.45, approximately 54% of the amount of funds Investor C.S. invested. For both Barrick Bullion, Barrick charged the investor more than double the price they paid Bayside for the bullion.

| ITEM | QTY | PRICE | TOTAL |
| --- | --- | --- | --- |
| 1/10 oz Silver - Spade Guinea Coin | 20,711 | $6.75 | $139,799.25 |
| 1/10 oz Gold - Canadian Wildlife Series Coin | 148 | $403.35 | $59,695.80 |
| | | | Subtotal: $199,495.05 |

| Item | Amnt. | Investor Price | Barrick paid | Investor Total | Barrick Total |
| --- | --- | --- | --- | --- | --- |
| Silver Spade Guinea 0.1-oz | 20,711 | $6.75 | $3.04 | $139,799.25 | $62,961.44 |
| Gold Canadian Polar Bear 1/10-oz | 148 | $403.35 | $199.92 | $59,695.80 | $29,588.16 |
| | | | | $199,495.05 | $92,549.60 |
| | | | | **Investor's Loss** | **$106,945.45** |

79. Below is a similar comparison for the SDIRA account for Barrick Investor D.P., whose Barrick invoice is dated January 14, 2020. See Attachment JJ. Investor D.P.'s loss almost half of the funds Investor D.P. invested. The Barrick Bullion make up the vast majority of Investor D.P.s investment.

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| Silver America The Beautiful – 5 oz. coin | 100 | $172.50 | $17,250 |
| Silver Spade Guinea- 1/10th oz. coin | 9,646 | $6.58 | $63,470.68 |
| Gold Canadian Wildlife Series 1/10th oz. coin | 350 | $360.80 | $126,280 |

| Item | Amnt. | Investor Price | Barrick paid | Investor Total | Barrick Total |
|---|---|---|---|---|---|
| | | | | Subtotal | |
| Silver 5-oz ATB 2019 (War in the Pacific) | 100 | $172.50 | $102.65 | $17,250.00 | $10,265.00 |
| Silver Spade Guinea 0.1-oz | 9,646 | $6.58 | $3.30 | $63,470.68 | $31,831.80 |
| Gold Canadian Polar Bear 1/10-oz | 350 | $360.80 | $178.97 | $126,280.00 | $62,639.50 |
| | | | | $207,000.68 | $104,736.30 |
| | | | | **Investor's Loss** | **$102,264.38** |

80. Below is a similar comparison for the SDIRA account for Barrick Investor T.C. who invested with Barrick on March 16, 2020. See Attachment KK. This investor only purchased one type of Barrick Bullion in his SDIRA account. Investor T.C.'s loss was 55% of his funds invested with Barrick.

| ITEM | QTY | PRICE | TOTAL |
| --- | --- | --- | --- |
| 1/10 oz Silver - Spade Guinea Coin | 54,838 | $6.20 | $339,995.60 |

Subtotal: $339,995.60

| Item | Amnt. | Investor Price | Barrick paid | Investor Total | Barrick Total |
| --- | --- | --- | --- | --- | --- |
| Silver Spade Guinea 0.1-oz | 54,838 | $6.20 | $2.79 | $339,995.60 | $152,998.02 |
| | | | | **Investor's Loss** | **$186,997.58** |

81. Below is a similar comparison for the SDIRA account for Barrick Investor S.W. who invested with Barrick on March 5, 2020. See Attachment LL. While Investor S.W. purchased a few Royal Canadian Maple Leafs, the vast majority of his investment was in the Barrick Bullion. Investor S.W. lost almost half of his investment.

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | 4 | $1,700.00 | $6,800.00 |
| 1/10 oz Gold - Canadian Wildlife Series Coin | 253 | $394.00 | $99,682.00 |
| 1/10 oz Silver - Brittania Coin | 14,521 | $6.95 | $100,920.95 |

Subtotal: $207,402.95

| Item | Amnt. | Investor Price | Barrick paid | Investor Total | Barrick Total |
|---|---|---|---|---|---|
| Gold Canadian Maple Leaf 1-oz 0.9999-fine | 4 | $1,700.00 | $1,683.00 | $6,800.00 | $6,732.00 |
| Gold Canadian Polar Bear 1/10-oz | 253 | $394.00 | $191.42 | $99,682.00 | $48,429.26 |
| Silver Spade Guinea 0.1-oz | 14,521 | $6.95 | $3.22 | $100,920.95 | $46,757.62 |
| | | | | $207,402.95 | $101,918.88 |
| | | | | **Investor's Loss** | **$105,484.07** |

82. Below is a similar comparison for the SDIRA account for Barrick Investor M.S. who invested with Barrick on March 3, 2020. See Attachment MM. This investor also purchased a small amount of non-Barrick Bullion, but the vast majority of the investment was in the Barrick Bullion. Investor M.S's lost more than half of his entire investment.

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| 1 g Gold - Bar | 15 | $66.00 | $990.00 |
| 1/10 oz Silver - Spade Guinea Coin | 8,467 | $6.85 | $57,998.95 |
| 1/10 oz Gold - Caradian Wildlife Series Coin | 229 | $380.00 | $87,020.00 |

Subtotal: $146,008.95

| Item | Amnt. | Investor Price | Barrick paid | Investor Total | Barrick Total |
|---|---|---|---|---|---|
| Gold Bar 1-gram | 15 | $66.00 | $61.34 | $990.00 | $920.10 |
| Silver Spade Guinea 0.1-oz | 8,467 | $6.85 | $3.22 | $57,998.95 | $27,263.74 |
| Gold Canadian Polar Bear 1/10-oz | 229 | $380.00 | $189.03 | $87,020.00 | $43,287.87 |
| | | | | $146,008.95 | $71,471.71 |
| | | | | **Investor's Loss** | **$74,537.24** |

## X. Barrick Investors at the Entrust Group

83. In late August 2020, the Commission obtained documents from SDIRA custodian Entrust. Entrust produced copies of Barrick invoices, Entrust opening account documents, emails with Barrick staff, and evidence of payments from investors. As the following table shows, between June 18, 2020 and August 3, 2020, twenty investors purchased Precious Metals Bullion through their Entrust SDIRA accounts from Barrick, for a total of $2,711,580.32. Their Barrick invoices are included as Attachment NN.

| Name | State | Date | Amount |
|---|---|---|---|
| Investor L.S. | VT | 6/18/20 | $299,892.00 |
| Investor M.M. | AL | 6/23/20 | $249,998.92 |
| Investor K.M. | MN | 6/25/20 | $129,993.45 |
| Investor J.P. | GA | 6/29/20 | $23,589.45 |
| Investor J.Z. | MI | 7/1/20 | $129,503.75 |
| Investor K.W. | WA | 7/2/20 | $245,359.56 |
| Investor T.Y. | TX | 7/7/20 | $32,466.42 |
| Investor K.W. | AZ | 7/13/20 | $158,032.40 |
| Investor M.C. | GA | 7/13/20 | $195,460.00 |
| Investor P.P. | CO | 7/13/20 | $124,998.25 |
| Investor H.L. | OH | 7/15/20 | $23,381.50 |
| Investor H.P. | HI | 7/15/20 | $74,499.63 |
| Investor J.J. | FL | 7/15/20 | $149,422.56 |
| Investor C.M. | MD | 7/16/20 | $124,491.25 |
| Investor M.S. | KS | 7/17/20 | $49,460.32 |
| Investor S.R. | MI | 7/22/20 | $113,498.00 |
| Investor C.H. | FL | 7/27/20 | $199,977.78 |
| Investor J.R. | FL | 7/28/20 | $224,740.00 |
| Investor M.P. | UT | 7/28/20 | $113,320.46 |
| Investor D.W. | IN | 8/3/20 | $49,494.62 |
| | | | |
| | | | **$2,711,580.32** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2020, in Washington, DC.

Patricia Gomersall

# ATTACHMENT A

**Corporate Documents:TMTE d/b/a Metals.com**

Ed Murray, WY Secretary of State
FILED: 03/18/2017 12:57 PM
Original ID: 2008-000554305
Amendment ID: 2017-002033851

CONVE]

## ARTICLES OF INCORPORATION

It was unanimously voted on March 8, 2017 by the Members, to convert Chase Metals, LLC, filed in Wyoming on the 30th day of April 2008, to a Wyoming Corporation. Upon Conversion, Chase Metals, LLC will further be known as Chase Metals, Inc.

**FIRST.** The name of the corporation:

**Chase Metals, Inc.**

**SECOND.** Its registered office in the State of Wyoming is located at 1712 Pioneer Ave. Ste. 2145 Cheyenne, WY 82001. This Corporation may maintain an office, or offices, in such other place within or without the State of Wyoming as may be from time to time designated by the Board of Directors, or by the By-Laws of said Corporation, and that this Corporation may conduct all Corporation business of every kind and nature, including the holding of all meetings of Directors and Stockholders, outside the State of Wyoming as well as within the State of Wyoming.

**THIRD.** The objects for which this Corporation is formed are:

(A) To do all things necessary or convenient to carry out its business and affairs, including without limitation power to:

(B) Sue and be sued, complain and defend in its corporate name;

(C) Have a corporate seal, which may be altered at will, and to use it, or a facsimile of it, by impressing or affixing it or in any other manner reproducing it;

(D) Make and amend bylaws, not inconsistent with its articles of incorporation or with the laws of this state, for managing the business and regulating the affairs of the corporation;

(E) Purchase, receive, lease, or otherwise acquire, and own, hold, improve, use, and otherwise deal with, real or personal property, or any legal or equitable interest in property, wherever located;

(F) Sell, convey, mortgage, pledge, lease, exchange, and otherwise dispose of all or any part of its property;

(G) Purchase, receive, subscribe for, or otherwise acquire; own, hold, vote, use, sell, mortgage, lend, pledge, or otherwise dispose of; and deal in and with shares or other interests in, or obligations of, any other entity;

(H) Make contracts and guarantees, incur liabilities, borrow money, issue its notes, bonds, and other obligations which may be convertible into or include the option to purchase other securities of the corporation, and secure any of its obligations by mortgage or pledge of any of its property, franchises, or income;

(I) Lend money, invest and reinvest its funds, and receive and hold real and personal property as security for repayment;

(J) Be a promoter, partner, member, associate, or manager of any partnership, joint venture, trust, or other entity;

(K) Conduct its business, locate offices, and exercise the powers granted by this act within or without this state;

(L) Elect directors and appoint officers, employees, and agents of the corporation, define their duties, fix their compensation, and lend them money and credit;

(M) Pay pensions and establish pension plans, pension trusts, profit sharing plans, share bonus plans, share option plans, and benefit or incentive plans for any or all of its current or former directors, officers, employees, and agents;

(N) Make donations for the public welfare or for charitable, scientific, or educational purposes;

(O) Transact any lawful business; and

(P) Make payments or donations, or do any other act, not inconsistent with law, that furthers the business and affairs of the corporation.

**FOURTH.** The total number of common stock authorized that may be issued by the Corporation is 1,000,000 shares of common stock without par value. Said shares may be issued by the corporation from time to time for such considerations as may be fixed by the Board of Directors.

**FIFTH.** The governing board of this corporation shall be known as directors, and the number of directors may from time to time be increased or decreased in such manner as shall be provided by the By-Laws of this Corporation, providing that the number of directors shall not be reduced to fewer than one (1).

**SIXTH.** The capital stock, after the amount of the subscription price, or par value, has been paid in, shall not be subject to assessment to pay the debts of the corporation.

**SEVENTH.** The name and post office address of the Incorporator signing the Articles of Incorporation is as follows:

| NAME | POST OFFICE ADDRESS |
| --- | --- |
| Corporate Agents, LLC | 1712 Pioneer Ave. Ste 100<br>Cheyenne, Wyoming 82001 |

**EIGHTH.** The registered agent for this corporation shall be:

**Corporate Agents, LLC**

The address of said agent, and, the registered or statutory address of this corporation in the state of Wyoming, shall be:

1712 Pioneer Ave. Ste, 100
Cheyenne, Wyoming 82001

**NINTH.** The corporation is to have perpetual existence.

**TENTH.** In furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized:

Subject to the By-Laws, if any, adopted by the Stockholders, to make, alter or amend the By-Laws of the Corporation.

To fix the amount to be reserved as working capital over and above its capital stock paid in; to authorize and cause to be executed mortgages and liens upon the real and personal property of this Corporation.

By resolution passed by a majority of the whole Board, to designate one (1) or more committees, each committee to consist of one or more of the Directors of the Corporation, which, to the extent provided in the resolution, or in the By-Laws of the Corporation, shall have and may exercise the powers of the Board of Directors in the management of the business and affairs of the Corporation. Such committee, or committees, shall have such name, or names, as may be stated in the By-Laws of the Corporation, or as may be determined from time to time by resolution adopted by the Board of Directors.

When and as authorized by the affirmative vote of the Stockholders holding stock entitling them to exercise at least a majority of the voting power given at a Stockholders meeting called for that purpose, or when authorized by the written consent of the holders of at least a majority of the voting stock issued and outstanding, the Board of Directors shall have power and authority at any meeting to sell, lease or exchange all of the property and assets of the Corporation, including its good will and its corporate franchises, upon such terms and conditions as its board of Directors deems expedient and for the best interests of the Corporation.

**ELEVENTH**. No shareholder shall be entitled as a matter of right to subscribe for or receive additional shares of any class of stock of the Corporation, whether now or hereafter authorized, or any bonds, debentures or securities convertible into stock, but such additional shares of stock or other securities convertible into stock may be issued or disposed of by the Board of Directors to such persons and on such terms as in its discretion it shall deem advisable.

**TWELFTH**. No director or officer of the Corporation shall be personally liable to the Corporation or any of its stockholders for damages for breach of fiduciary duty as a director or officer involving any act or omission of any such director or officer; provided, however, that the foregoing provision shall not eliminate or limit the liability of a director or officer (i) for acts or omissions which involve intentional misconduct, fraud or a knowing violation of law, or (ii) the payment of dividends in violation of Section 17-16-833 of the Wyoming Statutes; (iii) for any breach of the director's duty of loyalty, as defined by the Wyoming Business Corporation Act, to the corporation or its shareholders; or (iv) for any transaction from which the officer or director derived an improper personal benefit. Any repeal or modification of this Article by the stockholders of the Corporation shall be prospective only, and shall not adversely affect any limitation on the personal liability of a director or officer of the Corporation for acts or omissions prior to such repeal or modification.

**THIRTEENTH.** This Corporation reserves the right to amend, alter, change or repeal any provision contained in the Articles of Incorporation, in the manner now or hereafter prescribed by statute, or by the Articles of Incorporation, and all rights conferred upon Stockholders herein are granted subject to this reservation.

**I, THE UNDERSIGNED**, being the Incorporator hereinbefore named for the purpose of forming a Corporation pursuant to the General Corporation Law of the State of Wyoming, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this 13th day of March 2017.

DeAnna Montemayor, on behalf of Corporate Agents, LLC,
Authorized Agent for Chase Metals, Inc.

**CONSENT TO**
**APPOINTMENT BY REGISTERED AGENT**

I. Corporate Agents, LLC, located at 1712 Pioneer Ave. Ste. 100, Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for Chase Metals, Inc., on the date shown below;

II. The undersigned by and on behalf of Corporate Agents, LLC, hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 13th day of March 2017.

DeAnna Montemayor, on behalf of
Corporate Agents, LLC, Registered Agent

**STATE OF WYOMING**
**Office of the Secretary of State**

I, ED MURRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF CONVERSION

**Chase Metals, LLC** converted from a **Wyoming Limited Liability Company** to **Chase Metals, Inc.** a **Wyoming Profit Corporation**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **18th** day of **March, 2017**

Filed Date: 03/18/2017

Secretary of State

By: Kit Bennett



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**WY Secretary of State**
**FILED: 11/16/2018 02:55 PM**
**ID: 2018-000829114**

# Application for Registration of Trade Name

1. Trade name to be registered:

METALS.COM

2. Name of applicant:

TMTE INC.

3. Business address of applicant:

1712 Pioneer Ave Ste 2145
Cheyenne, WY 82001
USA

4. Mailing address of the trade name:

1712 Pioneer Ave Ste 2145
Cheyenne, WY 82001
USA

5. Applicant is (*check one*):

- [ ] individual;
- [x] corporation;
- [ ] general partnership;
- [ ] limited partnership;
- [ ] limited liability company;
- [ ] statutory trust;
- [ ] unincorporated association;
- [ ] other:

6. If the applicant is a corporation, limited partnership, limited liability company or statutory trust, list the state of incorporation or organization: WYOMING

If a limited partnership, general partnership, or statutory trust, list the names and addresses of the partners, general partners, or trustees:

If other, explain:

RECEIVED
NOV - 8 2018
Secretary of State
Wyoming

TN-RegistrationApplication - Revised June 2016

7. Describe general nature of business conducted by applicant:

PRECIOUS METALS SALES

8. Date first used in Wyoming: 08/24/2017
*(Date – mm/dd/yyyy)*

**•The name must be in use in Wyoming prior to registration.**

Date: 11/02/2018
*(mm/dd/yyyy)*

**Signature:** [signature]

Print Name: GRAHAM H. NORRIS

Title: CEO

Contact Person: Rabeh Sofi Esq.

Daytime Phone Number: (213) 403-3218

Email: rsoofi@axislc.com
*(Email provided will receive filing evidence)*
**May list multiple email addresses*

State of Utah County of Utah
The foregoing instrument was acknowledged before me by Graham H. Norris
*Signatory's Printed Name*

[signature] Nov. 7, 2018 Sept. 18, 2021
*Notary Public's Signature* *Notary Date (mm/dd/yyyy)* *Notary's Commission Expiration*

*Notarial Seal:* NOTARY PUBLIC CAMERON OWEN MCGARY Commission No. 698196 Commission Expires SEPTEMBER 18, 2021 STATE OF UTAH

**Important Information:**

•Registration is effective for a term of ten years and is renewable. The renewal may not be filed more than six months prior to the expiration.
•Renewal forms are mailed by the office of the Secretary of State to registrants whose trade name is up for renewal. Trade name renewal fees are $50.00.
•Trade name cancellation fees are $10.00 (forms available online).
•Trade name assignment fees are $25.00 (forms available online).

**STATE OF WYOMING * SECRETARY OF STATE**
**EDWARD A. BUCHANAN**
**BUSINESS DIVISION**
2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | **TMTE INC.** | | |
| **Filing ID** | **2008-000554305** | | |
| Type | Profit Corporation | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | TEM INC. | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 04/30/2008 4:30 PM |
| Term of Duration | | Delayed Effective Date | |
| | | Inactive Date | |

**Share Information**

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 1,000,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

**Principal Address**

1712 Pioneer Ave Ste 2145
Cheyenne, WY 82001

**Mailing Address**

1712 Pioneer Ave Ste 2145
Cheyenne, WY 82001

**Registered Agent Address**

Corporate Agents, LLC
1712 Pioneer Ave Ste 100
Cheyenne, WY 82001

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Corporate Agents, LLC |

**Notes**

| Date | Recorded By | Note |
|---|---|---|

FOIA Confidential Treatment Requested by Chase Metals. TMTE_CFTC_00001-097

# Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | **TMTE INC.** | | |
| **Filing ID** | **2008-000554305** | | |
| Type | Profit Corporation | Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2019 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 04386359 |
| AR Date | 4/3/2019 1:27 PM | | | | |
| Web Filed | N | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Secretary / Director | Gerald Pitts 1712 Pioneer Ave Ste 2145 Cheyenne, Wy 82001 |

**Principal Address**

1712 Pioneer Ave Ste 2145
Cheyenne, WY 82001

**Mailing Address**

1712 Pioneer Ave Ste 2145
Cheyenne, WY 82001

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 00977532 | Original | 02/10/2009 | 2009 | $50.00 |
| 01138058 | Original | 03/25/2010 | 2010 | $50.00 |
| 01305991 | Original | 03/18/2011 | 2011 | $50.00 |
| 01498365 | Original | 03/02/2012 | 2012 | $50.00 |
| 01799693 | Original | 03/06/2013 | 2013 | $50.00 |
| 01996349 | Original | 03/11/2014 | 2014 | $50.00 |
| Principal Address 1 Changed From: 1712 Pioneer Ave Ste 100 To: 1712 Pioneer Ave Ste 7000 | | | | |
| 02199697 | Original | 03/12/2015 | 2015 | $50.00 |
| 02443263 | Original | 03/08/2016 | 2016 | $50.00 |
| 02752262 | Original | 03/16/2017 | 2017 | $50.00 |
| 02967309 | Amendment | 08/15/2017 | 2017 | $50.00 |
| Principal Address 1 Changed From: 1712 Pioneer Ave Ste 100 To: 1712 Pioneer Ave Ste 2145 | | | | |
| 03399121 | Original | 03/13/2018 | 2018 | $50.00 |
| 04367433 | Amendment | 03/28/2019 | 2018 | $50.00 |
| 04386359 | Original | 04/03/2019 | 2019 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|

FOIA Confidential Treatment Requested by Chase Metals.

## Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

**Name** **TMTE INC.**

**Filing ID** **2008-000554305**

Type Profit Corporation Status Active

| | | |
|---|---|---|
| 2019-002525087 | Delinquency Notice - Tax | 04/02/2019 |
| 2018-002352056 | Name Change | 08/02/2018 |
| | Filing Name Changed From: TEM INC. To: TMTE INC. | |
| 2018-002345182 | Name Change | 07/23/2018 |
| | Filing Name Changed From: Chase Metals, Inc. To: TEM INC. | |
| 2017-002033851 | Conversion | 03/18/2017 |
| | Filing Type Changed From: Limited Liability Company To: Profit Corporation<br>Formation (State/Country) Changed From: Wyoming To: Wyoming<br>Filing Name Changed From: Chase Metals, LLC To: Chase Metals, Inc.<br>Principal Address 1 Changed From: 1712 Pioneer Ave Ste 2145 To: 1712 Pioneer Ave Ste 100 | |
| 2016-001944847 | Name Change | 08/29/2016 |
| | Filing Name Changed From: Access Unlimited LLC To: Chase Metals, LLC | |
| 2016-001878569 | Address Update | 04/11/2016 |
| | Principal Address 1 Changed From: 1712 Pioneer Ave Ste 7000 To: 1712 Pioneer Ave Ste 2145 | |
| 2014-001618676 | RA Address Change | 05/28/2014 |
| 2012-001395335 | RA Name/Address Change | 10/26/2012 |
| | Registered Agent # Changed From: 0178658 To: 0187456<br>Registered Agent Organization Name Changed From: Wyoming Corporate Services, Inc. To: Corporate Agents, L<br>Registered Agent Physical Address 1 Changed From: 1712 Pioneer Ave Ste 101 To: 1712 Pioneer Ave Ste 100<br>Principal Address 1 Changed From: 2710 Thomes Ave To: 1712 Pioneer Ave Ste 100 | |
| 2012-001375928 | RA Address Change | 09/18/2012 |
| See Filing ID | Initial Filing | 04/30/2008 |

# ATTACHMENT B

**Corporate Documents: Barrick Capital**



**Secretary of State**
**Statement and Designation by Foreign Corporation**

**S&DC-S/N**

4563784

**FILED** ℓm
Secretary of State
State of California

FEB 06 2020

**IMPORTANT — Read instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the corporation was formed. See instructions.

**Filing Fee** – $100.00 (for a foreign stock corporation) or $30.00 (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

lcc This Space For Office Use Only

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

Barrick Capital, Inc

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Delaware

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 23638 Lyons Avenue #223 | Newhall | CA | 91321 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 4c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

Registered Agents Inc

**5. Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

[signature]
Signature

Bob Lambert - President
Type or Print Name

S&DC-S/N (REV 10/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be



Delaware
The First State

4563784

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BARRICK CAPITAL, INC" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTY-FIRST DAY OF JANUARY, A.D. 2020.*

Jeffrey W. Bullock, Secretary of State

7570290 8300

SR# 20200713814

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202302676

Date: 01-31-20

# ATTACHMENT C

Corporate Documents: Tower Equity, LLC

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-C57978

FILED

In the office of the Secretary of State of the State of California

JUL 31, 2018

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
TOWER EQUITY, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201701410044 | WYOMING |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box: 8383 Wilshire Blvd Suite 412 | Beverly Hills | CA | 90211 |
| b. Mailing Address of LLC, if different than item 4a: 8383 Wilshire Blvd Suite 412 | Beverly Hills | CA | 90211 |
| c. Street Address of California Office if Item 4a is not in California - Do not list a P.O. Box: 8383 Wilshire Blvd Suite 412 | Beverly Hills | CA | 90211 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Simon | | Batashvili | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8383 Wilshire Blvd Suite 412 | Beverly Hills | CA | 90211 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
REGISTERED AGENTS INC (C3365816)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Investments

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/31/2018 | Maria Ballesteros | Admin | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

2017 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-B17860

# FILED

In the office of the Secretary of State of the State of California

MAR 22, 2019

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
TOWER EQUITY, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201701410044 | WYOMING |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>8383 Wilshire Blvd. Suite 700 | Beverly Hills | CA | 90211 |
| b. Mailing Address of LLC, if **different than item 4a**<br>8383 Wilshire Blvd. Suite 700 | Beverly Hills | CA | 90211 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>8383 Wilshire Blvd. Suite 700 | Beverly Hills | CA | 90211 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Simon | | Batashvili | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8383 Wilshire Blvd. Suite 700 | Beverly Hills | CA | 90211 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
CALIFORNIA CORPORATE AGENTS, INC. (C3035398)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Various

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 03/22/2019 | Rabeh Soofi Esq. | Attorney | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

2017 California Secretary of State
www.sos.ca.gov/business/be

**Attachment to Statement of Information (Limited Liability Company)**

**LLC-12A Attachment**

19-B17860

**A. Limited Liability Company Name**

TOWER EQUITY, LLC

This Space For Office Use Only

| **B. 12-Digit Secretary of State File Number** | **C. State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201701410044 | WYOMING |

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lucas | | Asher | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| 8383 Wilshire Blvd. Suite 700 | Beverly Hills | CA | 90211 |
| **First Name** | **Middle Name** | **Last Name** | **Suffix** |
| | | | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| | | | |
| **First Name** | **Middle Name** | **Last Name** | **Suffix** |
| | | | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| | | | |
| **First Name** | **Middle Name** | **Last Name** | **Suffix** |
| | | | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| | | | |
| **First Name** | **Middle Name** | **Last Name** | **Suffix** |
| | | | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| | | | |
| **First Name** | **Middle Name** | **Last Name** | **Suffix** |
| | | | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| | | | |
| **First Name** | **Middle Name** | **Last Name** | **Suffix** |
| | | | |
| **Entity Name** | | | |
| | | | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| | | | |

**LLC-5** | **Application to Register a Foreign Limited Liability Company (LLC)**

20170141004 4

FILED gmR
Secretary of State
State of California
JAN 03 2017
IPC

This Space For Office Use Only

To register in California an LLC from another state, country or other place, fill out this form, and submit for filing along with:

- A **$70** filing fee, and
- A certificate of good standing, issued within the last six (6) months by the agency where the LLC was formed.
- A separate, non-refundable **$15** service fee also must be included, if *you **drop off** the completed form.*

***Important!*** LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Registered LLCs cannot provide in California "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm*

**LLC Name to be used for this LLC in California**

① a. Tower Equity, LLC
*LLC Name* — List the LLC name you use now (exactly as listed on your certificate of good standing)

b. ______
*Alternate Name* — If the LLC name in Item 1a does not comply with California Corporations Code section 17701.08; list an alternate name to be used in California exactly as it is to appear on the records of the California Secretary of State. The alternate name **must** include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and **may not** include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LLC History**

② a. Date your LLC was formed *(MM, DD, YYYY)*: 06/19/2013

b. State, country or other place where your LLC was formed: Wyoming

c. Your LLC currently has powers and privileges to conduct business in the state, country or other place listed above.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not** list an address if the agent is a California registered corporate agent as the agent's address for service of process is already on file.)

③ a. Registered Agents, Inc.
*Agent's Name*

b. ______ CA
*Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

**LLC Addresses**

④ a. 1712 Pioneer Avenue, Suite 539, Cheyenne, WY 82001
*Street Address of Principal Executive Office - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

b. ______ CA
*Street Address of Principal Office in California, if any - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

c. ______
*Mailing Address of Principal Executive Office, if different from 4a or 4b* | *City (no abbreviations)* | *State* | *Zip*

**Read and sign below:**
I am authorized to sign this document under the laws of the state, country or other place where this LLC was formed.

[signature] | Graham Norris | Manager
*Sign here* | *Print your name here* | *Your business title*

| Make check/money order payable to: **Secretary of State** | ***By Mail*** | ***Drop-Off*** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 17701.04, 17701.08, 17708.02, Revenue and Taxation Code § 17941
LLC-5 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**STATE OF WYOMING**
**Office of the Secretary of State**

201701410044

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

**Tower Equity, LLC**
is a
**Limited Liability Company**

formed or qualified under the laws of Wyoming did on **June 19, 2013**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2013-000645632**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 30th day of December, 2016 at 10:15 AM. This certificate is assigned 021798329.

Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.

**STATE OF WYOMING • SECRETARY OF STATE**
**EDWARD A. BUCHANAN**
**BUSINESS DIVISION**
2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Tower Equity, LLC** | | |
| **Filing ID** | **2013-000645632** | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | Grand Investments LLC | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 06/19/2013 2:46 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**
1712 Pioneer Ave Ste 539
Cheyenne, WY 82001

**Mailing Address**
1712 Pioneer Ave Ste 539
Cheyenne, WY 82001

**Registered Agent Address**
Corporate Agents, LLC
1712 Pioneer Ave Ste 100
Cheyenne, WY 82001

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Organizer | Corporate Agents, LLC |

**Notes**

| Date | Recorded By | Note |
|---|---|---|

Page 1 of 2

**STATE OF WYOMING • SECRETARY OF STATE**
**EDWARD A. BUCHANAN**
**BUSINESS DIVISION**
2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 19451
**Amendment Type:** RA Resignation
**Amendment Date:** 03/22/2019 1:21 PM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 1

---

**Agent Name:** Corporate Agents, LLC
**Address:** 1712 Pioneer Ave Ste 100
Cheyenne, WY 82001

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent # | 0187456 | 0000000 |
| Registered Agent Email | info@wyomingcompany.com | No Value |
| Registered Agent Organization Name | Corporate Agents, LLC | No Agent |
| Registered Agent Phone | (307) 633-3500 | No Value |
| Registered Agent Physical Address 1 | 1712 Pioneer Ave Ste 100 | No Office |
| Registered Agent Physical City | Cheyenne | No Value |
| Registered Agent Physical County | Laramie | No Value |
| Registered Agent Physical Postal Code | 82001 | No Value |



Ed Murray
Wyoming Secretary of State
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State
FILED: 11/14/2016 10:38 AM
Original ID: 2013-000645632
Amendment ID: 2016-001976309

# Limited Liability Company
# Amendment to Articles of Organization

1. Name of the limited liability company: Grand Investments, LLC

2. The date of filing its articles of organization: 6/9/2013

3. Article number(s) I is amended as follows:

The name of the limited liability company is Tower Equity, LLC.

Signature: [signature]
*(Shall be executed by a person authorized by the company.)*

Date: 11/01/2016
*(mm/dd/yyyy)*

Print Name: Graham Norris

Title: Manager

Contact Person: Graham Norris

Daytime Phone Number: 801-932-1238

Email: graham@norrislawyer.com

*(Email provided will receive annual report reminders and filing evidence)*
**May list multiple email addresses*

Checklist
- [✓] ***Filing Fee: $50.00*** Make check or money order payable to Wyoming Secretary of State.
- [✓] Please submit one **originally signed** document.
- [✓] **Typical processing time is 3-5 business days** following the date of receipt in our office.
- [✓] Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

Received
NOV -7 2016
Secretary of State
Wyoming

**STATE OF WYOMING**
**Office of the Secretary of State**

I, ED MURRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF NAME CHANGE

Current Name: **Tower Equity, LLC**
Old Name: **Grand Investments LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **14th** day of **November, 2016**

Filed Date: 11/14/2016

Secretary of State

By: Jordyn Gray



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**WY Secretary of State**
**FILED: 03/22/2019 01:21 PM**
**Global Amendment ID: 19451**
**Affected Entities: 1**

## Statement of Resignation of Registered Agent

1. This change affects every entity that I represent. ☐

**OR**

This change affects only the entities on the attached list. ☑

***(If attaching a list of business entities do not list more than 25 entities per filing.)***

2. I, Corporate Agents LLC, hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on 01/10/2019 *(Date – mm/dd/yyyy)* to an officer or controlling member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address, a separate notice must be provided to change the mailing and/or principal office address to the last known address.

**Signature:** Lindsay Moore
*(Shall be executed by a person authorized by the registered agent)*

**Date:** 03/16/2019 *(mm/dd/yyyy)*

Print Name: Lindsey Moore on behalf of Corporate Agents LLC (Authorized Agent)

Title: Authorized Agent

Contact Person:

Daytime Phone Number:

Email: tax@wyomingcompany.com

*(Email provided will receive filing evidence.)*
**May list multiple email addresses*

Checklist

☐ ***No Filing Fee***

☐ Please submit one **originally signed** document.

☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

RAResignation Revised October 2015

# ATTACHMENT D

Officers of TMTE, Inc. (f/k/a) Chase Metals

Information responsive to CFTC Subpoena Request No. 2

The officers of TMTE, Inc. (f/k/a) Chase Metals are Lucas Asher and Simon Batashvili.

There is no board of directors for TMTE, Inc.

The equity in TMTE, Inc. is owned by Prometheus Laboratories Int. Corp.

Information responsive to CFTC Subpoena Request No. 4

433 N. Camden Dr., Suite 970
Beverly Hills, CA 90210
1-800-463-1326

Information responsive to CFTC Subpoena Request No. 12

The banking institutions that TMTE, Inc. (and predecessors) have used for corporate accounts since January 1, 2016 are Bank of America and OneWest Bank.

Information responsive to CFTC Subpoena Request No. 18

Delaware Depository Servcies (DDSC)
Brinks Salt Lake City
Brinks Los Angeles
Dakota Depository
International Depository Services (Texas and Delaware)

# ATTACHMENT E

**One West Account *9387**
**Account Documents**

| Subpoena Duces Tecum<br>re:<br>Chase Metals a/k/a Metals.com<br>(Matter No. A8343) | Declaration of Custodian of Records |
|---|---|

I, Astrid Valle, declare and certify as follows:

1. I am employed by OneWest Bank, a division of CIT Bank, N.A., as Director, Banking Operations, of OneWest Bank, a division of CIT Bank, N.A. ("CIT"). This declaration is offered in response to the above-described Subpoena Duces Tecum ("Subpoena") received at OneWest Bank, a division of CIT Bank, N.A. on or about January 10, 2020. I make this declaration based upon my own personal knowledge, and if called upon to testify as to the contents hereof, I could and would competently do so.

2. In my capacity as Director, Banking Operations, I serve as the custodian of certain records for CIT. I oversee and am responsible for the maintenance of consumer banking records for CIT, including the records sought by the Subpoena.

3. I hereby certify that I have caused to be made a search of the files and records of CIT, in order to identify all records and materials responsive to the Subpoena, and in order to produce such records in compliance with the Subpoena.

4. Attached hereto is a copy of the documents and materials which have been identified within CIT's records as being responsive to the Subpoena. I certify that the documents and materials accompanying this response are, to the best of my knowledge and belief, all of the documents fitting the description of documents called for in the Subpoena which are in the possession, custody and control of CIT.

5. The documents attached hereto and produced herewith are true and accurate copies of the records sought by the Subpoena which I understand were made at or near the time of the acts, events, conditions or opinions recited therein by or from information transmitted by a person with knowledge thereof; and were and are made and kept in the course of a regularly conducted activity as a regular practice.

6. The original documents responsive to the Subpoena are maintained by CIT.

7. The records are being delivered to the requesting party in a fashion consistent with California Code of Civil Procedure § 2020(d).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration was executed this 21 day of January, 2020 in Los Angeles County, California.

Astrid Valle

**OneWest Bank**
A Division of CIT Bank, N.A.

## Business Signature Card

Supersedes Card Dated: 09/28/2016

**Account Ownership**

- ☐ Sole Proprietorship
- ☐ Single Member LLC
  Name of sole owner or member:
  (provide the U.S. TIN of sole owner or member within the box below)
- ☒ Limited Liability Company (Tax Classification C, S or P: C )
- ☐ General Partnership
- ☐ Corporation
- ☐ Limited Liability Partnership
- ☐ Unincorporated Association
- ☐ Limited Partnership
- ☐ As Fiduciary

Primary Business Type: Other Services

Today's Date: 08/03/2017

☒ Permanent Signature Card ☐ Temporary Card

Legal Title of Entity & Address (Sole owner or member, if applicable)

Chase Metals, LLC

1712 Pioneer Ave Suite 2145
Cheyenne WY 82001-4406

Mailing Address:
11360 Waterford St

Los Angeles CA 90049-3437

Business Phone Number: [redacted]

Business Fax:

**TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION**

Tax Identification Number: [redacted]

Under penalty of perjury, I certify:

1. TAXPAYER I.D. NUMBER – The number shown on this form is my correct taxpayer identification number.
2. BACKUP WITHHOLDING - I am not subject to backup withholding either because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.
3. I am a U.S. citizen or other person.
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Note: Item "4" does not apply for accounts opened at OneWest Bank, a division of CIT Bank, N.A.)

Certification Instructions: You must cross out item "2" if the Internal Revenue Service has notified you that you are subject to backup withholding as a result of a failure to report all interest dividends. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Authorized Signer: [signature] Date: 8/3/17

Printed Name: SIMON Batashvili Title: Member

**Accounts**

Number of Signatures Required for Withdrawal: 1

| Account Number(s) | Date | Product ID |
|---|---|---|
| [redacted]387 | 07/05/2016 | 72 |
| | | |
| | | |
| | | |
| | | |

Facsimile Signature(s) Allowed ☐ Yes ☒ No

If Yes, Attach Facsimile Signature Agreement Authorization

**Authorized Signers**

By signing this agreement, you confirm that you have received and agree to comply with the terms and conditions specified in the Account disclosures for Business Accounts issued by OneWest Bank a division of CIT Bank, N.A. You also agree that the business authorization on this form has been completed properly.

