IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>ALABAMA SECURITIES COMMISSION, STATE OF ALASKA, ARIZONA CORPORATION COMMISSION, CALIFORNIA COMMISSIONER OF BUSINESS OVERSIGHT, COLORADO SECURITIES COMMISSIONER, STATE OF DELAWARE, STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, OFFICE OF FINANCIAL REGULATION, OFFICE OF THE GEORGIA SECRETARY OF STATE, STATE OF HAWAII, SECURITIES ENFORCEMENT BRANCH, IDAHO DEPARTMENT OF FINANCE, INDIANA SECURITIES COMMISSIONER, IOWA INSURANCE COMMISSIONER DOUGLAS M. OMMEN, OFFICE OF THE KANSAS SECURITIES COMMISSIONER, KENTUCKY DEPARTMENT OF FINANCIAL INSTITUTIONS, MAINE SECURITIES ADMINISTRATOR, STATE OF MARYLAND EX REL MARYLAND SECURITIES COMMISSIONER, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN, MISSISSIPPI SECRETARY OF STATE, NEBRASKA DEPARTMENT OF BANKING & FINANCE, OFFICE OF THE NEVADA SECRETARY OF STATE, NEW MEXICO SECURITIES DIVISION, THE PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, OKLAHOMA DEPARTMENT OF SECURITIES, SOUTH CAROLINA ATTORNEY GENERAL, SOUTH CAROLINA SECRETARY OF STATE, SOUTH DAKOTA DEPARTMENT OF LABOR & REGULATION, DIVISION OF | **PLAINTIFFS' RECOMMENDATION FOR A TEMPORARY RECEIVER**<br><br>Case No.: **8-20-CV-2910-L**<br><br>Judge: Judge Sam A. Lindsay |

INSURANCE, COMMISSIONER OF THE
TENNESSEE DEPARTMENT OF
COMMERCE AND INSURANCE, STATE
OF TEXAS, WASHINGTON STATE
DEPARTMENT OF FINANCIAL
INSTITUTIONS, WEST VIRGINIA
SECURITIES COMMISSION, AND STATE
OF WISCONSIN.

 Plaintiffs,

v.

TMTE, INC. a/k/a METALS.COM, CHASE
METALS, INC., CHASE METALS, LLC,
BARRICK CAPITAL, INC., LUCAS
THOMAS ERB a/k/a LUCAS ASHER a/k/a
LUKE ASHER, and SIMON BATASHVILI,

 Defendants;

and

TOWER EQUITY, LLC,

 Relief Defendant.

Plaintiffs Commodity Futures Trading Commission and the Alabama Securities

Commission, State of Alaska, Arizona Corporation Commission, California Commissioner of

Business Oversight, Colorado Securities Commissioner, State of Delaware, State of Florida,

Office of the Attorney General and State of Florida, Office of Financial Regulation, Office of the

Georgia Secretary of State, State of Hawaii, Securities Enforcement Branch, Idaho Department

of Finance, Indiana Securities Commissioner, Iowa Insurance Commissioner Douglas M.

Ommen, State of Iowa, Office of the Kansas Securities Commissioner, Kentucky Department of

Financial Institutions, Maine Securities Administrator, State of Maryland Ex Rel the Maryland

Securities Commissioner, Attorney General Dana Nessel on Behalf of the People of Michigan,

Mississippi Secretary of State, Nebraska Department of Banking & Finance, Office of the

Nevada Secretary of State, New Mexico Securities Division, The People of the State of New

York by Letitia James, Attorney General of the State of New York, Oklahoma Department of

Securities, South Carolina Attorney General and South Carolina Secretary of State, South Dakota

Department of Labor & Regulation, Division of Insurance, Commissioner of the Tennessee

Department of Commerce and Insurance, State of Texas, Washington State Department of

Financial Institutions, West Virginia Securities Commission, and State of Wisconsin respectfully

recommend that the Court appoint **Kelly Crawford** as Temporary Receiver and **Peter Lewis** as

his counsel.

Mr. Crawford and Mr. Lewis are extremely experienced. Mr. Crawford has served as a

Receiver in a number of complex commodities and securities federal court matters. Their

biographies are attached.


Dated: September 22, 2020                     Respectfully submitted,

By:

JONMARC BUFFA *pro hac vice pending*
jbuffa@cftc.gov
California Bar # 217324

RICHARD FOELBER *pro hac vice pending*
rfoelber@cftc.gov
Illinois Bar # 0840904

Attorneys for Plaintiff
COMMODITY FUTURES TRADING
COMMISSION
1155 21st Street. NW
Washington, DC 20580
(202) 418-5000

3

FOR THE STATE OF ALABAMA

By: /s/ Jeffery A. "Beau" Brown, Jr

JEFFERY A. "BEAU" BROWN, JR., *pro hac vice pending*
Beau.Brown@asc.alabama.gov
Alabama Bar No. 7258R80B

ANNE GUNTER, *pro hac vice pending*
anne.gunter@asc.alabama.gov
Alabama Bar No. 4666N91P

Attorneys for Plaintiff
STATE OF ALABAMA
SECURITIES COMMISSION
445 Dexter Avenue, Suite 12000
Montgomery, AL 36104
Telephone: (334) 322-8586
Fax: (334) 242-0240

