## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**Commodity Futures Trading Commission, et al.**

**Plaintiff(s)**

Case No.: 3:20-cv-02910-L

*vs.*

**TMTE, Inc. a/k/a metals.com, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Certificate of Interested Persons; Application for Admission Pro Hac Vice and Proposed Order for JonMarc Buffa; Application for Admission Pro Hac Vice and Proposed Order for Richard Foelber; Motion for Leave to Proceed without Counsel; Motion to Temporarily Seal File and Memorandum in Support Thereof; Proposed Order Granting Motion to Temporarily Seal the Entire Docket and File; Motion for Leave to File a Brief in Excess of the Page Limit in Support of its Motion for an Emergency Ex Parte Statutory Restraining Order; Proposed Order Granting Motion for Leave of Court to File an Over Length Memorandum of Law in Support of their Emergency Ex Parte Motion for Statutory Restraining Order; Emergency Ex Parte Motion for Statutory Restraining Order; Certification of JonMarc P. Buffa in Support of Motion for Emergency Ex Parte Motion for Statutory Restraining Order; Emergency Ex Parte Memorandum of Law in Support of their Emergency Motion for a Statutory Restraining Order; Appendix to Emergency Ex Parte Memorandum of Law in Support of Their Emergency Motion for a Statutory Restraining Order; Proposed Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief; Bench Memorandum; Supplemental Index; and Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief in the above entitled case.

That on 09/24/2020 at 12:48 PM, I served Simon Batashvili with the Summons; Complaint; Civil Cover Sheet; Certificate of Interested Persons; Application for Admission Pro Hac Vice and Proposed Order for JonMarc Buffa; Application for Admission Pro Hac Vice and Proposed Order for Richard Foelber; Motion for Leave to Proceed without Counsel; Motion to Temporarily Seal File and Memorandum in Support Thereof; Proposed Order Granting Motion to Temporarily Seal the Entire Docket and File; Motion for Leave to File a Brief in Excess of the Page Limit in Support of its Motion for an Emergency Ex Parte Statutory Restraining Order; Proposed Order Granting Motion for Leave of Court to File an Over Length Memorandum of Law in Support of their Emergency Ex Parte Motion for Statutory Restraining Order; Emergency Ex Parte Motion for Statutory Restraining Order; Certification of JonMarc P. Buffa in Support of Motion for Emergency Ex Parte Motion for Statutory Restraining Order; Emergency Ex Parte Memorandum of Law in Support of their Emergency Motion for a Statutory Restraining Order; Appendix to Emergency Ex Parte Memorandum of Law in Support of Their Emergency Motion for a Statutory Restraining Order; Proposed Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief; Bench Memorandum; Supplemental Index; and Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief at 224 Conway Avenue, Los Angeles, California 90024, by serving Foncha Batashvili, wife of Simon Batashvili, a person of suitable age and discretion, who stated that he/she resides therein with Simon Batashvili.

Foncha Batashvili is described herein as:

Gender: Female   Race/Skin: White   Age: 40+   Weight: 110   Height: 5'3"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

_____9/28/20_____                                  _____[signature]_____
Executed On                                                 Carlos Canas

Client Ref Number:N/A
Job #: 1581741

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050