IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br>Defendants,<br><br>TOWER EQUITY, LLC,<br><br>Relief Defendant. | CIVIL ACTION NO.<br>3:20-CV-2910-L |

## ORDER FOR "SHOW CAUSE" HEARING

On this date, the Court considered the Receiver's Emergency Motion for Show Cause Hearing to Hold Defendants Asher and Batashvili in Civil Contempt, together with all supporting evidence. The Court accordingly orders as follows:

On _____ at _____, \_.m., Defendants Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Ashe and Simon Batashvili are each ordered to appear at _____, and show just cause why they should not be held in civil contempt and incarcerated until such time as they comply with the terms of the Court's orders.

So Ordered.

Signed this _____ day of October, 2020

_____
UNITED STATES DISTRICT COURT JUDGE