IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al. | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:20-CV-2910-L |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | § § § § § § § | |
| Defendants, | § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § | |

**ORDER FOR "SHOW CAUSE" HEARING**

On this date, the Court considered the *Receiver's Emergency Motion for Show Cause Hearing to Hold Defendant Lucas Asher in Civil Contempt*, together with all supporting evidence. The Court accordingly orders as follows:

On _____ at _____, \_.m., Defendant Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher is ordered to appear in Courtroom 1546 of the United States District Court for the Northern District of Texas, 1100 Commerce Street, Dallas, Texas 75242 and show just cause why he should not be held in civil contempt for violating the Court's *Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and*

*Other Equitable Relief* and incarcerated until such time as he complies with the terms of the Court's order.

    So Ordered.


Signed this _____ day of November, 2020


    _____
    UNITED STATES DISTRICT COURT JUDGE