**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION**, *et al.* | § § § |
| Plaintiffs, | § § |
| v. | § § |
| **TMTE, INC. a/k/a Metals.com; CHASE METALS, INC.; CHASE METALS, LLC; BARRICK CAPITAL, INC.; LUCAS THOMAS ERB a/k/a Lucas Asher a/k/a Luke Asher; and SIMON BATASHVILI,** | § § § § § § § |
| Defendants, | § § § |
| **TOWER EQUITY, LLC,** | § § § |
| Relief Defendant. | § |

Civil Action No. **3:20-CV-2910-L**

## <u>ORDER</u>

Before the court is the Receiver Kelly M. Crawford's ("Receiver") Emergency Motion for "Show Cause" Hearing to Hold Defendant Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher ("Asher") in Civil Contempt ("Motion") (Doc. 195), filed November 23, 2020.   The court determines that the motion should be, and is hereby, **granted**. Accordingly, the court sets a hearing for **December 4, 2020**, immediately following the hearing on December 4, 2020 at 9:00 a.m. regarding the Show Cause hearing for Google LLC in this case, in the undersigned's courtroom. Asher's deadline to respond to this motion is **December 1, 2020**.

In the meantime, the court strongly encourages the parties and all other persons or entities who are immediately affected by the court's Statutory Restraining Orders (Docs. 164 & 165) to confer and attempt to resolve the outstanding issues that are the subject of the Motion.

**Order – Page 1**

**It is so ordered** this 24th day of November, 2020.

Sam A. Lindsay
United States District Judge