IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:20-CV-2910-L |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | § § § § § § § | |
| Defendants, | § § | |
| TOWER EQUITY, LLC, | § § § | |
| Relief Defendant. | § § | |

**RECEIVER'S UNOPPOSED MOTION FOR CONTINUANCE OF HEARING FOR EMERGENCY "SHOW CAUSE" MOTION TO HOLD GOOGLE, INC. IN CIVIL CONTEMPT**

COMES NOW, Kelly M. Crawford ("Receiver") and respectfully requests that the Court continue its hearing set for December 4, 2020 at 9:00 am on Receiver's Emergency Motion Show Cause Motion to hold Google, Inc. ("Google") in Civil Contempt, and in support respectfully show the Court as follows:

1.  On November 6, 2020, Receiver filed an Emergency Motion for Show Cause Hearing to hold Google in Civil Contempt (the "Show Cause Motion"). (Dkt. 180.)

1

2. On November 10, 2020, the Court entered an Order setting the Show Cause Motion for Hearing on December 4, 2020 at 9:00 am. (Dkt. 183.)

3. In the intervening time, Receiver obtained access to the Tower Equity Domain Google Suite from the Defendants without Google providing the Receiver the information required to gain access.

4. Receiver is in the process of reviewing these files to ensure that no files have been deleted since demand was made upon Google for access to them and, as such, respectfully requests a continuance of the Court's Hearing on the Show Cause Motion to any date falling after January 2, 2021.

WHEREFORE, PREMISES CONSIDERED, Receiver Kelly M. Crawford respectfully request continuance of the hearing scheduled for December 4, 2020 at 9:00 am to any date and time after January 2, 2021, and such other and further relief to which they may show themselves entitled.

Respectfully submitted

**SCHEEF & STONE, L.L.P.**

*/s/ James Stafford, III*

James Stafford, III
Texas State Bar No. 24066974
James.Stafford@solidcounsel.com
Peter Lewis
Texas State Bar No. 12302100

500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214.706.4200
Telecopier: 214.706.4242

**ATTORNEYS FOR RECEIVER
KELLY M. CRAWFORD**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on December 2, 2020 this Motion was provided to Hayden Schottlaender, counsel for Google, Inc. and Mr. Schottlaender informed me that he is unopposed to the relief sought.

*/s/ James Stafford, III*
James Stafford, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2020 I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ James Stafford, III*
James Stafford, III