AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

COMMODITY FUTURES TRANDING, et al

V.

TMTE INC, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:20-CV-2910-L

| PRESIDING JUDGE<br>Sam A. Lindsay | PLAINTIFF'S ATTORNEY<br>JonMarc Buffa | DEFENDANT'S ATTORNEY<br>Arnold Augur Spencer |
|---|---|---|
| TRIAL DATE (S)<br>December 4, 2020 - Show Cause hrg | COURT REPORTER<br>Charyse Crawford | COURTROOM DEPUTY<br>Tannica Stewart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/4/2020 | | | |
| | | Receiver Exhs 1-4<br><br>Defendant's Exh 1 | | | |
| | | | | | |
| | | | | | |

Page 1 of 1 Pages