IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al,*.<br><br>         Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a Metals.com; CHASE METALS, INC.; CHASE METALS, LLC; BARRICK CAPITAL, INC.; LUCAS THOMAS ERB a/k/a Lucas Asher a/k/a Luke Asher; and SIMON BATASHVILI,<br><br>         Defendants,<br><br>TOWER EQUITY, LLC,<br><br>         Relief Defendant. | Civil Action No. **3:20-CV-2910-L** |

## ORDER

As stated in open court on December 4, 2020, the court **sets** the final hearing of the Receiver Kelly M. Crawford's ("Receiver") Emergency Motion for "Show Cause" Hearing to Hold Defendant Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher ("Asher") in Civil Contempt ("Motion") (Doc. 195) for **Wednesday, December 16, 2020, at 9:00 a.m.** Further, after review of the applicable law and transcript, the court determines that Ms. Athena Hunter's deposition is unnecessary for it to rule on the Motion.

Consistent with its previous position, *the court **orders** Mr. Asher to attend the hearing in person, which is set for December 16, 2020. If Mr. Asher fails to be present physically at the hearing, the court will issue a warrant for his arrest and impose legally permissible sanctions against him.*

**Order – Page 1**

**It is so ordered** this 11th day of December, 2020.

                                               Sam A. Lindsay
                                               United States District Judge