**OFFICE PROPERTY INVENTORY**

All office property located on the premises leased by the Defendants in Suites 700 and 742 and in storage at 8383 Wilshire Blvd, Beverly Hills, California as generally described as follows:

1. 150 Apple I-Mac I-7s[1];
2. 37 PC Monitors;
3. 18 75" Sceptre flatscreen TVs;
4. 54 surge protector towers;
5. 245 Herman Miller chairs;
6. 72 "Sunline" Workstations;
7. 20 yellow rolling chairs;
8. 1 large conference room table;
9. 8 mustard conference room chairs;
10. 3 laptop computers[2];
11. KitchenAid Refrigerator;
12. Microwave oven;
13. Office supplies;
14. 1 soundproof mobile unit;
15. Drinks and snacks;
16. Approximately 25 filing cabinets;
17. 2 "Cyclone" 3000 2SPD Portable AC Units;
18. 2 large desks;
19. 1 small safe;
20. 15 mini-refrigerators;
21. 1 Dishwasher;
22. 3 coffee makers;
23. 6 bar stools;
24. 2 ice makers;
25. 18 stackable wire baskets;
26. 2 large bulletin boards;
27. Whiteboards;
28. Rolls RM 424 Four Zone Mixer;
29. NVR Network Video Recorder (4K) and Cameras;
30. 3 – 48 port Switches;
31. Jam board; and
32. Money machine[3]

---

[1] The computers will be wiped by the Receiver before delivery to the buyer.
[2] All data on the laptop computers will be removed by the Receiver before delivery to the buyer.
[3] The money machine will remain in the possession of the Receiver and will not be delivered to the buyer until the conclusion of the lawsuit against all defendants and relief defendant.

EXHIBIT A