# EXHIBIT A



Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201

**SCHEEF & STONE**
SOLID COUNSEL

## INVOICE

Kelly Crawford Receivership – Metals.co

Statement Date: 12/21/2020
Account No. 16125.101
Invoice No. 1008520

Matter 101 - Receiver

| Date | | Description | Hours |
|---|---|---|---|
| 10/26/2020 | KMC | Attend to investor calls and emails; conference with P. Lewis regarding filing notice of withdrawal of motion for contempt; prepare email to Bayside Metals regarding proposed agreement for return of monies; telephone conference with Signature Bank regarding freeze order; conference with P. Lewis and J. Stafford regarding google's refusal to turn over passwords; communicate with California counsel regarding filing notice of stay in federal case; telephone conference with JonMarc regarding investor call; conference with P. Lewis regarding motion to establish procedures for receivership; telephone conference with Simon's wife regarding personal property to be turned over; review inventory of personal property; prepare declaration for Simon's wife to sign regarding her personal property. | 4.00 |
| 10/27/2020 | KMC | Telephone conference with Alabama securities personnel and CFTC regarding entities and employees; review and revise proposed Order regarding procedures in receivership; review and revise proposed Motion regarding procedures in receivership; attend to investor calls or emails; make arrangements for seizing Simon's property; conference with P. Lewis and J. Stafford regarding Google consents and obtaining information from Google to access cloud; communicate with Travelers regarding bond; work on filing Notices of Lis Pendens as to all Philadelphia properties. | 4.00 |
| 10/28/2020 | KMC | Travel from Dallas to Los Angeles ( 4.00 hrs - No Charge); supervise removal of personal property from Simon Batashvili's residence and placement into storage; visit ▇▇▇▇ regarding ▇▇▇▇▇▇▇▇ and conference with Chase branch manager regarding same; telephone conference with CFTC regarding areas of inquiry for asset deposition. | 4.00 |
| 10/29/2020 | KMC | Review inventory at 8383 Wilshire and meet with prospective purchasers of inventory; conference with J. Brandlin regarding same; conference with Wyatt regarding recovery fees for Ferrari; go to ▇▇▇▇▇▇▇ used by ▇▇▇▇ and interview ▇▇▇ at office address regarding Defendants; telephone conference with attorney for Bayside metals regarding possible settlement; authorize release of metals from Bayside metals to investor Julie | |



Kelly Crawford Receivership – Metals.com                                        12/21/2020
                                                                   Account No:  16125-101
                                                                   Invoice No:   1008520

