IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.* | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:20-CV-2910-L |
| v. | § § | |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | § § § § § § | |
| Defendants, | § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § | |

**RECEIVER'S NOTICE OF INTENDED SALE OF
AUTOMOBILES BY PRIVATE SALE**

In accordance with the *Consent Order Governing the Administration of the Receivership, Procedures Governing the Sale or Abandonment of Personal Property, Notice of Intended Sale, Disposition of Various Items and Fee Application Procedures (*the "Order") entered on December 9, 2020 [Docket No. 213], the Receiver Kelly Crawford hereby gives notice of the intended private sale of two automobiles, as set forth herein.

1. The *Order* authorizes the Receiver to sell certain property by private sale, provided that notice of the terms of the proposed sale are filed with the Court at least seven days before transferring title or possession of the property. *Order,* ¶1c. If during this seven day period the

1

Receiver does not obtain bids exceeding 10% of the proposed sale price, the Receiver can proceed with the sale.

2.  The Receiver took possession of a 2016 Mercedes-Benz G63 described on Exhibit A attached hereto (the "Mercedes"), and a 2020 Ford Mustang described on Exhibit B attached hereto (the "Mustang").

3.  The Receiver retained Mountain Motors of Santa Clarita, California 91321 to market and sell the Mercedes and Mustang. Mountain Motors charges a commission of 15% of the sales price.

## SALE OF THE MERCEDES

4.  Mountain Motors inspected the Mercedes and determined that the Mercedes needs repairs estimated at $9,020[1]. *See Exhibit A.* The Kelley Blue Book value of the Mercedes is $80,724. Mountain Motors solicited bids from North Hollywood Toyota, Jonathan Genish, K&J Auto Exchange, National Fleet Wholesale, Ernesto Garnica, Wheels Unlimited, William Landrum, and Brant Bostor to purchase the Mercedes.

5.  K&J Auto Exchange 84883, 8048 Haskell Avenue, Van Nuys, California 91406 ("K&J Auto Exchange") offered to purchase the Mercedes for $75,000. This offer was the highest offer received by the Receiver, and the Receiver determined that accepting the offer from this purchaser would be in the best interest of the receivership. The purchaser has no relationship to any of the parties, the Receiver, attorneys, or investors in this case. Based on the foregoing, in seven days, provided an offer exceeding the offer of $75,000 by 10% is not received by the Receiver, the Receiver intends to sell the Mercedes to K&J Auto Exchange on an "As-Is" basis for $75,000. From this amount, the Receiver will pay the lien on the Mercedes held by Lentegrity

---

[1] Mountain Motors also obtained the fog permit for the Mercedes as required in order to transfer title.

in the amount of $50,737.58[2], resulting in a net of $24,262.42 to the receivership. From this net to the receivership, the Receiver will pay Mountain Motors a commission of 15% or $3,639. The receivership will realize $20,623.42 from the sale of the Mercedes.

### 6. SALE OF THE MUSTANG

7. Mountain Motors inspected the Mustang and determined that it needs repairs estimated at $1,270, as shown on Exhibit B. The Kelley Blue Book value of the Mustang is $83,072. Mountain Motors solicited bids from North Hollywood Toyota, Jonathan Genish, K&J Auto Exchange, National Fleet Wholesale, Ernesto Garnica, Wheels Unlimited, William Landrum, and Brant Bostor to purchase the Mustang.

8. National Fleet Wholesale 52932, 22311 Ventura Blvd., Suite 122, Woodland Hills, California 91364 offered to purchase the Mustang for $72,500. This offer was the highest offer received by the Receiver, and the Receiver determined that accepting the offer from this purchaser would be in the best interest of the receivership. The purchaser has no relationship to any of the parties, the Receiver, attorneys, or investors in this case. Based on the foregoing, in seven days, provided an offer exceeding the offer of $72,500 by 10% is not received by the Receiver, the Receiver intends to sell the Mustang to National Fleet Wholesale on an "As-Is" basis for $72,500. From this amount, the Receiver will pay Mountain Motors a 15% commission of $10,875, resulting in a net payment to the receivership of $61,625. The Mustang is owned free and clear of liens so the receivership will realize $61,625 from the sale of the Mustang.

9. This notice of the intended sale of the Automobiles has also been posted on the website maintained by the Receiver at www.metalsandbarrickcapitalreceivership.com.

---

[2] Interest will continue to accrue on the loan and increase the payoff figure until the car is sold and the lien is paid.

