IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Commodities and Futures
Treading Commission, et al.,
    Plaintiffs,

v.                                                            Case No.: 3:20-CV-2910-L

TMTE, Inc., et al.,
    Defendants

## Motion to Withdraw as Attorney of Record

Comes now Counsel for Defendants Lucas Asher and Simon Batashvili, Arnold Spencer, and pursuant to Local Civil Rule 83.12, would respectfully show the Court the following:

I recently accepted a position as General Counsel for a new, privately-held, company. Accordingly, I will be winding down my law firm and withdrawing from any cases that will require a substantial amount of my time. At this time, there are no hearings set and no deadlines for activity on the part of the Defendants. I have spoken with my clients, and they intend to identify substitute counsel promptly.

WHEREFORE, undersigned counsel requests the Court to grant this motion to withdraw from representation of Defendants Lucas Asher and Simon Batashvili in this case.

Dated: February 14, 2021

                                                          Respectfully Submitted,

                                                          _____/s_____
                                                          Arnold A. Spencer
                                                          Texas State Bar #00791709
                                                          Spencer & Associates
                                                          5949 Sherry Lane, Suite 900
                                                          Dallas, Texas 77225
                                                          214-385-8500
                                                          arnoldspencer75225@gmail.com

                                                          Counsel for Defendants
                                                          Lucas Asher and Simon Batashvili

ACKNOWLEDGED:

_____
Lucas Asher

_____
Simon Batashvili

### Certificate of Service

I, Arnold Spencer, counsel of record for Defendants Lucas Asher and Simon Batashvili, do hereby certify that I have filed the foregoing document with the Clerk of Court via the ECF system, which sent notice to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

/s
_____