IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.* <br><br> Plaintiffs, <br><br> v. <br><br> TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, <br><br> Defendants, <br><br> TOWER EQUITY, LLC, <br><br> Relief Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:20-CV-2910-L |

## ORDER GRANTING SECOND FEE APPLICATION

Before the court is the Receiver's Unopposed Second Fee Application ("Application") (Doc. 220), filed February 3, 2021. After reviewing the unopposed Application and the documents attached thereto, the court **determines** that the hourly rates for the firms listed below are reasonable; that the number of hours and services performed were reasonable and necessary for the effective representation of the Receiver in this action; and that the expenses incurred were necessary for the effective representation of Receiver.

Accordingly, the court **grants** the Application and **orders** that the Receiver is hereby authorized to pay from the Receiver Assets recovered by the Receiver as follows:

**Order Granting Second Fee Application – Page 1**

1. The sum of **$55,458** shall be paid to Kelly Crawford for his services as Receiver from October 25, 2020 through December 21, 2020.

2. The sum of **$1,123.44** shall be paid to Kelly Crawford for expenses incurred from October 25, 2020 through December 21, 2020.

3. The sum of **$109,717.57** shall be paid to Scheef & Stone, L.L.P. for its services as counsel to the Receiver from October 25, 2020 through December 21, 2020.

4. The sum of **$12,340.25** shall be paid to Scheef & Stone, L.L.P. for expenses it incurred on behalf of its representation of the Receiver from October 25, 2020 through December 21, 2020.

5. The sum of **$3,888** shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from October 25, 2020 through December 21, 2020.

6. The sum of **$39.27** shall be paid to Brown Fox, PLLC for expenses it incurred on behalf of its representation of the Receiver from October 25, 2020 through December 21, 2020.

7. The sum of **$5,210.75** shall be paid to Brandlin & Associates for its services as accountants to the Receiver from October 25, 2020 through December 21, 2020.

8. The sum of **$8,034.47** shall be paid to Brandlin & Associates for expenses it incurred on behalf of its services to the Receiver from October 25, 2020 through December 21, 2020.

Signed this 22nd day of February, 2021.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge