## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.* | § § § § | |
| Plaintiffs, | § § | |
| v . | § § | CIVIL ACTION NO. 3:20-CV-2910-L |
| TMTE, INC. a/lda METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/lda LUCAS ASHER a/lda LUKE ASHER, and SIMON BATASHVILI, | § § § § § § § | |
| Defendants, | § § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § § | |

## APPENDIX IN SUPPORT OF RECEIVER'S
## MOTION TO IDENTIFY CERTAIN ENTITIES IN RECEIVERSHIP

The Receiver submits the following Appendix in Support of the Receiver's Motion to Identify

Certain Entities in Receivership, as follows:

Exhibit A    Declaration of Receiver Kelly Crawford,                pages 4  to 9

             Exhibits attached to Declaration:

                       Exhibit 1  Email from counsel for Defendants        pages 10 to 12

                       Exhibit 2  Email from Graham Norris            pages 13 to 14

                       Exhibit 3  Transcript of Asher Deposition and

Batashvili Deposition                                  pages 15 to 46

Exhibit 4  Corporate record for Resource Financial    page 47

Exhibit 5  Corporate record for Egon Pearson          page 48

Exhibit 6  Corporate record for Retirement Insider    page 49

Exhibit 7  Corporate record for Best New, Inc.        page 50

Exhibit 8  Corporate record for Tower Estates, Inc.   page 51

Exhibit 9  Corporate record for USA Accounts, Inc.    page 52

Dated: February 25, 2021

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

By:      */s/ Peter Lewis*
         Peter Lewis
         Texas State Bar No.12302100
         Peter.lewis@solidcounsel.com

500 N. Akard Street, Suite 2700
Dallas, Texas 75201
(214) 706-4200 – Telephone
(214) 706-4242 – Telecopier

**ATTORNEY FOR RECEIVER
KELLY M. CRAWFORD**

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2020, I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

/s/ Peter Lewis
**PETER LEWIS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:20-CV-2910-L |
| TMTE, INC. a/lda METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/lda LUCAS ASHER a/lda LUKE ASHER, and SIMON BATASHVILI, | § § § § § § | |
| Defendants, | § § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § § | |

## DECLARATION OF RECEIVER KELLY M. CRAWFORD

My name is Kelly M. Crawford, I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1.      I am the Receiver appointed by this Court by an *Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief (the "SRO")* entered on September 22, 2020 in the case styled above and I have personal knowledge of each of the facts stated below.

2.      Pursuant to my duties as Receiver I have been investigating the assets owned or controlled by the Defendants and Relief Defendants to determine, among other things, if there are any affiliates or subsidiaries that they own or control that are subject to the SRO and the

DECLARATION OF RECEIVER KELLY M. CRAWFORD                              Page 1

Individuals' Consent Order and Entities' Consent Order (collectively, the "Receivership Orders").[1] This investigation includes taking two depositions of Defendant Lucas Asher, deposing Defendant Simon Batashvili, seizing documents, including corporate books and records, in the primary office of the Defendants located at 8383 Wilshire Blvd., Beverly Hills, California, having the mail addressed to the Defendants redirected to me, and obtaining information from third parties, including financial institutions.

3.      As Receiver I made demand upon the attorney for Defendants Asher and Batashvili to identify entities they owned or controlled.  Due to their failure to respond to my requests, on October 23, 2020 I filed an *Emergency Motion for "Show Cause" Hearing to Hold Defendants Asher and Batashvili in Civil Contempt* [Docket No. 175].  Soon after the Motion was filed, the attorney for Defendants Asher and Batashvili sent me an email identifying the entities the Defendants admit to owning or controlling.  A true and correct copy of the email from counsel for Defendants Asher and Batashvili dated October 25, 2020 is attached hereto as **Exhibit 1** and incorporated herein by reference.  Based on this email, Defendants Asher and Batashvili admitted to owning and controlling the following entities:

Best New, Inc.

Chasing Metals, Inc.

Delaware Wholesale, Inc.

Faulkner Music, LLC

First American Estate and Trust, LLC

---

[1] The *Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher and Simon Batashvili (the "Individuals' Consent Order")* [Docket No. 165], and the *Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants TMTE, Inc. a/k/a Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., and Relief Defendant Tower Equity, LLC (the "Entities' Consent Order")*[Docket No. 164].

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**                    **Page 2**

Merrill Gold, LLC

Prometheus Laboratories Int. Cor. (IBC)

Prometheus Laboratories Int. Corp. (PIF)

Street Invasion, Inc.

Tower Estates, Inc.

Tower Estates Holdings, Inc.

Tower Holdings, Inc.

