# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.*<br><br>Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br>Defendants,<br><br>TOWER EQUITY, LLC,<br><br>Relief Defendant. | CIVIL ACTION NO. **3:20-CV-2910-L** |

## ORDER GRANTING RECEIVER'S MOTION
## TO IDENTIFY CERTAIN ENTITIES IN RECEIVERSHIP

Before the court is the **Receiver's Motion to Identify Certain Entities in Receivership** ("Motion") (Doc. 226), filed February 25, 2021.  No objections to the Motion have been filed, and the time to do so has expired.  The court determines that the Motion should be, and is hereby, **granted**.  Accordingly, the court finds that the following Affiliated Entities were owned or controlled by one or more of the Defendants and/or Relief Defendant on September 22, 2020, the date the Court entered it's *Order Granting Plaintiff's Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief (the "SRO")* [Docket No. 16].

**Order Granting Receiver's Motion to Identify Certain Entities in Receivership – Page 1**

        Access Unlimited LLC
        Administrative Account Services, LLC
        Amerivise, LLC
        Aqua Billboards
        Best New Inc.
        Chasing Gold
        Chasing Metals, Inc.
        Delaware Wholesale Inc.
        Egon Pearson, LLC
        Faulkner Management Corp.
        Faulkner Music LLC
        First American Estate & Trust
        First American Savings, Inc.
        Instribution, LLC, now Revo, LLC
        Merrill Gold, LLC
        Prometheus Laboratories, Int. (IBC)
        Prometheus Laboratories, Int. (PIF)
        Reagan Financial, Inc.
        Resource Financial Services, Inc.
        Retirement Insider, LLC
        Street Invasion, Inc.
        Stuttgart Industrial, Inc.
        Tower Estates Holdings, Inc.
        Tower Estates, Inc.
        Tower Holdings, Inc.
        Tower Property One, LLC
        Tower Property Two, LLC
        TX Admin., Inc.
        USA Accounts, Inc.
        USA Marketing, Inc.

  It is, therefore, hereby ordered, that the following Affiliated Entities are included within the definition of "Receivership Defendants" for purposes of identifying the "Receivership Estate" and are subject to the *SRO, the Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher and Simon Batashvili (the "Individuals' Consent Order")* [Docket No. 165], and the *Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants TMTE, Inc. a/k/a*

**Order Granting Receiver's Motion to Identify Certain Entities in Receivership – Page 2**

*Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., and Relief Defendant Tower Equity, LLC (the "Entities' Consent Order"*)[Docket No. 164]:

> Access Unlimited LLC
> Administrative Account Services, LLC
> Amerivise, LLC
> Aqua Billboards
> Best New Inc.
> Chasing Gold
> Chasing Metals, Inc.
> Delaware Wholesale Inc.
> Egon Pearson, LLC
> Faulkner Management Corp.
> Faulkner Music LLC
> First American Estate & Trust
> First American Savings, Inc.
> Instribution, LLC, now Revo, LLC
> Merrill Gold, LLC
> Prometheus Laboratories, Int. (IBC)
> Prometheus Laboratories, Int. (PIF)
> Reagan Financial, Inc.
> Resource Financial Services, Inc.
> Retirement Insider, LLC
> Street Invasion, Inc.
> Stuttgart Industrial, Inc.
> Tower Estates Holdings, Inc.
> Tower Estates, Inc.
> Tower Holdings, Inc.
> Tower Property One, LLC
> Tower Property Two, LLC
> TX Admin., Inc.
> USA Accounts, Inc.
> USA Marketing, Inc.

Signed this 22nd day of March, 2021.

Sam A. Lindsay
United States District Judge