**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Commodity Futures Trading Commission, *et. al*,<br><br>Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a Metals.com, Chase Metals Inc., Chase Metals, LLC, Barrick Capital, Inc., Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher, and Simon Batashvili,<br><br>Defendants. | **DECLARATION OF LUCAS ASHER**<br><br>Case No. 3:20-CV-2910-L<br><br>Judge Sam A. Lindsay |

I, Lucas Asher, declare that I am over 18 years old and have personal knowledge of the facts set forth below:

1. I am a self-taught computer programmer with a multi-decade history in software development.

2. In my late teens, I helped develop the early prototype of an online car dealership. I later received venture backing for this online company, which spearheaded the buying and selling of automobiles online during the first internet boom.

3. I have also invested in multi-family and commercial properties nationwide. I used income from these real-estate ventures to invest further in pre-IPO technology companies like SpaceX, Pinterest, Robinhood, Adaptive Biotechnologies, Palantir and many more.

4. I founded a digital software agency, and I have a publishing company that owns copyrights with a Grammy award-winning artist and others.

5.      I was involved in writing the core computer code for a music streaming company that forged API relationships with Apple and Spotify to allow innovative features on mobile phones.

6.      I have donated my expertise to assist with music-related exhibitions for a local museum, with proceeds benefitting charity.

7.      In 2016, following my employment as an account executive at a national coin dealer called Goldline, Simon Batashvili and I decided to leverage our experience in the metals industry to launch a retail metals site called metals.com.  metals.com helped pioneer providing customers the option to purchase bullion coins online without having to speak to commission-earning sales people.

8.      metals.com is a website operated by TMTE, Inc., formerly known as Chase Metals, LLC.  The metals.com domain name is owned by Relief Defendant Tower Equity, LLC and leased from Tower Equity, LLC by TMTE, Inc.

9.      Throughout this declaration I refer to the business operated by TMTE, Inc. through the web site metals.com as "metals.com."

10.      The online model of metals.com was designed to help ensure price transparency and allow customers to compare prices without having to visit various coin shops or engage in sales calls.

11.      metals.com paid for the privilege of being the exclusive purchaser (and therefore seller) of several coins minted by the Royal Canadian Mint, including the ½ oz. Silver Polar Bear coin and the 1/10 oz. Gold Polar Bear coin.  These exclusive arrangements are not unusual in the industry, with different companies having different "exclusive" coins.

12.    Each version of our customer agreement disclosed numerous facts, including that metals.com charged a premium over its costs and that a customer would need to sell her coins above her cost of purchase—including the spread—in order to make a profit.

13.    I attach as Exhibits A and B true and correct copies of two versions of the metals.com customer agreements.

14.    metals.com trained its sales representatives regarding compliance issues and retained internal and external counsel, as well as a professional management team, to ensure compliance with all applicable laws and regulations.

15.    metals.com acted as a retail seller of coins for delivery in twenty-eight days.

16.    In addition to metals.com, Batashvili and I also founded Barrick Capital, Inc. ("Barrick") with a third party.

17.    Barrick operated through a more traditional sales model in which customers purchased coins through telephone sales representatives.

18.    Like metals.com, Barrick aimed for transparency in its dealings with customers and disclosed the same type of information in its customer agreements as metals.com.

19.    Also like metals.com, Barrick acted as a retail seller of coins for delivery in twenty-eight days.

20.    Barrick engaged both in-house and outside counsel, as well as a professional management team, to ensure that it was in full conformity with its legal obligations and trained its sales representatives regarding compliance issues.

21.    Bullion coins are often sold for a premium over the commodity price for precious metals.  This is based in part on the market value of the coins to the public (which is commonly

above the spot price), and in part because the mint, the wholesaler, and the retailer include their own margin or spread in the retail distribution chain to compensate each for the role they play in the retail chain.

22.     The ultimate price of a particular coin depends on a number objective and subjective factors, including availability, customer demand, craftsmanship, design costs, the age of the precious metal, the originating country, aesthetic properties, and an investor's personal attraction to the piece.

23.     JM Bullion is currently selling a ¼ ounce Mexican Silver Libertad coin for $21.03, a premium of 334% of the spot value of silver.[1]   I attach as Exhibit C a true and correct copy of the listing of this coin on JM Bullion's website, accessed March 26, 2021.

24.     APMEX is currently selling a ¼ ounce Canadian silver coin featuring a spider and web for $79.99, a premium of 1,272% over the spot value of silver.  I attach as Exhibit D a true and correct copy of this listing on APMEX's website, accessed March 26, 2021.

25.     APMEX is also currently selling a ½ ounce silver coin from the Royal Canadian Mint for $49.99, a premium of 397% over the spot value of silver.  I attach as Exhibit E a true and correct copy of this listing on APMEX's website, accessed March 26, 2021.

26.     Walmart currently lists on its website a ½ ounce Australian silver coin featuring a mouse for $144.32, a premium of 1,148% over the spot value of silver.  I attach as Exhibit F a true and correct copy of this listing on Walmart's website, accessed March 26, 2021.

27.     International Coins & Currency is currently selling a ½ ounce silver polar bear and cub coin from the Royal Mint of Canada for $99, a premium of 787% over the current spot

---

[1]   The spot price for silver is calculated at $25.15 per ounce, as of March 24, 2021.

price of silver.  I attach as Exhibit G a true and correct copy of this listing on International Coins & Currency's website, priced at $99, accessed on March 24, 2021.

28.    The United States Mint website currently lists a widely-minted American Eagle 2020 1 ounce silver coin for $67.00 – approximately 266% over the current spot price of silver. I attach as Exhibit H a true and correct copy of the listing for this coin on the United States Mint's website, accessed on March 24, 2021.

29.    The Royal Canadian Mint is currently selling a ½ ounce silver coin featuring a beaver for $39.74, approximately 316% over the current spot price of silver on a per-ounce basis. I attach as Exhibit I a true and correct copy of the listing of this coin on the Royal Canadian Mint's website, accessed on March 24, 2021.

30.    When I agreed to the Individual Consent Order, dated October 14, 2020, I did not have a full understanding of the parallel criminal investigation, the complexities of the legal issues at play in this action, the magnitude of fees I  would incur to fight the accusations against me, or the fact that my current lawyer would be closing his law firm.

31.    Many of the records that would show the source of my frozen assets are in the possession of the Receiver, having been stored in the same location as the records for metals.com and Barrick, and thus seized during the FBI raid on those offices.

32.    I believe that if I am provided access to these records, I will be able to identify frozen assets that are unrelated to any alleged wrongdoing.

33.    I am willing to work and/or operate businesses outside of the commodities space and use the income generated from that unrelated employment for attorneys' fees.

34.     In January 2021, my counsel, Arnold Spencer, informed me that he had taken a new position and would be closing his law firm.  Mr. Spencer did not file a motion to withdraw for several weeks. Since informing me of his decision to leave private practice, Mr. Spencer has stopped providing legal advice and has stated that he does not intend to work on my case.

35.     When I was deposed on January 29, 2021, Mr. Spencer would not attend the deposition, despite my request that he do so, and I was forced to find a substitute attorney without knowledge of the case the evening before the deposition.

36.     With regard to filings and correspondence, Mr. Spencer has not provided me any advice since early January, instead only forwarding Batashvili and me certain materials.

37.     Mr. Spencer recently confirmed his intent to continue with this pattern, forwarding Batashvili and me an order in the matter and stating:  "As you know, I have filed a Motion to Withdraw and am not working on your case.  I understand substitute counsel has been identified, but they have not filed motions of appearance.  I will continue to forward orders until I am released from the case, but am not in position to review or file any motions."  I attach as Exhibit J a true and correct copy of this correspondence.

38.     I do not have counsel to advise me with regard to the Receiver's February 1, 2021 Motion for Order Establishing Claims Adjudication Process.  I also do not have counsel to advise me in how to respond to requests for information from Plaintiffs and the Receiver, which I fear could lead to me being held in contempt for failing to comply with their requests.

39.     I do not intend, and I am not willing, to agree to proceed *pro se* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of March, 2021.

Lucas Asher

## SHIPPING AND TRANSACTION AGREEMENT

**CUSTOMER INFORMATION**

Customer Name:

Street Address:                                                      Evening Phone:

City / State / Zip:                                                  Daytime Phone:

Email Address:

By signing below, I acknowledge that I have read, understand, and hereby agree to the terms set forth on the front and back of this Agreement

Dated:                          Customer's Signature:

**PHONE CALLS**

Initial Here

By initialing in the space provided, and by your signature on this agreement, you hereby expressly authorize **CM** to telephone you at the number(s) provided above, irrespective of whether or not your telephone number appears in the "**National Do Not Call Registry.**" 16 CFR§310.4(b)(1)(iii)(B)(i) and (ii).

metals.com / TMTE, Inc.  (and its affiliates) (collectively, "metals") and the individual identified above ("Customer") agree that the following terms of this Shipping and Transaction Agreement ("Agreement") shall govern the pending and all future transactions between the parties involving all precious metals, in any form, that is the subject of all transactions between metals and Customer, and shall include, but is not limited to, bullion bars and coins, exclusive coins and bars, Numismatic coins and bars, "junk silver," and bags (and partial bags) of coins (collectively "Precious Metals.") This Agreement shall apply to all purchases from and sales to metals involving Customer, present and future.  metals is not an investment advisor, consultancy, licensed brokerage, or banking institution.

1. <u>Delivery of Precious Metals Purchased</u>: Customer must deliver funds sufficient to cover the entirety of Customer's purchase from metals within five (5) business days of Customer's placement of the order ("Purchase Funds"). Purchase Funds may be delivered by check, credit card, or wire transfer. With the limited exception noted in Paragraph 8a, all sales, including credit card sales, are final (i.e., the Precious Metals cannot be exchanged or returned for a refund). Checks may be made out to Metals.com (For wire transfer instructions, please contact your metals sales representative.) metals shall deliver the Precious Metals specified in Customer's order to a suitable delivery service for delivery to Customer no more than twenty-eight (28) days after metals verifies that the Purchase Funds provided are backed by good funds. (Please note that it may take 12 business days to verify personal checks.) If Customer fails to provide the Purchase Funds within five (5) business days of Customer's placement of the order, metals may exercise the rights set forth in Paragraph 4, below.

2. <u>Delivery of Precious Metals</u>:  metals shall cause all Precious Metals purchased and paid for to be delivered to Customer's address set forth above. metals only uses reputable, nationally recognized delivery services to deliver its Precious Metals. If, however, Customer's order is lost prior to delivery, Customer is instructed to notify metals, in writing, immediately. Notice of any such alleged loss should be sent to: metals.com, Attention: Customer Service, 330 S Center St,
suite 407 Casper, WY 82601. If the delivery service verifies that Customer's Precious Metals were never delivered, metals shall, within forty-five (45) days of such verification, in its sole discretion, either refund to Customer the full purchase price for such undelivered Precious Metals or replace such Precious Metals with other Precious Metals of the same denomination/type and grade. metals assumes no responsibility for Precious Metals lost, damaged, stolen, or otherwise subject to casualty after delivery to Customer. metals assumes no risk of loss for any Precious Metals purchased from a Customer until such materials are delivered to and accepted by an authorized representative of metals.

