

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201

**SCHEEF & STONE**
SOLID COUNSEL

## INVOICE

Kelly Crawford Receivership – Metals.co

Statement Date: 02/25/2021
Account No.     16125.101
Invoice No.     1017546

Matter 101 - Receiver

| | | | Hours |
|---|---|---|---|
| 12/22/2020 | KMC | Communicate with Bayside Metals regarding release of metals for investor(.25); communicate with CFTC regarding proposal for handling pending transactions at Bayside Metals (.25); attend to investor calls (.25); review bids for purchase of inventory at office (.25). | 1.00 |
| 12/28/2020 | KMC | Telephone conference with investor Mark Johnson (.50); telephone conference with investor Tom Gallon (.50); communicate by email with numerous investors (.50); telephone conference with California regulator (.25); send California regulator various documents regarding USA Accounts, Inc. and the California action to be filed against USA Accounts, Inc. (.50); receive check from PayPal and send to receivership bank for deposit (N/C); receive additional bank records from Wells Fargo and review production to determine if complete (.50); receive production from Bank of America and review production to determine if complete (.75); review offers for purchase of inventory at 8383 Wilshire (.25); conference with J. Stafford regarding cost to wipe computers being sold (.25); provide W-9 for receivership to CrowdFunding relating to investment transferred to receivership (.25); communicate with Bayside Metals seeking additional information regarding proposal for providing options to investors (.50). | 4.75 |
| 12/29/2020 | KMC | Prepare inventory of 8383 Wilshire office to sell (.75); prepare draft of Notice of Intent to Sell Office Inventory (.50); communicate with bidders for office inventory about offers (.50); communicate with investors regarding questionnaire (.75); review Wells Fargo documents produced and compare to monies frozen and send bank records to Brandlin & Associates for forensic accounting (.50). | 3.00 |
| 12/30/2020 | KMC | Telephone conference with investor (.25); work on Receiver's Second Report (1.0); work on sale of inventory at 8383 Wilshire (.25). | 1.50 |
| 01/04/2021 | KMC | Work on Receiver's Second Report (.50); conference with associate attorneys regarding Bayside pending orders and options for investors (.25); conference with L. Sanderson regarding Tower Equity investors (.25). | 1.00 |

EXHIBIT A

Kelly Crawford Receivership-1 Metals.com  
Case 3:20-cv-02910-L Document 242-1   Filed 04/28/21   Page 2 of 12   PageID 3797

02/25/2021  
Account No: 16125-101  
Invoice No: 1017546

Matter 101 - Receiver

| | | | Hours |
|---|---|---|---:|
| 01/05/2021 | KMC | Telephone conference with C. Thomas regarding missing bank records from Bank of America and attorneys fees claim against Bank of America (.25); revise and finalize Second Report of Receiver and file with the Court (1.0); telephone conference with CFTC regarding providing status information as to receivership (.50); communications with bidder of office inventory finalizing terms of sale (.25); revise and finalize Notice of Intended Sale of Property and file with the court; prepare nonmetals questionnaire to send to investors who invested in collateralized notices or other non-metal investments (1.25); telephone conference with attorney for Bayside Metals regarding filling orders from Barrick inventory (.50); communicate with associate attorneys regarding contacting investors to give them a choice between receiving metals or receiving liquidated amount for metals (.50); prepare email to send to such investors regarding their choice to receive metals of monies from liquidation (.50). | 5.00 |
| 01/06/2021 | KMC | Go to Chase bank and obtain medallion signature on documents to sell Spotify stock for receivership (.50); prepare letter to Computershare regarding sale of Spotify stock (.50); conference with M. Simon ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (.25); receive jewelry from Fainche, photograph same, and provide to P. Lewis to send to attorney for Fainche (.25); attend to investor calls (.50). | 2.00 |
| 01/08/2021 | KMC | Attend to investor calls and communications (.25); multiple conferences with legal assistant regarding same and responding to questions asked by investors (.25). | 0.50 |
| 01/11/2021 | KMC | Work on Motion to Establish Claims Procedure; attend to investors electing between receiving metals or liquidation monies from Bayside and numerous communications with Bayside regarding same; attend to investor calls; communicate with State of Texas SSB regarding investor database; telephone conference with CFTC regarding providing database of investors to compare with State lists to insure database is including all victims; telephone conference with former employee regarding brokers and unlawful techniques used to make sales; prepare deposition notice for Lucas Asher; telephone conference with K. Loquett. | 5.00 |
| 01/12/2021 | KMC | Attend to processing election by investors with respect to pending orders at Bayside Metals as to whether to receive metals or receive liquidation; numerous communications with Bayside Metals regarding same; numerous communications with investors regarding same; and numerous communications with attorneys handling investor communications; work on Motion for Order Establishing Claims Adjudication Process; prepare draft of Proposed Order; send to CFTC for review. | 4.00 |
| 01/13/2021 | KMC | Conference with P. Lewis regarding targets and strategy; telephone conference with former dialer; telephone conferences and communications with investors regarding questionnaire; prepare Judicial Bill of Sale for sale of Office Property and provide to purchaser; communicate with purchaser regarding sale of Office Property; confirm receipt of proceeds from sale of Office Property; communicate with broker regarding status of sale of two automobiles. | 3.00 |

