IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, *et al*.<br><br>        Plaintiffs,<br><br>v.<br><br><br>TMTE, Inc. a/k/a metals.com, Chase Metals Inc., Chase Metals, LLC, Barrick Capital, Inc., Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher, and Simon Batashvili,<br><br>        Defendants. | Civil Action No. 3:20-CV-2910-L |

**INDIVIDUAL DEFENDANTS' REQUEST FOR A HEARING ON THEIR EMERGENCY MOTION TO MODIFY PRELIMINARY INJUNCTION**

Pursuant to Rule II.B of this Court's procedures, Individual Defendants respectfully submit this request for a hearing on their Emergency Motion to Modify Preliminary Injunction (the "Motion") (Dkt. No. 232). In light of the complexity and novel nature of the issues presented regarding the property of the CFTC's jurisdiction and the magnitude of the equitable interests at stake, the Individual Defendants believe that a hearing, including the opportunity for the Court to pose questions to counsel, would be of assistance to the Court in ruling on the Motion.

1

Dated: May 4, 2021                                 Respectfully submitted,

                                                             */s/ Gene R. Besen*
Gene R. Besen
Texas Bar No. 24045491
gbesen@bradley.com
Lane M. Webster
Texas Bar No. 24089042
lwebster@bradley.com

Bradley Arant Boult Cummings LLP
1201 Elm Street, Suite 4400
Dallas, Texas 75270
Phone: (214) 939-8700
Fax: (214) 939-8787

By: */s/ Elizabeth M. Devaney*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Elizabeth M. Devaney
Texas Bar No. 24040100
Pennzoil Place, 711 Louisiana Street, Suite 500
Houston, Texas 77002
Phone: (713) 221-7000
Fax: (713) 221-7100
lizdevaney@quinnemanuel.com

Alex Spiro (pro hac vice forthcoming)
Elinor C. Sutton (pro hac vice forthcoming)
51 Madison Ave., 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
elinorsutton@quinnemanuel.com

ATTORNEYS FOR LUCAS ASHER
AND SIMON BATASHVILI

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document via the Court's CM/ECF system on this 4th day of May, 2021.

/s/ *Gene R. Besen*
Gene R. Besen
