IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br>　　　　　　Defendants,<br><br>TOWER EQUITY, LLC,<br><br>　　　　　　Relief Defendant. | CIVIL ACTION NO.<br>3:20-CV-2910-L |

## ORDER FOR "SHOW CAUSE" HEARING

On this date, the Court considered the Receiver's Emergency Motion for Show Cause Hearing to Hold Defendants Lucas Asher and Simon Batashvili in Civil Contempt, together with all supporting evidence. The Court accordingly orders as follows:

Defendants Lucas Asher and Simon Batashvili are ordered to appear before this Court on _____ at ____ o'clock, and show just cause why they each should not be held in civil contempt of this Court's orders. Defendants are further ordered to preserve, and not destroy, all assets and records regarding or relating to Portfolio Insider until further directed by this Court.

Signed this _____ day of _____, 2021

_____
UNITED STATES DISTRICT COURT JUDGE