**Customer Identification Notice:** The USA PATRIOT Act, a federal law, requires all financial institutions to obtain sufficient information to verify your identity when creating a new banking relationship. You may be asked several questions including your name, address and date of birth, and to provide one or more forms of identification to fulfill this requirement. In some instances, we may require other identifying document and/or use a third party information provider for verification purposes.

| | Signature | Name/Title | SSN/Tax-ID | MMN | Primary Id | Birth Date | Birth Place |
|---|---|---|---|---|---|---|---|
| (1) | x [signature] Simon B[illegible]vili | Authorized Signer | [redacted] | Janashvili | B9766586 | [redacted]79 | TBILISI |
| (2) | x [signature] Perez Batashvili | Authorized Signer | [redacted] | Janashvili | B7397011 | [redacted]80 | TBILISI |
| (3) | x [signature] Fainche J MacCarthy | Authorized Signer | [redacted] | O'Sullivan | A2407691 | [redacted]70 | TORONTO |
| (4) | x | | | | | | |

Signature Card 1 of 1

*Bank Use Only*

Opened By: Employee Name: Luci Jingozian Initials: [initials]

Approved By: [signature]

NA
NA
NA

Business Signature Card Rev. 06/07/2017

Confidential – Produced to the Government Pursuant to 16 USC § 313.15(a)(7)(ii) and 12 U.S.C. § 3413(b)

CIT 0002

# ATTACHMENT F

**Bank of America Account *4024**
**Account Documents**

**Bank of America**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** [redacted] 4024 **Bank Number:** 318

**Account Type:** [X] Checking (DDA) [ ] Savings (SAV) [ ] Certificate of Deposit (CD)

**Account Title:**
CHASE METALS, INC.

**Legal Designation:**

[ ] Individual/Sole Proprietor [ ] Trust/Estate [ ] Unincorporated Association [X] C Corporation [ ] S Corporation

[ ] Partnership (Enter the type of partnership: General, LP, LLP or LLLP) ______

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ______

[ ] Other (Defined in W-9 instructions) ______

Social Security Number ______ (or) Employer Identification Number [redacted]

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

[ ] **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** ______

**Exemption from FATCA reporting code (if any)** ______

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | SIMON BATASHVILI | President/Secretary | [signature] | 10-31-17 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 11-2016

**Account Number:** [redacted] 4024

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer: [signature] Title: President / Secretary

**Review Information**

**Customer 1:**

Name: SIMON BATASHVILI

ID Type: US Drivers License w/ photo ID#: [redacted] ID Issuer: California Iss. Date: [redacted] Exp. Date: 08/2021

ID Type: Major Fin'l Credit Card ID#: 2019 ID Issuer: NA Iss. Date: NA Exp. Date: 09/2022

**Customer 2:**

Name: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Customer 3:**

Name: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Customer 4:**

Name: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Customer 5:**

Name: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Bank Information**

**Date** 10/31/2017

**Financial Center Name** LAKE COLORADO

**Employee's Name** Jovena Mondia

**Employee's Phone Number** 626-463-6267

04/Dec/2017 10:45:45 AM Bank of America 828-463-8280 5/8

Bank of America
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** [redacted] 4024 **Bank Number:** 318

**Account Type:** [X] Checking (DDA) [ ] Savings (SAV) [ ] Certificate of Deposit (CD)

**Account Title:**
CHASE METALS, INC.

**Legal Designation:**

[ ] Individual/Sole Proprietor [ ] Trust/Estate [ ] Unincorporated Association [X] C Corporation [ ] S Corporation

[ ] Partnership (Enter the type of partnership: General, LP, LLP or LLLP) ______

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ______

[ ] Other (Defined in W-9 Instructions) ______

**Social Security Number** ______ (or) **Employer Identification Number** [redacted]

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

[ ] Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

Exempt payee code (if any) ______

Exemption from FATCA reporting code (if any) ______

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS Instructions for Form W-9):

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | SIMON BATASHVILI | President / SECRETARY | [signature] | 12/4/2017 |
| 2 | FANCHE JEAN MACCARTHY | SIGNOR | [signature] | 12/4/2017 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

04/Dec/2017 10:45:45 AM Bank of America 626-463-6280 6/6

**Account Number:** [redacted]4024

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

**Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.**

Authorized Signer ______________________ Title ______________________

**Review Information**

**Customer 1:**

Name SIMON BATASHVILI

ID Type: US DRIVERS LICENSE w/PHOTO ID#: [redacted] ID Issuer: CALIFORNIA Iss. Date: [redacted] Exp. Date: 8/2021

ID Type: MAJOR FIN'L CARD ID#: 2019 ID Issuer: AMEX Iss. Date: N/A Exp. Date: 9/2022

**Customer 2:**

Name FAINCHE JEAN MACCARTHY

ID Type: US DRIVERS LICENSE w/ PHOTO ID#: [redacted] ID Issuer: CALIFORNIA Iss. Date: [redacted] Exp. Date: 8/2018

ID Type: MAJOR FINIC CARD ID#: 4003 ID Issuer: AMEX Iss. Date: N/A Exp. Date: 8/2022

**Customer 3:**

Name ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Customer 4:**

Name ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Customer 5:**

Name ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

ID Type: ______ ID#: ______ ID Issuer: ______ Iss. Date: ______ Exp. Date: ______

**Bank Information**

**Date** 12/04/2017

**Financial Center Name** LAKE COLORADO

**Employee's Name** Jovana Mendis

**Employee's Phone Number** 626-463-6287

NCA
00-14-9297M 11-2016

**Bank of America Merrill Lynch**

# Deposit Account Documentation
## Signature Card

**I. ACCOUNT INFORMATION**

**Select One:** ☐ Update (Add/Delete) Signers (existing accounts only) ☑ Replace Existing Signature Card with this card ☐ New Account

**Account #:** [redacted]4024
(If new account, Bank will complete)

**Primary Purpose of Account:** ☑ General Business Operations (payables, receivables, payroll, taxes) ☐ Money Services Business** ☐ Casinos or Gaming**
*Does not apply to Certificates of Deposit
**Additional information may be required prior to opening an account.

**Account Holder Legal Name:** (Must match exact name on Formation Documents) TMTE Inc — **State of Formation:** WY

☐ **Owner Business Name of Disregarded Entity:** (Must match 1st line of W9)

☐ **Third Party/Funds Owner:** (If applicable, W-9/W-8 required from Third Party/Funds Owner)

☑ **DBA Name:** (Must provide copy of fictitious filing) Metals.com

**Optional Descriptive Account Title:**

**Statement Address:** 321 Dalehurst Ave

City: Los Angeles | State: CA | Country: USA | Postal Code: 90024

**II. BUSINESS TYPE**

**Business Type**

☑ Corporation ☐ Sole Proprietorship ☐ Joint Venture ☐ Limited Liability Partnership
☐ General Partnership ☐ Limited Partnership ☐ Unincorporated Organization Association
☐ Government Authority Agency ☐ Other
☐ Limited Liability Company-Manager Managed ☐ Limited Liability Company-Member Managed ☐ Limited Liability Company-Sole Member

**III. Designated Accounts Signers**

| Add or Delete | Printed Name | Title (If signer also on Banking Resolution, Title Must Match) | Signature | Signer Limited to Check Signing ONLY |
|---|---|---|---|---|
| Add | Simon Batashvili | CEO | [signature] | ☐ |
| Add | Fainche Jean MacCarthy | Signor | [signature] | ☐ |
| | | | | ☐ |
| | | | | ☐ |

© 2018 Bank of America Corporation

| Account #[redacted] | DEPOSIT ACCOUNT DOCUMENTATION-SIGNATURE CARD |
|---|---|

## IV. CUSTOMER ACKNOWLEDGEMENT & AGREEMENT

You begin or continue a deposit account relationship with us by giving us information about your business and by signing this Agreement. The deposit agreement we give you is part of your agreement with us regarding use of your account and tells you the current terms governing your account. We may change the deposit agreement at any time and will inform you of changes that affect your rights and obligations. By signing below, you acknowledge receipt of the deposit agreement. The deposit agreement includes a provision for alternative dispute resolution.

By signing below, you certify that all information you may have previously provided to us regarding the beneficial ownership of your Organization is, to the best of your knowledge, complete and correct, and to the extent it is not, you are now providing us with updated information as required by law.

By signing below, you authorize each person who has signed in the Designated Account Signer section on page one, to operate any account opened under this signature card now or in the future. The authority to operate an account includes: authority to sign checks and other items and to give us other instructions, including by electronic signature, electronic record or other electronic form, to withdraw funds; to endorse and deposit checks and other items payable to or belonging to you to the account; and to transact other administrative business, including by electronic signature, electronic record or other electronic form relating to the account, including closing the account. If you wish to restrict a designated signer's authority to check signing you must indicate that by checking the box to the right of their name. We may rely on this authorization for any account opened under this signature card until we receive written notice revoking the authorization at the office where we maintain the account, and we have a reasonable time to act upon such notice. By signing below, this organization agrees to be bound to the above Agreement and Authorization.

For CA Public Funds only: Any person signing this Agreement for the Organization certifies that they are duly authorized to do so as evidenced by attached banking resolution/contract for deposit of moneys or existing banking resolutions/contract for deposit of money on file with us.

## V. Consent to Electronic Delivery of Account Material

By signing below, you consent to have documentation regarding your accounts and services delivered through electronic delivery such as secure e-mail or our digital banking portal. Information delivered electronically may include sensitive information about your accounts and services, disclosures and terms governing your accounts and services, and information that could facilitate unauthorized transactions against your accounts. As such, you must ensure that the e-mail address that you choose below is secure and accessible by each of your designated account signers, but only by those individuals. Additionally, you should check this e-mail address as important notices may be transmitted periodically. If you would like physical copies of documentation, please contact your service representative.

| Simon Batashvili | CEO | [signature] | 11/16/18 |
|---|---|---|---|
| Printed Name | Title (Certifying individual must be authorized on Banking Resolution, Title MUST match) | Signature | Date |

| E-mail Address for electronic delivery (Required for new account opening): | Simon @ metals. com |
|---|---|

## VI. SUBSTITUTE FORM W9 / CERTIFICATION (If foreign entity, W-8 required. Section VI leave blank.)

| | |
|---|---|
| 1. Name (as shown on your income tax return) do not leave this line blank. | TMTE Inc |
| 2. Business name/disregarded entity name, if different from above | |
| 3. ☑ Employer Identification Number | [redacted] |
| ☐ Social Security Number | |

**4. Federal Tax Classification; check only ONE of the following seven boxes**

☐ Individual /sole proprietorship or single member LLC ☑ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=corporation, S=S corporation, P=partnership)

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions from IRS)

Exemptions (Codes apply only to certain entities, not individuals)

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

(Applies to accounts maintained outside the U.S.)

Under penalties of perjury, I certify that: 1) the employer identification number or social security number shown on this form for this account holder is correct (or the account holder is waiting for a number to be issued); and 2) the account holder is not subject to backup withholding because: (a) the account holder is exempt from backup withholding, or (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account holder that it is no longer subject to backup withholding; and 3) the account holder is a United States person (defined below*); and 4) The FATCA code(s) entered on this form (if any) indicating that the organization is exempt from FATCA reporting is correct.

Certification Instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

* If the organization listed above is a foreign entity use the applicable IRS Form W-8 (for additional information please see IRS instructions). The term "United States person" means a citizen or resident of the United States; a partnership created or organized in the United States or under the laws of the United States or of any State; a corporation created or organized in the United States or under the laws of the United States; or of any state or any estate or trust other than a foreign estate or foreign trust.

By signing below, the account holder agrees to be bound by the above Tax Information Certification.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Simon Batashvili | CEO | [signature] | 11/14/18 |
|---|---|---|---|
| Printed Name | Title | Signature | Date |

© 2018 Bank of America Corporation

**Bank of America Merrill Lynch**

## ACCOUNT SIGNER INFORMATION FORM

For each authorized account signer, the information [illegible] must be provided.

| Client Name: | TMTE Inc | Client Taxpayer ID | [redacted] |
|---|---|---|---|

| Account Number(s) | Account Name(s) |
|---|---|
| [redacted]024 | TMTE Inc DBA Metals.com |
| | |
| | |
| | |
| | |

For each authorized account signers on the listed account(s), Please provide his/her name and at least one additional field of information as indicated in the table below.

| Full Legal Name | Date of Birth (mm/dd/yyyy) | Physical Address | | | | | Government-Issued Identification Document Note, US citizens must provide Social Security Number | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Street | City | State / Province | Zip/Postal Code | Country | Type (Examples: driver's license, passport, Taxpayer/Social Security ID) | Place of Issuance (State/Province & Country) | Document/ID Number |
| Simon Batashvili | [redacted]79 | | | | | | | | |
| Fainche Jean MacCarthy | [redacted]70 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

© 2017 Bank of America Corporation

Bank of America Merrill Lynch

# Deposit Account Documentation
## Signature Card

**I. ACCOUNT INFORMATION**

Select One: ☑ Update (Add/Delete) Signers (existing accounts only) ☐ Replace Existing Signature Card with this card ☐ New Account

Account #: (If new account, Bank will complete) [REDACTED] 4024

Primary Purpose of Account: *Does not apply to Certificates of Deposit ☑ General Business Operations (payables, receivables, payroll, taxes) ☐ Money Services Business** ☐ Casinos or Gaming**

**Additional information may be required prior to opening an account.

Account Holder Legal Name: (Must match exact name on Formation Documents) TMTE Inc State of Formation: WY

☐ Owner Business Name of Disregarded Entity: (Must match 1st line of W9)

☐ Third Party/Funds Owner: (If applicable, W-8/W-9 required from Third Party/Funds Owner) [REDACTED]

☑ DBA Name: (Must provide copy of fictitious filing) Metals.com

Optional Descriptive Account Title:

Statement Address: 321 Dalehurst Ave

City: Los Angeles State: CA Country: USA Postal Code: 90024

**II. BUSINESS TYPE**

Business Type

☑ Corporation ☐ Sole Proprietorship ☐ Joint Venture ☐ Limited Liability Partnership
☐ General Partnership ☐ Limited Partnership ☐ Unincorporated Organization Association
☐ Government Authority Agency ☐ Other
☐ Limited Liability Company-Manager Managed ☐ Limited Liability Company-Member Managed ☐ Limited Liability Company-Sole Member

**III. Designated Account Signers**

| Add or Delete | Printed Name | Title (If signer also on Banking Resolution, Title Must Match) | Signature | Signer Limited to Check Signing ONLY |
|---|---|---|---|---|
| Add | Peraz Batashvili | Signer | [signature] | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

Bank of America – Confidential
© 2018 Bank of America Corporation

| Account #: [redacted] | DEPOSIT ACCOUNT DOCUMENTATION-SIGNATURE CARD |
|---|---|

## IV. CUSTOMER ACKNOWLEDGEMENT OF AGREEMENT

You begin or continue a deposit account relationship with us by giving us information about your business and by signing this Agreement. The deposit agreement we give you is part of your agreement with us regarding use of your account and tells you the current terms governing your account. We may change the deposit agreement at any time and will inform you of changes that affect your rights and obligations. By signing below, you acknowledge receipt of the deposit agreement. The deposit agreement includes a provision for alternative dispute resolution.

By signing below, you certify that all information you may have previously provided to us regarding the beneficial ownership of your Organization is, to the best of your knowledge, complete and correct, and to the extent it is not, you are now providing us with updated information as required by law.

By signing below, you authorize each person who has signed in the Designated Account Signer section on page one, to operate any account opened under this signature card now or in the future. The authority to operate an account includes: authority to sign checks and other items and to give us other instructions, including by electronic signature, electronic record or other electronic form, to withdraw funds; to endorse and deposit checks and other items payable to or belonging to you to the account; and to transact other administrative business, including by electronic signature, electronic record or other electronic form relating to the account, including closing the account. If you wish to restrict a designated signer's authority to check signing you must indicate that by checking the box to the right of their name. We may rely on this authorization for any account opened under this signature card until we receive written notice revoking the authorization at the office where we maintain the account, and we have a reasonable time to act upon such notice. By signing below, this organization agrees to be bound to the above Agreement and Authorization.

For CA Public Funds only: Any person signing this Agreement for the Organization certifies that they are duly authorized to do so as evidenced by attached banking resolution/contract for deposit of moneys or existing banking resolution/contract for deposit of money on file with us.

## V. Consent to Electronic Delivery of Account Material

By signing below, you consent to have documentation regarding your accounts and services delivered through electronic delivery such as secure e-mail or our digital banking portal. Information delivered electronically may include sensitive information about your accounts and services, disclosures and terms governing your accounts and services, and information that could facilitate unauthorized transactions against your accounts. As such, you must ensure that the e-mail address that you choose below is secure and accessible by each of your designated account signers, but only by those individuals. Additionally, you should check this e-mail address as important notices may be transmitted periodically. If you would like physical copies of documentation, please contact your service representative.

| Simon Batashvili | CEO | [signature] | 2/14/15 |
|---|---|---|---|

E-mail Address for electronic delivery (Required for new account opening):

## VI. SUBSTITUTE FORM W9 / CERTIFICATION (If foreign entity, W-8 required. Section VI leave blank.)

| | | |
|---|---|---|
| 1. | Name (as shown on your income tax return) do not leave this line blank. | TMTE Inc |
| 2. | Business name/disregarded entity name, if different from above | |
| 3. | ☑ Employer Identification Number | [redacted] |
| | ☐ Social Security Number | |

4. Federal Tax Classification; check only ONE of the following seven boxes

☐ Individual /sole proprietorship or single member LLC ☑ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=corporation, S=S corporation, P=partnership)

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions from IRS)

Exemptions (Codes apply only to certain entities, not individuals)

Exempt payee code (if any)

Exemption from FATCA reporting code (if any) (Applies to accounts maintained outside the U.S.)

Under penalties of perjury, I certify that: 1) the employer identification number or social security number shown on this form for this account holder is correct (or the account holder is waiting for a number to be issued); and 2) the account holder is not subject to backup withholding because: (a) the account holder is exempt from backup withholding, or (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account holder that it is no longer subject to backup withholding; and 3) the account holder is a United States person (defined below)*; and 4) The FATCA code(s) entered on this form (if any) indicating that the organization is exempt from FATCA reporting is correct.

Certification Instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

* If the organization listed above is a foreign entity use the applicable IRS Form W-8 (for additional information please see IRS Instructions). The term "United States person" means a citizen or resident of the United States; a partnership created or organized in the United States or under the laws of the United States or of any State; a corporation created or organized in the United States or under the laws of the United States; or of any state or any estate or trust other than a foreign estate or foreign trust.

By signing below, the account holder agrees to be bound by the above Tax Information Certification.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Simon Batashvili | CEO | [signature] | 2/14/19 |
|---|---|---|---|

© 2018 Bank of America Corporation

**Bank of America Merrill Lynch**

# ACCOUNT SIGNER INFORMATION FORM

**For each authorized account signers, the information indicated below must be provided.**

| Client Name: | TMTE Inc | Client Taxpayer ID : | [redacted] |
|---|---|---|---|

| Account Number(s) | Account Name(s) |
|---|---|
| [redacted]024 | TMTE Inc |
| | |
| | |
| | |
| | |

**For each authorized account signers on the listed account(s), Please provide his/her name and at least one additional field of information as indicated in the table below.**

| Full Legal Name | Date of Birth (mm/dd/yyyy) | Physical Address | | | | | Government-Issued Identification Document<br>Note: US citizens must provide Social Security Number | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Street | City | State / Province | Zip/Postal Code | Country | Type (Examples: driver's license, passport, Taxpayer/Social Security ID) | Place of Issuance (State/Province & Country) | Document/ID Number |
| Simon Batashvili | [redacted]79 | | | | | | | | |
| Faincho MacCarthy | [redacted]70 | | | | | | | | |
| Perez Batashvili | [redacted]80 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

©2017 Bank of America Corporation

Bank of America Legal Order Processing
Regarding reference number: D011620000439
Court case number: A8343
Court or issuer: COMMODITY FUTURES TRADING COMMISSION
Court case name: TMTE

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Heather Rothwell
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Heather Rothwell, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| TMTE INC. | 2547 | Statement Pages | 05/2018 - 01/2020 |
| TMTE INC DBA METALS.COM | 4024 | Debits, Statement Pages, Signature Cards, Cashier's Checks, CTR, Wires, IP Address, Deposits | 10/2017 - 01/2020 |

Some documents have been produced electronically.

3.) **Production.**
__X__ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_______ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.
Date: 2/14/2020 Signature: [signature]

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__✓__ Signer is personally known to me.

______ Signer has produced the following identification: ____________________

Sworn to and subscribed before me this 14 day of February 2020. In witness thereof I have set my hand and official seal.

[signature: Brittany D'Amore]
Signature of Notary Public in and for
State of Delaware
City/County of Newark, New Castle

FEB19 20 2:33PM

BRITTANY D'AMORE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 17, 2022

# ATTACHMENT G

**Investor Deposits to Defendant Metals
Bank Accounts**

# Attachment G

## Monthly Deposits into Metals Bank Accounts By SDIRA and Cash Customers

| Account Name | Bank | Month | SDIRA Customers | Cash Customers | Total customers |
|---|---|---|---|---|---|
| Chase Metals | One West | Sep-17 | $2,496,933.00 | $471,000.00 | $2,967,933.00 |
| Chase Metals | One West | Oct-17 | $3,316,106.00 | $375,200.00 | $3,691,306.00 |
| Chase Metals | One West | Nov-17 | $0.00 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Nov-17 | $1,661,174.00 | $545,795.00 | $2,206,969.00 |
| Metals.com | BofA 4024 | Dec-17 | $3,031,265.00 | $1,070,200.00 | $4,101,465.00 |
| Metals.com | BofA 4024 | Jan-18 | $2,095,692.00 | $1,689,498.00 | $3,785,190.00 |
| Metals.com | BofA 4024 | Feb-18 | $4,325,851.00 | $1,887,776.48 | $6,213,627.48 |
| Metals.com | BofA 4024 | Mar-18 | $4,216,523.00 | $2,364,752.00 | $6,581,275.00 |
| Metals.com | BofA 4024 | Apr-18 | $4,820,028.00 | $2,810,216.00 | $7,630,244.00 |
| Metals.com | BofA 4024 | May-18 | $4,189,575.00 | $1,484,948.00 | $5,674,523.00 |
| Metals.com | BofA 4024 | Jun-18 | $4,608,151.00 | $1,056,245.00 | $5,664,396.00 |
| Metals.com | BofA 4024 | Jul-18 | $6,280,215.00 | $650,042.00 | $6,930,257.00 |
| Metals.com | BofA 4024 | Aug-18 | $5,557,312.00 | $1,199,313.15 | $6,756,625.15 |
| Metals.com | BofA 4024 | Sep-18 | $6,003,964.91 | $1,207,921.87 | $7,211,886.78 |
| Metals.com | BofA 4024 | Oct-18 | $5,597,693.39 | $1,950,455.00 | $7,548,148.39 |
| Metals.com | BofA 4024 | Nov-18 | $7,898,435.00 | $1,221,500.00 | $9,119,935.00 |
| Metals.com | BofA 4024 | Dec-18 | $7,170,864.60 | $2,262,793.44 | $9,433,658.04 |
| Metals.com | BofA 4024 | Jan-19 | $6,589,755.24 | $2,864,267.41 | $9,454,022.65 |
| Metals.com | BofA 4024 | Feb-19 | $8,491,191.43 | $1,527,550.00 | $10,018,741.43 |
| Metals.com | BofA 4024 | Mar-19 | $7,849,313.07 | $2,894,146.00 | $10,743,459.07 |
| Metals.com | BofA 4024 | Apr-19 | $8,862,911.87 | $1,214,460.05 | $10,077,371.92 |
| Metals.com | BofA 4024 | May-19 | $0.00 | $346,438.20 | $346,438.20 |
| Metals.com | BofA 4024 | Jun-19 | $2,785,523.26 | $524,033.20 | $3,309,556.46 |
| Metals.com | BofA 4024 | Jul-19 | $2,773,891.97 | $515,540.71 | $3,289,432.68 |
| Metals.com | BofA 4024 | Aug-19 | $5,266,402.37 | $2,256,355.36 | $7,522,757.73 |
| Metals.com | BofA 4024 | Sep-19 | $3,226,917.21 | $1,676,446.59 | $4,903,363.80 |
| Metals.com | BofA 4024 | Oct-19 | $3,372,433.78 | $1,173,487.35 | $4,545,921.13 |
| Metals.com | BofA 4024 | Nov-19 | $2,513,227.78 | $745,087.05 | $3,258,314.83 |
| Metals.com | BofA 4024 | Dec-19 | $1,338,388.12 | $328,000.00 | $1,666,388.12 |
| Metals.com | BofA 4024 | Jan-20 | $797,651.11 | $13,496.00 | $811,147.11 |
| Metals.com | BofA 4024 | Feb-20 | $174,675.35 | $0.00 | $174,675.35 |
| Metals.com | BofA 4024 | Mar-20 | $89,259.63 | $161,296.01 | $250,555.64 |
| | | | | | |
| | | | $127,401,325.09 | $38,488,259.87 | **$165,889,584.96** |

# ATTACHMENT H

**Bank of America Account *6672**
**Account Documents**

**Bank of America Merrill Lynch**

# Deposit Account Documentation
## Signature Card

**I. Account Information**

| | | |
|---|---|---|
| **Select One:** | ☐ Replace all Existing Signature Card and Amendment to Signature Card with this card | ☑ New Account |

**Account #:** (If new account, Bank will complete) [redacted]6672

**Primary Purpose of Account:** *Does not apply to Certificates of Deposit

☑ General Business Operations (payables, receivables, payroll, taxes) ☐ Money Services Business** ☐ Casinos or Gaming**

**Additional information may be required prior to opening an account.

**Account Holder Legal Name:** (Must match exact name on Formation Documents) Barrick Capital Inc — **State of Formation:** DE

☐ **Owner Business Name of Disregarded Entity:** (Must match 1st line of W9)

☐ **Third Party/Funds Owner:** (If applicable, W-9/W-8 required from Third Party/Funds Owner)

☐ **DBA Name:** (Must provide copy of fictitious filing)

**Optional Descriptive Account Title:**

**Statement Address:** 8383 Wilshire Blvd Suite 700

| City: Beverly Hills | State: CA | Country: USA | Postal Code: 90211 |
|---|---|---|---|

**II. Business Type**

☑ Corporation ☐ Sole Proprietorship ☐ Joint Venture ☐ Limited Liability Partnership
☐ General Partnership ☐ Limited Partnership ☐ Unincorporated Organization Association
☐ Government Authority Agency ☐ Other
☐ Limited Liability Company-Manager Managed ☐ Limited Liability Company-Member Managed ☐ Limited Liability Company-Sole Member

**III. Designated Accounts Signers**

| Printed Name | Signature | Signer Limited to Check Signing ONLY* |
|---|---|---|
| Simon Batashvili | [signature] | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

***If you want a signer to have *only* check signing authority, you must check the box opposite the signer's name. If box is not checked, a signer will have all authority of a regular designated signer**

© 2019 Bank of America Corporation

[redacted]6672

| Account #: | DEPOSIT ACCOUNT DOCUMENTATION-SIGNATURE CARD |
|---|---|

**IV. Customer Acknowledgement & Agreement**

You begin or continue a deposit account relationship with us by giving us information about your business and by signing this Signature Card. By signing below, you agree to be bound by the terms of the Deposit Account Agreement, this Signature Card and any Amendment to this Signature Card you give us. You authorize each person who has signed in the Designated Account Signer section herein, to operate any account opened under the Signature Card now or in the future. The Deposit Account Agreement we give you is part of your agreement with us regarding the use of your account and it tells you the current terms governing your account. We may change the Deposit Account Agreement at any time and we will inform you of changes that affect your rights and obligations. The Deposit Account Agreement includes a provision for alternative dispute resolution. You certify that all information you may have previously provided to us regarding the beneficial ownership of your organization is, to the best of your knowledge, complete and correct, and to the extent it is not, you are now providing us with updated information as required by law. The authority to operate an account includes authority to: sign checks and other items; give us other instructions, including any form of payment instruction; withdraw funds; deposit items payable to or belonging to you; bind the business in all transactions related to the account now and in the future; and transact other administrative business (including by electronic means) relating to the account such as closing the account. We may pay out funds from your account if the check, item, or other withdrawal instruction is signed by any one of the persons authorized to sign on the account and we will have no liability to you if we do this. If you wish to restrict a designated signer's authority to check signing you must indicate that by checking the appropriate box to the right of their name. We may rely on this authorization for any account opened under this Signature Card until we receive written notice revoking the authorization at the office where we maintain the account, and we have a reasonable time to act upon such notice. You may add or delete authorized signors for this account by submitting an Amendment to this Signature Card at any time. You agree that we will have a reasonable period of time to act upon any such amendment.

For CA Public Funds only: Any person signing this Agreement for the Organization certifies that they are duly authorized to do so as evidenced by attached banking resolution/contract for deposit of moneys or existing banking resolutions/contract for deposit of money on file with us.

**V. Consent to Electronic Delivery of Account Material**

By signing below, you consent to have documentation regarding your accounts and services delivered through electronic delivery such as secure e-mail or our digital banking portal. Information delivered electronically may include, without limitation, sensitive information about your accounts and services, disclosures and terms governing your accounts and services, and information that could facilitate unauthorized transactions against your accounts. You will ensure the e-mail address used for electronic delivery is secure. You should check this e-mail address or our digital banking portal as important notices may be transmitted periodically. If you would like physical copies of documentation, please contact your service representative.

| Simon Batashvili | Managing Partner | [signature] | 10/29/19 |
|---|---|---|---|

| E-mail Address for electronic delivery (Required for new account opening): | simon@towerequity.com |
|---|---|

**VI. Substitute Form W9 / Certification** (If foreign entity, W-8 required. Section VI leave blank.)

| | | |
|---|---|---|
| **1. Name (as shown on your income tax return) do not leave this line blank.** | | Barrick Capital Inc |
| **2. Business name/disregarded entity name, if different from above** | | |
| **3.** | ☒ Employer Identification Number | [redacted] |
| | ☐ Social Security Number | |

**4. Federal Tax Classification; check only ONE of the following seven boxes**

☐ Individual /sole proprietorship or single member LLC ☒ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=corporation, S=S corporation, P=partnership) [ ]

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions from IRS) [ ]

Exemptions (Codes apply only to certain entities, not individuals)

Exempt payee code (if any) [ ]

Exemption from FATCA reporting code (if any) [ ]

(Applies to accounts maintained outside the U.S.)

Under penalties of perjury, I certify that: 1) the employer identification number or social security number shown on this form for this account holder is correct (or the account holder is waiting for a number to be issued); and 2) the account holder is not subject to backup withholding because: (a) the account holder is exempt from backup withholding, or (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account holder that it is no longer subject to backup withholding; and 3) the account holder is a United States person (defined below*); and 4) The FATCA code(s) entered on this form (if any) indicating that the organization is exempt from FATCA reporting is correct.

Certification Instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

* If the organization listed above is a foreign entity use the applicable IRS Form W-8 (for additional information please see IRS instructions). The term "United States person" means a citizen or resident of the United States; a partnership created or organized in the United States or under the laws of the United States or of any State; a corporation created or organized in the United States or under the laws of the United States; or of any state or any estate or trust other than a foreign estate or foreign trust.

By signing below, the account holder agrees to be bound by the above Tax Information Certification.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Simon Batashvili | Managing Partner | [signature] | 10/29/19 |
|---|---|---|---|
| Printed Name | Title | Signature | Date |

© 2019 Bank of America Corporation

**Bank of America Merrill Lynch**

# ACCOUNT SIGNER INFORMATION FORM

**For each authorized account signers, the information indicated below must be provided.**

| Client Name: | Barrick Capital Inc | Client Taxpayer ID : | [REDACTED] |
|---|---|---|---|

| Account Number(s) | Account Name(s) |
|---|---|
| [REDACTED]6672 | |
| | |
| | |
| | |
| | |

For each authorized account signers on the listed account(s), Please provide the signer's legal name plus **one** of the following; physical address, date of birth or government Issued ID.Social Security number is the only acceptable government ID for US citizens.

| Full Legal Name | | | Date of Birth (mm/dd/yyyy) | Physical Address | | | | | Government-Issued Identification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | | Street | City | State / Province | Zip/Postal Code | Country | Type (Examples: driver's license, passport, Taxpayer/Social Security ID) | Place of Issuance (State/Province & Country) | Document/ID Number |
| Simon | | Batashvili | [REDACTED]79 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

© 2018 Bank of America Corporation

# ATTACHMENT I

**Wells Fargo Account *9973**
**Account Documents**

# Business Account Application

WELLS FARGO

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | MIRACLE MILE | |
| **Banker Name:** | | **Officer/Portfolio Number:** | **Date:** |
| ARAD TOUSHKAN | | CA379 | 03/05/2020 |
| **Banker Phone:** | **Branch Number:** | **Banker AU:** | **Banker MAC:** |
| 323/302-9550 | 04388 | 0000609 | E2018-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ New Deposit Account(s) Only ☐ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1: | |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | | | General Operating Account | |
| **COID:** | **Product:** | **Account Number:** | **Opening Deposit:** | **Type of Funds:** |
| 114 | DDA | [redacted]9973 | $25.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: | Bonus Offer Code: |
|---|---|---|
| simonbatashvili@gmail.com | YES | 46SZHN |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| BARRICK CAPITAL INC | |
| **Enterprise Customer Number (ECN):** | **Account Relationship:** |
| [redacted] | Sole Owner |
| **Customer 2 Name:** | |
| SIMON BATASHVILI | |
| **Enterprise Customer Number (ECN):** | **Account Relationship:** |
| [redacted] | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| BARRICK CAPITAL INC | 321 DALEHURST AVE | |
| | **Address Line 2:** | |
| | **City:** | **State:** |
| | LOS ANGELES | CA |
| | **ZIP/Postal Code:** | **Country:** |
| | 90024-2511 | US |

2W02-001195246749-01

Business Account Application

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | BARRICK CAPITAL INC |
| Enterprise Customer Number (ECN): | 212131552201369 |
| Street Address: | 321 DALEHURST AVE |
| Account Relationship: | Sole Owner |
| Address Line 2: | |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | EIN |
| Address Line 3: | |
| Business Type: | Corporation Type C |
| City: | LOS ANGELES |
| State: | CA |
| Business Sub-Type/Tax Classification: | Corporation |
| Non-Profit: | No |
| ZIP/Postal Code: | 90024-2511 |
| Country: | US |
| Date Originally Established: | 08/20/2019 |
| Current Ownership Since: | |
| Number of Employees: | 3 |
| Business Phone: | [redacted] |
| Fax: | |
| Annual Gross Sales: | $1,000,000.00 |
| Year Sales Reported: | 12/31/2019 |
| Fiscal Year End: | |
| Cellular Phone: | |
| Pager: | |
| Primary Financial Institution: | |
| Number of Locations: | 1 |
| e-Mail Address: | |
| Primary State 1: | |
| Primary State 2: | |
| Primary State 3: | |
| Website: | |
| Primary Country 1: | UM |
| Primary Country 2: | |
| Primary Country 3: | UM |
| Sales Market: | INTERNATIONAL |
| Industry: | Information/Media |
| Description of Business: | ON LINE MARKETING SERVICES FOR OTHER COMPANIES |
| Major Suppliers/Customers: | |

## Bank Use Only

| Field | Value |
|---|---|
| Name/Entity Verification: | Cert of Incorporation |
| Address Verification: | FP/FD |
| BACC Reference Number: | 6200650001898 |
| Document Filing Number/Description: | 7570290 |
| Filing Country: | US |
| Filing State: | DE |
| Filing Date: | 08/20/2019 |
| Expiration Date: | |
| Country of Registration: | US |
| State of Registration: | DE |
| International Transactions: | |
| Check Reporting: | NO RECORD |

2W02-001195246749-02

Business Account Application

## Owner/Key Individual 1 Information

| | | | |
|---|---|---|---|
| Customer Name: SIMON BATASHVILI | | | Residence Address: 11360 WATERFORD ST |
| Business Relationship: Owner with Control of the Entity | | | Address Line 2: |
| Position/Title: | Date of Birth: [redacted]79 | Percent of Ownership: 100.0 | Address Line 3: |
| Enterprise Customer Number (ECN): [redacted] | | | City: LOS ANGELES / State: CA |
| Taxpayer Identification Number (TIN): [redacted] | TIN Type: SSN | | ZIP/Postal Code: 90049-3437 / Country: US |
| Primary ID Type: DLIC | Primary ID Description: B9766586 | | Country of Citizenship: US / Permanently Resides in US: |
| Primary ID St/Ctry/Prov: CA | Primary ID Issue Date: 01/13/2012 | Primary ID Expiration Date: 08/11/2021 | Check Reporting: NO RECORD |
| Secondary ID Type: OTHR CC | Secondary ID Description: AMERICAN EXPRESS 6024 | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 08/01/2023 | |

2W02-001195246749-03

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name: SIMON BATASHVILI

Position/Title:

Owner/Key Individual 1 Signature: [signature]

☐ Submit manually

☐ Signature not required

Date: 03/05/2020

2W02-001195246749-04

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends). ☐ I am subject to backup withholding ☐ I am exempt from backup withholding
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

BARRICK CAPITAL INC

Taxpayer Identification Number (TIN):

[redacted]

TIN Certification Signature:

[signature]

☐ Submit manually

☐ Signature not required

Date: 03/05/2020

## Authorized Signers - Signature Capture

Authorized Signer 1 Name: SIMON BATASHVILI

Position/Title:

Authorized Signer 1 Signature

[signature]

☐ Submit manually

☐ Signature not required

Date: 03/05/2020

2W02-001195246749-05



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

## BUSINESS RECORDS DECLARATION

I, Tasha Hocutt, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 23783186

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Wire Automated | XXXXXX8592 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX4509 | 28 | 28 |
| Statements | XXXXXX4509 | 16 | 16 |
| Statements | XXXXXX2591 | 39 | 39 |
| Deposits with offsets | XXXXXX9138 | 2 | 2 |
| Signature Cards | XXXXXX9138 | 5 | 5 |
| Statements | XXXXXX8592 | 26 | 26 |
| Statements | XXXXXX9138 | 0 | 0 |
| This account is included with statements for account XXXXXX8592 | | | |
| Wire Automated | XXXXXX2591 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX4517 | 4 | 4 |
| Checks/Debits | XXXXXX2591 | 102 | 102 |
| Wire Automated | XXXXXX4517 | 91 | 91 |
| Checks/Debits | XXXXXX9138 | 25 | 25 |
| Statements | XXXXXX9973 | 23 | 23 |
| Deposits with offsets | XXXXXX9973 | 63 | 63 |
| Wire Automated | XXXXXX4509 | 4 | 4 |
| Deposits with offsets | XXXXXX4517 | 24 | 24 |
| Checks/Debits | XXXXXX4517 | 59 | 59 |
| Statements | XXXXXX4517 | 24 | 24 |