FOR THE STATE OF ALASKA

By: /s/ Robert Schmidt

ROBERT SCHMIDT, *pro hac vice pending*
rob.schmidt@alaska.gov
Alaska Bar No. 9909048
JOHN HALEY
john.haley@alaska.gov
Alaska Bar No. 1402010

Attorneys for Plaintiff
STATE OF ALASKA
OFFICE OF ATTORNEY GENERAL
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-6645
Fax: (907) 276-3697

FOR THE STATE OF ARIZONA

By: /s/ Christopher Nichols

4

CHRISTOPHER NICHOLS, *pro hac vice pending*
cnichols@azcc.gov
Arizona Bar No. 029958

Attorney for Plaintiff
ARIZONA CORPORATION COMMISSION
1300 W. Washington St.
Phoenix, AZ 85007
Telephone: (602) 542-0639
Fax: (602) 714-8120


FOR THE STATE OF CALIFORNIA

By: /s/ Danielle Stoumbos

MARY ANN SMITH
MaryAnn.Smith@dbo.ca.gov
SEAN ROONEY
Sean.Rooney@dbo.ca.gov
DANIELLE A. STOUMBOS, *pro hac vice pending*
California Bar No. 264784
Danielle.Stoumbos@dbo.ca.gov

Attorneys for Plaintiff
STATE OF CALIFORNIA
DEPARTMENT OF BUSINESS OVERSIGHT
320 West Fourth Street, Suite 750
Los Angeles, California 90013
Telephone: (213) 503-2046
Fax: (213) 576-7181


FOR THE STATE OF COLORADO
PHILIP J. WEISER
Attorney General of the State of Colorado

By: /s/ Janna Fischer

JANNA FISCHER*, *pro hac vice pending*
janna.fischer@coag.gov
Colorado Bar No. 44952
ROBERT FINKE*, *pro hac vice pending*
robert.finke@coag.gov
Colorado Bar No. 40756
*Counsel of Record

5

Attorneys for Plaintiff
SECURITIES COMMISSIONER
FOR THE STATE OF COLORADO
1300 Broadway, 8th Floor
Denver, Colorado 80203
Telephone: (720) 508-6374
Fax: (720) 508-6037


FOR THE STATE OF DELAWARE
KATHLEEN JENNINGS
Attorney General of the State of Delaware

By: /s/ Katherine M. Devanney

KATHERINE M. DEVANNEY, *pro hac vice pending*
Deputy Attorney General
Delaware Bar No. 6356
Texas Bar No. 24116281
katherine.devanney@delaware.gov
JILLIAN LAZAR
Director of Investor Protection
Delaware Bar No. 6049
jillian.lazar@delaware.gov

Delaware Department of Justice
820 N. French St.
Wilmington, DE 19801
Telephone: (302) 577-8356
Fax: (302) 577-6987

Attorneys for Plaintiff the State of Delaware


FOR THE STATE OF FLORIDA
ASHLEY MOODY
Attorney General for the State of Florida

By: /s/ Victoria Butler

VICTORIA BUTLER, *pro hac vice pending*
Assistant Attorney General
Director of Consumer Protection
victoria.butler@myfloridalegal.com
Florida Bar No. 861250

6

Attorney for Plaintiff
STATE OF FLORIDA
OFFICE OF THE ATTORNEY GENERAL
Department of Legal Affairs
3507 E Frontage Rd, Suite 325
Tampa, FL 33607-1795
Telephone: (813) 287-7950
Fax: (813) 281-5515


By: /s/ A. Gregory Melchior

A. GREGORY MELCHIOR, *pro hac vice pending*
Assistant General Counsel
greg.melchior@flofr.com
Florida Bar No. 407290

Attorney for Plaintiff
STATE OF FLORIDA
OFFICE OF FINANCIAL REGULATION
1313 Tampa Street, Suite 615
Tampa, Florida 33602-3394
Telephone: (813) 218-5327
Fax: (813) 272-2498


FOR THE STATE OF GEORGIA

By: /s/ Logan B. Winkles

LOGAN B. WINKLES, *pro hac vice pending*
Georgia Bar No. 136906
lwinkles@law.ga.gov
RONALD J. STAY, *pro hac vice pending*
Georgia Bar No. 621732
rstay@law.ga.gov

Attorneys for Plaintiff
OFFICE OF THE GEORGIA
SECRETARY OF STATE
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
Telephone: (404) 458-3434
Fax: (404) 657-3239

7

FOR THE STATE OF HAWAII

By: /s/ Rayni M. Nakamura-Watanabe

RAYNI M. NAKAMURA-WATANABE, *pro hac vice pending*
Hawaii Bar No. 9032-0
RNakamur@dcca.hawaii.gov
PATRICIA J. MOY
Hawaii Bar No. 5845-0
PMoy@dcca.hawaii.gov

Attorneys for Plaintiff
STATE OF HAWAII
SECURITIES ENFORCEMENT BRANCH
335 Merchant Street, Suite 205
Honolulu, Hawaii 96813
Telephone: (808) 586-2740
Fax: (808) 586-3977


FOR THE STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL
STATE OF IDAHO
LAWRENCE G. WASDEN

By: /s/ Loren Messerly

LOREN MESSERLY, *pro hac vice pending*
Deputy Attorney General
loren.messerly@finance.idaho.gov
Idaho Bar No. 7434