Matter 101 - Receiver

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                              | Hours |
|------------|-----|--------|------|
|            |     | Charter; travel from Los Angeles to Dallas (4.00 hrs - No Charge).                                                                                                                                                                                                                                                                                                                                                                                      | 4.00 |
| 10/30/2020 | KMC | Telephone conferences with CFTC regarding asset depositions of Simon and Lucas; telephone conference with Arnold regarding logistics of depositions of Simon and Lucas; attend to responding to investor emails and investor calls; telephone conference with ▇▇▇ regarding ▇▇▇▇▇▇▇▇▇▇▇; conference with P. Lewis regarding pending contracts of sale of real properties and obtaining copies of contracts, and regarding seeking reimbursement of expenses from leasing company related to Ferrari; telephone conference with J. Stafford regarding Google turning over access. | 2.50 |
| 10/31/2020 | KMC | Work on Initial Report; review email regarding Google turning over access and communicate with J. Stafford regarding same; telephone conference with P. Lewis regarding obtaining copies of pending contracts of sale for properties in Philadelphia. | 5.00 |
| 11/01/2020 | KMC | Continue working on Initial Report. | 1.50 |
| 11/02/2020 | KMC | Attend to investor calls; collection of investor information; investor emails; and conference with L. Sanderson regarding same; conference with P. Lewis regarding call with broker handling real properties in Philadelphia; work on preparing for asset depositions of Asher and Simon. | 2.75 |
| 11/03/2020 | KMC | Prepare for depositions of Asher and Batashvali; telephone conference with CFTC regarding same; prepare exhibits for depositions and send to court reporter; send confirmed exhibits to all parties; work on Initial Report; identify ▇▇▇▇▇▇▇▇▇▇ with freeze letter; conference with W. Young regarding Tri-Net not cooperating in turnover of funds; conference with paralegal regarding investor database; attend to investor calls and emails. | 6.00 |
| 11/04/2020 | KMC | Prepare for deposition of Simon Batashvili; take deposition of Simon Batashvili. | 6.50 |
| 11/05/2020 | KMC | Take deposition of Lucas Asher. | 6.50 |
| 11/06/2020 | KMC | Attend to investor calls and emails; revise Initial Report based on information learned during depositions of Asher and Batashvili; conference with attorneys regarding need to file show cause motion against Google for its continued failure to provide access; review and revise motion for show cause; review and revise and execute declaration in support of motion for show cause; review and revise proposed Order. | 3.75 |
| 11/10/2020 | KMC | Finalize Receiver's Initial Report and file with the Court; telephone conferences with ▇▇▇▇▇▇▇ regarding monies frozen and to be returned to Receiver; conference with attorneys regarding Motion for Show Cause Order against Google and getting access to cloud platforms for documents; attend to investor calls and emails; finalize declaration for Fainche MacCarthy regarding personal property; prepare declaration for Fainche MacCarthy for jewelry; communicate with F. MacCarthy regarding same. | 4.00 |
| 11/11/2020 | KMC | Identify additional target to send freeze order to; prepare letter to new custodian for SDIRA; communicate with J. Stafford regarding gaining access | |

Kelly Crawford Receivership – Metals.com

Matter 101 - Receiver

|  |  |  | 12/21/2020 |
|--|--|--|--|
|  |  | Account No: | 16125-101 |
|  |  | Invoice No: | 1008520 |

|  |  |  | Hours |  |
|--|--|--|--|--|
|  |  | to Salesforce; communicate with J. Stafford regarding status of gaining access to google and google reaction to show cause motion; prepare list of ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ and circulate to team; communicate with investors; prepare letter to CNA requesting copies of policies insuring defendants; conference with M. Simon regarding unemployment claims being filed by former employees. | 5.00 |  |
| 11/12/2020 | KMC | Review mail; discover Bank of America statement; telephone conference with BOA regarding same; prepare letter to BOA regarding same; conferences with P. Lewis and J. Stafford regarding google and review and revise response to email from google attorney; investigate investment in Morgan Stanley building and prepare letter to limited partnership regarding same; prepare letter to ▓▓▓▓▓▓▓▓▓▓▓▓▓ demanding records; attend to investor calls and emails; prepare declaration regarding inventory of items taken from Simon Batashvili home and send to Fainche MacCarthy; revise and execute agreement with Luxury Leasing regarding turnover of Ferrari and Range Rover and reimbursement of expenses. | 6.00 |  |
| 11/13/2020 | KMC | Prepare letter to ▓▓▓▓ sending orders and asking for statements; prepare letter to ▓▓▓▓▓ sending orders and asking for statements; prepare letter to Dillon Gage Precious Metals sending orders and asking for statements; telephone conference with Beau from Alabama Securities Commission regarding consent orders; conference with J. Stafford regarding same; receive and review arbitration demand and conference with J. Stafford regarding filing notice of stay; review Bayside Metals spreadsheet to determine strategy for pending transactions - review prices of gold and silver; begin work on motion to establish claims procedures; begin work on proof of claim form, public notice to claimants, and notice to claimants to accompany proof of claim form; prepare letter to brokers/closers enclosing orders and demanding turnover of records and documents regarding their compensation. | 5.25 |  |
| 11/14/2020 | KMC | Prepare Receiver's First Fee Application. | 3.00 | n/c |
| 11/16/2020 | KMC | Communicate with BOA on status of USA Accounts; obtain account information and communicate with CFTC regarding same; telephone conference with CFTC regarding documents that identify investors and claims process; conference with paralegal regarding same; work on transferring Spotify stock to receivership; attend to letters to brokers enclosing SRO and demanding production of documents; review Bayside Metals summary of pending transactions and communicate with attorney for Bayside Metals regarding same; investigate value of paintings in office; communicate with group interested in buying contents of office. | 3.00 |  |
| 11/17/2020 | KMC | Telephone conference with J. Stafford and P. Lewis regarding google refusal to provide access, legal arguments, and formulate response to include in brief in support of motion for show cause; telephone conference with CFTC regarding contempt issues arising out of transfer of funds out of USA Accounts, Inc.; communicate with BOA regarding same; telephone conference with C. Thomas to retain him for representation in dispute with BOA; work on liquidation of office contents and conference with P. Lewis regarding ▓▓▓▓ ▓▓▓▓▓▓▓ | 3.50 |  |