Respectfully submitted

**SCHEEF & STONE, L.L.P.**

*/s/ Peter Lewis*

Peter Lewis
Texas State Bar No. 12302100

500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214.706.4200
Telecopier: 214.706.4242

**ATTORNEYS FOR RECEIVER
KELLY M. CRAWFORD**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2021 I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Kelly Crawford*
Kelly Crawford



**MOUNTAIN MOTORS**

24116 Newhall Ave
Santa Clarita, Ca 91321
1-661-288-2277

## INSPECTION REPORT

**Member Name:** 252454   **Account #:** 252454   **NOI:** 12/23/2020

**2016 MERCEDES-BENZ G63**   **STOCK #:** 2454   **COLOR:** FLAT BLACK (WRAP)   **INTERIOR:** BLACK   **ODO:** 25693

**VIN:** WDCYC7DF7GX252454   **LIC:** R883F0   **STATE:** CA   **# OF KEYS:** 1

### VEHICLE EQUIPMENT

- ABS (4-Wheel): ✓
- Air Conditioning: ✓
- AM/FM Stereo: ✓
- Anti-Theft System: ✓
- Backup Camera: ✓
- Bluetooth Wireless: ✓
- CD/MP3 (Multi Disc): ✓
- Cruise Control: ✓
- Dual Power Seats: ✓
- Engine: V8, TWIN TURBO, 5.5 LITER
- Heated Seats: ✓
- Keyless Entry: ✓
- Leather: ✓
- Moon-Roof: ✓
- Navigation System: ✓
- Oversized Premium Wheels 20"+: ✓
- Power Door Locks: ✓
- Power Steering: ✓
- Power Windows: ✓
- Tilt Wheel: ✓
- Towing Pkg: ✓
- Traction Control: ✓
- Transmission: Automatic

### DESCRIPTION OF RECON

| | |
|---|---|
| DETAIL | $150.00 |
| DING REMOVAL | $75.00 |
| TOUCH UP | $45.00 |
| 4 TIRES | $1250.00 |
| REMOVE WRAP | $1000.00 |
| WHEEL AND TIRE (SPARE) | $1500.00 |
| SPARE COVER (FIBERGLASS) | $5000.00 |

**Total Estimate of Repairs**
**$9,020.00**

### ANNOUNCEMENTS

**OBDII**
ALL MONITORS CLEAR

**KBB VALUE** $80,724   **BLACKBOOK VALUE** $82,800

**BIDS**

- ☐ ORIGINAL
- ▨ PRIOR PAINT
- ■ GOOD
- ■ REPAIR / REPLACE

**CONDITION OF TIRES**

Tire 1 Replace
Tire 2 Replace
Tire 3 Replace
Tire 4 Replace



EXHIBIT A

# MOUNTAIN MOTORS

24116 Newhall Ave
Santa Clarita, Ca 91321
1-661-288-2277

## INSPECTION REPORT   Member Name: 501267     Account #: 501267     NOI: 12/22/2020

**2020 FORD MUSTANG**        STOCK #: 1267         COLOR: BLACK      INTERIOR: BLACK      ODO: 1808
VIN: 1FA6P8SJ2L5501267        LIC: N/A              STATE:            EXP: May 2021         # OF KEYS: 2

### VEHICLE EQUIPMENT

| | | | |
|---|---|---|---|
| ABS (4-Wheel): ✓ | Keyless Entry: ✓ | | |
| Air Conditioning: ✓ | Leather: ✓ | | |
| AM/FM Stereo: ✓ | Navigation System: ✓ | | |
| Anti-Theft System: ✓ | Power Door Locks: ✓ | | |
| Backup Camera: ✓ | Power Steering: ✓ | | |
| Bluetooth Wireless: ✓ | Power Windows: ✓ | | |
| CD/MP3 (Single Disc): ✓ | Premium Wheels: ✓ | | |
| Cruise Control: ✓ | Rear Spoiler: ✓ | | |
| Dual Power Seats: ✓ | Tilt Wheel: ✓ | | |
| Engine: V8, SUPERCHARGED 5.2 LITERS | Traction Control: ✓ | | |
| Heated Seats: ✓ | Transmission: Automatic | | |



### DESCRIPTION OF RECON

| | |
|---|---|
| DETAIL | $150.00 |
| DING REMOVAL | $75.00 |
| TOUCH UP | $45.00 |
| 2 tires | $1000.00 |

**Total Estimate of Repairs**
**$1,270.00**

### ANNOUNCEMENTS

OBDII 

**KBB VALUE** $83,072    **BLACKBOOK VALUE** $80,650

**BIDS**

☐ ORIGINAL
▨ PRIOR PAINT
■ GOOD
■ REPAIR / REPLACE

CONDITION OF TIRES

Tire 1 Good
Tire 2 Good
Tire 3 Good
Tire 4 Good


EXHIBIT B