Tower Property One, LLC

Tower Property Two, LLC

4.     In addition, the Receiver contacted Graham Norris, Esq., an attorney used by the Defendants to establish entities owned or controlled by Defendants Asher and/or Batashvili.  Mr. Graham identified for the Receiver entities owned or controlled by the Defendants.  Attached hereto as **Exhibit 2** is a true and correct copy of the email from Graham Norris, Esq. to the Receiver.  Defendant Asher also corroborated his ownership of the entities in his depositions[2]:

Access Unlimited[3]

Aqua Billboards[4]

Eagon Pearson[5]

Reagan Financial, Inc.[6]

---

[2] True and correct excerpts from the depositions of Defendant Asher and Defendant Batashvili are attached hereto as **Exhibit 3** and incorporated herein by reference. ("Asher Depo.).
[3] Asher Depo. at p. 406, lines 20-25.
[4] Asher Depo. at p. 409, lines 7-13.
[5] Asher Depo. at p. 165, lines 10-17.
[6] Asher Depo. at p. 408, lines 23-25 and p. 409, lines 1-3.

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**                                      Page 3

Retirement Insider, LLC[7]

Stuggart Industrial, Inc.[8]

TX Admin, Inc.[9]

USA Marketing, Inc.[10]

5.     During the course of their depositions, Defendants Asher and Batashvili also admitted that they owned or controlled the following entities:

Administrative Account Services, LLC[11]

Amerivise, LLC[12]

Chasing Gold[13]

Faulkner Management Corp.[14]

Federal Services, LLC[15]

First American Savings, Inc.[16]

Instribution, LLC and its successor Revo, LLC[17]

Resource Financial[18]

6.     During the course of my investigation I discovered a bank statement from Bank of America addressed to Lucas Asher for an account in the name of USA Accounts, Inc.  As part of a contempt action against Defendant Asher for transferring monies out the USA Accounts, Inc. account, Defendant Asher

---

[7] Asher Depo. at p. 159, lines 1-25.
[8] Asher Depo. at p. 161, lines 7-15.
[9] Asher Depo. at p. 168, lines 9-16; p. 409, lines 14-17.
[10] Asher Depo at p. 160, lines 3-25.
[11] Asher Depo at p. 170, lines 17-22, p. 407, lines 1-3.
[12] Asher Depo. at p. 169, lines 11-25; p. 170, lines 1-12; p. 407, lines 4-7.
[13] Asher Depo. at p. 407, lines 14-16.
[14] Asher Depo. at p. 408, lines 1-4.
[15] Asher Depo. at p. 177, lines 5-20.
[16] Batashvili Depo. at p. 139, lines 17-23.
[17] Asher Depo. at p. 178, lines 24-25; p. 179, lines 1-25; p. 180, lines 1-11; Batashvili Depo. at p. 93, lines 20-25; p. 94, lines 1-2; p. 136, lines 14-25; p. 137, lines 1-5.
[18] Asher Depo. at p. 185, lines 14-25.

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**                                **Page 4**

admitted that he was the incorporator, operated and controlled USA Accounts, Inc.[19]  In addition, the Court found that the monies in the USA Accounts, Inc. bank account were "Receivership Assets".[20]

       7.     Pursuant to my duties as Receiver, on September 24, 2020 I took possession of the office of the Defendants at 8383 Wilshire Blvd., Beverly Hills, California.  In taking possession of the office, I discovered corporate books and records for the following entities that reflect at least one of the Defendants as owning or controlling the entity:

      a.    Resource Financial Services, Inc.[21]

      b.    Egon Pearson, LLC[22]

      c.    Retirement Insider, LLC[23]

      d.    Best New, Inc.[24]

      e.    Tower Estates, Inc.[25]

      f.    USA Accounts, Inc.[26]

       8.     Based upon my investigation and the information obtained as set forth above, I believe each of the entities named herein (collectively, the "Affiliated Entities") were owned or controlled by one or more of the Defendants and Relief Defendant on September 22, 2020 when the SRO was entered and are included within the definition of "Receivership Defendants" set forth

---

[19] *See Agreed Order Finding Defendant Lucas Asher in Contempt of this Court's Orders and Continuance of Show Cause Hearing* entered on December 15, 2020 [Docket No. 216].

[20] *Id.*

[21] Attached hereto as **Exhibit 4** is a true and correct copy of the *Consent to Action Without a Meeting of the Board of Directors of Resource Financial Services, Inc., a corporation* appointing Lucas Asher as the sole director.

[22] Attached hereto as **Exhibit 5** is a true and correct copy of the *Consent to Action Without a Meeting of the Members of Egon Pearson, LLC* appointing Lucas Asher as manager.

[23] Attached hereto as **Exhibit 6** is a true and correct copy of the *Consent to Action Without a Meeting of the Members of Retirement Insider, LLC* appointing Lucas Asher as manager.

[24] Attached hereto as **Exhibit 7** is a true and correct copy of the *Consent to Action Without a Meeting of the Directors of Best New, Inc.* appointing Lucas Asher as the director.