3. <u>Purchase Price</u>:

Exhibit A

a. <u>Sales</u>: The purchase price Customer has been quoted and agreed to pay includes metals operating margin on the transaction. Within the Precious Metals industry, the difference between metals cost on the day of the purchase (for the Precious Metals Customer has agreed to buy) and the retail price quoted to Customer is known as the "Spread." Spreads vary significantly - by Precious Metal, by customer, and over time. For Customer to make a profit, Customer must be able to sell the Precious Metals in the future for a price high enough to cover Customer's initial investment, including Spreads.  Spreads may be subject to negotiation, and Spreads charged to Customer in a specific transaction may be more or less than the Spread charged to others in similar transactions or charged to Customer in prior or future transactions. At the time this Transaction Agreement was transmitted for Customer's signature, (i) metals Spread on bullion (i.e., coins and bars that generally move in tandem with the spot price for the relevant commodity) is generally between one percent and five percent (1 to 5%), and (ii) metals's Spread on exclusive products from the Government mint is generally between one percent and nineteen point nine percent (1% to 19.9%). Spreads for exclusive gold and silver products and Numismatic coins and bars are often in the range of approximately one percent and nineteen point nine (1% to 19.9%.) These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons.  The actual Spread on any particular transaction could be any amount within those ranges (or even possibly outside those ranges). For example, if a bullion coin or bar was quoted by metals at $400, and included a ten percent (10%) spread, metals cost for the bullion coin or bar would be $360. Similarly, if metals quoted a Numismatic coin or bar or exclusive product at $400, and included a nineteen (19%) spread, metals cost for that coin would be $324. Metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. Customer acknowledges that the spot prices of Precious Metals do not necessarily move in tandem with the Precious Metals the Customer purchases. That means that the spot price and the liquidation value of the Precious Metals purchased by the Customer under this Agreement may perform differently from one another.

b. <u>IRA Sales</u>: Individual retirement account ("IRA") transactions are more expensive to process and can require metals to assume certain investment risk in connection with the transaction. As such, notwithstanding the general ranges set forth in Paragraph 3a, at the time this Agreement was transmitted for Customer's signature, metals Spread on IRA Precious Metals transactions varies between one percent and nineteen point nine percent (1% to 19.9%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons.  The actual Spread on any particular transaction could be any amount within that range (or even possibly outside that range). Moreover, metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. For example, a bullion coin or bar that ordinarily would be quoted by metals (outside an IRA) at $400, with a ten percent (10%) Spread, might be quoted at $360, with a nineteen percent (19%) Spread, if the bullion coin or bar is purchased within an IRA. In both those examples, however, metals cost for the bullion coin or bar would be $324. Metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an Individual retirement account ("IRA"). Client expressly acknowledges that Client has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Further, please note that holding Precious Metals as an investment in an IRA may result in additional fees charged by third parties, not metals, such as depositary and custodial fees that would be charged directly to the Client by such third parties. metals makes no opinions, statements, or recommendations in regards to how much or what percentage of Client's retirement account should be invested in precious metals.

c. <u>Re-purchases</u>: metals is prohibited by law from guaranteeing to repurchase Precious Metals that it sells. metals may, at its sole discretion, elect to re-purchase the Precious Metals that metals sells, and metals does not guarantee that it will re-purchase Precious Metals that Customer purchases from metals.  In the event Customer seeks to sell its Precious Metals to metals, Customer understands and acknowledges that metals re-purchase offer may be raised or lowered on a daily, even hourly or more basis, depending upon various market conditions, inventory needs, and the price and availability of comparable Precious Metals. metals does not guarantee that any re-purchase offer will equal the price that metals would pay to acquire the same denomination/type and grade of Precious Metal from a wholesaler, or that any offer made will be higher or equal to what someone else might offer for the same Precious Metals.

d. <u>Certification</u>: Customers who are selling Precious Metals to metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the sale of such articles, and (ii) any sale to metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value. Customers who are buying Precious Metals from metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of

Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the purchaser of such articles, and (ii) any purchase from metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value.

e. <u>Quotes on Customer's Holdings</u>: Customers may request a quote on their holdings at any time. When requesting a quote, please specify whether you are looking to purchase additional Precious Metals or sell your existing holdings - as metals bid (buy from customer) and ask (sell to customer) quotes will vary. metals bases such quotes on a variety of factors, which are not necessarily tied or related to the prices quoted by, or factors considered by, its competitors.

f. <u>Classification as Bullion, Exclusive, or Numismatic:</u> Whether a Precious Metal is classified as Bullion, Exclusive, or Numismatic may turn on a number of objective and subjective factors, including the age of the Precious Metal, its condition, the number of known copies, the likelihood of additional minting, the originating country, relevant historical events or owners (e.g., shipwreck; royalty), relevance to the formation of various Precious Metal collections, and an investor's personal attraction to the piece. metals classification of Precious Metals is only an opinion and may change over time (e.g., if additional quantities of the Precious Metal are discovered). In addition, given the subjective nature of the classification process, other dealers or investors may classify the same coin differently. metals prices and spreads are based on its classification determination.

g. <u>Customer Assumes Investment Risk; Investment Decisions</u>.  Customer acknowledges that purchases and sales of Precious Metals involve considerable risk. Market prices are at times volatile and may be affected by a variety of factors including, among others, general economic conditions, political events, monetary policies of various countries, fluctuations in production and demand, stock-piles, speculative activity and the degree of concern people have about these matters. It is impossible to forecast accurately how or to what degree these or other factors will affect prices. Customer acknowledges and agrees that Customer assumes the risk of all investment decisions regarding any and all Precious Metals the Customer purchases from metals and metals makes no guarantee or representation regarding Customer's ability to profit (or avoid loss) from any purchase or any representation regarding any tax implications of any purchase and the decision to purchase or sell Precious Metals. Any purchases from metals are made subject to Customer's own prudence, judgment and ultimate decision. Customer expressly acknowledges and agrees to hold metals harmless for any damages arising out of the performance by metals of this Agreement. Customer understands that past performance cannot be an indicative of future results.

4. <u>Remedy for Customer's Failure to Perform</u>: If Customer refuses to accept delivery of the Precious Metals ordered or fails to make payment when due, metals, in its sole discretion, may cancel the transaction and resell such Precious Metals on a wholesale basis. If the proceeds from such resale are less than the contract price with Customer, metals shall be entitled to recover from Customer the difference between the resale price and Customer's contract price, plus any incidental damages occasioned by Customer's breach. If the proceeds from such resale are more than the contract price with Customer, metals shall be entitled to keep the excess amount to cover metals incidental damages.

5. <u>Investment Objectives; Holding Period; Investment Risk; No Advice; Commissioned Sales Representatives</u>:

a. metals is a seller and purchaser of Precious Metals. While metals is always prepared to compare and contrast the different Precious Metals that are available for purchase or that metals is willing to purchase, Customer acknowledges and agrees that (i) no fiduciary relationship exists between metals and Customer, (ii) the decision to purchase or sell Precious Metals, and which Precious Metals to purchase or sell, are the Customer's decision alone, and (iii) purchases or sales are made subject to Customer's own prudence and judgment.

b. In metals opinion, Precious Metals should be considered a long-term investment. Customer should be prepared to hold any Precious Metals purchased - whether from metals or elsewhere - for at least a three to five year period, and preferably five to ten years, to maximize the potential for gains. In metals opinion, Customer should only invest capital that can be held for at least this period of time. However, Precious Metals, like all investments, carry capital risk. Precious Metals may appreciate, depreciate, or stay the same depending on a variety of factors. metals cannot guarantee, and makes no representation, that the Precious Metals will appreciate at all or appreciate sufficiently to make Customer a profit at the expiration of this or any other period of time.

c. In metals opinion, Customer should not invest more than twenty percent (20%) of Customer's available investment funds in Precious Metals. Moreover, Precious Metals do not yield income and thus are not an appropriate investment vehicle for investors seeking current or future income.

d. The success of an investment in Precious Metals is dependent, in part, upon extrinsic economic forces including

but not limited to supply, demand, international monetary conditions, and inflation or the expectation of inflation. The impact of these forces on the values of Precious Metals in general or any particular Precious Metal cannot be predicted. Customer acknowledges that the Precious Metals market can be volatile and that Precious Metal prices may rise or fall over time. Customer further acknowledges that past performance is no guarantee of future performance.

e. metals does not provide tax, investment, or legal advice or advisory services, and no one associated with metals is authorized to provide any such advice or services. Any written or oral statements by metals, its officers, agents, sales representatives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact. Customer agrees, acknowledges, and represents that Customer has not, at any time, sought or been provided with tax, investment, or legal advice or advisory services, of any kind or nature from metals or any of its, affiliates, assigns, successors, agents, employees, contractors or other representatives.

f. metals sales representatives are commissioned salespersons - i.e., their salary is based, at least in part, on the amount and profit margin of the Precious Metals they sell. In addition, from time to time, metals sales representatives may receive other compensation tied to sales activity - e.g., sales contests; bonuses tied to the sale of certain denominations/types or grades of Precious Metals. metals sales representatives are not licensed brokers and their knowledge of Precious Metals and the Precious Metals marketplace varies markedly.

g. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an IRA. Customer expressly acknowledges that Customer has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Any written or oral statements by metals, its officers, agents, account executives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact.

h.  Customer understands, agrees, and acknowledges that metals records telephone calls with potential customers and/or including Customer, to avoid and/or prevent fraud, for purposes of verifying Customer's assent to the terms and conditions of the purchase from metals, for quality control and/or other reasons. Customer consents to all such recordings of Customer by metals to the extent consent is required under any state or federal laws or statutes.

6. Grades:

a. metals is not a grading service. metals purchases Precious Metals for re-sale to its customers. metals is not a grading service. metals does not independently assess the Precious Metals it purchases for re-sale, but relies upon the opinions and assessments of independent grading services such as Professional Coin Grading Service, Inc., Numismatic Guaranty Corporation of America, and ANACAS, or others. Grading is a subjective process and it is not uncommon for grading services, or individual examiners within the same grading service, to reach different conclusions regarding the appropriate grade for a particular Precious Metal. Moreover, grading standards are constantly evolving. metals does not guarantee that the Precious Metals it sells will achieve the same grades in the future. In selling graded Precious Metals, metals warrants that the Precious Metal is genuine (i.e., not a counterfeit) and states that the grade is as opined by the grading service when graded by that service, if graded.

b. Grading is subjective. Grading is a subjective determination. While numerical grading may give the impression of precision,  the numbers in fact represent a nuanced opinion that even experts cannot consistently and systematically agree upon. The grade reflects the opinion of the cataloger (or grader) as to the state of preservation, method of strike, and overall appearance of a particular Precious Metal or lot.

c. Terminology. The term "proof" or "specimen" is used to describe a method of manufacture. Those terms do not connote a grade, condition or attribution.

d. Cleaning/Toning. metals does not represent that a Precious Metal has or has not been cleaned, that any toning is natural or artificial, that a Precious Metal has a particular provenance or pedigree, that a Precious Metal is struck or not struck, that a Precious Metal is produced or not produced in a particular manner or style, and/or that a different grading service (or even a different grader within the same grading service) would assign the same grade now or in the future to the same Precious Metal.

e. Acknowledgment. Where metals sells a Precious Metal that is encapsulated by a grading service and bears the

grade or condition ascribed to it by the grading service, Customer acknowledges and agrees that other grading services or knowledgeable purchasers might reach a different conclusion as to the item's grade. Customer further acknowledges that metals has provided the grader's description for the customer's information and makes no warranty as to its accuracy or the standards used to determine that grade.

7. Representation/Warranty; Sales Representatives Not Authorized To Make Other Representations or Warranties: metals represents and warrants that, upon the delivery of Purchase Funds (as provided for in Paragraph 1), and subject to the other terms and restrictions set forth in this Transaction Agreement, metals will cause to be delivered to Customer the denomination/type and grade of Precious Metals specified in Customer's order, as classified and/or graded by one of the following independent grading services: Professional Coin Grading Service, Inc. (PCGS), Numismatic Guaranty Corporation of America (NGC), ANACAS, or any other independent grading service of similar standing. The only representation and warranty that Customer may rely upon in purchasing Precious Metals from or selling Precious Metals to metals is the representation set forth in this Paragraph 7. Neither metals, nor any of its officers, agents, employees, sales representatives, or other representatives are authorized to make any other representations or warranties concerning any Precious Metals that metals is selling or purchasing under this Transaction Agreement.