Kelly Crawford Receivership – Metals.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　02/25/2021  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Account No:　　16125-101  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No:　　　1017546  

Matter 101 - Receiver

| Date | | | Hours |
|---|---|---|---|
| 01/14/2021 | KMC | Telephone conference with CFTC regarding claims procedure; revise claims procedure documents; attend to investor calls; review letter to administrator in Alaska regulatory proceeding. | 2.50 |
| 01/15/2021 | KMC | Work on revisions to Claims Motion (.75); numerous communications with investors regarding completing initial questionnaire (.75); send revised Claims Motion to CFTC to review (.25); participate in training for use of veritex technology for Asher deposition (1.0). | 2.75 |
| 01/18/2021 | KMC | Attend to investor calls (1.0); review questionnaires received from investors and prepare list of metals sold by Defendants (1.25); send list of metals sold by Defendants to CFTC for review (.25); obtain copies of title to automobiles and have legal assistant obtain auto insurance on automobiles (.25); confirm auto policies and provide to relevant parties (.25); work on timeline of BOA contempt of SRO for purposes of making demand for payment of attorneys' fees (.50). | 3.50 |
| 01/19/2021 | KMC | Attend to investor questionnaires and questions and decisions regarding pending orders with Bayside Metals (.75); communicate with C. Thomas regarding claim against BOA to recover attorneys fees for BOA's failure to comply with receivership order (.25); review notes regarding activities of L. Asher and begin preparing for continuation of deposition of L. Asher (1.25). | 2.25 |
| 01/21/2021 | KMC | Prepare for call with States and CFTC to review claims process (.25); participate in call with States and CFTC and review claims process (.50); telephone conference with CFTC regarding same and strategy with claims (.50); telephone conference with investor (.25). | 1.50 |
| 01/22/2021 | KMC | Attend to numerous investor calls, emails, and questionnaires (1.0); review investor database (1.0); telephone conference with purchaser of office inventory regarding status of move-out (.25); conference with J. Rolls regarding investor calls (.25). | 2.50 |
| 01/24/2021 | KMC | Revise Claims Motion and exhibits and send to CFTC to review. | 0.25 |
| 01/25/2021 | KMC | Prepare for deposition of Lucas Asher; telephone conference with salesperson regarding L. Asher (1.50); attend to investor calls and questionnaires (.50); work on making demand upon recipients of investments by Tower Equity and conference with D. Brezeck regarding same (1.0); send Claims Motion to Arnold for review for purposes of conferring (.25); prepare letter to bank making deposits (.25); communicate with J. Brandlin and with purchaser of Office Inventory about status of vacating lease premises (.50). | 4.00 |
| 01/26/2021 | KMC | Telephone conferences with CFTC regarding deposition of L. Asher (.75); telephone conference with K. Loguett (.25); telephone conference with former employee regarding defendants (.75); conference with P. Lewis regarding strategy with respect to expanding receivership (.25); telephone conference with ▓▓▓▓▓▓▓▓▓▓▓▓ (.50); research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (2.0); telephone conference with C. Thomas regarding claim against BOA for recovery of attorneys fees (.25); research general counsel for SpaceX and conference with P. Lewis regarding | |