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX8592 | 5 | 5 |
| Wire Automated | XXXXXX9138 | 12 | 12 |
| Signature Cards | XXXXXX4509 | 5 | 5 |
| Deposits with offsets | XXXXXX8592 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX9973 | 68 | 68 |
| Signature Cards | XXXXXX9973 | 5 | 5 |
| Deposits with offsets | XXXXXX2591 | 22 | 22 |
| Signature Cards | XXXXXX2591 | 3 | 3 |
| Deposits with offsets | XXXXXX4509 | 4 | 4 |
| Checks/Debits | XXXXXX8592 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX9973 | 124 | 124 |
| | | **Total Copies Delivered:** | **783** |

Additional comments: Unable to locate records for Lucas Erb, AKA Lucas Asher and Fainche MacCarthy AKA Fainche Jean McCarthy opened since March 2020.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Alabama that the foregoing is true and correct according to my knowledge and belief. Executed on this 27th day of July, 2020, in the City of Charlotte, State of NORTH CAROLINA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

# ATTACHMENT J

**Investor Deposits to Defendant Barrick
Bank Accounts**

# Attachment J

## Monthly Deposits into Barrick Accounts By SDIRA and Cash Customers

| Name on Account | Bank | Month | SDIRA Customers | Cash Customers | Total customers |
|---|---|---|---|---|---|
| Barrick | BofA 6672 | Nov-19 | $0.00 | $0.00 | $0.00 |
| Barrick | BofA 6672 | Dec-19 | $147,952.56 | $281,794.04 | $429,746.60 |
| Barrick | BofA 6672 | Jan-20 | $1,278,274.97 | $215,550.00 | $1,493,824.97 |
| Barrick | BofA 6672 | Feb-20 | $2,408,448.48 | $359,150.00 | $2,767,598.48 |
| Barrick | BofA 6672 | Mar-20 | $2,374,911.22 | $1,541,500.00 | $3,916,411.22 |
| Barrick | BofA 6672 | Apr-20 | $956,064.39 | $737,200.00 | $1,693,264.39 |
| Barrick | Wells Fargo 9973 | Mar-20 | $0.00 | $0.00 | $0.00 |
| Barrick | Wells Fargo 9973 | Apr-20 | $741,285.98 | $480,000.00 | $1,221,285.98 |
| Barrick | Wells Fargo 9973 | May-20 | $869,524.52 | $172,980.00 | $1,042,504.52 |
| Barrick | Wells Fargo 9973 | Jun-20 | $1,826,543.90 | $906,167.87 | $2,732,711.77 |
| | | | | | |
| | | | $10,603,006.02 | $4,694,341.91 | **$15,297,347.93** |

# ATTACHMENT K

**Bank of America Account *7454**
**Account Documents**

**Bank of America**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

updated

**Account Number:** [redacted]7454

**Account Type:** [X] Checking [ ] Savings [ ] Certificate of Deposit

**Account Title:** TOWER EQUITY, LLC

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC [ ] C Corporation [ ] S Corporation [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP ____

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) S

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) ____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) ____
Exemption from FATCA reporting code (if any) ____

Employer Identification Number [redacted] (or) Social Security Number ____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9)

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| SIMON BATASHVILI | manager | [signature] | 11/27/18 |
| PEREZ BATASHVILI | signer | [signature] | 11/27/18 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NCA
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Kuzmer, Olga
Financial Center: BEVERLY AND SAN VICENTE

Bank Number: 318
Date: 11/27/2018

Date: 11/29/2018 Time: 6:23:06 PM (US Central Time) Scanned From IP:10.166.176.12

# ATTACHMENT L

## Flow of Funds between Metals and Barrick Bank Accounts and Tower Equity Bank Accounts

# Flow of Funds between Metals and Barrick Bank Accounts and Tower Equity Bank Accounts

| Chase Metals | Bank | Month | Funds TO Tower Equity Accounts | Funds FROM Tower Equity Accounts |
|---|---|---|---|---|
| Chase Metals | One West | Sep-17 | | |
| Chase Metals | One West | Oct-17 | | |
| Chase Metals | One West | Nov-17 | | $59,784.00 |
| Metals.com | BofA 4024 | Nov-17 | | $0.00 |
| Metals.com | BofA 4024 | Dec-17 | | $0.00 |
| Metals.com | BofA 4024 | Jan-18 | $480,000.00 | $0.00 |
| Metals.com | BofA 4024 | Feb-18 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Mar-18 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Apr-18 | $150,000.00 | $0.00 |
| Metals.com | BofA 4024 | May-18 | $525,000.00 | $0.00 |
| Metals.com | BofA 4024 | Jun-18 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Jul-18 | $100,000.00 | $0.00 |
| Metals.com | BofA 4024 | Aug-18 | $225,000.00 | $0.00 |
| Metals.com | BofA 4024 | Sep-18 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Oct-18 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Nov-18 | $100,000.00 | $0.00 |
| Metals.com | BofA 4024 | Dec-18 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Jan-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Feb-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Mar-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Apr-19 | $250,000.00 | $0.00 |
| Metals.com | BofA 4024 | May-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Jun-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Jul-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Aug-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Sep-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Oct-19 | $0.00 | $0.00 |
| Metals.com | BofA 4024 | Nov-19 | $0.00 | $1,900,000.00 |
| Metals.com | BofA 4024 | Dec-19 | $0.00 | $1,170,000.00 |
| Metals.com | BofA 4024 | Jan-20 | $0.00 | $576,000.00 |
| Metals.com | BofA 4024 | Feb-20 | $0.00 | $1,150,000.00 |
| Metals.com | BofA 4024 | Mar-20 | $0.00 | $407,000.00 |
| Barrick | BofA 6672 | Nov-19 | $0.00 | $0.00 |
| Barrick | BofA 6672 | Dec-19 | $0.00 | $0.00 |
| Barrick | BofA 6672 | Jan-20 | $220,000.00 | $0.00 |
| Barrick | BofA 6672 | Feb-20 | $1,448,312.37 | $0.00 |
| Barrick | BofA 6672 | Mar-20 | $960,000.00 | $0.00 |
| Barrick | BofA 6672 | Apr-20 | $25,000.00 | $0.00 |
| Barrick | WF 9973 | Mar-20 | $0.00 | $0.00 |
| Barrick | WF 9973 | Apr-20 | $1,100,000.00 | $0.00 |
| Barrick | WF 9973 | May-20 | $1,175,000.00 | $200,000.00 |
| Barrick | WF 9973 | Jun-20 | $1,300,000.00 | $150,000.00 |
| | | | | |
| | | TOTALS: | $8,058,312.37 | $5,612,784.00 |

# ATTACHMENT M

Metals Investors Deposits into Tower Equity

## Customer C.F.

**Bank of America**

Your checking account

TOWER EQUITY, LLC | Account # [redacted]7454 | September 1, 2018 to September 30, 2018

### Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/04/18 | EZ SERIES 305 DES:ACH PAYMTS ID INDN Tower Equity LLC CO ID:7831109806 CCD | | 902547013058466 | 10,500.00 |
| 09/25/18 | WIRE TYPE:WIRE IN DATE: 180925 TIME:1055 ET TRN:2018092500257203 SEQ:20180925001 1179/000003 ORIG C[redacted] F[redacted] ID:9323965 SND BK:BANKIOW A ID:073920285 PMT DET:FURTHER CREDIT TO C[redacted] F[redacted] 6503 WORCESTER RD PALO, IA 52324 | | 903709250257203 | 500,000.00 |
| 09/25/18 | WIRE TYPE:WIRE IN DATE: 180925 TIME:1623 ET TRN:2018092500380027 SEQ:20180925001 44855/016660 ORIG C[redacted] F[redacted] ID:XXXXXXXXXX72272 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 005494268836425FBO C[redacted] F[redacted] | | 903709250380027 | 500,000.00 |

## Customer B.A.

TOWER EQUITY, LLC | Account # 3251 0218 7454 | March 1, 2019 to March 31, 2019

### Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/01/19 | Counter Credit | | 813003552511919 | 134,051.25 |
| 03/01/19 | Counter Credit | | 813003652071967 | 8,060.00 |
| 03/01/19 | WIRE TYPE:BOOK IN DATE:190301 TIME:1309 ET TRN:2019030100388833 SNDR REF:B0A3843-01MAR19 ORIG:BANK OF AMERICA CUSTOMER ID:2016000962700 PMT DET:R6E7HQXQ5 20190228-00592184 28-FEB-19 4,00 0.00/USD RTND INVLD BNF ACCTNUMBER | | 903703010388833 | 4,000.00 |
| 03/06/19 | WIRE TYPE:WIRE IN DATE: 190306 TIME:1517 ET TRN:2019030600375174 SEQ:190306142439H300/003713 ORIG:[redacted] [redacted]L ID:4246227650 SND BK:TD BANK, NA ID:031101266 PMT DET:PROCEEDS | | 903703060375174 | 113,477.09 |
| 03/08/19 | WIRE TYPE:WIRE IN DATE: 190308 TIME:1614 ET TRN:2019030800413639 SEQ:20190308001 51897/016956 ORIG:B[redacted] A[redacted] TTEE ID:25269697 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:000198088 7659 SCH REF:N 5025706 0000359588971} | | 903703080413639 | 100,000.00 |

**Customer D.R**

D R
CA 92399

90-7172 /831
3222

1515

Date 11·7·18

Pay to the order of Tower Equity $ 450,000.00

Four hundred fifty thousand dollars — Dollars

citibank Citigold

CITIBANK, N.A. BR. #831
34580 YUCAIPA BLVD
YUCAIPA, CA 92399

For Investment

⑆322271724⑆

**Customer C.H.**

C H
CO 81092

82-310-1021

3612

Nov. 15 20 18

PAY to the order of Tower Equity $ 99,894.00

Ninety-nine thousand eight hundred ninety-four & 00/100 DOLLARS

LEGACY BANK
COLORADO SPRINGS · PUEBLO WEST
CANON CITY · PUEBLO · WILEY

for silver

**Customer R.M.**

0091

DEC. 21, 2018
Date

66-19/530 NC
1402

Pay to the Order of TOWER EQUITY LLC $ 2,500,000.00

TWO MILLION FIVE HUNDRED THOUSAND 00/100 Dollars

Bank of America

ACH R/T 053000196

For

⑆053000196⑆ 0091

March 13th, 2019
INVOICE

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

B A

## Purchase Invoice

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 1 oz Silver - Round .999 | 300 | $15.90 | $4,770.00 |
| 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | 275 | $16.96 | $4,664.00 |
| 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | 3,483 | $26.00 | $90,558.00 |
| | | TOTAL | $99,992.00 |

September 26th, 2018
INVOICE [redacted]

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

## C [redacted] F [redacted]
## Purchase Invoice

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
[redacted]

---

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 1.0 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | 60 | $1,230.00 | $73,800.00 |
| 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | 2,849 | $325.00 | $925,925.00 |
| 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | 1 | $275.00 | $275.00 |
| | | TOTAL | $1,000,000.00 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

November 2nd 2018
INVOICE [redacted]

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

## Cash
## FBO C[redacted] H[redacted]
## Purchase Invoice

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:** [redacted]

---

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | 4,166 | $24.00 | $99,984.00 |
| | | TOTAL | $99,984.00 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

November 9th, 2018
INVOICE #

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

**D R**
## Purchase Invoice

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr. Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, Delaware 19802*

---

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 10.0 oz Silver - Bar | 70 | $158.00 | $11,060.00 |
| 1.0 oz Silver - Buffalo Round .999 | 600 | $15.90 | $9,540.00 |
| 1.0 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | 600 | $16.10 | $9,660.00 |
| 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | 14,235 | $26.00 | $370,110.00 |
| 1/4 oz Gold - 2018 British Sovereign Mint Gold Standard Coin .9999 | 75 | $661.51 | $49,613.25 |
| | | TOTAL | $449,983.25 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

January 10th, 2019
INVOICE [redacted]

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

R [redacted] M [redacted]

## Purchase Invoice
## Cash Deal

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Dakota Depository*
*1437 42nd Street SW*
*Fargo, North Dakota 58103*

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | 2,750 | $299.36 | $823,240.00 |
| 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | 55,000 | $25.95 | $1,427,250.00 |
| 1/4 oz Gold - 2019 British Sovereign Mint Gold Standard Coin .9999 | 250 | $699.95 | $174,987.50 |
| 1.0 oz Silver - Round .999 | 500 | $16.32 | $8,160.00 |
| 1.0 oz Silver - Bar | 253 | $16.38 | $4,144.14 |
| 1.0 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | 150 | $17.22 | $2,583.00 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

January 10th, 2019
INVOICE #[DN11019DL]

**metals.com**
*The #1 Name In Metals*

***Continued from previous page***

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 5.0 oz Silver - America The Beautiful Coin - Common | 25 | $101.85 | $2,546.25 |
| 1.0 oz Silver - Austrian Mint Philharmonic Coin | 100 | $17.22 | $1,722.00 |
| 1.0 oz Silver - Australia Kangaroo | 100 | $17.22 | $1,722.00 |
| 3.22 oz Silver - 100 Gram Bar | 100 | $82.22 | $8,222.00 |
| 0.36 oz Silver - Kennedy Half Dollars | 500 | $5.99 | $2,995.00 |
| 1 g Gold - Bar | 100 | $49.90 | $4,990.00 |
| 1.0 oz Gold - Bar | 8 | $1,299.60 | $10,396.80 |
| 1.0 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | 8 | $1,309.60 | $10,476.80 |
| 1.0 oz Gold - Austrian Philharmonic | 8 | $1,309.60 | $10,476.80 |
| 1/20 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | 75 | $81.12 | $6,084.00 |
| | | TOTAL | $2,499,996.29 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

# ATTACHMENT N

**Bank Records for Account *4517 and Transfers from Barrick Account *9973 to Tower Equity Account *4517**

# Business Account Application

WELLS FARGO

| Bank Name: WELLS FARGO BANK, N.A. | | Branch Name: MIRACLE MILE | |
|---|---|---|---|
| Banker Name: ARAD TOUSHKAN | | Officer/Portfolio Number: CA379 | Date: 03/17/2020 |
| Banker Phone: 323/302-9550 | Branch Number: 04388 | Banker AU: 0000609 | Banker MAC: E2018-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ New Deposit Account(s) Only ☐ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: Wells Fargo Business Choice Checking | | | Purpose of Account 1 : General Operating Account | |
|---|---|---|---|---|
| COID: 114 | Product: DDA | Account Number: [redacted]4517 | Opening Deposit: $25.00 | Type of Funds: CACK |

| New Account Kit: simonbatashvili@gmail.com | Checking/Savings Bonus Offer Available: NO |
|---|---|

## Related Customer Information

| Customer 1 Name: TOWER EQUITY LLC | |
|---|---|
| Enterprise Customer Number (ECN): [redacted] | Account Relationship: Sole Owner |
| Customer 2 Name: SIMON BATASHVILI | |
| Enterprise Customer Number (ECN): [redacted] | Account Relationship: Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: TOWER EQUITY LLC | Statement Mailing Address: 8383 WILSHIRE BLVD STE 700 | |
|---|---|---|
| | Address Line 2: | |
| | City: BEVERLY HILLS | State: CA |
| | ZIP/Postal Code: 90211-2407 | Country: US |

2W02-001202226271-01

Business Account Application

**Customer 1 Information**

Customer Name: TOWER EQUITY LLC

| Field | Value | Field | Value |
|---|---|---|---|
| Enterprise Customer Number (ECN): | [redacted] | Street Address: | 8383 WILSHIRE BLVD STE 700 |
| Account Relationship: | Sole Owner | Address Line 2: | |
| Taxpayer Identification Number (TIN): | [redacted] | Address Line 3: | |
| TIN Type: | EIN | | |
| Business Type: | Limited Liability Company | City: | BEVERLY HILLS |
| | | State: | CA |
| Business Sub-Type/Tax Classification: | C Corporation | ZIP/Postal Code: | 90211-2407 |
| Non-Profit: | No | Country: | US |
| Date Originally Established: | 06/19/2013 | Business Phone: | [redacted] |
| Current Ownership Since: | | Fax: | |
| Number of Employees: | 4 | | |
| Annual Gross Sales: | $500,000.00 | Cellular Phone: | |
| Year Sales Reported: | 12/31/2019 | Pager: | |
| Fiscal Year End: | | | |
| Primary Financial Institution: | | e-Mail Address: | |
| Number of Locations: | 3 | | |
| Primary State 1: | CA | Website: | |
| Primary State 2: | | | |
| Primary State 3: | | | |
| Primary Country 1: | | Sales Market: | NATIONAL |
| Primary Country 2: | | | |
| Primary Country 3: | | | |

Industry: Real Estate, Rental and Leasing

Description of Business: REAL ESTATE MANAGEMNT

Major Suppliers/Customers:

**Bank Use Only**

| Field | Value |
|---|---|
| Name/Entity Verification: | Articles of Organization |
| Address Verification: | NONE |
| BACC Reference Number: | [redacted] |
| Document Filing Number/Description: | [redacted] |
| Filing Country: | US |
| Filing State: | WY |
| Filing Date: | 06/19/2013 |
| Expiration Date: | |
| Country of Registration: | US |
| State of Registration: | WY |
| International Transactions: | |
| Check Reporting: | NO RECORD |

2W02-001202226271-02

Business Account Application

**Owner/Key Individual 1 Information**

| Field | Value | Field | Value |
|---|---|---|---|
| Customer Name: | SIMON BATASHVILI | Residence Address: | 11360 WATERFORD ST |
| Business Relationship: | Owner with Control of the Entity | Address Line 2: | |
| Position/Title: | | Address Line 3: | |
| Date of Birth: | [redacted]79 | | |
| Percent of Ownership: | 100.0 | | |
| Enterprise Customer Number (ECN): | [redacted] | City: | LOS ANGELES |
| | | State: | CA |
| Taxpayer Identification Number (TIN): | [redacted] | ZIP/Postal Code: | 90049-3437 |
| TIN Type: | SSN | Country: | US |
| Primary ID Type: | DLIC | Country of Citizenship: | US |
| Primary ID Description: | B9766586 | Permanently Resides in US: | |
| Primary ID St/Ctry/Prov: | CA | Check Reporting: | NO RECORD |
| Primary ID Issue Date: | 01/13/2012 | | |
| Primary ID Expiration Date: | 08/11/2021 | | |
| Secondary ID Type: | OTHR CC | | |
| Secondary ID Description: | AMERICAN EXPRESS 6024 | | |
| Secondary ID State/Country: | | | |
| Secondary ID Issue Date: | | | |
| Secondary ID Expiration Date: | 08/01/2023 | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name: SIMON BATASHVILI

Position/Title:

Owner/Key Individual 1 Signature: [signature]

☐ Submit manually
☐ Signature not required

Date: 03/17/2020

## Authorized Signers - Signature Capture

Authorized Signer 1 Name: SIMON BATASHVILI

Position/Title:

Authorized Signer 1 Signature: [signature]

☐ Submit manually
☐ Signature not required

Date: 03/17/2020

2W02-001202226271-04

**Transfers from Barrick Account *9973 to**
**<u>Tower Equity Account *4517</u>**

| Bank | Stmt Acct # | Posted Date | Description | Credits | Bank |
|---|---|---|---|---|---|
| Wells Fargo | *4517 | 4/21/20 | transfer from | $500,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 4/22/20 | transfer from | $400.000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 4/27/20 | transfer from | $200.000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 5/1/20 | transfer from | $500,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 5/4/20 | transfer from | $250,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 5/14/20 | transfer from | $125.000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 5/18/20 | transfer from | $300,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 6/8/20 | transfer from | $250,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 6/8/20 | transfer from | $250,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 6/8/20 | transfer from | $50,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 6/15/20 | transfer from | $250,000.00 | Barrick Capital *9973 |
| Wells Fargo | *4517 | 6/22/20 | transfer from | $500,000.00 | Barrick Capital *9973 |
| | | | | | |
| | | | **TOTAL** | **$3,575,000.00** | |

# ATTACHMENT O

**JPMChase Account *1682**
**Account Documents**

**DECLARATION**

**Case No. : SB1149082-F1**

Tamara E Wooddall. certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth. Texas 76155.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank. N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth. Texas.

4. Based on my knowledge of the Bank's business records practices and procedures. the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures. the records were made at or near the time of the occurrence of the matters set forth in the records by. or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury. under the laws of the State of Texas. that the foregoing is true and correct.

Dated: 07/24/2020

By: Tamara E Wooddall
Tamara E Wooddall
Doc Review Sr Specialist II
JPMORGAN CHASE BANK. N.A.

SUBP52a

SB1149082-F1

CHASE

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
TOWER HOLDINGS, INC.

**BUSINESS ADDRESS**
8383 WILSHIRE BLVD STE 700

BEVERLY HILLS, CA 90211-2407

**ACCOUNT NUMBER** [redacted]1682
**ACCOUNT TYPE** Chase Performance Business Checking w/ Interest
**TAXPAYER ID NUMBER** [redacted]
**DATE OPENED** 07/29/2019
**FORM OF BUSINESS** S-Corporation
**ISSUED BY** JPMorgan Chase Bank, N.A ( 703 )
La Cienega - 741010
KAYLEEN TRINH
(310) 657-8437
07/29/2019

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 2017-000755455 | WY | 05/26/2017 | |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analyses and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | LUCAS ASHER | [redacted] | [redacted] | President | 7-29-19 | [signature] |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)

# Deposits Into Tower Holdings Account *1682

| Account Name | Bank | Stmt Acct # | Posted Date | Credits | Transferred From: |
|---|---|---|---|---|---|
| Tower Holdings | JPMC | *1682 | 3/10/20 | $2,500.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 3/31/20 | $5,000.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 4/22/20 | $50,000.00 | Tower Equity WF |
| Tower Holdings | JPMC | *1682 | 4/27/20 | $1,200.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 4/30/20 | $2,000.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 5/29/20 | $7,000.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 6/1/20 | $5,000.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 6/12/20 | $2,000.00 | Best New JPMC |
| Tower Holdings | JPMC | *1682 | 6/19/20 | $2,000.00 | Best New JPMC |
| | | | | | |
| | | | **Total** | **$76,700.00** | |

| | | | |
|---|---|---|---|
| Posting Date: | 2020-04-28 | Account Number: | ██████2234 |
| Amount: | $6,107.40 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 001101022106 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 4580908899 | Trancode: | 000000 |
| UDK: | 601200428004580908899 | Missing Image: | 05 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000008745 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2020-04-29 |

CASHIER'S CHECK

CHASE

1101022106

Date 04/27/2020

Void after 7 years

Remitter: TOWER HOLDINGS, INC.

Pay To The Order Of: DIRECTED IRA FBO L████ W██████

Pay: SIX THOUSAND ONE HUNDRED SEVEN DOLLARS AND 40 CENTS $** 6,107.40 **

Drawer: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo: ██████

Note: For information only. Comment has no effect on bank's payment.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈110102210б⑈ ⑆122100024⑆ 806002234⑈

ELECTRONICALLY PRESENTED 4/28/2020

FOR DEPOSIT ONLY
DIRECTED TRUST COMPANY

1398343040

SB1149082-F1

200



| | | | |
|---|---|---|---|
| Posting Date: | 2020-04-28 | Account Number: | 806002234 |
| Amount: | $40,828.28 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 001101022107 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 9870629148 | Trancode: | 000000 |
| UDK: | 601200428009870629148 | Missing Image: | 05 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000008026 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2020-04-28 |

CASHIER'S CHECK

CHASE

1101022107 91-2/1221

Date 04/27/2020 Void after 7 years

Remitter: TOWER HOLDINGS, INC.

Pay To The Order Of: NDTCO FBO D[redacted] M[redacted]

Pay: FORTY THOUSAND EIGHT HUNDRED TWENTY EIGHT DOLLARS AND 28 CENTS

$** 40,828.28 **

Drawee JPMORGAN CHASE BANK, N.A.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo Act # [redacted]

Note: For information only. Comment has no effect on bank's payment

⑈1101022107⑈ ⑆122100024⑆ 806002234⑈

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT JPMORGAN CHASE BANK N.A. 1-866-593-6356

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

1398343209

SB1149082-F1

201

# ATTACHMENT P

**First Bank Account *7204**
**Account Documents**

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is Attached, and not the truthfulness, accuracy or validity of that document |
|---|

**STATE OF CA**

**Re: Administrative Account Services**

**SUBPOENA AFFIDAVIT**

Before me, the undersigned authority, personally appeared **Heather Wiegraffe** who being by me duly Sworn, deposed as follows My name is **Heather Wiegraffe**. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated I am the custodian of records of **First Bank**. Attached hereto are all pages of records from **First Bank** via secure email.

**First Bank** in the regular course of business keeps all pages of records, and it was the regular course of business of **First Bank** for an employee or representative of **First Bank** with knowledge of the act, event, condition, opinion recorded to make the record or transmit information thereof to be included in such records; and the record was made at or near the time of the act, event, condition or opinion. The records attached are on the PDF files herein and are the originals or are exact duplicates of the original.

☒ **Items could not be located, produced, are missing or illegible**

**No accounts found on the following organizations and/or individuals:**

Metals.com
TMTE Inc.
Chase Metals LLC
Chase Metals Inc.
USA Mint
USA Marketing
Barrick Capital Inc.
Texas Metals
Life Metals

**LTK Marketing**
**Revo LLC**
**Instribution LLC**
**First American Estate and Trust LLC**

**No records available/ Not Applicable:**

**1099's**
**Cashier checks/ Money Orders**
**Money Markets**
**Loan Information**
**Safe Deposit Box**
**Certificates of Deposit**
**Treasury Bills/ Notes**
**Bond Redemption**
**Internal Investigative Files**

**IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY NAME AND AFFIXED MY OFFICIAL SEAL** This 31st day of August, 2020

SYLVIA L. GRIMES
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Jan. 25, 2022
Commission # 18233496

**Notary Public**

**Seal**

Our Ref # 2020-00159

First Bank/P.O Box 548/Hazelwood, MO 63042-0548
314-592-8585/Fax 314-592-8555

FIRST BANK

8820 V
Beverh
(310) 7

# SIGNATURE CARD

**ACCOUNT OWNER NAME & ADDRESS:**
Administrative Account Services, LLC
8 Green Suite R
Dover Kent, DE 19901

**ACCOUNT NUMBER:** [redacted]7204
**PRODUCT TYPE:** Small Business Checking
**NUMBER OF SIGNATURES REQUIRED FOR WITH**

**ALTERNATE ADDRESS:** 8383 Wilshire Blvd # 700, Beverly Hills CA 90211

**TYPE OF ACCOUNT:** ☐ PERSONAL ☒ BUSINESS
**ACCOUNT OWNERSHIP:** Limited Liability Company
**BY:** Shiva Ghalchi
**REVISION DATE:** 05/05/2020

**FOR OWNERSHIPS OF MTML, CUTMA, AND ILUTMA: IN THE EVENT OF THE DEATH, DISABILITY, DISQUALIFICATION OR RESIGNATION OF THE CUSTODIAN, THEN ______ (NAI BECOME SUCCESSOR CUSTODIAN.**

**SIGNATURE(S)** – THE UNDERSIGNED AGREE(S) TO THE TERMS STATED ON THE FACE OF THIS FORM. THE UNDERSIGNED ALSO ACKNOWLEDGE(S) RECEIPT OF A COPY AND AGREE(S) TO THE TERMS OF THE FOLLOWING DISCLOSURE(S):

☒ Deposit Account Agreement / Funds Availability Disclosure / Electronic Funds Transfers Disclosure
☐ Consumer Privacy Notice
☒ First Bank Product Sheet
☒ Disclosure of Bank Charges Banking Schedule of Fees

**BACKUP WITHHOLDING CERTIFICATIONS**
**(Check box below) U.S. PERSONS (INCLUDING A RESIDENT ALIEN)**
1. TAXPAYER I.D.NUMBER – The Taxpayer Identification Number shown below (TIN) is my correct taxpayer identification number.
2. BACKUP WITHHOLDING – I am not subject to backup withholding either because I am exempt from backup withholding or I have not been notified that I am subject to backup withholding as a result of failure to report interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
3. I am a U.S. person (including a U.S. resident alien)

**(Check box below) NONRESIDENT ALIENS** – I am not a United States person, or if I am an individual, I am neither a citizen nor a resident of the United States.
**SIGNATURE – I certify under penalties of perjury the statements checked in this section.**

***BENEFICIARY DESIGNATION -**
1. ______
2. ______
3. ______
4. ______
5. ______
6. ______

***THE PROCEEDS OF THIS ACCOUNT AR NAMED ABOVE. THIS ACCOUNT IS SUI OF THIS STATE.**

| | Account Relationship | Relationship | Primary ID Type / Number | SSN / Tax ID |
|---|---|---|---|---|
| 1. | [signature] Administrative Account Services, LLC | LLC | Articles Of Org 7944916 | Federal [redacted] |
| 2. | [signature] Lucas Asher | Auth Signer | Driver's License [redacted] | Social security [redacted] |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

SignatureCard.NewAcct.docx

## Deposits into Administrative Account Services *7204

| Bank | Stmt Acct # | Posted Date | Description | Credits | Category 1 |
|---|---|---|---|---|---|
| First Bank | *7204 | 5/6/20 | wire | $50,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 5/12/20 | wire | $25,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 5/22/20 | wire | $25,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 6/3/20 | wire | $110,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 6/4/20 | wire | $65,233.37 | Bayside Metals |
| First Bank | *7204 | 6/9/20 | wire | $300,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 6/10/20 | wire | $80,850.50 | SDIRA Directed Trust |
| First Bank | *7204 | 6/18/20 | wire | $150,000.50 | SDIRA Directed Trust |
| First Bank | *7204 | 6/24/20 | deposit | $40,000.00 | Customer J.B. |
| First Bank | *7204 | 7/17/20 | wire | $155,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 7/22/20 | wire | $30,250.00 | Tower Equity *4517 |
| First Bank | *7204 | 7/27/20 | wire | $53,436.91 | Tower Equity *4517 |
| First Bank | *7204 | 7/30/20 | wire | $50,000.00 | Tower Equity *4517 |
| First Bank | *7204 | 8/24/20 | deposit | $75,000.00 | Customer D.S. |
| | | | | | |
| | | | **Total** | **$1,209,771.28** | |

FIRST BANK

Page: 1

Name

Account No

5-7-20 Date

Pay to the Order of DIRECTED IRA FBO [redacted] $ 5,011.34

Five Thousand and Eleven 34/100 Dollars

FIRST BANK Beverly Hills 8920 Wilshire Blvd, Suite 100 Beverly Hills, CA 90211 1-800-760-BANK (2265) www.firstbanks.com

For Metals.com liquidation

⑆081009428⑆ [redacted] 720

05/11/2020 99 $5,011.34
5250021585923

ELECTRONICALLY PRESENTED - 5/8/2020 1

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
124002971
FOR DEPOSIT ONLY
DIRECTED TRUST COMPANY
845072109

Name

Account No

5-7-20 Date

Pay to the Order of DIRECTED IRA FBO [redacted] $ 6,017.88

Six Thousand and Seventeen 88/100 Dollars

FIRST BANK Beverly Hills 9145 Wilshire Blvd Beverly Hills, CA 90210 1-800-760-BANK (2265) www.firstbanks.com

For Metals.com liquidation

⑆081009428⑆ [redacted] 720 0099

05/11/2020 99 $6,017.88
5250021585924

ELECTRONICALLY PRESENTED - 5/8/2020 2

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
124002971
FOR DEPOSIT ONLY
DIRECTED TRUST COMPANY
845072109

FIRST BANK

Page: 4

Name

Account No

5/11/2020 Date

80-0942/0610 441

Pay to the Order of DIRECTED IRA FBO [redacted] $ 5,017.04

FIVE THOUSAND AND SEVENTEEN 04/100 Dollars

FIRST BANK
Beverly Hills
9145 Wilshire Blvd
Beverly Hills, CA 90210
1-800-760-BANK (2265)
www.firstbanks.com

For Metals.com liquidation

⑆081000942⑆ [redacted] 7204⑈0099

05/22/2020 99 $5,017.04
5250021773210

ELECTRONICALLY PRESENTED - 5/21/2020 1

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
124002971
FOR DEPOSIT ONLY
DIRECTED TRUST COMPANY
8450721009

Name

Account No

5/14/2020 Date

80-0942/0810 441

Pay to the Order of DIRECTED IRA FBO [redacted] $ 1,016.64

ONE THOUSAND AND SIXTEEN 64/100 Dollars

FIRST BANK
Beverly Hills
9145 Wilshire Blvd
Beverly Hills, CA 90210
1-800-760-BANK (2265)
www.firstbanks.com

For Metals.com liquidation

⑆081000942⑆ [redacted] 7204⑈0099

05/22/2020 99 $1,016.64
5250021773211

ELECTRONICALLY PRESENTED - 5/21/2020 2

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
124002971
FOR DEPOSIT ONLY
DIRECTED TRUST COMPANY
8450721009

ADMINISTRATIVE ACCOUNT SERVICES, LLC
8383 WILSHIRE BLVD # 700
BEVERLY HILLS, CA 90211

104

6/9/2020

Pay to the Order of STRATA TRUST FBO M[redacted] M[redacted] $ 10,166.76

TEN THOUSAND ONE HUNDRED SIXTY SIX 76/100 dollars

FIRST BANK
Beverly Hills
8820 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211
1-800-760-BANK (2265)
www.firstbanks.com

for Act # 20[redacted]

⑆081009428⑆ [redacted] 7204⑈ 0104

06/12/2020 104 $10,166.76
5250022072765

PAY TO THE ORDER OF
HORIZON BANK, SSB
AUSTIN, TX 78701-2963
111907940
FOR DEPOSIT ONLY
STRATA TRUST COMPANY
CUSTODIAL ACCOUNT

ADMINISTRATIVE ACCOUNT SERVICES, LLC
8383 WILSHIRE BLVD # 700
BEVERLY HILLS, CA 90211

103

6/1/2020

Pay to the Order of MADISON TRUST COMPANY FBO [redacted] B[redacted] $ 97,951.80

NINETY SEVEN THOUSAND NINE HUNDRED FIFTY ONE 80/100 dollars

FIRST BANK
Beverly Hills
8820 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211
1-800-760-BANK (2265)

for Act# MI[redacted]

⑆081009428⑆ [redacted] 7204⑈ 0103

06/15/2020 103 $97,951.80
5250022095536

FOR DEPOSIT ONLY
MADISON-TRUST-COMPANY INC
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

>065000090<
CAPITAL ONE, NA
0052597938 06122020
RICHMOND, VA 059 21
Deposit 7527846263

ADMINISTRATIVE ACCOUNT SERVICES, LLC
8383 WILSHIRE BLVD # 700
BEVERLY HILLS, CA 90211

151

8/6/2020

Pay to the Order of NPTCO FBO

$ 6,606.66

Six Thousand Six Hundred and Six 66/100 dollars

FIRST BANK
Beverly Hills
8820 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211

08/13/2020 151 $6,606.66
5250022984657

ADMINISTRATIVE ACCOUNT SERVICES, LLC
8383 WILSHIRE BLVD # 700
BEVERLY HILLS, CA 90211

150

8/6/2020

Pay to the Order of Directed Trust FBO

$ 15,008.66

Fifteen Thousand and Eight 66/100 dollars

FIRST BANK
Beverly Hills
8820 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211

08/13/2020 150 $15,008.66
5250022986255

ELECTRONICALLY PRESENTED - 8/12/2020

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
124002971
FOR DEPOSIT ONLY
DIRECTED TRUST COMPANY
845072100



FIRST BANK

Page: 40

ADMINISTRATIVE ACCOUNT SERVICES, LLC
8383 WILSHIRE BLVD # 700
BEVERLY HILLS, CA 90211

155

8-12-2020

Pay to the Order of NDTCO FBO J[redacted] N[redacted] $ 5,021.86

Five Thousand Twenty One and Eighty Six Cents dollars

FIRST BANK
Beverly Hills
8820 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211
1-800-760-BANK (2265)

for Acct# 11[redacted]

08/20/2020 155 $5,021.86
5250023077854

BOK Financial
Denver, CO
102000607

ADMINISTRATIVE ACCOUNT SERVICES, LLC
8383 WILSHIRE BLVD # 700
BEVERLY HILLS, CA 90211

149

8/16/2020

Pay to the Order of NDTCO FBO R[redacted] A[redacted] $ 95,591.50

Ninety Five Thousand Five Hundred Ninety One 50/no dollars

FIRST BANK
Beverly Hills
8820 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211
1-800-760-BANK (2265)

for Acct #1[redacted]

08/25/2020 149 $95,591.50
5250023134124

# ATTACHMENT Q

**Wells Fargo Account *9138**
**Account Documents**

# Business Account Application

WELLS FARGO

| Bank Name: | | Store Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | SANTA MONICA | |
| Banker Name: | | Officer/Portfolio Number: | Date: |
| JASMINE CHATTON | | B6206 | 11/13/2014 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 310/393-0443 | 04389 | 0000610 | E2114-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ New Deposit Account(s) Only ☐ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1: | |
|---|---|---|---|---|
| Gold Business Services Package | | | General Expense | |
| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
| 114 | DDA | [redacted]9138 | $50.00 | CACK |

| Account 2 Product Name: | | | Purpose of Account 2: | |
|---|---|---|---|---|
| Business Market Rate Savings | | | General Expense | |
| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
| 114 | DDA | [redacted]8592 | $50.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: | Bonus Offer Code: |
|---|---|---|
| Printed | YES | bzdvl4 |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| FIRST AMERICAN ESTATE & TRUST LLC | Sole Owner |
| Enterprise Customer Number (ECN): [redacted] | |
| Customer 2 Name: | Account Relationship: |
| SIMON BATASHVILI | Signer |
| Enterprise Customer Number (ECN): 405271112034261 | |
| Customer 3 Name: | Account Relationship: |
| PEREZ BATASHVILI | Signer |
| Enterprise Customer Number (ECN): [redacted] | |

## Checking/Savings Statement Mailing Information

2W02-000693610844-01

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| FIRST AMERICAN ESTATE & TRUST LLC | 11360 WATERFORD ST | |
| | Address Line 2: | |
| | City: LOS ANGELES | State: CA |
| | ZIP/Postal Code: 90049-3437 | Country: US |

**Customer 1 Information**

| | | | | |
|---|---|---|---|---|
| Customer Name: FIRST AMERICAN ESTATE & TRUST LLC | | | Street Address: 11360 WATERFORD ST | |
| Enterprise Customer Number (ECN): [redacted] | | | Address Line 2: | |
| Account Relationship: Sole Owner | | | Address Line 3: | |
| Taxpayer Identification Number (TIN): [redacted] | TIN Type: EIN | | City: LOS ANGELES | State: CA |
| Business Type: Limited Liability Company | | | ZIP/Postal Code: 90049-3437 | Country: US |
| Business Sub-Type/Tax Classification: | | Non-Profit: No | Business Phone: [redacted] | Fax: |
| Date Originally Established: 10/16/2013 | Current Ownership Since: | Number of Employees: 1 | Cellular Phone: [redacted] | Pager: |
| Annual Gross Sales: $0.00 | Year Sales Reported: 12/30/2013 | Fiscal Year End: | e-Mail Address: | |
| Primary Financial Institution: | Number of Locations: 1 | | Website: | |
| Primary State 1: | Primary State 2: | Primary State 3: | Sales Market: LOCAL | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | | |

Industry: Professional, Scientific, and Technical Services

Description of Business: consulting

Major Suppliers/Customers:

**Bank Use Only**

| | | | | |
|---|---|---|---|---|
| Name/Entity Verification: Articles of Organization | | Address Verification: NONE | | BACC Reference Number: 6143170001778 |
| Document Filing Number/Description: 5415944 | Filing Country: US | Filing State: CA | Filing Date: 10/16/2013 | Expiration Date: |
| Country of Registration: US | State of Registration: CA | International Transactions: | | Check Reporting: NO RECORD |

Customer 1 Name: FIRST AMERICAN ESTATE & TRUST LLC

Internet Gambling Business?: No

2W02-000693610844-02

**Owner/Key Individual 1 Information**

| Field | Value |
|---|---|
| Customer Name: | SIMON BATASHVILI |
| Business Relationship: | Owner with Control of the Entity |
| Position/Title: | OWNER |
| Date of Birth: | [redacted] 79 |
| Enterprise Customer Number (ECN): | [redacted] |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | SSN |
| Primary ID Type: | DLIC |
| Primary ID Description: | [redacted] |
| Primary ID St/Ctry/Prov: | CA |
| Primary ID Issue Date: | 01/13/2012 |
| Primary ID Expiration Date: | 08/11/2017 |
| Secondary ID Type: | OTHR CC |
| Secondary ID Description: | AMEX |
| Secondary ID State/Country: | |
| Secondary ID Issue Date: | |
| Secondary ID Expiration Date: | 08/30/2016 |
| Country of Citizenship: | US |
| Permanently Resides in US: | |
| Residence Address: | 11360 WATERFORD ST |
| Address Line 2: | |
| Address Line 3: | |
| City: | LOS ANGELES |
| State: | CA |
| ZIP/Postal Code: | 90049-3437 |
| Country: | US |
| Check Reporting: | NO RECORD |

**Owner/Key Individual 2 Information**

| Field | Value |
|---|---|
| Customer Name: | PEREZ BATASHVILI |
| Business Relationship: | Owner with Control of the Entity |
| Position/Title: | OWNER |
| Date of Birth: | [redacted] 80 |
| Enterprise Customer Number (ECN): | [redacted] |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | SSN |
| Primary ID Type: | DLIC |
| Primary ID Description: | [redacted] |
| Primary ID St/Ctry/Prov: | CA |
| Primary ID Issue Date: | 02/10/2012 |
| Primary ID Expiration Date: | 08/20/2016 |
| Secondary ID Type: | OTHR DC |
| Secondary ID Description: | CHASE |
| Secondary ID State/Country: | |
| Secondary ID Issue Date: | |
| Secondary ID Expiration Date: | 08/30/2016 |
| Country of Citizenship: | US |
| Permanently Resides in US: | |
| Residence Address: | 264 S DOHENY DR APT 2 |
| Address Line 2: | |
| Address Line 3: | |
| City: | BEVERLY HILLS |
| State: | CA |
| ZIP/Postal Code: | 90211-2598 |
| Country: | US |
| Check Reporting: | NO RECORD |

2W02-000693610844-03

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name: SIMON BATASHVILI
Position/Title: OWNER

Owner/Key Individual 1 Signature:

☒ Submit manually
☐ Signature not required

Date: 11/13/2014

Owner/Key Individual 2 Name: PEREZ BATASHVILI
Position/Title: OWNER

Owner/Key Individual 2 Signature:

☒ Submit manually
☐ Signature not required

Date: 11/13/2014

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends). ☐ I am subject to backup withholding ☐ I am exempt from backup withholding
3. I am a U.S. citizen or other U.S. person.
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name: FIRST AMERICAN ESTATE & TRUST LLC

Taxpayer Identification Number (TIN): [redacted]

TIN Certification Signature:

☒ Submit manually
☐ Signature not required

Date:

## Authorized Signers - Signature Capture

Authorized Signer 1 Name: SIMON BATASHVILI

Position/Title: OWNER

Authorized Signer 1 Signature

☒ Submit manually
☐ Signature not required

Date: 11/13/2014

Authorized Signer 2 Name: PEREZ BATASHVILI

Position/Title: OWNER

Authorized Signer 2 Signature

☒ Submit manually
☐ Signature not required

Date: 11/13/2014

2W02-000693610844-05

# Deposits into Wells Fargo Account *9138

| Bank | Stmt Acct # | Posted Date | Description | Credits | From: |
|---|---|---|---|---|---|
| Wells Fargo | *9138 | 3/4/20 | wire from | $100,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 3/11/20 | wire from | $77,106.27 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 3/20/20 | wire from | $500,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 3/23/20 | wire from | $500,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 3/25/20 | wire from | $750,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 3/26/20 | wire from | $175,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 4/9/20 | wire from | $250,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 4/15/20 | wire from | $400,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 4/15/20 | wire from | $82,678.10 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 4/20/20 | wire from | $25,000.00 | Barrick Capital *6672 |
| Wells Fargo | *9138 | 5/1/20 | transfer from | $100,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 5/8/20 | transfer from | $250,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 5/18/20 | transfer from | $200,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 6/1/20 | transfer from | $60,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 6/15/20 | transfer from | $500,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 6/29/20 | wire from | $50,000.00 | Barrick Capital *9973 |
| Wells Fargo | *9138 | 6/30/20 | wire from | $25,000.00 | Barrick Capital *9973 |
| | | | | | |
| | | | **Total** | **$4,044,784.37** | |

# ATTACHMENT R

**Wells Fargo Account *4509**
**Account Documents**

# Business Account Application

WELLS FARGO

| Bank Name: | Branch Name: | |
|---|---|---|
| WELLS FARGO BANK, N.A. | MIRACLE MILE | |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| ARAD TOUSHKAN | CA379 | 03/17/2020 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 323/302-9550 | 04388 | 0000609 | E2018-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ New Deposit Account(s) Only ☐ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| Wells Fargo Simple Business Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | [redacted]4509 | $25.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: | Bonus Offer Code: |
|---|---|---|
| simonbatashvili@gmail.com | YES | 4GY98S |

## Related Customer Information

Customer 1 Name:
TOWER ESTATES INC

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| [redacted] | Sole Owner |

Customer 2 Name:
SIMON BATASHVILI

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| [redacted] | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| TOWER ESTATES INC | 321 DALEHURST AVE | |
| | Address Line 2: | |
| | City: LOS ANGELES | State: CA |
| | ZIP/Postal Code: 90024-2511 | Country: US |

2W02-001202203763-01

Business Account Application

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | TOWER ESTATES INC |
| Enterprise Customer Number (ECN): | [redacted] |
| Street Address: | 321 DALEHURST AVE |
| Account Relationship: | Sole Owner |
| Address Line 2: | |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | EIN |
| Address Line 3: | |
| Business Type: | Corporation Type C |
| City: | LOS ANGELES |
| State: | CA |
| Business Sub-Type/Tax Classification: | Corporation |
| Non-Profit: | No |
| ZIP/Postal Code: | 90024-2511 |
| Country: | US |
| Date Originally Established: | 09/12/2017 |
| Current Ownership Since: | |
| Number of Employees: | 3 |
| Business Phone: | [redacted] |
| Fax: | |
| Annual Gross Sales: | $250,000.00 |
| Year Sales Reported: | 12/31/2019 |
| Fiscal Year End: | |
| Cellular Phone: | |
| Pager: | |
| Primary Financial Institution: | |
| Number of Locations: | 3 |
| e-Mail Address: | |
| Primary State 1: | WY |
| Primary State 2: | |
| Primary State 3: | |
| Website: | |
| Primary Country 1: | |
| Primary Country 2: | |
| Primary Country 3: | |
| Sales Market: | NATIONAL |
| Industry: | Real Estate, Rental and Leasing |
| Description of Business: | MANAGMENTREAL ESTATE |
| Major Suppliers/Customers: | |

## Bank Use Only

| Field | Value |
|---|---|
| Name/Entity Verification: | Secretary of State |
| Address Verification: | NONE |
| BACC Reference Number: | 6200770001205 |
| Document Filing Number/Description: | 2017000768422 |
| Filing Country: | US |
| Filing State: | WY |
| Filing Date: | 09/12/2017 |
| Expiration Date: | |
| Country of Registration: | US |
| State of Registration: | WY |
| International Transactions: | |
| Check Reporting: | NO RECORD |

2W02-001202203763-02

**Owner/Key Individual 1 Information**

| Field | Value | Field | Value |
|---|---|---|---|
| Customer Name: | SIMON BATASHVILI | Residence Address: | 11360 WATERFORD ST |
| Business Relationship: | Owner with Control of the Entity | Address Line 2: | |
| Position/Title: | | Address Line 3: | |
| Date of Birth: | [redacted]79 | | |
| Percent of Ownership: | 100.0 | | |
| Enterprise Customer Number (ECN): | [redacted] | City: | LOS ANGELES |
| | | State: | CA |
| Taxpayer Identification Number (TIN): | [redacted] | ZIP/Postal Code: | 90049-3437 |
| TIN Type: | SSN | Country: | US |
| Primary ID Type: | DLIC | Country of Citizenship: | US |
| Primary ID Description: | B9766586 | Permanently Resides in US: | |
| Primary ID St/Ctry/Prov: | CA | Check Reporting: | NO RECORD |
| Primary ID Issue Date: | 01/13/2012 | | |
| Primary ID Expiration Date: | 08/11/2021 | | |
| Secondary ID Type: | OTHR CC | | |
| Secondary ID Description: | AMERICAN EXPRESS 6024 | | |
| Secondary ID State/Country: | | | |
| Secondary ID Issue Date: | | | |
| Secondary ID Expiration Date: | 08/01/2023 | | |

2W02-001202203763-03

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name: SIMON BATASHVILI

Position/Title:

Owner/Key Individual 1 Signature: [signature]

☐ Submit manually
☐ Signature not required

Date: 03/17/2020

2W02-001202203763-04

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends). ☐ I am subject to backup withholding ☐ I am exempt from backup withholding
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

TOWER ESTATES INC

Taxpayer Identification Number (TIN):

[redacted]

TIN Certification Signature:

SIMON BATASHVILI [signature]

☐ Submit manually
☐ Signature not required

Date: 03/17/2020

## Authorized Signers - Signature Capture

Authorized Signer 1 Name: SIMON BATASHVILI

Position/Title:

Authorized Signer 1 Signature

SIMON BATASHVILI [signature]

☐ Submit manually
☐ Signature not required

Date: 03/17/2020

2W02-001202203763-05

## Deposits into Tower Estates Account *4509

| Bank | Stmt Acct # | Posted Date | Description | Credits | Deposit From |
|---|---|---|---|---|---|
| Wells Fargo | *4509 | 3/20/20 | deposit | $500,000.00 | Tower Estates at BofA |
| Wells Fargo | *4509 | 3/20/20 | transfer | $500,000.00 | First American Estate *9138 |
| Wells Fargo | *4509 | 3/24/20 | wire | $5,000.00 | Tower Estates at BofA |
| Wells Fargo | *4509 | 3/24/20 | wire | $225,000.00 | Tower Estates at BofA |
| Wells Fargo | *4509 | 3/25/20 | transfer | $500,000.00 | First American Estate *9138 |
| Wells Fargo | *4509 | 4/24/20 | transfer | $54,000.00 | First American Estate *9138 |
| Wells Fargo | *4509 | 5/4/20 | transfer | $100,000.00 | First American Estate *9138 |
| Wells Fargo | *4509 | 6/15/20 | transfer | $400,000.00 | First American Estate *9138 |
| | | | | | |
| | | | | | |
| | | | **Total** | **$2,284,000.00** | |

# ATTACHMENT S

**Opus Bank Account *9389**
**Account Documents**

**DECLARATION CONCERNING FINANCIAL INSTITUTION RECORDS UNDER SECTION 1561 OF THE CALIFORNIA EVIDENCE CODE**

The undersigned officer of Opus Bank ("Financial Institution"), having been duly authorized to make this declaration, declares on behalf of Financial Institution:

She is a duly authorized custodian of Financial Institution's records, as to which she is qualified to testify and authorized to certify;

She has read the subpoena described on the envelope or wrapper with which this Declaration is enclosed, and made or caused to be made a diligent search for all such records at the office of Financial Institution upon which the subpoena was served.

The copies of records enclosed herewith and identified below are copies of all records described in the subpoena and found at the office of Financial Institution in the ordinary course of business at or near the time of the act, condition or event so recorded.

*Cancelled checks, Commercial and corresponding documentation, deposits and offsets, Wires, Account Statements, and Signature Card.*

The mode of preparation of the records identified above was as follows:

*Saved electronically and sent via secured FTP File link.*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 5/11/20, at 211 E Ocean Blvd, Suite 110, Long Beach, California.

Jill Alt

VP, Banking Services Manager

# Account Agreement

Date: 12/27/2017

OPUS BANK
192 N Canon Drive
Beverly Hills, CA 90210

| Name | LUCAS ASHER |
|---|---|
| Relationship | Signer |
| Address | 201 Ocean Ave Santa Monica, CA 90402 |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp date) | DRIVERS LICENSE [redacted] CA 8/29/2017 6/6/2022 |
| Other ID (description, details) | CREDIT CARD 9728 MC CA 11/30/2022 |
| Employer | tower holdings owner |
| Previous Financial Inst | bank of america |

Internal Use

**Account Title & Address**

TOWER HOLDINGS, INC.

8383 Wilshire Blvd Ste 412
Beverly Hills, CA 90211

Enter **Non-Individual Owner Information** on page 2. There is addition **Owner/Signer Information** space on page 2.

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: One

**Signature(s)**

The undersigned authorize the financial institution to investigate cre and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally a

| Name | |
|---|---|
| Relationship | |

| Name | TOWER HOLDINGS, INC. |
|---|---|
| State/Country & Date | WYOMING 05/26/2017 |

# Account Agreement

Date: ______________________

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

The specified ownership will remain the same for all accounts.

- ☐ Individual
- ☐ Joint Account
- ☐ Joint - Spouses (With right of survivorship)
- ☐ Community Property (Spouses)
- ☐ Tenancy in Common

- ☐ Sole Proprietorship or Single Member LLC ☐ Partnership
- ☐ LLC-enter tax classification (☐ C Corp ☐ S Corp ☐ Partnership)
- ☐ C Corporation ☐ S Corporation ☐ ______________________
- ☐ Trust-Separate Agreement Dated: ______________________
- ☐ ______________________

**Beneficiary Designation**

*(Check appropriate ownership above.)*

☐ Totten Trust ☐ Pay-On-Death (POD)

☐ ______________________

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

Internal Use

**Account Title & Address**

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: ____________ .

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☐ Terms & Conditions ☐ Truth in Savings ☐ Funds Availability
- ☐ Electronic Fund Transfers ☐ Privacy ☐ Substitute Checks
- ☐ Common Features ☐ ______________________

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [ x ]

I.D. # ______________ D.O.B. ______________

(2): [ x ]

I.D. # ______________ D.O.B. ______________

(3): [ x ]

I.D. # ______________ D.O.B. ______________

(4): [ x ]

I.D. # ______________ D.O.B. ______________

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

**Important Account Opening Information.** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| | |
|---|---|
| Name | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |
| E-Mail | |
| Phone | |
| EIN: | Mobile Phone: |

| *Account Description* | *Account #* | *Initial Deposit/Source* |
|---|---|---|
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |

☐ ATM ☐ Debit/Check Cards (No. Requested: ________ )
☐ ________ ☐ ________
☐ ________ ☐ ________

(If not a "U.S. Person", certify foreign status separately)

☐ By signing signature field (1) on this document, I certify under penalties of perjury that the statements made in this section are true and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

☐ **Taxpayer I.D. Number - TIN:** ________
The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☐ **Backup Withholding.** I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) ________

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

# Deposits into Tower Holdings Account *9389

| Bank | Stmt Acct # | Posted Date | Description | Credits | Reference # |
|---|---|---|---|---|---|
| Opus | *9389 | 12/29/17 | wire | $25,000.00 | Chase Metals *4024 |
| Opus | *9389 | 1/29/18 | wire | $30,000.00 | Chase Metals *4024 |
| Opus | *9389 | 2/8/18 | wire | $85,000.00 | Chase Metals *4024 |
| Opus | *9389 | 2/6/18 | deposit | $85,000.00 | Chase Metals *4024 |
| Opus | *9389 | 4/5/20 | deposit | $40,000.00 | Chase Metals *4024 |
| Opus | *9389 | 5/8/20 | deposit | $40,000.00 | Chase Metals *4024 |
| Opus | *9389 | 6/1/18 | deposit | $45,000.00 | Chase Metals *4024 |
| Opus | *9389 | 6/25/18 | wire | $65,000.00 | Chase Metals *4024 |
| Opus | *9389 | 7/13/18 | wire | $29,000.00 | Chase Metals *4024 |
| Opus | *9389 | 8/6/18 | wire | $65,000.00 | Chase Metals *4024 |
| Opus | *9389 | 8/13/18 | wire | $20,000.00 | Chase Metals *4024 |
| Opus | *9389 | 8/29/13 | wire | $45,000.00 | Chase Metals *4024 |
| Opus | *9389 | 9/25/18 | wire | $45,000.00 | Chase Metals *4024 |
| Opus | *9389 | 10/10/18 | wire | $30,000.00 | Chase Metals *4024 |
| Opus | *9389 | 10/26/18 | wire | $45,000.00 | Chase Metals *4024 |
| Opus | *9389 | 11/1/18 | wire | $25,000.00 | Chase Metals *4024 |
| Opus | *9389 | 11/9/18 | wire | $20,000.00 | Chase Metals *4024 |
| Opus | *9389 | 11/21/18 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 12/5/18 | wire | $55,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 1/7/19 | wire | $50,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 1/11/19 | wire | $45,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 1/23/19 | wire | $25,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 2/7/19 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 2/14/19 | wire | $25,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 2/28/19 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 3/11/19 | wire | $45,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 3/25/19 | wire | $35,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 4/5/19 | wire | $45,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 4/11/19 | wire | $45,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 4/23/19 | wire | $45,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 4/25/19 | wire | $75,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 5/8/19 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 5/15/19 | wire | $20,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 5/30/19 | wire | $10,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 6/3/19 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 6/10/19 | wire | $29,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 6/14/19 | wire | $35,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 6/27/19 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 7/2/19 | wire | $20,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 7/11/19 | wire | $30,000.00 | TMTE Inc *4024 |
| Opus | *9389 | 7/16/19 | wire | $70,000.00 | TMTE Inc *4024 |
| | | | **Total** | **$1,623,000.00** | |

# ATTACHMENT T

**JPMChase Account *6901**
**Account Documents**

# DECLARATION

**Case No. : SB1149082-F1**

Tamara E Wooddall, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 07/24/2020

By: Tamara E Wooddall

Tamara E Wooddall
Doc Review Sr Specialist II
JPMORGAN CHASE BANK, N.A.

SUBP52a

SB1149082-F1

CHASE

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
BEST NEW, INC.

**ACCOUNT NUMBER** [redacted]6901
**ACCOUNT TYPE** Chase Platinum Business Checking
**TAXPAYER ID NUMBER** [redacted]
**DATE OPENED** 07/25/2019
**FORM OF BUSINESS** S-Corporation
**ISSUED BY** JPMorgan Chase Bank, N.A (703)
La Cienega - 741010
KAYLEEN TRINH
(310) 657-8437
07/25/2019

**BUSINESS ADDRESS**
8383 WILSHIRE BLVD STE 700

BEVERLY HILLS, CA 90211-2407

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | [redacted] | WY | 12/03/2018 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | LUCAS ASHER | [redacted] | [redacted] | President | 7-25-19 | Lucas Asher |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)

Scan

SB1149082-F1

1

## Deposits into Best New Account *6901

| Bank | Stmt Acct # | Posted Date | | Credits | Deposits From: |
|---|---|---|---|---|---|
| JPMChase | *6901 | 3/2/20 | wire | $40,000.00 | Barrick Capital BofA *6672 |
| JPMChase | *6901 | 3/9/20 | wire | $20.000.00 | Barrick Capital BofA *6672 |
| JPMChase | *6901 | 3/16/20 | wire | $10,000.00 | Barrick Capital BofA *6672 |
| JPMChase | *6901 | 3/20/20 | wire | $17.000.00 | Barrick Capital BofA *6672 |
| JPMChase | *6901 | 3/31/20 | wire | $49,000.00 | First American Estate and Trust *9138 |
| JPMChase | *6901 | 4/9/20 | wire | $13.000.00 | Barrick Capital BofA *6672 |
| JPMChase | *6901 | 4/16/20 | wire | $12,000.00 | Tower Equity *7454 |
| JPMChase | *6901 | 4/23/20 | wire | $10,000.00 | Tower Equity *4517 |
| JPMChase | *6901 | 4/29/20 | wire | $55.000.00 | Barrick Capital *9973 |
| JPMChase | *6901 | 5/5/20 | wire | $14,000.00 | Barrick Capital *9973 |
| JPMChase | *6901 | 5/12/20 | wire | $14.000.00 | First American Estate and Trust *9138 |
| JPMChase | *6901 | 5/19/20 | wire | $17,000.00 | Barrick Capital *9973 |
| JPMChase | *6901 | 5/29/20 | wire | $60.000.00 | Tower Equity *4517 |
| JPMChase | *6901 | 6/4/20 | wire | $10,000.00 | Tower Equity *4517 |
| JPMChase | *6901 | 6/12/20 | wire | $13.000.00 | Barrick Capital *9973 |
| JPMChase | *6901 | 6/18/20 | wire | $13,000.00 | Barrick Capital *9973 |
| JPMChase | *6901 | 6/23/20 | wire | $15,000.00 | Barrick Capital *9973 |
| JPMChase | *6901 | 6/30/20 | wire | $60,000.00 | Barrick Capital *9973 |
| | | | | | |
| | | | **Total** | **$442,000.00** | |

# ATTACHMENT U

**Payments to American Express**

| Bank | Stmt Acct # | Posted Date | Description | Debits | Category 1 | Category 2 |
|---|---|---|---|---|---|---|
| One West | #9387 | 9/5/17 | Debit | $35,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 9/11/17 | Debit | $84,190.98 | American Express | Chase Metals *41003 |
| One West | #9387 | 9/18/17 | Debit | $15,500.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 9/21/17 | Debit | $100,000.00 | American Express | Chase Metals *41003 |
| One West | #9387 | 9/28/17 | Debit | $15,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 10/4/17 | ACH Debit | $200,763.78 | American Express | Chase Metals *41003 |
| One West | #9387 | 10/6/17 | ACH Debit | $15,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 10/23/17 | ACH Debit | $15,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 11/1/17 | ACH Debit | $1,500.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 11/2/17 | ACH Debit | $150,000.00 | American Express | Chase Metals *41003 |
| One West | #9387 | 11/3/17 | ACH Debit | $15,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 11/15/17 | ACH Debit | $15,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 11/17/17 | ACH Debit | $5,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| One West | #9387 | 11/24/17 | ACH Debit | $10,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/20/17 | Internet Payment | $300,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/28/17 | Internet Payment | $26,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/29/17 | (EFT) Debit | $20,580.40 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/1/17 | (EFT) Debit | $201,730.34 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/18/17 | Internet Payment | $50.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/29/17 | Internet Payment | $209,181.71 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/10/18 | Internet Payment | $95,981.40 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/22/18 | Internet Payment | $1,500.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 1/24/18 | Internet Payment | $84,684.51 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/30/18 | Internet Payment | $10,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/8/18 | Wire Out | $10,000.00 | American Express | American Express unknown account |
| BofA | # 4024 | 2/14/18 | Internet Payment | $25,116.02 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/15/18 | Internet Payment | $2,000.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/21/18 | Internet Payment | $188,232.74 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/22/18 | Internet Payment | $9,821.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/22/18 | Internet Payment | $80,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/26/18 | Internet Payment | $20,308.06 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/26/18 | Internet Payment | $7,605.05 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/3/18 | (EFT) Debit | $34,149.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/3/18 | Internet Payment | $66,181.74 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/7/18 | Internet Payment | $95,160.30 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/7/18 | Internet Payment | $4,819.85 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/8/18 | Internet Payment | $5,694.54 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/14/18 | Internet Payment | $31,956.80 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/19/18 | Internet Payment | $69,916.37 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/21/18 | Internet Payment | $13,046.66 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/21/18 | Internet Payment | $7,085.64 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/22/18 | Internet Payment | $13,046.66 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/27/18 | Internet Payment | $20,982.92 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/28/18 | Internet Payment | $20,982.92 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/29/18 | Internet Payment | $75,848.10 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/3/18 | Internet Payment | $44,410.77 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/10/18 | Internet Payment | $92,240.44 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/11/18 | Internet Payment | $24,425.38 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/16/18 | Internet Payment | $25,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/16/18 | Internet Payment | $28,014.31 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/19/18 | Internet Payment | $44,982.02 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/23/18 | Internet Payment | $89,220.79 | American Express | Chase Metals *41003 |

| BofA | # 4024 | 4/23/18 | Internet Payment | $25,159.05 | American Express | Fainche MacCarthy/Simon Batashvili |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 4/30/18 | Internet Payment | $5,320.29 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/1/18 | Internet Payment | $3,876.79 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/2/18 | Internet Payment | $43,737.93 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/3/18 | Internet Payment | $4,727.00 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/7/18 | Internet Payment | $70,366.10 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/7/18 | Internet Payment | $8,451.07 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/9/18 | Internet Payment | $20,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/14/18 | Internet Payment | $34,682.29 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/15/18 | Internet Payment | $40,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/15/18 | Internet Payment | $5,095.29 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/17/18 | Internet Payment | $25,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/18/18 | Internet Payment | $54,745.82 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/22/18 | Internet Payment | $28,222.56 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/22/18 | Internet Payment | $11,317.23 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/25/18 | Internet Payment | $49,160.94 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/29/18 | Internet Payment | $49,160.94 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/29/18 | Internet Payment | $15,517.23 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/31/18 | Internet Payment | $26,129.57 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/4/18 | Internet Payment | $42,374.44 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/4/18 | (EFT) Debit | $84,672.78 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/4/18 | Internet Payment | $1,246.37 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 6/6/18 | Internet Payment | $11,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/6/18 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/11/18 | Internet Payment | $19,529.22 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/11/18 | (EFT) Debit | $95,494.83 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/11/18 | Internet Payment | $11,421.65 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 6/18/18 | Internet Payment | $43,237.70 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/18/18 | Internet Payment | $51,247.91 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/20/18 | Internet Payment | $65,027.02 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/20/18 | Internet Payment | $20,506.29 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 6/20/18 | Internet Payment | $7,835.87 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 6/21/18 | Internet Payment | $23,665.51 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/21/18 | Internet Payment | $95,635.96 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/25/18 | Internet Payment | $14,599.66 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/26/18 | Internet Payment | $36,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/28/18 | Internet Payment | $34,430.22 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/29/18 | Internet Payment | $25,812.17 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/29/18 | Internet Payment | $4,966.10 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/2/18 | Internet Payment | $85,898.60 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/2/18 | Internet Payment | $18,634.41 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/3/18 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/6/18 | Internet Payment | $47,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/6/18 | Internet Payment | $72,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/10/18 | Internet Payment | $37,019.64 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/10/18 | Internet Payment | $23,464.81 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 7/10/18 | Internet Payment | $8,000.00 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/12/18 | Internet Payment | $32,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/12/18 | Internet Payment | $86,413.49 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/12/18 | Internet Payment | $4,514.12 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/13/18 | Internet Payment | $38,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/16/18 | Internet Payment | $28,008.09 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/16/18 | Internet Payment | $4,238.00 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/17/18 | Internet Payment | $25,000.00 | American Express | Chase Metals *41003 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 7/19/18 | Internet Payment | $50,557.91 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/19/18 | Internet Payment | $17,500.84 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 7/19/18 | Internet Payment | $6,300.03 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/20/18 | Internet Payment | $79,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/25/18 | Internet Payment | $73,250.91 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/25/18 | Internet Payment | $3,920.81 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/25/18 | Internet Payment | $5,452.96 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/26/18 | Internet Payment | $75,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/1/18 | Internet Payment | $5,245.36 | American Express | American Express unknown account |
| BofA | # 4024 | 8/1/18 | Internet Payment | $65,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/6/18 | Internet Payment | $92,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/6/18 | Internet Payment | $24,156.61 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 8/13/18 | Internet Payment | $106,666.54 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/17/18 | Internet Payment | $22,002.38 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/17/18 | Internet Payment | $13,061.22 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 8/17/18 | Internet Payment | $4,680.01 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 8/22/18 | Internet Payment | $111,514.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/27/18 | Internet Payment | $20,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/27/18 | Internet Payment | $86,641.65 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/31/18 | Internet Payment | $97,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/4/18 | Internet Payment | $82,997.02 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/5/18 | Internet Payment | $32,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/5/18 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/5/18 | Internet Payment | $15,517.86 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 9/5/18 | Internet Payment | $4,780.81 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 9/10/18 | Internet Payment | $25,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/10/18 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/11/18 | Internet Payment | $19,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/11/18 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/12/18 | Internet Payment | $46,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/14/18 | Internet Payment | $23,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/14/18 | Internet Payment | $99,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/17/18 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/17/18 | Internet Payment | $12,269.60 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 9/17/18 | Internet Payment | $7,797.07 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 9/18/18 | Internet Payment | $73,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/20/18 | Internet Payment | $71,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/24/18 | Internet Payment | $9,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/24/18 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/26/18 | Internet Payment | $17,711.40 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/27/18 | Internet Payment | $7,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/27/18 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/28/18 | Internet Payment | $7,195.54 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/28/18 | Internet Payment | $26,837.33 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 9/28/18 | Internet Payment | $4,016.23 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 10/1/18 | Internet Payment | $50,503.35 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/2/18 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/2/18 | Internet Payment | $7,144.82 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 10/4/18 | Internet Payment | $17,571.46 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/4/18 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/4/18 | Internet Payment | $834.76 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 10/9/18 | Internet Payment | $19,642.15 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/9/18 | Internet Payment | $100,554.80 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/9/18 | Internet Payment | $10,662.24 | American Express | Fainche MacCarthy/Simon Batashvili |

| | | | | | | |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 10/10/18 | Internet Payment | $33,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/10/18 | Internet Payment | $40,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/10/18 | (EFT) Debit | $2,677.97 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 10/11/18 | Internet Payment | $1,612.63 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 10/16/18 | Internet Payment | $12,195.87 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 10/17/18 | Internet Payment | $90,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/23/18 | Internet Payment | $45,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/29/18 | Internet Payment | $41,816.38 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/29/18 | Internet Payment | $15,069.17 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 10/31/18 | Internet Payment | $40,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/2/18 | Internet Payment | $31,806.66 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/2/18 | Internet Payment | $35,628.82 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/2/18 | Internet Payment | $5,048.94 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/6/18 | Internet Payment | $77,535.35 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/6/18 | Internet Payment | $4,686.92 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/6/18 | Internet Payment | $1,690.11 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/8/18 | Internet Payment | $79,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/9/18 | Internet Payment | $5,441.33 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/13/18 | Internet Payment | $7,539.27 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/13/18 | Internet Payment | $13,950.21 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/13/18 | Internet Payment | $30,593.07 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/13/18 | Internet Payment | $558.08 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/13/18 | Internet Payment | $16,701.24 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/15/18 | Internet Payment | $25,546.40 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/15/18 | Internet Payment | $3,331.40 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/15/18 | Internet Payment | $2,570.18 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/23/18 | Internet Payment | $15,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/23/18 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/23/18 | Internet Payment | $14,775.63 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/23/18 | Internet Payment | $13,339.17 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/28/18 | Internet Payment | $67,178.51 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/28/18 | Internet Payment | $2,915.86 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/29/18 | Internet Payment | $20,695.74 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/30/18 | Internet Payment | $34,851.96 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/30/18 | Internet Payment | $4,634.72 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/3/18 | Internet Payment | $8,340.59 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/5/18 | Internet Payment | $106,710.76 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/6/18 | Internet Payment | $2,151.51 | American Express | American Express unknown account |
| BofA | # 4024 | 12/7/18 | Internet Payment | $7,786.04 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/10/18 | Internet Payment | $7,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/10/18 | Internet Payment | $97,179.85 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/12/18 | Internet Payment | $60,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/14/18 | Internet Payment | $90,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/17/18 | Internet Payment | $7,797.98 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/17/18 | Internet Payment | $39,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/17/18 | Internet Payment | $16,004.90 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/17/18 | Internet Payment | $11,287.49 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 12/24/18 | Internet Payment | $8,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/24/18 | Internet Payment | $112,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/24/18 | Internet Payment | $9,149.21 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/27/18 | Internet Payment | $70,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/28/18 | Internet Payment | $13,556.80 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/28/18 | Internet Payment | $6,612.61 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/2/19 | Internet Payment | $39,785.72 | American Express | Chase Metals *41003 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 1/2/19 | Internet Payment | $10,023.95 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/3/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/7/19 | Internet Payment | $11,881.32 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/7/19 | Internet Payment | $3,190.34 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/8/19 | Internet Payment | $80,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/10/19 | Internet Payment | $21,112.31 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 1/14/19 | Internet Payment | $96,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/22/19 | Internet Payment | $10,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/22/19 | Internet Payment | $90,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/22/19 | Internet Payment | $10,945.95 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 1/22/19 | Internet Payment | $14,909.81 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/23/19 | Internet Payment | $65,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/25/19 | Internet Payment | $2,532.57 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 1/28/19 | Internet Payment | $75,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/29/19 | Internet Payment | $3,917.68 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/31/19 | Internet Payment | $79,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/1/19 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/1/19 | Internet Payment | $24,141.63 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/1/19 | Internet Payment | $2,525.58 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/4/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/6/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/7/19 | Internet Payment | $16,591.62 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/11/19 | Internet Payment | $29,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/11/19 | Internet Payment | $59,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/13/19 | Internet Payment | $29,940.84 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/13/19 | Internet Payment | $2,149.88 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/14/19 | Internet Payment | $42,658.02 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/15/19 | Internet Payment | $19,711.46 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/15/19 | Internet Payment | $10,809.78 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/15/19 | Internet Payment | $11,106.67 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/19/19 | Internet Payment | $19,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/19/19 | Internet Payment | $39,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/19/19 | Internet Payment | $74,236.48 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/19/19 | Internet Payment | $2,098.73 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/19/19 | Internet Payment | $7,816.48 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/20/19 | Internet Payment | $19,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/21/19 | Internet Payment | $5,400.69 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/21/19 | Internet Payment | $2,522.69 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 2/21/19 | Internet Payment | $489.93 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/25/19 | Internet Payment | $40,665.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/25/19 | Internet Payment | $80,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 2/25/19 | Internet Payment | $547.31 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/1/19 | Internet Payment | $61,511.58 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/1/19 | Internet Payment | $8,225.80 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/1/19 | Internet Payment | $10,996.09 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/5/19 | Internet Payment | $90,393.97 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/5/19 | Internet Payment | $7,237.61 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/5/19 | Internet Payment | $7,571.85 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/7/19 | Internet Payment | $78,334.88 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/7/19 | Internet Payment | $2,133.69 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/7/19 | Internet Payment | $2,169.05 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/11/19 | Internet Payment | $52,562.49 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/11/19 | Internet Payment | $5,180.94 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/11/19 | Internet Payment | $1,813.16 | American Express | Tower Estates, Inc. *51005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 3/11/19 | Internet Payment | $2,965.36 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/12/19 | Internet Payment | $33,974.95 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/13/19 | Internet Payment | $60,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/15/19 | Internet Payment | $3,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/15/19 | Internet Payment | $43,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/18/19 | Internet Payment | $18,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/18/19 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/18/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/18/19 | Internet Payment | $7,854.69 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/18/19 | Internet Payment | $24,956.14 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/18/19 | Internet Payment | $5,151.95 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/18/19 | Internet Payment | $31,092.75 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/19/19 | Internet Payment | $40,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/21/19 | Internet Payment | $45,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/25/19 | Internet Payment | $55,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 3/25/19 | Internet Payment | $44,735.91 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 3/25/19 | Internet Payment | $11,082.63 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 3/28/19 | Internet Payment | $76,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/2/19 | Internet Payment | $99,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/8/19 | Internet Payment | $29,247.84 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/8/19 | Internet Payment | $28,812.49 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 4/8/19 | Internet Payment | $1,929.36 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 4/9/19 | Internet Payment | $90,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/10/19 | Internet Payment | $7,459.89 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/10/19 | Internet Payment | $6,263.77 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 4/12/19 | Internet Payment | $84,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/15/19 | Internet Payment | $10,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/15/19 | Internet Payment | $15,793.14 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 4/15/19 | Internet Payment | $10,036.06 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 4/18/19 | Internet Payment | $33,744.43 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/18/19 | Internet Payment | $6,027.40 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 4/18/19 | Internet Payment | $17,472.89 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 4/23/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/25/19 | Internet Payment | $6,671.48 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 4/25/19 | Internet Payment | $25,522.51 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 4/29/19 | Internet Payment | $35,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/29/19 | Internet Payment | $90,921.54 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 4/29/19 | Internet Payment | $9,894.62 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 4/29/19 | Internet Payment | $11,311.93 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 5/6/19 | Internet Payment | $13,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/6/19 | Internet Payment | $108,158.81 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/6/19 | Internet Payment | $29,194.55 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 5/7/19 | Internet Payment | $5,720.35 | American Express | American Express unknown account |
| BofA | # 4024 | 5/10/19 | Internet Payment | $19,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/10/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/13/19 | Internet Payment | $14,002.15 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/13/19 | Internet Payment | $20,848.58 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 5/20/19 | Internet Payment | $58,179.93 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/20/19 | Internet Payment | $11,557.89 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/20/19 | Internet Payment | $12,053.76 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 5/24/19 | Internet Payment | $40,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/28/19 | Internet Payment | $69,207.92 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 5/28/19 | Internet Payment | $22,356.08 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 5/28/19 | Internet Payment | $28,849.89 | American Express | Tower Estates, Inc. *51005 |

| BofA | # 4024 | 6/3/19 | Internet Payment | $30,000.00 | American Express | Chase Metals *41003 |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 6/4/19 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/6/19 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/7/19 | Internet Payment | $90,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/17/19 | Internet Payment | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/24/19 | Internet Payment | $103,854.83 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/25/19 | Internet Payment | $16,872.10 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 6/25/19 | Internet Payment | $31,529.52 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 6/25/19 | Internet Payment | $36,621.17 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/1/19 | Internet Payment | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/1/19 | Internet Payment | $8,387.72 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 7/1/19 | Internet Payment | $3,830.04 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/8/19 | Internet Payment | $57,334.84 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/8/19 | Internet Payment | $4,444.82 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 7/9/19 | Internet Payment | $6,560.66 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/10/19 | Internet Payment | $50,194.70 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/11/19 | Internet Payment | $32,106.59 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/16/19 | Internet Payment | $80,833.38 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/16/19 | Internet Payment | $15,224.20 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/22/19 | Internet Payment | $35,462.20 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/22/19 | Internet Payment | $7,662.06 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 7/22/19 | Internet Payment | $20,334.59 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 7/29/19 | Internet Payment | $104,963.06 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 7/30/19 | Internet Payment | $10,000.00 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 8/1/19 | Internet Payment | $10,000.00 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 8/2/19 | Internet Payment | $25,000.00 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 8/5/19 | Internet Payment | $23,526.39 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 8/6/19 | Internet Payment | $80,064.15 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/6/19 | Internet Payment | $2,774.03 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 8/6/19 | Internet Payment | $44,366.17 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 8/12/19 | Internet Payment | $25,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/19/19 | Internet Payment | $50,392.35 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/21/19 | (EFT) Debit | $37,578.55 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 8/21/19 | (EFT) Debit | $42,218.56 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 8/27/19 | (EFT) Debit | $37,757.62 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 9/3/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/3/19 | (EFT) Debit | $54,378.03 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 9/5/19 | (EFT) Debit | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/16/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/16/19 | (EFT) Debit | $30,000.00 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 9/20/19 | (EFT) Debit | $92,739.16 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 9/20/19 | (EFT) Debit | $22,839.24 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 9/20/19 | (EFT) Debit | $44,655.04 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 10/3/19 | Internet Payment | $86,463.56 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/3/19 | Internet Payment | $32,705.25 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 10/15/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/18/19 | (EFT) Debit | $94,537.70 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 10/18/19 | (EFT) Debit | $31,514.66 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 10/18/19 | (EFT) Debit | $36,289.72 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 10/31/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/1/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/4/19 | (EFT) Debit | $85,906.33 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/4/19 | (EFT) Debit | $11,290.81 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 11/4/19 | (EFT) Debit | $34,866.02 | American Express | Tower Estates, Inc. *51005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BofA | # 4024 | 11/8/19 | (EFT) Debit | $4,238.86 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 11/14/19 | (EFT) Debit | $35,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 11/20/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/3/19 | (EFT) Debit | $19,987.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/3/19 | (EFT) Debit | $50,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/3/19 | (EFT) Debit | $100,000.00 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/3/19 | (EFT) Debit | $44,959.55 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/3/19 | (EFT) Debit | $43,133.68 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 12/17/19 | (EFT) Debit | $85,834.85 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/17/19 | (EFT) Debit | $21,841.98 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/17/19 | (EFT) Debit | $47,970.99 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 12/27/19 | (EFT) Debit | $64,308.17 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 12/27/19 | (EFT) Debit | $12,301.16 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 12/27/19 | (EFT) Debit | $39,229.76 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/2/20 | debit | $7,156.92 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 1/17/20 | debit | $40,902.26 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/17/20 | debit | $16,741.17 | American Express | Fainche MacCarthy/Simon Batashvili |
| BofA | # 4024 | 1/17/20 | debit | $45,480.74 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 1/21/20 | debit | $135,156.23 | American Express | Chase Metals *41003 |
| BofA | # 4024 | 1/21/20 | debit | $14,085.77 | American Express | Tower Estates, Inc. *51005 |
| BofA | # 4024 | 2/5/20 | debit | $34,774.76 | American Express | Fainche MacCarthy/Simon Batashvili |
| | | | | | | |
| | | | | **$15,603,514.02** | | |

| Application Information Form | |
|---|---|
| **Reference Number:** | 20170963030598USD |
| **Date received:** | 6-Apr-17 |
| **Time received:** | Apr 06, 2017 2227 |
| **Application received via:** | IT |
| **Name:** | FAINCHE MACCARTHY |
| **Address:** | 11360 WATERFORD ST LOS ANGELES CA 90049 |
| **Alternate Address:** | |
| **Date of birth:** | [redacted]70 |
| **Social security number:** | S [redacted] |
| **Home phone number:** | H [redacted] |
| **Business phone number:** | B [redacted] |
| **Employment:** | CHASE METALS |
| **Employment address:** | 433 N CAMDEN DR STE 970 BEVERLY HILLS CA 90210 |
| **Phone number used to submit application:** | |
| **Balance transfers:** (A customer can request up to 16 balance transfers within an application. For multiple balance transfer set of information, have a line space between the Balance Transfer Amount and the next Payee name.) | |
| **Payee name:** | |
| **Account number:** | |
| **Balance Transfer Amount:** | |
| **Internet provider address:** | |
| **Internet email address:** | FAINCHE@FAINCHE.COM |
| **Additional Card member information:** (A customer can request up to 99 additional cards within an application. Have a line space between each set of additional card information.The line space should be between the Date of birth and the next Name.) | |
| **Name:** | SIMON BATASHVILI |
| **Social security number:** | S[redacted] |
| **Date of birth:** | [redacted]79 |
| ***Disclaimer: The information on this letter is based on the data provided to us by the applicant during the application process*** | |