Attorney for Plaintiff
STATE OF IDAHO
IDAHO DEPARTMENT OF FINANCE
P.O. Box 83720
Boise, ID 83720-0031
Telephone: (208) 332-8093
Fax: (208) 332-8099


FOR THE STATE OF INDIANA
OFFICE OF THE INDIANA ATTORNEY
GENERAL
Patricia Orloff Erdmann

Chief Counsel of Litigation

By: /s/ Jefferson S. Garn

JEFFERSON S. GARN, *pro hac vice pending*
Deputy Attorney General
Jefferson.Garn@atg.in.gov
Indiana Bar No. 29921-49

Attorney for Plaintiff
STATE OF INDIANA
INDIANA SECURITIES COMMISSIONER
302 W. Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
Fax: (317) 232-7979

FOR THE STATE OF KANSAS

By: /s/ Thomas E. Knutzen

THOMAS E. KNUTZEN, *pro hac vice pending*
*Special Assistant Attorney General*
tom.knutzen@ks.gov
Kansas Bar No. 24471

Attorney for Plaintiff
OFFICE OF THE KANSAS SECURITIES
COMMISSIONER
1300 SW Arrowhead Road
Topeka, KS 66604
Telephone: (785) 296-7890
Fax: (785) 296-6872

FOR THE STATE OF KENTUCKY

By: /s/ Gary Stephens

GARY STEPHENS, *pro hac vice pending*
Gary.stephens@ky.gov
Kentucky Bar No. 87740
CATHERINE FALCONER
Catherine.falconer@ky.gov

Attorneys for Plaintiff

9

STATE OF KENTUCKY
DEPARTMENT OF FINANCIAL INSTITUITONS
500 Mero St. 2SW19
Frankfort, KY 40601
Telephone: (502) 782-9052
Fax: (502) 573-8787


FOR THE STATE OF MAINE

By: /s/ Gregg D. Bernstein

GREGG D. BERNSTEIN, *pro hac vice pending*
gregg.bernstein@maine.gov
Maine Bar No. 8424

Attorney for Plaintiff
STATE OF MAINE SECURITIES
ADMINISTRATOR
6 State House Station
Augusta, Maine 04333
Telephone: (207) 626-8800
Fax: (207) 626-8828


FOR THE STATE OF MARYLAND

BRIAN E. FROSH
ATTORNEY GENERAL OF THE STATE OF
MARYLAND

By: /s/ Max F. Brauer

MAX F. BRAUER, *pro hac vice pending*
Assistant Attorney General
mbrauer@oag.state.md.us
Maryland State Does Not Use Bar Numbers

Attorney for Plaintiff
STATE OF MARYLAND EX REL
MARYLAND SECURITIES COMMISSIONER
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6950
Fax: (410) 576-6532

10

FOR THE PEOPLE OF MICHIGAN

By: /s/ Aaron W. Levin

PEOPLE OF THE STATE OF
MICHIGAN, by DANA NESSEL
ATTORNEY GENERAL

Aaron W. Levin, *pro hac vice pending*
Assistant Attorney General
levina@michigan.gov
Michigan Bar No. P81310

Attorney for Plaintiff
Michigan Department of Attorney General
525 W. Ottawa Street,
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 335-7632
Fax: (517) 335-7632


FOR THE STATE OF MISSISSIPPI

By: /s/ Seth Shannon

SETH SHANNON, *pro hac vice pending*
seth.shannon@ago.ms.gov
Mississippi Bar No. 103466
CRYSTAL UTLEY SECOY
crystal.utley@ago.ms.gov

Attorneys for Plaintiff
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (769) 237-6406
Fax: (601) 359-4231


FOR THE STATE OF NEBRASKA

L. JAY BARTEL
Bureau Chief
Legal Services Bureau


By: /s/ Joshua R. Shasserre

JOSHUA R. SHASSERRE, *pro hac vice pending*
Assistant Attorney General
Nebraska Bar No. 23885
joshua.shasserre@nebraska.gov

Attorney for Plaintiff
STATE OF NEBRASKA
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3888
Fax: (402) 471-3297


FOR THE STATE OF NEVADA

By: /s/ Erin M. Houston

ERIN M. HOUSTON, *pro hac vice pending*
Deputy Secretary of State, Securities Administrator
Nevada Bar No. 11814
ehouston@sos.nv.gov

Attorney for Plaintiff
STATE OF NEVADA
Office of the Nevada Secretary of State
Securities Division
2250 North Las Vegas Blvd., Suite 400
North Las Vegas, NV 89030
Telephone: (702) 486-2440
Fax: (702) 486-2452


FOR THE STATE OF NEW MEXICO

By: /s/ Alissa N. Berger

ALISSA N. BERGER, *pro hac vice pending*
Securities Enforcement Prosecutor
New Mexico Securities Division
New Mexico Bar No. 21769

12

Alissa.Berger@state.nm.us

Attorney for Plaintiff
STATE OF NEW MEXICO
New Mexico Securities Division
New Mexico Regulation and Licensing Department
5500 San Antonio Rd NE
Albuquerque, New Mexico 87109
Telephone: (505) 503-5987
Fax: (505) 222-9848