Case 3:20-cv-02910-L   Document 220-1   Filed 02/03/21   Page 5 of 10   PageID 3081

Kelly Crawford Receivership – Metals.com

12/21/2020
Account No: 16125-101
Invoice No: 1008520

Matter 101 - Receiver

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/18/2020 | KMC | Multiple communications with BOA seeking wire transfer backup; obtain backup and send to CFTC; telephone conference with CFTC regarding contempt of Lucas Asher in transferring monies from BOA account; communicate with Robinhood regarding investment of Simon and turning over funds to receivership; communicate with Merrill Lynch regarding status of Spotify stock in account; review transcript of deposition of Simon Batashvaili regarding ▓▓▓▓▓; conference with P. Lewis regarding strategy for ▓▓▓▓▓; communicate with Arnold Spencer about meet and confer; conference with J. Stafford and P. Lewis regarding obtaining access from google and their request for a subpoena. | 5.00 |
| 11/19/2020 | KMC | Conference with P. Lewis regarding objection to motions to establish procedures; review and revise email to lessor of Wilshire building regarding lease issues; communicate with J. Stafford regarding gaining access to Intuit quickbooks; prepare letter to Randall Kohn demanding return of monies received from USA Accounts after SRO was entered; conference with C. Thomas regarding demand letter to BOA and provide him with relevant information; telephone conference with CFTC and States representatives regarding intent to file show cause motion against Lucas Asher for transferring monies out of account after SRO was entered; telephone conference with Arnold Spencer regarding same and provide deadline for Asher to send monies to receivership equal to amount unlawfully transferred; revise and finalize First Fee Application and send to CFTC and to Defendants for purposes of conferencing(1.00 hr - No Charge); prepare letter to ▓▓▓▓▓, closer, sending him SRO and making demand for turnover of documents. | 5.00 |
| 11/20/2020 | KMC | Prepare Declaration in Support of Emergency Show Cause Motion against Defendant Lucas Asher; prepare exhibits for declaration; prepare proposed Order for Motion and send to CFTC; revise and finalize First Fee Application and file with the Court with proposed Order (.50 hr No Charge); telephone conference with Beau from Alabama Securities Commission regarding Consent Order; telephone conference with attorney for investor regarding claims process; conference with paralegal regarding Asher deposition transcript and ▓▓▓▓▓; email communication with counsel for Pacific Premier Bank regarding applicability of SRO to monies in account; call to Signature Bank regarding status of turnover of funds; conference with P. Lewis regarding reply to objection to motion establishing procedures for receivership. | 3.50 |
| 11/21/2020 | KMC | Receive and respond to communication from Arnold Spencer giving Asher's excuse for transferring monies in violation of the SRO; prepare Motion for Show Cause Hearing to Hold Lucas Asher in Contempt. | 4.50 |
| 11/22/2020 | KMC | Work on Motion for Emergency Show Cause Hearing to Hold Asher in Civil Contempt and Brief in Support. | 3.00 |
| 11/23/2020 | KMC | Continue working on Motion and Brief in Support for Show Cause Hearing to Hold Lucas Asher in Civil Contempt; gather additional evidence to support Motion; revise Declaration in support of Motion to add exhibits; prepare Appendix in support of Motion; finalize pleadings and have filed with the Court; telephone conference with Randall Kohn about intent to return monies | |