[25] The books and records for Tower Estates, Inc. were found at the home of Defendant Simon Batashvili.  Attached hereto as **Exhibit 8** is a true and correct copy of the *Consent to Action Without a Meeting of the Directors of Tower Estates, Inc.* appointing Simon Batashvili as the director.

[26] Attached hereto as **Exhibit 9** is a true and correct copy of a Certificate of Incorporation for USA Accounts, Inc. showing Lucas Asher as the incorporator.

---

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**                **Page 5**

in the Receivership Orders.  Without the Affiliated Entities being specifically named in the Receivership Orders it is confusing to third parties as to whether the Affiliated Entities are subject to the Receivership Orders.  Accordingly, as Receiver I believe it is in the best interest of the receivership and will significantly assist me in performing my duties, to have the Affiliated Entities specifically identified as being subject to the Receivership Orders.

9.     I am not seeking to expand the scope of the relief provided by the Court in the Receivership Orders.

10.     Each of the exhibits attached hereto are duplicates of the records in my possession and custody as Receiver.  The records were made at or near the time of the occurrence of the matters set forth in the records.  The records were maintained by me in the course of my regularly conducted activity as Receiver, and the records were made by the regularly conducted activity as a regular practice.

11.     I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated:     February 25, 2021

KELLY M. CRAWFORD
RECEIVER

DECLARATION OF RECEIVER KELLY M. CRAWFORD                    Page 6

**Kelly Crawford**

| | |
|---|---|
| **From:** | Arnold Spencer <arnoldspencer75225@gmail.com> |
| **Sent:** | Sunday, October 25, 2020 1:00 PM |
| **To:** | Kelly Crawford |
| **Cc:** | Peter Lewis |
| **Subject:** | Batashvili and Asher / Entities |
| **Attachments:** | Asher Batashvili Entities.pdf; PastedGraphic-2.tiff |

Kelly and Peter-

I am attaching a list of entities which Lucas Asher and Simon Batashvili believe they own or control, obviously subject to the Court's Order.  The lists are almost certainly incomplete, as both individuals do not have access to their files or other resources to assist them with a comprehensive search.  Both individuals are available to answer questions about these or other entities which you may have identified.

Arnold A. Spencer
Managing Partner
www.aspencerlaw.com
214-385-8500



1

Dated:  October 26, 2020

### Corporate Entities Owned or Controlled by Lucas Asher

The following is a list of entities that Lucas Asher believes are in his ownership or control. The list was compiled from memory, and without the benefit of any documentation or outside assistance.  As a general practice, Mr. Asher relied on lawyers and other professionals to create corporate entities and manage the corporate governance issues, so he does not have personal knowledge of all the entities that may be listed in his name.  Some of the entities are technically owned by other entities, but the relevant legal documents are not available for immediate review.  For all these reasons, the list may be inaccurate or incomplete.

Best New, Inc.
Tower Holdings, Inc.
TMTE, Inc.
Tower Equity LLC (partial)
Street Invasion, Inc
Faulkner Music LLC
Prometheus Laboratories Int Corp (IBC)
Prometheus Laboratories Int Corp (PIF)

Graham Norris, Norris Law Group referenced the following entities which Mr. Asher recognizes, but does not know his role, e.e., whether he has legal possession of control of any of these entities or their assets.

*Chase Metals, Inc.*
*Chase Metals, LLC*
*Access Unlimited, LLC*
*Retirement Insider, LLC*
*USA Marketing , Inc.*
*Stuttgart Industrial, Inc.*
*Aqua Billboards, Inc.*
*Reagan Financial, Inc.*
*Egon Pearson, LLC*
*TX Admin, Inc.*

**APP 011**

Dated:  October 26, 2020

**Corporate Entities Owned or Controlled by Simon Batashvili**

The following is a list of entities that Simon Batashvili believes are in his ownership or control.  The list was compiled from memory, and without the benefit of any documentation or outside assistance.  As a general practice, Mr. Batashvili relied on lawyers and other professionals to create corporate entities and manage the corporate governance issues, so he does not have personal knowledge of all the entities that may be listed in his name.  Some of the entities are technically owned by other entities, but the relevant legal documents are not available for immediate review.  Accordingly, this list may be inaccurate or incomplete.

Tower Equity LLC
Barrick Capital Inc.
First American Estate and Trust, LLC
Tower Estates Inc
Tower Property One, LLC
Delaware Wholesale Inc.
chasing metals inc.
Merrill Gold, LLC
Tower Property 2, LLC
Tower Estates Holdings, Inc.

Graham Norris, Norris Law Group referenced a number of entities which Mr. Batashvili does not recall or recognize.