8. Exchange/Refund Policy:

a. Replacement of Exclusive or Numismatic Coins Where Grade Disputed: Customer agrees to inspect each delivery carefully upon receipt. If, for any reason whatsoever, Customer is dissatisfied with the quality of a exclusive or Numismatic coin or bar (specific kinds of Precious Metals) purchased from metals, Customer should immediately notify metals. If Customer notifies metals of its dissatisfaction within fifteen (15) days of delivery of the exclusive or Numismatic coin or bar and the original holder in which the exclusive or Numismatic coin or bar in question was delivered has not been opened, removed, or tampered with in any respect, metals shall replace the exclusive or Numismatic coin or bar in question with another exclusive or Numismatic coin or bar (as appropriate) of the same denomination/type and grade. metals, in its sole discretion, may permit Customer to upgrade to a higher value exclusive or Numismatic coin or bar (either in denomination/type or grade) as part of this replacement process, provided Customer pays the difference between the contract price of the exclusive or Numismatic coin or bar previously purchased and metals current sale price for the higher value exclusive or Numismatic coin(s) or bar(s) to be substituted. If metals determines, in its sole discretion, that another exclusive or Numismatic coin or bar of the same denomination/type and grade is not reasonably, commercially available, metals may elect, at its sole option, to replace the exclusive or Numismatic coin or bar purchased with a reasonably comparable exclusive or Numismatic coin or bar, even though of a different denomination/type and grade.

b. Cancellation Period; Certain States' Rights. With the exceptions noted in Paragraph 8a and the Addendum attached hereto (certain state residents only), metals offers Customers a seven (7) day right to request cancellation of their purchase with metals for exclusive or Numismatic coin or bar purchases.  Because Precious Metals, including all other purchases other than exclusive or Numismatic coin or bars, are subject to price fluctuations outside of metals control, the metals is unable to rescind, cancel, refund, or exchange Customer's order or this Agreement for all purchases other than exclusive or Numismatic coin or bars, other than as noted herein, in Paragraph 8a above, and as set forth in the attached Addendum.

9. Disclaimer of Express and Implied Warranties: EXCEPT AS SET FORTH IN PARAGRAPH 7, THE PRECIOUS METALS SOLD BY METALS PURSUANT TO THIS TRANSACTION AGREEMENT ARE SOLD ON AN "AS IS" BASIS AND METALS MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY AND OR FITNESS FOR A PARTICULAR PURPOSE.

10. No Liability for Consequential Damages; Limitation of Liability: IN NO EVENT SHALL METALS HAVE ANY OBLIGATION OR LIABILITY (WHETHER IN TORT, CONTRACT, WARRANTY, OR OTHERWISE, AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, OR STRICT LIABILITY), FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES SUSTAINED OR ARISING FROM OR RELATED TO ANY TRANSACTION COVERED BY THIS TRANSACTION AGREE- MENT, EVEN IF METALS IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, METALS LIABILITY TO CUSTOMER FOR ANY REASON AND UPON ANY CLAIMS SHALL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID BY CUSTOMER FOR THE PRECIOUS METALS IN DISPUTE.

11. Application to Future Transactions: This Transaction Agreement shall control all transactions between metals and Customer unless and until such time as it is amended by metals. Customer agrees that metals may amend this

Transaction Agreement at any time and from time to time, that metals may give notice to Customer of any amendment by mailing a copy of the amended Transaction Agreement to the address set forth above (or any updated address provided by Customer in the interim), and that following such mailing, the amended Transaction Agreement shall govern succeeding transactions and any interaction with metals.

12. Force Majeure: Neither metals nor Customer shall be liable for any failure or delay in its or their performance under this Transaction Agreement due to any cause beyond its or their respective reasonable control, including acts of war, terrorism, acts of God, earthquake, flood, embargo, riot, sabotage, labor shortage or dispute, governmental act or failure of the Internet including, but not limited to, any disruption, failure and/or error in or of metals internal computer systems, or any disruption, failure and/or error in or of any third-party Internet service providers as metals may use from time to time.

13. Arbitration of Disputes; Waiver of Jury Trial: ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS TRANSACTION AGREEMENT OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION OR VALIDITY THEREOF, INCLUDING THE DETERMINATION OF THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, OR ANY OTHER DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF ANY INTERACTION BETWEEN METALS AND CUSTOMER, SHALL BE BROUGHT AND BE DETERMINED BY ARBITRATION IN LOS ANGELES, CALIFORNIA, BEFORE ONE ARBITRATOR. THE ARBITRATION SHALL BE ADMINISTERED BY ADR SERVICES, INC.  CUSTOMER AND METALS WAIVE THEIR RIGHTS, IF ANY, TO BRING ANY CLAIM THAT IS SUBJECT TO THIS ARBITRATION PROVISION AS A CLASS ACTION, "MASS" ACTION, OR OTHERWISE ON A REPRESENTATIVE BASIS. JUDGMENT ON ANY ARBITRATION AWARD MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION. THIS CLAUSE SHALL NOT PRECLUDE PARTIES FROM SEEKING PROVISIONAL INJUNCTIVE REMEDIES IN AID OF ARBITRATION FROM A COURT OF APPROPRIATE JURISDICTION.

14. Choice of Law: The substantive law of California shall govern all claims brought by or against metals in connection with this Transaction Agreement or otherwise arising out of any interaction between metals and Customer, without any regard for conflict of law principles.

15. Limitation on Time to Bring Any Claim: Except where the law prescribes a shorter applicable statute of limitation, or prohibits shortening the otherwise applicable longer statute of limitations, any claim or legal action of any kind arising in connection with or relating in any way Customer's purchases from metals, metals, or in any way relating to metals or this Agreement,  must be brought within one year after the purchase or sale or other event giving rise to the claim or legal action. If this clause is determined to be unenforceable as to any particular claim or claims under the law of the applicable jurisdiction, it shall remain fully enforceable as to all other claims.

16. Jurisdiction: Jurisdiction and venue for any dispute, claim or controversy arising out of or in any way relating to this Transaction Agreement or the breach, termination, enforcement, interpretation or validity thereof, or any other interaction between metals and Customer, shall be in Los Angeles, California, and any party making a claim against metals in whatever form hereby submits to personal jurisdiction in that forum for any and all purposes. By entering into this Agreement, Customer agrees to be subject to the personal jurisdiction of the State of California, agreeing and acknowledging that entering into this Agreement shall constitute sufficient minimum contacts with the State of California to confer both general and specific personal jurisdiction.

17. Finality; Integration Clause: This Agreement is intended by metals and Customer as a final expression of their agreement concerning the matters set forth herein, and is also intended as a complete and exclusive statement of the terms of their agreement. This Agreement supersedes any oral or written statements made prior to, contemporaneous with, or in the future regarding this Agreement or the transactions covered hereunder. Customer shall not rely upon any statement made by or on behalf of metals that is inconsistent with this Transaction Agreement.

18. Severability: If any provision of this Transaction Agreement is determined by any court of competent jurisdiction or arbitrator to be invalid, illegal, or unenforceable to any extent, that provision shall, if possible, be construed as though more narrowly drawn, if a narrower construction would avoid such invalidity, illegality, or unenforceability or, if that is not possible, such provision shall, to the extent of such invalidity, illegality, or unenforceability, be severed, and the remaining provisions of this Agreement shall remain in full force and effect.

ADDENDUM  OF STATE-SPECIFIC PROVISIONS

*Alaska.* metals provides all customers the right to receive a full refund for the return of undamaged and unused metals or coins, provided the customer gives metals timely notice of the return within seven (7) calendar days after the date the customer receives the merchandise. Timely notice is given if the return request is made in person within the seven (7) days or if the return or request is mailed, properly addressed and postmarked, postage prepaid, within the seven (7) days. Receipt of metals or coins is deemed to occur at the earliest of: (a) the date the customer receives actual possession of the metals or coins; or (b) the date the customer receives written confirmation that the metals or coins have been deposited on the customer's behalf in an independent depository. metals, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Connecticut, Nebraska, Maryland, Louisiana, Kansas.* metals provides all **first time customers** the right to a refund for the return of undamaged and unused metal or coins, provided that TMTE, Inc. receive written notice of cancellation within seven (7) calendar days after the date you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Hawaii, Mississippi, West Virginia, Arizona, Colorado, Montana, Oklahoma, Utah,*
*Texas (credit card purchases only), Oregon, Nevada.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Indiana, Pennsylvania, Vermont, Wyoming, South Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within ten (10) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Michigan, Virginia, Arkansas.* metals provides all customers the right to a full refund provided that Metals.com receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign this Agreement. metals shall, upon written notice of cancellation, issue a full refund within ten (10) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*North Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within fifteen (15) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Maine*. metals provides all **first time customers** the right to a refund, provided that  Metals.com receive written notice of cancellation within seven (7) calendar days after the date your trade confirmation is mailed to you (based upon the postmark) or delivered to a third-party carrier such as FedEx. (Prior purchasers have the right to receive a full refund provided that metals receive written notice of the cancellation **within three (3) business days** after the date your trade confirmation is mailed or delivered, as above.) metals shall, upon written notice of cancellation, issue a full refund within fifteen (15) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*West Virginia*. metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. For purposes of this subsection, it will be presumed that goods were received seven days after they were mailed unless it can be clearly demonstrated that the goods were not received or received at a later date. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later. metals will provide a cash refund for a cash purchase or issuing a credit for a credit purchase, which credit is applied to the account to which the purchase was debited in connection with the return of its unused and undamaged merchandise or canceled services.

*Wisconsin*. metals provides all customers the right to a full refund provided that metals receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign the Addendum to this Trade Confirmation. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals whichever is later. (Notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.)

## SHIPPING AND TRANSACTION AGREEMENT

**CUSTOMER INFORMATION**

Customer Name:

Street Address: | Evening Phone:

City / State / Zip: | Daytime Phone:

Email Address:

By signing below, I acknowledge that I have read, understand, and hereby agree to the terms set forth on the front and back of this Agreement

Dated: | Customer's Signature:

**PHONE CALLS**

Initial Here

By initialing in the space provided, and by your signature on this agreement, you hereby expressly authorize CM to telephone you at the number(s) provided above, irrespective of whether or not your telephone number appears in the "**National Do Not Call Registry.**" 16 CFR§310.4(b)(1)(iii)(B)(i) and (ii).

metals.com / TMTE, Inc.  (and its affiliates) (collectively, "metals") and the individual identified above ("Customer") agree that the following terms of this Shipping and Transaction Agreement ("Agreement") shall govern the pending and all future transactions between the parties involving all precious metals, in any form, that is the subject of all transactions between metals and Customer, and shall include, but is not limited to, bullion bars and coins, semi-Numismatic coins and bars, Numismatic coins and bars, "junk silver," and bags (and partial bags) of coins (collectively "Precious Metals.") This Agreement shall apply to all purchases from and sales to metals involving Customer, present and future.  metals is not an investment advisor, consultancy, licensed brokerage, or banking institution.