Case 3:20-cv-02910-L   Document 242-1   Filed 04/28/21   Page 4 of 12   PageID 3799

| | |
|---|---|
| Kelly Crawford Receivership – Metals.com | 02/25/2021 |
| | Account No:  16125-101 |
| | Invoice No:  1017546 |
| Matter 101 - Receiver | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | making demand upon SpaceX to comply with receivership order (.50); conference with D. Brezik regarding following up with Signature Bank and First American Bank to obtain bank records as required under receivership order (.25); conference with P. Lewis regarding vacating Wilshire space and negotiating a return of security deposit (.50); review art appraisal and communicate with W. Young regarding retaining appraisers to auction painting and send to W. Young the court order regarding auctions (.25); communicate with Wyatt Laser regarding status of selling two cars (.25). | 6.00 |
| 01/27/2021 | KMC | Gather information regarding activities of Asher (.75); conference with P. Lewis regarding ▬ (.50); conference with ▬ (.25); prepare for deposition of Asher (1.0); attend to investors and questionnaires (.25); telephone conference with ▬ (.50); telephone conference with CFTC regarding same (.25); conference with P. Lewis regarding ▬ communicate with W. Laser regarding sale of automobiles (.25). | 4.25 |
| 01/28/2021 | KMC | Prepare for taking Asher's deposition (2.0); prepare exhibits for deposition (1.0); receive notice of intent of A. Spencer to not appear at deposition and withdraw from representing defendants (.25); conference with associate about standards in Northern District of Texas for withdrawing from representation (.25); prepare email to A. Spencer objecting to his attempted withdrawal (.25); telephone conference with CFTC regarding same (.50); telephone conference with C. Davis and CFTC regarding possible representation by C. Davis (1.0); telephone conference with C. Davis regarding source of retainer for representation at deposition (.25); conference with P. Lewis regarding same and regarding questions for Asher's deposition (.50). | 6.00 |
| 01/29/2021 | KMC | Prepare for and take Lucas Asher's deposition. | 6.00 |
| 02/01/2021 | KMC | Telephone conference with State of Texas regarding sharing database of investors and issuing press release to insure investors know to file a claim in the receivership (.50); conference with paralegal regarding database (.50); attend to investor communications (1.0); finalize Motion to Establish Claims Procedure and proposed Order and file with the Court (1.0); confer with A. Spencer regarding same (.25); review letters to targets regarding failure to comply with initial demands for information and violation of receivership order (.25); conference with P. Lewis regarding informing attorney for lessor of termination of Wilshire lease and return of security deposit and review orders for relevant language to cite for return of security deposit; (.50) conference with P. Lewis regarding Pennsylvania broker refusing to turn over communications with Defendants (.25); communicate with J. Brandlin regarding termination of leasehold interest (.25); fiinalize Second Fee Application and prepare proposed Order (no charge). | 4.25 |
| 02/02/2021 | KMC | Work on determining value of automobiles for consideration of pending offers (.25); work on determining attorneys fees incurred by receivership as a result of BOA's contempt of court (.25); conference with P. Lewis regarding termination of Wilshire lease (.25); conference with legal assistant about investor database (.25). | 1.00 |
| 02/04/2021 | KMC | Review emails from broker in Philadelphia regarding Philadelphia properties | |

Case 3:20-cv-02910-L   Document 242-1   Filed 04/28/21   Page 5 of 12   PageID 3800

Kelly Crawford Receivership – Metals.com  
02/25/2021  
Account No:   16125-101  
Invoice No:   1017546