AMEX003825

DUPLICATE COPY

**Platinum Delta SkyMiles® Credit Card**

DELTA

FAINCHE J. MACCARTHY
Closing Date 06/15/16 Next Closing Date 07/15/16

Account Ending 4-92007

| | |
|---|---|
| **New Balance** | **$12,721.94** |
| **Minimum Payment Due** | **$326.00** |
| **Payment Due Date** | **07/10/16‡** |

‡**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/10/16, you may have to pay a late fee of up to $37.00 and your Purchase APR may be increased to the Penalty APR of 29.49%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 23 years | $25,858 |
| $432 | 3 years | $15,545 *(Savings = $10,313)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**See page 29 for an Important Notice About Changes to Your Cardmember Agreement.**

**See Page 31 for an important Privacy Notice and the following pages for important notices about Your Billing Rights, Electronic Fund Transfer Error Resolution and a notice for WA residents.**

**Delta SkyMiles®**
Miles Earned this Period **38,890**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| | |
|---|---|
| Previous Balance | $2,438.65 |
| Payments/Credits | -$25,016.32 |
| New Charges | +$35,098.48 |
| Fees | +$27.00 |
| Interest Charged | +$174.13 |
| **New Balance** | **$12,721.94** |
| **Minimum Payment Due** | **$326.00** |
| Credit Limit | $17,000.00 |
| Available Credit | $4,278.06 |
| Cash Advance Limit | $200.00 |
| Available Cash | $200.00 |
| Days in Billing Period: 30 | |

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care** 1-800-257-0770
**Pay by Phone** 1-800-472-9297

See Page 2 for additional information.

*Continued on page 3*

**Payment Coupon** Do not staple or use paper clips

**Pay by Computer** americanexpress.com/pbc

**Pay by Phone** 1-800-472-9297

**Account Ending 4-92007**
Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J. MACCARTHY
11360 WATERFORD ST
LOS ANGELES CA 90049-3437

Payment Due Date **07/10/16**
New Balance **$12,721.94**
AutoPay Amount **$1,500.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$________.____ **Amount Enclosed**

00003499909065015 90 001272194000032600 12 H

DUPLICATE COPY

**Platinum Delta SkyMiles® Credit Card**

DELTA

FAINCHE J. MACCARTHY
Closing Date 06/15/16

Account Ending 4-92007

We will debit your bank account for your payment of $1,500.00 on 06/30/16. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made by 06/28/16. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 07/10/16.

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$24,912.15 |
| **Credits** | |
| FAINCHE J. MACCARTHY 4-92007 | $0.00 |
| SIMON BATASHVILI 4-93021 | -$104.17 |
| **Total Payments and Credits** | **-$25,016.32** |

### Detail *indicates posting date

| **Payments** | | | **Amount** |
|---|---|---|---|
| 05/31/16* | FAINCHE J. MACCARTHY | AUTOPAY PAYMENT RECEIVED - THANK YOU WELLS FARGO BANK, NA | -$1,500.00 |
| 06/12/16* | FAINCHE J. MACCARTHY | ONLINE PAYMENT - THANK YOU | -$23,412.15 |
| **Credits** | | | **Amount** |
| 06/10/16 | SIMON BATASHVILI | FEDEX INV 428385693 I428385693<br>MEMPHIS TN<br>1-800-622-1147<br>CHASE GOLD CA<br>FEDEX INV# 000428385693<br>FedEx #1-800-622-1147 | -$51.33 |
| 06/15/16 | SIMON BATASHVILI | AMAZON WEB SERVICES<br>AWS.AMAZON.CO WA<br>DIRECT MKTG MISC | -$52.84 |

## New Charges

### Summary

| | Total |
|---|---|
| FAINCHE J. MACCARTHY 4-92007 | $16,272.65 |
| SIMON BATASHVILI 4-93021 | $18,825.83 |
| **Total New Charges** | **$35,098.48** |

### Detail

**FAINCHE J. MACCARTHY**
Card Ending 4-92007

| | | Amount |
|---|---|---|
| 05/16/16 | BARNEYS NEW YORK #7 7<br>BEVERLY HILLS CA<br>888-222-7639<br>Description<br>APPAREL/ACCESSORIES | $914.20 |

AMEX000896

Continued on reverse

**DUPLICATE COPY**

**Business Platinum Card®**
TOWER ESTATES INC
FAINCHE J MACCARTHY
Closing Date 06/15/18 Next Closing Date 07/17/18

OPEN

Account Ending 4-51005

| **New Balance** | **$1,685.87** |
|---|---|
| **Please Pay By** | **07/01/18‡** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

**Membership Rewards® Points**
Available and Pending as of 05/31/18
**2,785,582**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$635.87 |
| Fees | +$1,050.00 |
| **New Balance** | **$1,685.87** |
| Days in Billing Period: 28 | |

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care**
1-800-492-8468

**Pay by Phone**
1-800-472-9297

See page 2 for additional information.

See page 2 for important information about your account.

**See page 5 for an Important Notice About Changes to Your Cardmember Agreement.**

**See Page 7 for Important information regarding benefits underwritten by AMEX Assurance Company.**

**See important notices about Your Billing Dispute Procedures, Electronic Fund Transfer Error Resolution, and for WA residents, starting on page 9**

Your Platinum Card® Membership includes an annual subscription to Departures magazine (a value of $10). If you do not wish to receive the magazine, please call us at the number on the back of your Card. No credits are offered to Members who elect not to receive the magazine.

Welcome to American Express!

Please note, your preset line is $25,000.00. You have spent $1,685.87.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 4-51005**
Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
TOWER ESTATES INC
TOWER ESTATES INC
321 DALEHURST AVE
LOS ANGELES CA 90024

Please Pay By
**07/01/18**
Amount Due
**$1,685.87**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349992577077710 000168587000168587 13 d

AMEX001862

**DUPLICATE COPY**

**Business Platinum Card®**
TOWER ESTATES INC
FAINCHE J MACCARTHY
Closing Date 06/15/18

p. 3/11

Account Ending 4-51005

## New Charges

### Summary

| | Total |
|---|---|
| FAINCHE J MACCARTHY 4-51005 | $626.42 |
| PEREZ BATASHVILI 4-51013 | $9.45 |
| **Total New Charges** | **$635.87** |

### Detail

**FAINCHE J MACCARTHY**
Card Ending 4-51005

| | | | | Amount |
|---|---|---|---|---|
| 06/05/18 | JENNYBECS<br>805-705-4403 | Los Angeles | CA | $51.42 |
| 06/06/18 | LA CITY PARKING METER LA CITY PARKING<br>213-473-0641 | LOS ANGELES | CA | $1.00 |
| 06/09/18 | BLOOMINGDALES CENTURY CI 000000028<br>8665932540 | LOS ANGELES | CA | $405.57 |
| 06/12/18 | 8383 WILSHIRE BLVD AMWV285401 AMWV<br>3104708501 | BEVERLY HILLS | CA | $27.00 |
| 06/12/18 | FREDS BEVERLY HILLS<br>RESTAURANT | BEVERLY HILLS | CA | $141.43 |

**PEREZ BATASHVILI**
Card Ending 4-51013

| | | | | Amount |
|---|---|---|---|---|
| 06/14/18 | EARTHBAR & VITAMINS 650000002783853<br>3236500181 | WEST HOLLYWOO | CA | $9.45 |

## Fees

| | | | Amount |
|---|---|---|---|
| 06/15/18 | FAINCHE J MACCARTHY | ANNUAL MEMBERSHIP FEE | $450.00 |
| 06/15/18 | PEREZ BATASHVILI | ANNUAL MEMBERSHIP FEE | $300.00 |
| 06/15/18 | SIMON BATASHVILI | ANNUAL MEMBERSHIP FEE | $300.00 |
| **Total Fees for this Period** | | | **$1,050.00** |

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $1,050.00 |
| Total Interest in 2018 | $0.00 |

AMEX001864

**DUPLICATE COPY**

**Business Platinum Card**
TOWER EQUITY LLC
FAINCHE J MACCARTHY
Closing Date 03/12/20 Next Closing Date 04/10/20

p. 1/11

Account Ending 4-51003

| **New Balance** | **$24,012.93** |
|---|---|
| **Please Pay By** | **03/27/20‡** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 5 - 11.**

Welcome to American Express!

Please note, your preset line is $25,000.00. You have spent $24,012.93.

**Visit**
**www.membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$23,417.93 |
| Fees | +$595.00 |
| **New Balance** | **$24,012.93** |

Days in Billing Period: 24

**Customer Care**

**Pay by Computer**
americanexpress.com/business

**Customer Care**
1-800-492-8468

**Pay by Phone**
1-800-472-9297

See page 3 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending 4-51003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
TOWER EQUITY LLC
321 DALEHURST AVE
LOS ANGELES CA 90024-2511

Please Pay By
**03/27/20**

Amount Due
**$24,012.93**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000

00003499927879009З7 002401293002401293 08 Ч

AMEX002178

DUPLICATE COPY

**Business Platinum Card**
TOWER EQUITY LLC
FAINCHE J MACCARTHY
Closing Date 03/12/20

Account Ending 4-51003

**Customer Care & Billing Inquiries** 1-800-492-8468
**International Collect** 1-623-492-7719
**Large Print & Braille Statements** 1-800-492-8468
**Express Cash** 1-800-CASH-NOW

**Hearing Impaired**
**TTY:** 1-800-221-9950
**FAX:** 1-623-707-4442
**In NY:** 1-800-522-1897

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 0001
LOS ANGELES CA
90096-8000

## New Charges

### Summary

| | Total |
|---|---|
| FAINCHE J MACCARTHY 4-51003 | $17,500.00 |
| SIMON BATASHVILI 4-51011 | $5,917.93 |
| **Total New Charges** | **$23,417.93** |

### Detail

**FAINCHE J MACCARTHY**
Card Ending 4-51003

| | | | | Amount |
|---|---|---|---|---|
| 03/10/20 | JASON B DIAMOND 3108599816 | BEVERLY HILLS | CA | $17,500.00 |

**SIMON BATASHVILI**
Card Ending 4-51011

| | | | | Amount |
|---|---|---|---|---|
| 02/27/20 | VERIFIED FIRST +18889861304 | MERIDIAN | ID | $289.99 |
| 02/28/20 | CONTINENTAL KITCHEN BH 0000 323-433-4131 | BEVERLY HILLS | CA | $49.22 |
| 02/29/20 | TST* UPPER CRUST - BEV HI 300538131 3105045056 | BEVERLY HILLS | CA | $430.57 |
| 02/29/20 | POSTMATES 56F02 THE BA 8778877815 | SAN FRANCISCO | CA | $106.97 |
| 02/29/20 | POSTMATES 56F02 TASTY 8778877815 | SAN FRANCISCO | CA | $55.16 |
| 03/01/20 | POSTMATES TIP 8778877815 | SAN FRANCISCO | CA | $10.70 |
| 03/02/20 | POSTMATES TIP 8778877815 | SAN FRANCISCO | CA | $5.52 |
| 03/03/20 | AMZN MKTP US*WX5363YT3 BOOK STORES | AMZN.COM/BILL | WA | $146.60 |
| 03/03/20 | AMAZON.COM*LL7K414V3 MERCHANDISE | AMZN.COM/BILL | WA | $81.51 |
| 03/03/20 | AMAZON FRESH*M01WK27N3 MERCHANDISE | AMZN.COM/BILL | WA | $20.00 |
| 03/04/20 | IRON MOUNTAIN 800-934-3453 | 8009343453 | MA | $94.79 |
| 03/05/20 | AMZNGRCYTIP*2J1396QL3 MERCHANDISE | AMZN.COM/BILL | WA | $5.00 |
| 03/05/20 | TWILIO INC +18778894546 | SAN FRANCISCO | CA | $20.00 |
| 03/06/20 | WALMART.COM 800-966-6546 | BENTONVILLE | AR | $436.35 |

AMEX002180

Continued on reverse

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 04/26/17 Next Closing Date 05/26/17

p. 1/15

Account Ending 0-41003

| **New Balance** | **$39,599.57** |
|---|---|
| **Please Pay By** | **05/11/17‡** |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date.

**Visit www.membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$30,000.00 |
| New Charges | +$68,549.57 |
| Fees | +$1,050.00 |
| **New Balance** | **$39,599.57** |

Days in Billing Period: 20

**Customer Care**

**Pay by Computer** open.com/pbc

**Customer Care** 1-800-492-8468

**Pay by Phone** 1-800-472-9297

See page 2 for additional information.

See page 2 for important information about your account.

**See Page 11 for an Important Privacy Notice and the following pages for important notices about Billing Dispute Procedures, Electronic Fund Transfer Error Resolution and a notice for WA residents.**

**Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

Your Platinum Card® Membership includes an annual subscription to Departures magazine (a value of $10). If you do not wish to receive the magazine, please call us at the number on the back of your Card. No credits are offered to Members who elect not to receive the magazine.

Welcome to American Express!

As a valued Card Member we want to make you aware that, if you have a Pay Over Time feature and should variable APRs increase, the Penalty APR on your account will not exceed 29.99%. Your APRs may be increased to the Penalty APR if we do not receive your payment on time or if your payment is returned by your bank.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon** Do not staple or use paper clips

**Pay by Computer** open.com/pbc

**Pay by Phone** 1-800-472-9297

**Account Ending 0-41003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
11360 WATERFORD ST
LOS ANGELES CA 90049-3437

Please Pay By **05/11/17**

Amount Due **$39,599.57**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

000034999244475428 003959957003959957 23 d

AMEX002198

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 04/26/17

OPEN

Account Ending 0-41003

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$30,000.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$30,000.00** |

### Detail *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 04/24/17* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$30,000.00 |

## New Charges

### Summary

| | Total |
|---|---|
| SIMON BATASHVILI 0-41011 | $67,872.61 |
| LUCAS ASHER 0-41029 | $676.96 |
| **Total New Charges** | **$68,549.57** |

### Detail

**SIMON BATASHVILI**
Card Ending 0-41011

| | | | | Amount |
|---|---|---|---|---|
| 04/12/17 | NEWEGGBUSINESS.COM 1203442614 90211-ELECTRONICS | 800-390-1119 | CA | $978.71 |
| 04/12/17 | FACEBK *SRXY6CW9C2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $750.41 |
| 04/12/17 | CRAIGSLIST INC CRAIGSLIST INC 4155666394 | SAN FRANCISCO | CA | $45.00 |
| 04/12/17 | FACEBK *8BJCYBSAC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $762.54 |
| 04/12/17 | FACEBK *7SKERBNAC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $750.12 |
| 04/12/17 | FACEBK *2Z62AC2AC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $751.25 |
| 04/13/17 | FACEBK *UZTC5DJAC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $751.62 |
| 04/13/17 | FACEBK *PJVYZB6AC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $780.38 |
| 04/13/17 | FACEBK *5HGHMBS9C2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $751.13 |
| 04/13/17 | FACEBK *DZQ7AC2AC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $751.80 |
| 04/13/17 | Baltaire 424-273-1660 | Los Angeles | CA | $613.30 |
| 04/13/17 | CRAIGSLIST INC CRAIGSLIST INC 4155666394 | SAN FRANCISCO | CA | $45.00 |
| 04/13/17 | FACEBK *BUQQRBNAC2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $750.07 |

AMEX002200

Continued on reverse

# ATTACHMENT V

**Sample from Bayside Metals Sales
To Defendants**

**Sample Section of Bayside Sales to Metals**

| Num | Date | Name | Qty | Item | Sales Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 13075 | 03/28/2017 | Metals.com | 65 | GCPB (Gold Canadian Polar Bear 1/4-oz) | $354.16 | $23,020.40 |
| 13075 | 03/28/2017 | Metals.com | 3,040 | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | $33.54 | $101,961.60 |
| 13075 | 03/28/2017 | Metals.com | 300 | SCML (Silver Canadian Maple Leaf 1-oz) | $19.70 | $5,910.00 |
| 13191 | 04/03/2017 | Metals.com | 1 | SM15 (Silver Morgan $1 MS-65) | $3,895.00 | $3,895.00 |
| 13191 | 04/03/2017 | Metals.com | 5 | SM1PC (Silver Morgan $1 pre-1905 Circ) | $24.75 | $123.75 |
| 13193 | 04/03/2017 | Metals.com | 524 | SCML (Silver Canadian Maple Leaf 1-oz) | $19.83 | $10,390.92 |
| 13193 | 04/03/2017 | Metals.com | 102 | GCPBC (Gold Canadian Polar Bear & Cub 1/4-oz) | $354.67 | $36,176.34 |
| 13208 | 04/04/2017 | Metals.com | 8 | GCPBC (Gold Canadian Polar Bear & Cub 1/4-oz) | $355.15 | $2,841.20 |
| 13208 | 04/04/2017 | Metals.com | 600 | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | $33.69 | $20,214.00 |
| 13216 | 04/04/2017 | Metals.com | 151 | SATB (Silver America The Beautiful 5-oz) | $102.95 | $15,545.45 |
| 13224 | 04/04/2017 | Metals.com | 714 | SATB (Silver America The Beautiful 5-oz) | $103.00 | $73,542.00 |
| 13226 | 04/04/2017 | Metals.com | 10 | SATB (Silver America The Beautiful 5-oz) | $103.00 | $1,030.00 |
| 13226 | 04/04/2017 | Metals.com | 205 | SP1C (Silver Peace $1 Circulated) | $18.50 | $3,792.50 |
| 13256 | 04/06/2017 | Metals.com | 5,841 | SCPB (Silver Canadian Polar Bear 1.5-oz) | $33.60 | $196,257.60 |
| 13273 | 04/07/2017 | Metals.com | 8 | GCPBC (Gold Canadian Polar Bear & Cub 1/4-oz) | $358.23 | $2,865.84 |
| 13273 | 04/07/2017 | Metals.com | 600 | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | $33.83 | $20,298.00 |
| 13275 | 04/07/2017 | Metals.com | 211 | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | $33.83 | $7,138.13 |
| 13312 | 04/10/2017 | Metals.com | 2,241 | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | $33.20 | $74,401.20 |
| 13327 | 04/11/2017 | Metals.com | 10 | GCM1 (Gold Canadian Maple Leaf 1-oz 0.9999-fine) | $1,295.60 | $12,956.00 |
| 13327 | 04/11/2017 | Metals.com | 125 | SCML (Silver Canadian Maple Leaf 1-oz) | $19.88 | $2,485.00 |
| 13338 | 04/12/2017 | Metals.com | 3,348 | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | $33.68 | $112,760.64 |
| 13338 | 04/12/2017 | Metals.com | 4 | GCM1 (Gold Canadian Maple Leaf 1-oz 0.9999-fine) | $1,293.00 | $5,172.00 |
| 13338 | 04/12/2017 | Metals.com | 60 | SCML (Silver Canadian Maple Leaf 1-oz) | $19.85 | $1,191.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13386 | | 04/13/2017 | | Metals.com | | 600 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $34.01 | | $20,406.00 |
| 13407 | | 04/14/2017 | | Metals.com | | 255 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $34.08 | | $8,690.40 |
| 13483 | | 04/19/2017 | | Metals.com | | 255 | | SATB15BH (Silver 5-oz ATB 2015 Bombay Hook) | | $102.15 | | $26,048.25 |
| 13504 | | 04/20/2017 | | Metals.com | | 2,888 | | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | | $33.23 | | $95,968.24 |
| 13504 | | 04/20/2017 | | Metals.com | | 100 | | SAE (Silver American Eagle 1-oz) | | $20.02 | | $2,002.00 |
| 13529 | | 04/21/2017 | | Metals.com | | 804 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $33.14 | | $26,644.56 |
| 13587 | | 04/25/2017 | | Metals.com | | 415 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $32.63 | | $13,541.45 |
| 13596 | | 04/25/2017 | | Metals.com | | 1,252 | | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | | $32.63 | | $40,852.76 |
| 13596 | | 04/25/2017 | | Metals.com | | 1,252 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $32.63 | | $40,852.76 |
| 13596 | | 04/25/2017 | | Metals.com | | 6 | | GCM1 (Gold Canadian Maple Leaf 1-oz 0.9999-fine) | | $1,282.30 | | $7,693.80 |
| 13615 | | 04/26/2017 | | Metals.com | | 2,385 | | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | | $32.48 | | $77,464.80 |
| 13615 | | 04/26/2017 | | Metals.com | | 72 | | GCPB (Gold Canadian Polar Bear 1/4-oz) | | $359.19 | | $25,861.68 |
| 13629 | | 04/27/2017 | | Metals.com | | 30 | | GCMH (Gold Canadian Maple Leaf 1/2-oz) | | $661.98 | | $19,859.40 |
| 13643 | | 04/27/2017 | | Metals.com | | 2,025 | | SCML (Silver Canadian Maple Leaf 1-oz) | | $18.91 | | $38,292.75 |
| 13710 | | 05/01/2017 | | Metals.com | | 1,354 | | SATB19LNH (Silver 5-oz ATB 2019 Lowell National Historic Park) | | $95.00 | | $128,630.00 |
| 13728 | | 05/01/2017 | | Metals.com | | 450 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $31.55 | | $14,197.50 |
| 13752 | | 05/02/2017 | | Metals.com | | 477 | | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | | $31.50 | | $15,025.50 |
| 13795 | | 05/04/2017 | | Metals.com | | 16 | | SAE (Silver American Eagle 1-oz) | | $18.36 | | $293.76 |
| 13795 | | 05/04/2017 | | Metals.com | | 16 | | SCML (Silver Canadian Maple Leaf 1-oz) | | $17.91 | | $286.56 |
| 13801 | | 05/04/2017 | | Metals.com | | 56 | | SATB17EM (Silver 5-oz ATB 2017 Effigy Mounds) | | $93.05 | | $5,210.80 |
| 13801 | | 05/04/2017 | | Metals.com | | 10 | | SCML (Silver Canadian Maple Leaf 1-oz) | | $17.91 | | $179.10 |
| 13807 | | 05/05/2017 | | Metals.com | | 1,054 | | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | | $30.72 | | $32,378.88 |
| 13888 | | 05/09/2017 | | Metals.com | | 150 | | SCML (Silver Canadian Maple Leaf 1-oz) | | $17.77 | | $2,665.50 |
| 13888 | | 05/09/2017 | | Metals.com | | 600 | | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | | $30.51 | | $18,306.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13947 | 05/12/2017 | Metals.com | 6,450 | SCPBC (Silver Canadian Polar Bear & Cub 1.5-oz) | $30.74 | $198,273.00 |
| 13947 | 05/12/2017 | Metals.com | 200 | SCML (Silver Canadian Maple Leaf 1-oz) | $18.02 | $3,604.00 |
| 13947 | 05/12/2017 | Metals.com | 11 | SB10 (Silver Bar 10-oz) | $168.10 | $1,849.10 |
| 13947 | 05/12/2017 | Metals.com | 260 | SATB15BR (Silver 5-oz ATB 2015 Blue Ridge) | $102.50 | $26,650.00 |
| 13955 | 05/15/2017 | Metals.com | 500 | SCML (Silver Canadian Maple Leaf 1-oz) | $18.35 | $9,175.00 |
| 13962 | 05/15/2017 | Metals.com | 372 | SATB15KI (Silver 5-oz ATB 2015 Kisatchie) | $107.50 | $39,990.00 |
| 13976 | 05/15/2017 | Metals.com | 100 | SATB (Silver America The Beautiful 5-oz) | $97.15 | $9,715.00 |
| 13976 | 05/15/2017 | Metals.com | 10 | SM1C (Silver Morgan $1 1921 Circulated) | $20.25 | $202.50 |
| 13997 | 05/16/2017 | Metals.com | 127 | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | $31.37 | $3,983.99 |
| 14003 | 05/16/2017 | Metals.com | 67 | SATB15SAR (Silver 5-oz ATB 2015 Saratoga) | $98.40 | $6,592.80 |
| 14007 | 05/17/2017 | Metals.com | 1,076 | SKHC (Silver Kennedy Half Dollar Circ 1964) | $0.00 | $0.00 |
| 14031 | 05/17/2017 | Metals.com | 480 | SATB16CG (Silver 5-oz ATB 2016 Cumberland Gap) | $98.60 | $47,328.00 |
| 14031 | 05/17/2017 | Metals.com | 10 | GCM1 (Gold Canadian Maple Leaf 1-oz 0.9999-fine) | $1,278.30 | $12,783.00 |
| 14032 | 05/17/2017 | Metals.com | 217 | SCSF (Silver Canadian Gyrfalcon 1.5-oz 2016) | $31.46 | $6,826.82 |
| 14042 | 05/18/2017 | Metals.com | 205 | SATB16CG (Silver 5-oz ATB 2016 Cumberland Gap) | $97.05 | $19,895.25 |
| 14042 | 05/18/2017 | Metals.com | 200 | SATB15BR (Silver 5-oz ATB 2015 Blue Ridge) | $103.50 | $20,700.00 |
| 14042 | 05/18/2017 | Metals.com | 49 | GCPBC (Gold Canadian Polar Bear & Cub 1/4-oz) | $352.43 | $17,269.07 |
| 14045 | 05/18/2017 | Metals.com | 50 | SFHC (Silver Franklin Half Dollar Circulated) | $6.31 | $315.50 |
| 14045 | 05/18/2017 | Metals.com | 2 | SCML (Silver Canadian Maple Leaf 1-oz) | $18.25 | $36.50 |
| 14045 | 05/18/2017 | Metals.com | 30 | SMDC (Silver Mercury Dime Circulated) | $1.26 | $37.80 |
| 14045 | 05/18/2017 | Metals.com | 3 | SJ90 (Silver 90% Junk by Face Value) | $12.26 | $36.78 |
| 14045 | 05/18/2017 | Metals.com | 6 | SWHC (Silver Walking Liberty Half Dollar Circulated) | $6.31 | $37.86 |
| 14150 | 05/24/2017 | Metals.com | 1,000 | SCML (Silver Canadian Maple Leaf 1-oz) | $18.72 | $18,720.00 |
| 14150 | 05/24/2017 | Metals.com | 500 | SATB15BR (Silver 5-oz ATB 2015 Blue Ridge) | $105.50 | $52,750.00 |
| 14150 | 05/24/2017 | Metals.com | 50 | SB10 (Silver Bar 10-oz) | $176.90 | $8,845.00 |
| 14150 | 05/24/2017 | Metals.com | 1,000 | SATB15KI (Silver 5-oz ATB 2015 Kisatchie) | $107.50 | $107,500.00 |

# ATTACHMENT W

**Sample from Dillon Gage Metals Sales
To Defendants**

## Sample Section of Dillon Gage Sales to Metals

| SalesId | ItemId | Name | SalesQty | SalesPrice | LineAmount | CREATEDDATETIME |
|---|---|---|---|---|---|---|
| 10-SO607744 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 4.00 | $18.82 | $75.28 | 1/4/2018 |
| 10-SO607745 | 1GML17 | 2017 1 OZ GOLD CANADIAN MAPLE LEAF | 1.00 | $1,330.80 | $1,330.80 | 1/4/2018 |
| 10-SO607745 | 1SKA16 | 2016 1 OZ AUSTRALIAN SILVER KANGAROO | 30.00 | $18.77 | $563.10 | 1/4/2018 |
| 10-SO609739 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 10.00 | $18.97 | $189.70 | 1/15/2018 |
| 10-SO609740 | 1GML17 | 2017 1 OZ GOLD CANADIAN MAPLE LEAF | 1.00 | $1,360.50 | $1,360.50 | 1/15/2018 |
| 10-SO609740 | 1GKA18 | 2018 1 OZ AUSTRALIAN GOLD KANGAROO | 1.00 | $1,364.50 | $1,364.50 | 1/15/2018 |
| 10-SO610669 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.58 | $55.74 | 1/19/2018 |
| 10-SO610671 | 1.25SRDEA | 1.25 OZ SILVER ROUND EAGLE TORCH AND EAGLE DESIGN | 2067.00 | $21.35 | $44,130.45 | 1/19/2018 |
| 10-SO610673 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.58 | $55.74 | 1/19/2018 |
| 10-SO610679 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.57 | $55.71 | 1/19/2018 |
| 10-SO610680 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 2.00 | $18.27 | $36.54 | 1/19/2018 |
| 10-SO610691 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 3.00 | $18.25 | $54.75 | 1/19/2018 |
| 10-SO611036 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 7.00 | $18.15 | $127.05 | 1/22/2018 |
| 10-SO611039 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 2.00 | $18.16 | $36.32 | 1/22/2018 |
| 10-SO611040 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.46 | $55.38 | 1/22/2018 |
| 10-SO611043 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.46 | $36.92 | 1/22/2018 |
| 10-SO611044 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.46 | $36.92 | 1/22/2018 |
| 10-SO611054 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 25.00 | $18.18 | $454.50 | 1/23/2018 |
| 10-SO611298 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.51 | $37.02 | 1/23/2018 |
| 10-SO611301 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 5.00 | $18.52 | $92.60 | 1/23/2018 |
| 10-SO611303 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 5.00 | $18.52 | $92.60 | 1/23/2018 |
| 10-SO611304 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.52 | $37.04 | 1/23/2018 |
| 10-SO611306 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.51 | $55.53 | 1/23/2018 |
| 10-SO611785 | 1GML18 | 2018 1 OZ GOLD CANADIAN MAPLE LEAF | 2.00 | $1,370.90 | $2,741.80 | 1/25/2018 |
| 10-SO611785 | 1SPH | 1 OZ AUSTRIAN SILVER | 2.00 | $18.16 | $36.32 | 1/25/2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PHILHARMONIC | | | | |
| 10-SO611789 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 14.00 | $18.41 | $257.74 | 1/25/2018 |
| 10-SO611791 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.63 | $37.26 | 1/25/2018 |
| 10-SO611793 | 1GBUNP | 1 OZ AMERICAN GOLD BUFFALO (NEW IN PLASTIC) | 13.00 | $1,371.59 | $17,830.67 | 1/25/2018 |
| 10-SO611797 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.68 | $37.36 | 1/25/2018 |
| 10-SO611799 | 1SRDK | 1 OZ SILVER ROUND JFK | 20.00 | $17.85 | $357.00 | 1/25/2018 |
| 10-SO611801 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.71 | $37.42 | 1/25/2018 |
| 10-SO611803 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.70 | $37.40 | 1/25/2018 |
| 10-SO611805 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 2.00 | $18.45 | $36.90 | 1/25/2018 |
| 10-SO611806 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.70 | $37.40 | 1/25/2018 |
| 10-SO612485 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 21.00 | $18.60 | $390.60 | 1/29/2018 |
| 10-SO612488 | 1GBU17 | 2017 1 OZ AMERICAN GOLD BUFFALO | 1.00 | $1,370.34 | $1,370.34 | 1/29/2018 |
| 10-SO612489 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 4.00 | $18.60 | $74.40 | 1/29/2018 |
| 10-SO612540 | FEE | SERVICE CHARGE | 10000.00 | $27.00 | $270,000.00 | 1/29/2018 |
| 10-SO612546 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.61 | $37.22 | 1/29/2018 |
| 10-SO612550 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.62 | $37.24 | 1/29/2018 |
| 10-SO612551 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 3.00 | $18.38 | $55.14 | 1/29/2018 |
| 10-SO612552 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.63 | $37.26 | 1/29/2018 |
| 10-SO612553 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.62 | $37.24 | 1/29/2018 |
| 10-SO612554 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.61 | $37.22 | 1/29/2018 |
| 10-SO612577 | .25GGS18 | 2018 1/4 OZ GOLD STANDARD | 98.00 | $334.04 | $32,735.92 | 1/30/2018 |
| 10-SO612578 | .5GML18 | 2018 1/2 OZ CANADIAN GOLD MAPLE LEAF | 27.00 | $698.69 | $18,864.63 | 1/30/2018 |
| 10-SO612578 | .25GGS18 | 2018 1/4 OZ GOLD STANDARD | 251.00 | $334.31 | $83,911.81 | 1/30/2018 |
| 10-SO612728 | 1SML | 1 OZ CANADIAN SILVER MAPLE LEAF | 2.00 | $18.31 | $36.62 | 1/30/2018 |
| 10-SO612729 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.57 | $37.14 | 1/30/2018 |
| 10-SO612731 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 2.00 | $18.57 | $37.14 | 1/30/2018 |
| 10-SO612734 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.58 | $55.74 | 1/30/2018 |
| 10-SO612738 | 1SE | 1 OZ AMERICAN SILVER EAGLE | 3.00 | $18.56 | $55.68 | 1/30/2018 |