FOR THE STATE OF NEW YORK
LETITIA JAMES
ATTORNEY GENERAL OF THE STATE OF
NEW YORK


By: /s/ Tatyana Trakht _____

TATYANA "TANYA" TRAKHT, *pro hac vice
pending*
Assistant Attorney General
tanya.trakht@ag.ny.gov
New York State Does Not Use Bar Numbers
PETER POPE
Chief, Investor Protection Bureau
peter.pope@ag.ny.gov

Attorneys for Plaintiff
ATTORNEY GENERAL FOR THE STATE OF
NEW YORK
28 Liberty Street, 21st Floor
New York, New York 10005
Telephone: (212) 416-8457
Fax: (212) 416-8816


FOR THE STATE OF OKLAHOMA

By: /s/ Robert Fagnant _____

ROBERT FAGNANT, *pro hac vice pending*
rfagnant@securities.ok.gov
Oklahoma Bar No. 30548

Attorney for Plaintiff
OKLAHOMA DEPARTMENT OF SECURITIES

13

204 N. Robinson Avenue, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 280-7718
Fax: (405) 280-7742


FOR THE STATE OF SOUTH CAROLINA

By: /s/ Jonathan Williams

JONATHAN WILLIAMS, *pro hac vice pending*
jwilliams@scag.gov
South Carolina Bar No. 72509

Attorney for Plaintiff
STATE OF SOUTH CAROLINA
OFFICE OF ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29211
Telephone: (803) 734-7208
Fax: (803) 734-7208


By: /s/ Shannon A. Wiley

SHANNON A. WILEY, *pro hac vice pending*
swiley@sos.sc.gov
South Carolina Bar No. 69806

Attorney for Plaintiff
STATE OF SOUTH CAROLINA
OFFICE OF THE SECRETARY OF STATE
1205 Pendleton Street, Suite 525
Columbia, SC 29201
Telephone: (803) 734-0246
Fax: (803) 734-1661


FOR THE STATE OF SOUTH DAKOTA

By: /s/ Clayton Grueb

CLAYTON GRUEB, *pro hac vice pending*
South Dakota Bar No. 4642
Clayton.grueb@state.sd.us

Attorney for Plaintiff

14

South Dakota Department of Labor & Regulation,
Division of Insurance
2330 N. Maple Ave, Suite 1
Rapid City, SD 57701
Telephone: (605) 773-3563
Fax: (605) 773-5369


FOR THE STATE OF TENNESSEE
HERBERT H. SLATERY III
Attorney General and Reporter
for the State of Tennessee


By: /s/ James P. Urban

JAMES P. URBAN, *pro hac vice pending*
Deputy Attorney General
TN B.P.R. No. 033599
james.urban@ag.tn.gov

Office of Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, TN 37202-0207
Telephone: (615) 741-3739
Fax: (615) 532-8223

Attorney for Plaintiff
Commissioner of the Tennessee Department of
Commerce and Insurance


FOR THE STATE OF TEXAS
KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

15

JOSHUA R. GODBEY
Division Chief
Financial Litigation and Charitable Trusts Division


By: */s/ Christina Cella*

CHRISTINA CELLA
Assistant Attorney General
State Bar No. 24106199
christina.cella@oag.texas.gov
LEA N. BRIGTSEN
Assistant Attorney General
State Bar No. 24054504
lea.brigtsen@oag.texas.gov

Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-2952
Fax: (512) 477-2348
*Attorneys for Plaintiff the State of Texas*


FOR THE STATE OF WASHINGTON


By: /s/ Ian S. McDonald

IAN S. MCDONALD, *pro hac vice pending*
Washington Bar No. 41403
Ian.McDonald@atg.wa.gov
Telephone: (360) 586-3264
Fax: (360) 664-0229

Attorney for Plaintiff
Washington State Department of Financial
Institutions, Securities Division
150 Israel Rd. SW
Tumwater, WA 98501
Telephone: (360) 902-8700
Fax: (360) 902-0524


FOR THE STATE OF WEST VIRGINIA

By: /s/ Michael Nusbaum

MICHAEL NUSBAUM, *pro hac vice pending*

16

michael.nusbaum@wvsao.gov
West Virginia Bar No. 12708

Attorney for Plaintiff
STATE OF WEST VIRGINIA
WEST VIRGINIA SECURITIES COMMISSION
1900 Kanawha Boulevard, East
Building 1, Room W-100
Charleston, WV 25305
Telephone: (304) 558-2251
Fax: (304) 558-4211


FOR THE STATE OF WISCONSIN
JOSHUA L. KAUL
Attorney General
State of Wisconsin
Wisconsin Department of Justice

By: /s/ Shannon A. Conlin

SHANNON A. CONLIN, *pro hac vice pending*
Assistant Attorney General
Wisconsin Bar No. 1089101
Conlinsa@doj.state.wi.us

WISCONSIN DEPARTMENT OF JUSTICE
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-1677
Fax: (608) 267-2779

*Attorney for Plaintiff State of Wisconsin*


FOR THE IOWA INSURANCE
COMMISSIONER
DOUGLAS M. OMMEN

By: */s/ Adam J. Kenworthy*
ADAM KENWORTHY* *pro hac vice pending*
Iowa Bar No. AT0012137
Enforcement Attorney
adam.kenworthy@iid.iowa.gov

Attorney for Plaintiff
IOWA INSURANCE DIVISION

17

1963 Bell Ave, Ste 100
Des Moines, IA 50315
Telephone: (515) 654-6562
Fax: (515)-654-6500

EXHIBIT 1

**SCHEEF &  STONE, L.L.P.**
*LEGAL COUNSEL BASED ON SOLID PRINCIPLES*

# ATTORNEY



### Education

*JD., (cum laude), Southern Methodist University School of Law, 1986*

*B.A., (cum laude), Government/Journalism, New Mexico State University, 1982*

### Awards

Named a "Texas Super Lawyer" by Thomson Reuters, 2009-2019

"Best Lawyers in Dallas" D Magazine

A V rated, Martindale-Hubbell

# Kelly M. Crawford

*Biography*

Mr. Crawford has more than 33 years of experience in handling complex commercial litigation, including securities fraud, receiverships, oil and gas, employment, insurance and general business disputes.