Case 3:20-cv-02910-L   Document 220-1   Filed 02/03/21   Page 6 of 10   PageID 3082

Kelly Crawford Receivership – Metals.com

12/21/2020
Account No: 16125-101
Invoice No: 1008520

Matter 101 - Receiver

| Date | | Description | Hours |
|---|---|---|---|
| | | received from Asher after SRO; telephone conference with CFTC regarding same; prepare email to CFTC regarding same; send wire instructions to Kohn; conference with T. Gomersall regarding investors; conference with paralegal regarding database for investors; telephone conference with C. Thomas regarding call from BOA attorney. | 6.00 |
| 11/24/2020 | KMC | Review Brief in Support of Motion for Contempt filed by Plaintiffs; telephone conference with P. Lewis, J. Stafford, and Priya to discuss response to Google's continued refusal to turnover access to googlesuites; telephone conference with Randall Kohn regarding turnover of $250,000 ███████████ ███████████, prepare demand letter to turn over $300,000 received after SRO was entered; inform A. Spencer of receipt of $250,000 from Kohn and repeat demand for turn over of $300,000; investigate ██████ ████████████████████, communicate with CFTC regarding same; provide additional information to Paypal and Venmo regarding defendants; telephone conference with Signature Bank about turnover of frozen funds. | 5.00 |
| 11/25/2020 | KMC | Obtain medallion signature on stock transfer document for Spotify stock; prepare letter to Computershare regarding transfer of Spotify stock to receiver; telephone conference with P. Lewis regarding ████████████ ████████████████████; legal research for google issues and legal research regarding ███████████████████████████; communicate with P. Lewis regarding same; communicate with PayPayl regarding turnover of funds and statements; telephone conference with R. Foelber regarding contempt hearing; send email to Arnold Spencer directing Lucas Asher to follow steps for resetting password with Google. | 4.00 |
| 11/28/2020 | KMC | Respond to investor emails; review message from attorney for recipient of monies from Bank of America and communicate with C. Thomas regarding response. | 0.25 |
| 11/30/2020 | KMC | Telephone conference with CFTC regarding Asher contempt hearing; conference with P. Lewis and J. Stafford regarding Google contempt motion and strategy; communicate with process server regarding █████████████ ██████████████; telephone conference with investor; communicate with Bayside Metals regarding metals on deposit for receivership entities; receive checks from Signature Bank and deposit into receivership account; telephone conference with attorneys representing David Breeden, broker regarding claim for return of commissions. | 3.50 |
| 12/01/2020 | KMC | Communicate with counsel for Asher about gaining access to google; conference with P. Lewis and J. Stafford regarding same and strategy for contempt hearing; telephone conference with process server regarding ████████████████████████████████, telephone conference with CFTC regarding contempt hearing strategy, bayside metals, and claims process; investigate status of metals held by bayside for two investors; work on getting video clips for contempt hearing; receive and review response to contempt motion filed by Arnold Spencer; telephone conference with D. Roosien about potential representation of Athena Hunter. | 4.50 |
| 12/02/2020 | KMC | Conference with P. Lewis regarding strategy for contempt hearing; telephone conference with court clerk regarding Asher's availability for hearing; issue | |