**Kelly Crawford**

| | |
|---|---|
| **From:** | graham@norrislawyer.com |
| **Sent:** | Monday, October 05, 2020 4:58 PM |
| **To:** | Peter Lewis |
| **Cc:** | Kelly Crawford |
| **Subject:** | CFTC, et al. v. TMTE, Inc., et al.; Case No. 3:20-cv-02910-L; Entity List |

Peter:

It was a pleasure speaking with you today. As we discussed, pursuant to the terms of the Order, I am providing a list of entities that I know about and can provide information on. I'm happy to explain the services I've provided if need be. In most cases, I resign and appoint my client as the new director/manager, with instructions to hold the initial meetings and to document ownership, As a result, what I have is entities with a client contact, but that doesn't necessarily equate to ownership. (TMTE, Inc. is a special case, as I have been requested to assist in documenting ownership for that entity). With that said, here is what I can provide information on:

**Lucas Asher Entities**
TMTE, Inc. / Chase Metals, Inc. / Chase Metals, LLC / Access Unlimited, LLC
Tower Holdings, Inc.
Retirement Insider, LLC
Best New, Inc.
USA Marketing, Inc.
Stuttgart Industrial, Inc. / Aqua Billboards, Inc.

**Simon Batashvili Entities**
Tower Estates Holdings, Inc.
Tower Property One, LLC
Tower Property Two, LLC
Tower Estates, Inc.
Newmont, Inc.

**Asher + Batashvili Entities**
Tower Equity, LLC
Select Financial, Inc.
Reagan Financial, Inc.
Egon Pearson, LLC
TX Admin, Inc.

I will start sending you what I have as quickly as possible, starting tomorrow.

Graham H. Norris, Jr.



*Norris Law Group, P.C.*

1156 South State Street, Suite 204      1712 Pioneer Avenue
Orem, UT  84097                              Cheyenne, WY  82001

1



**APP 013**

Phone: 801-932-1238
Fax: 801-951-4915
graham@norrislawyer.com
www.norrislawyer.com

Phone: 307-633-3545
Fax: 801-951-4915

*The information contained in this e-mail or fax is information protected by attorney-client and/or the attorney / work product privilege. It is intended to for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail or fax. If the person actually receiving this e-mail or fax or any other reader of the e-mail or fax is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete the original message from all computers by which it was received.*

APP 014



```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                    NORTHERN DISTRICT OF TEXAS

 3

 4                                    )
      COMMODITY FUTURES TRADING       )
 5    COMMISSION et al,               )
                                      )
 6          Plaintiffs,               ) Case No.:
                                      ) 3:20-CV-2910-L
 7        vs.                         )
                                      )
 8    TMTE, INC. A/k/a METALS.COM,    )
      CHASE METALS, INC., CHASE       )
 9    METALS, LLC, BARRICK            )
      CAPITAL, INC., LUCAS THOMAS     )
10    ERB a/k/a LUCAS ASHER a/k/a     )
      LUKE ASHER, and SIMON           )
11    BATASHVILI                      )
                                      )
12          Defendants.               )
                                      )
13        and                         )
                                      )
14    TOWER EQUITY, LLC,              )
                                      )
15    Relief Defendant                )
                                      )
16

17        REMOTE VIDEO-RECORDED DEPOSITION OF LUCAS ASHER

18                 Thursday, November 5, 2020

19                        VOLUME I

20

21    Stenographically Reported by:
      Mechelle S. Gonzalez
22    CSR No. 13250
      Job No. 96642
23

24

25    PAGES 1 - 291
```

EXHIBIT
**3**

Lucas Erb                                    January 29, 2021

Page 293

1                IN THE UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF TEXAS

3                          DALLAS DIVISION

4    COMMODITY FUTURES TRADING           )

5    COMMISSION, et al.,                 ) Case No.

6             Plaintiffs,                ) 3-20CV2910-L

7                  vs.                   )

8    TMTE, INC., et al,                  )

9             Defendants.                )

10   TOWER EQUITY, LLC,                  )

11            Relief Defendant.          )

12   _____     )

13

14

15       CONTINUED VIDEO DEPOSITION OF LUCAS THOMAS ERB a/k/a

16             LUCAS ASHER, a/k/a LUKE ASHER

17                   January 29, 2021

18              VOLUME II, (Pages 293-473)

19

20

21   REPORTED REMOTELY BY:

22

23   COLLEEN P. DOHERTY, CSR 345

24

25   Notary Public

APP 016



20      Q.  Okay.  Let me go through some entities before

21  I pass it over to JonMarc just to see if you recall

22  whether you've ever had an ownership interest in any of

23  these entities.  Access Unlimited, LLC?

24      A.  I believe I have had an ownership interest in

25  that.

Lucas Erb                                    January 29, 2021

Page 409

FN 4



7       Q.  Aqua Billboards?

8       A.  Yeah, I believe that corporation was a lot

9  like the USA Marketing.  It was just purchased.  It just

10 sat there, and to my knowledge, it didn't have a bank

11 account or anything.