1. <u>Delivery of Precious Metals Purchased</u>: Customer must deliver funds sufficient to cover the entirety of Customer's purchase from metals within five (5) business days of Customer's placement of the order ("Purchase Funds"). Purchase Funds may be delivered by check, credit card, or wire transfer. With the limited exception noted in Paragraph 8a, all sales, including credit card sales, are final (i.e., the Precious Metals cannot be exchanged or returned for a refund). Checks may be made out to Metals.com (For wire transfer instructions, please contact your metals sales representative.) metals shall deliver the Precious Metals specified in Customer's order to a suitable delivery service for delivery to Customer no more than twenty-eight (28) days after metals verifies that the Purchase Funds provided are backed by good funds. (Please note that it may take 12 business days to verify personal checks.) If Customer fails to provide the Purchase Funds within five (5) business days of Customer's placement of the order, metals may exercise the rights set forth in Paragraph 4, below.

2. <u>Delivery of Precious Metals</u>:  metals shall cause all Precious Metals purchased and paid for to be delivered to Customer's address set forth above. metals only uses reputable, nationally recognized delivery services to deliver its Precious Metals. If, however, Customer's order is lost prior to delivery, Customer is instructed to notify metals, in writing, immediately. Notice of any such alleged loss should be sent to: metals.com, Attention: Customer Service, 330 S Center St,
suite 407 Casper, WY 82601. If the delivery service verifies that Customer's Precious Metals were never delivered, metals shall, within forty-five (45) days of such verification, in its sole discretion, either refund to Customer the full purchase price for such undelivered Precious Metals or replace such Precious Metals with other Precious Metals of the same denomination/type and grade. metals assumes no responsibility for Precious Metals lost, damaged, stolen, or otherwise subject to casualty after delivery to Customer. metals assumes no risk of loss for any Precious Metals

Exhibit B

purchased from a Customer until such materials are delivered to and accepted by an authorized representative of metals.

3. Purchase Price:

a. Sales: The purchase price Customer has been quoted and agreed to pay includes metals operating margin on the transaction. Within the Precious Metals industry, the difference between metals cost on the day of the purchase (for the Precious Metals Customer has agreed to buy) and the retail price quoted to Customer is known as the "Spread." Spreads vary significantly - by Precious Metal, by customer, and over time. For Customer to make a profit, Customer must be able to sell the Precious Metals in the future for a price high enough to cover Customer's initial investment, including Spreads.  Spreads may be subject to negotiation, and Spreads charged to Customer in a specific transaction may be more or less than the Spread charged to others in similar transactions or charged to Customer in prior or future transactions. At the time this Transaction Agreement was transmitted for Customer's signature, (i) metals Spread on bullion (i.e., coins and bars that generally move in tandem with the spot price for the relevant commodity) is generally between one percent and five percent (1 to 5%), and (ii) metals's Spread on semi-Numismatic and Numismatic coins and bars is generally between seventeen percent and thirty-three percent (17 to 33%). Spreads for semi-Numismatic and Numismatic coins and bars are often in the range of approximately twenty-nine percent (29%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons.  The actual Spread on any particular transaction could be any amount within those ranges (or even possibly outside those ranges). For example, if a bullion coin or bar was quoted by metals at $400, and included a ten percent (10%) spread, metals cost for the bullion coin or bar would be $360. Similarly, if metals quoted a Numismatic coin or bar at $400, and included a twenty-five percent (25%) spread, metals cost for that coin would be $300. metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. Customer acknowledges that the spot prices of Precious Metals do not necessarily move in tandem with the Precious Metals the Customer purchases. That means that the spot price and the liquidation value of the Precious Metals purchased by the Customer under this Agreement may perform differently from one another.

b. IRA Sales: Individual retirement account ("IRA") transactions are more expensive to process and can require metals to assume certain investment risk in connection with the transaction. As such, notwithstanding the general ranges set forth in Paragraph 3a, at the time this Agreement was transmitted for Customer's signature, metals Spread on IRA Precious Metals transactions varies between two percent and thirty-three percent (2% to 33%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons. The actual Spread on any particular transaction could be any amount within that range (or even possibly outside that range). Moreover, metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. For example, a bullion coin or bar that ordinarily would be quoted by metals (outside an IRA) at $400, with a ten percent (10%) Spread, might be quoted at $480, with a twenty-five percent (25%) Spread, if the bullion coin or bar is purchased as an IRA investment. In both those examples, however, metals cost for the bullion coin or bar would be $360. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an Individual retirement account ("IRA"). Client expressly acknowledges that Client has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Further, please note that holding Precious Metals as an investment in an IRA may result in additional fees charged by third parties, not metals, such as depositary and custodial fees that would be charged directly to the Client by such third parties. metals makes no opinions, statements, or recommendations in regards to how much or what percentage of Client's retirement account should be invested in precious metals.

c. Re-purchases: metals is prohibited by law from guaranteeing to repurchase Precious Metals that it sells. metals may, at its sole discretion, elect to re-purchase the Precious Metals that metals sells, and metals does not guarantee that it will re-purchase Precious Metals that Customer purchases from metals.  In the event Customer seeks to sell its Precious Metals to metals, Customer understands and acknowledges that metals re-purchase offer may be raised or lowered on a daily, even hourly or more basis, depending upon various market conditions, inventory needs, and the price and availability of comparable Precious Metals. metals does not guarantee that any re-purchase offer will equal the price that metals would pay to acquire the same denomination/type and grade of Precious Metal from a wholesaler, or that any offer made will be higher or equal to what someone else might offer for the same Precious

Metals.

d. <u>Certification</u>: Customers who are selling Precious Metals to metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the sale of such articles, and (ii) any sale to metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value. Customers who are buying Precious Metals from metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the purchaser of such articles, and (ii) any purchase from metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value.

e. <u>Quotes on Customer's Holdings</u>: Customers may request a quote on their holdings at any time. When requesting a quote, please specify whether you are looking to purchase additional Precious Metals or sell your existing holdings - as metals bid (buy from customer) and ask (sell to customer) quotes will vary. metals bases such quotes on a variety of factors, which are not necessarily tied or related to the prices quoted by, or factors considered by, its competitors.

f. <u>Classification as Bullion, semi-Numismatic, or Numismatic</u>: Whether a Precious Metal is classified as Bullion, semi-Numismatic, or Numismatic may turn on a number of objective and subjective factors, including the age of the Precious Metal, its condition, the number of known copies, the likelihood of additional minting, the originating country, relevant historical events or owners (e.g., shipwreck; royalty), relevance to the formation of various Precious Metal collections, and an investor's personal attraction to the piece. metals classification of Precious Metals is only an opinion and may change over time (e.g., if additional quantities of the Precious Metal are discovered). In addition, given the subjective nature of the classification process, other dealers or investors may classify the same coin differently. metals prices and spreads are based on its classification determination.

g. <u>Customer Assumes Investment Risk; Investment Decisions</u>.  Customer acknowledges that purchases and sales of Precious Metals involve considerable risk. Market prices are at times volatile and may be affected by a variety of factors including, among others, general economic conditions, political events, monetary policies of various countries, fluctuations in production and demand, stock-piles, speculative activity and the degree of concern people have about these matters. It is impossible to forecast accurately how or to what degree these or other factors will affect prices. Customer acknowledges and agrees that Customer assumes the risk of all investment decisions regarding any and all Precious Metals the Customer purchases from metals and metals makes no guarantee or representation regarding Customer's ability to profit (or avoid loss) from any purchase or any representation regarding any tax implications of any purchase and the decision to purchase or sell Precious Metals. Any purchases from metals are made subject to Customer's own prudence, judgment and ultimate decision. Customer expressly acknowledges and agrees to hold metals harmless for any damages arising out of the performance by metals of this Agreement. Customer understands that past performance cannot be an indicative of future results.

4. <u>Remedy for Customer's Failure to Perform</u>: If Customer refuses to accept delivery of the Precious Metals ordered or fails to make payment when due, metals, in its sole discretion, may cancel the transaction and resell such Precious Metals on a wholesale basis. If the proceeds from such resale are less than the contract price with Customer, metals shall be entitled to recover from Customer the difference between the resale price and Customer's contract price, plus any incidental damages occasioned by Customer's breach. If the proceeds from such resale are more than the contract price with Customer, metals shall be entitled to keep the excess amount to cover metals incidental damages.

5. <u>Investment Objectives; Holding Period; Investment Risk; No Advice; Commissioned Sales Representatives</u>:

a. metals is a seller and purchaser of Precious Metals. While metals is always prepared to compare and contrast the different Precious Metals that are available for purchase or that metals is willing to purchase, Customer acknowledges and agrees that (i) no fiduciary relationship exists between metals and Customer, (ii) the decision to purchase or sell Precious Metals, and which Precious Metals to purchase or sell, are the Customer's decision alone, and (iii) purchases or sales are made subject to Customer's own prudence and judgment.

b. In metals opinion, Precious Metals should be considered a long-term investment. Customer should be prepared to hold any Precious Metals purchased - whether from metals or elsewhere - for at least a three to five year period, and preferably five to ten years, to maximize the potential for gains. In metals opinion, Customer should only invest capital that can be held for at least this period of time. However, Precious Metals, like all investments, carry capital risk. Precious Metals may appreciate, depreciate, or stay the same depending on a variety of factors. metals cannot guarantee, and makes no representation, that the Precious Metals will appreciate at all or appreciate sufficiently to make Customer a profit at the expiration of this or any other period of time.

c. In metals opinion, Customer should not invest more than twenty percent (20%) of Customer's available investment funds in Precious Metals. Moreover, Precious Metals do not yield income and thus are not an appropriate investment vehicle for investors seeking current or future income.

d. The success of an investment in Precious Metals is dependent, in part, upon extrinsic economic forces including but not limited to supply, demand, international monetary conditions, and inflation or the expectation of inflation. The impact of these forces on the values of Precious Metals in general or any particular Precious Metal cannot be predicted. Customer acknowledges that the Precious Metals market can be volatile and that Precious Metal prices may rise or fall over time. Customer further acknowledges that past performance is no guarantee of future performance.

e. metals does not provide tax, investment, or legal advice or advisory services, and no one associated with metals is authorized to provide any such advice or services. Any written or oral statements by metals, its officers, agents, sales representatives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact. Customer agrees, acknowledges, and represents that Customer has not, at any time, sought or been provided with tax, investment, or legal advice or advisory services, of any kind or nature from metals or any of its, affiliates, assigns, successors, agents, employees, contractors or other representatives.

f. metals sales representatives are commissioned salespersons - i.e., their salary is based, at least in part, on the amount and profit margin of the Precious Metals they sell. In addition, from time to time, metals sales representatives may receive other compensation tied to sales activity - e.g., sales contests; bonuses tied to the sale of certain denominations/types or grades of Precious Metals. metals sales representatives are not licensed brokers and their knowledge of Precious Metals and the Precious Metals marketplace varies markedly.

g. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an IRA. Customer expressly acknowledges that Customer has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Any written or oral statements by metals, its officers, agents, account executives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact.

h.  Customer understands, agrees, and acknowledges that metals records telephone calls with potential customers and/or including Customer, to avoid and/or prevent fraud, for purposes of verifying Customer's assent to the terms and conditions of the purchase from metals, for quality control and/or other reasons. Customer consents to all such recordings of Customer by metals to the extent consent is required under any state or federal laws or statutes.