Matter 101 - Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | (.50); research ownership of Philadelphia properties and multiple conference with D. Brezik regarding same (1.00); conference with P. Lewis regarding retaining broker to market Philadelphia properties (.25); telephone conference with investor Larry Ball and send email to Entrust regarding lack of responsiveness to investors (.50); review tax filings that need to be made for receivership and communicate with J. Brandlin regarding same and whether receivership should be a qualified settlement fund (.75); attend to investor calls and emails to insure they receive response call from attorney and/or receive questionnaire (.50), | 3.50 |
|  | KMC | Conference with paralegals to discuss database and inputting of information from questionnaire (1.00); review complicated questionnaire and provide information to paralegal to input into database (.25); attend to investor calls and emails to insure they receive response from attorneys and/or questionnaires (.50); prepare letter with copies of court orders to Entrust regarding fair market valuation of Instribution (.25); prepare letter to former counsel for Defendants providing copies of court orders and demanding turnover of documents (.25); communicate with J. Stafford regarding pending arbitration by Defendants (.25); finalize and file with the Court the Receiver's Second Fee Application and proposed Order (no charge); communicate with C. Thomas regarding claim against BOA for reimbursement of receivership for attorney's fees and expenses incurred as a result of BOA's contempt of court and include a chronology of relevant events, summary of fees, and detail of fees (.75); telephone conference with investor Yingling and provide him with questionnaire (.25); communicate with W. Laser regarding sale of automobiles (.25); communicate with J. Brandlin and with purchaser of Office Inventory regarding surrender of 8383 Wilshire premises to lessor (.25). | 4.00 |
| 02/05/2021 | KMC | Telephone conference with former counsel for defendants regarding letter requesting turnover of documents pursuant to court orders (.25); conference with paralegal regarding contact information for investors with pending orders at Bayside Metals and provide paralegal with contact information for those who have contacted the Receiver (0.50); conference with P. Lewis regarding meeting with broker in Philadelphia to discuss sale of properties and prepare agenda for meeting (0.50); communicate with CFTC regarding Asher deposition (.10); conference with D. Brezik regarding sending follow up letter to American Express for production of documents (.10); conference with D. Brezik regarding sending letters to Equidate, now Forge, and EquityZen requesting turnover of documents regarding investments pursuant to receivership orders (.25); conference with J. Stafford regarding google access to Defendants' information being disabled (.10). | 2.00 |
| 02/08/2021 | KMC | Conference with broker in Philadelphia regarding listing Philadelphia properties for sale (1.00); telephone conference with CFTC regarding Asher testimony at deposition (.50); prepare letter to Brager Tax Group enclosing receivership orders and making demand for turnover of financial documents and tax returns of receivership defendant (.50); conference with J. Brandlin regarding tax document to be filed regarding receivership (.25); revise numerous letters to third parties following up on request for information regarding Receivership Defendants and investments and conference with D. Brezik regarding same (.75); prepare initial draft of letter to ASCAP to freeze accounts in name of Best New, Inc. for royalties (.50); prepare email to investor regarding pending metal order at Bayside Metals (.25); attend to |  |

Kelly Crawford Receivership – Metals.com

Matter 101 - Receiver

| | | | | 02/25/2021 |
|---|---|---|---|---|
| | | | Account No: | 16125-101 |
| | | | Invoice No: | 1017546 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | investor calls and emails (.50); review Asher deposition transcript for reference to phone service and communicate with P. Lewis regarding sending receivership order to provider to obtain phone records (.25). | 4.00 |
| 02/09/2021 | KMC | Investigate Revo app and prepare letter to general counsel of Apple, Inc. with receivership orders (.75); prepare Receivership Addendum to include in listing agreement and contracts for sale of Philadelphia properties and send to broker (.75); review properties in Philadelphia to be sold individually and properties to be sold as a package and communicate with broker regarding same (.25); review lis pendens filed regarding properties and identify properties in which recorded lis pendens have not been received and communicate with paralegal regarding same (.50); conference with paralegal regarding status of investor database and questionnaires received from investors and advise CFTC (.50); communicate with Bayside Metals regarding two pending orders (.25); telephone conference with contractor regarding curing violation as to Philadelphia property so that the property can be sold (.50); review bid from appraiser for appraisals of properties and advise CFTC regarding same (.10). | 3.60 |
| 02/10/2021 | KMC | Communicate with Bayside regarding pending orders (.50); review email from lessor refusing to turn over security deposit and communicate with P. Lewis regarding same (.25); communicate with P. Jesani regarding legal research of receiver's right to security deposit (.25); legal research regarding same (.25); telephone conference with FBI S.A. (.25); conference with J. Stafford regarding ▓▓▓▓▓ (.25). | 1.75 |
| 02/11/2021 | KMC | Communicate with W. Laser regarding sale of automobiles (.25); prepare Notice of Intended Sale and send to W. Laser (.75); attend to completing Form 56 for IRS (.25); communicate with Bayside Metals regarding pending investor order (.25); review and revise demand letter to BOA (.50); conference with W. Young regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.25); communicate with J. Stafford regarding SalesForce and Google (.25). | 2.50 |
| 02/12/2021 | KMC | Communicate with car broker and finalize Notice of Intended Sale of Vehicles, file with court, and post on receivership website (.75); communicate with Bayside Metals regarding pending orders of investors (.25); email to CFTC with snapshot of status of receivership and communicate with P. Lewis regarding same (.50); conference with D. Brezik regarding sending follow up letter to Chase Bank for production of documents and review prior communications with Chase Bank related to same (.50); communicate with accountants regarding filing Form 56 with IRS and requesting extension for filing tax returns for receivership entities for 2020 (.25). | 2.25 |
| 02/15/2021 | KMC | Legal research regarding ability to recover security deposit and communicate with Priya Jesani regarding same (0.50); review lease and amendments regarding 8383 Wilshire (.25); review and execute 17 listing agreements hiring broker to market for sale 17 Philadelphia properties (.50); communicate with investor regarding questionnaire and communicate with team regarding calls from investors (.25). | 1.50 |
| 02/16/2021 | KMC | Review lease amendments and conference with P. Lewis regarding strategy for return of security deposit from 8383 Wilshire (.75); review transcript of | |