# ATTACHMENT X

**Sample from Bayside Metals Sales
To Barrick**

| | Num | Date | Name | Qty | Item | nventory Sit | Sales Price | Amount |
|---|---|---|---|---|---|---|---|---|
| Barrick Capital | | | | | | | | |
| | 40479 | 12/05/2019 | Barrick Capital | 3,080.00 | SBRITT (Silver Britannia 1/10-oz) | DDSC | $3.40 | $10,472.00 |
| | 40479 | 12/05/2019 | Barrick Capital | 23.00 | GAE5 (Gold American Eagle 1/10-oz) | DDSC | $161.85 | $3,722.55 |
| | 40479 | 12/05/2019 | Barrick Capital | 21,000.00 | SSPGUINEAT (Silver Spade Guinea 0.1-oz) | DDSC | $3.40 | $71,400.00 |
| | 41216 | 12/19/2019 | Barrick Capital | 4.00 | SB1 (Silver Bar 1-oz) | Main | $17.79 | $71.16 |
| | 41217 | 12/19/2019 | Barrick Capital | 250.00 | GCM20 (Gold Canadian Maple Leaf 1/20-oz) | DDSC | $93.20 | $23,300.00 |
| | 41217 | 12/19/2019 | Barrick Capital | 3,083.00 | SBRITT (Silver Britannia 1/10-oz) | DDSC | $3.41 | $10,513.03 |
| | 41217 | 12/19/2019 | Barrick Capital | 22,000.00 | SSPGUINEAT (Silver Spade Guinea 0.1-oz) | DDSC | $3.41 | $75,020.00 |
| | 41421 | 12/26/2019 | Barrick Capital | 1,934.00 | SBRITT (Silver Britannia 1/10-oz) | Main | $3.50 | $6,769.00 |
| | 41686 | 01/06/2020 | Barrick Capital | 2.00 | GB1 (Gold Bar 1-oz) | DDSC | $1,576.30 | $3,152.60 |
| | 41686 | 01/06/2020 | Barrick Capital | 62.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | DDSC | $179.80 | $11,147.60 |
| | 41686 | 01/06/2020 | Barrick Capital | 50.00 | SCML (Silver Canadian Maple Leaf 1-oz) | DDSC | $19.77 | $988.50 |
| | 41686 | 01/06/2020 | Barrick Capital | 12,254.00 | SBRITT (Silver Britannia 1/10-oz) | DDSC | $3.52 | $43,134.08 |
| | 41687 | 01/06/2020 | Barrick Capital | 6,438.00 | SBRITT (Silver Britannia 1/10-oz) | Main | $3.52 | $22,661.76 |
| | 41776 | 01/07/2020 | Barrick Capital | 550.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | DDSC | $180.95 | $99,522.50 |
| | 41776 | 01/07/2020 | Barrick Capital | 407.00 | GB1GR (Gold Bar 1-gram) | DDSC | $59.08 | $24,045.56 |
| | 41776 | 01/07/2020 | Barrick Capital | 3.00 | SR1 (Silver Round 1-oz) | DDSC | $18.99 | $56.97 |
| | 42045 | 01/10/2020 | Barrick Capital | 77.00 | PCW12H (Platinum Canadian 0.5-oz War of 1812) | DDSC | $558.50 | $43,004.50 |
| | 42072 | 01/13/2020 | Barrick Capital | 6.00 | GCM1 (Gold Canadian Maple Leaf 1-oz 0.9999-fine) | Main | $1,570.60 | $9,423.60 |
| | 42079 | 01/13/2020 | Barrick Capital | 4.00 | GCMQ (Gold Canadian Maple Leaf 1/4-oz) | DDSC | $416.75 | $1,667.00 |
| | 42079 | 01/13/2020 | Barrick Capital | 50.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | DDSC | $178.32 | $8,916.00 |
| | 42079 | 01/13/2020 | Barrick Capital | 9,420.00 | SBRITT (Silver Britannia 1/10-oz) | DDSC | $3.50 | $32,970.00 |
| | 42260 | 01/15/2020 | Barrick Capital | 100.00 | SATB19WP (Silver 5-oz ATB 2019 War in the Pacific | DDSC | $102.65 | $10,265.00 |
| | 42260 | 01/15/2020 | Barrick Capital | 9,646.00 | SSPGUINEAT (Silver Spade Guinea 0.1-oz) | DDSC | $3.30 | $31,831.80 |
| | 42260 | 01/15/2020 | Barrick Capital | 350.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | DDSC | $178.97 | $62,639.50 |
| | 42261 | 01/15/2020 | Barrick Capital | 10.00 | SATB19WP (Silver 5-oz ATB 2019 War in the Pacific | DDSC | $102.65 | $1,026.50 |
| | 42261 | 01/15/2020 | Barrick Capital | 1,500.00 | SSPGUINEAT (Silver Spade Guinea 0.1-oz) | DDSC | $3.30 | $4,950.00 |
| | 42261 | 01/15/2020 | Barrick Capital | 500.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | DDSC | $178.97 | $89,485.00 |
| | 42214 | 01/16/2020 | Barrick Capital | 16.00 | GCMT (Gold Canadian Maple Leaf 1/10-oz) | Main | $170.01 | $2,720.16 |
| | 42214 | 01/16/2020 | Barrick Capital | 350.00 | SCML (Silver Canadian Maple Leaf 1-oz) | Main | $19.56 | $6,846.00 |
| | 42214 | 01/16/2020 | Barrick Capital | 201.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | Main | $182.25 | $36,632.25 |
| | 42314 | 01/16/2020 | Barrick Capital | 95.00 | SATB19AMP (Silver 5-oz ATB 2019 American Memo | Main | $102.30 | $9,718.50 |
| | 42660 | 01/23/2020 | Barrick Capital | 5.00 | SATB19WP (Silver 5-oz ATB 2019 War in the Pacific | DDSC | $101.45 | $507.25 |
| | 42660 | 01/23/2020 | Barrick Capital | 10,200.00 | SSPGUINEAT (Silver Spade Guinea 0.1-oz) | DDSC | $3.28 | $33,456.00 |
| | 42660 | 01/23/2020 | Barrick Capital | 53.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | DDSC | $179.50 | $9,513.50 |
| | 42666 | 01/23/2020 | Barrick Capital | 957.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | Drop Shipme | $179.57 | $171,848.49 |
| | 42802 | 01/28/2020 | Barrick Capital | 2.00 | GCMH (Gold Canadian Maple Leaf 1/2-oz) | Main | $828.44 | $1,656.88 |
| | 42802 | 01/28/2020 | Barrick Capital | 36.00 | GCPBT (Gold Canadian Polar Bear 1/10-oz) | Main | $180.61 | $6,501.96 |
| | 42802 | 01/28/2020 | Barrick Capital | 15.00 | SR1 (Silver Round 1-oz) | Main | $18.11 | $271.65 |
| | 42815 | 01/28/2020 | Barrick Capital | 100.00 | SR1 (Silver Round 1-oz) | DDSC | $18.07 | $1,807.00 |

# ATTACHMENT Y

**Example from Metals Customer Spreadsheet**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Clients with Trades & Trade Items | | | | | | | | | | | | | |
| | As of 2020-04-11 13:28:44 Pacific Standard Time/PST • Generated by [illegible] | | | | | | | | | | | | | |
| 5 | Full Name ↑ | Mailing Address | Depository | Confirmed | Trade Name | Trade Type | Trade Item Name | Liquidation Item/Trade Name | Purchase Item/Trade Name | Quantity | Unit Price | Item Total | Purchase Total | Liquidation Total |
| 6 | | | Delaware Depository | 7/2/2019, 3:26 PM | Trade - 1987 | IRA Swap | 1 oz Silver - Silver Eagle | Trade - 1987 | | 2050 | $17.65 | $36,182.50 | $73,198.30 | $73,861.68 |
| 7 | | | Delaware Depository | 7/2/2019, 3:26 PM | Trade - 1987 | IRA Swap | 2 oz Silver - Twin Maple Leafs | Trade - 1987 | | 1138 | $33.11 | $37,679.18 | $73,198.30 | $73,861.68 |
| 8 | | | Delaware Depository | 7/2/2019, 3:26 PM | Trade - 1987 | IRA Swap | 1/4 oz Gold - 2019 British Standard Coin .9999 | | Trade - 1987 | 106 | $690.55 | $73,198.30 | $73,198.30 | $73,861.68 |
| 9 | | | Account Billing Addre: | 2/19/2019, 7:50 AM | Trade - 1522 | Credit Card Purchase | 1/4 oz Gold - American Eagle Coin Common Date | | Trade - 1522 | 1 | $355.72 | $355.72 | $355.72 | $0.00 |
| 10 | | | Delaware Depository | 4/1/2019, 11:39 AM | Trade - 1730 | IRA Purchase | 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1730 | 6 | $1,322.00 | $7,932.00 | $145,937.00 | $0.00 |
| 11 | | | Delaware Depository | 4/1/2019, 11:39 AM | Trade - 1730 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 1730 | 200 | $15.98 | $3,196.00 | $145,937.00 | $0.00 |
| 12 | | | Delaware Depository | 4/1/2019, 11:39 AM | Trade - 1730 | IRA Purchase | 10 oz Silver - Bar | | Trade - 1730 | 20 | $159.80 | $3,196.00 | $145,937.00 | $0.00 |
| 13 | | | Delaware Depository | 4/1/2019, 11:39 AM | Trade - 1730 | IRA Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1730 | 4365 | $25.31 | $110,478.15 | $145,937.00 | $0.00 |
| 14 | | | Delaware Depository | 4/1/2019, 11:39 AM | Trade - 1730 | IRA Purchase | 1/4 oz Gold - 2019 British Standard Coin .9999 | | Trade - 1730 | 15 | $678.67 | $10,180.05 | $145,937.00 | $0.00 |
| 15 | | | Delaware Depository | 4/1/2019, 11:39 AM | Trade - 1730 | IRA Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1730 | 40 | $273.87 | $10,954.80 | $145,937.00 | $0.00 |
| 16 | | | Delaware Depository | 1/28/2020, 1:28 PM | Trade - 2964 | IRA Liquidation | 1 oz Silver - Round .999 | Trade - 2964 | | 200 | $17.46 | $3,492.00 | $0.00 | $5,063.40 |
| 17 | | | Delaware Depository | 1/28/2020, 1:28 PM | Trade - 2964 | IRA Liquidation | 10 oz Silver - Bar | Trade - 2964 | | 9 | $174.60 | $1,571.40 | $0.00 | $5,063.40 |
| 18 | | | Account Billing Addre: | 4/24/2019, 12:45 PM | Trade - 1842 | Cash Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1842 | 20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | | | Delaware Depository | 4/2/2019, 9:55 AM | Trade - 1742 | IRA Purchase | 10 oz Silver - Bar | | Trade - 1742 | 300 | $155.19 | $46,557.00 | $192,269.97 | $0.00 |
| 20 | | | Delaware Depository | 4/2/2019, 9:55 AM | Trade - 1742 | IRA Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1742 | 3333 | $22.97 | $76,559.01 | $192,269.97 | $0.00 |
| 21 | | | Delaware Depository | 4/2/2019, 9:55 AM | Trade - 1742 | IRA Purchase | 1/4 oz Gold - 2019 British Standard Coin .9999 | | Trade - 1742 | 102 | $677.98 | $69,153.96 | $192,269.97 | $0.00 |
| 22 | | | Delaware Depository | 3/12/2019, 9:37 AM | Trade - 1628 | IRA Purchase | 10 oz Silver - Bar | | Trade - 1628 | 124 | $158.50 | $19,654.00 | $100,349.48 | $0.00 |
| 23 | | | Delaware Depository | 3/12/2019, 9:37 AM | Trade - 1628 | IRA Purchase | 1 oz Gold - American Eagle | | Trade - 1628 | 11 | $1,333.43 | $14,667.73 | $100,349.48 | $0.00 |
| 24 | | | Delaware Depository | 3/12/2019, 9:37 AM | Trade - 1628 | IRA Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1628 | 1405 | $24.02 | $33,748.10 | $100,349.48 | $0.00 |
| 25 | | | Delaware Depository | 3/12/2019, 9:37 AM | Trade - 1628 | IRA Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1628 | 83 | $274.27 | $22,764.41 | $100,349.48 | $0.00 |
| 26 | | | Delaware Depository | 3/12/2019, 9:37 AM | Trade - 1628 | IRA Purchase | 1/4 oz Gold - 2019 British Standard Coin .9999 | | Trade - 1628 | 14 | $679.66 | $9,515.24 | $100,349.48 | $0.00 |
| 27 | | | Delaware Depository | 4/30/2018, 2:10 PM | Trade - 404 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 404 | 1486 | $24.00 | $35,664.00 | $35,674.46 | $0.00 |
| 28 | | | Delaware Depository | 4/30/2018, 2:10 PM | Trade - 404 | IRA Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 404 | 1 | $10.46 | $10.46 | $35,674.46 | $0.00 |
| 29 | | | Delaware Depository | 9/20/2019, 2:46 PM | Trade - 2393 | IRA Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 2393 | 516 | $24.42 | $12,600.72 | $70,369.54 | $0.00 |
| 30 | | | Delaware Depository | 9/20/2019, 2:46 PM | Trade - 2393 | IRA Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 2393 | 99 | $318.27 | $31,508.63 | $70,369.54 | $0.00 |
| 31 | | | Delaware Depository | 9/20/2019, 2:46 PM | Trade - 2393 | IRA Purchase | 1/4 oz Gold - 2019 British Standard Coin .9999 | | Trade - 2393 | 25 | $758.02 | $18,950.50 | $70,369.54 | $0.00 |
| 32 | | | Delaware Depository | 9/20/2019, 2:46 PM | Trade - 2393 | IRA Purchase | 1 oz Silver - Bar | | Trade - 2393 | 75 | $18.49 | $1,386.75 | $70,369.54 | $0.00 |
| 33 | | | Delaware Depository | 9/20/2019, 2:46 PM | Trade - 2393 | IRA Purchase | 1 g Gold - Bar | | Trade - 2393 | 102 | $57.97 | $5,912.94 | $70,369.54 | $0.00 |
| 34 | | | Delaware Depository | 7/3/2018, 12:00 PM | Trade - 905 | IRA Liquidation | 1/4 oz Gold - 2018 British Standard Coin .9999 | Trade - 905 | | 83 | $657.43 | $54,566.69 | $0.00 | $157,329.80 |
| 35 | | | Delaware Depository | 7/3/2018, 12:00 PM | Trade - 905 | IRA Liquidation | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | Trade - 905 | | 4533 | $22.67 | $102,763.11 | $0.00 | $157,329.80 |
| 36 | | | Delaware Depository | 3/22/2018, 1:53 PM | Trade - 256 | IRA Purchase | 1/4 oz Gold - 2018 British Standard Coin .9999 | | Trade - 256 | 83 | $687.43 | $57,056.69 | $189,348.32 | $0.00 |
| 37 | | | Delaware Depository | 3/22/2018, 1:53 PM | Trade - 256 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 256 | 5589 | $23.67 | $132,291.63 | $189,348.32 | $0.00 |
| 38 | | | Delaware Depository | 8/30/2019, 7:39 AM | Trade - 2307 | IRA Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 2307 | 6936 | $26.10 | $181,029.60 | $255,991.09 | $0.00 |
| 39 | | | Delaware Depository | 8/30/2019, 7:39 AM | Trade - 2307 | IRA Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 2307 | 141 | $353.89 | $49,898.49 | $255,991.09 | $0.00 |
| 40 | | | Delaware Depository | 8/30/2019, 7:39 AM | Trade - 2307 | IRA Purchase | 10 oz Silver - Bar | | Trade - 2307 | 70 | $187.50 | $13,125.00 | $255,991.09 | $0.00 |
| 41 | | | Delaware Depository | 8/30/2019, 7:39 AM | Trade - 2307 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 2307 | 635 | $18.80 | $11,938.00 | $255,991.09 | $0.00 |
| 42 | | | Delaware Depository | 12/5/2018, 11:32 AM | Trade - 1195 | IRA Purchase | 10 oz Silver - Bar | | Trade - 1195 | 20 | $157.00 | $3,140.00 | $99,985.73 | $0.00 |
| 43 | | | Delaware Depository | 12/5/2018, 11:32 AM | Trade - 1195 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 1195 | 150 | $15.70 | $2,355.00 | $99,985.73 | $0.00 |
| 44 | | | Delaware Depository | 12/5/2018, 11:32 AM | Trade - 1195 | IRA Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1195 | 150 | $16.00 | $2,400.00 | $99,985.73 | $0.00 |
| 45 | | | Delaware Depository | 12/5/2018, 11:32 AM | Trade - 1195 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1195 | 3557 | $25.89 | $92,090.73 | $99,985.73 | $0.00 |
| 46 | | | Delaware Depository | 1/26/2018, 11:50 AM | Trade - 73 | IRA Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 73 | 6160 | $19.13 | $117,840.80 | $117,840.80 | $0.00 |
| 47 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 10 oz Silver - Bar | | Trade - 1564 | 20 | $162.00 | $3,240.00 | $483,382.00 | $0.00 |
| 48 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 1564 | 200 | $16.20 | $3,240.00 | $483,382.00 | $0.00 |
| 49 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1564 | 200 | $17.47 | $3,494.00 | $483,382.00 | $0.00 |
| 50 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 1 oz Gold - Bar | | Trade - 1564 | 10 | $1,369.00 | $13,690.00 | $483,382.00 | $0.00 |
| 51 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1564 | 10 | $1,369.00 | $13,690.00 | $483,382.00 | $0.00 |
| 52 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1564 | 400 | $304.00 | $121,600.00 | $483,382.00 | $0.00 |
| 53 | | | Delaware Depository | 2/27/2019, 12:23 PM | Trade - 1564 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1564 | 12478 | $26.00 | $324,428.00 | $483,382.00 | $0.00 |
| 54 | | | Delaware Depository | 10/1/2019, 11:42 AM | Trade - 2426 | IRA Liquidation | 1 oz Gold - Bar | Trade - 2426 | | 8 | $1,481.79 | $11,854.32 | $0.00 | $27,117.78 |
| 55 | | | Delaware Depository | 10/1/2019, 11:42 AM | Trade - 2426 | IRA Liquidation | 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | Trade - 2426 | | 8 | $1,481.79 | $11,854.32 | $0.00 | $27,117.78 |
| 56 | | | Delaware Depository | 10/1/2019, 11:42 AM | Trade - 2426 | IRA Liquidation | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | Trade - 2426 | | 14 | $243.51 | $3,409.14 | $0.00 | $27,117.78 |
| 57 | | | Delaware Depository | 10/2/2019, 11:34 AM | Trade - 2432 | IRA Liquidation | 1 oz Gold - Bar | Trade - 2432 | | 8 | $1,481.79 | $11,854.32 | $0.00 | $27,117.78 |
| 58 | | | Delaware Depository | 10/2/2019, 11:34 AM | Trade - 2432 | IRA Liquidation | 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | Trade - 2432 | | 8 | $1,481.79 | $11,854.32 | $0.00 | $27,117.78 |
| 59 | | | Delaware Depository | 10/2/2019, 11:34 AM | Trade - 2432 | IRA Liquidation | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | Trade - 2432 | | 14 | $243.51 | $3,409.14 | $0.00 | $27,117.78 |
| 60 | | | Contact Mailing Addre | 5/3/2019, 11:31 AM | Trade - 1888 | Credit Card Purchase | 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1888 | 5 | $1,316.88 | $6,584.40 | $7,779.63 | $0.00 |
| 61 | | | Contact Mailing Addre | 5/3/2019, 11:31 AM | Trade - 1888 | Credit Card Purchase | 1/4 oz Gold - Gold American Eagles Common Date | | Trade - 1888 | 1 | $347.37 | $347.37 | $7,779.63 | $0.00 |
| 62 | | | Contact Mailing Addre | 5/3/2019, 11:31 AM | Trade - 1888 | Credit Card Purchase | 1/2 oz Gold - Gold American Eagles Common Date | | Trade - 1888 | 1 | $681.76 | $681.76 | $7,779.63 | $0.00 |
| 63 | | | Contact Mailing Addre | 5/3/2019, 11:31 AM | Trade - 1888 | Credit Card Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1888 | 10 | $16.61 | $166.10 | $7,779.63 | $0.00 |
| 64 | | | Account Billing Addre: | 3/1/2019, 12:54 PM | Trade - 1575 | Credit Card Purchase | 1 oz Gold - American Eagle Coin 2018 | | Trade - 1575 | 5 | $1,356.99 | $6,784.95 | $6,962.75 | $0.00 |
| 65 | | | Account Billing Addre: | 3/1/2019, 12:54 PM | Trade - 1575 | Credit Card Purchase | 1 oz Silver - American Eagle Coin Common Date | | Trade - 1575 | 10 | $17.78 | $177.80 | $6,962.75 | $0.00 |
| 66 | | | Delaware Depository | 3/4/2019, 2:25 PM | Trade - 1587 | IRA Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1587 | 99 | $273.32 | $27,058.68 | $90,055.68 | $0.00 |
| 67 | | | Delaware Depository | 3/4/2019, 2:25 PM | Trade - 1587 | IRA Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1587 | 2739 | $23.00 | $62,997.00 | $90,055.68 | $0.00 |
| 68 | | | Delaware Depository | 3/5/2018, 12:00 PM | Trade - 901 | IRA Swap | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 901 | 855 | $23.58 | $20,160.90 | $20,160.90 | $0.00 |
| 69 | | | Delaware Depository | 12/3/2019, 3:58 PM | Trade - 2732 | IRA Liquidation | 1/4 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | Trade - 2732 | | 3 | $369.24 | $1,107.72 | $0.00 | $1,416.24 |
| 70 | | | Delaware Depository | 12/3/2019, 3:58 PM | Trade - 2732 | IRA Liquidation | 1 oz Silver - Bar | Trade - 2732 | | 18 | $17.14 | $308.52 | $0.00 | $1,416.24 |
| 71 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1 oz Silver - Proof American Eagle Coin | Trade - 412 | | 200 | $36.50 | $7,300.00 | $43,228.32 | $43,247.62 |
| 72 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 2 oz Silver - Canadian Twin Maple Leaf | Trade - 412 | | 338 | $35.99 | $12,164.62 | $43,228.32 | $43,247.62 |
| 73 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1 oz Gold - Proof American Eagle Coin | Trade - 412 | | 17 | $1,399.00 | $23,783.00 | $43,228.32 | $43,247.62 |
| 74 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 412 | 999 | $26.39 | $26,363.61 | $43,228.32 | $43,247.62 |
| 75 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 412 | 49 | $279.00 | $13,671.00 | $43,228.32 | $43,247.62 |
| 76 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1/4 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 412 | 3 | $344.00 | $1,032.00 | $43,228.32 | $43,247.62 |
| 77 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1 oz Silver - Bar | | Trade - 412 | 100 | $16.69 | $1,669.00 | $43,228.32 | $43,247.62 |
| 78 | | | Delaware Depository | 5/2/2018, 8:30 AM | Trade - 412 | IRA Swap | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 412 | 29 | $16.99 | $492.71 | $43,228.32 | $43,247.62 |
| 79 | | | Delaware Depository | 4/9/2018, 2:08 PM | Trade - 321 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 321 | 695 | $23.74 | $16,499.30 | $24,848.60 | $0.00 |
| 80 | | | Delaware Depository | 4/9/2018, 2:08 PM | Trade - 321 | IRA Purchase | 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 321 | 30 | $278.31 | $8,349.30 | $24,848.60 | $0.00 |
| 81 | | | Delaware Depository | 12/19/2018, 9:51 AM | Trade - 1261 | IRA Purchase | 10 oz Silver - Bar | | Trade - 1261 | 40 | $157.00 | $6,280.00 | $237,977.62 | $0.00 |
| 82 | | | Delaware Depository | 12/19/2018, 9:51 AM | Trade - 1261 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 1261 | 400 | $15.70 | $6,280.00 | $237,977.62 | $0.00 |
| 83 | | | Delaware Depository | 12/19/2018, 9:51 AM | Trade - 1261 | IRA Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 1261 | 400 | $16.10 | $6,440.00 | $237,977.62 | $0.00 |
| 84 | | | Delaware Depository | 12/19/2018, 9:51 AM | Trade - 1261 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1261 | 8458 | $25.89 | $218,977.62 | $237,977.62 | $0.00 |
| 85 | | | Delaware Depository | 11/27/2019, 11:54 AM | Trade - 2697 | IRA Liquidation | 1 oz Silver - Round .999 | Trade - 2697 | | 222 | $16.91 | $3,754.02 | $0.00 | $11,228.24 |
| 86 | | | Delaware Depository | 11/27/2019, 11:54 AM | Trade - 2697 | IRA Liquidation | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | Trade - 2697 | | 222 | $16.91 | $3,754.02 | $0.00 | $11,228.24 |
| 87 | | | Delaware Depository | 11/27/2019, 11:54 AM | Trade - 2697 | IRA Liquidation | 10 oz Silver - Bar | Trade - 2697 | | 22 | $169.10 | $3,720.20 | $0.00 | $11,228.24 |
| 88 | | | Delaware Depository | 11/21/2019, 9:03 AM | Trade - 2679 | IRA Liquidation | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | Trade - 2679 | | 497 | $20.00 | $9,940.00 | $0.00 | $9,940.00 |
| 89 | | | Delaware Depository | 8/23/2018, 4:30 PM | Trade - 769 | IRA Liquidation | 1/4 oz Gold - 2015 Canadian Polar Bear and Cub Coin | Trade - 769 | | 27 | $369.75 | $9,983.25 | $0.00 | $9,983.25 |
| 90 | | | Other | 9/5/2018, 4:30 PM | Trade - 808 | Cash Purchase | 1/4 oz Gold - 2018 British Standard Coin .9999 | | Trade - 808 | 35 | $688.00 | $24,080.00 | $40,010.00 | $0.00 |
| 91 | | | Other | 9/5/2018, 4:30 PM | Trade - 808 | Cash Purchase | 1/10 oz Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 808 | 50 | $277.00 | $13,850.00 | $40,010.00 | $0.00 |
| 92 | | | Other | 9/5/2018, 4:30 PM | Trade - 808 | Cash Purchase | 1/20 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 808 | 26 | $80.00 | $2,080.00 | $40,010.00 | $0.00 |
| 93 | | | Delaware Depository | 9/18/2018, 11:30 AM | Trade - 835 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 835 | 16 | $16.02 | $256.32 | $7,403.62 | $0.00 |
| 94 | | | Delaware Depository | 9/18/2018, 11:30 AM | Trade - 835 | IRA Purchase | 1 oz Silver - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 835 | 14 | $17.51 | $245.14 | $7,403.62 | $0.00 |
| 95 | | | Delaware Depository | 9/18/2018, 11:30 AM | Trade - 835 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 835 | 263 | $25.33 | $6,661.79 | $7,403.62 | $0.00 |
| 96 | | | Delaware Depository | 9/18/2018, 11:30 AM | Trade - 835 | IRA Purchase | 1 oz Silver - American Eagle Coin Common Date | | Trade - 835 | 13 | $18.49 | $240.37 | $7,403.62 | $0.00 |
| 97 | | | Account Billing Addre: | 11/25/2019, 7:43 AM | Trade - 2695 | Cash Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 2695 | 34 | $337.60 | $11,478.40 | $18,495.20 | $0.00 |
| 98 | | | Account Billing Addre: | 11/25/2019, 7:43 AM | Trade - 2695 | Cash Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 2695 | 190 | $26.32 | $5,000.80 | $18,495.20 | $0.00 |
| 99 | | | Account Billing Addre: | 11/25/2019, 7:43 AM | Trade - 2695 | Cash Purchase | 1 g Gold - Bar | | Trade - 2695 | 35 | $57.60 | $2,016.00 | $18,495.20 | $0.00 |
| 100 | | | Account Shipping Add | 2/13/2020, 4:30 PM | Trade - 3035 | Cash Purchase | 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 3035 | 53 | $331.04 | $17,545.12 | $18,999.47 | $0.00 |
| 101 | | | Account Shipping Add | 2/13/2020, 4:30 PM | Trade - 3035 | Cash Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 3035 | 59 | $24.65 | $1,454.35 | $18,999.47 | $0.00 |
| 102 | | | Other | 8/30/2018, 12:00 PM | Trade - 792 | Cash Purchase | 1/10 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | | Trade - 792 | 77 | $130.00 | $10,010.00 | $10,010.00 | $0.00 |
| 103 | | | Delaware Depository | 1/24/2018, 3:45 PM | Trade - 66 | IRA Purchase | 1/2 oz Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 66 | 1657 | $25.00 | $41,425.00 | $41,425.00 | $0.00 |
| 104 | | | Contact Mailing Addre | 6/6/2019, 10:52 AM | Trade - 1976 | Credit Card Purchase | 1/2 oz Silver - 2019 Royal Canadian Mint Polar Bear Coin .9999 | | Trade - 1976 | 218 | $22.85 | $4,981.30 | $4,981.30 | $0.00 |
| 105 | | | Delaware Depository | 9/20/2018, 12:00 PM | Trade - 842 | IRA Purchase | 1 oz Silver - Round .999 | | Trade - 842 | 25 | $14.80 | $370.00 | $24,848.30 | $0.00 |

# ATTACHMENT Z

**Metals Investor BB**

NEW
DIRECTION
IRA Inc.
Self-Directed IRAs and more...

# Precious Metals Exchange Form

**New Direction IRA, Inc.**
1070 W. Century Dr., Ste. 101
Louisville, CO 80027
p: 303-546-7930 | f: 303-665-5962
emaildocs@ndira.com

**NOTE:** All investment paperwork must be titled correctly: **New Direction IRA, Inc. FBO (Account Owner's Name) IRA**. If you have a 401(k) or beneficiary account, please call our office for correct vesting (titling).

## 1. ACCOUNT INFORMATION

Your Name: (as it appears on your account, not your title or vesting name)
B B

New Direction Account Number:

Account Type: ☒ Traditional IRA ☐ Roth IRA ☐ SEP IRA ☐ SIMPLE IRA ☐ Inherited IRA ☐ Individual 401(k) ☐ HSA

Phone Number:

Email Address: @comcast.net

## 2. TELL US ABOUT YOUR DEALER AND DEPOSITORY

Dealer Name: Chase Metals

Depository Name: Delaware Depository Service Co

I understand that New Direction IRA is not responsible for contacting the dealer and establishing a selling or buying price.

## 3. ACKNOWLEDGEMENT OF EXCHANGE INSTRUCTIONS

Initial Here: B

I acknowledge that by submitting this request I will contact my dealer of choice and agree upon a selling and buying price for my metals. I will submit an invoice, which will list all final prices. I further understand that my Precious Metals Dealer listed on this form may contact New Direction IRA to receive information regarding this investment and current holdings to complete the exchange.

## 4. HOW WOULD YOU LIKE TO PAY FOR THE TRANSACTION? (All fees are due at time of transaction. Shipping and handling fees may apply.)

Choose One:
☐ Your Account
☒ Credit Card

Credit Card Type: (the following are accepted) ☐ Visa ☐ MasterCard ☐ Discover

Card Number: Chase Metals CC on file 3 Digit Security Code: ________ Exp Date: ________

Exact Name on Card: ____________________ Signature: ____________________

## 5. AUTHORIZATION

I confirm that I am directing New Direction IRA, Inc., the Administrator, to complete this transaction as specified above. I understand that my account is self-directed, and I take complete responsibility for any investment I choose for my account, including the investment specified in this Buy Direction Letter. I understand that neither the Administrator nor the Custodian (Mainstar Trust) sells or endorses any investment products, and that they are not affiliated in any way with any investment provider. I understand that the roles of the Administrator and the Custodian are limited, and their responsibilities do not include investment selection for my account. I acknowledge that neither the Administrator nor the Custodian has provided or assumed responsibility for any tax, legal or investment advice with respect to this investment, and I agree that they will not be liable for any loss which results from my decision to purchase this investment. I understand that neither the Administrator nor the Custodian has reviewed or will review the merits, legitimacy, appropriateness or suitability of this investment, and I certify that I have done my own due diligence investigation prior to instructing the Administrator to execute this transaction for my account. I understand that neither the Administrator nor the Custodian determines whether this investment is acceptable under the Employee Retirement Income Securities Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements.

I understand that in processing this transaction the Administrator and the Custodian are only acting as my agent, and nothing will be construed as conferring fiduciary status on either the Administrator or the Custodian. I agree that the Administrator and the Custodian will not be liable for any investment losses sustained by me or my account as a result of this transaction. I agree to indemnify and hold harmless the Administrator and the Custodian from any and all claims, damages, liability, actions, costs, expenses (including reasonable attorneys' fees) and any loss to my account as a result of any action taken in connection with this investment transaction or resulting from serving as the Administrator or the Custodian for this investment, including, without limitation, claims, damages, liability, actions and losses asserted by me. I understand that if this Buy Direction Letter and any accompanying documentation are not received as required, or, if received, are unclear in the opinion of the Administrator, or if there are insufficient undirected funds in my account to fully comply with my instructions to execute the transaction and to pay all fees, the Administrator may not process this transaction until proper documentation and/or clarification is received and the Administrator will have no liability for loss of income or appreciation. I understand that my account is subject to the provisions of Internal Revenue Code (IRC) §4975, which defines certain prohibited transactions. I acknowledge that neither the Administrator nor the Custodian has made or will make any determination as to whether the investment is prohibited under §4975 or under any other federal, state or local law. I certify that making this investment will not constitute a prohibited transaction and that it complies with all applicable federal, state, and local laws, regulations and requirements. I understand that with some types of accounts there are rules for Required Minimum Distributions (RMDs) from the account. If I am now subject to the RMD rules in my account, or if I will become subject to those rules during the term of this investment, I represent that I have verified either that the investment will provide income or distributions sufficient to cover each RMD, or that there are other assets in my account or in other accounts that are sufficiently liquid (including cash) from which I will be able to withdraw my RMDs. I understand that failure to take RMDs may result in a tax penalty of 50% of the amount I should have withdrawn. Not Responsible for Market Condition Variances: I understand that I have agreed and instructed the Administrator and/or Custodian to follow the transaction directions which I provide as confirmed by written Buy Direction Letters to Administrator and/or Custodian from the undersigned for the Account.

I further understand that some transactions that I may direct or instruct the Administrator and/or Custodian to complete, especially commodities such as precious metals, that may be dependent upon the operation of global markets and entities, there could be fluctuations in price and condition of said investments from the time that I issue a Buy or Sell Direction Letter to Administrator and the time when the transaction can actually be completed and recorded in my Account. I hereby agree to release, indemnify, defend and hold Administrator and/or Custodian harmless from any claims regarding the fluctuation in prices and/or conditions if any. I further agree to waive any claims that I may have, past, present or future, known or unknown, anticipated or unanticipated, with respect to the fluctuation or change in the price or condition of any investment that I direct or instruct Administrator and/or Custodian to make from the time I deliver my Buy/Sell Direction Letter to Administrator and/or Custodian until the time the transaction is actually completed and recorded to my Account. Transactions with insufficient funds will not be processed until sufficient funds are received. If fees are being deducted from my account, the full amount of the transaction plus fees must be available before your transaction can be processed. I understand that all communication regarding this transaction must be in writing and must be signed by me or by my authorized agent on my behalf, and that no oral modification of my instructions will be valid and that no person at the office of the Administrator and/or Custodian has the authority to modify any of the foregoing provisions. I certify that I have examined this Buy/Sell Direction Letter and any accompanying documents or information, and to the best of my knowledge and belief, it is all true, correct and complete.

**I declare that I have examined this document, in[illegible] accomp[illegible] and to the best of my knowledge and belief, it is true, correct and complete. If I request NDIRA to transfer metals from the depository to me as a distribution to a deale[illegible] [illegible] third party, the cost of shipment, insurance, and processing by the depository, if any, is my responsibility.**

Signature: B B Date: 7-20-18

Please read the disclosure above the sign[illegible] before signing and dating.

Copyright 2013 New Direction IRA, Inc. PM EX rev 07/17

July 26th, 2018
INVOICE

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

**B B**
**Liquidation Invoice**
**New Direction**
**Acct#**

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*
*BME#*

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Canadian Twin Maple Leaf - 2 oz | 7,492 | $37.00 | $277,204.00 |
| | | TOTAL | $277,204.00 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

PMEX0003630

July 26th, 2018
INVOICE [REDACTED]

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

B B
Purchase Invoice
New Direction
Acct#

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

---

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Buffalo Round .999 - 1.0 oz | 100 | $15.84 | $1,584.00 |
| Gold - Royal Canadian Mint Maple Leaf Coin .9999 - 1/20 oz | 100 | $80.56 | $8,056.00 |
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 8,207 | $28.98 | $237,838.86 |
| | | TOTAL | $247,478.86 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

New Direction IRA, Inc | Prices as of 8/14/2018 | 8/14/2018 | Page: 21.00 of 126.00
BRANCH: 11

B B

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| SML2TM | Canadian Twin Maple Leaf -- 2 oz. | 7492.000 | $30.13 | $225,703.99 |
| | | | Total Fair Value | $225,703.99 |

PMEX0003633
195

New Direction IRA, Inc Prices as of 8/14/4210 9/12/2018 Page: 21.00 of 131.00
BRANCH: 11

B[redacted] B[redacted] [redacted] [redacted]

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| GMLTWA | Canadian Maple Leaf -- 1/30 oz. | 100.000 | $70.39 | $7,039.00 |
| SMLHPB | Canadian Round, Polar Bear -- 1/3 oz. | 8305.000 | $5.14 | $58,579.37 |
| SR1RMCBUF | Bullion Round, RMC/Buffalo-- 1 oz. | 100.000 | $14.35 | $1,435.20 |
| | | | Total Fair Value | $66,245.56 |

PMEX0003634
196

# ATTACHMENT AA

**Customer Agreement #1**

**SHIPPING AND TRANSACTION AGREEMENT**

CUSTOMER INFORMATION

Customer Name: B G

Street Address | Evening Phone:

City / State / Zip | Daytime Phone:

Email Address: b @gmail.com

By signing below, I acknowledge that I have read, understand, and hereby agree to the terms set forth on the front and back of this Agreement

Dated: 3-27-2019 | Customer's Signature:

PERMIT CALLS | Initial Here | By initializing in the space provided, and by your signature on this agreement, you hereby expressly authorize CM to telephone you at the number(s) provided above, irrespective of whether or not your telephone number appears in the "National Do Not Call Registry." 16 CFR§310.4(b)(1)(iii)(B)(i) and (ii).

metals.com / TMTE, Inc. (and its affiliates) (collectively, "metals") and the individual identified above ("Customer") agree that the following terms of this Shipping and Transaction Agreement ("Agreement") shall govern the pending and all future transactions between the parties involving all precious metals, in any form, that is the subject of all transactions between metals and Customer, and shall include, but is not limited to, bullion bars and coins, semi-Numismatic coins and bars, Numismatic coins and bars, "junk silver," and bags (and partial bags) of coins (collectively "Precious Metals.") This Agreement shall apply to all purchases from and sales to metals involving Customer, present and future. metals is not an investment advisor, consultancy, licensed brokerage, or banking institution.