*Representative Matters:*

Mr. Crawford has successfully represented clients in a wide range of complex commercial litigation, including cases involving:

- Securities Fraud
- Oil and Gas Fraud
- Software licensing issues
- Employment disputes, including proprietary information, agreements and covenants not to compete
- Stock option agreements
- Copyright issues
- Insurance coverage disputes
- Shareholder disputes
- Partnership disputes
- Franchisor/Franchisee disputes
- Real estate disputes
- Telecommunication issues
- Creditors asserting claims in bankruptcy
- ERISA

*Receiverships:*

Federal Courts in the Northern, Southern, Eastern and Western districts of Texas and in the Southern District of New York have appointed Mr. Crawford to serve as Receiver in significant securities or commodities fraud cases. In serving as Receiver, Mr. Crawford has worked extensively with the Securities and Exchange Commission and U.S. Commodity Futures Trading Commission, and assisted law enforcement agencies such as the Secret Service, the Federal Bureau of Investigation, United States Marshals, and the United States Attorney's Office. The Office of the Attorney General for the State of Texas has used Mr. Crawford as a Receiver to recover multi-million dollar judgments. Secured lienholders have also used Mr. Crawford as a Receiver. In addition, Mr. Crawford has served as the Receiver or the attorney for the Receiver in significant receivership issues appealed to the Fifth Circuit Court of Appeals, resulting in published opinions.

*Securities and Exchange Commission v. W. Neil "Doc" Gallagher, et al;* No. 3:19-CV-575-C; In the United States District Court for the Northern District of Texas, Dallas Division – Counsel to the Receiver.

*Park Place Motorcars, Ltd., et al. v. Greg Duncan, et al;* No. DC-13-08535; In the 116th Judicial District Court of Dallas County, Texas – Appointed as Receiver in August, 2018 to examine assets of Defendant to pay sanctions award to Plaintiff.

*State of Texas v. EID Corp., et al;* No. 1-GV-13-000169; In the 419th Judicial District Court of Travis County, Texas – Appointed as Receiver in February, 2015 to recover assets to pay to State of Texas as judgment creditor.

*State of Texas v. Big Ben Convenience Stores – El Paso, Inc., and Ben Babe Parks;* No. D-1-GV-12-000753; In the 353rd Judicial Court of Travis County, Texas – Appointed as Receiver in May, 2014 to recover assets to pay to State of Texas as judgment creditor.

*State of Texas v. Trinidad Petroleum, Inc., et al;* No. D-1-GV-03-004692; In the 200th Judicial District Court of Travis County, Texas – Appointed as Receiver in March, 2014 to recover assets to pay to State of Texas as judgment creditor.

*State of Texas v. Desana Development Corporation, et al;* No. D-1-GV-10-3079; In the 126th Judicial District Court of Travis County, Texas – Appointed as Receiver in August, 2013 to recover assets to pay to State of Texas as judgment creditor.

T**:** (214) 706-4213
Kelly.Crawford@SolidCounsel.com

### Areas of Practice

Bankruptcy Chapter 11 Reorganizations/ Chapter 7 Liquidations
Bankruptcy Litigation & Transactions
Collections/Creditors' Rights
Chapter 7 Trustee Representation
Oil & Gas Litigation
Real Estate Litigation
Receiverships
Securities Fraud Litigation
Securities Litigation & Arbitration
Employment Litigation
Corporate Entity Disputes
Shareholder Disputes

### Dallas Office

T: (214) 706-4200
F: (214) 706-4242
500 North Akard Street
Suite 2700
Dallas, Texas 75201

*Securities and Exchange Commission v. Kevin White, et al;* (Judge Schell); Civil Action No. 4:13-CV-383; In the United States District Court for the Eastern District of Texas, Sherman Division – Appointed Receiver in July, 2013 in $7.2 million foreign currency trading scheme.  Return to investors to date is 52%.

*U.S. Commodity Futures Trading Commission v. Kevin White, et al;* (Judge Schell); Civil Action No. 4:13-CV-382; In the United States District Court for the Eastern District of Texas, Sherman Division – Appointed Receiver in July, 2013 in $7.2 million foreign currency trading scheme.  Return to investors to date is 52%.

*State of Texas  v. Taxmasters , Inc., TMIRS Enterprises, Ltd., TM GP Services, LLC, d/b/a Taxmasters, and Patrick R. Cox, Individually;* No. D-1-GV-10-000486; In the 200th Judicial District Court of Travis County, Texas – Appointed as Receiver in January, 2013 to recover assets to pay to State of Texas as judgment creditor.