Kelly Crawford Receivership – Metals.com

Matter 101 - Receiver

12/21/2020
Account No: 16125-101
Invoice No: 1008520

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | check to Arnold Spencer for travel expenses for Asher and communicate with Arnold Spencer regarding same; review and revise motion for continuance of google contempt motion; view video clips fom deposition in preparation for hearing; telephone conference with CFTC and States regarding contempt hearing; telephone conference with C. Thomas regarding BOA freezing account in name of ▓▓▓; investigate ownership of ▓▓▓ and send information to C. Thomas to support freeze on account; investigate ownership and control of ▓▓▓ and ▓▓▓. | 6.00 |
| 12/03/2020 | KMC | Prepare for contempt hearing; numerous communications with CFTC; conferences with P. Lewis regarding same; prepare direct examination of receiver; gather exhibits; communicate with State of Texas regarding cease and desist order and calls from Athena Hunter to investor. | 5.00 |
| 12/04/2020 | KMC | Prepare for and attend contempt hearing; telephone conference with CFTC regarding same and strategy; communicate with C. Thomas regarding BOA turning over monies to receivership. | 8.50 |
| 12/07/2020 | KMC | Telephone conference with CFTC regarding deposition of Athena Hunter and strategy for continued contempt motion; telephone conference with A. Spencer regarding contempt motion; telephone conference with C. Thomas regarding status of BOA turnover of funds; receive and begin review of bank statements from Wells Fargo; revise Notice of Deposition for Athena Hunter and prepare duces tecum to include in deposition notice; prepare exhibits for deposition and send to counsel for Athena Hunter; ▓▓▓ conference with P. Lewis regarding status of Order authorizing procedures for receivership and vacating office space at 8383 Wilshire; ▓▓▓ regarding entities owned or controlled by Defendants known to receiver; communicate with investors regarding receivership. | 5.00 |
| 12/08/2020 | KMC | Numerous communications with A. Spencer and with CFTC regarding resolving contempt against Asher; prepare proposed Agreed Order Holding Asher in Contempt; communicate with counsel for Athena Hunter regarding her deposition; communicate with counsel for Talent Writers regarding wiring funds to receivership account; communicate with all counsel regarding intent to move forward with deposition of Athena Hunter unless monies are returned and there is an Agreed Order signed by Asher; prepare for Hunter deposition and gather additional evidence regarding USA Accounts, Inc. ▓▓▓ | 5.50 |
| 12/09/2020 | KMC | Work on contempt motion against Asher; numerous telephone conferences with A. Spencer regarding same; numerous telephone conferences with CFTC regarding same; revise proposed Agreed Order and send to A. Spencer; communicate with C. Thomas regarding status of monies at BOA; attend to investor calls; conference with P. Lewis regarding status of Order Establishing Procedures for Receivership; revise letter to Judge Lindsay tendering Exhibit 4A - transcript of calls. | 4.00 |
| 12/10/2020 | KMC | Numerous communications with A. Spencer regarding status of Order; telephone conference with CFTC regarding strategy with respect to presenting | |

|  |  |  |  | Hours |
|---|---|---|---|---|
|  |  | Order to Court; communicate with counsel regarding status of BOA payment; communicate with CFTC regarding Barrick Gold complaint about use of Barrick Capital name; conference with team handling investor calls regarding information in investor database; communicate with New Mexico regulators regarding New Mexico victims being added to database; review Manufacturer's bank documents and communicate with P. Gommersal regarding same; investigate▮▮▮▮ and ▮▮▮▮; work on sales of personal property. |  | 3.50 |
| 12/11/2020 | KMC | Prepare letter to Bayside Metals making request for production of documents; telephone conference with FBI; telephone conferences with CFTC regarding status of contempt motion against Asher; receive and review list of accounts provided by Arnold Spencer and communicate with A. Spencer regarding same; respond to CFTC inquiry about status of contempt proceedings; conference with counsel regarding status of BOA turning over monies to receivership; receive some bank records from BOA; review same and send to J. Brandlin; communicate with J. Brandlin regarding forensic accounting scope; conference with P. Lewis regarding call with attorney for Fainche Batashvili; conference with P. Lewis regarding vacating lease premises and sale of inventory. |  | 4.25 |
| 12/14/2020 | KMC | Telephone conference with R. Foelber regarding proposed amendment to Agreed Order received from A. Spencer; revise Agreed Order and send to A. Spencer; obtain Order and have submitted to the Court for consideration; telephone conference with attorney for D. Bleeden regarding document production and potential settlement of claim to recover commissions; receive and review document production from D. Bleeden; communicate with J. Rolls regarding solicitation of bids for purchase of inventory of office; conference with P. Lewis regarding Fainche turning over gold jewelry; receive check from BOA as remainder of funds owing from improper transfer by Asher; prepare questionnaire to send to investors. |  | 4.25 |
| 12/15/2020 | KMC | Conference with P. Lewis regarding Court requesting motion for entry of order and continuance; prepare motion for entry of order and continuance and prepare proposed order regarding same and have filed with the court; communicate with parties regarding entry of order and vacating of hearing; receive and review email from Bayside attorney▮▮▮▮; communicate with investors; telephone conference with J. Brandlin regarding access to records and focus of forensic accounting; communicate with J. Rolls regarding inspection of inventory at office for solicitation of bids; communicate with W. Young regarding appraiser of personal property to be sold; review proposed Stipulation of Injunction to file in Colorado Securities Action and add footnote to same; communicate with J. Stafford regarding same. |  | 3.00 |
| 12/16/2020 | KMC | Telephone conference with investor; telephone conference with attorney for Bayside Metals. |  | 0.50 |
| 12/17/2020 | KMC | Finalize questionnaire to send to investors; prepare letter to investors; conference with paralegal regarding mailing of questionnaire and input of information on spreadsheet from questionnaire for purposes of calculating allowed claim; communicate with Bayside and with investor L. Ball regarding options between receiving metals of liquidation value of coins; telephone |  |  |