12      Q.  But that was in your name?

13      A.  I believe half of it was.

APP 018

Lucas Asher Vol. I

FN 5



```
10        Q.  Next one is Egon Pearson LLC.  Are you

11   familiar with that entity?

12        A.  I am familiar with that entity.

13        Q.  Do you have an ownership interest in it?

14        A.  I have reason to believe I do.

15        Q.  Okay.  And what did that entity do?

16        A.  I believe that was a staffing agency that

17   we were attempting to start up.
```

FN 6                          Lucas Erb                    January 29, 2021

Page 408



23     Q.  Reagan Financial, Inc.?

24     A.  I am familiar with that name.  I think that

25  was set up through our attorney at the time, Graham

APP 020

Lucas Erb                                          January 29, 2021

FN 6                                                Page 409

1       Norris.  It's possible that I could have an interest in

2       that.  I'm not sure.  I would be happy to follow up with

3       you on that.

1           Q.   Were you ever an owner of Retirement

2      Insider LLC?

3           A.   I believe I may have been a beneficial

4      owner of half of it.

5           Q.   What did Retirement Insider LLC do?

6           A.   It was a -- it was a startup that never got

7      off the ground, and the intention was for it to be a

8      news and media company.

9           Q.   Did it ever have any employees?

10          A.   I believe it did.

11          Q.   How many employees?

12          A.   I don't recall.

13          Q.   Did it office out of the seventh floor of

14     8383 Wilshire Boulevard?

15          A.   It could have been in a different suite on

16     the seventh floor, yes.

17          Q.   Okay.  What assets did Retirement Group LLC

18     have on the day prior to receivership?

19          A.   I'm not aware of assets.  It was a startup,

20     so to the best of my knowledge, I'm not aware of

21     assets it owns.

22          Q.   And how was the startup funded?  How was

23     Retirement Insider LLC funded?

24          A.   To my knowledge, it was funded by the sale

25     partially of a newsletter, and then potentially



```
 7          Q.   The next one on your list is Stuttgart

 8     Industrial, Inc.

 9               Have you ever had any ownership interest in

10     that entity?

11          A.   Yes, I believe I do have an ownership

12     interest in that.

13          Q.   And what interest is that?

14          A.   I -- I believe I am the beneficial owner of

15     half of it.
```

FN 9



```
 9        Q.   The next entity is Texas -- or TX Admin,

10   Inc.  Did you have an ownership interest in that

11   entity?

12        A.   I believe I do have a beneficial ownership

13   interest in it.

14        Q.   And what is the purpose of that entity?

15        A.   The purpose of that entity was to compete

16   with JM Bullion.
```

Lucas Erb                                    January 29, 2021

FN 9
                                             Page 409



14        Q.   Okay.   Texas Admin, Inc.?

15        A.   Uh-huh.   Yeah, I'm familiar with that

16   corporation, and it's possible that half of it was in my

17   name.

APP 025

3       Q.   All right.   Next one on your list is U.S.A.

4    Marketing, Inc.

5            Have you ever had an ownership interest in

6    that entity?

7       A.   It's possible.

8       Q.   What -- what did U.S.A. Marketing, Inc.,

9    do?

10      A.   I don't know that it did anything.

11      Q.   Did it ever have any employees?

12      A.   I don't recall much about this entity.

13      Q.   Did it ever change its name?

14      A.   I don't believe this one did.

15      Q.   Did it ever own any domain names?

16      A.   I don't recall much about this entity.

17      Q.   What do you recall about the entity?

18      A.   I recall that we were purchasing or

19   establishing corporations from Mr. Norris based in

20   Wyoming with the intention not to use them but to

21   just hold them because we noticed individuals were

22   selling corporations that were, quote/unquote, aged,

23   and an aged corporation could be sold for 5,000,

24   $10,000.   And I believe there was an interest in

25   just filing them and not using them, and just

Lucas Asher Vol. I

11/5/2020
Page 170

FN 11



```
17          Q.   Are you aware of an entity called

18   Administrative Account Services LLC?

19          A.   I do recall that name.

20          Q.   Okay.   And did you have an ownership

21   interest in that entity?

22          A.   I believe I did.
```

FN 11                           Lucas Erb                    January 29, 2021



Page 407

1          Q.   Administrative Accounts Services, LLC?

2          A.   I believe, to the best of my knowledge, I'm

3     the sole owner of Administrative Accounts Services.