6. <u>Grades</u>:

a. metals <u>is not a grading service</u>. metals purchases Precious Metals for re-sale to its customers. metals is not a grading service. metals does not independently assess the Precious Metals it purchases for re-sale, but relies upon the opinions and assessments of independent grading services such as Professional Coin Grading Service, Inc., Numismatic Guaranty Corporation of America, and ANACAS, or others. Grading is a subjective process and it is not uncommon for grading services, or individual examiners within the same grading service, to reach different conclusions regarding the appropriate grade for a particular Precious Metal. Moreover, grading standards are constantly evolving. metals does not guarantee that the Precious Metals it sells will achieve the same grades in the future. In selling graded Precious Metals, metals warrants that the Precious Metal is genuine (i.e., not a counterfeit) and states that the grade is as opined by the grading service when graded by that service, if graded.

b. <u>Grading is subjective</u>. Grading is a subjective determination. While numerical grading may give the impression of precision,  the numbers in fact represent a nuanced opinion that even experts cannot consistently and systematically agree upon. The grade reflects the opinion of the cataloger (or grader) as to the state of preservation, method of strike, and overall appearance of a particular Precious Metal or lot.

c. <u>Terminology</u>. The term "proof" or "specimen" is used to describe a method of manufacture. Those terms do not connote a grade, condition or attribution.

d. <u>Cleaning/Toning</u>. metals does not represent that a Precious Metal has or has not been cleaned, that any toning is natural or artificial, that a Precious Metal has a particular provenance or pedigree, that a Precious Metal is struck or not struck, that a Precious Metal is produced or not produced in a particular manner or style, and/or that a different grading service (or even a different grader within the same grading service) would assign the same grade now or in the future to the same Precious Metal.

e. <u>Acknowledgment</u>. Where metals sells a Precious Metal that is encapsulated by a grading service and bears the grade or condition ascribed to it by the grading service, Customer acknowledges and agrees that other grading services or knowledgeable purchasers might reach a different conclusion as to the item's grade. Customer further acknowledges that metals has provided the grader's description for the customer's information and makes no warranty as to its accuracy or the standards used to determine that grade.

7. <u>Representation/Warranty; Sales Representatives Not Authorized To Make Other Representations or Warranties</u>: metals represents and warrants that, upon the delivery of Purchase Funds (as provided for in Paragraph 1), and subject to the other terms and restrictions set forth in this Transaction Agreement, metals will cause to be delivered to Customer the denomination/type and grade of Precious Metals specified in Customer's order, as classified and/or graded by one of the following independent grading services: Professional Coin Grading Service, Inc. (PCGS), Numismatic Guaranty Corporation of America (NGC), ANACAS, or any other independent grading service of similar standing. The only representation and warranty that Customer may rely upon in purchasing Precious Metals from or selling Precious Metals to metals is the representation set forth in this Paragraph 7. Neither metals, nor any of its officers, agents, employees, sales representatives, or other representatives are authorized to make any other representations or warranties concerning any Precious Metals that metals is selling or purchasing under this Transaction Agreement.

8. <u>Exchange/Refund Policy</u>:

a. <u>Replacement of Semi-Numismatic or Numismatic Coins Where Grade Disputed</u>: Customer agrees to inspect each delivery carefully upon receipt. If, for any reason whatsoever, Customer is dissatisfied with the quality of a semi-Numismatic or Numismatic coin or bar (specific kinds of Precious Metals) purchased from metals, Customer should immediately notify metals. If Customer notifies metals of its dissatisfaction within fifteen (15) days of delivery of the semi-Numismatic or Numismatic coin or bar and the original holder in which the semi-Numismatic or Numismatic coin or bar in question was delivered has not been opened, removed, or tampered with in any respect, metals shall replace the semi-Numismatic or Numismatic coin or bar in question with another semi-Numismatic or Numismatic coin or bar (as appropriate) of the same denomination/type and grade. metals, in its sole discretion, may permit Customer to upgrade to a higher value semi-Numismatic or Numismatic coin or bar (either in denomination/type or grade) as part of this replacement process, provided Customer pays the difference between the contract price of the semi-Numismatic or Numismatic coin or bar previously purchased and metals current sale price for the higher value semi-Numismatic or Numismatic coin(s) or bar(s) to be substituted. If metals determines, in its sole discretion, that another semi-Numismatic or Numismatic coin or bar of the same denomination/type and grade is not reasonably, commercially available, metals may elect, at its sole option, to replace the semi-Numismatic or Numismatic coin or bar purchased with a reasonably comparable semi-Numismatic or Numismatic coin or bar, even though of a different denomination/type and grade.

b. <u>Cancellation Period; Certain States' Rights</u>. With the exceptions noted in Paragraph 8a and the Addendum attached hereto (certain state residents only), metals offers Customers a seven (7) day right to request cancellation of their purchase with metals for semi-Numismatic or Numismatic coin or bar purchases.  Because Precious Metals, including all other purchases other than semi-Numismatic or Numismatic coin or bars, are subject to price fluctuations

outside of metals control, the metals is unable to rescind, cancel, refund, or exchange Customer's order or this Agreement for all purchases other than semi-Numismatic or Numismatic coin or bars, other than as noted herein, in Paragraph 8a above, and as set forth in the attached Addendum.

9. Disclaimer of Express and Implied Warranties: EXCEPT AS SET FORTH IN PARAGRAPH 7, THE PRECIOUS METALS SOLD BY METALS PURSUANT TO THIS TRANSACTION AGREEMENT ARE SOLD ON AN "AS IS" BASIS AND METALS MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY AND OR FITNESS FOR A PARTICULAR PURPOSE.

10. No Liability for Consequential Damages; Limitation of Liability: IN NO EVENT SHALL METALS HAVE ANY OBLIGATION OR LIABILITY (WHETHER IN TORT, CONTRACT, WARRANTY, OR OTHERWISE, AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, OR STRICT LIABILITY), FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES SUSTAINED OR ARISING FROM OR RELATED TO ANY TRANSACTION COVERED BY THIS TRANSACTION AGREE- MENT, EVEN IF METALS IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, METALS LIABILITY TO CUSTOMER FOR ANY REASON AND UPON ANY CLAIMS SHALL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID BY CUSTOMER FOR THE PRECIOUS METALS IN DISPUTE.

11. Application to Future Transactions: This Transaction Agreement shall control all transactions between metals and Customer unless and until such time as it is amended by metals. Customer agrees that metals may amend this Transaction Agreement at any time and from time to time, that metals may give notice to Customer of any amendment by mailing a copy of the amended Transaction Agreement to the address set forth above (or any updated address provided by Customer in the interim), and that following such mailing, the amended Transaction Agreement shall govern succeeding transactions and any interaction with metals.

12. Force Majeure: Neither metals nor Customer shall be liable for any failure or delay in its or their performance under this Transaction Agreement due to any cause beyond its or their respective reasonable control, including acts of war, terrorism, acts of God, earthquake, flood, embargo, riot, sabotage, labor shortage or dispute, governmental act or failure of the Internet including, but not limited to, any disruption, failure and/or error in or of metals internal computer systems, or any disruption, failure and/or error in or of any third-party Internet service providers as metals may use from time to time.

13. Arbitration of Disputes; Waiver of Jury Trial: ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS TRANSACTION AGREEMENT OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION OR VALIDITY THEREOF, INCLUDING THE DETERMINATION OF THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, OR ANY OTHER DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF ANY INTERACTION BETWEEN METALS AND CUSTOMER, SHALL BE BROUGHT AND BE DETERMINED BY ARBITRATION IN LOS ANGELES, CALIFORNIA, BEFORE ONE ARBITRATOR. THE ARBITRATION SHALL BE ADMINISTERED BY ADR SERVICES, INC.  CUSTOMER AND METALS WAIVE THEIR RIGHTS, IF ANY, TO BRING ANY CLAIM THAT IS SUBJECT TO THIS ARBITRATION PROVISION AS A CLASS ACTION, "MASS" ACTION, OR OTHERWISE ON A REPRESENTATIVE BASIS. JUDGMENT ON ANY ARBITRATION AWARD MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION. THIS CLAUSE SHALL NOT PRECLUDE PARTIES FROM SEEKING PROVISIONAL INJUNCTIVE REMEDIES IN AID OF ARBITRATION FROM A COURT OF APPROPRIATE JURISDICTION.

14. Choice of Law: The substantive law of California shall govern all claims brought by or against metals in connection with this Transaction Agreement or otherwise arising out of any interaction between metals and Customer, without any regard for conflict of law principles.

15. Limitation on Time to Bring Any Claim: Except where the law prescribes a shorter applicable statute of limitation, or prohibits shortening the otherwise applicable longer statute of limitations, any claim or legal action of any kind arising in connection with or relating in any way Customer's purchases from metals, metals, or in any way relating to metals or this Agreement,  must be brought within one year after the purchase or sale or other event giving rise to the claim or legal action. If this clause is determined to be unenforceable as to any particular claim or claims under the law of the applicable jurisdiction, it shall remain fully enforceable as to all other claims.

16. <u>Jurisdiction</u>: Jurisdiction and venue for any dispute, claim or controversy arising out of or in any way relating to this Transaction Agreement or the breach, termination, enforcement, interpretation or validity thereof, or any other interaction between metals and Customer, shall be in Los Angeles, California, and any party making a claim against metals in whatever form hereby submits to personal jurisdiction in that forum for any and all purposes. By entering into this Agreement, Customer agrees to be subject to the personal jurisdiction of the State of California, agreeing and acknowledging that entering into this Agreement shall constitute sufficient minimum contacts with the State of California to confer both general and specific personal jurisdiction.

17. <u>Finality; Integration Clause</u>: This Agreement is intended by metals and Customer as a final expression of their agreement concerning the matters set forth herein, and is also intended as a complete and exclusive statement of the terms of their agreement. This Agreement supersedes any oral or written statements made prior to, contemporaneous with, or in the future regarding this Agreement or the transactions covered hereunder. Customer shall not rely upon any statement made by or on behalf of metals that is inconsistent with this Transaction Agreement.

18. <u>Severability</u>: If any provision of this Transaction Agreement is determined by any court of competent jurisdiction or arbitrator to be invalid, illegal, or unenforceable to any extent, that provision shall, if possible, be construed as though more narrowly drawn, if a narrower construction would avoid such invalidity, illegality, or unenforceability or, if that is not possible, such provision shall, to the extent of such invalidity, illegality, or unenforceability, be severed, and the remaining provisions of this Agreement shall remain in full force and effect.

## ADDENDUM OF STATE-SPECIFIC PROVISIONS

*Alaska.* metals provides all customers the right to receive a full refund for the return of undamaged and unused metals or coins, provided the customer gives metals timely notice of the return within seven (7) calendar days after the date the customer receives the merchandise. Timely notice is given if the return request is made in person within the seven (7) days or if the return or request is mailed, properly addressed and postmarked, postage prepaid, within the seven (7) days. Receipt of metals or coins is deemed to occur at the earliest of: (a) the date the customer receives actual possession of the metals or coins; or (b) the date the customer receives written confirmation that the metals or coins have been deposited on the customer's behalf in an independent depository. metals, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Connecticut, Nebraska, Maryland, Louisiana, Kansas.* metals provides all **first time customers** the right to a refund for the return of undamaged and unused metal or coins, provided that TMTE, Inc. receive written notice of cancellation within seven (7) calendar days after the date you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Hawaii, Mississippi, West Virginia, Arizona, Colorado, Montana, Oklahoma, Utah,*
*Texas (credit card purchases only), Oregon, Nevada.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Indiana, Pennsylvania, Vermont, Wyoming, South Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within ten (10) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Michigan, Virginia, Arkansas.* metals provides all customers the right to a full refund provided that Metals.com receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign this Agreement.  metals shall, upon written notice of cancellation, issue a full refund within ten (10) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*North Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within fifteen (15) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Maine.* metals provides all **first time customers** the right to a refund, provided that  Metals.com receive written notice of cancellation within seven (7) calendar days after the date your trade confirmation is mailed to you (based upon the postmark) or delivered to a third-party carrier such as FedEx. (Prior purchasers have the right to receive a full refund provided that metals receive written notice of the cancellation **within three (3) business days** after the date your trade confirmation is mailed or delivered, as above.) metals shall, upon written notice of cancellation, issue a full refund within fifteen (15) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*West Virginia.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. For purposes of this subsection, it will be presumed that goods were received seven days after they were mailed unless it can be clearly demonstrated that the goods were not received or received at a later date. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later. metals will provide a cash refund for a cash purchase or issuing a credit for a credit purchase, which credit is applied to the account to which the purchase was debited in connection with the return of its unused and undamaged merchandise or canceled services.