Case 3:20-cv-02910-L   Document 242-1   Filed 04/28/21   Page 7 of 12   PageID 3802

Kelly Crawford Receivership – Metals.com

Matter 101 - Receiver

Account No: 16125-101
Invoice No: 1017546
02/25/2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| | | deposition of Lucas Asher and make page and line references of information Asher testified he would provide (2.00); prepare letter to counsel for Lucas Asher listing information Asher testified he would provide and send to Asher's counsel (.50); attend to providing investors with questionnaire and communicating with team regarding investor calls (.25). | 3.50 |
| 02/17/2021 | KMC | Attend to investor calls and telephone conference with P. Lewis regarding demand letter to T-Mobile regarding L. Asher telephone records. | 0.25 |
| 02/18/2021 | KMC | Prepare draft of Motion to Identify Certain Entities in Receivership, Declaration in Support of Motion, and proposed Order (3.75); legal research of cases cited by landlord of 8383 Wilshire as support for landlord's argument it can retain security deposit and share thoughts regarding cases with P. Lewis and Priya Jesani (.50). | 4.25 |
| 02/19/2021 | KMC | Telephone conference with CFTC regarding response to motion to withdraw filed by Arnold Spencer and regarding possible transfer of funds from account (.50); multiple communications with accountants and review of bank records for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.50); telephone conference with CFTC regarding additional information as to transfer of funds (.25); prepare draft of letter to East West Bank providing receivership orders and requesting freeze of accounts and production of documents and conference with accountants regarding new account (.75); telephone conference with investor in Revo, LLC and send him non-metals questionnaire (.25). | 2.25 |
| 02/22/2021 | KMC | Review Plaintiffs' objection to motion to withdraw and prepare Receiver's objection to defendants' motion to withdraw (.75); prepare Notice of No Objection to Motion to Establish Claims Procedure and conference with P. Lewis regarding same (.50); receive Order Approving Second Fee Application and issue checks (no charge); work on Motion to Identify Additional Entities in Receivership, including review of corporate books and records seized from Defendants' office (1.00); communicate with East West Bank regarding person to direct demand letter to for freezing of accounts and turnover of documents and finalize letter to East West bank (.50); receive package of materials from California Department of Motor Vehicles for transfer of title to Mercedes for sale and communicate with broker and lienholder regarding same (.25); attend to investor calls and communicate with Bayside Metals regarding pending orders (.50); review research of Priya Jesani regarding lessor's retention of security deposit (.25); communicate with Philadelphia broker regarding title company fees (.25). | 4.00 |
| 02/23/2021 | KMC | Review and execute three lis pendens to file on Philadelphia properties and conference with legal assistant regarding same (.25); revise letter to general counsel of ASCAP making demand for turnover of royalties and enclosing deposition testimony (.25); receive and review bank records from East West Bank regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.00); communicate with CFTC regarding information available from accountants for defendants (.25); conference with CFTC regarding bank records obtained from East West Bank (.25); research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Kelly Crawford Receivership Metals  
Case 3:20-cv-02910 Document 242-1   Filed 04/28/21   Page 8 of 12   PageID 3803   02/25/2021  
Account No: 16125-101  
Invoice No: 1017546