1. <u>Delivery of Precious Metals Purchased</u>: Customer must deliver funds sufficient to cover the entirety of Customer's purchase from metals within five (5) business days of Customer's placement of the order ("Purchase Funds"). Purchase Funds may be delivered by check, credit card, or wire transfer. With the limited exception noted in Paragraph 8a, all sales, including credit card sales, are final (i.e., the Precious Metals cannot be exchanged or returned for a refund). Checks may be made out to Metals.com (For wire transfer instructions, please contact your metals sales representative.) metals shall deliver the Precious Metals specified in Customer's order to a suitable delivery service for delivery to Customer no more than twenty-eight (28) days after metals verifies that the Purchase Funds provided are backed by good funds. (Please note that it may take 12 business days to verify personal checks.) If Customer fails to provide the Purchase Funds within five (5) business days of Customer's placement of the order, metals may exercise the rights set forth in Paragraph 4, below.

2. <u>Delivery of Precious Metals</u>: metals shall cause all Precious Metals purchased and paid for to be delivered to Customer's address set forth above. metals only uses reputable, nationally recognized delivery services to deliver its Precious Metals. If, however, Customer's order is lost prior to delivery, Customer is instructed to notify metals, in writing, immediately. Notice of any such alleged loss should be sent to: metals.com, Attention: Customer Service, 330 S Center St,
suite 407 Casper, WY 82601. If the delivery service verifies that Customer's Precious Metals were never delivered, metals shall, within forty-five (45) days of such verification, in its sole discretion, either refund to Customer the full purchase price for such undelivered Precious Metals or replace such Precious Metals with other Precious Metals of the same denomination/type and grade. metals assumes no responsibility for Precious Metals lost, damaged, stolen, or otherwise subject to casualty after delivery to Customer. metals assumes no risk of loss for any Precious Metals

purchased from a Customer until such materials are delivered to and accepted by an authorized representative of metals.

3. Purchase Price:

a. Sales: The purchase price Customer has been quoted and agreed to pay includes metals operating margin on the transaction. Within the Precious Metals industry, the difference between metals cost on the day of the purchase (for the Precious Metals Customer has agreed to buy) and the retail price quoted to Customer is known as the "Spread." Spreads vary significantly - by Precious Metal, by customer, and over time. For Customer to make a profit, Customer must be able to sell the Precious Metals in the future for a price high enough to cover Customer's initial investment, including Spreads. Spreads may be subject to negotiation, and Spreads charged to Customer in a specific transaction may be more or less than the Spread charged to others in similar transactions or charged to Customer in prior or future transactions. At the time this Transaction Agreement was transmitted for Customer's signature, (i) metals Spread on bullion (i.e., coins and bars that generally move in tandem with the spot price for the relevant commodity) is generally between one percent and five percent (1 to 5%), and (ii) metals's Spread on semi-Numismatic and Numismatic coins and bars is generally between seventeen percent and thirty-three percent (17 to 33%). Spreads for semi-Numismatic and Numismatic coins and bars are often in the range of approximately twenty-nine percent (29%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons. The actual Spread on any particular transaction could be any amount within those ranges (or even possibly outside those ranges). For example, if a bullion coin or bar was quoted by metals at $400, and included a ten percent (10%) spread, metals cost for the bullion coin or bar would be $360. Similarly, if metals quoted a Numismatic coin or bar at $400, and included a twenty-five percent (25%) spread, metals cost for that coin would be $300. metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. Customer acknowledges that the spot prices of Precious Metals do not necessarily move in tandem with the Precious Metals the Customer purchases. That means that the spot price and the liquidation value of the Precious Metals purchased by the Customer under this Agreement may perform differently from one another.

b. IRA Sales: Individual retirement account ("IRA") transactions are more expensive to process and can require metals to assume certain investment risk in connection with the transaction. As such, notwithstanding the general ranges set forth in Paragraph 3a, at the time this Agreement was transmitted for Customer's signature, metals Spread on IRA Precious Metals transactions varies between two percent and thirty-three percent (2% to 33%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons. The actual Spread on any particular transaction could be any amount within that range (or even possibly outside that range). Moreover, metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. For example, a bullion coin or bar that ordinarily would be quoted by metals (outside an IRA) at $400, with a ten percent (10%) Spread, might be quoted at $480, with a twenty-five percent (25%) Spread, if the bullion coin or bar is purchased as an IRA investment. In both those examples, however, metals cost for the bullion coin or bar would be $360. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an Individual retirement account ("IRA"). Client expressly acknowledges that Client has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Further, please note that holding Precious Metals as an investment in an IRA may result in additional fees charged by third parties, not metals, such as depositary and custodial fees that would be charged directly to the Client by such third parties. metals makes no opinions, statements, or recommendations in regards to how much or what percentage of Client's retirement account should be invested in precious metals.

c. Re-purchases: metals is prohibited by law from guaranteeing to repurchase Precious Metals that it sells. metals may, at its sole discretion, elect to re-purchase the Precious Metals that metals sells, and metals does not guarantee that it will re-purchase Precious Metals that Customer purchases from metals. In the event Customer seeks to sell its Precious Metals to metals, Customer understands and acknowledges that metals re-purchase offer may be raised or lowered on a daily, even hourly or more basis, depending upon various market conditions, inventory needs, and the price and availability of comparable Precious Metals. metals does not guarantee that any re-purchase offer will equal the price that metals would pay to acquire the same denomination/type and grade of Precious Metal from a wholesaler, or that any offer made will be higher or equal to what someone else might offer for the same Precious

Metals.

d. Certification: Customers who are selling Precious Metals to metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the sale of such articles, and (ii) any sale to metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value. Customers who are buying Precious Metals from metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the purchaser of such articles, and (ii) any purchase from metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value.

e. Quotes on Customer's Holdings: Customers may request a quote on their holdings at any time. When requesting a quote, please specify whether you are looking to purchase additional Precious Metals or sell your existing holdings - as metals bid (buy from customer) and ask (sell to customer) quotes will vary. metals bases such quotes on a variety of factors, which are not necessarily tied or related to the prices quoted by, or factors considered by, its competitors.

f. Classification as Bullion, semi-Numismatic, or Numismatic: Whether a Precious Metal is classified as Bullion, semi-Numismatic, or Numismatic may turn on a number of objective and subjective factors, including the age of the Precious Metal, its condition, the number of known copies, the likelihood of additional minting, the originating country, relevant historical events or owners (e.g., shipwreck; royalty), relevance to the formation of various Precious Metal collections, and an investor's personal attraction to the piece. metals classification of Precious Metals is only an opinion and may change over time (e.g., if additional quantities of the Precious Metal are discovered). In addition, given the subjective nature of the classification process, other dealers or investors may classify the same coin differently. metals prices and spreads are based on its classification determination.

g. Customer Assumes Investment Risk; Investment Decisions. Customer acknowledges that purchases and sales of Precious Metals involve considerable risk. Market prices are at times volatile and may be affected by a variety of factors including, among others, general economic conditions, political events, monetary policies of various countries, fluctuations in production and demand, stock-piles, speculative activity and the degree of concern people have about these matters. It is impossible to forecast accurately how or to what degree these or other factors will affect prices. Customer acknowledges and agrees that Customer assumes the risk of all investment decisions regarding any and all Precious Metals the Customer purchases from metals and metals makes no guarantee or representation regarding Customer's ability to profit (or avoid loss) from any purchase or any representation regarding any tax implications of any purchase and the decision to purchase or sell Precious Metals. Any purchases from metals are made subject to Customer's own prudence, judgment and ultimate decision. Customer expressly acknowledges and agrees to hold metals harmless for any damages arising out of the performance by metals of this Agreement. Customer understands that past performance cannot be an indicative of future results.

4. Remedy for Customer's Failure to Perform: If Customer refuses to accept delivery of the Precious Metals ordered or fails to make payment when due, metals, in its sole discretion, may cancel the transaction and resell such Precious Metals on a wholesale basis. If the proceeds from such resale are less than the contract price with Customer, metals shall be entitled to recover from Customer the difference between the resale price and Customer's contract price, plus any incidental damages occasioned by Customer's breach. If the proceeds from such resale are more than the contract price with Customer, metals shall be entitled to keep the excess amount to cover metals incidental damages.

5. Investment Objectives; Holding Period; Investment Risk; No Advice; Commissioned Sales Representatives:

a. metals is a seller and purchaser of Precious Metals. While metals is always prepared to compare and contrast the different Precious Metals that are available for purchase or that metals is willing to purchase, Customer acknowledges and agrees that (i) no fiduciary relationship exists between metals and Customer, (ii) the decision to purchase or sell Precious Metals, and which Precious Metals to purchase or sell, are the Customer's decision alone, and (iii) purchases or sales are made subject to Customer's own prudence and judgment.

b. In metals opinion. Precious Metals should be considered a long-term investment. Customer should be prepared to hold any Precious Metals purchased - whether from metals or elsewhere - for at least a three to five year period, and preferably five to ten years, to maximize the potential for gains. In metals opinion, Customer should only invest capital that can be held for at least this period of time. However, Precious Metals, like all investments, carry capital risk. Precious Metals may appreciate, depreciate, or stay the same depending on a variety of factors. metals cannot guarantee, and makes no representation, that the Precious Metals will appreciate at all or appreciate sufficiently to make Customer a profit at the expiration of this or any other period of time.

c. In metals opinion, Customer should not invest more than twenty percent (20%) of Customer's available investment funds in Precious Metals. Moreover, Precious Metals do not yield income and thus are not an appropriate investment vehicle for investors seeking current or future income.

d. The success of an investment in Precious Metals is dependent, in part, upon extrinsic economic forces including but not limited to supply, demand, international monetary conditions, and inflation or the expectation of inflation. The impact of these forces on the values of Precious Metals in general or any particular Precious Metal cannot be predicted. Customer acknowledges that the Precious Metals market can be volatile and that Precious Metal prices may rise or fall over time. Customer further acknowledges that past performance is no guarantee of future performance.

e. metals does not provide tax, investment, or legal advice or advisory services, and no one associated with metals is authorized to provide any such advice or services. Any written or oral statements by metals, its officers, agents, sales representatives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact. Customer agrees, acknowledges, and represents that Customer has not, at any time, sought or been provided with tax, investment, or legal advice or advisory services, of any kind or nature from metals or any of its, affiliates, assigns, successors, agents, employees, contractors or other representatives.

f. metals sales representatives are commissioned salespersons - i.e., their salary is based, at least in part, on the amount and profit margin of the Precious Metals they sell. In addition, from time to time, metals sales representatives may receive other compensation tied to sales activity - e.g., sales contests; bonuses tied to the sale of certain denominations/types or grades of Precious Metals. metals sales representatives are not licensed brokers and their knowledge of Precious Metals and the Precious Metals marketplace varies markedly.

g. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an IRA. Customer expressly acknowledges that Customer has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Any written or oral statements by metals, its officers, agents, account executives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact.

h. Customer understands, agrees, and acknowledges that metals records telephone calls with potential customers and/or including Customer, to avoid and/or prevent fraud, for purposes of verifying Customer's assent to the terms and conditions of the purchase from metals, for quality control and/or other reasons. Customer consents to all such recordings of Customer by metals to the extent consent is required under any state or federal laws or statutes.

6. <u>Grades</u>:

a. metals <u>is not a grading service</u>. metals purchases Precious Metals for re-sale to its customers. metals is not a grading service. metals does not independently assess the Precious Metals it purchases for re-sale, but relies upon the opinions and assessments of independent grading services such as Professional Coin Grading Service, Inc., Numismatic Guaranty Corporation of America, and ANACAS, or others. Grading is a subjective process and it is not uncommon for grading services, or individual examiners within the same grading service, to reach different conclusions regarding the appropriate grade for a particular Precious Metal. Moreover, grading standards are constantly evolving. metals does not guarantee that the Precious Metals it sells will achieve the same grades in the future. In selling graded Precious Metals, metals warrants that the Precious Metal is genuine (i.e., not a counterfeit) and states that the grade is as opined by the grading service when graded by that service, if graded.

b. Grading is subjective. Grading is a subjective determination. While numerical grading may give the impression of precision, the numbers in fact represent a nuanced opinion that even experts cannot consistently and systematically agree upon. The grade reflects the opinion of the cataloger (or grader) as to the state of preservation, method of strike, and overall appearance of a particular Precious Metal or lot.

c. Terminology. The term "proof" or "specimen" is used to describe a method of manufacture. Those terms do not connote a grade, condition or attribution.

d. Cleaning/Toning. metals does not represent that a Precious Metal has or has not been cleaned, that any toning is natural or artificial, that a Precious Metal has a particular provenance or pedigree, that a Precious Metal is struck or not struck, that a Precious Metal is produced or not produced in a particular manner or style, and/or that a different grading service (or even a different grader within the same grading service) would assign the same grade now or in the future to the same Precious Metal.

e. Acknowledgment. Where metals sells a Precious Metal that is encapsulated by a grading service and bears the grade or condition ascribed to it by the grading service, Customer acknowledges and agrees that other grading services or knowledgeable purchasers might reach a different conclusion as to the item's grade. Customer further acknowledges that metals has provided the grader's description for the customer's information and makes no warranty as to its accuracy or the standards used to determine that grade.

7. Representation/Warranty; Sales Representatives Not Authorized To Make Other Representations or Warranties: metals represents and warrants that, upon the delivery of Purchase Funds (as provided for in Paragraph 1), and subject to the other terms and restrictions set forth in this Transaction Agreement, metals will cause to be delivered to Customer the denomination/type and grade of Precious Metals specified in Customer's order, as classified and/or graded by one of the following independent grading services: Professional Coin Grading Service, Inc. (PCGS). Numismatic Guaranty Corporation of America (NGC), ANACAS, or any other independent grading service of similar standing. The only representation and warranty that Customer may rely upon in purchasing Precious Metals from or selling Precious Metals to metals is the representation set forth in this Paragraph 7. Neither metals, nor any of its officers, agents, employees, sales representatives, or other representatives are authorized to make any other representations or warranties concerning any Precious Metals that metals is selling or purchasing under this Transaction Agreement.

8. Exchange/Refund Policy:

a. Replacement of Semi-Numismatic or Numismatic Coins Where Grade Disputed: Customer agrees to inspect each delivery carefully upon receipt. If, for any reason whatsoever, Customer is dissatisfied with the quality of a semi-Numismatic or Numismatic coin or bar (specific kinds of Precious Metals) purchased from metals, Customer should immediately notify metals. If Customer notifies metals of its dissatisfaction within fifteen (15) days of delivery of the semi-Numismatic or Numismatic coin or bar and the original holder in which the semi-Numismatic or Numismatic coin or bar in question was delivered has not been opened, removed, or tampered with in any respect, metals shall replace the semi-Numismatic or Numismatic coin or bar in question with another semi-Numismatic or Numismatic coin or bar (as appropriate) of the same denomination/type and grade. metals, in its sole discretion, may permit Customer to upgrade to a higher value semi-Numismatic or Numismatic coin or bar (either in denomination/type or grade) as part of this replacement process, provided Customer pays the difference between the contract price of the semi-Numismatic or Numismatic coin or bar previously purchased and metals current sale price for the higher value semi-Numismatic or Numismatic coin(s) or bar(s) to be substituted. If metals determines, in its sole discretion, that another semi-Numismatic or Numismatic coin or bar of the same denomination/type and grade is not reasonably, commercially available, metals may elect, at its sole option, to replace the semi-Numismatic or Numismatic coin or bar purchased with a reasonably comparable semi-Numismatic or Numismatic coin or bar, even though of a different denomination/type and grade.

b. Cancellation Period: Certain States' Rights. With the exceptions noted in Paragraph 8a and the Addendum attached hereto (certain state residents only), metals offers Customers a seven (7) day right to request cancellation of their purchase with metals for semi-Numismatic or Numismatic coin or bar purchases. Because Precious Metals, including all other purchases other than semi-Numismatic or Numismatic coin or bars, are subject to price fluctuations

outside of metals control, the metals is unable to rescind, cancel, refund, or exchange Customer's order or this Agreement for all purchases other than semi-Numismatic or Numismatic coin or bars, other than as noted herein, in Paragraph 8a above, and as set forth in the attached Addendum.

9. Disclaimer of Express and Implied Warranties: EXCEPT AS SET FORTH IN PARAGRAPH 7, THE PRECIOUS METALS SOLD BY METALS PURSUANT TO THIS TRANSACTION AGREEMENT ARE SOLD ON AN "AS IS" BASIS AND METALS MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY AND OR FITNESS FOR A PARTICULAR PURPOSE.

10. No Liability for Consequential Damages; Limitation of Liability: IN NO EVENT SHALL METALS HAVE ANY OBLIGATION OR LIABILITY (WHETHER IN TORT, CONTRACT, WARRANTY, OR OTHERWISE, AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, OR STRICT LIABILITY), FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES SUSTAINED OR ARISING FROM OR RELATED TO ANY TRANSACTION COVERED BY THIS TRANSACTION AGREE- MENT, EVEN IF METALS IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, METALS LIABILITY TO CUSTOMER FOR ANY REASON AND UPON ANY CLAIMS SHALL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID BY CUSTOMER FOR THE PRECIOUS METALS IN DISPUTE.

11. Application to Future Transactions: This Transaction Agreement shall control all transactions between metals and Customer unless and until such time as it is amended by metals. Customer agrees that metals may amend this Transaction Agreement at any time and from time to time, that metals may give notice to Customer of any amendment by mailing a copy of the amended Transaction Agreement to the address set forth above (or any updated address provided by Customer in the interim), and that following such mailing, the amended Transaction Agreement shall govern succeeding transactions and any interaction with metals.

12. Force Majeure: Neither metals nor Customer shall be liable for any failure or delay in its or their performance under this Transaction Agreement due to any cause beyond its or their respective reasonable control, including acts of war, terrorism, acts of God, earthquake, flood, embargo, riot, sabotage, labor shortage or dispute, governmental act or failure of the Internet including, but not limited to, any disruption, failure and/or error in or of metals internal computer systems, or any disruption, failure and/or error in or of any third-party Internet service providers as metals may use from time to time.

13. Arbitration of Disputes; Waiver of Jury Trial: ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS TRANSACTION AGREEMENT OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION OR VALIDITY THEREOF, INCLUDING THE DETERMINATION OF THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, OR ANY OTHER DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF ANY INTERACTION BETWEEN METALS AND CUSTOMER, SHALL BE BROUGHT AND BE DETERMINED BY ARBITRATION IN LOS ANGELES, CALIFORNIA, BEFORE ONE ARBITRATOR. THE ARBITRATION SHALL BE ADMINISTERED BY ADR SERVICES, INC. CUSTOMER AND METALS WAIVE THEIR RIGHTS, IF ANY, TO BRING ANY CLAIM THAT IS SUBJECT TO THIS ARBITRATION PROVISION AS A CLASS ACTION, "MASS" ACTION, OR OTHERWISE ON A REPRESENTATIVE BASIS. JUDGMENT ON ANY ARBITRATION AWARD MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION. THIS CLAUSE SHALL NOT PRECLUDE PARTIES FROM SEEKING PROVISIONAL INJUNCTIVE REMEDIES IN AID OF ARBITRATION FROM A COURT OF APPROPRIATE JURISDICTION.

14. Choice of Law: The substantive law of California shall govern all claims brought by or against metals in connection with this Transaction Agreement or otherwise arising out of any interaction between metals and Customer, without any regard for conflict of law principles.

15. Limitation on Time to Bring Any Claim: Except where the law prescribes a shorter applicable statute of limitation, or prohibits shortening the otherwise applicable longer statute of limitations, any claim or legal action of any kind arising in connection with or relating in any way Customer's purchases from metals, metals, or in any way relating to metals or this Agreement, must be brought within one year after the purchase or sale or other event giving rise to the claim or legal action. If this clause is determined to be unenforceable as to any particular claim or claims under the law of the applicable jurisdiction, it shall remain fully enforceable as to all other claims.

16. Jurisdiction: Jurisdiction and venue for any dispute, claim or controversy arising out of or in any way relating to this Transaction Agreement or the breach, termination, enforcement, interpretation or validity thereof, or any other interaction between metals and Customer, shall be in Los Angeles, California, and any party making a claim against metals in whatever form hereby submits to personal jurisdiction in that forum for any and all purposes. By entering into this Agreement, Customer agrees to be subject to the personal jurisdiction of the State of California, agreeing and acknowledging that entering into this Agreement shall constitute sufficient minimum contacts with the State of California to confer both general and specific personal jurisdiction.

17. Finality; Integration Clause: This Agreement is intended by metals and Customer as a final expression of their agreement concerning the matters set forth herein, and is also intended as a complete and exclusive statement of the terms of their agreement. This Agreement supersedes any oral or written statements made prior to, contemporaneous with, or in the future regarding this Agreement or the transactions covered hereunder. Customer shall not rely upon any statement made by or on behalf of metals that is inconsistent with this Transaction Agreement.

18. Severability: If any provision of this Transaction Agreement is determined by any court of competent jurisdiction or arbitrator to be invalid, illegal, or unenforceable to any extent, that provision shall, if possible, be construed as though more narrowly drawn, if a narrower construction would avoid such invalidity, illegality, or unenforceability or, if that is not possible, such provision shall, to the extent of such invalidity, illegality, or unenforceability, be severed, and the remaining provisions of this Agreement shall remain in full force and effect.

ADDENDUM OF STATE-SPECIFIC PROVISIONS

*Alaska.* metals provides all customers the right to receive a full refund for the return of undamaged and unused metals or coins, provided the customer gives metals timely notice of the return within seven (7) calendar days after the date the customer receives the merchandise. Timely notice is given if the return request is made in person within the seven (7) days or if the return or request is mailed, properly addressed and postmarked, postage prepaid, within the seven (7) days. Receipt of metals or coins is deemed to occur at the earliest of: (a) the date the customer receives actual possession of the metals or coins; or (b) the date the customer receives written confirmation that the metals or coins have been deposited on the customer's behalf in an independent depository. metals, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Connecticut, Nebraska, Maryland, Louisiana, Kansas.* metals provides all **first time customers** the right to a refund for the return of undamaged and unused metal or coins, provided that TMTE, Inc. receive written notice of cancellation within seven (7) calendar days after the date you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Hawaii, Mississippi, West Virginia, Arizona, Colorado, Montana, Oklahoma, Utah,*
*Texas (credit card purchases only), Oregon, Nevada.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Indiana, Pennsylvania, Vermont, Wyoming, South Dakota*. metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within ten (10) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Michigan, Virginia, Arkansas*. metals provides all customers the right to a full refund provided that Metals.com receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign this Agreement. metals shall, upon written notice of cancellation, issue a full refund within ten (10) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*North Dakota*. metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within fifteen (15) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Maine*. metals provides all **first time customers** the right to a refund, provided that Metals.com receive written notice of cancellation within seven (7) calendar days after the date your trade confirmation is mailed to you (based upon the postmark) or delivered to a third-party carrier such as FedEx. (Prior purchasers have the right to receive a full refund provided that metals receive written notice of the cancellation **within three (3) business days** after the date your trade confirmation is mailed or delivered, as above.) metals shall, upon written notice of cancellation, issue a full refund within fifteen (15) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*West Virginia*. metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. For purposes of this subsection, it will be presumed that goods were received seven days after they were mailed unless it can be clearly demonstrated that the goods were not received or received at a later date. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later. metals will provide a cash refund for a cash purchase or issuing a credit for a credit purchase, which credit is applied to the account to which the purchase was debited in connection with the return of its unused and undamaged merchandise or canceled services.

*Wisconsin*. metals provides all customers the right to a full refund provided that metals receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign the Addendum to this Trade Confirmation. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals

whichever is later. (Notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.)

**FOIA Confidential Treatment Requested by Chase Metals** **TMTE_CFTC_00169**

206

# ATTACHMENT BB

**Investor Agreement #2**

## SHIPPING AND TRANSACTION AGREEMENT

CUSTOMER INFORMATION

Customer Name ______________________________

Street Address ______________________________ Evening Phone ____________

City / State / Zip ______________________________ Daytime Phone ____________

Email Address ______________________________

By signing below, I acknowledge that I have read, understand, and hereby agree to the terms set forth on the front and back of this Agreement

Dated: ______________ Customer's Signature ______________________________

PHONE CALLS

______ Initial Here

By initializing in the space provided, and by your signature on this agreement, you hereby expressly authorize CM to telephone you at the number(s) provided above, irrespective of whether or not your telephone number appears in the "**National Do Not Call Registry**." 16 CFR§310.4(b)(1)(ii)(B)(i) and (ii).

metals.com / TMTE, Inc. (and its affiliates) (collectively, "metals") and the individual identified above (" Customer") agree that the following terms of this Shipping and Transaction Agreement ("Agreement") shall govern the pending and all future transactions between the parties involving all precious metals, in any form, that is the subject of a ll transactions between metals and Customer, and shall include, but is not limited to, bullion bars and coins,exclusive coins and bars, Numismatic coins and bars, "junk silver," and bags (and partial bags) of coins (collectively "Precious Metals.") This Agreement shall apply to all purchases from and sales to metals involving Customer, present and future. metals is not an investment advisor, consulta ncy, licensed brokerage, or banking institution.

1. Delivery of Precious Metals Purchased: Customer must deliver funds sufficient to cover the entirety of Customer's purchase from metals within five (5) business days of Customer's placement of the order("Purchase Funds"). Purchase Funds may be delivered by check, credit card, or wire transfer. With the limited exception noted in Paragraph 8a, all sales, including credit card sales, are final (i.e., the Precious Metals cannot be exchanged or returned for a refund). Checks may be made out to Metals.com (For wire transfer instructions, please contact your metals sales representative.) metals shall deliver the Precious Metals specified in Customer's order to a suitable delivery service for delivery toCustomer no more than twenty-eight (28) days after metals verifies that the Purchase Funds provided are backed by good funds. (Please note that it may take 12 business days to verify personal checks.) If Customer fails to provide the Purchase Funds within five (5) business days of Customer's placement of the order, metals may exercise the rights set forth in Paragraph 4, below.

2. Delivery of Precious Metals: metals shall cause all Precious Metals purchased and paid for to be delivered to Customer's address set forth above. metals only uses reputable, nationally recognized delivery services to deliver its Precious Metals. If, however, Customer's order is lost prior to delivery, Customer is instructed to notifymetals, in writing, immediately. Notice of any such alleged loss should be sent to: metals.com, Attention: Customer Service, 330 S Center St,
suite 407 Casper, WY 82601. If the delivery service verifies that Customer's Precious Metals were never delivered, metals shall, within forty-five (45) days of such ve rification, in its sole discretion, either refund to Customer the full purchase price for such undelivered Precious Metals or replace such Precious Metals with other Precious Metals of the same denomination/type and grade. metals assumes no responsibility for Precious Metals lost, damaged, stolen, or otherwise subject to casualty after delivery to Customer. metals assumes no risk of loss for any Precious Metals purchased from a Customer until such materials are delivered to and accepted by an authorized repesentative of metals.

3. Purchase Price:

a. Sales: The purchase price Customer has been quoted and agreed to pay includes metals operating margin on the transaction. Within the Precious Metals industry, the difference between metals cost on the day of the purchase (for the Precious Metals Customer has agreed to buy) and the retail price quoted to Customer is known as the "Spread." Spreads vary significantly - by Precious Metal, by customer, and over time. For Customer to make a profit, Customer must be able to sell the Precious Metals in the future for a price high enough to cover Customer's initial investment, including Spreads. Spreads may be subject to negotiation, and Spreads charged to Customer in a specific transaction may be more or less than the Spread charged to others in similar transactions or charged to Customer in prior or future transactions. At the time this Transaction Agreement was transmitted for Customer's signature, (i) metals Spread on bullion (i.e., coins and bars that generally move in tandem with the spot price for the relevant commodity) is generally between one percent and five percent (1 to 5%), and (ii) metals's Spread on exclusive products from the Government mint is generally between one percent and nineteen point nine percent (1% to 19.9%). Spreads for exclusive gold and silver products and Numismatic coins and bars are often in the range of approximately one percent and nineteen point nine (1% to 19.9%.) These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons. The actual Spread on any particular transaction could be any amount within those ranges (or even possibly outside those ranges). For example, if a bullion coin or bar was quoted by metals at $400, and included a ten percent (10%) spread, metals cost for the bullion coin or bar would be $360. Similarly, if metals quoted a Numismatic coin or bar or exclusive product at $400, and included a nineteen (19%) spread, metals cost for that coin would be $324. Metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction.Customer acknowledges that the spot prices of Precious Metals do not necessarily move in tandem withthe Precious Metals the Customer purchases. That means that the spot price and the liquidation value of the Precious Metals purchased by the Customer under this Agreement may perform differently from one another.

b. IRA Sales: Individual retirement accou nt ("IRA") transactions are more expensive to process and can require metals to assume certain investment risk in connection with the transaction. As such, notwithstanding the general ranges set forth in Paragraph 3a, at the time this Agreement was transmitted for Customer's signature, metals Spread on IRA Precious Metals transactions varies between one percent and nineteen point nine percent (1% to 19.9%). These numbers, however, are only general ranges and approximations, which are subject to changefor a variety of reasons. The actual Spread on any particular transaction could be any amount within that range (or even possibly outside that range). Moreover, metals Spread range may be different (higher and/or lower), and the Spreadmetals charges may be higher or lower, at the time of and for any given transaction. For example, a bullion coin or bar that ordinarily would be quoted by metals (outside an IRA) at $400, with a ten percent (10%) Spread, might be quoted at $360, with a nineteen percent (19%) Spread, if the bullion coin or bar is purchasedwithin an IRA. In both those examples, however, metals cost for the bullion coin or bar would be $324. Metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an Individual retirement account ("IRA"). Client expressly acknowledges that Client has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Further, please note that holding Precious Metals as an investment in an IRA may result in additional fees charged by third parties, not metals, such as depositary and custodial fees that would be charged directly to the Client by such third parties.metals makes no opinions, statements, or recommendations in regards to how much or what percentage of Client's retirement account should be invested in precious metals.

c. Re-purchases: metals is prohibited by law from guaranteeing to repurchase Precious Metals that it sells. metals may, at its sole discretion, elect to re-purchase the Precious Metals that metals sells, and metals does not guarantee that it will re-purchase Precious Metals that Customer purchases from metals. In the event Customer seeks to sell its Precious Metals to metals, Customer understands and acknowledges that metals re-purchase offer may be raised or lowered on a daily, even hourly or more basis, depending upon various market conditions, inventory needs, and the price and availability of comparable Precious Metals. metals does not guarantee that any re-purchase offer will equal the price that metals would pay to acquire the same denomination/type and grade of Precious Metal from a wholesaler, or that any offer made will be higher or equal to what someone else might offer for the same Precious Metals.

d. Certification: Customers who are selling Precious Metals to metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the sale of such articles, and (ii) any sale to metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value. Customers who are buying Precious Metals from metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of

Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involvedin the purchaser of such articles, and (ii) any purchase from metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value.

e. Quotes on Customer's Holdings: Customers may request a quote on their holdings at any time. When requesting a quote, please specify whether you are looking to purchase additional Precious Metals or sell your existing holdings- as metals bid (buy from customer) and ask (sell to customer) quotes will vary.metals bases such quotes on a variety of factors, which are not necessarily tied or related to the prices quoted by, or factors considered by, its competitors.

f. Classification as Bullion, Exclusive, or Numismatic: Whether a Precious Metal is classified as Bullion,Exclusive, or Numismatic may turn on a number of objective and subjective factors, including the age of the Precious Metal, its condition, the number of known copies, the likelihood of additional minting, the originating country, relevant historical events or owners (e.g., shipwreck; royalty), relevance to the formation of various Precious Metal collections, and an investor's personal attraction to the piece. metals classification of Precious Metals is only an opinion and may change over time (e.g., if additional quantities of the Precious Metal are discovered). In addition, given the subjective nature of the classification process, other dealers or investors may classify the same coin differently. metals prices and spreads are based on its classification determination.

g. Customer Assumes Investment Risk; Investment Decisions. Customer acknowledges that purchases and sales of Precious Metals involve considerable risk. Market prices are at times volatile and may be affected by a variety of factors including, among others, general economic conditions, political events, monetary policies of various countries, fluctuations in production and demand, stock -piles, speculative activity and the degree of concern people have about these matters. It is impossible to forecast accurately how or to what degree these or other factors will affect prices. Customer acknowledges and agrees that Customer assumes the risk of all investment decisions regarding any and all Precious Metals the Customer purchases from metals and metals makes no guarantee or representation regarding Customer's ability to profit (or avoid loss) from any purchase or any representation regarding any tax implications of any purchase and the decision to purchase or sell Precious Metals. Any purchases frommetals are made subject to Customer's own prudence, judgment and ultimate decision. Customer expressly acknowledges and agrees to hold metals harmless for any damages arising out of the performance bymetals of this Agreement. Customer understands that past performance cannot be an indicative of future results.

4. Remedy for Customer's Failure to Perform: If Customer refuses to accept delivery of the Precious Metals ordered or fails to make payment when due, metals, in its sole discretion, may cancel the transa ction and resell such Precious Metals on a wholesale basis. If the proceeds from such resale are less than the contract price with Customer,metals shall be entitled to recover from Customer the difference between the resale price and Customer's contract price, plus any incidental damages occasioned by Customer's breach. If the proceeds from such resale are more than the contract price with Customer, metals shall be entitled to keep the excess amount to cover metalsincidental damages.

5. Investment Objectives; Holding Period; Investment Risk; No Advice; Commissioned Sales Representatives :

a. metals is a seller and purchaser of Precious Metals. While metals is always prepared to compare and contrast the different Precious Metals that are available for purchase or that metals is willing to purchase, Customer acknowledges and agrees that (i) no fiduciary relationship exists betweenmetals and Customer, (ii) the decision to purchaseor sell Precious Metals, and which Precious Metals to purchase or sell, are the Customer's decision alone, and (iii) purchases or sales are made subject to Customer's own prudence and judgment.

b. In metals opinion, Precious Metals should be considered a long-term investment. Customer should be prepared to hold any Precious Metals purchased - whether from metals or elsewhere - for at least a three to five year period, and preferably five to ten years, to maximize the potential for gains. Inmetals opinion, Customer should only invest capital that can be held for at least this period of time. However, Precious Metals, like all investments, carry capital risk. Precious Metals may appreciate, depreciate, or stay the same depending on a variety of factors.metals cannot guarantee, and makes no representation, that the Precious Metals wil appreciate at all or appreciate sufficiently to make Customer a profit at the expiration of this or any other period of time.

c. In metals opinion, Customer should not invest more than twenty percent (20%) of Customer's available investment funds in Precious Metals. Moreover, Precious Metals do not yield income and thus are not an appropriate investment vehicle for investors seeking current or future income.

d. The success of an investment in Precious Metals is dependent, in part, upon extrinsic economic forces including

but not limited to supply, demand, international monetary conditions, and inflation or the expectation of inflation. The impact of these fo rces on the values of Precious Metals in general or any particular Precious Metal cannot be predicted. Customer acknowledges that the Precious Metals market can be volatile and that Precious Metal prices may rise or fall over time. Customer further acknowledges that past performance is no guarantee of future performance.

e. metals does not provide tax, investment, or legal advice or advisory services, and no one associated withmetals is authorized to provide any such advice or services. Any written or oral statements bymetals, its officers, agents, sales representatives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact.Customer agrees, acknowledges, and represents that Customer has not, at any time, sought or been provided with tax, investment, or legal advice or advisory services, of any kind or nature from metals or any of its, affiliates, assigns, successors, agents, employees, contractors or other representatives.

f. metals sales representatives are commissioned salespersons - i.e., their salary is based, at least in part, on the amount and profit margin of the Precious Metals they sell. In addition, from time to time,metals sales representatives may receive other compensation tied to sales activity - e.g., sales contests; bonuses tied to the sale of certain denominations/types or grades of Precious Metals. metals sales representatives are not licensed brokers and their knowledge of Precious Metals and the Precious Metals marketplace varies markedly.

g. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an IRA. Customer expressly acknowledges that Customer has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Any written or oral statements by metals, its officers, agents, account executives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact.

h. Customer understands, agrees, and acknowledges thatmetals records telephone calls with potential customers and/or including Customer, to avoid and/or prevent fraud, for purposes of verifying Customer's assent to the terms and conditions of the purchase from metals, for quality control and/or other reasons. Customer consents to all such recordings of Customer by metals to the extent consent is required under any state or federal laws or statutes.

6. Grades:

a. metals is not a grading service. metals purchases Precious Metals for re-sale to its customers. metals is not a grading service. metals does not independently assess the Precious Metals it purchases for re-sale, but relies upon the opinions and assessments of independent grading services such as Professional Coin Grading Service, Inc., Numismatic Guaranty Corporation of America, and ANACAS, or others. Grading is a subjective process and it is not uncommon for grading services, or individual examiners within the same grading service, to reach different conclusions regarding the appropriate grade for a particular Precious Metal. Moreover, grading standards are constantly evolving. metals does not guarantee that the Precious Metals it sells will achieve the same grades in the future. In selling graded Precious Metals, metals warrants that the Precious Metal is genuine (i.e., not a counterfeit) and states that the grade is as opined by the grading service when graded by that service, if graded.

b. Grading is subjective. Grading is a subjective determination. While numerical grading may give the impression of precision, the numbers in fact represent a nuanced opinion that even experts cannot consistently and systematically agree upon. The grade reflects the opinion of the cataloger (or grader) as to the state of preservation, method of strike, and overall appearance of a particular Precious Metal or lot.

c. Terminology. The term "proof" or "specimen" is used to describe a method of manufacture. Those t erms do not connote a grade, condition or attribution.

d. Cleaning/Toning. metals does not represent that a Precious Metal has or has not been cleaned, that any toning is natural or artificial, that a Precious Metal has a particular provenance or pedigree, that a Precious Metal is struck or not struck, that a Precious Metal is produced or not produced in a particular manner or style, and/or that a different grading service (or even a different grader within the same grading service) would assign the same grade now or in the future to the same Precious Metal.

e. Acknowledgment. Where metals sells a Precious Metal that is encapsulated by a grading service and bears the

grade or condition ascribed to it by the grading service. Customer acknowledges and agreesthat other grading services or knowledgeable purchasers might reach a different conclusion as to the item's grade. Customer further acknowledges that metals has provided the grader's description for the customer's information and makes no warranty as to its accuracy or the standards used to determine that grade.

7. Representation/Warranty; Sales Representatives Not Authorized To Make Other Representations or Warranties metals represents and warrants that, upon the delivery of Purchase Funds (as providedfor in Paragraph 1), and subject to the other terms and restrictions set forth in this Transaction Agreement,metals will cause to be delivered to Customer the denomination/type and grade of Precious Metals specified in Customer's order, as classified and/or graded by one of the following independent grading services: Professional Coin Grading Service, Inc. (PCGS), Numismatic Guaranty Corporation of America (NGC), ANACAS, or any other independent grading service of similar standing. The only representation and warranty that Customer may rely upon in purchasing Precious Metals from or selling Precious Metals to metals is the representation set forth in this Paragraph 7. Neither metals, nor any of its officers, agents, employees, sales representatives, or other representatives are authorized to make any other representations or warranties concerning any Precious Metals thatmetals is selling or purchasing under this Transaction Agreement.