*U.S. Commodity Futures Trading Commission v. ProfitStars Int'l Corp., et al.;* (Judge Engelmayer); Civil Action No. 1:11-CV-07742 in the United States District Court for the Southern District of New York – Appointed as Receiver in November, 2011 to recover of approximately $2.5 million and distribute the monies to a pool of Forex investors.

*State of Texas v. James L. Watts, et al.;* (Judge Orlinda Naranjo); Civil Action No. D-1-GV-07-000295 in the 419th Judicial District Court of Travis County, Texas - Appointed as Receiver and Master in Chancery in October, 2011 to recover assets to pay to State of Texas as judgment creditor.

*U.S. Commodity Futures Trading Commission v. Financial Robotics, Inc., et al.;* (Judge Rosenthal); Civil Action No. 4:11-CV-2446 in the United States District Court for the Southern District of Texas, Houston Division - Appointed as Receiver in June, 2011 in $9 million solicitation fraud scheme.

*Securities and Exchange Commission v. Rockwell Energy of Texas, LLC, et al.;* (Judge Ellison); Civil Action No. 4:09-cv-4080 in the United States District Court for the Southern District of Texas, Houston Division - Appointed as Special Master in May, 2011 in $5 million oil and gas scheme.

*U.S. Commodity Futures Trading Commission v. Richard D. Theye and Micind Capital Management, Inc.* (Judge Sparks); Civil Action No. 1:10-CV-3855 in the United States District Court for the Western District of Texas, Austin Division - Appointed as Receiver in August, 2010 in $6 million commodity pool operated as a Ponzi scheme.

*Securities & Exchange Commission v. Jon C. Ginder, Northamerican Energy Group, Inc., et al.* (Judge Lake); Civil Action No. 4:10-CV-2867 in the United States District Court for the Southern District of Texas, Houston Division - Appointed as Receiver in August, 2010 of oil and gas company that owned working interests and oil and gas leases.

*Securities & Exchange Commission v. Alan Todd May and Prosper Oil & Gas, Inc., a/k/a Prosper Energy Inc.* (Judge Lindsay); Civil Action No. 3:10-CV-0425 in the United States District Court for the Northern District of Texas, Dallas Division - Appointed as Receiver in March, 2010 in $6 million Ponzi scheme operated by an oil and gas company through the sale of royalty interests.

*U.S. Commodity Futures Trading Commission v. M25 Investments, Inc., M37 Investments, LLC, Scott P. Kear, Sr., Jeffrey L. Lyon, and David G. Seaman;* (Judge Lynn); Civil Action No. 3:09-CV- 1831 in the United States District Court for the Northern District of Texas, Dallas Division - Appointed as Receiver in September, 2009 in $8 million foreign currency fraud.

*Securities & Exchange Commission v. Paul D. Poetter, 4309, Inc., 4309 Acquisition Trust, and AMS-TEC Acquisition Trust;* (Judge Schneider); Civil Action No. 6:09-CV-398 in the United States District Court for the Eastern District of Texas, Tyler Division - Appointed as Receiver in October, 2009 in $3 million investment scheme involving 2,200 investors.

*Securities & Exchange Commission v. Star Exploration, Inc., James T. Gurgainers, et al.;*(Judge O'Connor); Civil Action No. 3:08-CV-2248 in the United States District Court for the Northern District of Texas, Dallas Division – Appointed as Receiver in December, 2008 in $14 million oil and gas scheme.

*U.S. Commodity Futures Trading Commission v. George D. Hudgins, individually and d/b/a George D. Hudgins, L.L.C.;* (Judge Davis); Civil Action No. 6:08-CV- 0187 in the United States District Court for the Eastern District

of Texas, Tyler Division – Appointed as Receiver in May, 2008 in $72 million commodities pool trading scheme. Return to investors was approximately 38 percent.

*Securities & Exchange Commission v. Petroaite Assets, Inc., Ivan Dearaujo and Wesley Harbison, Jr.* (Judge Godbey); Civil Action No. 3:06-CV-1611-N in the United States District Court for the Northern District of Texas, Dallas Division – Appointed as Receiver in September, 2006 in oil and gas and jewelry investment scheme.

*Securities & Exchange Commission v. Premium Income Corporation, et al.;* (Judge Boyle); Civil Action No. 3:05-CV-0415 in the United States District Court for the Northern District of Texas, Dallas Division – Appointed as Receiver in March, 2005 in $11 million foreign currency exchange scheme. Return to investors was approximately 37 percent.

*Securities & Exchange Commission v. Resource Development International, LLC, et al.;* (Judge Buchmeyer); Civil Action No. 3:02-CV-0605-R in the United States District Court for the Northern District of Texas, Dallas Division – Served as counsel to Receiver in $73 million Ponzi scheme involving more than 1,500 investors.

*Securities & Exchange Commission v. C-Tech, L.L.P. and Robert Schlotterbeck;* (Judge Solis);Civil Action No. 3:01-CV-2542-P in the United States District Court for the Northern District of Texas, Dallas Division – Appointed as Receiver in $4 million oil and gas venture. Return to investors was more than 40 percent.

*Securities & Exchange Commission v. Benjamin Franklin Cook, individually and dba Dennel Finance Limited, et al.;* (Judge Buchmeyer); Civil Action No. 3:99-CV-0571-R in the United States District Court for the Northern District of Texas, Dallas Division – Served as counsel to Receiver in $35 million Ponzi scheme where return to investors was approximately 60 percent.