Kelly Crawford Receivership – Metals.com

                                                    12/21/2020
                                      Account No:    16125-101
                                      Invoice No:      1008520

Matter 101 - Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | conference ▇▇▇▇▇▇, telephone conference with attorney for Bayside regarding checks made payable to Eugene Fogel and regarding payment of monies to investors from liquidation of coins. | 3.00 |  |
| 12/18/2020 | KMC | Prepare email to C. Thomas with request of BOA to produce documents regarding Talent Writers account and cite provisions under Orders that require production; telephone conference with C. Thomas regarding same; prepare email to C. Thomas with request for BOA to produce remaining documents for closed accounts; prepare letter to General Counsel of Computershare regarding transfer of Spotify stock for liquidation; communicate with Capital Bank regarding status of production; receive and review bid for purchase of inventory; conference with paralegal regarding questionnaire to investors; telephone conference with representative of elderly investor; communicate with investor choosing to receive metals from Bayside Metals and communicate with Bayside Metals regarding same; conference with J. Brandlin regarding quickbooks and bank records accounting. | 3.00 |  |
| 12/21/2020 | KMC | Review bank records of Talent Writers, LLC and send to CFTC; telephone conference with investors regarding Tower Equity note investment. | 0.75 |  |
|  |  | For Current Services Rendered | 177.75 | 69,322.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 177.75 | $390.00 | $69,322.50 |

| 09/26/2020 | DFW Airport Parking Expense (314) Kelly Crawford | 96.00 |
|---|---|---|
| 10/19/2020 | Airfare Expense - AMERICAN AIRLINES DFW to LAX for KMC (KMC Firm CC) | 692.20 |
| 10/30/2020 | Lodging Expenses for KMC /MARRIOTT (KMC Firm CC) | 230.24 |
| 11/25/2020 | Kelly Crawford Business Meals allowance - Per Diem | 66.00 |
| 12/18/2020 | Postage | 39.00 |
|  | Total Expenses | 1,123.44 |
|  | Total Current Services and Expenses | 70,445.94 |
|  | Previous Balance | $49,582.21 |
| 11/22/2020 | Cost payment - thank you - check 1005 | -1,807.21 |
| 11/22/2020 | Fee payment - thank you - check 1004 | -38,220.00 |
|  | Total Payments | -40,027.21 |
|  | Balance Due | $80,000.94 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 9,555.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Kelly Crawford Receivership – Metals.com

12/21/2020
Account No: 16125-101
Invoice No: 1008520

Matter 101 - Receiver

TERMS: Due and Payable Upon Receipt