APP 028

FN 12

[text redacted]

```
11        Q.  And what is Amerivise LLC?

12        A.  I believe approximately six or seven or

13   eight years ago, it was a retail precious metals

14   company.

15        Q.  And were you a managing director of

16   Amerivise LLC?

17        A.  I don't recall my specific title due to how

18   long ago it was.

19             MR. CRAWFORD:  Okay.  I'd like the court

20   reporter to bring up Exhibit D as in "door."

21             (Receiver Exhibit 3 was marked for

22   identification by the court reporter and is attached

23   hereto.)

24             Show you a document from Delaware

25   Depository Service Company for Amerivise LLC
```

```
 1      providing identification and then the name Luke Erb.

 2      It says managing director.

 3              Is that your signature?

 4          A.  I believe it was at that time.

 5          Q.  Okay.  And were you the managing director

 6      of Amerivise LLC?

 7          A.  It appears at that time I was, but I don't

 8      recall.

 9          Q.  Okay.  And then it lists Simon Batashvili

10      as an account representative.

11              Do you recall Simon being an account

12      representative for Amerivise LLC?
```



APP 030



Page 407

4        Q.   Okay.   Amerivise, LLC?

5        A.   As disclosed in my first deposition, I think I

6   owned half of that or some percentage of that, but I

7   certainly was an owner in some capacity.



FN 13                    Lucas Erb                January 29, 2021

Page 407

14      Q.   Okay.   Chasing Gold?

15      A.   I'm familiar with the entity.   I could have

16   had an ownership interest in it at one time.

APP 032

Lucas Erb                                                    January 29, 2021

Page 408

FN 14

1       Q.   Okay.   Faulkner Management Corp.?

2       A.   That must have been like over a half a decade

3   ago.  That's the name of my rock band.  So probably set

4   that up to do something with music or copyrights.



APP 033

5        Q.  Are you familiar with an entity called

6    Federal Services LLC?

7        A.  Yes, I am.

8        Q.  And what does it do?

9        A.  Please repeat the question.

10       Q.  What does it do?

11       A.  My best recollection is that entity is at

12   least seven, maybe longer, years old, and I haven't

13   been involved with it in at least over half a

14   decade.  So I don't recall.

15       Q.  What did it used to do?

16       A.  I believe it provided consulting services.

17       Q.  Are you aware of any assets that it might

18   still have?

19       A.  I'm not aware of assets that it might still

20   have.

Lucas Asher Vol. I

11/5/2020
Page 178

FN 17

24          Q.    Have you ever heard of an entity called

25     Instrabution LLC?

Case 3:20-cv-02910-L   Document 226-1   Filed 02/25/21   Page 36 of 52   PageID 3226

```
1            A.  I have heard of that entity.

2            Q.  And what is that entity?

3            A.  That was a software company.

4            Q.  Is that now known as Revo?

5            A.  I don't -- I can't say with certainty.  I

6     don't know.

7            Q.  What does Instrabution LLC do today?

8            A.  I don't know that it does something today.

9            Q.  What did it ever do?

10           A.  Software.

11               MR. CRAWFORD:  Let's bring up Exhibit F as

12     in "Frank."

13               (Receiver Exhibit 5 was marked for

14     identification by the court reporter and is attached

15     hereto.)

16               BY MR. CRAWFORD:

17           Q.  The founder's agreement {for

18     instribution.com.}

19               Have you seen this document before?

20           A.  I have.

21           Q.  And if you scroll down a little bit, do you

22     recognize your signature at the bottom of this page?

23           A.  It seems to be whited out, but I would

24     assume I signed that.

25           Q.  And what type of software did
```

Trustpoint.One | Alderson.

www.trustpoint.one
www.aldersonreporting.com

800.FOR.DEPO
(800.367.3376)

APP 036

```
 1      instribution.com do?

 2           A.  It was a mobile-based social network.

 3           Q.  Did it ever have any bank accounts?

 4           A.  I believe it did.

 5           Q.  At what bank?

 6           A.  I don't believe I was ever on the bank

 7      account.

 8           Q.  And does it have any assets currently, to

 9      your knowledge?

10           A.  I believe some of the software developed

11      might be defined as an asset, so I would say yes.
```

Lucas Asher Vol. I

FN 18

11/5/2020
Page 185



14          Q.    Have you ever heard of Resource Financial

15     Services, Inc.?

16          A.    Yes.

17          Q.    What does that entity do?

18          A.    In continuing the theme I was transparent

19     about earlier, I believe we just acquired a set of

20     corporations for the purpose of aging them or

21     sitting on them, and to my understanding, I don't

22     believe these corporations were used.  Specifically

23     that one, I think it just was set up and it just sat

24     there.