*Wisconsin.* metals provides all customers the right to a full refund provided that metals receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign the Addendum to this Trade Confirmation. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals

whichever is later. (Notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.)

   

Log In | 🔒 Register   🛒 0 EMPTY CART



Search Here   🔍

FREE SHIPPING
ON $199+ ORDERS

Monday-Friday 8-6 CST
**1-800-276-6508**

| 🏠 | Gold | Silver | Platinum | Other | On Sale 🔥 | New Arrivals | Sell to Us | Charts | IRA | Sales Tax | Contact |

| Live Spot Prices: | **Gold Ask** $1,739.25 ▲$5.21 | **Silver Ask** $25.17 ▲$0.05 | **Platinum Ask** $1,195.94 ▲$34.14 | **Palladium Ask** $2,710.77 ▲$63.64 |

# 2020 1/4 oz Mexican Silver Libertad Coin (BU)







| Qty | (e)Check/Wire | Crypto ❓ | Card/PayPal |
|-----|---------------|----------|-------------|
| 1-24 | $21.04 | $21.26 | $21.92 |
| 25-99 | $20.54 | $20.75 | $21.40 |
| 100+ | $20.04 | $20.25 | $20.87 |

**Currently Out of Stock** ❓

Log in to add In-Stock Alert

❤️ **Add to Wishlist**

| Recommended Accessories |
|---|

27mm Air-Tite Coin
Holder Direct Fit
**$0.99**     [ 1 | + - ]   **Add**

🚚 **Free Shipping on $199+ Orders**
Tracking and insurance included on all orders

Sell to Us Price: **Call Us** ❓          ✅ IRA Eligible

| Product Reviews | **Login to Review** |
|---|---|

## Similar Products You May Like:



‹   **2017 1/2 oz Proof Canadian Silver Birds Among Nature's Colours: Chickadee Coin (Box + CoA)**
As low as:
$58.99
[ **Add** ]



**2017 1/2 oz Proof Canadian Silver Passion to Play: Calgary Flames Coin (Box)**
As low as:
$74.99
[ **Add** ]



**2017 1/2 oz Proof Canadian Silver Passion to Play: Edmonton Oilers Coin (Box)**
As low as:
$74.99
[ **Add** ]



**2017 1/2 oz Proof Canadian Silver Passion to Play: Montreal Canadiens Coin (Box)**
As low as:
$74.99
[ **Add** ]   ›

● ● ●

| **Product Details** | Specifications | Shipping FAQ |

The silver for sale in the Mexican Silver Libertad Series from the Mexican Mint includes a total of four fractional-weight options. The series includes 1/20 oz and 1/10 oz coins at the small end and 1/4 oz and 1/2 oz coins on the larger end. The 2020 1/4 oz Mexican Silver Libertad Coin is now available to you for purchase online from JM Bullion.

Coin Highlights:

- Coins arrive inside of individual flips or mint tubes of 25!
- 30th release of 1/4 oz Silver Libertad coins!

Exhibit C

- Contains 1/4 Troy oz of .999 pure silver in BU condition.
- Winged Victory is depicted on the obverse of the coins.
- The coat of arms of Mexico is on the reverse of the coins.

Mexican Silver Libertad coins feature an obverse design inspired by a gold circulation 50 peso coin introduced to mark 100 years of independence from Spain. That coin was known as the gold Centenario and featured an image of Winged Victory. Her personification emerged in the 1820s as a symbol of Mexican victory in the war for independence.

Winged Victory is inspired by the Roman goddess of victory, Victoria. The Greeks referred to her as Nike, but whatever you called Winged Victory, she was inspired by ancient mythology. Her figure was used on the Centenario until 1947 for circulation and afterward on a commemorative gold piece. A 22-foot tall depiction of Winged Victory is also on the Mexican Independence Victory Column erected in Mexico City in 1921.

On the obverse of all 2020 1/4 oz Mexican Silver Libertad Coins is that image of Winged Victory. She is depicted on these coins as she can be seen standing atop the Victory Column. The twin volcanic peaks of Popocatepetl and Iztaccihuatl are depicted in the background with the MO mint mark of the Mexican Mint.

The reverse side of 2020 Mexican Silver Libertad Coins features the modern coat of arms for Mexico. This seal has been in use since the nation gained independence, but this modern version is the most powerful to date. It features a bold golden eagle with a serpent locked in its talons and beak. Estados Unidos Mexicanos is inscribed above with a wreath below.

These 2020 1/4 oz Mexican Silver Libertad Coins are available to you today in Brilliant Uncirculated condition. The 1/4 oz Silver Libertad is available to purchase individually inside of a protective plastic flip or in multiples of 25 housed in mint tubes.

We encourage JM Bullion customers to call us with questions at 800-276-6508. You can also connect with us online through our live chat and our email address.



**Toll Free Number**
1-800-276-6508
Mon-Fri 8am-6pm CST

Frequently Asked Questions
**VIEW FAQ NOW**
Quick answers to common questions

Have Any Questions?
**EMAIL US**
Click here to email us

**CUSTOMER CARE**
My Account
Contact Us
FAQ
Privacy Policy
Cookie Policy
Terms & Conditions
Accessibility

**MY ACCOUNT**
Account Login
Track An Order
Order History
Price Alerts
Storage
Do Not Sell My Personal Information

**ABOUT US**
About JM Bullion
Careers
Shipping & Insurance
Payment Methods
Reviews
Mints

**INFO**
Blog
Investing Guide
Silver Prices
Gold Price
Local Directory
Coin Values

**SUBSCRIBE**
Subscribe to the JM Bullion newsletter to receive timely market updates and information on product sales and giveaways.

**MAJOR PAYMENT METHODS ACCEPTED**

DOWNLOAD OUR FREE APP TODAY

Follow Us

© Copyright 2021 JM Bullion. All Rights Reserved.



GOLD $1,742.20 ▲ $6.50 | SILVER $25.20 ▲ $0.06 | PLATINUM $1,201.60 ▲ $36.90 | PALLADIUM $2,719.50 ▲ $64.60 | 📈 View Charts

Call Us: 800.375.9006 | Live Chat    Exclusive Godzilla vs. Kong Coins Coming Soon    Sign In or Create Account

**APMEX** Investments You Hold™

Cart: 🛒 (0)

BEST SELLERS | GOLD | SILVER | PLATINUM & PALLADIUM | **DEALS** | RARE COINS | OTHER | SELL TO US | RESOURCES

APMEX › Silver Bullion › Royal Canadian Mint Silver › Canadian Commemorative Silver Coins › Canadian Wildlife Themed Commemorative Coins

## 2014 Canada 1/4 oz Silver $3 Animal Architects Spider & Web



Rollover to zoom

  

**$79.99**
Any Quantity

[ 1 ]    [ + ADD TO CART ]

### Volume Discount Pricing

| Quantity | Check/Wire | Crypto | CC/PayPal |
|---|---|---|---|
| Any Quantity | $79.99 | $80.39 | $83.32 |

### Recommended Supplies



| | Air-Tite Holder Direct Fit - 27 mm | ⊕ |
| | APMEX Wood Gift Box - Includes 27 mm Direct Fit Air-Tite Holder | ⊕ |
| | APMEX Gift Box - Includes 27 mm Direct Fit Air-Tite Holder | ⊕ |

 Your purchase is guaranteed to match the quality of the product shown. It will not be this exact item.

 Add to Wishlist        🔔 Price Alert

## Related Products



2019 Canada $0.50 Lenticular Spooky



2014 Canada 1 oz Silver $25



2014 Canada 1 oz Silver $20 The



2016 Canada 1 oz Silver $20 Majestic

Exhibit D

This site uses cookies for analytics and to deliver Personalized content. By continuing to browse our site, you agree that you have read and understand our **Privacy Policy.**

X



## 2021 New Releases









| 2021 Canada 1 oz Silver Maple Leaf | 2021 Australia 1 oz Silver $1 Great | 2021 Great Britain 1 oz Silver Music | 2021 Canada Specimen Set: |
|---|---|---|---|
| $32.69 | $45.20 | $34.19 | $44.99 |
| As Low As | Any Quantity | As Low As | Any Quantity |

# Product Details

  

**Product Details**

This is the second coin in the new animal architects' series. A low mintage of only 10,000 coins adds to the collectibility of this issue.

**Coin Highlights:**

- Contains 1/4 oz of .9999 Fine Silver.

- Comes packaged in a maroon clamshell beauty box from the mint along with a certificate of authenticity.

- Obverse: Right-facing profile of Queen Elizabeth II, along with the year and face value.

- Reverse: A painted specimen of an orb-weaver spider sub-species bearing light and dark markings on its back, body, and eight legs.

- Sovereign coin backed by the Canadian government.

Add this Silver $3 Animal Architects Spider & Web coin to your cart today!

Not yet rated. Be the first to **Write a Review**



We provide all of our customers with a refund, return and / or exchange on everything we sell including all bullion and certified coins. If for any reason, you have a problem, please feel free to call us. We will always do our best to accommodate you.



**Talk Live with one of our specialists.**

 service@apmex.com     800.375.9006

| MY ACCOUNT | WE ARE APMEX | CUSTOMER CARE | BUYING & SELLING | EDUCATION |
|---|---|---|---|---|
| AutoInvest | Life at APMEX | Where Is My Order? | Sell Gold and Silver | Gold Price |
| Portfolio Tool | Leadership Team | Contact Us | APMEX Blog | Silver Prices |
| Market Alerts | Careers *(We're Hiring)* | FAQ | Precious Metals IRA | Platinum Prices |
| Price Alerts | How We Give | Shipping & Delivery | Coin Values | Why Buy Physical Metals |
| Product Reviews | | Returns & Exchanges | Local Coin Directory | Market Reports |
| Account Settings | | Payment FAQs | Storage | How To Buy |
| | | Bullion Sales Taxes By State | International | Coin Knowledge |
| | | | APMEX Club | Precious Metals Guide |
| | | | APMEX Reviews | In the News |
| | | | | World Mint Coins |



Whether you're new to Precious Metals, or just new to APMEX, we're glad you are here. **Stay Informed of Our Special Offers.**

example@example.com 

*Fresh Look, New Features*



 Apple Store    Google Play

© 2021 APMEX, Inc. All Rights Reserved.
Privacy Policy | Market Loss Policy | User Agreement

    



| GOLD $1,742.20 | $6.50 | SILVER $25.20 | $0.06 | PLATINUM $1,201.60 | $36.90 | PALLADIUM $2,719.50 | $64.60 | View Charts |

Call Us: 800.375.9006 | Live Chat          Exclusive Godzilla vs. Kong Coins Coming Soon          Sign In or Create Account

**Investments You Hold™**

Cart:          (0)

Search for products or categories

BEST SELLERS | GOLD | SILVER | PLATINUM & PALLADIUM | DEALS | RARE COINS | OTHER | SELL TO US | RESOURCES

APMEX > Silver Bullion > Royal Canadian Mint Silver > Canadian Commemorative Silver Coins > Canadian Wildlife Themed Commemorative Coins

# 2020 Canada 1/2 oz Silver $10 O'Canada! The Great Outdoors

## $49.99
Any Quantity



1    **+ ADD TO CART**

### Volume Discount Pricing

| Quantity | Check/Wire | Crypto | CC/PayPal |
|---|---|---|---|
| Any Quantity | $49.99 | $50.24 | $52.07 |

### Recommended Supplies

Silica Gel - Dehumidifier Crystals (40 Gram Desiccant Packet)

Diversion Safe - Dictionary Book Lock Box

Air-Tite Easel (Clear)

Your purchase will match the quality of the product shown.