Matter 101 - Receiver

| Date | | Description | Hours |
|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮▮▮ (.75); work on motion to identify entities in receivership and send to CFTC for purposes of conferencing, and follow up by sending copy of appendix in support of motion (.75); telephone conference with K. Loquett (.25); prepare draft email for P. Lewis to send to counsel for lessor demanding return of security deposit (.25); review pricing suggested by broker for Philadelphia properties and communicate with broker regarding same (.25). | 4.25 |
| 02/24/2021 | KMC | Revise and finalize Motion to Identify Entities in Receivership, including finalizing Appendix, Declaration, exhibits, and Motion (2.00); send Motion to Identify Entities in Receivership to Defendants' counsel for purposes of conferencing and obtain consent from CFTC to represent that CFTC is unopposed to the relief sought (.25); meet with legal assistants to evaluate status of investor database (.50); revise and finalize letter to Apple Computer regarding monies owed to Revo (.25). | 3.00 |
| 02/25/2021 | KMC | Communicate with Maryland securities department regarding list of Maryland investors in the database and conference with paralegal regarding same (.25); communicate with C. Thomas regarding demand upon BOA for payment of attorneys fees for violating the court orders, response of BOA in refusing to pay fees, and strategy for pursuing contempt (.50); conference with J. Stafford regarding gaining access to Google and Sales Force and having platforms moved to Disco for internal use (.25); numerous communications with lienholder of Mercedes, review and execute documents for sale of Mercedes and send to lienholder, together with check paying off lien on Mercedes (1.00); communicate with defendants' counsel regarding Motion to Identify Receivership Entities and prepare certificate of conference for motion, finalize motion, appendix, and proposed order and have filed with the Court (.75); prepare letter to defendant's counsel regarding information Simon Batashvili promised at his deposition to produce for the receiver and send to A. Spencer (1.25); communicate with P. Lewis regarding obtaining phone records of Simon Batashvili from AT&T (.25). | 4.25 |
| | | For Current Services Rendered | 128.35   50,056.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 128.35 | $390.00 | $50,056.50 |

Total Current Services and Expenses                                                                                              50,056.50

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201



**SCHEEF & STONE**
SOLID COUNSEL

## INVOICE

Kelly Crawford Receivership – Metals.co

Statement Date: 03/25/2021
Account No.: 16125.101
Invoice No.: 1017549

Matter 101 - Receiver

| Date | | | Hours |
|---|---|---|---|
| 03/01/2021 | KMC | Conduct search of documents relating to SpaceX investment, identify and review such investment documents, confer with P. Lewis regarding same, and prepare letter to Forge regarding freezing the investment and providing information regarding the investment (2.00); conduct search of documents relating to Portfolio Insider and review same (.50); telephone conference with FBI S.A. regarding production of information (.25); review questionnaire and investment information provided by investor and conference with paralegal regarding same (.25); review email from attorney for Lessor responding to demand for turnover of security deposit and revise response from P. Lewis (.25); review database of information for documents regarding investments in Flexport, Pinterest, Betterment, Palantir, Sofi, Planet, Virgin Hyperloop, Adaptive Biotech, Eventbrite, Slack, Lyft, Buzzfeed, Airbnb, Doordash, Postmates, Circle, Ripple, Desktop Metals (1.50). | 4.75 |
| 03/02/2021 | KMC | Establish protocol for searches of database to protect attorney client privilege communications between Asher and Batashvili and their attorneys and send to team (.50); conference with Jessica regarding searches to conduct in database and identify companies in which Tower Equity is believed to have invested (.50); receive Order Establishing Claims Adjudication Process, docket deadlines, and provide copy to team for docketing (.25); communicate with CFTC regarding Order Establishing Claims Adjudication Process and relevant deadlines (.25); communicate with State of Texas regarding Order Establishing Claims Adjudication Process, deadlines, and press release to be issued by States and letters to be sent to investors (.25); have Order Establishing Claims Adjudication Process posted on receivership website and prepare FAQ's to include in receivership website to answer questions likely to be asked (.75); search database regarding ▮▮▮▮▮▮ (.75); search database regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conference with P. Lewis regarding same (1.25). | 4.50 |
| 03/03/2021 | KMC | Work on having the claims process order and FAQ posted on the receivership website (.25); send list of investors in database who live in California to California Atty General office (.25); send list of investors who live in New York | |