8. Exchange/Refund Policy:

a. Replacement of Exclusive or Numismatic Coins Where Grade Disputed: Customer agrees to inspect each delivery carefully upon receipt. If, for any reason whatsoever, Customer is dissatisfied with the quality of a exclusive or Numismatic coin or bar (specific kinds of Precious Metals) purchased from metals, Customer should immediately notify metals. If Customer notifies metals of its dissatisfaction within fifteen (15) days of delivery of the exclusive or Numismatic coin or bar and the original holder in which the exclusive or Numismatic coin or bar in question was delivered has not been opened, removed, or tampered with in any respect, metals shall replace the exclusive or Numismatic coin or bar in question with another exclusive or Numismatic coin or bar (as appropriate) of the same denomination/type and grade. metals, in its sole discretion, may permit Customer to upgrade to a higher value exclusive or Numismatic coin or bar (either in denomination/type or grade) as part of this replacement process, provided Customer pays the difference between the contract price of the exclusive or Numismatic coin or bar previously purchased and metals current sale price for the higher value exclusive or Numismatic coin(s) or bar(s) to be substituted. If metals determines, in its sole discretion, that another exclusive or Numismatic coin or bar of the same denomination/type and grade is not reasonably, commercially available, metals may elect, at its sole option, to replace the exclusive or Numismatic coin or bar purchased with a reasonably comparable exclusive or Numismatic coin or bar, even though of a different denomination/type and grade.

b. Cancellation Period; Certain States' Rights. With the exceptions noted in Paragraph 8a and the Addendum attached hereto (certain state residents only), metals offers Customers a seven (7) day right to request cancellation of their purchase with metals for exclusive or Numismatic coin or bar purchases. Because Precious Metals, including all other purchases other than exclusive or Numismatic coin or bars, are subject to price fluctuations outside of metals control, the metals is unable to rescind, cancel, refund, or exchange Customer's order or this A greement for all purchases other than exclusive or Numismatic coin or bars, other than as noted herein, in Paragraph 8a above, and as set forth in the attached Addendum.

9. Disclaimer of Express and Implied Warranties: EXCEPT AS SET FORTH IN PARAGRAP H 7, THE PRECIOUS METALS SOLD BY METALS PURSUANT TO THIS TRANSACTION AGREEMENT ARE SOLD ON AN "AS IS" BASIS AND METALS MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY AND OR FITNESS FOR A PARTICULAR PURPOSE.

10. No Liability for Consequential Damages; Limitation of Liability. IN NO EVENT SHALL METALS HAVE ANY OBLIGATION OR LIABILITY (WHETHER IN TORT, CONTRACT, WARRANTY, OR OTHERWISE, AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, OR STRICT LIABILITY), FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES SUSTAINED OR ARISING FROM OR RELATED TO ANY TRANSACTION COVERED BY THIS TRANSACTION AGREE - MENT, EVEN IF METALS IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, METALS LIABILITY TO CUSTOMER FOR ANY REASON AND UPON ANY CLAIMS SHALL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID BY CUSTOMER FOR THE PRECIOUS METALS IN DISPUTE.

11. Application to Future Transactions: This Transaction Agreement shall control all transactions between metals and Customer unless and until such time as it is amended by metals. Customer agrees that metals may amend this

Transaction Agreement at any time and from time to time, thatmetals may give notice to Customer of any amendment by mailing a copy of the amended Transaction Agreement to the address set forth above (or any updated address provided by Customer in the interim), and that following such mailing, the amended Transaction Agreement shall govern succeeding transactions and any interaction with metals.

12. Force Majeure: Neither metals nor Customer shall be liable for any failure or delay in its or their performance under this Transaction Agreement due to any cause beyond its or their respective reasonable control, including acts of war, terrorism, acts of God, earthquake, flood, embargo, riot, sabotage, labor shortage or dispute, governmental act or failure of the Internet including, but not limited to, any disruption, failure and/or error in or ofmetals internal computer systems, or any disruption, failure and/or error in or of any third-party Internet service providers as metals may use from time to time.

13. Arbitration of Disputes; Waiver of Jury Trial: ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS TRANSACTION AGREEMENT OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION OR VALIDITY THEREOF, INCLUDING THE DETERMINATION OF THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, OR ANY OTHER DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF ANY INTERACTION BETWEEN METALS AND CUSTOMER, SHALL BE BROUGHT AND BE DETERMINED BY ARBITRATION IN LOS ANGELES, CALIFORNIA, BEFORE ONE ARBITRATOR. THE ARBITRATION SHALL BE ADMINISTERED BY ADR SERVICES, INC. CUSTOMER AND METALS WAIVE THEIR RIGHTS, IF ANY, TO BRING ANY CLAIM THAT IS SUBJECT TO THIS ARBITRATION PROVISION AS A CLASS ACTION, "MASS" ACTION, OR OTHERWISE ON A REPRESENTATIVE BASIS. JUDGMENT ON ANY ARBITRATION AWARD MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION. THIS CLAUSE SHALL NOT PRECLUDE PARTIES FROM SEEKING PROVISIONAL INJUNCTIVE REMEDIES IN AID OF ARBITRATION FROM A COURT OF APPROPRIATE JURISDICTION.

14. Choice of Law: The substantive law of California shall govern all claims brought by or againstmetals in connection with this Transaction Agreement or otherwise arising out of any interaction between metals and Customer, without any regard for conflict of law principles.

15. Limitation on Time to Bring Any Claim: Except where the law prescribes a shorter applicable statute of limitation, or prohibits shortening the otherwise applicable longer statute of limitations, any claim or legal action of any kind arising in connection with or relating in any way Customer's purchases from metals, metals, or in any way relating to metals or this Agreement, must be brought within one year after the purchase or sale or other event giving rise to the claim or legal action. If this clause is determined to be unenforceable as to any particular claim or claims under the law of the applicable jurisdiction, it shall remain fully enforceable as to all other claims.

16. Jurisdiction: Jurisdiction and venue for any dispute, claim or controversy arising out of or in any way relating to this Transaction Agreement or the breach, termination, enforcement, interpretation or validity thereof, or any other interaction between metals and Customer, shall be in Los Angeles, California, and any party making a claim against metals in whatever form hereby submits to personal jurisdiction in that forum for any and all purposes. By entering into this Agreement, Customer agrees to be subject to the personal jurisdiction of the State of California, agreeing and acknowledging that entering into this Agreement shall constitute sufficient minimum contacts with the State of California to confer both general and specific personal jurisdiction.

17. Finality; Integration Clause: This Agreement is intended by metals and Customer as a final expression of their agreement concerning the matters set forth herein, and is also intended as a complete and exclusive statement of the terms of their agreement. This Agreement supersedes any oral or written statements made prior to, contemporaneous with, or in the future regarding this Agreement or the transactions covered hereunder. Customer shall not rely upon any statement made by or on behalf of metals that is inconsistent with this Transaction Agreement .

18. Severability: If any provision of this Transaction Agreement is determined by any court of competent jurisdiction or arbitrator to be invalid, illegal, or unenforceable to any extert, that provision shall, if possible, be construed as though more narrowly drawn, if a narrower construction would avoid such invalidity, illegality, or unenforceability or, if that is not possible, such provision shall, to the extent of such invalidity, llegality, or unenforceability, be severed, and the remaining provisions of this Agreement shall remain in full force and effect.

ADDENDUM OF STATE-SPECIFIC PROVISIONS

*Alaska.* metals provides all customers the right to receive a full refund for the return of undamaged and unused metals or coins, provided the customer gives metals timely notice of the return within seven (7) calendar days after the date the customer receives the merchandise. Timely notice is given if the return request is made in person within the seven (7) days or if the return or request is mailed, properly addressed and postmarked, postage prepaid, within the seven (7) days. Receipt of metals or coins is deemed to occur at the earliest of: (a) the date the customer receives actual posse ssion of the metals or coins; or (b) the date the customer receives written confirmation that the metals or coins have been deposited on the customer's behalf in an independent depository. metals, upon written notice of cancellation and receipt of the merc handise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received bymetals, whichever is later.

*Connecticut, Nebraska, Maryland, Louisiana, Kansas.* metals provides all **first time customers** the right to a refund for the return of undamaged and unused metal or coins, provided that TMTE, Inc. receive written notice of cancellation within seven (7) calendar days after the date you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received bymetals, whichever is later.

*Hawaii, Mississippi, West Virginia, Arizona, Colorado, Montana, Oklahoma, Utah, Texas (credit card purchases only), Oregon, Nevada* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided thatmetals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your"receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received bymetals, whichever is later.

*Indiana, Pennsylvania, Vermont, Wyoming, South Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provide d that metals receive written notice of the return within ten (10) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received bymetals, whichever is later.

*Michigan, Virginia, Arkansas.*metals provides all customers the right to a full refund provided that Metals.com receive written notice of cancellation (see notice provided with your trade confirmation)**within three (3) business days** after the date that you sign this Agreement. metals shall, upon written notice of cancellation, issue a full refund within ten (10) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*North Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within fifteen (15) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur atthe earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository.metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is receivedby metals, whichever is later.

*Maine.* metals provides all **first time customers** the right to a refund, provided that Metals.com receive written notice of cancellation within seven (7) calendar days after the date your trade confirmation is mailed to you (based upon the postmark) or delivered to a third-party carrier such as FedEx. (Prior purchasers have the right to receive a full refund provided that metals receive written notice of the cancellation **within three (3) business days** after the date your trade confirmation is mailed or delivered, as above.) metals shall, upon written notice of cancellation, issue a full refund within fifteen (15) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*West Virginia.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository.For purposes of this subsection, it will be presumed that goods were received seven days after they were mailed unless it can be clearly demonstrated that the goods were not received or received at a later date metals shall, upon written notice of cancellation and receipt of the merchandise in the same conditionas delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later. metals will provide a cash refund for a cash purchase or issuing a credit for a credit purchase, which credit is applied to the account to which the purchase was debited in connection with the return of its unused and undamaged merchandise or canceled services.

*Wisconsin.* metals provides all customers the right to a full refund provided that metals receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign the Addendum to this Trade Confirmation. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals whichever is later. (Notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.)

# ATTACHMENT CC

**Metals Investor A.F.**

June 27th, 2018
INVOICE #[redacted]

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

**American Estate and Trust**
**FBO A[redacted] F[redacted]**
**Purchase Invoice**
**TOWER IRA**
**Acct#[redacted]**

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

---

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 4,000 | $24.02 | $96,080.00 |
| Silver - Buffalo Round .999 - 1.0 oz | 110 | $16.50 | $1,815.00 |
| Gold - Bar - 1.0 oz | 4 | $1,262.80 | $5,051.20 |
| | | TOTAL | $102,946.20 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

# ATTACHMENT DD

**Metals Investor R.O.**

January 26th, 2018
INVOICE #

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

R O
Purchase Invoice
New Direction
Acct#

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

---

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Canadian Maple Leaf Coin .9999 - 1.0 oz | 100 | $19.17 | $1,917.00 |
| Silver - 2018 Polar Bear Coin .9999 - 0.5 oz | 8,227 | $26.00 | $213,902.00 |
| Silver - Bar - 10.0 oz | 10 | $181.10 | $1,811.00 |
| Silver - 2015 America The Beautiful Kitsache - 5.0 oz | 100 | $135.00 | $13,500.00 |
| Silver - Canadian Maple Leaf Coin .9999 - 1.0 oz | 100 | $19.17 | $1,917.00 |
| | | TOTAL | $233,047.00 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

# ATTACHMENT EE

**Metals Investor B.F.**

August 13th, 2019
INVOICE

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

B F

## Purchase Invoice

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*B F*

*RI 02882*

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| 1/10 oz Gold - 2019 Royal Canadian Mint Polar Bear Coin .9999 | 102 | $294.82 | $30,071.64 |
| 1/4 oz Gold - 2019 British Standard Coin .9999 | 18 | $731.80 | $13,172.40 |
| 1 oz Gold - American Eagle | 3 | $1,527.74 | $4,583.22 |
| 1 g Gold - Bar | 3 | $57.56 | $172.68 |
| | | TOTAL | $47,999.94 |

# ATTACHMENT FF

**Metals Investor JL**

September 4th, 2018
INVOICE

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

**J L**
**Purchase Invoice**
**New Direction**
**Acct#**

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

**Comments or special instructions:**

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Buffalo Round .999 - 1.0 oz | 150 | $14.99 | $2,248.50 |
| Gold - Bar - 1 g | 150 | $48.58 | $7,287.00 |
| Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/10 oz | 150 | $289.90 | $43,485.00 |
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 1,750 | $25.02 | $43,785.00 |
| Silver - America The Beautiful Coin - Various - 5.0 oz | 30 | $88.27 | $2,648.10 |
| | | TOTAL | $99,453.60 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

 # Precious Metals Exchange Form

New Direction Trust Company
1070 W. Century Drive
Louisville, CO 80027
p: 877-742-1270 x185 | f: 303-665-5962

**NOTE:** All investment paperwork must be titled correctly: **NDTCO as custodian FBO *Client's Name* IRA**. If you have a 401(k) or beneficiary account, please call our office for correct vesting (titling).

## 1. ACCOUNT INFORMATION

| Your Name: (as it appears on your account, not your title or vesting name) | New Direction Account Number: |
|---|---|
| J[redacted] L[redacted] | [redacted] |

Account Type: ☒ Traditional IRA ☐ Roth IRA ☐ SEP IRA ☐ SIMPLE IRA ☐ Inherited IRA ☐ Solo 401(k) ☐ HSA

| Phone Number: | Email Address: |
|---|---|
| [redacted] | sidmarklong@gmail.com |

## 2. TELL US ABOUT YOUR DEALER AND DEPOSITORY

| Dealer Name: | Depository Name: |
|---|---|
| [redacted] | Delaware depository |

I understand that New Direction Trust Company is not responsible for contacting the dealer and establishing a selling or buying price.

## 3. ACKNOWLEDGEMENT OF EXCHANGE INSTRUCTIONS

Initial Here: [initials]

I acknowledge that by submitting this request I will contact my dealer of choice and agree upon a selling and buying price for my metals. I will submit an invoice, which will list all final prices. I further understand that my Precious Metals Dealer listed on this form may contact New Direction Trust Company to receive information regarding this investment and current holdings to complete the exchange.

## 4. HOW WOULD YOU LIKE TO PAY FOR THE TRANSACTION?

Choose One:
☐ Your Account
☐ Credit Card

Credit Card Type: (the following are accepted) ☐ Visa ☐ MasterCard ☐ Discover

Card Number:__________________ 3 Digit Security Code: ________ Exp Date: ________

Exact Name on Card:__________________ Signature: __________________

## 5. AUTHORIZATION

I certify that I am directing New Direction Trust Company, the Custodian, to complete this transaction as specified above. I understand that my account is self-directed, and I take complete responsibility for any investment I choose for my account, including the [illegible] specified in this document. I understand that the Custodian does not sell or endorse any investment products, and that it is not affiliated in any way with any investment provider. I understand that the role of the Custodian is limited, and its responsibilities do not include investment selection for my account. I acknowledge that the Custodian has not provided or assumed responsibility for any tax, legal or investment advice with respect to this investment, and I agree that Custodian will not be liable for any loss which results from my decision to purchase this investment. I understand that the Custodian has not reviewed or will review the merits, legitimacy, appropriateness or suitability of this investment, and I certify that I have done my [illegible] due diligence investigation prior to instructing the Custodian to execute this transaction for my account. I understand that the Custodian does not determine whether this investment is acceptable under the Employee Retirement Income Security Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements.

I understand that in processing this transaction the Custodian is only acting as my agent, and nothing will be construed as conferring fiduciary status on the Custodian. I agree that the Custodian will not be liable for any investment losses sustained by me or my account as a result of this transaction. I agree to indemnify and hold harmless the Custodian from any and all claims, damages, liability, actions, costs, expenses (including reasonable attorneys' fees) and any loss to my account as a result of any action taken in connection with this investment transaction or resulting from serving as the Custodian for this investment, including, without limitation, claims, damages, liability, actions and losses asserted by me. I understand that if this Direction Letter and any accompanying documentation are not received as required, or, if received, are unclear in the opinion of the Custodian, or if there are insufficient undirected funds in my account to fully comply with my instructions to execute the transaction and to pay all fees, the Custodian may not process this transaction until proper documentation and/or clarification is received, and the Custodian will have no liability for loss of income or appreciation. I understand that my account is subject to the provisions of Internal Revenue Code (IRC) §4975, which defines certain prohibited transactions. I acknowledge that the Custodian has not made or will make any determination as to whether this investment is prohibited under §4975 or under any other federal, state or local law. I certify that making this investment will not constitute a prohibited transaction and that it complies with all applicable federal, state, and local laws, regulations and requirements. I understand that with some types of accounts there are rules for Required Minimum Distributions (RMDs) from the account. If I am now subject to the RMD rules in my account, or if I will become subject to those rules during the term of this investment, I represent that I have verified either that the investment will provide income or distributions sufficient to cover such RMD, or that there are other assets in my account or in other accounts that are sufficiently liquid (including cash) from which I will be able to withdraw my RMDs. I understand that failure to take RMDs may result in a tax penalty of 50% of the amount I should have withdrawn. Not Responsible for Market Condition Variances: I understand that I have agreed and instructed the Custodian to follow the transaction directions which I provided, as confirmed by written Buy Direction Letters to the Custodian from the undersigned for the Account.

I further understand that, for transactions that I may direct or instruct the Custodian to complete, especially commodities such as precious metals, that may be dependent upon the operation of global markets and entities, there could be fluctuations in price and condition of said investments from the time that I issue a Direction Letter to Custodian and the time when the transaction can actually be completed and recorded in my Account. I hereby agree to release, indemnify, defend and hold Custodian harmless from any claims regarding the fluctuation in prices and/or conditions if any. I further agree to waive any claims that I may have, past, present or future, known or unknown, anticipated or unanticipated, with respect to the fluctuation or change in the price or condition of any investment that I direct or instruct the Custodian to make from the time I deliver my Direction Letter to the Custodian until the time the transaction is actually completed and recorded to my Account. Transactions with insufficient funds will not be processed until sufficient funds are received. If fees are being deducted from my account, the full amount of the transaction plus fees must be available before your transaction can be processed. I understand that all communications regarding this transaction must be in writing and must be signed by me or by my authorized agent on my behalf, and that no oral modification of my instructions will be valid and that no person at the office of the Custodian has the authority to modify any of the foregoing provisions. I certify that I have examined this document and any accompanying documents or information, and to the best of my knowledge and belief, it is all true, correct and complete.

I declare that I [illegible] [redacted], and to the best of my knowledge and belief, it is true, correct and complete. If I request NDTCO to transfer metals from the depository [redacted] another third party, the cost of shipment, insurance, and processing by the depository, if any, is my responsibility.

Signature: [redacted] Date: 6/3/2019

Please read [redacted]

page 1 [redacted]

Copyright 2018 New Direction Trust Company PM EX rev 12/18

PMEX0003623

P[redacted]G[redacted]
[redacted]
Los Angeles, CA 90025
[redacted]

P[redacted]

# Purchase Order

| INVOICE # | DATE |
|---|---|
| [redacted] | 6/6/2019 |
| Representative | Customer Account # |
| Luke M. | [redacted] |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | NDTCO as Custodian FBO- | | DDSC (Delaware Depository) |
| Name: | J[redacted]L[redacted] IRA [redacted] | Name: | FBO PGG[redacted] |
| Address: | 1070 West Century Drive, St. 101 | Address: | 3601 North Market Street |
| City/State/Zip: | Louisville, CO 80027 | City/State/Zip: | Wilmington, DE 19802 |
| Phone: | 303-546-7930 | Phone: | 302-765-3889 |
| Email: | | Shipping Method: | |
| Order Info: | IRA Metal-to-Metal Exchange | | |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 Gram Gold Bar | 150 | $44.10 | $6,615.00 |
| Gold Asst Animal .10oz | 150 | $136.07 | $20,410.50 |
| 5oz Silver America The Beautiful | 30 | $88.05 | $2,641.50 |
| 1oz Silver Buffalo Round | 150 | $15.06 | $2,259.00 |
| Silver Polar Bear .50oz | 1750 | $7.68 | $13,440.00 |
| | | SUBTOTAL: | $45,366.00 |
| | SHIPPING WAIVED | | |
| | TOTAL | | $45,366.00 |

Thank You for your business with P[redacted]G[redacted]

PMEX0003624

| | |
|---|---|
| Total Fair Value | $0.00 |

J L

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| GB1GRMCWC | Bullion Bar -- 1 g. RMC w / certificate | 150.000 | $44.79 | $6,718.71 |
| GCPBT | Canadian Polar Bear -- 1/10 oz. | 150.000 | $139.32 | $20,898.00 |
| SAB16SE | Silver, America the Beautiful Bullion Coin, 2016 Shawnee National Fore | 30.000 | $77.56 | $2,326.80 |
| SMLHPB | Silver Canadian Polar Bear -- 1/2 oz. | 1750.000 | $7.76 | $13,573.00 |
| SR1RMCBUF | Bullion Round, RMC/Buffalo-- 1 oz. | 150.000 | $15.51 | $2,326.80 |
| | | | Total Fair Value | $45,843.31 |

# ATTACHMENT GG

**Metals Investor M.O.**

July 11th, 2018
INVOICE #[WB71118KS]

# metals.com

*The #1 Name In Metals*

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

M
Purchase Invoice
New Direction
Acct#

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

---

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/2 oz | 7,819 | $23.99 | $187,577.81 |
| Gold - 2018 Royal Canadian Mint Polar Bear Coin .9999 - 1/10 oz | 919 | $279.99 | $257,310.81 |
| Gold - 2018 Royal Canadian Mint Maple Leaf .9999 Purity - 1.0 oz | 9 | $1,249.00 | $11,241.00 |
| Silver - Royal Canadian Mint Maple Leaf Coin .9999 - 1.0 oz | 329 | $16.49 | $5,425.21 |
| Silver - America The Beautiful Coin - ATB - 5.0 oz | 19 | $81.19 | $1,542.61 |

***Continued on next page***

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.

July 11th, 2018
INVOICE #[WB71118KS]

**metals.com**
*The #1 Name In Metals*

***Continued from previous page***

| | | | |
|---|---|---|---|
| Gold - 2018 Royal Canadian Mint Maple Leaf Coin .9999 Purity - 1/4 oz | 29 | $314.99 | $9,134.71 |
| | | TOTAL | $472,232.15 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD. Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.



New Direction TRUST COMPANY

# Precious Metals Exchange Form

**New Direction Trust Company**
1070 W. Century Drive
Louisville, CO 80027
p: 877-742-1270 x185 | f: 303-665-5962

**NOTE:** All investment paperwork must be titled correctly: **NDTCO as custodian FBO *Client's Name* IRA**. If you have a 401(k) or beneficiary account, please call our office for correct vesting (titling).

## 1. ACCOUNT INFORMATION

Your Name: (as it appears on your account, not your title or vesting name)
M [redacted] O [redacted]

New Direction Account Number: [redacted]

Account Type: ☒ Traditional IRA ☐ Roth IRA ☐ SEP IRA ☐ SIMPLE IRA ☐ Inherited IRA ☐ Solo 401(k) ☐ HSA

Phone Number: [redacted]

Email Address: [redacted] @COMCAST.NET

## 2. TELL US ABOUT YOUR DEALER AND DEPOSITORY

Dealer Name: P [redacted] G [redacted]

Depository Name: Delaware Depository

I understand that New Direction Trust Company is not responsible for contacting the dealer and establishing a selling or buying price.

## 3. ACKNOWLEDGEMENT OF EXCHANGE INSTRUCTIONS

[redacted]
Initial Here

I acknowledge that by submitting this request I will contact my dealer of choice and agree upon a selling and buying price for my metals. I will submit an invoice, which will list all final prices. I further understand that my Precious Metals Dealer listed on this form may contact New Direction Trust Company to receive information regarding this investment and current holdings to complete the exchange.

## 4. HOW WOULD YOU LIKE TO PAY FOR THE TRANSACTION?

Choose One:
☒ Your Account
☐ Credit Card

Credit Card Type: (the following are accepted) ☐ Visa ☐ MasterCard ☐ Discover

Card Number: ______________ 3 Digit Security Code: ________ Exp Date: ________

Exact Name on Card: ______________ Signature: ______________

## 5. AUTHORIZATION

I confirm that I am directing New Direction Trust Company, the Custodian, to complete this transaction as specified above. I understand that my account is self-directed, and I take complete responsibility for any investment I choose for my account, including the investment specified in this document. I understand that the Custodian does not sell or endorse any investment products, and that it is not affiliated in any way with any investment provider. I understand that the role of the Custodian is limited, and its responsibilities do not include investment selection for my account. I acknowledge that the Custodian has not provided or assumed responsibility for any tax, legal or investment advice with respect to this investment, and I agree that Custodian will not be liable for any loss which results from my decision to purchase this investment. I understand that the Custodian has not reviewed or will review the merits, legitimacy, appropriateness or suitability of this investment, and I certify that I have done my own due diligence investigation prior to instructing the Custodian to execute this transaction for my account. I understand that the Custodian does not determine whether this investment is acceptable under the Employee Retirement Income Securities Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements.

I understand that in processing this transaction the Custodian is only acting as my agent, and nothing will be construed as conferring fiduciary status on the Custodian. I agree that the Custodian will not be liable for any investment losses sustained by me or my account as a result of this transaction. I agree to indemnify and hold harmless the Custodian from any and all claims, damages, liability, actions, costs, expenses (including reasonable attorneys' fees) and any loss to my account as a result of any action taken in connection with this investment transaction or resulting from serving as the Custodian for this investment, including, without limitation, claims, damages, liability, actions and losses asserted by me. I understand that if this Direction Letter and any accompanying documentation are not received as required, or, if received, are unclear in the opinion of the Custodian, or if there are insufficient undirected funds in my account to fully comply with my instructions execute the transaction and to pay all fees, the Custodian may not process this transaction until proper documentation and/or clarification is received, and the Custodian will have no liability for loss of income or appreciation. I understand that my account is subject to the provisions of Internal Revenue Code (IRC) §4975, which defines certain prohibited transactions. I acknowledge that the Custodian has not made or will make any determination as to whether this investment is prohibited under §4975 or under any other federal, state or local law. I certify that making this investment will not constitute a prohibited transaction and that it complies with all applicable federal, state, and local laws, regulations and requirements. I understand that with some types of accounts there are rules for Required Minimum Distributions (RMDs) from the account. If I am now subject to the RMD rules in my account, or if I will become subject to those rules during the term of this investment, I represent that I have verified either that the investment will provide income or distributions sufficient to cover each RMD, or that there are other assets in my account or in other accounts that are sufficiently liquid (including cash) from which I will be able to withdraw my RMDs. I understand that failure to take RMDs may result in a tax penalty of 50% of the amount I should have withdrawn. Not Responsible for Market Condition Variances: I understand that I have agreed and instructed the Custodian to follow the transaction directions which I provide, as confirmed by written Buy Direction Letters to the Custodian from the undersigned for the Account.

I further understand that some transactions that I may direct or instruct the Custodian to complete, especially commodities such as precious metals, that may be dependent upon the operation of global markets and entities, there could be fluctuations in price and condition of said investments from the time that I issue a Direction Letter to Custodian and the time when the transaction can actually be completed and recorded in my Account. I hereby agree to release, indemnify, defend and hold Custodian harmless from any claims regarding the fluctuation in prices and/or conditions if any. I further agree to waive any claims that I may have, past, present or future, known or unknown, anticipated or unanticipated, with respect to the fluctuation or change in the price or condition of any investment that I direct or instruct the Custodian to make from the time I deliver my Direction Letter to the Custodian until the time the transaction is actually completed and recorded to my Account. Transactions with insufficient funds will not be processed until sufficient funds are received. If fees are being deducted from my account, the full amount of the transaction plus fees must be available before your transaction can be processed. I understand that all communication regarding this transaction must be in writing and must be signed by me or by my authorized agent on my behalf, and that no oral modification of my instructions will be valid and that no person at the office of the Custodian has the authority to modify any of the foregoing provisions. I certify that I have examined this document and any accompanying documents or information, and to the best of my knowledge and belief, it is all true, correct and complete.

**I declare that I have [redacted] on, and to the best of my knowledge and belief, it is true, correct and complete. If I request NDTCO to transfer metals from the depository [redacted] another third party, the cost of shipment, insurance, and processing by the depository, if any, is my responsibility.**

Signature: [redacted] Date: 9-22-2019

Please read the disc [redacted]

Copyright 2018 New Direction Trust Company PM EX rev 12/18

PMEX0003507



Los Angeles, CA 90025

██████.com



# Purchase Order

| INVOICE # | | DATE |
|---|---|---|
| ██████ | | 9/26/2019 |
| Representative | | Customer Account # |
| Andy C. | | ██████ |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | **NDTCO as Custodian FBO-** | | DDSC (Delaware Depository) |
| Name: | ██████ | Name: | **FBO PGG** ██████ |
| Address: | 1070 West Century Drive, St. 101 | Address: | 3601 North Market Street |
| City/State/Zip: | Louisville, CO 80027 | City/State/Zip: | Wilmington, DE 19802 |
| Phone: | 303-546-7930 | Phone: | 302-765-3889 |
| Email: | | Shipping Method: | |
| Order Info: | IRA Metal-to-Metal Exchange | | |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1/10oz Gold Canadian Asst Animal | 919 | $153.00 | $140,607.00 |
| 1oz Gold Maple Leaf | 9 | $1,533.00 | $13,797.00 |
| 1/4oz Gold Maple Leaf | 29 | $383.25 | $11,114.25 |
| 1oz Silver Canadian Maple Leaf | 329 | $18.68 | $6,145.72 |
| Silver Polar Bear .50oz | 7819 | $9.35 | $73,068.56 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $244,732.53 |
| | | SHIPPING WAIVED | |
| | | **TOTAL** | **$244,732.53** |
| **Thank You for your business with** ██████ | | | |

New Direction Trust | Prices as of 9/26/2019 | 9/26/2019 | Page: 117.00 of 197.00 BRANCH: 11

Total Fair Value

M[redacted] O[redacted]

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| GCPBT | Canadian Polar Bear -- 1/10 oz. | 919.000 | $150.81 | $138,594.39 |
| GML1 | Canadian Maple Leaf, .9999 Fine -- 1 oz. | 9.000 | $1,502.90 | $13,526.10 |
| GMLQ | Canadian Maple Leaf -- 1/4 oz. | 29.000 | $378.32 | $10,971.20 |
| SAB16SE | Silver, America the Beautiful Bullion Coin, 2016 Shawnee National For | 19.000 | $89.21 | $1,694.99 |

PMEX0003511

232

**New Direction Trust** Prices as of 9/26/2019 9/26/2019 Page: 118.00 of 197.00

BRANCH: 11

M[redacted] O[redacted] [redacted] [redacted]

| Product Code | Product Description | Quantity | Fair Value / Unit | Fair Value |
|---|---|---|---|---|
| SML1 | Canadian Maple Leaf -- 1 oz. | 329.000 | $18.58 | $6,113.48 |
| SMLHPB | Silver Canadian Polar Bear -- 1/2 oz. | 7819.000 | $8.92 | $69,753.30 |
| | | | Total Fair Value | $240,653.46 |

# ATTACHMENT HH

**Investor Deposits into Barrick Bank Accounts**

# Attachment HH

## Monthly Deposits into Barrick Accounts By SDIRA and Cash Customers

| Name on Account | Bank | Month | SDIRA Customers | Cash Customers | Total customers |
|---|---|---|---|---|---|
| Barrick | BofA 6672 | Nov-19 | $0.00 | $0.00 | $0.00 |
| Barrick | BofA 6672 | Dec-19 | $147,952.56 | $281,794.04 | $429,746.60 |
| Barrick | BofA 6672 | Jan-20 | $1,278,274.97 | $215,550.00 | $1,493,824.97 |
| Barrick | BofA 6672 | Feb-20 | $2,408,448.48 | $359,150.00 | $2,767,598.48 |
| Barrick | BofA 6672 | Mar-20 | $2,374,911.22 | $1,541,500.00 | $3,916,411.22 |
| Barrick | BofA 6672 | Apr-20 | $956,064.39 | $737,200.00 | $1,693,264.39 |
| Barrick | Wells Fargo 9973 | Mar-20 | $0.00 | $0.00 | $0.00 |
| Barrick | Wells Fargo 9973 | Apr-20 | $741,285.98 | $480,000.00 | $1,221,285.98 |
| Barrick | Wells Fargo 9973 | May-20 | $869,524.52 | $172,980.00 | $1,042,504.52 |
| Barrick | Wells Fargo 9973 | Jun-20 | $1,826,543.90 | $906,167.87 | $2,732,711.77 |
| | | | | | |
| | | | $10,603,006.02 | $4,694,341.91 | **$15,297,347.93** |

# ATTACHMENT II

**Barrick Investor C.S.**

DocuSign Envelope ID: BC6F97F1-85BA-4044-A170-1A2379ECBA44

# Barrick Capital

DATE: April 15, 2020
INVOICE NO: [redacted]

Purchase Invoice

DELIVERY ADDRESS:

**ACCT NO:** [redacted]

**EMAIL:** ira@barrickcapital.com

**ADDRESS:** Delaware Depository Services Co.
3601 North Market Street
Wilmington, Delaware 19802

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| 1/10 oz Silver - Spade Guinea Coin | 20,711 | $6.75 | $139,799.25 |
| 1/10 oz Gold - Canadian Wildlife Series Coin | 148 | $403.35 | $59,695.80 |

Subtotal: $199,495.05

GRAND TOTAL

$199,495.05

Questions?
Email us at ira@barrickcapital.com .
or call us at 1 - 888 - 605 - 5047

Barrick Capital 23638 Lyons Ave # 223 New Hall , CA 91321 888 - 605 - 5047

# ATTACHMENT JJ

**Barrick Investor D.P.**

# Barrick Capital

DATE: 1/14/2020

INVOICE NO:

## Purchase Invoice

DELIVERY ADDRESS

**ACCT NO:**

**EMAIL:** ira@barrickcapital.com

**ADDRESS:** Delaware Depository
3601 N. Market St.
Wilmington, DE 19802

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| Silver America The Beautiful – 5 oz. coin | 100 | $172.50 | $17,250 |
| Silver Spade Guinea- 1/10th oz. coin | 9,646 | $6.58 | $63,470.68 |
| Gold Canadian Wildlife Series 1/10th oz. coin | 350 | $360.80 | $126,280 |

Sign H

Date: 1-15-2020

Subtotal

GRAND TOTAL

$207,000.68

Questions?
Email us at ira@barrickcapital.com
or call us at 1-888-605-5047

Barrick Capital 23638 Lyons Ave #223 New Hall, CA 91321 888-605-5047

# ATTACHMENT KK

**Barrick Investor T.C.**

# Barrick Capital

DATE: March 16, 2020

INVOICE NO: ███████



## Purchase Invoice

DELIVERY ADDRESS:
**ACCT NO:** ███████

**EMAIL:** ira@barrickcapital.com

**ADDRESS:** Delaware Depository Services Co.
3601 North Market Street
Wilmington, Delaware 19802

| ITEM | QTY | PRICE | TOTAL |
|------|-----|-------|-------|
| 1/10 oz Silver - Spade Guinea Coin | 54,838 | $6.20 | $339,995.60 |

Subtotal: $339,995.60

## GRAND TOTAL

3 - 17 - 2020

$339,995.60

X ███████

Questions?
Email us at ira@barrickcapital.com .
or call us at 1 - 888 - 605 - 5047

# ATTACHMENT LL

**Barrick Investor S.W.**

DocuSign Envelope ID: 5AC25D9A-A6BD-4026-BD2D-56ECC3D85C20

# Barrick Capital

DATE: March 5, 2020

INVOICE NO: ▇▇▇▇▇


## Purchase Invoice

**DELIVERY ADDRESS:**

**ACCT NO:** ▇▇▇▇▇▇

**EMAIL:** ira@barrickcapital.com

**ADDRESS:** Delaware Depository Services Co.
3601 North Market Street
Wilmington, Delaware 19802

| ITEM | QTY | PRICE | TOTAL |
|------|-----|-------|-------|
| 1 oz Gold - Royal Canadian Mint Maple Leaf Coin .9999 | 4 | $1,700.00 | $6,800.00 |
| 1/10 oz Gold - Canadian Wildlife Series Coin | 253 | $394.00 | $99,682.00 |
| 1/10 oz Silver - Brittania Coin | 14,521 | $6.95 | $100,920.95 |

Subtotal: $207,402.95

## GRAND TOTAL

## $207,402.95

 3/5/2020

Questions?
Email us at ira@barrickcapital.com .
or call us at 1 - 888 - 605 - 5047

Barrick Capital          23638 Lyons Ave # 223 New Hall , CA 91321          888 - 605 - 5047

239-4

# ATTACHMENT MM

**Barrick Investor M.S.**

# Barrick Capital

DATE: March 3, 2020
INVOICE NO: [redacted]

## Purchase Invoice

DELIVERY ADDRESS:
**ACCT NO:** [redacted]

**EMAIL:** ira@barrickcapital.com

**ADDRESS:** Delaware Depository Services Co.
3601 North Market Street
Wilmington, Delaware 19802

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| 1 g Gold - Bar | 15 | $66.00 | $990.00 |
| 1/10 oz Silver - Spade Guinea Coin | 8,467 | $6.85 | $57,998.95 |
| 1/10 oz Gold - Canadian Wildlife Series Coin | 229 | $380.00 | $87,020.00 |

Subtotal: $146,008.95

GRAND TOTAL

$146,008.95

Questions?
Email us at ira@barrickcapital.com .
or call us at 1 - 888 - 605 - 5047

239-6

# ATTACHMENT NN

**Barrick Investors at Entrust**

# Barrick Capital

DATE: July 27, 2020
INVOICE NO: [redacted]

Purchase Invoice

DELIVERY ADDRESS:
**ACCT NO:** [redacted]
**EMAIL:** ira@barrickcapital.com
**ADDRESS:** Delaware Depository Services Co.
3601 North Market Street
Wilmington, Delaware 19802

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| 1/10 oz Gold - Canadian Wildlife Series Coin | 295 | $406.48 | $119,911.60 |
| 1/2 oz Silver - Canadian Arctic Wildlife Series Coin | 2,902 | $27.59 | $80,066.18 |

Subtotal: $199,977.78

GRAND TOTAL

$199,977.78

Questions?
Email us at ira@barrickcapital.com .
or call us at 1 - 888 - 605 - 5047