*Professional Involvement:*

- Member, State Bar of Texas
- Member, Dallas Bar Association
- Founding Member, Board of Directors of National Association of Federal Equity Receivers
- Chairman, Board of Directors of Interfaith Housing Coalition (2011-2012)

*Publications and Speeches:*

- Co-Author of "The Dilemma of In-House Counsel as Whistleblower: When and Where to Blow the Whistle?" published by Thomson Reuters in the Securities Regulation Law Journal, Fall, 2018.
- Spoke at course for FBI agents and other members of law enforcement sponsored by the Economic Crimes Unit of the FBI, "Law Enforcement and Federal Receiverships: Maximizing Recoveries for Victims of Financial Fraud," August 13, 2018
- Panelist in 2017 for "Receiver Training Camp, Second Quarter" at annual conference of National Association of Federal Equity Receivers in Miami, Florida.
- Co-Author of "Broadcasting Lies: Broadcaster Liability in Consumer Fraud, Part 1", published in the June, 2015 Commercial Fraud Committee newsletter, American Bankruptcy Institute.
- Spoke at Collin County Bench Bar Conference, "Wright v. Aspen – A Look From Both Sides at Texas Securities Fraud", May 15, 2015.
- Spoke at "Receiverships in Texas 2011" seminar sponsored by the State Bar of Texas, November 4, 2011.
- "Unlocking the Door to a Receiver's Arsenal: A Receiver's Best Weapons," written by Kelly Crawford and Charlene Koonce for "Receiverships in Texas 2011" seminar sponsored by the State Bar of Texas, November 4, 2011.
- Panelist in 2002 and in 2010 on topic of Receiverships presented at the Annual Southwest Securities Enforcement Conference sponsored by The Fort Worth District Office of the Securities and Exchange Commission.
- Note, Domangue v. Eastern Airlines, 722 F.2d 256 (5th Cir. 1984), 50 J. Air L. 375 (1985).

*Honors and Awards:*

- Awarded the Hatton W. Sumners scholarship to attend the SMU School of Law
- Editor in Chief of the Journal of Air Law and Commerce
- Order of the Coif
- Order of Barristers
- Awarded the Best Brief Award for the Moot Court competition
- Appointed by the Governor of New Mexico to serve as an ex-officio member of the Board of Educational Finance
- Sustaining Life Fellow of the Texas Bar Foundation
- Recognized "Texas Super Lawyer" by Thomson Reuters, 2009 - 2019
- Recognized by D Magazine as "Best Lawyers in Dallas"
- Selected as one of Texas' Top Rated Lawyers for 2015-2017 in Bankruptcy, Commercial Litigation and Insurance Law by Legal Leaders Magazine
- Recognized as one of the 2013 Top Rated Lawyers in Commercial Litigation by The American Lawyer, Corporate Counsel, Martindale-Hubbell, and national Law Journal.

### *Education & Professional Background*

- Admitted, Texas
- United States District Court for all districts in the State of Texas
- Fifth Circuit Court of Appeals
- Admitted, New Mexico

J.D., (cum laude), Southern Methodist University School of Law, 1986

B.A., (cum laude), Government/Journalism, New Mexico State University, 1982

Mr. Crawford served as Student Body President at NMSU and was an ex-officio member of the Board of Regents.

### *Reported Cases:*

Mr. Crawford's successful experience in handling lawsuits is reflected in the following reported cases in which Mr. Crawford served as counsel or Receiver:

- Crawford v. Silette, 608 F. 3d 275 (5th Cir. 2013)
- Warfield v. Byron, 436 F. 3d 551 (5th Cir. 2006).
- Seawright v. Charter Furniture Rental, Inc., 39 F. Supp. 2d 795 (N.D. Tex. 1999), where the Court found that "lead counsel for Charter, Kelly Crawford, is an experienced, able practitioner who specializes in the area of commercial litigation, including employment disputes ... The Court found the quality of their written work to be excellent. Their rates ...certainly comport with the going rate for attorneys in this district and division with their qualifications and experience. In fact, the hourly rates are on the low side." 39 F.2d at 807.
- Clark v. Fitzgibbons, I 05 F.3d I 049 (5th Cir. 1997).
- Christopher v. Diamond Benefits Life Ins. Co., 35 F.3d 232 (5th Cir. 1994).

EXHIBIT 2

# Peter C. Lewis

**solidcounsel.com**/attorney/peter-c-lewis/



PARTNER

**Contact**

Direct (214) 706-4241

Fax (214) 472-4242

peter.lewis@solidcounsel.com

**Office**

500 N. Akard

Suite 2700

Dallas, Texas 75201

**Overview**

Peter C. Lewis, a partner in the firm's Dallas office, has over 36 years of experience devoted to business reorganizations, creditors' rights, business litigation and business transactions with particular emphasis on business bankruptcies, workouts and debt restructurings, complex business litigation and disputes, commercial collections/fair debt collection

defense, receiverships as well as public finance. Prior to joining the firm, Mr. Lewis was a partner at one of the largest (Dallas-based) law firms in the country as well as another national law firm. He has also served as outside general or national counsel for small to major manufacturing/ service companies, is AV rated by his peers (highest possible rating in both legal ability and ethical standards) and has been previously cited as one of only 176 attorneys nationwide for providing superior client service to Fortune 100 companies and was named one of D Magazine's Best Lawyers in Dallas for 2018.