25          Q.    And are you aware of any assets that it had

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF TEXAS

 3


 4                                    )
      COMMODITY FUTURES TRADING       )
 5    COMMISSION et al.,              )
                                      )
 6          Plaintiff,                ) Case No.:
                                      ) 3:20-CV-2910-L
 7       vs.                          )
                                      )
 8    TMTE, INC. A/k/a METALS.COM,    )
      CHASE METALS, INC., CHASE       )
 9    METALS, LLC, BARRICK            )
      CAPITAL, INC., LUCAS THOMAS     )
10    ERB a/k/a LUCAS ASHER a/k/a     )
      LUKE ASHER, and SIMON           )
11    BATASHVILI                      )
                                      )
12          Defendants.               )
                                      )
13       and                          )
                                      )
14    Tower Equity, LLC,              )
                                      )
15    Relief Defendant                )
                                      )
16

17

18     REMOTE VIDEO-RECORDED DEPOSITION OF SIMON BATASHVILI

19                 Wednesday, November 4, 2020

20                       VOLUME I

21

22  Stenographically Reported by:
    Mechelle S. Gonzalez
23  CSR No. 13250
```

Batashvili Deposition Transcript Pg. 135  Lines 9-25
FN 12



135



9          All right.  This will be, I guess, Exhibit

10   Number 6.

11          (Exhibit 6 was marked for identification by

12   the court reporter and is attached hereto.)

13          BY MR. CRAWFORD:

14      Q.  It's a document entitled "Founders

15   Agreement for Instabrution.com."

16          Are you familiar with this entity?

17      A.  Yes, sir.

18      Q.  Is that your signature next to your name?

Batashvili Deposition Transcript  Pg. 135  Lines 16-25
FN 16



135



16        Are you familiar with this entity?

17 .      A.  Yes, sir.

18        Q.  Is that your signature next to your name?

APP 041

19      A.  Kind of looks like it, yeah.  I know the

20  document.  But, yes, sir.

21      Q.  And what did Instabrution.com do?

22      A.  Instabrution.com is essentially Revo LLC,

23  sir.  It's a media streaming application, is kind of

24  where it started, I guess.

25      Q.  And it started in 2000~ -- 2013?  March of

136



Simon Batashvili

11/4/2020
Page 36 (138 - 141)



Page 138

Page 140

Page 139

17    Q.  Ever heard of an entity called
18  First American Savings, Inc.?
19    A.  Yes.
20    Q.  And what is that?
21    A.  That was a real estate finance company that
22  I started, that I founded maybe 15 years ago or
23  14 years ago.  I can't remember.
24    Q.  Is it still operating, or was it operating
25  in September of 2020?

Page 141

APP 043

Batashvili Deposition Transcript Pg. 93 Lines 20-25
FN 17

20  Okay.

21       So I'll mark this as Exhibit 3 and show

22  you.

23       BY MR. CRAWFORD:

24    Q.  This is a certificate for Revo LLC.

25       Have you seen this document before?

94



Batashvili Deposition Transcript Pg. 94 Lines 1-2
FN 17



94

1     A. Yes, I've seen it before.

2     Q. Okay. And what is this?



Batashvili Deposition Transcript  Pg. 137  Lines 1-5
FN 17



137

1  in Administrative Account Services LLC?

2        A.  No, sir.  Not that I'm aware of, no.

3        Q.  Is this money transferred to fund payroll

4  for employees?

5        A.  I'm not sure.



**CONSENT TO ACTION WITHOUT A MEETING OF THE**
**BOARD OF DIRECTORS**
**OF**
**RESOURCE FINANCIAL SERVICES, INC.**
**A CORPORATION**

In accordance with the Provisions of the Wyoming Business Corporation Act, Mark Pierce, sole Shareholder and Director of Resource Financial Services, Inc., a Corporation, hereby consents to the following action:

RESOLVED that **Lucas Asher** is hereby appointed as sole Director of Resource Financial Services, Inc., a Corporation to serve until a successor is duly elected and qualified.

FURTHER RESOLVED that the Director, **Lucas Asher**, shall have full power and authority to act on behalf of **Resource Financial Services, Inc.**.

RESOLVED FURTHER, that, Lucas Asher, is hereby authorized to manage, control, and operate any portion of the business with such being but not limited to: any and all lawful business transactions; the opening a bank account in the name of this entity for the deposit of funds belonging to the company, such funds to be withdrawn by authorized parties.

FURTHER RESOLVED that, Mark Pierce, resigning Director of Resource Financial Services, Inc., a Corporation, hereby tender and submit my resignation as a Director of any and all positions with the above named Corporation, such resignation to be effective this 8/31/2020.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date hereof.

Mark Pierce, Director



## CONSENT TO ACTION WITHOUT A MEETING OF THE MEMBERS
### OF
### EGON PEARSON, LLC

In accordance with the Provisions of the Wyoming Limited Liability Company Act, Graham H. Norris, Jr., the Manager of EGON PEARSON, LLC (the "Company"), hereby consents to the following action:

RESOLVED, that LUCAS ASHER is hereby appointed as the Manager of the Company, to serve until successors are duly elected and qualified.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as Manager of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. shall hereby be re-appointed as a special Manager of the Company, every 59 calendar days for the next twelve (12) months, such appointment to last for no longer than 48 hours, with no authority or responsibilities as Manager except to serve as Manager for the purpose of acting as the contact person and Manager of record to the Company's registered agent in Wyoming, pursuant to the requirements of the Wyoming Registered Agent Act.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date hereof.