Add to Wishlist          Price Alert

Rollover to zoom

    

# Product Details

Product Details | Specifications | Sell Silver to Us

Exhibit E

## Product Details
The new O Canada! series is a six-part celebration of what makes our homeland unique. Each coin features a different artist's take on the icons and sights that have shaped this nation's image and filled Canadian hearts with pride.



Coin Highlights:

- Contains 1/2 oz of .9999 fine Silver.

- Each coin comes in a maroon clamshell box with a black beauty box and includes a certificate of authenticity.

- Limited mintage of only 10,000 coins.

- Obverse: Features the effigy of Her Majesty Queen Elizabeth II by Susanna Blunt.

- Reverse: Designed by Canadian artist Claudio D'Angelo, the reverse presents a classic image of the Canadian wilderness. A canoe resting on a rocky shore entices the viewer to venture out on one of the sparkling lakes that are nestled among Canada's boreal forests. The reverse includes the curve text "CANADA" above a maple flourish and the year "2020".

- Guaranteed by the Royal Canadian Mint.

Collect them all! Add this 2020 Canada 1/2 oz Silver O'Canada! The Great Outdoors coin to your cart today!

To truly experience Canada, head for the wilderness! Our country is known worldwide for its big, beautiful open spaces. From beaches to rugged peaks, and all the mighty forests and lakes in between, the great Canadian outdoors is where many of us play, live and/or work. Whether hiking or paddling, spending time at the cottage, or taking in the view in our many parks, outdoors is where many Canadian hearts long to be – it's just part of who we are.

## Related Products



2020 Canada 1/2 oz Silver $10 O'Canad...

**$44.99**

Any Quantity



2020 Canada 1/2 oz Silver $10 O'Canad...

**$44.99**

Any Quantity



2020 Canada 1/2 oz Silver $10 O'Canad...

**$49.99**

Any Quantity



2020 Canada 10 oz Silver Sculpture Co...

**$1,295.00** ~~$1,445.00~~

Any Quantity

**$150.00 Off**

‹    ›

## 2021 New Releases



2021 RCM Silver $50 100 Yrs of Confed...

**$429.99**

Any Quantity



2021 RCM 1 oz Silver $20 Discovering ...

**$139.99**

Any Quantity



2021 RCM Ag $50 100 Yrs of Confederat...

**$449.99** ~~$549.99~~

Any Quantity



2021 Canada Specimen Set: Blanding's ...

**$44.99**

Any Quantity

‹    ›

## Recommended Supplies



Magic Frame Display Box - 4-3/8" x 4-3/8"

**$7.99**

Any Quantity



Air-Tite Easel (Clear)

**$1.49**

As Low As



Silica Gel - Dehumidifier Crystals (40 Gram

**$9.99**

Any Quantity



Phonescope - Precision Digital Magnifier for

**$19.99**

Any Quantity

Not yet rated. Be the first to **Write a Review**



We provide all of our customers with a refund, return and / or exchange on everything we sell including all bullion and certified coins. If for any reason, you have a problem, please feel free to call us. We will always do our best to accommodate you.



**Talk Live with one of our specialists.**

service@apmex.com          800.375.9006

| MY ACCOUNT | WE ARE APMEX | CUSTOMER CARE | BUYING & SELLING | EDUCATION |
| --- | --- | --- | --- | --- |
| AutoInvest | Life at APMEX | Where Is My Order? | Sell Gold and Silver | Gold Price |
| Portfolio Tool | Leadership Team | Contact Us | APMEX Blog | Silver Prices |
| Market Alerts | Careers *(We're Hiring)* | FAQ | Precious Metals IRA | Platinum Prices |
| Price Alerts | How We Give | Shipping & Delivery | Coin Values | Why Buy Physical Metals |
| Product Reviews | | Returns & Exchanges | Local Coin Directory | Market Reports |
| Account Settings | | Payment FAQs | Storage | How To Buy |
| | | Bullion Sales Taxes By State | International | Coin Knowledge |
| | | | APMEX Club | Precious Metals Guide |
| | | | APMEX Reviews | In the News |
| | | | | World Mint Coins |

| GOLD | $1,742.20 | $6.50 | SILVER | $25.20 | $0.06 | PLATINUM | $1,201.60 | $36.90 | PALLADIUM | $2,719.50 | $64.60 | View Charts |

*Fresh Look, New Features*

Apple Store     Google Play

© 2021 APMEX, Inc. All Rights Reserved

**Privacy Policy | Market Loss Policy**









**Pickup & delivery**          Walmart.com

☰  **Walmart** ☀

[ ▾  Search Walmart.com              🔍 ]

👤 **Account**    ♡ **My Items**    🛒 ⓪

**Walmart**+   Free shipping with no order minimum required. Restrictions apply.
Try it free

f  📌  🐦

♡  Perth Mint

# 2008 Australia 1/2 oz Silver Year of the Mouse BU (Series II)

☆☆☆☆☆  (0.0)   Write a review



## $144.32

**Only 7 left!**

Qty:
[ 1 ▾ ]          **Add to cart**

🚚 **Free delivery**
Arrives by Tue, Apr 6

🏠 Pickup not available

**More delivery & pickup options**

💬 Report incorrect product information

Sold & shipped by  APMEX, Inc.  |  Return policy

☰ Add to list          🎁 Add to registry

# About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

The 2008 Year of the Mouse coin has a mintage of 17 114 coins and features an image of two mice on a bed of straw with pumpkins and a vine in the background.

- Photos in this listing may or may not be stock photos. The photos are meant to be an indication of the product you will receive.
- Coin Highlights: Contains 1/2 oz of .999 fine Silver.
- Comes packaged in a protective plastic capsule.
- Low mintage of 17 114 coins.



Exhibit F

- Obverse: Shows the Ian Rank-Broadley likeness of Queen Elizabeth II along with the face value.
- Reverse: Features an image of two mice on a bed of straw with pumpkins in the background.
- Sovereign coin backed by the Australian government.
- Protect your Silver coin in style by adding an attractive display box to your order.Perth Mint Lunar coins are some of the most popular collectibles around the world.

## Specifications

| Brand | Perth Mint |
|---|---|
| Diameter | 36.60 mm |
| Features | Backed by APMEX's satisfaction guarantee. All products are 100% authentic. |
| Metal Type | Silver |

## Customer Reviews

**Write a review**

Be the first to review this item!

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

## Policies & Plans

**Pricing policy**

## About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at <u>Online Price Match.</u>

---

[ Email address ] **Sign up**

  Mobile apps

### Walmart Services

Walmart+

Grocery Pickup & Delivery

MoneyCenter

Walmart Credit Card

Walmart Pay

Weekly Ad

Other Services

### Get to Know Us

Our Company

Store Directory

Digital Museum

Our Suppliers

Sell on Walmart.com

Advertise With Us

Careers

### Walmart.com

Walmart Labs

Our Ads

Terms of Use

Privacy & Security

CA Privacy Rights

Do Not Sell My Personal Information

Request My Personal Information

Tax Exempt Program

California Supply Chain Security Act

### Customer Service

Help Center

Returns

Product Recalls

Accessibility

Contact Us

Store Pickup

### In The Spotlight

Portable Air Conditioners

PS4

Trampoline

Skateboard

Outdoor Furniture

Nintendo Switch Lite

Shop Our Brands

---

© 2021 Walmart. All Rights Reserved.     To ensure we are able to help you as best we can, please include your reference number: BFSBTTXGUW



Home  /  World Coins  /  Canada  /  Canada 2020 Polar Bear 1/2 Oz. Brilliant Uncirculated





Exhibit G

# Canada 2020 Polar Bear 1/2 Oz. Brilliant

# Uncirculated

## $99.00



(No reviews yet)

Write a Review

---

**SKU:** 49575

**Quantity:**


`‹` | 1 | `›`

<div style="background-color:#14375e;color:white;">ADD TO CART</div>

f  ✉  🖶  🐦  📌

| OVERVIEW | REVIEWS |
|----------|---------|

## PRODUCT DESCRIPTION

The O'Canada! series features coins celebrating iconic images of Canada. This new 2020 issue allows you to step into the remote Canadian Arctic landscape where a polar bear and her cub are standing on the edge of sea ice. Denominated $10, a very limited 10,000 specimens will be produced with half an ounce of .9999 fine investment grade silver. Each is housed in  handsome Royal Mint packaging.

| YOU MAY ALSO LIKE | RECOMMENDED | ‹ › |
|-------------------|-------------|-----|



**SALE**

**SALE**

**Canada 1967 Flying Goose Silver Dollar Brilliant Uncirculated**

**Canada 2020 350th Anniversary of Hudson's Bay Company Silver $5**

★★★★★

☆☆☆☆☆

Was: ~~$49.00~~

Was: ~~$59.00~~

Now: $29.00

Now: $55.00

ADD TO CART

ADD TO CART

## CONTACT US

**International Coins & Currency**
**62 Ridge Street**
**Montpelier, Vermont 05602**
**Call us at 1-800-451-4463**

 



## ACCOUNTS & ORDERS

**Login or Sign Up**

**Order Status**

**Shipping & Returns**

**Sitemap**

## NAVIGATE

**Gala Giveaway**

**Quick Order Form**

**Customer Support**

**Additional Resources**

## JOIN OUR MAILING LIST

Sign up for our newsletter to receive specials and up to date product news and releases.

| email | JOIN |

## FOLLOW US

**f**

---

© 2021 ICCoin | Sitemap

        

**UNITED STATES MINT**





**MENU**

SEARCH

COINS    PAPER CURRENCY    ENGRAVED PRINTS    MEDALS    ENROLLMENTS    STORAGE    FOR KIDS    GIFT ID



   

# American Eagle 2020 One Ounce Silver Uncirculated Coin

WEST POINT (W)

American Eagle Coin Program

## $67.00

This product is currently sold out. Learn More

 **SOLD OUT**

- Classic Lady Liberty design

- One troy ounce of .999 fine silver

- Minted at the West Point Mint

Item Number: 20EG

Mintage Limit: None
Product Limit: None
Household Order Limit: None

---

**This product series is available for an enrollment:**



American Eagle Silver One Ounce Uncirculated Coin Enrollment

West Point (W)

Exhibit H

---

## ALSO PURCHASED WITH



American Eagle Silver One Ounce Uncirculated Coin Enrollment

WEST POINT (W)

**TBD**

---

**DESCRIPTION**

Perfect for any collection or special occasion, the 2020 American Eagle One Ounce Silver Uncirculated Coin is a favorite of many collectors and gift givers.

The obverse (heads) features Adolph A. Weinman's full-length figure of Liberty in full stride, enveloped in folds of the flag, with her right hand extended and branches of laurel and oak in her left.

The reverse (tails) features a heraldic eagle with shield, an olive branch in the right talon, and arrows in the left.

Each coin bears the "W" mint mark reflecting its striking at the West Point Mint and is packaged in a blue presentation box accompanied by a Certificate of Authenticity.