Kelly Crawford Receivership – Metals.com

Matter 101 - Receiver

Account No: 16125-101
Invoice No: 1017549
Date: 03/25/2021

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | to NY Atty General's office (.25); prepare demand letter to EquityZen identifying entities Tower Equity invested in through EquityZen (.75); conference with Jessica regarding publishing notice of claims procedure in national publication as required by court order and revise and finalize notice for publication (.50); search database regarding ▮▮▮▮ (.75); obtain information regarding Northwestern Life insurance policy for Simon Batshvili and conference with D. Brezik regarding send demand for information (.25). | 3.00 |
| 03/04/2021 | KMC | Research database for leads regarding assets ▮▮▮▮ (3.25); communicate with Wisconsin regulatory body regarding Wisconsin investors in investor database (.25). | 3.50 |
| 03/05/2021 | KMC | Telephone conference with CFTC regarding press release and other pending issues (.50); conference with team regarding investor database, review database, and determine strategy for sending out notices to investors and creditors as ordered by the court (1.50); research database regarding ▮▮▮ obtain information regarding investments made by defendants through ▮▮▮ (1.50); receive and execute title to Cobra, communicate with broker handling sale, and send to broker handling sale (.25); communicate with City National Bank regarding need for Orders and conference with D. Brezik regarding call from counsel for Betterment (.25); attend to providing questionnaires to investors and directing investor calls (.50). | 4.50 |
| 03/08/2021 | KMC | Obtain database names by each state and prepare email to each state sending the database names to the state to compare with their records and communicate with paralegal regarding same (1.00); attend to investor calls and emails and provide questionnaires and communicate with associate regarding same (1.00); research database regarding ▮▮▮ and communicate with P. Lewis and CFTC regarding same, including review of Simon Batashvili deposition testimony regarding same, and declaration regarding jewelry by Fainche (1.00); prepare letter to State Farm requesting documents regarding jewelry policy (.25); prepare letter to attorneys regarding Cook Island trust attorneys prepared for Tower Equity and review documents regarding same (.75); communicate with broker regarding closing sale of Cobra, delivery of car, and wiring of funds (.25); communicate with associate regarding national advertisement of claims procedure in USA Today (.25). | 4.50 |
| 03/09/2021 | KMC | Continue to send database for each State to the representative of the State so that the database can be compared with the State's and communications with State representatives and paralegal regarding same (1.00); attend to responding to investors, providing them questionnaires, and conferences with paralegal regarding status of investor database (.75); research database regarding security deposits and conference with P. Lewis regarding demanding return of security deposit from landlord of Simon Batashvili house (.75); research database regarding ▮▮▮ (.75); research database regarding Tx. Admin. Inc. (.50); research database regarding ▮▮▮ (.50); research database regarding ▮▮▮ (.50); research database regarding ▮▮▮ (.50). | 5.25 |