## Practice Areas

### Banking

- Collections
- Banking Litigation & Foreclosures
- Loan Workouts
- Loan Negotiation & Documentation
- Regulatory Research

### Bankruptcy

- Bankruptcy Chapter 11/Chapter 7
- Bankruptcy Litigation/Transactions
- Chapter 7 Trustee Representation
- Collections/Creditors Rights

### Construction

- Construction Litigation
- Contract Negotiation
- Delay & Impact Claims
- Design Malpractice
- Government Contracts
- Lien & Bond Claims

### Corporate & Business

- Contract Drafting & Negotiation
- Corporate Entity Disputes
- Corporate Finance
- Corporate Governance
- Corporate Reorganization
- Direct Selling/ Multi-Level Marketing
- Entity Selection & Business Formation
- Joint Ventures & Partnerships

- Shareholder Disputes
- Venture Capital Transactions

## **Intellectual Property**

- Copyright Litigation
- E-Commerce
- Internet & Social Media
- Licensing & Technology Transfers
- Media & Entertainment
- Trademark Prep & Prosecution
- Trade Secret Litigation
- Trademark Litigation

## **Litigation**

- Banking Litigation & Foreclosures
- Construction Litigation
- Computer Fraud & Privacy Litigation
- Copyright Litigation
- Cyber Insurance Coverage & Litigation
- Direct Sales & Regulatory Matters
- Employment Litigation
- Insurance Defense
- Oil & Gas Litigation
- Product Liability Litigation
- Professional Liability
- Real Estate Litigation
- Securities Fraud Litigation
- Securities Litigation & Arbitration
- State & Federal Appeals
- Transfer Tax and Probate Litigation
- Trade Secret Litigation
- Trademark Litigation

## **Taxation**

- Corporate & Partnership Taxation
- Federal Taxation
- Franchise Taxation
- International Tax Planning
- Property Tax Disputes
- Sales & Local Taxation

## Publications

## Admissions

- U.S. District and/or Bankruptcy Courts for the Northern District, Eastern, Western and Southern Districts of Texas
- Third Circuit Courts of Appeals
- Fifth Circuit Court of Appeals

- Experience
- Associations
- Education
- Community
- Honors

## Experience

Over the past 36 years, has represented companies, shareholders/investors, secured and unsecured creditors, asset purchasers, pre-petition lenders and DIP lenders in all types and phases of small to complex business bankruptcy, reorganization, workout, debt restructuring, creditors' rights and related litigation matters throughout the country.

- Former Chapter 7 Panel Trustee for the Northern District of Texas
- Served as a debtor co-counsel in the Energy Futures Holding, Inc., et al., Chapter 11 case
- Represented the City of Fort Worth and the AllianceAirport Authority, Inc. in the American Airlines Chapter 11 case
- Represented creditors in some of the largest retail Chapter 11 cases filed over the last few decades (e.g., Best Buy, Linens & Things, Radio Shack, Borders, Urban Brands, Circuit City, Movie Gallery, Ducane Gas Grills)
- Defended major U.S. corporations in scores of bankruptcy preference actions across the nation including a multimillion dollar preference matter against a major multinational corporation that was settled on extremely favorable terms for the client
- Successfully tried several fraud complaints on behalf of bank/savings and loans institutions including a complaint resulting in a multi-million dollar judgment in connection with first bank to close in Fort Worth since the Depression
- Represented major bank in Chapter 11 proceeding of one of the first subprime lender Chapter 11 cases; secured lender's claim totaling in excess of $20 million was paid in full
- Represented the FDIC as a secured creditor in Chapter 11 reorganization cases involving office buildings, shopping centers, manufacturing concerns and/or oil and gas operations

- Represented major investor and secured creditor in Chapter 11 reorganization of television/movie syndication business resulting in confirmation of Chapter 11 plan
- Represented consortium of private equity secured lenders in successful Chapter 11 reorganization of a Florida-based wireless phone carrier resulting in confirmation of Chapter 11 plan
- Represented shopping center owners in chapter 11 case of national restaurant chain (Golden Corral) resulting in recovery of unpaid rent, taxes and CAM charges as well as the favorable resolution of contentious litigation regarding a rent dispute.

## Associations

- Member, Dallas Bar Association
- John Ford Inns of Court
- J.L. Turner Legal Association
- Texas Bar Foundation
- American Creditors Association

## Education

- Juris Doctor, Columbia University School of Law, 1981
- Bachelor of Arts, Princeton University, 1978

## Community

Board Member and/or Past Officer:

- Texas Public Finance Authority
- Alcuin School
- Baylor Hospital System Foundation
- North Texas Volunteer Center
- Goodwill Industries
- Dallas Historical Society
- Dallas Symphony
- Mental Health Assn. of Dallas
- Head Start
- President's Advisory Committee, Dallas Center for the Performing Arts

## Honors

- Selected in "Best Lawyers in Dallas" list, D Magazine, 2018, 2020
- Selected as one of the "Texas' Top Rated Lawyers for 2014 in Bankruptcy" by Legal Leaders Magazine
- AV rated by peers (highest possible rating in both legal ability and ethical standards), 1990-2020