DATED this Wednesday, December 05, 2018.



_____
Graham H. Norris, Jr.
Manager

**EXHIBIT 5**

## CONSENT TO ACTION WITHOUT A MEETING OF THE MEMBERS
## OF
## RETIREMENT INSIDER, LLC

In accordance with the Provisions of the Wyoming Limited Liability Company Act, Graham H. Norris, Jr., the Manager of RETIREMENT INSIDER, LLC (the "Company"), hereby consents to the following action:

RESOLVED, that LUCAS ASHER is hereby appointed as the Manager of the Company, to serve until successors are duly elected and qualified.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as Manager of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. shall hereby be re-appointed as a special Manager of the Company, every 59 calendar days for the next twelve (12) months, such appointment to last for no longer than 48 hours, with no authority or responsibilities as Manager except to serve as Manager for the purpose of acting as the contact person and Manager of record to the Company's registered agent in Wyoming, pursuant to the requirements of the Wyoming Registered Agent Act.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date hereof.

DATED this Monday, October 15, 2018.

_____
Graham H. Norris, Jr.
Manager



APP 049

## CONSENT TO ACTION WITHOUT A MEETING OF THE DIRECTORS
### OF
### BEST NEW, INC.

In accordance with the Provisions of the Wyoming Business Corporation Act, Graham H. Norris, Jr., the Director of BEST NEW, INC. (the "Company"), hereby consents to the following action:

RESOLVED, that LUCAS ASHER is hereby appointed as the Director of the Company, to serve until successors are duly elected and qualified.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as Director of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as all of the Nominee Officers of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. shall hereby be re-appointed as a special Director of the Company, every 59 calendar days for the next twelve (12) months, such appointment to last for no longer than 48 hours, with no authority or responsibilities as Director except to serve as Director for the purpose of acting as the contact person and Director of record to the Company's registered agent in Wyoming, pursuant to the requirements of the Wyoming Registered Agent Act.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date hereof.

DATED this Tuesday, December 04, 2018.

_Graham Norris_
Graham H. Norris, Jr.
Director

**EXHIBIT**
**7**

APP 050

<u>**CONSENT TO ACTION WITHOUT A MEETING OF THE DIRECTORS**</u>

**OF**

<u>**TOWER ESTATES, INC.**</u>

In accordance with the Provisions of the Wyoming Business Corporation Act, Graham H. Norris, Jr., the Director of TOWER ESTATES, INC. (the "Company"), hereby consents to the following action:

RESOLVED, that SIMON BATASHVILI is hereby appointed as the Director of the Company, to serve until successors are duly elected and qualified.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as Director of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as all of the Nominee Officers of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. shall hereby be re-appointed as a special Director of the Company, every 59 calendar days for the next twelve (12) months, such appointment to last for no longer than 48 hours, with no authority or responsibilities as Director except to serve as Director for the purpose of acting as the contact person and Director of record to the Company's registered agent in Wyoming, pursuant to the requirements of the Wyoming Registered Agent Act.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date hereof.

DATED this Tuesday, September 12, 2017.

_Graham Norris_
_____
Graham H. Norris, Jr.
Director



APP 051

# STATE *of* DELAWARE
## CERTIFICATE *of* INCORPORATION
### USA Accounts, Inc.

First:       The name of the corporation is USA Accounts, Inc.

Second:   Its registered office in the state of Delaware is located at 112
            Capitol Trail Suite A, Newark, New Castle, DE, 19711. The registered
            agent thereof is SOCIAL ENTERPRISES LLC.

Third:     The purpose of the corporation is to engage in any lawful act or
            activity for which corporations may be organized under the
            General Corporation Law of Delaware.

Fourth:   The total authorized capital stock of this corporation shall consist of one thousand
            (1000) shares of common stock, all of which shares will be with no par value.

Fifth:     This corporation reserves the right to amend, alter, change or
            repeal any provision contained in this certificate of Incorporation,
            in the manner now or hereafter prescribed by statute, and all rights
            or powers conferred upon stockholders and directors herein are
            granted subject to this reservation.

Sixth:    Lucas Asher is the Incorporator at 8383 Wilshire Blvd, 742 Beverly Hills,
            CA 90211 United States.

I, THE UNDERSIGNED incorporator named herein, for the purpose of forming a corporation to do
business within and without the State of Delaware, and in pursuance of and under the laws of the State
of Delaware, do make and file this Certificate of Incorporation, hereby declaring and certifying that the
facts herein stated are true, and accordingly, I have herein to set my hand and seal this 17th Day of
August, 2020.

_____
Lucas Asher
(Incorporator of USA Accounts, Inc.)

State of Delaware
Secretary of State
Division of Corporations
Delivered  07:59 AM 08/17/2020
FILED  07:59 AM 08/17/2020
SR 20206769404 • File Number 3455097

EXHIBIT
9