## SPECIFICATIONS

| | |
|---|---|
| Denomination: | $1 |
| Finish: | Uncirculated |
| Composition: | 99.9% Silver |
| Weight: | 1.000 troy oz. (31.103 grams) |
| Diameter: | 1.598 inches (40.60 mm) |
| Edge: | Reeded |
| Mint and Mint Mark: | West Point — W |

    Print this Page

  

result in delays to your parcel delivery.
Read here for our latest information. >

Your satisfaction is 100% guaranteed with our 30-day money back guarantee



## 1/2 oz. Pure Silver Coin - O Canada! 6-coin Series - The Beaver (2020)

$49.95CAD    **ADD TO CART**

★ You could earn at least 500 points [?]

MINTAGE:  10,000 [?]
STATUS:  Canada and US only
STORE AVAILABILITY:  Available in store | Check Stock

Exhibit I

★★★★★ 3 Reviews | Write a Review

Q&A Ask Questions, share answers

**2** Answered Questions | Ask a Question

  

## Our *O Canada!* series continues with a special tribute to an animal ambassador.

Seen here, the beaver is synonymous with Canada's wilderness and the waterways that vein our landscape. It's a community-minded creature that is well adapted to its environment—qualities that exemplify the Canadian spirit. This industrious builder also played a major role in our nation's past. In fact, no other creature has shaped our nation's history like the busy beaver, whose pelt fuelled the economic and social development of modern Canada.

For these reasons and more, the beaver occupies a place of honour in our hearts and on this coin. Order today!

**Special features:**

- **THIS IS CANADA.** Celebrate some of the sights and experiences that make Canada unique! Each coin highlights a famous Canadian symbol or scene that has shaped this nation's image and filled our hearts with Canadian pride.
- **SIX ICONS, SIX ARTISTS.** Every coin in this series is designed by a different Canadian artist for a different take on some of the most famous images of Canada.
- **A UNIFORM LOOK:** The curve text ("CANADA"), date ("2020") and maple flourish are the unifying features of this series. You'll find them on the reverse of all six coins, where they complete our 2020 celebration of Canada.
- **A DOSE OF CANADIANA:** This series is your dose of Canadiana in 2020 and it will add severaliconic Canadian images to your collection.
- **SUBSCRIBE TO THE COMPLETE SERIES.** Purchase eachcoin individually or sign up for a bi-monthly subscription that guarantees a complete 2020 *O Canada!* series. The first coin ships with an exclusive subscription-only case that lets you store and display all six coins as a complete series.
- **THE PERFECT ADDITION OR GIFT** for those seeking a piece of Canada that fits in the palm of your hand.

**Design:**

Designed by Canadian artist June Steube, the reverse captures the majesty of an official emblem that embodies the history, landscape and wild spirit of Canada. The busy beaver (*Castor canadensis*) is shown peacefully standing on a pile of gnawed branches near the water's edge in one of Canada's many lakes and streams. The reverse includes the curve text "CANADA" above a maple flourish and the year "2020". The obverse features the effigy of Her Majesty Queen Elizabeth II by Susanna Blunt.

*"While researching Grey Owl and Anahareo, I was deeply moved by the plight of the beaver, which was nearly trapped to extinction in the 19th century. My aim was to honour Canada's treasured national emblem in an iconic stance as the intelligent, friendly and tenaciously determined creature that it is."* **Jane Steube**: **Artist**

**Did you know?**

- *Castor canadensis* became an official symbol of the sovereignty of Canada on March 24, 1975.
- Beavers are found throughout Canada, with a range that extends through every province and territory.
- At the height of the fur trade in Canada, an estimated 100,000 pelts were shipped annually to Europe. Beavers were already at risk of becoming extinct when beaver hats fell out of fashion in the 19th century. In the late 1930s, conservationist Grey Owl raised awareness of the plight of this iconic Canadian species, which has since made a

comeback.

- Want to see the world's longest beaver dam? You'll need to trek deep into Alberta's Wood Buffalo National Park, where the record-setting animal-made structure measures 850 metres long and can even be seen from space!

**Packaging:**

Your coin comes in a full-colour custom folder that will catch everyone's attention.

Order today.

---

## You may also like

Proof Silver Dollar – 100th Anniversary of *Bluenose* (2021)

★★★★★ 7 Reviews

ADD TO CART

$69.95 CAD

Classic Canadian Uncirculated Set (2021)

★★☆☆☆ 4 Reviews

ADD TO CART

$26.95 CAD

Pure Silver Proof Set – 100th Anniversary of *Bluenose* (2021)

★★★★★ 1 Review

ADD TO CART

$234.95 CAD

1/2 oz. Pure Silver Coin - O Canada! 6-coin Series - Parliament of Canada (2020)

★★★★☆ 3 Reviews

ADD TO CART

$49.95 CAD

1/2 oz. Pure Silver Coin - O Canada! 6-coin Series - Changing of the Guard (2020)

★★★★☆ 1 Review

Pure Gold Coin – Triumphant Dragon - Mintage: 8,888 (2021)

★★★★⯪ 14 Reviews

ADD TO CART

ADD TO CART

$49.95 CAD

$288.88 CAD

## Reviews

REVIEW SNAPSHOT  by PowerReviews

⭐⭐⭐⭐⭐

**3 Reviews**

Write a Review

Reviewed by 3 customers

Most Recent ▼

⭐⭐⭐⭐⭐ 5

### Love the Royal Canadian Mint Coins that honor the BEAVER

**Submitted** 22 days ago
**By** BEAVER BELIEVER

Being a fan of the hardest working creature, I have added this coin to my silver Beaver Coin collection

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**

👍 1

👎 0

**Flag this review**

⭐⭐⭐⭐⭐ 5

### Great Gift, buying a few for the family

**Submitted** 1 month ago
**By** GWN

Love the design and the feel of the north it conveys. It makes a great gift for someone to hold onto over the years.

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**

👍 3

👎 0

**Flag this review**

★★★★★ 5

## recomended buy

**Submitted** 2 months ago
**By** E.S.W.

Great addition to my colection

More Details ∨

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**

👍 6

👎 6

**Flag this review**

Displaying Reviews **1-3**

## Q&A

Showing 2 out of 2 Questions                    Newest ▼

ⓠ Is this the first coin of the series?

Asked by Kim 2 months ago

⊕ Add your answer

⭐ Verified Reply - Mireille

Hello Kim and thank you for asking. This coin is part of the "Oh Canada" series from 2020. The beaver is the fifth coin in this series which has a total of 6 coins. Thank you for your patronage and continued interest.

👍 4  👎 2

ⓠ The picture show 2020 but the description says 2021. What year is on the coin?

Asked by Kyle 2 months ago

⊕ Add your answer

⭐ Verified Reply - Mireille

Hello Kyle and thank you for your question. This beautiful coin is part of the oh Canada series for the year 2020. 2020 is the year on the coin. No other creature has shaped our nation's history like the busy beaver, whose pelt fuelled the economic and social development of modern Canada. A wonderful coin to collect!

👍 4  👎 1

⊕ Ask a Question

**SIGN UP FOR EMAIL UPDATES FROM THE MINT AND BE IN THE KNOW**

**SIGN-UP**

Click OK to receive emails from the Mint and be among the first to hear what's new! You may unsubscribe at anytime. Contact us or view our privacy notice.

## CALL US AT 1-800-267-1871
**We are open 8a.m. - 7p.m. EST, Mon. to Fri.**

## CONTACT US

## CHECK OUT OUR FAQS



You can be assured that the Mint fully guarantees the superior quality and craftsmanship of its products. If you are not completely satisfied with your purchase, you can simply return it to us in its original packaging within 30 days and we will gladly offer you a replacement (subject to product availability) or send you a full refund. In the case of a defective product, we will accept the return up to one year from the date of purchase.

    

INTELLECTUAL PROPERTY    ACCESS TO INFORMATION    PRIVACY    TERMS OF USE    AFFILIATE
VISIT THE MINT

© 2021 - ROYAL CANADIAN MINT - ALL RIGHTS RESERVED

------- Original Message -------
On Monday, March 22, 2021 2:19 PM, Arnold Spencer <arnoldspencer75225@gmail.com> wrote:

Lucas and Simon-

The Court entered the attached order in your case today.

As you know, I have filed a Motion to Withdraw and am not working on your case.  I understand substitute counsel has been identified, but they have not filed motions of appearance.  I will continue to forward orders until I am released from the case, but am not in position to review or file any motions.

Arnold A. Spencer
Managing Partner
www.aspencerlaw.com
214-385-8500

*New Address as of 1/1/2021:*
5956 Sherry Lane, Suite 2000
Dallas, Texas 75225

Exhibit J

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.* | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. **3:20-CV-2910-L** |
| v. | § § | |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | § § § § § § § | |
| Defendants, | § § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § | |

## ORDER GRANTING RECEIVER'S MOTION
## TO IDENTIFY CERTAIN ENTITIES IN RECEIVERSHIP

Before the court is the **Receiver's Motion to Identify Certain Entities in Receivership** ("Motion") (Doc. 226), filed February 25, 2021. No objections to the Motion have been filed, and the time to do so has expired. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the court finds that the following Affiliated Entities were owned or controlled by one or more of the Defendants and/or Relief Defendant on September 22, 2020, the date the Court entered it's *Order Granting Plaintiff's Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief (the "SRO")* [Docket No. 16].

**Order Granting Receiver's Motion to Identify Certain Entities in Receivership – Page 1**

Access Unlimited LLC
Administrative Account Services, LLC
Amerivise, LLC
Aqua Billboards
Best New Inc.
Chasing Gold
Chasing Metals, Inc.
Delaware Wholesale Inc.
Egon Pearson, LLC
Faulkner Management Corp.
Faulkner Music LLC
First American Estate & Trust
First American Savings, Inc.
Instribution, LLC, now Revo, LLC
Merrill Gold, LLC
Prometheus Laboratories, Int. (IBC)
Prometheus Laboratories, Int. (PIF)
Reagan Financial, Inc.
Resource Financial Services, Inc.
Retirement Insider, LLC
Street Invasion, Inc.
Stuttgart Industrial, Inc.
Tower Estates Holdings, Inc.
Tower Estates, Inc.
Tower Holdings, Inc.
Tower Property One, LLC
Tower Property Two, LLC
TX Admin., Inc.
USA Accounts, Inc.
USA Marketing, Inc.

It is, therefore, hereby ordered, that the following Affiliated Entities are included within the definition of "Receivership Defendants" for purposes of identifying the "Receivership Estate" and are subject to the *SRO, the Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher and Simon Batashvili (the "Individuals' Consent Order")* [Docket No. 165], and the *Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants TMTE, Inc. a/k/a*

**Order Granting Receiver's Motion to Identify Certain Entities in Receivership – Page 2**

*Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., and Relief Defendant*

*Tower Equity, LLC (the "Entities' Consent Order")*[Docket No. 164]:

> Access Unlimited LLC
> Administrative Account Services, LLC
> Amerivise, LLC
> Aqua Billboards
> Best New Inc.
> Chasing Gold
> Chasing Metals, Inc.
> Delaware Wholesale Inc.
> Egon Pearson, LLC
> Faulkner Management Corp.
> Faulkner Music LLC
> First American Estate & Trust
> First American Savings, Inc.
> Instribution, LLC, now Revo, LLC
> Merrill Gold, LLC
> Prometheus Laboratories, Int. (IBC)
> Prometheus Laboratories, Int. (PIF)
> Reagan Financial, Inc.
> Resource Financial Services, Inc.
> Retirement Insider, LLC
> Street Invasion, Inc.
> Stuttgart Industrial, Inc.
> Tower Estates Holdings, Inc.
> Tower Estates, Inc.
> Tower Holdings, Inc.
> Tower Property One, LLC
> Tower Property Two, LLC
> TX Admin., Inc.
> USA Accounts, Inc.
> USA Marketing, Inc.

Signed this 22nd day of March, 2021.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order Granting Receiver's Motion to Identify Certain Entities in Receivership – Page 3**