Kelly Crawford Receivership – Metals.com

03/25/2021
Account No:  16125-101
Invoice No:  1017549

Matter 101 - Receiver

| Date | | | Hours |
|---|---|---|---|
| 03/10/2021 | KMC | Conference with team regarding investor database (.50); telephone conference with California regulator regarding California list of investors and communicate with paralegal regarding same (.25); conference with P. Lewis regarding offer by EquityZen to give Receiver access to portal in lieu of producing documents (.25); confirm receipt of wire for sale of Cobra and issue check to broker (.25); video conference with J. Brandlin and associate regarding status of accounting (.50); review and revise letter to NW Mutual regarding Simon Batashvili insurance policy (.25); receive and review letter from tax lawyers refusing to produce documents without consent of Lucas Asher and communicate with attorney for Lucas Asher regarding same and outstanding request for information (.25); review database for information regarding Revo (.25); communicate with general counsel for City National Bank regarding Tx Admin Inc. account (.25). | 3.00 |
| 03/11/2021 | KMC | Telephone conference with regulator of Maryland regarding Maryland restitution order (0.25); communicate with numerous States regarding names on their lists of investors that are not on the receivership database list and coordinate with paralegal to add the names to the database (1.00); prepare email to send to new investors with questionnaire requesting them to complete and return the questionnaire, and conference with paralegal about group email (.25); research database for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.25); prepare coding for categorizing accounting, review summary of withdrawals, and communicate with accountants regarding same (.75); prepare letter to MinnStar bank enclosing order and requesting documents (.25); communicate with P. Lewis regarding strategy and status of numerous issues pending (.25). | 3.00 |
| 03/17/2021 | KMC | Attend to numerous investor calls and requests for questionnaires (1.00); conference with paralegal regarding investor database and conference with J. Rolls regarding adding names to database (.50); telephone conference with G. Besen regarding his potential representation of Lucas Asher and Simon Batashvili (.25); conference with P. Lewis regarding numerous issues, including demand for return of security deposit from landlord of Batashvili house, obtaining documents from Forge, obtaining access to EquityZen, and jewelry affidavit from Fainche (.50); conference with M. Simon regarding interviewing Dennis B. (.25); conference with CFTC regarding potential new counsel for individual defendants and status of receivership (.50). | 3.00 |
| 03/18/2021 | KMC | Attend to investor calls and emails and conference with J. Rolls and with paralegal regarding same (1.00); begin work on preparing list of creditors to send proof of claim form to (.25); communicate with States regarding investors and claim form (.25); telephone conference with CFTC regarding call from potential new counsel for Individual Defendants and intent to seek carve out from receivership for attorneys' fees, and confer with P. Lewis regarding same (.75); telephone conference with CFTC regarding valuation expert for coins and regarding investors who purchased coins online, and conference with paralegal regarding same (.50); follow up with targets of assets on status of responding to freeze order and production order (.25). | 3.00 |
| 03/19/2021 | KMC | Receive and review email from anonymous source regarding receivership | |

Kelly Crawford Receivership – Metals.com                                             03/25/2021
                                                                    Account No:     16125-101
                                                                    Invoice No:      1017549

Matter 101 - Receiver

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  | assets and communicate with K. Loquett regarding status of obtaining records (.25); telephone conference with CFTC regarding potential new representation of Individual Defendants (.25); review email to lessor of Batashvili house and communicate with P. Lewis regarding same (.25); work on database of investors with paralegal (1.00); prepare and file Notice of No Objection to Motion to Identify Certain Entities in Receivership (.25). |  | 2.00 |  |
| 03/22/2021 | KMC | Meetings with team regarding finalizing database and preparing for mailout of confirmations (1.00);  attend to investor calls and requests for questionnaires (.50); telephone conference with K. Loquett regarding email and obtaining records (.25); work on preparing list of creditors to receive proof of claim as part of claim process, including reviewing database for past due amounts claimed as of the receivership (1.25); conference with P. Lewis regarding response of Batashvili landlord to claim for return of security deposit and send proof of claim form to P. Lewis to send to landlord (.25); telephone conference with CFTC regarding metals valuation expert, send list of coins to CFTC for expert to review, and begin review of expert declaration filed with Complaint (.50). |  | 3.75 |  |
| 03/23/2021 | KMC | Work on finalizing database of investors in preparation for sending out confirmation of claims and meeting with team regarding same (1.00); work on list of creditors to send proof of claim form to (.50); work on draft of ████████████████████████████████████ and gather evidence in support of motion (2.00); attend to investor calls and emails and communicate with J. Rolls regarding same (.50). |  | 4.00 |  |
| 03/24/2021 | KMC | Work on investor database and creditor list in preparation for sending out claims and conferences with team regarding same (1.25); research coin at issue for valuation (.25). |  | 1.50 |  |
| 03/25/2021 | KMC | Telephone conference with G. Besen regarding intent to file motion to allow payment of attorneys' fees (.25); work on investor database in preparation for mailing out claims (4.00); telephone conference with CFTC regarding status of claims process, fees charged by SDIRA custodians to investors, and defendants' intent to seek monies for new attorneys (.50). |  | 4.75 |  |
|  |  | For Current Services Rendered |  | 58.00 | 22,620.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 58.00 | $390.00 | $22,620.00 |

Total Current Services and Expenses                                                          22,620.00