## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.* | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-2910-L |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | § § § § § § § § | |
| Defendants, | § § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § | |

## APPENDIX IN SUPPORT OF RECEIVER'S
## EMERGENCY MOTION FOR "SHOW CAUSE" HEARING TO HOLD
## DEFENDANTS LUCAS ASHER AND SIMON BATASHVILI IN CIVIL CONTEMPT

Kelly M. Crawford, as the Court appointed Receiver, submits the following Appendix in

Support of the *Receiver's Emergency Motion for "Show Cause" Hearing to Hold Defendants*

*Lucas Asher and Simon Batashvili in Civil Contempt, and Brief in Support*, as follows:

| **Exhibit 1** | Declaration of Elizabeth Planer | pages 5 - 106 |
|---|---|---|
| **Exhibit 2** | Declaration of Jennifer Hacker | page 108 |
| **Exhibit 3** | Declaration of Jeremiah McWright | pages 110 - 112 |
| **Exhibit 4** | Declaration of Custodian of Records of Nasdaq | pages 114 - 156 |
| **Exhibit 5** | Declaration of Receiver Kelly M. Crawford | pages 158 - 365 |

Exhibit A – Cert. of Organization of Retirement Insider, LLC     page 168

Exhibit B – Corporate document of Retirement Insider     page 170

Exhibit C -  Transcript of Nov. 5, 2020 depo of Asher – excerpts     pages 172 -176

Exhibit D -  Employment documents     pages 178 - 189

Exhibit E – Consultant Chris Daigle documents     pages 191 - 207

Exhibit F -  Intrinio documents     pages 209 - 253

Exhibit G – Jennifer Hacker resume     pages 255 - 258

Exhibit H – Consultant Peter Coyne documents     pages 260 - 294

Exhibit I -  Transcript of YouTube video of Asher     page 296

Exhibit J – Transcript of Asher speaking at Harvard seminar     page 298

Exhibit K – Bank records of Talent Writers, Inc.     pages 300 - 319

Exhibit L – Portfolio Insider website on September 1, 2021     pages 321 - 342

Exhibit M – Certificate of formation of Portfolio Insider     page 344

Exhibit N – Transcript of Asher Show Cause hearing -excerpts     pages 346 - 347

Exhibit O – Transcript of January 29, 2021 Asher depo - excerpts     pages 349 - 356

Exhibit P – Transcript of Nov. 4, 2020 Batashvili depo  – excerpts     pages 358 - 365

Dated: September 16, 2021

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

By: */s/  Peter Lewis*
    Peter Lewis
    State Bar No. 12302100
    Peter.Lewis@solidcounsel.com

500 North Akard, Suite 2700
Dallas, Texas 75201
Telephone: (214) 706-4200
Telecopier: (214) 706-4242

**ATTORNEY FOR RECEIVER
KELLY M. CRAWFORD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2021 I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, which provided a "Notice of Electronic Filing" to all attorneys of record.

    */s/  Peter Lewis*
    PETER LEWIS

# EXHIBIT 1

APP00004

## DECLARATION OF ELIZABETH PLANER
## PURSUANT TO 28 U.S.C. § 1746

I, Elizabeth Planer, hereby make the following declaration based upon my personal knowledge:

### I. BACKGROUND

1. My name is Elizabeth Planer (hereinafter "Declarant"), Declarant is a POST-certified law enforcement officer in Alabama, and Declarant is a Special Agent with the Alabama Securities Commission (hereinafter "Commission") in Montgomery, Alabama. Declarant has worked in this capacity for the Commission since November 1, 2017. Declarant has been a law enforcement officer for twenty-two years. Before becoming a Special Agent for the Commission, Declarant was a Probation and Parole Officer for the Alabama Board of Pardons and Paroles for eleven years. Before becoming a Probation and Parole Officer for the Alabama Board of Pardons and Paroles, Declarant was a Police Officer for the Montgomery Police Department for seven years. Declarant was an investigator for five years of that time, in which Declarant investigated violent crimes and property crimes, which included financial crimes. Declarant attended Auburn University Montgomery and graduated in 1999 with a Bachelor of Science in Justice and Public Safety.

2. Declarant's responsibilities as a Special Agent include the



**EXHIBIT**

1

**APP00005**

investigation of fraud involving broker dealers, the investigation of fraud involving investment advisers and investment adviser representatives, any type of fraud involving securities, and fraud that targets the elderly. While working for the Commission, Declarant has routinely analyzed and reviewed financial documents, including, but not limited to, bank records and investment account documents. Declarant has also reviewed and analyzed internet websites.

3.     On May 4, 2021, Declarant began an investigation into possible investment adviser fraud and unregistered investment adviser representative conduct being committed by Lucas Asher ("Asher") and Simon Batashvili ("Batashvili") through a company named Portfolio Insider.

## II.     <u>RECORDS REVIEWED</u>

4.     Declarant reviewed the following documents and websites in the preparation of this declaration:[1]

     a.     The deposition of Lucas Asher taken on November 5, 2020;

     b.     The     California     Secretary     of     State     Website     at

---

[1] The documents that I reviewed for the preparation of this Declaration are voluminous and therefore not all are attached; a number are summarized herein or listed. All documents can be made available for review upon request. Personal identifying information, such as account numbers and social-security numbers, have been redacted. All records we obtained via subpoena prior to September 2020 or were publicly available after September 2020.

APP00006

https://businesssearch.sos.ca.gov for business entity information on Portfolio Insider, LLC and Retirement Insider, LLC;

      c.    The    Delaware    Secretary    of    State    Website    at https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx for business entity information on Portfolio Insider, LLC;

      d.    https://wyobiz.gov/Business/FilingSearch.aspx for business entity information on Retirement Insider, LLC;

      e.    Bank Records obtained from Bank of America for accounts in the name of TMTE Inc. DBA Metals.com, Simon Batashvili, and Fainche MacCarthy;

      f.    Bank Records obtained from Capital One for accounts held in the name of Tower Equity, LLC, Simon Batashvili, and Lucas Asher.

      g.    Records obtained from American Express for accounts held in the name of Chase Metals and Fainche MacCarthy;

      h.    Records obtained from PayPal, Inc. for the accounts of Lucas Asher and Simon Batashvili;

      i.    The defendants' website at www.portfolioinsider.com;

      j.    Records obtained from GoDaddy for the accounts associated with Lucas Asher, Simon Batashvili, and the purchase of the domains for barrickcapital.com, portfolioinsider.com, retirementinsider.com, towertrade.com,

APP00007

fintechterminal.com, and towerterminal.com.

### III.   PURCHASE OF PORTFOLIO INSIDER DOMAIN BY
### BATASHVILI AND ASHER

5.      On October 10, 2018, Retirement Insider, LLC was incorporated as a
Wyoming Limited Liability Company. The name Retirement Insider was changed
to Portfolio Insider at a later date. On October 27, 2020, Portfolio Insider, LLC
was incorporated as a Delaware Limited Liability Company.

6.      Declarant received evidence from GoDaddy via a subpoena on
September 1, 2020 and determined that the domain for Portfolio Insider was
purchased by Batashvili before this action against the defendants was initiated.

7.      According to a GoDaddy Legal Receipt for Shopper ID 197816793,
the website www.portfolioinsider.com was purchased by Batashvili and Asher on
July 18, 2020, with Batashvili listed as the contact for "Shipping Information," and
Asher listed as the contact for "Billing Information." Both Asher and Batashvili are
listed with the same address, phone number and email address: 8383 Wilshire
Boulevard, Beverly Hills, CA 90211, a phone number ending in 8765,
Asher@Famelab.com. This address is the same address that was used by TMTE,
Metals.com, and Barrick Capital. This purchase was more than 2 months before
this action was filed and more than 3 months before Portfolio Insider was
incorporated in Delaware. (Attachment A)

APP00008

8.     The shopper information provided by GoDaddy for Shopper ID 197816793 lists only Batashvili as the identified party affiliated with that ID number.   The address, phone number, and email address are identical to the information given on the Legal Receipt for the purchase of the domain www.portfolioinsider.com.  (Attachment B)

9.     Other domains purchased under Shopper ID 197816793 include retirementinsider.com,       towertrade.com,       fintechterminal.com       and towerterminal.com. (Attachment C)

10.    According to a GoDaddy Legal Receipt, Shopper ID 1978167493 purchased the domain retirementinsider.com on September 21, 2018.  The only information provided for shipping is the email address Asher@famelab.com, and the billing information lists Batashvili with the address, 8383 Wilshire Blvd, Suite 412, Beverly Hills, CA 90211, phone number ending in 8765 and email address Asher@famelab.com as the responsible party.  The payment was made using an American Express card ending in 49022. (Attachment D)

11. .   According to a GoDaddy Legal Receipt, Shopper ID 197816793 purchased Ultimate Domain Protection and Security Upgrade for the domain retirementinsider.com on February 22, 2020, using an American Express card ending in 41029. (Attachment E)

12.    According to a GoDaddy Legal Receipt, Shopper ID 19781673

APP00009

renewed the domain retirementinsider.com on April 28, 2020.    The responsible party for billing and shipping was Batashvili. Payment reflects Batashvili used a Visa card ending in 88813 to make the purchase. (Attachment F)

13.    The domain towertrade.com was purchased from GoDaddy under shopper ID 197816973 on December 13, 2018. Both Shipping and Billing information reflect Batashvili as the responsible party.  The address listed is 8383 Wilshire Boulevard, Suite 700, Beverly Hills, CA 90211, phone number ending in 8765 and email asher@famelab.com.  Payment information on the receipt reflects that Batashvili used an American Express credit card ending in 41029. (Attachment G)

14.    According to a GoDaddy Legal Receipt, the domain towertrade.com was purchased from GoDaddy under shopper ID 134981181 on June 6, 2019. The responsible party listed for both shipping and billing was "L A" with the address, 2950 31st Street, Santa Monica, CA 90405, phone number ending in 8765, and email asher@famelab.com.  Payment information on the receipt reflects that Asher used an American Express credit card ending in 41029. (Attachment H)

15.    The address, 2950 31st Street, Santa Monica, CA 90405 is an office space. This address was used by Asher as his address for his PayPal account ending in 6084. This account was also associated with Prometheus Labs Corp., an entity disclosed by Asher in his November 5, 2020 deposition.

APP00010

16.    According to a GoDaddy Legal Receipt, the domain towertrade.com was renewed under shopper ID 31291669 on September 20, 2019. The responsible party for both Shipping and Billing information was Asher with address, 8383 Wilshire Boulevard, Beverly Hills, CA 90211, phone number ending in 6213, and email address asher@famelab.com. Payment information on this receipt reflects that Asher used PayPal for this purchase. (Attachment I)

17.    According to GoDaddy, the Shopper Info for Shopper ID 31291669 reflects only Asher as the identified party affiliated with that ID number. The address, phone number, and email address are identical to the information given on the Legal Receipt for the renewal of the domain towertrade.com. (Attachment J)

18.    Other domains purchased under the Shopper ID 31291669 include barrickcapital.com. (Attachment K)

## IV.    PAYMENT METHODS USED TO PURCHASE DOMAIN NAMES ASSOCIATED WITH BATASHVILI AND ASHER

19.    Regarding the American Express cards ending in 49022 and 41029 referenced above, the Declarant received evidence in response to a subpoena from American Express on July 8, 2020.

20.    The information provided by American Express reflects that during the month of September 2018, four Business Platinum Cards were issued on an account held in the names Chase Metals and Fainche J. MacCarthy ("MacCarthy").

APP00011

The primary card, with the last five numbers 41003, was issued to MacCarthy, who is known to be Batashvili's wife. The second card, ending in 44015 was issued to Batashvili, the third, ending in 49022 was issued to Asher, and the fourth, ending in 41052, was issued to Samara Mills ("Mills"). (Attachment L)

21.    Mills was an employee/office manager/executive team member in the personnel department for Metals.com, Barrick Capital, and Tower Equity.

22.    The American Express statement issued on October 16, 2018 reflects a purchase of $1,482.16 by Asher using card 49022. (Attachment M)

23.    Beginning in October 2018, Asher's American Express Card was reissued and changed to the card ending in 41029. (Attachment N)

24.    The American Express statement issued on December 16, 2018 reflects a purchase of $69.99 to GoDaddy on December 16, 2018 by Asher using the card ending in 41029. (Attachment O)

25.    American Express records further indicate that two payments were made on this account with primary card, 41003, for the month of December 2019: one on December 17, 2019 and the second on December 27, 2019. Both payments were issued from the Bank of America account held in the name TMTE Inc. DBA Metals.com, ending in 4024. Batashvili and MacCarthy held signing authority for that account for the relevant period. (Attachment P)

26.    Regarding the renewal of the domain retirementinsider.com with card

APP00012

number 88813 referenced above, the Declarant received evidence on April 24, 2020 in response to a subpoena issued to Capital One.

27.    The information provided by Capital One reflects that during the month of April 2020, two Spark Business cards were issued on an account held in the names of Simon Batashvili and Tower Equity, LLC.  The primary card, ending in 24040, was issued to Batashvili, and the second card, ending in 88813 was issued to Asher. (Attachment Q)

28.    Regarding the purchase of towertrade.com via PayPal by Shopper ID 31291669 referenced above, the Declarant received evidence in response to a subpoena issued to PayPal on April 7, 2020 for all accounts held by Asher and/or Batashvili.

29.    According to the transaction log for PayPal account ending in 5701, held in the name of Lucas Asher and associated with the emails marketing@metals.com, corporate@metals.com, and corporate@chasemetals.com, a payment of $526.91 was sent from this PayPal account to GoDaddy at 2:53:10 pm on September 20, 2019. (Attachment R)[2]

---

[2] Attachment R is limited to the documents establishing that account 5701 was held in Asher's name. The information provided by PayPal establishing the $526.91 charge is extensive and not easily isolated. That information can be made available for review.

APP00013

30.    According to the GoDaddy Legal receipt, the charge for the purchase of the domain towertrade.com was $526.91 with a payment date and time stamp of September 20, 2019 at 2:53:11 PM. (Attachment S)

## V.    DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2021, in Montgomery, AL.


_____
Elizabeth Planer

APP00014

ATTACHMENT A

APP00015

# Legal Receipt for Shopper ID 197816793

| | |
|---|---|
| Shopper ID: | 197816793 |
| Receipt ID: | ███6060 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 7/18/2020 11:11:53 AM |
| Source Code: | ??? |

**Shipping Information**
Simon Batashvili
8383 wilshire blvd
Beverly Hills, CA 90211 US
Daytime Phone: +1.███8765
Asher@████.com

**Billing Information**
Lucas Asher
8383 wilshire blvd
Beverly Hills, CA 90211 US
Daytime Phone: +1.███8765
Evening Phone: +1.███8765
Asher@████.com

| | |
|---|---|
| IP: | 98.153.204.146::https://payment.api.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $1,616.16*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | Litle-GD |
| AVS Code: | Y |
| Name: | Simon Batashvili |
| Creditcard Number: | ███8840 |
| Creditcard Information: | MasterCard Exp. 08/2024 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 780-1 | .COM Premium Domain Name Registration<br>Length: 1 Year(s)<br>Domain: portfolioinsider.com<br>This is a service item. | $17.99 | $17.99 | $0.18 | 1 | $0.00 | $18.17 |
| 2 | 779-1 | Premium Domain Name Purchase (one-time fee)<br>Length: 1<br>Domain:<br>This is a service item. | $1,588.00 | $1,588.00 | $0.00 | 1 | $0.00 | $1,588.00 |
| 3 | 1307404-1 | Full Domain Privacy and Protection<br>Length: 1 Year(s)<br>Domain: portfolioinsider.com<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $1,616.16 | $0.00 | $0.00 | $1,616.16 |

CONFIDENTIAL

APP00016

# ATTACHMENT B

# Shopper Info for Shopper ID 197816793

| | |
|---|---|
| Shopper ID: | 197816793 |
| Private Label ID: | 1 |
| Login Name: | Pamelab |
| First Name: | Simon |
| Last Name: | Batashvili |
| Company: | |
| Address1: | 8383 wilshire blvd |
| Address2: | |
| City: | Beverly Hills |
| State/Prov: | CA |
| Postal Code: | 90211 |
| Country: | US |
| Phone Work: | +1 ███ 8765 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | Asher@███.com |
| Date Created: | 9/21/2018 11:46:50 AM |
| Last Changed By Date: | 8/15/2020 6:49:43 PM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

CONFIDENTIAL

GD 000251

APP00018

# ATTACHMENT C

APP00019

## Domain List - All for Shopper ID 197816793

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| pmia.org | 0 Active | 8/24/1995 | 8/23/2021 | 1606983916 |
| texasmetals.com | 0 Active | 7/13/2000 | 7/13/2021 | 1590936696 |
| retirementinsider.com | 0 Active | 4/27/2002 | 4/27/2021 | 1371638689 |
| seniorchecks.com | 0 Active | 2/3/2008 | 2/3/2022 | 1425712438 |
| republicfinancial.com | 0 Active | 8/31/2012 | 8/31/2020 | 1390800376 |
| delawarewholesale.com | 0 Active | 12/27/2012 | 12/27/2020 | 1591389455 |
| vanguardbullion.com | 239 PendingICANNRequiredVerification | 2/27/2018 | 2/27/2021 | 1732291726 |
| buygoldinmissouri.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinwisconsin.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinindiana.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldingeorgia.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnebraska.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinalaska.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldindelaware.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinmississippi.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnewhampshire.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinsouthcarolina.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinvermont.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinmaine.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinhawaii.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldincolorado.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinoklahoma.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldintexas.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinwyoming.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinmontana.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnevada.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinflorida.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnewmexico.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinpennsylvania.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinkansas.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinminnesota.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinmaryland.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnewyork.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinwestvirginia.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinarizona.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnorthcarolina.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldintennessee.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinohio.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinutah.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinmassachusetts.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinmichigan.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinwashington.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldiniowa.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinrhodeisland.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |

GD 000252

## Domain List - All for Shopper ID 197816793

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| buygoldinsouthdakota.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinarkansas.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinillinois.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinkentucky.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinidaho.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinoregon.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnewjersey.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinlouisiana.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinalabama.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinconnecticut.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinvirginia.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldinnorthdakota.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| buygoldincalifornia.com | 0 Active | 10/22/2018 | 10/22/2020 | 1386927739 |
| egonpearson.com | 0 Active | 11/27/2018 | 11/27/2020 | 1405092272 |
| rickardsbars.com | 0 Active | 12/10/2018 | 12/10/2020 | 1411733444 |
| bigfinanceclick.com | 0 Active | 3/12/2019 | 3/12/2021 | 1460312759 |
| jimrickardsbook.com | 0 Active | 6/18/2019 | 6/18/2021 | 1510538838 |
| republicancapital.com | 0 Active | 12/4/2019 | 12/4/2021 | 1597036584 |
| republicanmetals.com | 0 Active | 12/4/2019 | 12/4/2021 | 1597036584 |
| shebadiamond.com | 0 Active | 12/10/2019 | 12/10/2021 | 1599627004 |
| shebadiamonds.com | 0 Active | 12/10/2019 | 12/10/2021 | 1599627004 |
| stuttgartindustrial.com | 0 Active | 12/16/2019 | 12/16/2021 | 1603061058 |
| stockscams.org | 0 Active | 12/17/2019 | 12/17/2021 | 1603573596 |
| portfolioinsider.com | 0 Active | 12/25/2019 | 12/25/2021 | 1719596060 |
| kotelbrands.com | 0 Active | 12/26/2019 | 12/26/2021 | 1607874251 |
| reaganfinancial.com | 0 Active | 12/26/2019 | 12/26/2021 | 1607918894 |
| studentchecks.org | 0 Active | 1/2/2020 | 1/2/2022 | 1611050548 |
| towerterminal.com | 0 Active | 1/14/2020 | 1/14/2022 | 1617469941 |
| tarzannuncored.com | 0 Active | 2/3/2020 | 2/3/2021 | 1627629514 |
| tarzannuncensored.com | 0 Active | 2/3/2020 | 2/3/2021 | 1628051819 |
| fintechterminal.com | 0 Active | 2/4/2020 | 2/4/2021 | 1628680401 |
| retirementbeauty.com | 0 Active | 2/14/2020 | 2/14/2022 | 1633861489 |
| kotelholdings.com | 0 Active | 2/14/2020 | 2/14/2022 | 1633894471 |
| blackcondas.com | 0 Active | 2/19/2020 | 2/19/2021 | 1636427799 |
| lucasasherestates.com | 0 Active | 2/20/2020 | 2/20/2021 | 1637591311 |
| xn--julietarodrguez-fpb.com | 0 Active | 3/4/2020 | 3/4/2021 | 1644874174 |
| newmontfinancial.com | 0 Active | 3/7/2020 | 3/7/2021 | 1646583376 |
| glencorefinancial.com | 0 Active | 3/8/2020 | 3/8/2021 | 1646615878 |
| newmontadministration.com | 0 Active | 4/2/2020 | 4/2/2021 | 1661024422 |
| texasadministration.com | 0 Active | 4/2/2020 | 4/2/2021 | 1661024422 |
| barrickadministration.com | 0 Active | 4/2/2020 | 4/2/2021 | 1661024422 |
| reaganadministration.com | 0 Active | 4/2/2020 | 4/2/2021 | 1661024422 |
| berkshireadministration.com | 0 Active | 4/2/2020 | 4/2/2021 | 1661595714 |
| lifeadministrative.com | 0 Active | 4/5/2020 | 4/5/2021 | 1661610322 |

GD 000253

## Domain List – All for Shopper ID 197816793

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| skydivingservice.com | 0 Active | 4/25/2020 | 4/25/2021 | 1674372331 |
| institutioninsider.com | 0 Active | 5/2/2020 | 5/2/2022 | 1678615702 |
| brighthousemetals.com | 0 Active | 5/20/2020 | 5/20/2022 | 1689018543 |
| fidelitybullion.com | 0 Active | 5/20/2020 | 5/20/2022 | 1689019309 |
| fidelityadministration.com | 0 Active | 5/20/2020 | 5/20/2022 | 1689019404 |
| retirementsuperstore.com | 0 Active | 5/25/2020 | 5/25/2022 | 1691762105 |
| lifepreciousmetals.com | 0 Active | 5/27/2020 | 5/27/2022 | 1692852526 |
| usestatetrust.com | 0 Active | 6/22/2020 | 6/22/2022 | 1706972741 |
| conservativesavers.com | 0 Active | 6/22/2020 | 6/22/2021 | 1706972741 |
| kotelindustries.com | 0 Active | 7/11/2020 | 7/11/2022 | 1716405532 |
| glenncorefinancial.com | 0 Active | 7/17/2020 | 7/17/2021 | 1719179487 |
| brookfieldmetals.com | 0 Active | 7/17/2020 | 7/17/2021 | 1719190772 |
| northwesterncap.com | 0 Active | 7/17/2020 | 7/17/2021 | 1719194328 |
| brookfieldcap.com | 0 Active | 7/23/2020 | 7/23/2021 | 1722062927 |
| northwesternfinance.com | 0 Active | 7/23/2020 | 7/23/2021 | 1722147228 |
| berkshiregoldgroup.com | 0 Active | 8/13/2020 | 8/13/2022 | 1731923870 |
| berkshireaccounts.com | 0 Active | 8/15/2020 | 8/15/2022 | 1732893901 |

## Notes for Shopper ID 197816793
## 9/20/2018 to 8/21/2020

| Entered Date / By | Note |
|---|---|
| 12/13/2018 9:07:33 AM / Romine, Chad / Client IP: GoDaddy Internal | Chad Romine accessed account with reason "General/Research". Validation was skipped. |
| 12/13/2018 9:07:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 197816793 was impersonated by Chad Romine, employee cromine |
| 12/10/2018 4:52:20 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: .COM Domain Name Registration - 1 Year (recurring) OrderID: 1411733444 RowID: 0 Namespace:domain ResourceID: 282655145 |
| 12/10/2018 4:52:19 PM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name rickardsbars.com registered |
| 12/10/2018 4:52:15 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain RICKARDSBARS.COM privacy set up. DBP customer number is ▇▇▇8339. |
| 12/10/2018 4:52:14 PM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New preference.marketId: "en-US" |
| 12/8/2018 2:57:02 PM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New preference.marketId: "en-US" |
| 12/8/2018 2:52:27 PM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New preference.marketId: "en-US" |
| 12/8/2018 2:44:29 PM / api-customer-consent.prod.client.int.godaddy.com / Client IP: 192.168.179.38 | preference.allowedCommunicationTypes Old: ["EMAIL_NOTIFICATION","EMAIL_PROMOTIONAL","PHONE"], New: ["EMAIL_ACCOUNT_SUMMARY","EMAIL_NOTIFICATION","EMAIL_PROMOTIONAL","PHONE]" |
| 12/6/2018 6:30:57 PM / v_renalyn5809 / Client IP: GoDaddy Internal | hosting: Ultimate Linux Hosting with cPanel (400224391) (6d3ddc55-c1fe-11e8-814a-3417ebe725e0) entered account |
| 12/6/2018 3:08:43 PM / Diaz, Renalyn / Client IP: GoDaddy Internal | Commented on case 34579514: Contact form domain blocked and flagged as spam |
| 12/6/2018 1:52:04 PM / Bryce Elam / Client IP: GoDaddy Internal | Incident 37736920 resolved by Bryce Elam on Thursday, December 6, 2018 1:52:02 PM. |
| 12/6/2018 1:40:01 PM / Diaz, Renalyn / Client IP: GoDaddy Internal | Renalyn Diaz accessed account with reason "General/Research". Account was validated with Shopper PIN. |
| 12/6/2018 1:40:00 PM / Auth Platform / Client IP: GoDaddy Internal | Shopper 197816793 was impersonated by Renalyn Diaz, employee v_renalyn5809 |
| 12/6/2018 11:29:23 AM / Diaz, Renalyn / Client IP: GoDaddy Internal | Renalyn Diaz accessed account with reason "General/Research". Account was validated with Shopper PIN. |
| 12/6/2018 11:29:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 197816793 was impersonated by Renalyn Diaz, employee v_renalyn5809 |
| 12/5/2018 6:58:05 PM / v_loyd0056 / Client IP: GoDaddy Internal | trustedSite: TrustedSite (400224216) (0a7b0a86-c1fe-11e8-814?-3417ebe72601) entered account |
| 12/5/2018 6:56:32 PM / v_loyd0056 / Client IP: GoDaddy Internal | hosting: Ultimate Linux Hosting with cPanel (400224391) (6d3ddc55-c1fe-11e8-814a-3417ebe725e0) entered account |
| 12/5/2018 6:02:00 PM / jaypee6469 / Client IP: GoDaddy Internal | hosting: Ultimate Linux Hosting with cPanel (400224391) (6d3ddc55-c1fe-11e8-814a-3417ebe725e0) entered account |
| 12/5/2018 12:34:06 PM / Omaga, Loyd / Client IP: GoDaddy Internal | chatted with Simon Butashvili CB/# +1,▇▇▇8765 ChatID: ▇▇▇0822 regarding cPanel Hosting Additional Comments: educ cx about smtp for contact form adv no option to use other smtp retirementinsider.com |
| 12/5/2018 11:57:00 AM / Manager: Loyd Omaga / Client IP: GoDaddy Internal | CRM user 26454 - Loyd Omaga has entered DCC5 accessing shopper 197816793. |

CONFIDENTIAL

**APP00023**

**ATTACHMENT D**

APP00024

## Legal Receipt for Shopper ID 197816793

| | |
|---|---|
| Shopper ID: | 197816793 |
| Receipt ID: | 1371638689 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 9/21/2018 11:50:09 AM |
| Source Code: | ??? |

**Shipping Information**
Asher@Fameclub.com

**Billing Information**
Simon Batashvili
8383 wilshire blvd suite 412
Beverly Hills, CA 90211 US
Daytime Phone: +1.███8765
Asher@Fameclub.com

IP:  216.240.54.236::https://payment.api.godaddy.com/payapi

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $1,482.16*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Simon Batashvili |
| Creditcard Number: | ███49022 |
| Creditcard Information: | AMEX Exp. 03/2023 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 780-1 | .COM Premium Domain Name Registration<br>Length: 1 Year(s)<br>Domain: retirementinsider.com<br>This is a service item. | $14.99 | $14.99 | $0.18 | 1 | $0.00 | $15.17 |
| 2 | 779-1 | Premium Domain Name Purchase (one-time fee)<br>Length: 1<br>Domain:<br>This is a service item. | $1,459.00 | $1,459.00 | $0.00 | 1 | $0.00 | $1,459.00 |
| 3 | 7002-1 | Private Transfer Services<br>Length: 1 Year(s)<br>Domain: retirementinsider.com<br>This is a service item. | $9.99 | $7.99 | $0.00 | 1 | $0.00 | $7.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $1,482.16 | $0.00 | $0.00 | $1,482.16 |

CONFIDENTIAL

**APP00025**

**ATTACHMENT E**

APP00026

# Legal Receipt for Shopper ID 197816793

| | |
|---|---|
| Shopper ID: | 197816793 |
| Receipt ID: | 1638626886 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 2/22/2020 5:27:06 PM |
| Source Code: | ??? |

## Shipping Information

Simon Batashvili

8383 wilshire blvd

Beverly Hills, CA 90211 US

Daytime Phone: +1.████8765

Asher@Famelab.com

## Billing Information

Simon Batashvili

8383 wilshire blvd

Beverly Hills, CA 90211 US

Daytime Phone: +1.████8765

Asher@Famelab.com

| | |
|---|---|
| IP: | 76.91.5.229::https://payment.api.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $2.27*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Simon Batashvili |
| Creditcard Number: | ████41029 |
| Creditcard Information: | AMEX Exp. 10/2023 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 125701-1 | Ultimate Domain Protection and Security Upgrade Length: 1 Year(s) Domain: retirementinsider.com This is a service item. | $17.99 | $12.99 | $0.00 | 1 | $0.00 | $2.27 |
| 2 | | Private Registration Services Length: 1 Year(s) Domain: | | | $0.00 | 1 | | |
| 3 | | Domain Ownership Protection Length: 1 Year(s) Domain: | | | $0.00 | 1 | | |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $2.27 | $0.00 | $0.00 | $2.27 |

CONFIDENTIAL

APP00027

**ATTACHMENT F**

## Legal Receipt for Shopper ID 197816793

| | |
|---|---|
| Shopper ID: | 197816793 |
| Receipt ID: | 1676068335 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 4/28/2020 7:46:54 AM |
| Source Code: | ROHB from_app: wsc_dr |

**Shipping Information**
Simon Batashvili
8383 wilshire blvd
Beverly Hills, CA 90211 US
Daytime Phone: +1███8765
Asher@Famelab.com

**Billing Information**
Simon Batashvili
8383 wilshire blvd
Beverly Hills, CA 90211 US
Daytime Phone: +1███8765
Asher@Famelab.com

**Transaction Occurred as: United States Dollar (USD)**
*Payment 1: $46.15*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | Litle-GD |
| AVS Code: | N |
| Name: | Simon Batashvili |
| Creditcard Number: | ████8813 |
| Creditcard Information: | Visa Exp. 11/2024 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 Year(s) Domain: retirementinsider.com | $17.99 | $17.99 | $0.18 | 1 | $0.00 | $18.17 |
| 2 | 125700-1 | Ultimate Domain Protection and Security Renewal Length: 1 Year(s) Domain: retirementinsider.com | $27.98 | $27.98 | $0.00 | 1 | $0.00 | $27.98 |
| 3 | | Domain Ownership Protection - Renewal Length: 1 Year(s) Domain: retirementinsider.com | | | $0.00 | 1 | | |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $46.15 | $0.00 | $0.00 | $46.15 |

CONFIDENTIAL

APP00029

**ATTACHMENT G**

APP00030

## Legal Receipt for Shopper ID 197816793

| | |
|---|---|
| Shopper ID: | 197816793 |
| Receipt ID: | 1413273727 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 12/13/2018 8:01:07 PM |
| Source Code: | GPPTCUST |

**Shipping Information**

Simon Batashvili

8383 Wilshire Blvd Suite 700

Beverly Hills, CA 90211 US

Daytime Phone: +1. █████8765

Asher@Famelab.com

**Billing Information**

Simon Batashvili

8383 wilshire blvd suite 412

Beverly Hills, CA 90211 US

Daytime Phone: +1. █████8765

Asher@Famelab.com

| | |
|---|---|
| IP: | 76.81.143.154::https://payment.api.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $69.99*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Simon Batashvili |
| Creditcard Number: | █████1029 |
| Creditcard Information: | AMEX Exp. 10/2023 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 850-1 | Domain Buy Service<br>Length: 1<br>Domain: towertrade.com<br>This is a service item. | $69.99 | $69.99 | $0.00 | 1 | $0.00 | $69.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $69.99 | $0.00 | $0.00 | $69.99 |

CONFIDENTIAL

APP00031

# ATTACHMENT H

APP00032

## Legal Receipt for Shopper ID 134981181

| | |
|---|---|
| Shopper ID: | 134981181 |
| Receipt ID: | 1504515907 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 6/6/2019 12:57:40 PM |
| Source Code: | GPPTCOM |

**Shipping Information**

L A
2950 31st street
Santa Monica, CA 90405 us
Daytime Phone: +1. ███ 8765
asher@famelab.com

**Billing Information**

L A
2950 31st street
Santa Monica, CA 90405 us
Daytime Phone: +1 ███ 8765
asher@famelab.com

IP: 76.81.143.154::https://payment.api.godaddy.com/payapi

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $69.99*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | L |
| Name: | Lucas Asher |
| Creditcard Number: | ███ 41029 |
| Creditcard Information: | AMEX Exp. 4/2022 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM".

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 850-1 | Domain Broker Service<br>Length: 1<br>Domain: towertrade.com<br>This is a service item. | $69.99 | $69.99 | $0.00 | 1 | $0.00 | $69.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $69.99 | $0.00 | $0.00 | $69.99 |

CONFIDENTIAL

# ATTACHMENT I

APP00034

## Legal Receipt for Shopper ID 31291669

| | |
|---|---|
| Shopper ID: | 31291669 |
| Receipt ID: | 1558561037 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 9/20/2019 2:53:11 PM |
| Source Code: | ??? |

**Shipping Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

**Billing Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

IP: 98.153.204.146::https://payment.api.godaddy.com/payapi

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $526.91*

Paid: paypal

Processor: PayPal-GD

Account:

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: towertrade.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 2 | 7001-1 | Private Registration Services Length: 1 Year(s) Domain: towertrade.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.81 |
| 3 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: unfits.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 4 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: unfits.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

CONFIDENTIAL

GD 001671

APP00035

## Legal Receipt for Shopper ID 31291669

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 5 | 70041-1 | .COM Bulk Domain Name Renewal (6-20) - 2 years (recurring) Length: 2 Year(s) Domain: ecocons.com This is a service item. | $35.98 | $35.98 | $0.36 | 1 | $0.00 | $36.34 |
| 6 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: paylessrent.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 7 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: paylessrent.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |
| 8 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 Year(s) Domain: soldierchecks.com This is a service item. | $17.99 | $17.99 | $0.18 | 1 | $0.00 | $18.17 |
| 9 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: soldierchecks.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |
| 10 | 70571-1 | .ORG Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: soldierchecks.org This is a service item. | $83.96 | $83.96 | $0.72 | 1 | $0.00 | $84.68 |
| 11 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: soldierchecks.org This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $526.91 | $0.00 | $0.00 | $526.91 |

CONFIDENTIAL

GD 001672

APP00036

## Legal Receipt for Shopper ID 31291669

| | |
|---|---|
| Shopper ID: | 31291669 |
| Receipt ID: | 1558561037 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 9/20/2019 2:53:11 PM |
| Source Code: | ??? |

**Shipping Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

**Billing Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

| | |
|---|---|
| IP: | 98.153.204.146::https://payment.api.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $526.91*

| | |
|---|---|
| Paid: | paypal |
| Processor: | PayPal-GD |
| Account: | |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: towertrade.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 2 | 7001-1 | Private Registration Services Length: 1 Year(s) Domain: towertrade.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.81 |
| 3 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: unfits.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 4 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: unfits.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

CONFIDENTIAL

GD 001671

**APP00037**

## Legal Receipt for Shopper ID 31291669

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|-----|-------|------|-----------|---------------|-----------|-----|-------------|-------------|
| 5 | 70041-1 | .COM Bulk Domain Name Renewal (6-20) - 2 years (recurring) Length: 2 Year(s) Domain: ecocons.com This is a service item. | $35.98 | $35.98 | $0.36 | 1 | $0.00 | $36.34 |
| 6 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: paylessrent.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 7 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: paylessrent.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |
| 8 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 Year(s) Domain: soldierchecks.com This is a service item. | $17.99 | $17.99 | $0.18 | 1 | $0.00 | $18.17 |
| 9 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: soldierchecks.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |
| 10 | 70571-1 | .ORG Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: soldierchecks.org This is a service item. | $83.96 | $83.96 | $0.72 | 1 | $0.00 | $84.68 |
| 11 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: soldierchecks.org This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

| Subtotal | Shipping & Handling | Tax | Total |
|----------|---------------------|-----|-------|
| $526.91 | $0.00 | $0.00 | $526.91 |

CONFIDENTIAL

GD 001672

APP00038

**ATTACHMENT J**

APP00039

# Shopper Info for Shopper ID 31291669

| | |
|---|---|
| Shopper ID: | 31291669 |
| Private Label ID: | 1 |
| Login Name: | lucasasher |
| First Name: | Lucas |
| Last Name: | Asher |
| Company: | Prometheus Laboratories Corp |
| Address1: | 8383 wilshire blvd |
| Address2: | |
| City: | beverly hills |
| State/Prov: | CA |
| Postal Code: | 90211 |
| Country: | US |
| Phone Work: | +1. ███ 6213 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | asher@famelab.com |
| Date Created: | 10/10/2009 10:13:14 PM |
| Last Changed By Date: | 6/19/2020 5:06:57 PM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

CONFIDENTIAL

GD 000573

APP00040

**ATTACHMENT K**

## Domain List - All for Shopper ID 31291669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| unfit.com | 0 Active | 3/3/1997 | 3/4/2022 | 1279613305 |
| rho.org | 0 Active | 5/18/2000 | 5/18/2022 | 1380158509 |
| paylessrent.com | 0 Active | 3/21/2002 | 3/21/2025 | 971925105 |
| slimshot.com | 0 Active | 10/16/2002 | 10/16/2021 | 916581642 |
| BESTNEW.COM | 0 Active | 1/25/2003 | 1/25/2021 | 503084562 |
| unfits.com | 0 Active | 4/19/2004 | 4/19/2024 | 1517828177 |
| bronzebeauties.com | 0 Active | 4/28/2004 | 4/28/2023 | 1669372449 |
| towertrade.com | 0 Active | 12/7/2008 | 9/15/2023 | 1533035313 |
| FAULKNERBAND.COM | 0 Active | 5/24/2009 | 5/24/2021 | 417661618 |
| THELASTBLACKKNIGHT.COM | 8 Cancelled | 10/11/2009 | 10/11/2011 | 197037612 |
| LUCASASHER.COM | 0 Active | 10/11/2009 | 10/11/2021 | 197037612 |
| JOHANTANDERSON.COM | 8 Cancelled | 10/16/2009 | 10/16/2010 | 198210493 |
| BLACKKNIGHTARTISTS.COM | 8 Cancelled | 2/16/2010 | 2/16/2012 | 222676893 |
| EMPYREALENGINEERING.COM | 8 Cancelled | 2/16/2010 | 2/16/2012 | 222676893 |
| BLACKKNIGHTHOLDINGS.COM | 8 Cancelled | 2/16/2010 | 2/16/2012 | 222676893 |
| PROMUSICSUPERVISOR.COM | 8 Cancelled | 8/13/2010 | 8/13/2011 | 261847101 |
| ECOEONS.COM | 0 Active | 1/29/2011 | 1/29/2023 | 301479184 |
| THESTREETINVASION.COM | 8 Cancelled | 3/6/2011 | 3/6/2014 | 310511313 |
| FACETHEMUSICEXPERIENCE.COM | 8 Cancelled | 3/29/2011 | 3/29/2012 | 316634717 |
| FACETHEMUSICEXHIBIT.ORG | 8 Cancelled | 5/13/2011 | 5/13/2020 | 417915141 |
| CONTRACARTEL.COM | 8 Cancelled | 5/26/2011 | 5/26/2016 | 417662032 |
| STREETINVASION.COM | 0 Active | 7/31/2011 | 7/31/2021 | 417915497 |
| CLUSTLER.COM | 8 Cancelled | 4/30/2012 | 4/30/2013 | 422494536 |
| TRAILDOM.COM | 8 Cancelled | 6/2/2012 | 6/2/2016 | 429903444 |
| PRIVATURE.COM | 0 Active | 8/19/2012 | 8/19/2022 | 455056174 |
| JEFFDBANE.COM | 8 Cancelled | 11/15/2012 | 11/15/2015 | 482209484 |
| PICTAFRIEND.COM | 8 Cancelled | 12/26/2012 | 12/26/2016 | 494987835 |
| INSTRIBUTION.COM | 8 Cancelled | 12/26/2012 | 12/26/2016 | 495266264 |
| FAULKNERMUSIC.COM | 36 Ownership Changed | 12/31/2012 | 12/31/2018 | 495269705 |
| THEVATORS.COM | 8 Cancelled | 1/20/2013 | 1/20/2017 | 503479181 |
| RAVENSHADES.COM | 8 Cancelled | 4/12/2013 | 4/12/2014 | 535799097 |
| ASHERHOLDINGS.COM | 8 Cancelled | 4/23/2013 | 4/23/2014 | 539893722 |
| BURNYOURBOOKS.COM | 8 Cancelled | 5/5/2013 | 5/5/2014 | 544074439 |
| COLLEGEBOOKSCAM.COM | 8 Cancelled | 5/5/2013 | 5/5/2014 | 544447136 |
| BOOKSCAM.ORG | 8 Cancelled | 5/5/2013 | 5/5/2014 | 544447496 |
| AMERICANEUR.COM | 8 Cancelled | 5/7/2013 | 5/7/2014 | 545186208 |
| HIPSTATIC.COM | 0 Active | 9/2/2013 | 9/2/2021 | 590324422 |
| GEOEONS.COM | 0 Active | 10/8/2013 | 10/8/2021 | 604469333 |
| ROBOEONS.COM | 0 Active | 10/8/2013 | 10/8/2021 | 604469333 |
| AUTOEONS.COM | 0 Active | 10/8/2013 | 10/8/2021 | 604469333 |
| EONSINC.COM | 0 Active | 10/8/2013 | 10/8/2021 | 604469333 |
| STREETAXIOMS.COM | 0 Active | 10/30/2013 | 10/30/2021 | 612928862 |
| INSTABUTE.COM | 8 Cancelled | 11/30/2013 | 11/30/2015 | 624580993 |
| INSTIBUTION.COM | 8 Cancelled | 12/9/2013 | 12/9/2015 | 628432221 |

CONFIDENTIAL

## Domain List - All for Shopper ID 31291669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| CONFRIENDENTIAL.COM | 8 Cancelled | 12/25/2013 | 12/25/2014 | 634486154 |
| SECRETORIES.COM | 8 Cancelled | 12/28/2013 | 12/28/2014 | 635816916 |
| ANONAMATIC.COM | 8 Cancelled | 12/29/2013 | 12/29/2014 | 635826518 |
| FAULKNEROFFICIAL.COM | 0 Active | 1/30/2014 | 1/30/2021 | 648932201 |
| PROMETHEUSOFFICIAL.COM | 8 Cancelled | 5/24/2014 | 5/24/2017 | 693248677 |
| tritoncreativegroup.com | 220 DNSInfo - Inactive | 5/28/2014 | n/a | |
| LEAFY.NINJA | 8 Cancelled | 6/3/2014 | 6/3/2015 | 696650964 |
| FAULKNER.CLUB | 0 Active | 6/11/2014 | 6/10/2021 | 699364125 |
| SELFIESWEEPSTAKE.COM | 8 Cancelled | 6/15/2014 | 6/15/2015 | 700620876 |
| INSTALOUD.COM | 0 Active | 8/15/2014 | 8/15/2021 | 723887857 |
| DISRUPTAUDIO.COM | 0 Active | 9/8/2014 | 9/8/2021 | 732990792 |
| LUCASASHER.NYC | 8 Cancelled | 10/15/2014 | 10/14/2016 | 747072847 |
| IAMAREVOLUTIONARY.ORG | 0 Active | 10/29/2014 | 10/29/2020 | 752678927 |
| PRISCILAGOMEZ.COM | 0 Active | 11/9/2014 | 11/9/2021 | 756774667 |
| ROCKNROLLMAKEUP.COM | 8 Cancelled | 12/27/2014 | 12/27/2015 | 765495123 |
| ROCKNROLLNAILS.COM | 8 Cancelled | 12/27/2014 | 12/27/2015 | 774475956 |
| ROCKNROLLGAL.COM | 8 Cancelled | 12/29/2014 | 12/29/2015 | 775291219 |
| FAULKNER.BAND | 8 Cancelled | 1/28/2015 | 1/28/2020 | 786968997 |
| SANTIGOLD.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| CSNY.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| NEILYOUNG.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| KIDROCK.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| BOBDYLAN.BAND | 0 Active | 2/27/2015 | 2/27/2021 | 799004720 |
| EMINEM.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| MATCHBOXTWENTY.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| DRDRE.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| 1975.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| EDSHEERAN.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| THE1975.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| GENESIS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| STING.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| BLACKEYEDPEAS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| SLAYER.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| MGMT.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799004720 |
| MORRISSEY.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| KANYEWEST.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| FRANZFERDINAND.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| THESTROKES.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| DEPECHEMODE.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| BJORK.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| LORDE.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| THEMARSVOLTA.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| GORILLAZ.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| SPOTIFY.BAND | 0 Active | 2/27/2015 | 2/27/2021 | 799012747 |

## Domain List - All for Shopper ID 31291669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| INXS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| PIXIES.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| BEASTIEBOYS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| JULIANCASABLANCAS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| PORTISHEAD.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| BLACKKEYS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| JANESADDICTION.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| OUTKAST.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| MACKLEMORE.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| PAULMCCARTNEY.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| THEWHITESTRIPES.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| OFFSPRING.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| FRANKSINATRA.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| VANCEJOY.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| ROGERWATERS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| NEWORDER.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| JACKJOHNSON.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| TIESTO.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| THEKILLERS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| THEROOTS.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| WEEZER.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| PANTERA.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| BLUR.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| ELVISCOSTELLO.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799012747 |
| LOUREED.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799017323 |
| CHUCKBERRY.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| RAYCHARLES.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| JOHNNYCASH.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| JOHNLENNON.BAND | 0 Active | 2/27/2015 | 2/27/2021 | 799040524 |
| MARVINGAYE.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| THECLASH.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| ELTONJOHN.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| JANISJOPLIN.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| GRATEFULDEAD.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| CREAM.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| STEVIEWONDER.BAND | 8 Cancelled | 2/27/2015 | 2/27/2016 | 799040524 |
| EONSBRAND.COM | 8 Cancelled | 4/19/2015 | 4/19/2017 | 819435829 |
| DIRECTORPROMETHEUS.COM | 8 Cancelled | 5/22/2015 | 5/22/2017 | 832811711 |
| streetinvasion.org | 149 Deleted - Redeemable | 6/27/2015 | 6/27/2020 | 846597627 |
| revoplayer.com | 36 Ownership Changed | 7/11/2015 | 7/11/2016 | 849023726 |
| DIMITRIFAROUGIAS.COM | 0 Active | 8/2/2015 | 8/2/2021 | 852953928 |
| axiomchronicles.com | 0 Active | 10/18/2015 | 10/18/2021 | 890585534 |
| tracylsmith.com | 8 Cancelled | 12/29/2015 | 12/29/2019 | 918386080 |
| jv.agency | 8 Cancelled | 2/29/2016 | 2/28/2020 | 944332896 |

CONFIDENTIAL

GD 000576

APP00044

# Domain List - All for Shopper ID 31291669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| revo.fm | 36 Ownership Changed | 3/17/2016 | 3/17/2017 | 951217296 |
| revo.live | 36 Ownership Changed | 3/20/2016 | 3/20/2017 | 952800098 |
| eons.tech | 8 Cancelled | 4/9/2016 | 4/9/2020 | 961071022 |
| jessicasorgini.com | 0 Active | 5/8/2016 | 5/8/2021 | 971925879 |
| engagemybrand.com | 0 Active | 7/2/2016 | 7/2/2021 | 996075482 |
| famelab.co | 0 Active | 7/3/2016 | 7/2/2021 | 996075137 |
| famehit.com | 0 Active | 7/24/2016 | 7/24/2021 | 1005268446 |
| famesquad.com | 0 Active | 7/24/2016 | 7/24/2021 | 1005271194 |
| tower.co | 0 Active | 12/26/2016 | 12/25/2021 | 1254806341 |
| anonamatic.com | 220 DNSInfo - Inactive | 1/10/2017 | n/a | |
| contracartel.com | 220 DNSInfo - Inactive | 1/10/2017 | n/a | |
| oxfordgold.com | 0 Active | 6/29/2018 | 6/29/2021 | 1331386647 |
| theunfits.com | 77 Expired domain hold | 7/16/2018 | 7/16/2020 | 1518351625 |
| evanschoenbrun.com | 0 Active | 7/18/2018 | 7/18/2022 | 1340245551 |
| best-newhosting.com | 219 DNSInfo - Active | 1/20/2019 | n/a | |
| soldierchecks.com | 0 Active | 3/24/2019 | 3/24/2022 | 1466601729 |
| soldierchecks.net | 0 Active | 3/24/2019 | 3/24/2021 | 1466601729 |
| seniorchecks.org | 0 Active | 3/24/2019 | 3/24/2021 | 1466601729 |
| soldierchecks.org | 0 Active | 3/24/2019 | 3/24/2025 | 1466601729 |
| soldierchecks.info | 0 Active | 3/24/2019 | 3/24/2021 | 1466601729 |
| makewallstreetfree.com | 149 Deleted - Redeemable | 7/10/2019 | 7/10/2020 | 1521749905 |
| barrickmetals.com | 0 Active | 7/10/2019 | 7/10/2021 | 1521789697 |
| saframetals.com | 0 Active | 7/26/2019 | 7/26/2021 | 1530086722 |
| barrickcapital.com | 0 Active | 10/23/2019 | 10/23/2021 | 1572058750 |
| rhchealth.com | 0 Active | 10/23/2019 | 10/23/2021 | 1575660692 |

CONFIDENTIAL

APP00045

**ATTACHMENT L**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18    Next Closing Date 11/15/18



p. 1/67

Account Ending 0-41003

| New Balance | $74,186.23 |
|---|---|
| Please Pay By | 10/31/18 ‡ |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

→ See page 2 for important information about your account.

ⓘ **Effective immediately,** we are updating the Cardmember Agreement to include more detailed information about the Pay Over Time option. The Pay Over Time option is available to eligible Card members who are invited to enroll. These updates provide additional clarity, and do not change the way the Pay Over Time option works.

→ **See page 63    for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

→ Learn how to take advantage of your Pay Over Time feature on **page 62**

ⓘ Please note, your preset line is $100,000.00.  You have spent $74,186.23.

**Membership Rewards® Points**
Available and Pending as of 09/30/18
**4,984,581**
For up to date point balance and full program details, visit membershiprewards.com

### Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $8,270.87 |
| Payments/Credits | -$373,977.25 |
| New Charges | +$439,892.61 |
| Fees | +$0.00 |
| New Balance       = | $74,186.23 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$491,063.20 |
| New Charges | +$491,063.20 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance       = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $8,270.87 |
| Payments/Credits | -$865,040.45 |
| New Charges | +$930,955.81 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $74,186.23 |

Days in Billing Period: 32

### Customer Care

 **Pay by Computer**
open.com/pbc

**Customer Care**
1-800-492-8468

**Pay by Phone**
1-800-472-9297

→ See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-41003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

Please Pay By
**10/31/18**

Amount Due
**$74,186.23**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

AMEX002914

0000349992444475428  0074186230074186623  12  Ħ

**APP00047**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN**

p. 29/67

Account Ending 0-41003

---

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |

| Date | Description | Location | State | Foreign Spend | Amount |
|------|-------------|----------|-------|---------------|--------|
| 10/16/18 | VENMO ▮▮▮1430 | NEW YORK | NY | | $103.00 ♦ |
| | PAY OVER TIME OPTION | | | | |
| 10/16/18 | VENMO ▮▮▮1430 | NEW YORK | NY | | $386.25 ♦ |
| | PAY OVER TIME OPTION | | | | |
| 10/16/18 | eFAX.COM SERVICES INTERNET SVC | 800-958-2983 | CA | | $16.95 |
| 10/16/18 | FEDEX INV 452109315 I452109315 1-800-622-1147 CASE MEDALS CA DIRECT BILLING TRANSACTION FEDEX INV# ▮▮▮9315 FedEx #1-800-622-1147 PAY OVER TIME OPTION | MEMPHIS | TN | | $781.46 ♦ |
| 10/16/18 | CALL TRACKING METRICS 0426 800-577-1872 | SEVERNA PARK | MD | | $10,000.02 |

**LUCAS ASHER**
Card Ending 0-49022

| Date | Description | Location | State | Foreign Spend | Amount |
|------|-------------|----------|-------|---------------|--------|
| 09/13/18 | HotelTonight.com TRANSPORTATION SERVICES PAY OVER TIME OPTION | SAN FRANCISCO | CA | | $216.00 ♦ |
| 09/13/18 | HotelTonight.com TRANSPORTATION SERVICES PAY OVER TIME OPTION | SAN FRANCISCO | CA | | $216.00 ♦ |
| 09/14/18 | NYLO HOTEL Arrival Date 09/13/18 Departure Date 09/14/18 00000000 | NEW YORK | NY | | $35.57 |
| 09/14/18 | NYLO HOTEL Arrival Date 09/13/18 Departure Date 09/14/18 00000000 | NEW YORK | NY | | $35.57 |
| 09/14/18 | CVS/PHARMACY # ▮▮▮4014 8007467287 PHARMACIES | NEW YORK | NY | | $26.20 |
| 09/14/18 | GOOGLE ▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/14/18 | GOOGLE ▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/14/18 | SQUARESPACE INC. ▮▮▮3456 | NEW YORK | NY | | $16.00 |
| 09/14/18 | FACEBK ▮▮▮▮A1112 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/14/18 | GOOGLE ▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $1,000.00 ♦ |
| 09/14/18 | LYFT *RIDE FRI 7AM ▮▮▮0278 | SAN FRANCISCO | CA | | $6.12 |

AMEX002042

Continued on reverse

**APP00048**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 30/67

| Detail Continued | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/14/18 | SHUTTERSTOCK.COM STOCK PHOTO | 866-663-3954 | NY | $99.00 |
| 09/14/18 | FACEBK ▓▓▓▓▓EHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/14/18 | SQUARESPACE INC. ▓▓▓3456 | NEW YORK | NY | $16.00 |
| 09/14/18 | SQUARESPACE INC. ▓▓▓3456 | NEW YORK | NY | $5.00 |
| 09/14/18 | GOOGLE ▓▓▓▓▓6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/14/18 | BlueSnap BLS*VENTURE I SA PAY OVER TIME OPTION | London | GB | $145.36 ♦ |
| 09/15/18 | FACEBK ▓▓▓▓▓AHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓6JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | FACEBK ▓▓▓▓2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | OLARK.COM +18889594408 PAY OVER TIME OPTION | ANN ARBOR | MI | $136.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | GOOGLE ▓▓▓▓▓6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓WHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | GOOGLE *▓▓▓▓6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/15/18 | GOOGLE *▓▓▓▓6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/15/18 | FACEBK *▓▓▓▓6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |

AMEX002943

Continued on next page

**APP00049**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN**

p. 31/67

Account Ending 0-41003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/15/18 | FACEBK ▮▮AJH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | FACEBK ▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/15/18 | CECCONI'S RESTAURANT<br>RESTAURANT<br>PAY OVER TIME OPTION | LONDON | GB | 91.13<br>Pounds Sterling | $119.80 ♦ |
| 09/16/18 | FACEBK ▮▮AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | FACEBK ▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | FACEBK ▮▮HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | FACEBK ▮▮SHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | SQUARESPACE INC.<br>▮▮3456<br>PAY OVER TIME OPTION | NEW YORK | NY | $144.00 ♦ |
| 09/16/18 | TESCO STORE 5342 5342TESCO STORE<br>GROCERY STORE | WELWYN GARDEN CITY | GB | 24.90<br>Pounds Sterling | $32.73 |
| 09/16/18 | FACEBK ▮▮2A22<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $750.00 ♦ |
| 09/16/18 | FACEBK ▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | FACEBK ▮▮SJH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | FACEBK ▮▮SHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | FACEBK ▮▮WHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/16/18 | COPPA CLUB<br>RESTAURANT<br>DATACASH | LONDON | GB | 61.37<br>Pounds Sterling | $80.68 |
| 09/16/18 | GOOGLE ▮▮5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/16/18 | GOOGLE ▮▮5656<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/16/18 | HARRODS LIMITED<br>DEPARTMENT STORE | LONDON | GB | 18.70<br>Pounds Sterling | $24.58 |
| 09/16/18 | SUSHI MURASAKI<br>RESTAURANT | LONDON | GB | 139.50<br>Pounds Sterling | $183.39 |

AMEX002944
Continued on reverse

**APP00050**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 32/67

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
| --- | --- | --- | --- | --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/16/18 | FACEBK ████████WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/16/18 | GOOGLE ████████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/16/18 | FACEBK ████████AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | THE LONDON EYE ONLINE, DORSET THE LONDON EYE ONLINE PAY OVER TIME OPTION | DORSET | DO | 92.00 Pounds Sterling | $120.94 ♦ |
| 09/17/18 | FACEBK ████████JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | FACEBK *████████2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | FACEBK *████████SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | GOOGLE *████████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | PRET A MANGER RESTAURANT | LONDON | GB | 4.04 Pounds Sterling | $5.31 |
| 09/17/18 | FACEBK ████████NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK *████████5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK *████████SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | FACEBK *████████WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | GOOGLE *████████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | GOOGLE*████████6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | | $500.00 |
| 09/17/18 | UPWORK*-████████BREF BUSINESS SERVICE | DUBLIN | | | $222.63 |
| 09/17/18 | CALL LOOP WWW.CALLLOOP | DEL RAY BEACH | FL | | $10,200.00 |
| 09/17/18 | GOOGLE *████████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | HEDONISM DRINKS LIQUOR STORE | LONDON | GB | 120.60 Pounds Sterling | $158.54 |
| 09/17/18 | FACEBK*████████WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK ████████EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | GOOGLE *████████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | GOOGLE *████████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | FACEBK *████████AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |

AMEX002945

Continued on next page

**APP00051**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN**

p. 33/67

Account Ending 0-41003

| | Detail Continued | | | ✦ - denotes Pay Over Time activity | |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/17/18 | GOOGLE *█████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | LE PAIN QUOTIDIEN RESTAURANT | LONDON | GB | 29.03 Pounds Sterling | $38.16 |
| 09/17/18 | MAZE RESTAURANT | LONDON | GB | 36.00 Pounds Sterling | $47.33 |
| 09/17/18 | HAKKASAN MAYFAIR RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 161.94 Pounds Sterling | $214.04 ✦ |
| 09/18/18 | FACEBK *█████5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *█████AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *█████EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *█████5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *█████2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE *█████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK *█████WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE *█████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK *█████5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *█████5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | TESCO STORE 5342 5342TESCO STORE GROCERY STORE | WELWYN GARDEN CITY | GB | 10.46 Pounds Sterling | $13.77 |
| 09/18/18 | GOOGLE *█████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | GOOGLE*█████6656 GOOGLE INC ADVERTISING SERVICE PAY OVER TIME OPTION | CC GOOGLE.COM | | | $500.00 ✦ |
| 09/18/18 | ADOBE *PS CREATIVE CLD Adobe Systems 800-833-6687 | SAN JOSE | CA | | $50.98 |
| 09/18/18 | GOOGLE *█████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/18/18 | R'SON BLU EDWARDIAN BLOOMSBURY ST F&B LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 166.22 Pounds Sterling | $218.99 ✦ |
| 09/18/18 | LONDON MARRIOTT -GROSVENOR SQUARE LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 300.41 Pounds Sterling | $406.33 ✦ |
| 09/18/18 | GOOGLE *█████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 34/67

| Detail Continued | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/18/18 | FACEBK ▮▮▮▮JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/18/18 | FACEBK ▮▮▮▮WHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/18/18 | GOOGLE ▮▮▮▮5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/18/18 | GRANGE HOLBORN HOTEL LODGING PAY OVER TIME OPTION | LONDON | GB | 87.62 Pounds Sterling | $115.31 ♦ |
| 09/19/18 | FACEBK ▮▮▮AJH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮EHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE ▮▮▮▮5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | UBER TRIP U4UVK HELP.UBER.COM | HELP.UBER.COM | GB | 24.58 Pounds Sterling | $32.38 |
| 09/19/18 | UBER TRIP D3YBC HELP.UBER.COM | HELP.UBER.COM | GB | 17.94 Pounds Sterling | $23.64 |
| 09/19/18 | FACEBK ▮▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE ▮▮▮▮5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/19/18 | FACEBK ▮▮▮HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE ▮▮▮▮5656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/19/18 | FRESCOBALDI RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 117.00 Pounds Sterling | $154.15 ♦ |

AMEX002947

Continued on next page

**APP00053**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN** sv

p. 35/67

Account Ending 0-41003

---

## Detail Continued                                                      ✦ - denotes Pay Over Time activity

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/19/18 | FACEBK *‖‖‖2JH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/19/18 | TWILIO, INC.<br>DIRECT MKTG INTERNET | SAN FRANCISCO | | | $3,000.00 |
| 09/20/18 | FACEBK *‖‖‖AHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE *‖‖‖6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/20/18 | SQC*EDUARDO ALVARADO<br>squ.re/cashqs | San Francisco | CA | | $412.00 |
| 09/20/18 | FACEBK *‖‖‖5JH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK *‖‖‖6HH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | | $14.22 |
| 09/20/18 | FACEBK *‖‖‖NHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | LYFT  *RIDE THU 1PM<br>(NONE) 94104<br>RIDEREQUEST | SAN FRANCISCO | CA | | $79.67 |
| 09/20/18 | FACEBK *‖‖‖AJH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE *‖‖‖6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/20/18 | FACEBK *‖‖‖UH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK *‖‖‖NHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK *‖‖‖EA22<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $750.00 |
| 09/20/18 | FACEBK *‖‖‖SHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE *‖‖‖6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $1,000.00 |
| 09/20/18 | UBER TRIP C7C37<br>HELP.UBER.COM<br>PAY OVER TIME OPTION | HELP.UBER.COM | GB | 94.30<br>Pounds Sterling | $124.64 ✦ |
| 09/20/18 | UBER TRIP D6TLE<br>HELP.UBER.COM | HELP.UBER.COM | GB | 19.12<br>Pounds Sterling | $25.27 |
| 09/20/18 | SOUTH LAMBETH FOOD & WINE<br>MISC FOOD STORE | LONDON | GB | 7.16<br>Pounds Sterling | $9.43 |
| 09/20/18 | LYFT  *RIDE THU 3PM<br>(NONE) 94104<br>RIDEREQUEST | SAN FRANCISCO | CA | | $22.98 |
| 09/20/18 | SQUARESPACE INC.<br>‖‖‖3456 | NEW YORK | NY | | $16.00 |
| 09/20/18 | FACEBK *‖‖‖HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |

FAINCHE J MACCARTHY
**DUPLICATE COPY**
Account Ending 0-41003

p. 36/67

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/20/18 | FACEBK *▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/20/18 | DOORDASH*THE URBAN FRE 6506819470 | SAN FRANCISCO | CA | | $29.84 |
| 09/20/18 | FUNNELU.COM +12083239451 | EAGLE | ID | | $67.00 |
| 09/20/18 | LYFT *RIDE THU 1PM (NONE) 94104 LEDGER | SAN FRANCISCO | CA | | $16.21 |
| 09/20/18 | BURBERRY LTD MEN'S/WOMEN'S CLOTHNG | NEW YORK | | | $1,675.35 |
| 09/20/18 | BURBERRY LTD MEN'S/WOMEN'S CLOTHNG PAY OVER TIME OPTION | NEW YORK | | | $186.15 ♦ |
| 09/20/18 | BURBERRY LTD MEN'S/WOMEN'S CLOTHNG PAY OVER TIME OPTION | NEW YORK | | | $186.15 ♦ |
| 09/21/18 | GOOGLE *▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | FACEBK *▮▮HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/21/18 | GOOGLE *▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | FACEBK *▮▮2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/21/18 | FACEBK ▮▮6JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/21/18 | DOORDASH*SAMMYS THAI 6506819470 | SAN FRANCISCO | CA | | $34.70 |
| 09/21/18 | FACEBK *▮▮NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/21/18 | GOOGLE *▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | HOTEL BEL AIR 2011885 90077 Pellegrino Don Julio "1942" Chocolate Cake PAY OVER TIME OPTION | LOS ANGELES | CA | | $335.51 ♦ |
| 09/21/18 | FACEBK *▮▮JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/21/18 | GOOGLE *▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | FACEBK *▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |

AMEX002949
Continued on next page

**APP00055**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN**℠

p. 37/67

Account Ending 0-41003

---

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 09/21/18 | GOODLE *████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | GOOGLE *████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | ALFRED COFFEE MELROSE PLACE squareup.com/receipts | Los Angeles | CA | $20.76 |
| 09/21/18 | GOOGLE *████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | AMZN MKTP US*████7T52 BOOK STORES PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $139.88 ♦ |
| 09/21/18 | 8383 WILSHIRE BLVD AMWV285401 AMWV ████8501 | BEVERLY HILLS | CA | $27.00 |
| 09/21/18 | SAKS FIFTH AVENUE DEPARTMENT STORE | BEVERLY HILLS | CA | $7,290.48 |
| 09/21/18 | CALL LOOP WWW.CALLLOOP | DEL RAY BEACH | FL | $10,200.00 |
| 09/21/18 | FREDS AT BARNEYS NY BH RESTAURANT | BEVERLY HILLS | CA | $77.90 |
| 09/21/18 | DIOR BH HOMME WOMEN'S CLOTHING | BEVERLY HILLS | CA | $3,066.00 |
| 09/21/18 | FACEBK *████WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | DOORDASH*BOA 6506819470 | SAN FRANCISCO | CA | $78.05 |
| 09/21/18 | FACEBK *████6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | FACEBK *████AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | FACEBK *████NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | GOOGLE *████6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/21/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $1,482.16 |
| 09/21/18 | GOOGLE *████6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/21/18 | AMZN MKTP US*████0TO2 BOOK STORES | AMZN.COM/BILL | WA | $87.96 |
| 09/21/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $69.99 |
| 09/21/18 | GOOGLE*████6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | CA | $500.00 |
| 09/21/18 | GOOGLE*████6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | CA | $500.00 |
| 09/22/18 | SQ *ETHICAL CLEANING SERVICES GOODS/SERVICES PAY OVER TIME OPTION | VENICE | CA | $200.00 ♦ |

AMEX002950

Continued on reverse

**APP00056**

# ATTACHMENT M

APP00057

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18   Next Closing Date 11/16/18

 SM

p. 1/67

Account Ending 0-41003

| New Balance | $74,186.23 |
|---|---|
| **Please Pay By** | **10/31/18‡** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

→ See page 2 for important information about your account.

ⓘ **Effective Immediately,** we are updating the Cardmember Agreement to include more detailed information about the Pay Over Time option. The Pay Over Time option is available to eligible Card members who are invited to enroll. These updates provide additional clarity, and do not change the way the Pay Over Time option works.

→ **See page 63    for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

→ Learn how to take advantage of your Pay Over Time feature on **page 62**

ⓘ Please note, your preset line is $100,000.00. You have spent $74,186.23.

**Membership Rewards® Points**
Available and Pending as of 09/30/18
**4,984,581**
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $8,270.87 |
| Payments/Credits | -$373,977.25 |
| New Charges | +$439,892.61 |
| Fees | +$0.00 |
| New Balance = | $74,186.23 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$491,063.20 |
| New Charges | +$491,063.20 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $8,270.87 |
| Payments/Credits | -$865,040.45 |
| New Charges | +$930,955.81 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| | |
| **New Balance** | **$74,186.23** |

Days In Billing Period: 32

**Customer Care**

 **Pay by Computer** open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

→ See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon** Do not staple or use paper clips   **Pay by Computer** open.com/pbc   **Pay by Phone** 1-800-472-9297

Account Ending 0-41003
Enter 15 digit account # on all payments. Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

| Please Pay By | **10/31/18** |
|---|---|
| Amount Due | **$74,186.23** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

AMEX002914

0000349992444475428  0074186230074186623  12  ᴴ

**APP00058**

**DUPLICATE COPY**

Business Platinum Card®
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18



p. 5/67

Account Ending 0-41003

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ✦ | Total |
|---|---|---|---|
| FAINCHE J MACCARTHY 0-41003 | $5,640.78 | $53,670.02 | $59,310.80 |
| SIMON BATASHVILI 0-44015 | $95,132.44 | $118,717.47 | $213,849.91 |
| LUCAS ASHER 0-49022 | $335,135.75 | $313,428.16 | $648,563.91 |
| SAMARA MILLS 0-41052 | $3,983.64 | $5,247.55 | $9,231.19 |
| **Total New Charges** | **$439,892.61** | **$491,063.20** | **$930,955.81** |

### Detail

✦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**FAINCHE J MACCARTHY**
Card Ending 0-41003

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/14/18 | PAYPAL *KARALOVEPRO<br>402-935-7733<br>PAY OVER TIME OPTION | 4029357733 | CA | $350.00 ✦ |
| 09/14/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $12.59 |
| 09/14/18 | JENNYBECS ▇▇▇▇9473<br>DVDHEISTER@AOL.COM<br>PAY OVER TIME OPTION | LOS ANGELES | CA | $281.26 ✦ |
| 09/15/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL | WA | $24.74 |
| 09/15/18 | AMAZON.COM<br>MERCHANDISE<br>PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $238.38 ✦ |
| 09/17/18 | WAYFAIR*ALLMODERN<br>▇▇▇2116<br>PAY OVER TIME OPTION | ALLMODERN.COM | MA | $908.41 ✦ |
| 09/17/18 | BRIGHT EVENT RENTALS BRIGHT EVENT RE<br>EQUIPMENT RENTAL | SONOMA | CA | $1,046.72 |
| 09/17/18 | BROOK FURNITURE RENT<br>FURNITURE RE | LAKE FOREST | IL | $193.16 |
| 09/17/18 | SM CITY PARKING METERS ▇▇▇▇51928<br>3104588295 | SANTA MONICA | CA | $0.50 |
| 09/17/18 | SM CITY PARKING METERS ▇▇▇▇51928<br>3104588295 | SANTA MONICA | CA | $0.75 |
| 09/18/18 | DOORDASH*SUSIECAKES<br>6506819470 | SAN FRANCISCO | CA | $145.81 |
| 09/18/18 | PRIME VIDEO<br>DIGITAL | 888-802-3080 | WA | $29.99 |
| 09/18/18 | PAYPAL *PBARN KIDS<br>402-935-7733 | 8009934923 | CA | $185.07 |
| 09/19/18 | THE DISNEY STORE #757 757<br>866-902-2798 | SANTA MONICA | CA | $114.43 |
| 09/19/18 | TRUE FOOD KITCHEN<br>395 SANTA MONICA PL #172 | SANTA MONICA | CA | $47.14 |
| 09/19/18 | NORDSTROM ▇▇▇▇0353<br>8002855800<br>DEPT. STORES | SANTA MONICA | CA | $86.71 |

AMEX002918

Continued on reverse

**APP00059**

## DUPLICATE COPY

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN** SM

p. 29/67

Account Ending 0-41003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/16/18 | VENMO<br>855-812-4430<br>PAY OVER TIME OPTION | NEW YORK | NY | | $103.00 ♦ |
| 10/16/18 | VENMO<br>855-812-4430<br>PAY OVER TIME OPTION | NEW YORK | NY | | $386.25 ♦ |
| 10/16/18 | eFAX.COM SERVICES<br>INTERNET SVC | 800-958-2983 | CA | | $16.95 |
| 10/16/18 | FEDEX INV 452109315 I452109315<br>1-800-622-1147<br>CASE MEDALS CA<br>DIRECT BILLING TRANSACTION<br>FEDEX INV# 000452109315<br>FedEx #1-800-622-1147<br>PAY OVER TIME OPTION | MEMPHIS | TN | | $781.46 ♦ |
| 10/16/18 | CALL TRACKING METRICS 0426<br>800-577-1872 | SEVERNA PARK | MD | | $10,000.02 |

**LUCAS ASHER**
Card Ending 0-49022

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/13/18 | HotelTonight.com<br>TRANSPORTATION SERVICES<br>PAY OVER TIME OPTION | SAN FRANCISCO | CA | | $216.00 ♦ |
| 09/13/18 | HotelTonight.com<br>TRANSPORTATION SERVICES<br>PAY OVER TIME OPTION | SAN FRANCISCO | CA | | $216.00 ♦ |
| 09/14/18 | NYLO HOTEL<br>Arrival Date          Departure Date<br>09/13/18              09/14/18<br>00000000 | NEW YORK | NY | | $35.57 |
| 09/14/18 | NYLO HOTEL<br>Arrival Date          Departure Date<br>09/13/18              09/14/18<br>00000000 | NEW YORK | NY | | $35.57 |
| 09/14/18 | CVS/PHARMACY ▓▓▓▓▓4014<br>8007467287<br>PHARMACIES | NEW YORK | NY | | $26.20 |
| 09/14/18 | GOOGLE ▓▓▓▓▓6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/14/18 | GOOGLE *▓▓▓▓6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/14/18 | SQUARESPACE INC.<br>6465803456 | NEW YORK | NY | | $16.00 |
| 09/14/18 | FACEBK ▓▓▓▓AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/14/18 | GOOGLE *▓▓▓▓6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $1,000.00 ♦ |
| 09/14/18 | LYFT *RIDE FRI 7AM<br>8552800278 | SAN FRANCISCO | CA | | $6.12 |

AMEX002042

Continued on reverse

**APP00060**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 30/67

| Detail Continued | | | ◆ - denotes Pay Over Time activity |
|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/14/18 | SHUTTERSTOCK.COM STOCK PHOTO | 866-663-3954 | NY | $99.00 |
| 09/14/18 | FACEBK ▮▮▮▮EHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/14/18 | SQUARESPACE INC. 6465803456 | NEW YORK | NY | $16.00 |
| 09/14/18 | SQUARESPACE INC. 6465803456 | NEW YORK | NY | $5.00 |
| 09/14/18 | GOOGLE *▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 09/14/18 | BlueSnap BLS*VENTURE I SA PAY OVER TIME OPTION | London | GB | $145.36 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮AHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮5JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | OLARK.COM +18889594408 PAY OVER TIME OPTION | ANN ARBOR | MI | $136.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | GOOGLE *▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮WHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |
| 09/15/18 | GOOGLE *▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 09/15/18 | GOOGLE ▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 09/15/18 | FACEBK ▮▮▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ◆ |

**DUPLICATE COPY**

Business Platinum Card®
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

OPEN

p. 31/67

Account Ending 0-41003

---

| Detail Continued | ✦ - denotes Pay Over Time activity |
|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/15/18 | FACEBK ▮▮▮AJH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/15/18 | FACEBK ▮▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/15/18 | CECCONI'S RESTAURANT<br>RESTAURANT<br>PAY OVER TIME OPTION | LONDON | GB | 91.13<br>Pounds Sterling | $119.80 ✦ |
| 09/16/18 | FACEBK ▮▮▮AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮SHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | SQUARESPACE INC.<br>G465803456<br>PAY OVER TIME OPTION | NEW YORK | NY | | $144.00 ✦ |
| 09/16/18 | TESCO STORE 5342 5342TESCO STORE<br>GROCERY STORE | WELWYN GARDEN CITY | GB | 24.90<br>Pounds Sterling | $32.73 |
| 09/16/18 | FACEBK ▮▮▮2A22<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $750.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮6JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮SHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | FACEBK ▮▮▮WHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/16/18 | COPPA CLUB<br>RESTAURANT<br>DATACASH | LONDON | GB | 61.37<br>Pounds Sterling | $80.68 |
| 09/16/18 | GOOGLE ▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/16/18 | GOOGLE ▮▮▮6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/16/18 | HARRODS LIMITED<br>DEPARTMENT STORE | LONDON | GB | 18.70<br>Pounds Sterling | $24.58 |
| 09/16/18 | SUSHI MURASAKI<br>RESTAURANT | LONDON | GB | 139.50<br>Pounds Sterling | $183.39 |

AMEX002944

Continued on reverse

**APP00062**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 32/67

| Detail Continued | | | | ✦ - denotes Pay Over Time activity |
|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/16/18 | FACEBK ▓▓▓WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/16/18 | GOOGLE ▓▓▓6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/16/18 | FACEBK ▓▓▓HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | THE LONDON EYE ONLINE, DORSET THE LONDON EYE ONLINE PAY OVER TIME OPTION | DORSET | DO | 92.00 Pounds Sterling | $120.94 ✦ |
| 09/17/18 | FACEBK ▓▓▓HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/17/18 | FACEBK ▓▓▓2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/17/18 | FACEBK ▓▓▓6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/17/18 | GOOGLE ▓▓▓6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | PRET A MANGER RESTAURANT | LONDON | GB | 4.04 Pounds Sterling | $5.31 |
| 09/17/18 | FACEBK ▓▓▓NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK ▓▓▓JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK ▓▓▓SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/17/18 | FACEBK ▓▓▓WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | GOOGLE ▓▓▓6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | GOOGLE ▓▓▓6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | | $500.00 |
| 09/17/18 | UPWORK*-▓▓▓6008REF BUSINESS SERVICE | DUBLIN | | | $222.63 |
| 09/17/18 | CALL LOOP WWW.CALL.LOOP | DEL RAY BEACH | FL | | $10,200.00 |
| 09/17/18 | GOOGLE ▓▓▓6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | HEDONISM DRINKS LIQUOR STORE | LONDON | GB | 120.60 Pounds Sterling | $158.54 |
| 09/17/18 | FACEBK ▓▓▓WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK ▓▓▓EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | GOOGLE ▓▓▓6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | GOOGLE ▓▓▓6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | FACEBK ▓▓▓NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |

AMEX002945

Continued on next page

**APP00063**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN**

p. 33/67

Account Ending 0-41003

| Detail Continued | | | | ✦ - denotes Pay Over Time activity |

| Date | Description | Location | Country | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/17/18 | GOOGLE *▇▇▇▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | LE PAIN QUOTIDIEN RESTAURANT | LONDON | GB | 29.03 Pounds Sterling | $38.16 |
| 09/17/18 | MAZE RESTAURANT | LONDON | GB | 36.00 Pounds Sterling | $47.33 |
| 09/17/18 | HAKKASAN MAYFAIR RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 161.94 Pounds Sterling | $214.04 ✦ |
| 09/18/18 | FACEBK *▇▇▇▇6HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *▇▇▇▇4HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *▇▇▇▇EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *▇▇▇▇6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *▇▇▇▇2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE *▇▇▇▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK *▇▇▇▇WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE *▇▇▇▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK *▇▇▇▇6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *▇▇▇▇6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | TESCO STORE 5342 5342TESCO STORE GROCERY STORE | WELWYN GARDEN CITY | GB | 10.46 Pounds Sterling | $13.77 |
| 09/18/18 | GOOGLE *▇▇▇▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | GOOGLE*▇▇▇▇6656 GOOGLE INC ADVERTISING SERVICE PAY OVER TIME OPTION | CC GOOGLE.COM | CA | | $500.00 ✦ |
| 09/18/18 | ADOBE *PS CREATIVE CLD Adobe Systems 800-833-6687 | SAN JOSE | CA | | $50.98 |
| 09/18/18 | GOOGLE *▇▇▇▇6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/18/18 | R'SON BLU EDWARDIAN BLOOMSBURY ST F&B LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 166.22 Pounds Sterling | $218.99 ✦ |
| 09/18/18 | LONDON MARRIOTT - GROSVENOR SQUARE LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 308.41 Pounds Sterling | $406.33 ✦ |
| 09/18/18 | GOOGLE *▇▇▇▇6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |

AMEX002946

Continued on reverse

**APP00064**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 34/67

| Detail Continued | | | | ✦ - denotes Pay Over Time activity |
|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/18/18 | FACEBK ▮▮▮▮2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/18/18 | FACEBK ▮▮▮▮WHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/18/18 | GOOGLE ▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/18/18 | GRANGE HOLBORN HOTEL LODGING PAY OVER TIME OPTION | LONDON | GB | 87.62 Pounds Sterling | $115.31 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮AJH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮EHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | GOOGLE ▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮AHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | UBER TRIP U4UVK HELP.UBER.COM | HELP.UBER.COM | GB | 24.58 Pounds Sterling | $32.38 |
| 09/19/18 | UBER TRIP D3YBC HELP.UBER.COM | HELP.UBER.COM | GB | 17.94 Pounds Sterling | $23.64 |
| 09/19/18 | FACEBK ▮▮▮▮SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮6HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | GOOGLE ▮▮▮▮6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/19/18 | FACEBK ▮▮▮▮JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/19/18 | GOOGLE ▮▮▮▮6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/19/18 | FRESCOBALDI RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 117.00 Pounds Sterling | $154.15 ✦ |

AMEX002947

Continued on next page

**APP00065**

**DUPLICATE COPY**

Business Platinum Card®
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 p. 35/67

Account Ending 0-41003

| Detail Continued | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/19/18 | FACEBK *_____2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/19/18 | TWILIO, INC. DIRECT MKTG INTERNET | SAN FRANCISCO | | $3,000.00 |
| 09/20/18 | FACEBK *_____AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | GOOGLE *_____6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/20/18 | SQC*EDUARDO ALVARADO squ.re/cashqs | San Francisco | CA | $412.00 |
| 09/20/18 | FACEBK *_____5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | FACEBK *_____5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | $14.22 |
| 09/20/18 | FACEBK *_____NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | LYFT *RIDE THU 1PM (NONE) 94104 RIDEREQUEST | SAN FRANCISCO | CA | $79.67 |
| 09/20/18 | FACEBK *_____AJH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | GOOGLE *_____6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/20/18 | FACEBK *_____AJH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | FACEBK *_____NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | FACEBK *_____EA22 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $750.00 |
| 09/20/18 | FACEBK *_____5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/20/18 | GOOGLE *_____6656 ADVERTISING | CC@GOOGLE.COM | CA | $1,000.00 |
| 09/20/18 | UBER TRIP C7C37 HELP.UBER.COM PAY OVER TIME OPTION | HELP.UBER.COM | GB | 94.30 Pounds Sterling $124.64 ♦ |
| 09/20/18 | UBER TRIP D6TLE HELP.UBER.COM | HELP.UBER.COM | GB | 19.12 Pounds Sterling $25.27 |
| 09/20/18 | SOUTH LAMBETH FOOD & WINE MISC FOOD STORE | LONDON | GB | 7.16 Pounds Sterling $9.43 |
| 09/20/18 | LYFT *RIDE THU 3PM (NONE) 94104 RIDEREQUEST | SAN FRANCISCO | CA | $22.98 |
| 09/20/18 | SQUARESPACE INC. 6465803456 | NEW YORK | NY | $16.00 |
| 09/20/18 | FACEBK *_____JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |

AMEX002048

Continued on reverse

**APP00066**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 36/67

| Detail Continued | | | | ✦ - denotes Pay Over Time activity |

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/20/18 | FACEBK ███████6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/20/18 | DOORDASH*THE URBAN FRE<br>6506819470 | SAN FRANCISCO | CA | | $29.84 |
| 09/20/18 | FUNNELU.COM<br>+120B3239451 | EAGLE | ID | | $67.00 |
| 09/20/18 | LYFT *RIDE THU 1PM<br>(NONE) 94104<br>LEDGER | SAN FRANCISCO | CA | | $16.21 |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG | NEW YORK | | | $1,675.35 |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG<br>PAY OVER TIME OPTION | NEW YORK | | | $186.15 ✦ |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG<br>PAY OVER TIME OPTION | NEW YORK | | | $186.15 ✦ |
| 09/21/18 | GOOGLE *█████6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/21/18 | FACEBK *████6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/21/18 | GOOGLE █████6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/21/18 | FACEBK ████2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/21/18 | FACEBK ████6JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/21/18 | DOORDASH*SAMMYS THAI<br>6506819470 | SAN FRANCISCO | CA | | $34.70 |
| 09/21/18 | FACEBK █████NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/21/18 | GOOGLE *█████6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/21/18 | HOTEL BEL AIR<br>████0077<br>Pellegrino<br>Don Julio "1942"<br>Chocolate Cake<br>PAY OVER TIME OPTION | LOS ANGELES | CA | | $335.51 ✦ |
| 09/21/18 | FACEBK ████JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |
| 09/21/18 | GOOGLE *█████6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/21/18 | FACEBK *████6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |

AMEX002949

Continued on next page

**APP00067**

**DUPLICATE COPY**

Business Platinum Card®
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN** SM

p. 37/67

Account Ending 0-41003

| Detail Continued | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/21/18 | GOOGLE ██████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | GOOGLE ██████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | ALFRED COFFEE MELROSE PLACE squareup.com/receipts | Los Angeles | CA | $20.76 |
| 09/21/18 | GOOGLE ██████6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | AMZN MKTP US*██████T52 BOOK STORES PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $139.88 ♦ |
| 09/21/18 | 8383 WILSHIRE BLVD AMWV285401 AMWV 3104708501 | BEVERLY HILLS | CA | $27.00 |
| 09/21/18 | SAKS FIFTH AVENUE DEPARTMENT STORE | BEVERLY HILLS | CA | $7,290.48 |
| 09/21/18 | CALL LOOP WWW.CALLLOOP | DEL RAY BEACH | FL | $10,200.00 |
| 09/21/18 | FREDS AT BARNEYS NY BH RESTAURANT | BEVERLY HILLS | CA | $77.90 |
| 09/21/18 | DIOR BH HOMME WOMEN'S CLOTHING | BEVERLY HILLS | CA | $3,066.00 |
| 09/21/18 | FACEBK *7RPK5HWHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | DOORDASH*BOA 6506819470 | SAN FRANCISCO | CA | $78.05 |
| 09/21/18 | FACEBK *██████6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | FACEBK *██████HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | FACEBK *██████NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | GOOGLE ██████6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/21/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $1,482.16 |
| 09/21/18 | GOOGLE ██████6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/21/18 | AMZN MKTP US*██████0TO2 BOOK STORES | AMZN.COM/BILL | WA | $87.96 |
| 09/21/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $69.99 |
| 09/21/18 | GOOGLE ██████6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | $500.00 |
| 09/21/18 | GOOGLE*ADS3769286656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | $500.00 |
| 09/22/18 | SQ *ETHICAL CLEANING SERVICES GOODS/SERVICES PAY OVER TIME OPTION | VENICE | CA | $200.00 ♦ |

AMEX002060

Continued on reverse

APP00068

# ATTACHMENT N

APP00069

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 11/15/18    Next Closing Date 12/16/18

   p. 1/51

Account Ending 0-41003

| New Balance | $16,272.81 |
|---|---|
| Please Pay By | 11/30/18‡ |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

➡ See page 2 for important information about your account.

➡ Learn how to take advantage of your Pay Over Time feature on **page 49**

ⓘ Please note, your preset line is $100,000.00. You have spent $16,272.81.

**Membership Rewards® Points**
Available and Pending as of 10/31/18
**3,722,012**
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $74,186.23 |
| Payments/Credits | -$185,543.97 |
| New Charges | +$127,630.55 |
| Fees | +$0.00 |
| New Balance = | $16,272.81 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$270,072.04 |
| New Charges | +$270,072.04 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $74,186.23 |
| Payments/Credits | -$455,616.01 |
| New Charges | +$397,702.59 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $16,272.81 |

Days in Billing Period: 30

**Customer Care**

🖥 **Pay by Computer**
open.com/pbc

**Customer Care**       **Pay by Phone**
1-800-492-8468        1-800-472-9297

➡ See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

✈ **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-41003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

| | |
|---|---|
| | Please Pay By<br>**11/30/18** |
| | Amount Due<br>**$16,272.81** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

|||||||||||||||||||||||||||||||||||

0000349992444475428  001627281001627281  12  H

AMEX002982

**APP00070**

**DUPLICATE COPY**

Business Platinum Card®
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 11/15/18

 p. 3/51

Account Ending 0-41003

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$185,096.51 | -$267,097.76 | -$452,194.27 |
| Credits | | | |
| FAINCHE J MACCARTHY 0-41003 | $0.00 | -$1,489.79 | -$1,489.79 |
| SIMON BATASHVILI 0-44015 | -$290.13 | -$1,214.72 | -$1,504.85 |
| LUCAS ASHER 0-41029 | -$157.33 | -$269.77 | -$427.10 |
| **Total Payments and Credits** | **-$185,543.97** | **-$270,072.04** | **-$455,616.01** |

### Detail    *indicates posting date    ♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 10/17/18³ | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$90,000.00 |
| 10/23/18³ | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$45,000.00 |
| 10/28/18* | FAINCHE J MACCARTHY | PAYMENT RECEIVED - THANK YOU | -$41,816.38 |
| 10/31/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$40,000.00 |
| 11/02/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$31,806.66 |
| 11/05/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$77,535.35 |
| 11/08/18² | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$79,000.00 |
| 11/11/18³ | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$7,539.27 |
| 11/12/18³ | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$13,950.21 |
| 11/15/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$25,546.40 |

| Credits | | | Amount |
|---|---|---|---|
| 10/19/18* | FAINCHE J MACCARTHY | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT<br>PAY OVER TIME OPTION | -$1,369.10 ♦ |
| 10/30/18 | FAINCHE J MACCARTHY | AMZN MKTP US<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC<br>PAY OVER TIME OPTION | -$120.69 ♦ |
| 10/17/18 | SIMON BATASHVILI | NEW DIRECTION IRA INC<br>LOUISVILLE    CO<br>303-546-7930 | -$50.00 |
| 10/18/18 | SIMON BATASHVILI | AMAZON FRESH<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$9.99 |
| 10/18/18 | SIMON BATASHVILI | NEW DIRECTION IRA INC<br>LOUISVILLE    CO<br>303-546-7930 | -$65.00 |
| 10/19/18 | SIMON BATASHVILI | AMERICAN AIRLINES 45107392<br>800-433-7300    TX<br>AMERICAN AIRLINES<br>Ticket Number: ████████9722<br>Passenger Name: BATASHVILI/SIMON<br>Document Type: PASSENGER TICKET | -$66.99 |
| 10/23/18 | SIMON BATASHVILI | AMAZON.COM<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$21.12 |

**ATTACHMENT O**

APP00072

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 12/16/18    Next Closing Date 01/16/19



p. 1/52

Account Ending 0-41003

| New Balance | $22,640.59 |
|---|---|
| Please Pay By | 12/31/18‡ |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

➡ See page 2 for Important Information about your account.

➡ **See page 51   for an Important Change to Your Account Terms.**

➡ Learn how to take advantage of your Pay Over Time feature on **page 50**

ⓘ Please note, your preset line is $100,000.00. You have spent $22,640.59.

### Membership Rewards® Points
Available and Pending as of 11/30/18
**4,224,315**
For up to date point balance and full program details, visit membershiprewards.com

### Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $16,272.81 |
| Payments/Credits | -$345,653.60 |
| New Charges | +$352,021.38 |
| Fees | +$0.00 |
| New Balance = | $22,640.59 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$240,768.80 |
| New Charges | +$240,768.80 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $16,272.81 |
| Payments/Credits | -$586,422.40 |
| New Charges | +$592,790.18 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $22,640.59 |

Days in Billing Period: 31

### Customer Care

**Pay by Computer** open.com/pbc

**Customer Care** 1-800-492-8468     **Pay by Phone** 1-800-472-9297

➡ See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**  Do not staple or use paper clips     **Pay by Computer**  open.com/pbc     **Pay by Phone** 1-800-472-9297

**Account Ending 0-41003**
Enter 15 digit account # on all payments. Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

| Please Pay By | 12/31/18 |
|---|---|
| Amount Due | $22,640.59 |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

AMEX003034

0000349992444475428  0022640590022640059  12  ⊣

**APP00073**

FAINCHE J MACCARTHY

**DUPLICATE COPY**
Account Ending 0-41003

p. 4/52

| Detail Continued | *Indicates posting date | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|

| | | | Amount |
|---|---|---|---|
| 12/01/18 | SIMON BATASHVILI | TIME WARNER CABLE<br>888-TWCABLE       CA<br>CABLE & PAY TV<br>PAY OVER TIME OPTION | -$160.97 ♦ |
| 12/04/18 | SIMON BATASHVILI | AMZ*WHOLEFOODSDLA10546<br>AMZN.COM/BILL       WA<br>DIRECT MKTG MISC | -$29.97 |
| 12/06/18 | SIMON BATASHVILI | AMZN MKTP US<br>AMZN.COM/BILL       WA<br>DIRECT MKTG MISC<br>PAY OVER TIME OPTION | -$105.21 ♦ |
| 12/13/18 | LUCAS ASHER | GODADDY.COM<br>480-505-8855       AZ<br>(480)505-8855 | -$69.99 |
| 12/13/18 | LUCAS ASHER | GODADDY.COM<br>480-505-8855       AZ<br>(480)505-8855 | -$69.99 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| FAINCHE J MACCARTHY 0-41003 | $12,257.66 | $4,495.61 | $16,753.27 |
| SIMON BATASHVILI 0-44015 | $168,874.34 | $83,649.78 | $252,524.12 |
| LUCAS ASHER 0-41029 | $159,899.95 | $149,554.01 | $309,453.96 |
| SAMARA MILLS 0-41052 | $10,989.43 | $3,069.40 | $14,058.83 |
| **Total New Charges** | **$352,021.38** | **$240,768.80** | **$592,790.18** |

| Detail | | ♦ - denotes Pay Over Time activity |
|---|---|---|

For more information, visit
americanexpress.com/payovertimeinfo

**FAINCHE J MACCARTHY**
Card Ending 0-41003

| | | | Foreign<br>Spend | Amount |
|---|---|---|---|---|
| 11/14/18 | AMAZON.COM*▮▮▮HRM1<br>MERCHANDISE | AMZN.COM/BILL | WA | $15.63 |
| 11/15/18 | AMZN MKTP US*▮▮▮9M2<br>BOOK STORES | AMZN.COM/BILL | WA | $39.40 |
| 11/15/18 | AMZN MKTP US*▮▮▮7RG0<br>BOOK STORES | AMZN.COM/BILL | WA | $25.49 |
| 11/17/18 | DOORDASH* THE CHEESECAK<br>6506819470 | SAN FRANCISCO | CA | $31.84 |
| 11/18/18 | AMAZON.COM*▮▮▮2R22<br>MERCHANDISE | AMZN.COM/BILL | WA | $31.55 |
| 11/19/18 | LIGNE ROSET ▮▮▮0001<br>3102735425 | LOS ANGELES | CA | $4,486.22 |
| 11/19/18 | AMAZON.COM*▮▮▮5OT1<br>MERCHANDISE | AMZN.COM/BILL | WA | $31.55 |
| 11/19/18 | POSTMATES KAZUNORI TH<br>8778877815 | SAN FRANCISCO | CA | $75.86 |
| 11/20/18 | AMZN MKTP US*▮▮▮8O10<br>BOOK STORES | AMZN.COM/BILL | WA | $39.40 |
| 11/21/18 | ISAROSE<br>squareup.com/receipts | Pacific Palisades | CA | $453.00 |

AMEX003037

Continued on next page

**APP00074**

| Bank Account # | Check # | Card Number(AMEX) | Amount | Process Date | Transaction | Routing # | Payment Type | Maker Name |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮342B | | ▮▮▮1003 | 38160.29 | 10-Mar-20 | PAYMENT | 121000358 | PT_MOBILE | Tower Estates |
| ▮▮▮342B | | ▮▮▮1003 | 18484.69 | 21-Feb-20 | PAYMENT | 121000358 | PT_COMPUTER | Tower Estates |
| ▮▮▮4024 | | ▮▮▮1003 | 135156.23 | 21-Jan-20 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 40902.26 | 17-Jan-20 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 64308.17 | 27-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 85834.85 | 17-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 3-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 19987 | 3-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 100000 | 3-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 20-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 35000 | 14-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 85906.33 | 4-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 1-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 31-Oct-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 94537.7 | 18-Oct-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 14-Oct-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 86463.56 | 2-Oct-19 | PAYMENT | 121000358 | PT_MOBILE | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮1003 | 92739.16 | 20-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 15-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 100000 | 5-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50000 | 2-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮1003 | 37578.55 | 21-Aug-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50392.85 | 16-Aug-19 | PAYMENT | 121000358 | PT_MOBILE | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 25000 | 10-Aug-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 80064.15 | 5-Aug-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 104963.06 | 29-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 35462.2 | 21-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 80833.38 | 16-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 50194.7 | 10-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 57334.84 | 7-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 100000 | 1-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 16872.1 | 24-Jun-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| ▮▮▮4024 | | ▮▮▮1003 | 103854.83 | 22-Jun-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |

APP00075

**ATTACHMENT P**

APP00076

Date: 11/7/2017 Time: 4:22:07 PM (US Central Time) Scanned From IP: ___.137

# Bank of America ⬳
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

| Account Number: ____4024 | Bank Number: 318 |
|---|---|

Account Type:  ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

Account Title:
**CHASE METALS, INC.**

_____

_____

---

**Legal Designation:**

☐ Individual/Sole Proprietor  ☐ Trust/Estate  ☐ Unincorporated Association  ☒ C Corporation  ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 Instructions) _____

Social Security Number _____ (or)  Employer Identification Number ____8636

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS Instructions for Form W-9).

Exempt payee code (if any)  _____

Exemption from FATCA reporting code (if any)  _____

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS Instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. SIMON BATASHVILI | President / Secretary | | 10-31-17 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

© 2016 Bank of America, N.A.  All Rights Reserved

NCA
00-14-9297M 11-2016

Page 1 of 2

**APP00077**

Date: 11/7/2017 Time: 4:22:07 PM (US Central Time) Scanned From IP: ██████5.137

Account Number: ████████ 4024

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          *President / Secretary*
Authorized Signer                                    Title

**Review Information**

Customer 1:

Name: SIMON BATASHVILI

ID Type: US Drivers License ID#: ██████ 05846   ID Issuer: California   Iss. Date: 07/20/16 Exp. Date: 08/2021

ID Type: Major Fin'l Credit Card ID#: 2019   ID Issuer: NA   Iss. Date: NA   Exp. Date: 09/2022

Customer 2:

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

Customer 3:

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

Customer 4:

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

Customer 5:

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

Date: 10/31/2017

Financial Center Name: LAKE COLORADO

Employee's Name: Jovana Mondia

Employee's Phone Number: ████ 6267

NCA
00-14-9297M 11-2016

Page 2 of 2

**APP00078**

Date: 1/9/2018 Time: 7:25:09 PM (US Central Time) Scanned From IP ████ 6.137

04/Dec/2017 10:45:45 AM          Bank of America 626-463-8280                    5/8

**Bank of America** 🇺🇸
BANK OF AMERICA, N.A. (THE "BANK")

Business Signature Card
with Substitute Form W-9

| Account Number: ████████ 4024 | Bank Number: 318 |

Account Type:  ☒ Checking (DDA)    ☐ Savings (SAV)    ☐ Certificate of Deposit (CD)

Account Title:  CHASE METALS, INC.

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ____

☐ Other (Defined in W-9 Instructions) _____

Social Security Number _____ (or)  Employer Identification Number  ████████ 3636

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

Substitute Form W-9. Certification – Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 Instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS Instructions for Form W-9).

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Exemptions (codes apply to certain entities, not individuals; see instructions the IRS Instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. SIMON BATASHVILI | President / SECRETARY | _[signature]_ | 12/4/2017 |
| 2. PAINCHE JEAN MACCARTHY | SIGNOR | _[signature]_ | 12/4/2017 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 11-2016

‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Page 1 of 2

**APP00079**

Date: 1/9/2018 Time: 7:25:09 PM (US Central Time) Scanned From IP: ███ 6.137

04/Dec/2017 10:45:45 AM                 Bank of America 828-483-6260                        6/6

Account Number: ████████ 4024

☐ Signature Card Addendum on File

ATM/Deposit/Debit Card Request

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | | Title | |
|---|---|---|---|

**Review Information**

Customer 1:

Name: SIMON BATASHVILI

ID Type: US DRIVERS LICENSE W/ PHOTO   ID#: ████ 25E6   ID Issuer: CALIFORNIA   Iss. Date: 7/2010   Exp. Date: 8/2021

ID Type: MAJOR FIN'L CARD   ID#: 2019   ID Issuer: AMEX   Iss. Date: N/A   Exp. Date: 9/2022

Customer 2:

Name: FAINCHE JEAN MACCARTNY

ID Type: US DRIVERS LICENSE W/ PHOTO   ID#: ████ 7691   ID Issuer: CALIFORNIA   Iss. Date: 1/2017   Exp. Date: 8/2018

ID Type: MAJOR FIN'L CARD   ID#: 4003   ID Issuer: AMEX   Iss. Date: N/A   Exp. Date: 8/2022

Customer 3:

Name: _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

Customer 4:

Name: _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

Customer 5:

Name: _____

| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

Date                        12/04/2017

Financial Center Name       LAKE COLORADO

Employee's Name             Jovana Mendia

Employee's Phone Number     ████ 5267

NCA
00-14-9297M 11-2016                        ▌█▌▌█▌▌█▌▌                        Page 2 of 2

**APP00080**

**Bank of America**
**Merrill Lynch**

**Deposit Account Documentation**
**Signature Card**

## I. ACCOUNT INFORMATION

| Select One: | ☐ Update (Add/Delete) Signers (existing accounts only) | ☑ Replace Existing Signature Card with this card | ☐ New Account |
|---|---|---|---|

**Account #:** ▓▓▓4024
(if new account, Bank will complete)

**Primary Purpose of Account:**  ☑ General Business Operations (payables, receivables, payroll, taxes)   ☐ Money Services Business**   ☐ Casinos or Gaming**
*Does not apply to Certificates of Deposit
**Additional information may be required prior to opening an account.

| Account Holder Legal Name: (Must match exact name on Formation Documents) | TMTE Inc | State of Formation: WY |
|---|---|---|

☐ Owner Business Name of Disregarded Entity:
(Must match 1st line of W8)

☐ Third Party/Funds Owner:
(if applicable, W-8/W-9 required from Third Party/Funds Owner)

☑ DBA Name:
(Must provide copy of fictitious filing)      Metals.com

Optional Descriptive Account Title:

**Statement Address:** 321 Dalehurst Ave

| City: Los Angeles | State: CA | Country: USA | Postal Code: 90024 |
|---|---|---|---|

## II. BUSINESS TYPE

**Business Type**

| ☑ Corporation | ☐ Sole Proprietorship | ☐ Joint Venture | ☐ Limited Liability Partnership |
|---|---|---|---|
| ☐ General Partnership | ☐ Limited Partnership | ☐ Unincorporated Organization Association | |
| ☐ Government Authority Agency | ☐ Other | | |
| ☐ Limited Liability Company-Manager Managed | ☐ Limited Liability Company-Member Managed | ☐ Limited Liability Company-Sole Member | |

## III. Designated Accounts Signers

| Add or Delete | Printed Name | Title (if signer also on Banking Resolution, Title Must Match) | Signature | Signer Limited to Check Signing ONLY |
|---|---|---|---|---|
| Add | Simon Batashvili | CEO | | ☐ |
| Add | Fainche Jean MacCarthy | Signor | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

Page 1 of 2
Bank of America -- Confidential

© 2018 Bank of America Corporation

APP00081

| Account # [ 1024 ] | DEPOSIT ACCOUNT DOCUMENTATION-SIGNATURE CARD |

**IV. CUSTOMER ACKNOWLEDGEMENT & AGREEMENT**

You begin or continue a deposit account relationship with us by giving us information about your business and by signing this Agreement. This deposit agreement we give you is part of your agreement with us regarding use of your account and tells you the current terms governing your account. We may change the deposit agreement at any time and will inform you of changes that affect your rights and obligations. By signing below, you acknowledge receipt of the deposit agreement. The deposit agreement includes a provision for alternative dispute resolution.

By signing below, you certify that all information you may have previously provided to us regarding the beneficial ownership of your Organization is, to the best of your knowledge, complete and correct, and to the extent it is not, you are now providing us with updated information as required by law.

By signing below, you authorize each person who has signed in the Designated Account Signer section on page one, to operate any account opened under this signature card now or in the future. The authority to operate an account includes: authority to sign checks and other instructions, including by electronic signature, electronic record or other electronic form, to withdraw funds; to endorse and deposit checks and other items payable to or belonging to you to the account; and to transact other administrative business, including by electronic signature, electronic record or other electronic form relating to the account, including closing the account. If you wish to restrict a designated signer's authority to check signing you must indicate that by checking the box to the right of their name. We may rely on this authorization for any account opened under this signature card until we receive written notice revoking the authorization at the office where you maintain the account, and we have a reasonable time to act upon such notice. By signing below, this organization agrees to be bound by the above Agreement and Authorization.

For CA Public Funds only. Any person signing this Agreement for the Organization certifies that they are duly authorized to do so as evidenced by attached banking resolution/contract for deposit of moneys or existing banking resolution/agreement for deposit of money on file with us.

**V. Consent to Electronic Delivery of Account Material**

By signing below, you consent to have documentation regarding your accounts and services delivered through electronic delivery such as secure e-mail or our digital banking portal. Information delivered electronically may include sensitive information about your accounts and services, disclosures and terms governing your accounts and services, and information that could facilitate unauthorized transactions against your accounts. As such, you must ensure that the e-mail address that you choose below is secure and access to each of your designated account signers, but only by those individuals. Additionally, you should check this e-mail address as important notices may be transmitted periodically. If you would like physical copies of documentation, please contact your service representative.

| Simon Batashvill | CEO | [signature] | 11/16/18 |
| Printed Name | Title (Certifying individual must be attested on Banking Resolution, Title MUST match) | Signature | Date |

E-mail Address for electronic delivery (Required for new account opening): *Simon @ metals . com*

**VI. SUBSTITUTE FORM W9 / CERTIFICATION    (if foreign entity, W-8 required, Section VI leave blank.)**

**1. Name (as shown on your income tax return) do not leave this line blank.**   TMTE Inc

**2. Business name/disregarded entity name, if different from above**

**3.** [X] Employer Identification Number   [ 3838 ]
   [ ] Social Security Number

**4. Federal Tax Classification; check only ONE of the following seven boxes**

[ ] Individual/sole proprietor or single-member LLC    [X] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/estate

Exemptions (Codes apply only to certain entities, not individuals)

Exempt payee code (if any)

[ ] Limited liability company. Enter the tax classification (C=corporation, S=S corporation, P=partnership) [     ]

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

Exemption from FATCA reporting code (if any) (Applies to accounts maintained outside the U.S.)

[ ] Other (see instructions from IRS)

Under penalties of perjury, I certify that: 1) the employer identification number or social security number shown on this form for this account holder is correct (or this account holder is waiting for a number to be issued) and 2) the account holder is not subject to backup withholding because: (a) the account holder is exempt from backup withholding, or (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account holder that it is no longer subject to backup withholding and 3) the account holder is a United States person (defined below) and 4) the FATCA code(s) entered on this form (if any) indicating that this organization is exempt from FATCA reporting is correct.

Certification Instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

* If the organization listed above is a foreign entity use the applicable IRS Form W-8 (for additional information please see IRS instructions). The term "United States person" means a citizen or resident of the United States, a partnership created or organized in the United States or under the laws of the United States (or of any State), a corporation created or organized in the United States or under the laws of the United States (or of any state or that other than a foreign state or foreign trust.)

By signing below, the account holder agrees to be bound by the above Tax Information Certification.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Simon Batashvill | CEO | [signature] | 11/16/18 |
| Printed Name | Title | Signature | Date |

00-35-2853NSBW 03-01-2018 AS

Page 2 of 2
Bank of America – Confidential

© 2018 Bank of America Corporation

**APP00082**

**Bank of America** 🌳
**Merrill Lynch**

**ACCOUNT SIGNER INFORMATION FORM**

For each authorized account signer, the information indicated must cause be contained

| Client Name: | TATIE Inc | | | Client Taxpayer ID : | ███ 836 |
|---|---|---|---|---|---|
| Account Number(s) | | Account Name(s) | | | |
| ███ 934 | | TATIE Inc DBA Metals.com | | | |
| | | | | | |
| | | | | | |
| | | | | | |

For each authorized account signers on the listed account(s), please provide his/her name and at least one additional field of information as indicated in the table below.

| Full Legal Name | Date of Birth (mm/dd/yyyy) | Physical Address | | | | | Government-Issued Identification Document | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Note: US citizens must provide Social Security Number | | |
| | | Street | City | State / Province | Zip/Postal Code | Country | Type (State Driver's license, Passport, Unemployment Benefit ID) | Place of Issuance (State/Province & Country) | Document/ID Number |
| Simon Belashvili | ███ | | | | | | | | |
| Felecia Jean MacCarthy | ███ | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | I | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

CPIN 325/115RF11 20 2017 V8                Page 1 of 1
                                        Bank of America – Confidential                © 2017 Bank of America Corporation

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

TMTE INC
DBA METALS.COM
321 DALEHURST AVE
LOS ANGELES, CA  90024-2511

## Business Advantage

**Customer service information**

📞 Customer service: 1.888.852.5000

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for December 1, 2019 to December 31, 2019

**TMTE INC    DBA METALS.COM**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2019 | $924,751.97 | # of deposits/credits: 34 |
| Deposits and other credits | 3,389,385.10 | # of withdrawals/debits: 218 |
| Withdrawals and other debits | -3,536,813.54 | # of days in cycle: 31 |
| Checks | -206,879.61 | Average ledger balance: $646,425.36 |
| Service fees | -1,334.06 | |
| **Ending balance on December 31, 2019** | **$569,109.86** | |

# BANK OF AMERICA

**Your checking account**

TMTE INC   |   Account # :                           December 1, 2019 to December 31, 2019

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 12/16/19 | TRINET        DES:INVOICE   ID:900700 INDN:CHASE METALS INC      CO ID: CCD | | 902550008622873 | -1,067.86 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1308 ET TRN:2019121700523649 SERVICE REF:008712 BNF:VERA STAN GROUP ID:            BNF BK:JPMORGAN C HASE BANK, NA ID: PMT DET:19CHC0705LFM054 2Millie Advance | | 903712170523649 | -2,400.00 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1323 ET TRN:2019121700533815 SERVICE REF:009044 BNF:DIRECTED TRUST COMPANY ID: BNF BK:WE LLS FARGO BANK, N.A. ID: PMT DET:19CHC223 2H6L2814FBO Keith Rhoden | | 903712170533815 | -1,314.30 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1323 ET TRN:2019121700533814 SERVICE REF:009045 BNF:DIRECTED TRUST COMPANY ID: BNF BK:WE LLS FARGO BANK, N.A. ID: PMT DET:19CHC212 4D1M1A32FBO Ronald Werner | | 903712170533814 | -4,065.60 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1348 ET TRN:2019121700549367 SERVICE REF:009938 BNF:NEW DIRECTION IRA, INC ID:        BNF BK:BOKF NA ID:            PMT DET:19CHC4628HOL1B39FBO James Ballard | | 903712170549367 | -10,002.36 |
| 12/17/19 | WIRE TYPE:BOOK OUT DATE:191217 TIME:1458 ET TRN:2019121700593412 RELATED REF:19CHD5659JSL1525 BNF:JONES DAY ID:            PMT DET:Invoice 3331 5409 10-11-19 Matter 624237-600001 | | 903712170593412 | -132,850.22 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1712 ET TRN:2019121700688862 SERVICE REF:014198 BNF:MAGICSTAR ARROW INCORPORAT ID:            BNF BK:JPMORGAN CHASE BANK, NA ID:            PMT DET:19CHG0907JQN1I84Ad spend Nov 18 - dec 1 | | 903712170688862 | -87,997.79 |
| 12/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W6416 INDN:FAINCHE MACCARTHY      CO ID:      3497 CCD | | 902551014395642 | -85,834.85 |
| 12/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W6192 INDN:FAINCHE MACCARTHY      CO ID:      3497 CCD | | 902551014395725 | -47,970.99 |
| 12/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W4900 INDN:FAINCHE MACCARTHY      CO ID:      3497 CCD | | 902551014395582 | -21,841.98 |
| 12/17/19 | TRINET        DES:INVOICE   ID:900700 INDN:CHASE METALS INC      CO ID: CCD | | 902551002838401 | -19,957.07 |

*continued on the next page*

TMTE INC  |  Account #                    1  |  December 1, 2019 to December 31, 2019

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 12/24/19 | WIRE TYPE:WIRE OUT DATE:191224 TIME:1531 ET TRN:2019122400588010 SERVICE REF:011953 BNF:DIRECTED TRUST COMPANY ID: BNF BK:WE LLS FARGO BANK, N.A. ID: PMT DET:19COE274 5OOL0224FBO Murray Kemp | | 903712240588010 | -5,008.40 |
| 12/24/19 | WIRE TYPE:WIRE OUT DATE:191224 TIME:1531 ET TRN:2019122400588015 SERVICE REF:011955 BNF:DIRECTED TRUST COMPANY ID: BNF BK:WE LLS FARGO BANK, N.A. ID: PMT DET:19COE283 4B2N0J08FBO Virginia Mcquary | | 903712240588015 | -1,686.00 |
| 12/24/19 | TRINET      DES:INVOICE    ID:900700 INDN:CHASE METALS INC    CO ID: CCD | | 902557027329625 | -1,712.39 |
| 12/26/19 | TRINET      DES:INVOICE    ID:900700 INDN:CHASE METALS INC    CO ID: CCD | | 902560007020185 | -1,718.15 |
| 12/26/19 | TRINET      DES:INVOICE    ID:900700 INDN:CHASE METALS INC    CO ID: CCD | | 902560007020187 | -1,494.12 |
| 12/26/19 | TRINET      DES:INVOICE    ID:900700 INDN:CHASE METALS INC    CO ID: CCD | | 902560007020186 | -643.43 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542121 SERVICE REF:012063 BNF:NEW DIRECTION IRA, INC ID: BNF BK:BOKF NA ID: PMT DET:19CRD0015K3M2M98FBO Sharon  Hollatz | | 903712270542121 | -1,178.00 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542122 SERVICE REF:011906 BNF:DIRECTED TRUST COMPANY ID: BNF BK:WE LLS FARGO BANK, N.A. ID: PMT DET:19CRD033 5LWL1566FBO Jerry Ihrke | | 903712270542122 | -6,460.92 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542123 SERVICE REF:012119 BNF:NEW DIRECTION IRA, INC ID: BNF BK:BOKF NA ID: PMT DET:19CRD0239KCN0S78FBO Phylli s Gordon | | 903712270542123 | -6,434.01 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542254 SERVICE REF:012069 BNF:NEW DIRECTION IRA, INC ID: BNF BK:BOKF NA ID: PMT DET:19CRD0117GUL0703FBO Ramona  Martinez | | 903712270542254 | -7,006.32 |
| 12/27/19 | AMERICAN EXPRESS DES:ACH PMT    ID:W1994 INDN:FAINCHE MACCARTHY      CO ID: CCD | | 902561014240186 | -64,308.17 |
| 12/27/19 | AMERICAN EXPRESS DES:ACH PMT    ID:W1172 INDN:FAINCHE MACCARTHY      CO ID: CCD | | 902561014240174 | -39,229.76 |

continued on the next page

**ATTACHMENT Q**

APP00087



## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **Mar. 16, 2020** | |

| New Balance | Minimum Payment Due |
|---|---|
| **$990.58** | **$15.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 30.90%.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 10 Years | $1,986 |
| $36 | 3 Years | $1,298 |
| Estimated savings if balance is paid off in about 3 years: $688 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | - $4,103.60 |
| Other Credits | $0.00 |
| Transactions | + $5,094.18 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $990.58** |
| Credit Limit | $5,000.00 |
| Available Credit (as of Feb. 19, 2020) | $4,009.42 |
| Cash Advance Credit Limit | $2,500.00 |
| Available Credit for Cash Advances | $2,500.00 |

| Rewards Balance as of 02/18/2020 | Track and redeem your rewards with our mobile app or on www.capitalone.com |
|---|---|
| **$87.75** | |

| Previous Balance | Earned | Redeemed |
|---|---|---|
| $0.00 | $87.75 | $0.00 |

### Account Notifications

ⓘ  Welcome to your account notifications. Check back here each month for important updates about your account.

---

Pay or manage your account on our mobile app or at    www.capitalone.com.        Customer Service: 1-800-867-0904        See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400038

**Get the app designed to save time.**
Effortlessly manage your account on the go with the Capital One® mobile app.

Text ONE to 80101 to download the app.
Messaging & Data rates may apply.

| Payment Due Date: **Mar. 16, 2020** | Account Ending in 4040 |
|---|---|

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $990.58 | $15.00 | $ _____ |

SIMON BATASHVILI
TOWER EQUITY LLC
321 DALEHURST AVE
LOS ANGELES, CA 90024-2511

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

1 415417749532404 0 19 0990580992520015003

**APP00088**

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full without Interest Charges, but fail to pay your next New Balance in full, we will charge Interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How Is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that |
| L | 3 month LIBOR + margin | end in Jan., April, July, and Oct. |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary (Does not Apply to Small Business Accounts)**

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
© 2020 Capital One. Capital One is a federally registered service mark                01/01/20

## Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

    Pay online at www.capitalone.com/sparkbusiness

    Pay using our mobile app

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

Any written requests on this form will not be honored. To manage your account, please refer to your billing statement for customer service options.

**APP00089**



## Transactions

**Visit www.capitalone.com/sparkbusiness to see detailed**

### SIMON BATASHVILI #4040: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Feb 12 | CAPITAL ONE MOBILE PYMTAuthDate 12-Feb | - $289.00 |
| Feb 13 | CAPITAL ONE MOBILE PYMTAuthDate 13-Feb | - $2,822.08 |
| Feb 18 | CAPITAL ONE MOBILE PYMTAuthDate 18-Feb | - $992.52 |

### SIMON BATASHVILI #4040: Transactions

| Date | Description | Amount |
|---|---|---|
| Feb 11 | COAST 2 COAST ACCOUNTING▇▇▇68CA | $159.50 |
| Feb 12 | ANSWERCONNECT800-531-5828OR | $149.00 |
| Feb 13 | AUTHORIZE.NET877-4473938CA | $10.00 |
| Feb 15 | TST* UPPER CRUST - BEV HIBEVERLY HILLSCA | $406.57 |
| Feb 18 | CALL TRACKING METRICS800-577-1872MD | $324.00 |
| Feb 18 | CALL TRACKING METRICS800-577-1872MD | $324.00 |

**SIMON BATASHVILI #4040: Total** — **$1,373.07**

### LUCAS ASHER #8813: Transactions
Purchase Spend Limit : $0.00   Cash Spend Limit : $0.00

| Date | Description | Amount |
|---|---|---|
| Feb 11 | STK*Shutterstock866-6633954NY | $65.00 |
| Feb 11 | STK*Shutterstock866-6633954NY | $29.00 |
| Feb 11 | STK*Shutterstock866-6633954NY | $169.00 |
| Feb 11 | Upwork - ▇▇▇100CA | $70.81 |
| Feb 11 | Google LLC▇▇▇00CA | $52.25 |
| Feb 11 | GOOGLE *GSUITE_towertrcc@google.comCA | $22.46 |
| Feb 11 | SQ *KIRSCHNER LAW, PCgosq.comCA | $1,735.63 |
| Feb 11 | IMDbProAMZN.COM/billWA | $149.99 |
| Feb 11 | SQUARESPACE INC.HTTPSSQUARESPNY | $60.00 |
| Feb 11 | SQUARESPACE INC.HTTPSSQUARESPNY | $60.00 |
| Feb 11 | SQUARESPACE INC.HTTPSSQUARESPNY | $144.00 |
| Feb 11 | SHOPIFY* ▇3509HTTPSSHOPIFY.IL | $29.00 |
| Feb 12 | Upwork - ▇D111REFUpwork.com/biCA | $221.45 |
| Feb 12 | STK*Shutterstock866-6633954NY | $29.00 |
| Feb 12 | Prime Video*▇▇▇080WA | $10.99 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Feb 12 | Upwork -▇▇▇00CA | $103.00 |
| Feb 13 | Audible*▇▇VQ3Amzn.com/billNJ | $14.95 |
| Feb 14 | Upwork ▇▇▇REFUpwork.com/biCA | $412.00 |
| Feb 17 | Upwork - ▇▇▇00CA | $206.00 |
| Feb 17 | Upwork - ▇▇▇REFUpwork.com/biCA | $77.25 |
| Feb 18 | DOORDASH*CAFE LAURENTSTRIPE.COMCA | $30.83 |
| Feb 18 | DOORDASH DASHPASSWWW.DOORDASH.CA | $9.99 |
| Feb 18 | DOORDASH*CHIN CHINWWW.DOORDASH.CA | $18.51 |

**LUCAS ASHER #8813: Total** — **$3,721.11**

**Total Transactions for This Period** — **$5,094.18**

### Fees

| Date | Description | Amount |
|---|---|---|
| **Total Fees for This Period** | | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

### Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 18.49% P | $0.00 | $0.00 |
| Cash Advances | 24.49% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

**APP00090**

**CapitalOne** | **SPARK** BUSINESS

Page 1 of 4
Spark® Visa Signature Business Account Ending in 4040
Feb. 20, 2020 - Mar. 19, 2020 | 29 days in Billing Cycle

## Payment Information

Payment Due Date
**Apr. 16, 2020**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$3,979.57**

Minimum Payment Due
**$39.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 30.90%.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 22 Years | $9,774 |
| $145 | 3 Years | $5,215 |
| Estimated savings if balance is paid off in about 3 years: $4,559 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $990.58 |
| Payments | - $20,590.81 |
| Other Credits | - $138.94 |
| Transactions | + $23,718.74 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $3,979.57** |
| Credit Limit | $5,000.00 |
| Available Credit (as of Mar. 19, 2020) | $1,020.43 |
| Cash Advance Credit Limit | $2,500.00 |
| Available Credit for Cash Advances | $1,020.43 |

| Rewards Balance as of 03/18/2020 **$1,053.18** | Track and redeem your rewards with our mobile app or on www.capitalone.com |
|---|---|
| Previous Balance $87.75 | Earned $965.43 | Redeemed $0.00 |

## Account Notifications

 You are enrolled in AutoPay. You've selected to pay $2,500.00, which will be debited from your bank account on your Due Date. If your payment is less than the minimum amount due, make an additional payment to meet that amount. If your payment is more than your current balance, we will only debit the current balance.

Pay or manage your account on our mobile app or at www.capitalone.com.    Customer Service: 1-800-867-0904    See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400039

Pay your bill **on the go.**
Pay your bill securely and review transactions with the Capital One® mobile app.

Text ONE to 80101 to download the app.
Messaging & Data rates may apply.

Payment Due Date: **Apr. 16, 2020**          Account Ending in 4040

New Balance
**$3,979.57**

Minimum Payment Due
**$39.00**

Amount Enclosed
$ _____

SIMON BATASHVILI
TOWER EQUITY LLC
321 DALEHURST AVE
LOS ANGELES, CA 90024-2511

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

1 415417749532404D 19 3979574325760039007

**APP00091**

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full without Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new  transactions that post to your purchase balance. See the front of your statement for additional information.

**How is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account on the first day of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance.  Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle.  The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle. The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can I change my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)
**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:
Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.
In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285.  While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
© 2020 Capital One. Capital One is a federally registered service mark      01/01/20

## Changing Mailing Address?
You can change your address by signing into your account online or calling Customer Service.

```
    Pay online at www.capitalone.com/sparkbusiness

    Pay using our mobile app
```

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
• For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
• For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

Any written requests on this form **will not be honored**. To manage your account, please refer to your billing statement for customer service options.

**Capital**One® | SP/\RK®
BUSINESS

## Transactions

Visit www.capitalone.com/sparkbusiness to see detailed

### SIMON BATASHVILI #4040: Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Feb 20 | CAPITAL ONE MOBILE PYMTAuthDate 20-Feb | - $990.58 |
| Feb 22 | CAPITAL ONE MOBILE PYMTAuthDate 22-Feb | - $835.91 |
| Feb 24 | CAPITAL ONE MOBILE PYMTAuthDate 24-Feb | - $990.58 |
| Feb 26 | CAPITAL ONE MOBILE PYMTAuthDate 26-Feb | - $2,780.78 |
| Feb 28 | CAPITAL ONE MOBILE PYMTAuthDate 28-Feb | - $990.58 |
| Mar 3 | CAPITAL ONE MOBILE PYMTAuthDate 03-Mar | - $4,223.12 |
| Mar 6 | CAPITAL ONE MOBILE PYMTAuthDate 06-Mar | - $2,027.05 |
| Mar 12 | CAPITAL ONE MOBILE PYMTAuthDate 12-Mar | - $3,426.45 |
| Mar 15 | CAPITAL ONE MOBILE PYMTAuthDate 15-Mar | - $4,325.76 |

### LUCAS ASHER #8813: Credits

| Date | Description | Amount |
|------|-------------|--------|
| Mar 18 | HOTELSCOM9200627504382HOTELS.CO MWA ARRIVE: 03/18/20 | - $138.94 |

### SIMON BATASHVILI #4040: Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Feb 19 | ANSWER FIRST COMMUNICATIO813-8825307FL | $107.00 |
| Feb 21 | HOOPLA SOFTWARE INC888-7481960CA | $2,945.67 |
| Feb 23 | POSTMATES 56F02 TASTYIHTTPSPOSTMATECA | $57.68 |
| Feb 25 | DELAWARE CORP & TAX WEB302-739-3073DE | $20.00 |
| Feb 26 | USPS.COM CLICKNSHIP800-344-7779DC | $62.40 |
| Feb 26 | ENVOY - WWW.ENVOY.COM4156366605CA | $299.00 |
| Feb 26 | ENVOY - WWW.ENVOY.COM4156366605CA | $299.00 |
| Mar 1 | ANSWER FIRST COMMUNICATIO813-8825307FL | $34.95 |
| Mar 2 | COAST 2 COAST ACCOUNTING3108048968CA | $145.00 |
| Mar 4 | Upwork -288786611REF■■■■■00CA | $244.63 |
| Mar 4 | Upwork -288793559REF■■■■■00CA | $77.25 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 4 | ANSWER FIRST COMMUNICATIO813-8825307FL | $506.14 |
| Mar 5 | Upwork -288907235REF■■■■■00CA | $473.80 |
| Mar 5 | ANSWER FIRST COMMUNICATIO813-8825307FL | $118.00 |
| Mar 5 | ANSWER FIRST COMMUNICATIO813-8825307FL | $506.14 |
| Mar 6 | USPS.COM CLICKNSHIP800-344-7779DC | $15.50 |
| Mar 9 | Upwork -289793629REF■■■■■00CA | $77.25 |
| Mar 9 | Upwork -289730275REF■■■■■00CA | $150.20 |
| Mar 9 | USPS.COM CLICKNSHIP800-344-7779DC | $31.20 |
| Mar 10 | USPS.COM CLICKNSHIP800-344-7779DC | $7.75 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $23.25 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $10.40 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $7.75 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $26.50 |
| Mar 13 | STREAMLINE BOOKKEEPING510-5452161CA | $1,505.00 |
| Mar 13 | LASTPASS.COM7037128315MA | $1,296.00 |
| Mar 14 | ANSWERCONNECT800-531-5828OR | $92.33 |
| Mar 14 | ANSWERCONNECT800-531-5828OR | $71.65 |
| Mar 14 | ANSWERCONNECT800-531-5828OR | $338.54 |
| Mar 16 | Upwork -291026274REF■■■■■00CA | $257.50 |
| Mar 16 | Upwork -291103529REF■■■■■00CA | $77.25 |
| Mar 16 | AUTHORIZE.NET877-4473938CA | $30.00 |
| Mar 17 | Upwork -291197321REF■■■■■00CA | $473.80 |
| Mar 17 | PandaDoc415-8004537CA | $1,652.00 |
| Mar 18 | GOOGLE *SVCSmetals.comg.co/HelpPay#CA | $119.94 |
| Mar 18 | GOOGLE *SVCSmetals.comg.co/HelpPay#CA | $119.94 |
| Mar 18 | GOOGLE *GSUITE_chasemecc@google.comCA | $20.28 |
| Mar 18 | Google LLC GSUITE_chaseme650-2530000CA | $181.50 |
| Mar 18 | Google LLC GSUITE_chaseme650-2530000CA | $20.28 |
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $10.40 |
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $20.80 |
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $11.05 |

Transactions continue on the back of this page

**APP00093**

**CapitalOne** | **SPARK** BUSINESS

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $10.40 |
| Mar 18 | ATLASSIANATLASSIAN B.V | $15.00 |
| **SIMON BATASHVILI #4040: Total** | | **$12,570.12** |

**LUCAS ASHER #8813: Transactions**
Purchase Spend Limit : $0.00   Cash Spend Limit : $0.00

| Date | Description | Amount |
|---|---|---|
| Feb 19 | DOORDASH*CAFE LAURENTSTRIPE.COMCA | $26.48 |
| Feb 19 | AMERICAN AIRO012116626492FORT WORTHTX<br>TK#: 0012116626492<br>PSGR: BRIANNA SANDOVAL<br>ORIG: DFW, DEST: LAX<br>S/O: X CARRIER: AA SVC: B | $594.39 |
| Feb 19 | DELTA AIR 0062420030087DELTA.COMCA<br>TK#: 0062420030087<br>PSGR: SANDOVAL/BRIANN<br>ORIG: LAX, DEST: DFW<br>S/O: O CARRIER: DL SVC: I | $402.40 |
| Feb 20 | DOORDASHSTRIPE.COMCA | $83.17 |
| Feb 20 | DOORDASH*SKY GOURMET TSTRIPE.COMCA | $24.87 |
| Feb 21 | DOORDASH*CAFE 50SSTRIPE.COMCA | $135.17 |
| Feb 22 | SHELL OIL _____7809BEVERLY HILLSCA | $72.88 |
| Feb 22 | AEROMEXI AER_____8705HOUSTONTX | $157.56 |
| Feb 24 | MONDRIAN HOTELW HOLLYWOODCA<br>ARRIVE: 02/21/20 | $830.70 |
| Feb 25 | DOORDASH*MILO & OLIVESTRIPE.COMCA | $114.01 |
| Feb 25 | DOORDASH*THE HENRYSTRIPE.COMCA | $24.07 |
| Feb 25 | CENTURION LIFESTYLE LLWEST HOLLYWOOCA<br>RETURN: 02/25/20 | $901.36 |
| Feb 27 | DOORDASH*LOCANDA VENETSTRIPE.COMCA | $52.56 |
| Feb 27 | Amazon.com*_____HN3Amzn.com/billWA | $39.80 |
| Feb 27 | DOORDASH*FRESH CORN GRSTRIPE.COMCA | $39.48 |
| Feb 27 | LA CITY PARKING METERLOS ANGELESCA | $1.00 |
| Feb 27 | EXXONMOBIL _____7546BEVERLY HILLSCA | $52.62 |
| Feb 28 | CENTURION LIFESTYLE LLWEST HOLLYWOOCA<br>RETURN: 02/28/20 | $600.91 |
| Feb 28 | DOORDASH*BIBIIPSTRIPE.COMCA | $22.59 |
| Feb 29 | WHARTON ONLINE215-898-4764PA | $995.00 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Feb 29 | TMOBILE POSTPAID WEB800-937-8997WA | $501.65 |
| Feb 29 | Spotify USA877-7781161NY | $9.99 |
| Mar 1 | DOORDASH*BEVMO!STRIPE.COMCA | $266.40 |
| Mar 1 | SQ *VERVE COFFEE ROASTERSWest HollywooCA | $16.10 |
| Mar 1 | GOOGLE*GSUITE TOWERTRAINTERNETCA | $43.75 |
| Mar 1 | WEHO Street MetersWEST HOLLYWOOCA | $3.00 |
| Mar 2 | DOORDASH*FAST - LIQUORSTRIPE.COMCA | $21.31 |
| Mar 2 | Upwork -288311821REF_____0OCA | $386.25 |
| Mar 2 | DOORDASH*MILO & OLIVESTRIPE.COMCA | $162.41 |
| Mar 2 | SHOPIFY* 76297729HTTPSSHOPIFY.IL | $29.00 |
| Mar 2 | GOOGLE *GSUITE_kotelhocc@google.comCA | $2.48 |
| Mar 4 | DNH*GODADDY.COM480-5058855AZ | $22.16 |
| Mar 5 | Google LLC GSUITE_towereq650-2530000CA | $206.89 |
| Mar 5 | GOOGLE *GSUITE_towereqcc@google.comCA | $206.89 |
| Mar 5 | GEICO *AUTO800-841-3000DC | $764.27 |
| Mar 5 | DOORDASH*FRESH CORN GRSTRIPE.COMCA | $40.69 |
| Mar 5 | LA CITY PARKING METERLOS ANGELESCA | $0.25 |
| Mar 6 | Upwork -288934001REF_____0OCA | $942.45 |
| Mar 6 | DOORDASH*INDIAS GRILLSTRIPE.COMCA | $30.25 |
| Mar 7 | DNH*GODADDY.COM480-5058855AZ | $22.16 |
| Mar 8 | DNH*GODADDY.COM480-5058855AZ | $22.16 |
| Mar 9 | Upwork -289653316REF_____0OCA | $77.25 |
| Mar 9 | DNH*GODADDY.COM480-5058855AZ | $9.99 |
| Mar 10 | AMZN Mktp US*_____BC13Amzn.com/billWA | $22.98 |
| Mar 10 | AMZN Mktp US*_____DD23Amzn.com/billWA | $54.06 |
| Mar 11 | AMZN Mktp US*_____Q1M3Amzn.com/billWA | $60.10 |
| Mar 11 | AMZN Mktp US*_____BPT3Amzn.com/billWA | $146.72 |
| Mar 12 | AMZN Mktp US*_____DQ13Amzn.com/billWA | $421.27 |
| Mar 12 | D J*WALL-ST-JOURNAL800-568-7625MA | $19.49 |
| Mar 12 | DNH*GODADDY.COM480-5058855AZ | $95.88 |

Transactions continue on the next page

**APP00094**

**Capital One** | SP/\RK'
B U S I N E S S

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 12 | DNH*GODADDY.COM<br>EUROPEGODADDY.COM<br>69.99 EUR<br>0.882486446 Exchange Rate | $79.31 |
| Mar 13 | Upwork -290240267REF ▮▮▮▮OOCA | $154.50 |
| Mar 13 | DNH*GODADDY.COM<br>EUROPEGODADDY.COM<br>33.12 EUR<br>0.891041162 Exchange Rate | $37.17 |
| Mar 17 | DELTA AIR<br>0062423493522DELTA.COMCA<br>TK#: 0062423493522<br>PSGR: PORTER/JOSHUA M<br>ORIG: DTW, DEST: BNA<br>S/O: O CARRIER: DL SVC: X<br>ORIG: BNA, DEST: DTW<br>CARRIER: DL SVC: X | $266.80 |
| Mar 17 | DELTA AIR   Seat FeesDELTA.COMCA | $49.98 |
| Mar 18 | STK*Shutterstock866-6633954NY | $169.00 |
| Mar 18 | STK*Shutterstock866-6633954NY | $29.00 |
| Mar 18 | HOTELSCOM92006275043B2HOTELS.CO<br>MWA<br>ARRIVE: 03/18/20 | $273.19 |
| Mar 18 | STK*Shutterstock866-6633954NY | $29.00 |
| Mar 18 | DOORDASH<br>DASHPASSWWW.DOORDASH.CA | $9.99 |
| Mar 18 | AIRBNB HMMT9PCYPAIRBNB.COMCA<br>ARRIVE: 03/18/20 | $271.41 |
| **LUCAS ASHER #8813: Total** | | **$11,148.62** |
| **Total Transactions for This Period** | | **$23,718.74** |

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

### Totals Year-to-Date

| | |
|---|---|
| Total Fees charged | $0.00 |
| Total Interest charged | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 18.49% P | $0.00 | $0.00 |
| Cash Advances | 24.49% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300086
## Get the app designed to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

**ATTACHMENT R**

APP00096



## Global Investigations

Law Enforcement Officer:      Planer, Elizabeth
Law Enforcement Agency:       Alabama Securities Commission
Requested On:                 Tue, 24 Mar 2020 15:08
Evidence Gathered On:         Tue, 07 Apr 2020 16:30
Law Enforcement Reference:    S19-0101
All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Lucas |
| Middle Name | |
| Last Name | Asher |
| DOB | 6-Jun-85 |
| CC Statement Name | CHASEMETALS |
| Email | corporate@metals.com, marketing@metals.com |
| *Business Info* | |
| Business Name | Chase Metals |
| URL | https://www.chasemetals.com/ |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | ████████6701 |
| Account Type | Business - Verified |
| Time Created | Mon, 23 Jan 2017 1:50:36 |
| *SSN* | |
| SSN | ████9848 |
| TIN | ████3636 |

| **Email Addresses** |
|---|

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| corporate@metals.com | TRUE | TRUE | TRUE |
| marketing@metals.com | FALSE | TRUE | TRUE |
| corporate@chasemetals.com | FALSE | TRUE | FALSE |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| +1 ████ 5787 | Confirmed | Mobile - Deleted |
| +1 ████ 7310 | Confirmed | Mobile - Deleted |
| +1 ████ 6213 | Confirmed | Mobile |
| +1 ████ 1326 | Unconfirmed | Work - Deleted |

| Addresses | | |
|---|---|---|
| Address | Use | Date Entered |
| Daniella Salvi, 767 Fifth Avenue , NEW YORK, NY, US 10153-0023 | Gift (Hidden) | 12/14/19 |
| Ray Lee, 26 Ormindale Ct , Oakland, CA, US 94611 | Gift (Hidden) | 12/03/19 |
| Zuleika  Carvajal, 189 The Grove Drive , LOS ANGELES, CA, US 90036-6222 | Gift (Hidden) | 12/02/19 |
| Kayla Hershberger, 5360 Ensign Rd , West Farmington, OH, US 44491-8756 | Gift (Hidden) | 12/02/19 |
| Aurora Morals, 767 Fifth Avenue , NEW YORK, NY, US 10153-0023 | Gift (Hidden) | 11/05/19 |
| lucas asher, 10134 Angelo View Drive , Beverly Hills, CA, US 90210 | Gift (Hidden) | 10/22/19 |
| Lucas Asher, 700 , Beverly Hills, CA, US 90211-2407 | Gift (Hidden) | 10/10/19 |
| Lucas Asher, 189 The Grove Drive , LOS ANGELES, CA, US 90036-6222 | Gift (Hidden) | 09/21/19 |
| Lucas Asher, 8383 Wilshire Blvd 700, Beverly Hills, CA, US 90211 | Gift (Hidden) | 02/07/19 |
| Emile Haynie, 2536 Mount Beacon Terrace , Los Angeles, CA, US 90068 | Gift (Hidden) | 01/29/19 |
| Chase Metals, 201 ocean ave #1204p, Santa Monica, CA, US 90402 | | 11/30/18 |
| 8383 wilshire blvd suite 412 , beverly  hills, CA, US 90211 | Third Party Added (Hidden) | 10/27/18 |

APP00098

| | | |
|---|---|---|
| Chase Metals, 8383 wilshire blvd suite 412 , beverly hills, CA, US 90211 | | 10/27/18 |
| metals .com, 8383 wilshire blvd suite 700, beverly hills, CA, US 90211 | Gift (Hidden) | 09/26/18 |
| Lucas Asher, 8383 wilshire blvd suite 412 , beverly hills, , US 90211 | Gift (Hidden) | 07/25/18 |
| Lucas Asher, 201 ocean ave #1204p, santa monica, CA, US 90402 | Gift (Hidden) | 07/01/18 |
| Marta De Zambiasi, via del cristo, 5, 36061 36061, BASSANO DEL GRAPPA, VICENZA, IT 36061 | Gift (Hidden) | 06/13/18 |
| L A, 8383 wilshire blvd suite 412, beverly hills, CA, US 90211 | Gift (Hidden) | 06/11/18 |
| LUCAS ASHER, 201 OCEAN AVE UNIT 1204P , SANTA MONICA, CA, US 90402-1437 | Gift (Hidden) | 04/24/18 |
| Lucas Asher, 8383 wilshire blvd , beverly hills, CA, US 90211 | Gift (Hidden) | 03/11/18 |
| Chase Metals, 321 Dalehurst Ave , Los Angeles, CA, US 90024 | Home Or Work | 11/19/17 |
| Lucas Asher, 321 Dalehurst dr , los angeles , , US 90024 | Gift (Hidden) | 11/17/17 |
| Chase Metals, 321 Dalehursts Ave , Los Angeles, CA, US 90024 | Gift (Hidden) | 11/17/17 |
| metals .com, 8383 wilshire blvd ste 412, beverly hills, CA, US 90211 | Gift (Hidden) | 10/30/17 |
| Lucas Asher, 8383 wilshire blvd, ste 412 , beverly hills, beverly hills, GB 90211 | Gift (Hidden) | 09/17/17 |
| Lucas  Asher, 201 ocean ave 1204p, santa monica, CA, US 90402 | Gift (Hidden) | 08/06/17 |
| Lucas Asher, 8383 wilshire blvd ste 412, beverly hills, CA, US 90211 | Gift (Hidden) | 05/09/17 |
| CHASE METALS, 8383 wilshire blvd , beverly hills, CA, US 90211 | Gift (Hidden) | 04/04/17 |
| CHASE METALS, 8383 wilshire blvd ste 412, beverly hills, CA, US 90211 | Gift (Hidden) | 04/04/17 |
| Chase Metals, 11360 Waterford St , los angeles, CA, US 90064 | Home Or Work | 02/27/17 |

| Merrill Gold, 11150 W Olympic Blvd Ste 680 suite 680, los angeles, CA, US 90064-1857 | Gift (Hidden) | 02/13/17 |
| Chase Metals, 433 N CAMDEN DR, SUITE 970 , beverly hills, CA, US 90210 | Home Or Work | 01/23/17 |
| Chase Metals, 433 N CAMDEN DR, SUITE 970 , beverly hills, CA, US 90210 | Home Or Work | 01/23/17 |

| Financial Information | |
| --- | --- |
| Account Balance | USD 59,053.68 (Primary) |
| Total Amount Sent | USD 1,321,116.77 (Primary) |
| Total Amount Received | USD 3,328,170.32 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 3,859.07 |
| Amount Received Month 2 | USD 27,714.26 |
| Amount Received Month 3 | USD 6,897.49 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % – $0.00 USD) |
| Rolling Reserve Balance | USD 5,070.62 |
| Secure Card Attributes | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| PayPal Credit | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

| Bank Accounts | | | | |
| --- | --- | --- | --- | --- |
| Account # | Status | Name | Bank Info | Routing |
| | BLOCKED | Chase Metals | | 322270288 |
| | Bank Name | Confirmed | | Country |

| CHECKING | CIT BANK N.A. | Confirmed: Two Random Deposits | | US |
|---|---|---|---|---|
| **Account #** | **Status** | **Name** | **Bank Info** | **Routing #** |
| | ACTIVE-Primary | Chase Metals | | 121000358 |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | BANK OF AMERICA, N.A. | Confirmed: Instant | | US |

| **Credit Cards** | | | | |
|---|---|---|---|---|
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | REMOVED-Expired | Lucas Asher | 27-Feb-17 | 12/2019 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| MASTER_CARD CREDIT | CIT BANK, N.A. | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | INACTIVE | Lucas Asher | 1-Nov-18 | 04/2023 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| AMEX CREDIT | American Express | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | INACTIVE | Lucas Asher | 19-Nov-17 | 09/2022 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| AMEX CREDIT | American Express | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | REMOVED | Lucas Asher | 30-Nov-18 | 05/2023 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| MASTER_CARD CREDIT | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | REMOVED | Lucas Asher | 9-Mar-19 | 11/2023 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| AMEX CREDIT | American Express | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | REMOVED | Lucas Asher | 17-Feb-18 | 01/2023 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| MASTER_CARD CREDIT | OPUS BANK | Unconfirmed | | USD |

This document is sent electronically and does not require any signature.

APP00101

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:
This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

APP00102



## *Global Investigations*

**Law Enforcement Officer:**
**Law Enforcement Agency:**
**Requested On:**          Fri, 03 Apr 2020 17:35
**Evidence Gathered On:**  Fri, 03 Apr 2020 22:34
**Law Enforcement reference:**   S19-0101

| Listing Parameters | |
|---|---|
| ID | 1369399018780145701 |
| Listing Start Date/Time | Sun, 01 Jan 2017 0:00 |
| Listing End Date/Time | Tue, 24 Mar 2020 23:59 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**ATTACHMENT S**

APP00104

## Legal Receipt for Shopper ID 31291669

| | |
|---|---|
| Shopper ID: | 31291669 |
| Receipt ID: | 1558561037 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 9/20/2019 2:53:11 PM |
| Source Code: | ??? |

**Shipping Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

**Billing Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

IP:    98.153.204.146::https://payment.api.godaddy.com/payapi

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $526.91*

| | |
|---|---|
| Paid: | paypal |
| Processor: | PayPal-GD |
| Account: | |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: towertrade.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 2 | 7001-1 | Private Registration Services Length: 1 Year(s) Domain: towertrade.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.81 |
| 3 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: unfits.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 4 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: unfits.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

CONFIDENTIAL

**APP00105**

## Legal Receipt for Shopper ID 31291669

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 5 | 70041-1 | .COM Bulk Domain Name Renewal (6-20) - 2 years (recurring)<br>Length: 2 Year(s)<br>Domain: ecoeons.com<br>This is a service item. | $35.98 | $35.98 | $0.36 | 1 | $0.00 | $36.34 |
| 6 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring)<br>Length: 4 Year(s)<br>Domain: paylessrent.com<br>This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 7 | 17001-1 | Private Registration Services - Renewal<br>Length: 1 Year(s)<br>Domain: paylessrent.com<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |
| 8 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring)<br>Length: 1 Year(s)<br>Domain: soldierchecks.com<br>This is a service item. | $17.99 | $17.99 | $0.18 | 1 | $0.00 | $18.17 |
| 9 | 17001-1 | Private Registration Services - Renewal<br>Length: 1 Year(s)<br>Domain: soldierchecks.com<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |
| 10 | 70571-1 | .ORG Bulk Domain Name Renewal (6-20) - 4 years (recurring)<br>Length: 4 Year(s)<br>Domain: soldierchecks.org<br>This is a service item. | $83.96 | $83.96 | $0.72 | 1 | $0.00 | $84.68 |
| 11 | 17001-1 | Private Registration Services - Renewal<br>Length: 1 Year(s)<br>Domain: soldierchecks.org<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $526.91 | $0.00 | $0.00 | $526.91 |

CONFIDENTIAL

**APP00106**

# EXHIBIT 2

APP00107

## DECLARATION OF JENNIFER HACKER

My name is Jennifer Hacker. I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1. I am seeking payment from the Receiver of my unpaid wages that accrued prior to the receivership on September 22, 2020.

2. Although I was employed by First American Estate & Trust and received my wages from that entity, I worked as the Marketing Director for Retirement Insider. My job was focused on developing a marketing strategy for their fintech software promotions for Retirement Insider. Portfolio Insider was also Retirement Insider. Retirement Insider existed in beta when I started, but we were in the process of rebranding to Portfolio Insider. The name Portfolio Insider sounded less restrictive for investors not actively planning for retirement.

3. None of my work for either Portfolio Insider or Retirement Insider was related to sales of metals at all. The software reported on stocks and billionaire portfolio holdings and was a subscription service for stock research.

4. I did not participate in the sale of any metals to a customer while employed to work for Retirement Insider/Portfolio Insider.

I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated:     August 19, 2021

JENNIFER HACKER



# EXHIBIT 3

APP00109

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-2910-L |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | § § § § § § | |
| Defendants, | § § | |
| TOWER EQUITY, LLC, | § § | |
| Relief Defendant. | § § § | |

## DECLARATION OF JEREMIAH McWRIGHT

My name is Jeremiah McWright. I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1.   On or about March 3rd, I responded to an online advertisement from FinChat.com seeking persons to employ with Fintech sales experience. The recruiter was named Emma.

2.   When I responded to the online advertisement, I discovered I was being interviewed for a position with Portfolio Insider that was operating out of the third floor of a building located at 8201 Beverly Blvd in Beverly Hills, California. I was interviewed by Lucas Asher, Simon Batashvili, and Carlos Cruz. They hired me.

EXHIBIT
3

APP00110

3.     I worked at Portfolio Insider from March 5th, 2021, to March 23rd, 2021. My job at Portfolio Insider was to call persons and sell them the Portfolio Insider terminal. I was one of approximately 15 "openers". If I was able to get a customer interested in the product, then I transferred the call to the "closers", who would seek to close the sale. The "closers" were Simon Batashvili, Walter Vera, Deric Ned, and Kyle Senna, among others. In the office, the closers used superhero nicknames to refer to one another in company group chats via Telegram.

4.     Simon Batashvili supervised my work. He provided me with scripts he told me he prepared that he wanted me to follow when I made calls to customers.

5.     The Portfolio Insider product was usually being sold for $5,000, although sometimes in order to close a sale, the product would be sold for less money. Portfolio Insider paid a five percent commission to openers such as myself and a ten percent commission to closers. While I worked at Portfolio Insider, between approximately 10 and 15 sales of the Portfolio Insider product closed each day.

6.     The Portfolio Insider product provided customers information regarding trades, holdings, portfolios, and other information for customers to use to invest in the purchase of securities, including mutual funds. While I worked at Portfolio Insider, the company was working on a platform for providing information for customers to use to track bitcoin and other cryptocurrency.

7.     The hours Simon Batashvili and Lucas Asher required me to work at Portfolio Insider were between 7am and 7pm each weekday, and between 8 and 1 on Saturdays. While I worked at Portfolio Insider, Lucas Asher and Simon Batashvili were present in the office nearly the entire time I was in the office, and they were

---

**DECLARATION OF JEREMIAH McWRIGHT**                    **Page 2**

operating the company. They got mad at me if I showed up late for work.

8.     When I confronted Lucas Asher and Simon Batashvili about my discovery on the internet that they were named as Defendants in a lawsuit brought by the U.S. Commodity Futures Trading Commission and numerous States, they got mad at me. My employment with Portfolio Insider ended thereafter.

9.     I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated:     August 19th, 2021

JEREMIAH McWRIGHT

**DECLARATION OF JEREMIAH McWRIGHT**                                    **Page 3**

APP00112

# EXHIBIT 4

APP00113



805 King Farm Blvd, Suite 100
Rockville, MD  20850 / USA

Nasdaq.com

### DECLARATION OF CUSTODIAN OF RECORDS
### OF NASDAQ
### PURSUANT TO 28 U.S.C. § 1746

I, Alejandro Aguayo, hereby make the following Declaration based upon my personal knowledge:

1. I am a Senior Surveillance Analyst at Nasdaq, and as such, my responsibilities include the retrieval of Nasdaq's corporate records for use in legal and regulatory proceedings. I have authority to certify such records.

2. I am submitting this declaration for use in *Commodity Futures Trading Commission et al v. TMTE Inc et al.*, No. 3:20-cv-02910, in the United States District Court for the Northern District of Texas and for other regulatory or enforcement purposes.

3. Pursuant to an access grant with the U.S. Commodity Futures Trading Commission, the following records were voluntarily produced. They are:

   a. Portfolio Insider_00061 - Portfolio Insider_00437
   b. Portfolio Insider_00438_000001 - Portfolio Insider_00438_000945
   c. Portfolio Insider_00439_000001 - Portfolio Insider_00439_002207
   d. Portfolio Insider_00440_000001 - Portfolio Insider_00440_002647
   e. Portfolio Insider_00441_000001 - Portfolio Insider_00441_159516
   f. Portfolio Insider_00442_000001 - Portfolio Insider_00442_086273
   g. Portfolio Insider_00443_000001 - Portfolio Insider_00443_001680
   h. Portfolio Insider_00444_000001 - Portfolio Insider_00444_006084
   i. Portfolio Insider_00445_000001 - Portfolio Insider_00445_003198
   j. Portfolio Insider_00446_000001 - Portfolio Insider_00446_000121
   k. Metals-Nasdaq-0000000001 - Metals-Nasdaq-0000000022

4. The copies of the above listed documents that were produced between July 13, 2021, and August 28, 2021, constitute business records of Nasdaq that are made and kept in the regular course of the Nasdaq's business.  I am familiar with these documents and the records procedures of Nasdaq.  These documents were made and kept in accordance with Nasdaq's procedures for maintaining its records and were made by personnel of Nasdaq, with knowledge, at or near the time of the act, condition, or event to which they pertain and were kept in the course of regularly conducted business activities and were made by the regularly conducted activity as a regular practice.

5. I have reviewed the attached records and they are true and accurate copies of the records made and maintained by Nasdaq and produced in response to the above-referenced access grant.

1

EXHIBIT
**4**

**APP00114**

I declare under penalty of perjury that the foregoing is true and correct.

_____

Alejandro Aguayo
Senior Surveillance Analyst

Executed on:   September 14, 2021

2

| | |
|---|---|
| **To:** | Brandis DeSimone[Brandis.DeSimone@nasdaq.com] |
| **From:** | Konstantin Yurchenko[konstantin@retirementinsider.com] |
| **Sent:** | Thur 10/1/2020 2:36:04 PM (UTC-04:00) |
| **Subject:** | Re: FW: Index License - Retirement Insider |

**WARNING - External email; exercise caution.**

Hi, Brandis, nice to hear from you! We are hoping to get about 10,000 users by then.

Regards,

Konstantin

On Tue, Sep 29, 2020 at 10:49 AM Brandis DeSimone <Brandis.DeSimone@nasdaq.com> wrote:

Hi Konstantin,

It's nice to be in touch and I'm looking forward to getting you set up here.

In order to get you the order form, I just need a general estimate of the total number of subscribers for the browser based terminal you anticipate by this time next year.

Thank you!

Brandis

**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com

**From:** Andrew Carpenter <acarpenter@intrinio.com>
**Sent:** Tuesday, September 29, 2020 12:56 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>; Megan Dias <mdias@intrinio.com>
**Cc:** Angie Abernathy <angie.abernathy@quodd.com>; gary.grochmal@quodd.com; Konstantin Yurchenko <konstantin@retirementinsider.com>
**Subject:** Re: Index License - Retirement Insider

**WARNING - External email; exercise caution.**

Thanks Brandis,

This is the client, Portfolio Insider:

APP00116

They are a startup building a browser-based terminal for the non-professional market.

They want to put your index in a widget that would be visible to their paying customers when they are logged in which gives them very good control over who sees the data.

Intrinio is going to connect them with QUODD who will deliver the data via API to Konstantin, CTO of Retirement Insider, so they can build it into their application.

If you can send over the appropriate agreement and any questions you have for Konstantin I can facilitate getting it back to you.

Keep your powder dry,

Andrew Carpenter

Chief Operating Officer

INTRINIO

www.intrinio.com

| 600 First Avenue North, Suite 203 | m: +1 (727) 331-3416 |
| Saint Petersburg, Florida 33701 | e: acarpenter@intrinio.com |

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Tuesday, September 29, 2020 9:07 AM
**To:** Megan Dias <mdias@intrinio.com>

**APP00117**

Thanks both!

Hi Andrew – this should be pretty quick to get set up.  We just need to understand the use of the data etc so we can get the proper license in place.

Thank you!


**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com


**From:** Megan Dias <mdias@intrinio.com>
**Sent:** Tuesday, September 29, 2020 11:05 AM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Index License - Retirement Insider


**WARNING - External email; exercise caution.**

Hey Brandis,

Pleasure to e-meet you, just taking the time to loop in Andrew Carpenter as he will be working on this and providing more info.

Thanks,

Megan


**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Tuesday, September 29, 2020 10:50 AM
**To:** Megan Dias <mdias@intrinio.com>
**Subject:** RE: Index License - Retirement Insider


Hi Megan,

My name is Brandis and I represent Nasdaq's data business.

Do you mind looping in the client from Retirement Insider so we can get them set up?

**APP00118**

Thanks!

**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com

**From:** Megan Dias <mdias@intrinio.com>
**Sent:** 25 September 2020 18:36
**To:** Nasdaq Global Information Services - Sales <DataSales@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>; Lucas Asher <asher@towertrade.com>; Konstantin Yurchenko <konstantin@retirementinsider.com>; Steele Barcomb <sbarcomb@intrinio.com>; Gary Grochmal <gary.grochmal@quodd.com>
**Subject:** Index License - Retirement Insider

**WARNING - External email; exercise caution.**

Hi there,

I'm reaching out on behalf of Retirement Insider LLC. My client is looking to obtain a display license for the Nasdaq Indexes that you provide.

The delivery will be through QUODD Financial Services.

Can you let us know the next best steps to get the process started and how much this will be?

Thank you,



**Megan Dias**

Senior Sales Wizard

Sales | Intrinio

 mdias@intrinio.com

www.intrinio.com

600 1st Ave. N. #203, St. Petersburg, FL, 33701

✉ INTRINIO



Create Your Own Free Signature

Chat with me  **APP00119**

*******************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information. Personal data in this email is governed by our Privacy Policy at https://www.nasdaq.com/privacy-statement unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data. If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*******************************************

*******************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information. Personal data in this email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data. If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*******************************************

*******************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information. Personal data in this email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data. If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*******************************************

--
Regards,
Konstantin

To: Konstantin Yurchenko[konstantin@retirementinsider.com]
From: Brandis DeSimone[Brandis.DeSimone@nasdaq.com]
Sent: Thur 10/1/2020 5:10:03 PM (UTC-04:00)
Subject: Re: Index License - Retirement Insider

Case 3:20-cv-02910-L Document 312 Filed 09/16/21 Page 121 of 366 PageID 5217

Sure no problem. I'll call him tomorrow!

Best,
Brandis DeSimone
O: 212-231-5478
M: 646-421-4846
Brandis.DeSimone@nasdaq.com


> On Oct 1, 2020, at 4:38 PM, Konstantin Yurchenko <konstantin@retirementinsider.com> wrote:

> **WARNING - External email; exercise caution.**
> Andrew, should be able to line it up with someone in our firm? I do not have authority to sign financial contracts on the firm's behalf.

> On Thu, Oct 1, 2020 at 1:36 PM Brandis DeSimone <Brandis.DeSimone@nasdaq.com> wrote:

>> Hi Konstantin-
>> We would need your firm to sign the paperwork. Who would that be since Andrew is from Intrinio? Thanks!

>> Best,
>> Brandis DeSimone
>> O: 212-231-5478
>> M: 646-421-4846
>> Brandis.DeSimone@nasdaq.com


>>> On Oct 1, 2020, at 4:28 PM, Konstantin Yurchenko <konstantin@retirementinsider.com> wrote:

>>> **WARNING - External email; exercise caution.**
>>> I don't handle billing. Can you sort it out with Andrew, please?

>>> On Thu, Oct 1, 2020 at 11:59 AM Brandis DeSimone <Brandis.DeSimone@nasdaq.com> wrote:

>>>> Hi Konstantin,

>>>> Thanks so much. We have a few forms we need to you to fill out and then can give Intrinio/Quodd permission to "turn on" the data for you.

>>>> The cost for up to 9,999 subscribers is $8500. Once we get to 10k, it jumps to $12500. I think it's safe for us to just charge $8500 and we can revisit in 2021 at this time if the usage has surpassed. I don't feel fair charging you the higher amount. Do you agree?

>>>> Please let me know and I can send you all the forms. I'm sure you'll be doing a ramp up as well through Q4 and I'm happy to grant access to the data for a "free" development period for a month or two, as well, until it goes intro production.

Thanks

Brandis

**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com

**From:** Konstantin Yurchenko <konstantin@retirementinsider.com>
**Sent:** Thursday, October 1, 2020 2:36 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Subject:** Re: FW: Index License - Retirement Insider

**WARNING - External email; exercise caution.**

Hi, Brandis, nice to hear from you! We are hoping to get about 10,000 users by then.

Regards,

Konstantin

On Tue, Sep 29, 2020 at 10:49 AM Brandis DeSimone <Brandis.DeSimone@nasdaq.com> wrote:

Hi Konstantin,

It's nice to be in touch and I'm looking forward to getting you set up here.

In order to get you the order form, I just need a general estimate of the total number of subscribers for the browser based terminal you anticipate by this time next year.

Thank you!

Brandis

**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com

**From:** Andrew Carpenter <acarpenter@intrinio.com>
**Sent:** Tuesday, September 29, 2020 12:56 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>; Megan Dias <mdias@intrinio.com>
**Cc:** Angie Abernathy <angie.abernathy@quodd.com>; gary.grochmal@quodd.com; Konstantin
Yurchenko <konstantin@retirementinsider.com>
**Subject:** Re: Index License - Retirement Insider

**WARNING - External email; exercise caution.**

Thanks Brandis,

This is the client, Portfolio Insider:

https://portfolioinsider.com/

They are a startup building a browser-based terminal for the non-professional market.

They want to put your index in a widget that would be visible to their paying customers
when they are logged in which gives them very good control over who sees the data.

Intrinio is going to connect them with QUODD who will deliver the data via API to Konstantin,
CTO of Retirement Insider, so they can build it into their application.

If you can send over the appropriate agreement and any questions you have for Konstantin I
can facilitate getting it back to you.

Keep your powder dry,

APP00123

Andrew Carpenter

Chief Operating Officer

INTRINIO

www.intrinio.com

| 600 First Avenue North, Suite 203 | m: +1 (727) 331-3416 |
| Saint Petersburg, Florida 33701 | e: acarpenter@intrinio.com |

---

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Tuesday, September 29, 2020 9:07 AM
**To:** Megan Dias <mdias@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Index License – Retirement Insider


Thanks both!

Hi Andrew – this should be pretty quick to get set up.  We just need to understand the use of the data etc so we can get the proper license in place.

Thank you!


**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com


**From:** Megan Dias <mdias@intrinio.com>
**Sent:** Tuesday, September 29, 2020 11:05 AM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Index License – Retirement Insider

APP00124

**WARNING - External email; exercise caution.**

Hey Brandis,

Pleasure to e-meet you, just taking the time to loop in Andrew Carpenter as he will be working on this and providing more info.

Thanks,

Megan

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Tuesday, September 29, 2020 10:50 AM
**To:** Megan Dias <mdias@intrinio.com>
**Subject:** RE: Index License – Retirement Insider

Hi Megan,

My name is Brandis and I represent Nasdaq's data business.

Do you mind looping in the client from Retirement Insider so we can get them set up?

Thanks!

**Brandis DeSimone**

Nasdaq

Direct: 212.231.5478

Mobile: 646.421.4846

brandis.desimone@nasdaq.com

**From:** Megan Dias <mdias@intrinio.com>
**Sent:** 25 September 2020 18:36
**To:** Nasdaq Global Information Services - Sales <DataSales@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>; Lucas Asher <asher@towertrade.com>; Konstantin Yurchenko <konstantin@retirementinsider.com>; Steele Barcomb <sbarcomb@intrinio.com>; Gary Grochmal <gary.grochmal@quodd.com>
**Subject:** Index License – Retirement Insider

**WARNING - External email; exercise caution.**

Hi there,

I'm reaching out on behalf of Retirement Insider LLC. My client is looking to obtain a display license for the Nasdaq Indexes that you

APP00125

provide.

The delivery will be through QUODD Financial Services.

Can you let us know the next best steps to get the process started and how much this will be?

Thank you,



<image002.png> mdias@intrinio.com

**Megan Dias**

Senior Sales Wizard

Sales | Intrinio

<image003.png> www.intrinio.com

<image004.png> 600 1st Ave. N. #203, St. Petersburg, FL, 33701

<image001.jpg>

<image005.png>

<image006.png> <image007.png>

Create Your Own Free Signature

Chat with me

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information. Personal data in this email is governed by our Privacy Policy at https://www.nasdaq.com/privacy-statement unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data. If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information. Personal data in this email is governed by our Privacy Policy at https://www.nasdaq.com/privacy-statement unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data. If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*****************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential
use of the intended recipient and may constitute non-public information. Personal data in this email is governed by our
Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in
the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms
govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in
reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and
promptly delete this message and its attachments from your computer system. We do not waive any work product or other
applicable legal privilege(s) by the transmission of this message.
*****************************************

--

Regards,

Konstantin

*****************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the
exclusive and confidential use of the intended recipient and may constitute non-public
information.  Personal data in this email is governed by our Privacy Policy at
https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the
section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for
circumstances where different privacy terms govern emailed personal data.  If you received
this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-
mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return
e-mail and promptly delete this message and its attachments from your computer system. We
do not waive any work product or other applicable legal privilege(s) by the transmission of this
message.
*****************************************

--
Regards,
Konstantin

*****************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and
confidential use of the intended recipient and may constitute non-public information.  Personal data in this
email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly
excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does
Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received
this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly
prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete
this message and its attachments from your computer system. We do not waive any work product or other
applicable legal privilege(s) by the transmission of this message.
*****************************************

--
Regards,

**APP00127**

APP00128

| | | | Order ID: | 1190 |
|---|---|---|---|---|

## Nasdaq

**Order Form**

| Effective Date | 10/19/20 | | Account No: | |
|---|---|---|---|---|
| Client/Distributor Name: | Portfolio Insider | | Dist ID: | |
| Client/Distributor Service Address: | 9465 Wilshire Boulevard | | Client/Distributor Contact: | Lucas Asher |
| | Beverly Hills          CA | | Phone: | 866-980-2909 |
| | 90212          USA | | Email: | corporate@portfolioinsider.com |
| Billing Address | | | Technical Contact: | Konstantin Yurchenko |
| | | | Technical Contact Phone: | 310-985-1035 |
| | | | Technical Contact Email: | konstantin@portfolioinsider.com |

| Product Family | Product Type | Product Tier | Details (Level of Service, Dissemination Frequency, Connection Type, etc.) | Price |
|---|---|---|---|---|
| Market Global Indexes | Global Index Data Service - External | Distributor Fee - Tier 2 < 10,000 Subscribers | delayed | $2,500 |
| NFN Data Service | Nasdaq Fund Network Data Service - External | NFN Real-time distribution for Internal and External Display use only Tier 4 up to 10000 | | $6,500 |

| Pricing | | |
|---|---|---|
| Total Monthly Fee: | | $9,000 |

| Contract Details | | | | | | |
|---|---|---|---|---|---|---|
| System Details | The service is only used for: [Internal or Internal/External use] | | | | | Internal/External |
| Provider/Additional Information | QUODD | | | | | |
| Trial Period | 0 | Days | Initial Term | 12 Months | Renewal Term | 12 Months | Cancel Notification Prior to Renewal Date | 90 Days |

**Nasdaq Global Data(GDA) / Nasdaq Canada Data Agreement (CDA) Additional Terms & Conditions**

Notwithstanding any other provision of the GDA or CDA (as applicable), Distributor shall have the right to terminate the Agreement at any point during the Trial Period upon advance written notice. In the event Distributor does not terminate during the Trial Period, this Nasdaq Order and all related terms shall continue through the Initial Term. Thereafter, the Order shall autorenew for the Renewal Term unless either Party provides written notice in accordance with the above. During the Initial Term or any Renewal Term, Distributor shall not have the right to terminate the Quote or GDA or CDA (as applicable) pursuant to Section 3.2 of the Summary to the GDA/CDA.

Notwithstanding Sections 5 and 22 of the GDA or CDA Terms and Conditions, Nasdaq shall not have the right to update the Prices during the Initial Term. The Price(s) detailed herein exclude Filed Exchange Fees which may apply to one or more of the Products and which shall remain subject to price updates in accordance with Sections 5 and 22 of the GDA or CDA Terms and Conditions. Filed Exchange Fees are outlined here: http://www.nasdaqtrader.com.

All fees are in USD unless otherwise explicitly stated.

Nasdaq is a distributor of the Nasdaq Stock Exchange data and has executed a Global Data Agreement and is subject to the same fees and conditions as any other data Distributor. See the Nasdaq rule book for further guidance.

| Signatures | Client Signature: | Client Name: | Client Date: |
|---|---|---|---|
| | | | |
| | Nasdaq Signature: | Nasdaq Name: | Nasdaq Date: |
| | | | |

**APP00129**

PortfolioInsider_00438_000920_native

To: Brandis DeSimone[Brandis.DeSimone@nasdaq.com]
Cc: Flavia Russo[frusso@intrinio.com]; Yates Sayers[ysayers@intrinio.com]; Connor McGrath[connor.mcgrath@quodd.com];
Gary Grochmal[gary.grochmal@quodd.com]
From: Andrew Carpenter[acarpenter@intrinio.com]
Sent: Thur 10/22/2020 3:20:51 PM (UTC-04:00)
Subject: Re: Nasdaq

**WARNING – External email; exercise caution.**
Connor,

I just got the confirmation from Lucas, CEO at Portfolio Insider, they want to start integrating the MFQS and GIDs, 15-min delay, immediately.

Can you get them access today and tomorrow so that their dev team can begin work Monday?

My team and I will coordinate with Brandis on the paper work.


Keep your powder dry,



Andrew Carpenter
Chief Operating Officer
INTRINIO
www.intrinio.com

600 First Avenue North, Suite 203     m: +1 (727) 331-3416
Saint Petersburg, Florida 33701        e: acarpenter@intrinio.com

---

From: Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
Sent: Thursday, October 22, 2020 10:33 AM
To: Andrew Carpenter <acarpenter@intrinio.com>
Cc: Flavia Russo <frusso@intrinio.com>; Yates Sayers <ysayers@intrinio.com>; Connor McGrath <connor.mcgrath@quodd.com>;
Gary Grochmal <gary.grochmal@quodd.com>
Subject: RE: Nasdaq

Okay cool –UTP falls under a different arm of Nasdaq (technically it's a government entity).  I can get you to the right folks if you need any help.
Let me know once you/the client is set with our paperwork and we'll get this wrapped up.
Thanks again!

Brandis DeSimone
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

From: Andrew Carpenter <acarpenter@intrinio.com>
Sent: Thursday, October 22, 2020 12:25 PM
To: Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
Cc: Flavia Russo <frusso@intrinio.com>; Yates Sayers <ysayers@intrinio.com>; Connor McGrath <connor.mcgrath@quodd.com>;
Gary Grochmal <gary.grochmal@quodd.com>

APP00130

PortfolioInsider_00439_000015_native

**WARNING - External email; exercise caution.**
No worries Brandis,

They need the UTP as part of the consolidated tape, which they want because it would include large block trades across exchanges. I will get that paperwork in this week.

Stay tuned...

Keep your powder dry,




Andrew Carpenter
Chief Operating Officer
INTRINIO
www.intrinio.com

| | |
|---|---|
| 600 First Avenue North, Suite 203 | m: +1 (727) 331-3416 |
| Saint Petersburg, Florida 33701 | e: acarpenter@intrinio.com |

---

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Thursday, October 22, 2020 10:10 AM
**To:** Andrew Carpenter <acarpenter@intrinio.com>
**Cc:** Flavia Russo <frusso@intrinio.com>; Yates Sayers <ysayers@intrinio.com>; Connor McGrath <connor.mcgrath@quodd.com>; Gary Grochmal <gary.grochmal@quodd.com>
**Subject:** RE: Nasdaq

As soon as we get the paperwork back, we can approve within 24 hours and QUODD can turn the data on.  Not a problem.  Again, I am required to say that it's for development only.
Do they need to use delayed UTP and could they use Nasdaq Basic instead (delayed) (this is a data feed of all US listed equities and ETFs but in one stream versus SIP (CTAA, UTP, CTAB)).  If they went with Basic instead for equity pricing, I could do the same – turn it on immediately.  For Basic there is only a $150/mo admin fee from Nasdaq since it's delayed.

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Andrew Carpenter <acarpenter@intrinio.com>
**Sent:** Thursday, October 22, 2020 12:05 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Flavia Russo <frusso@intrinio.com>; Yates Sayers <ysayers@intrinio.com>; Connor McGrath <connor.mcgrath@quodd.com>; Gary Grochmal <gary.grochmal@quodd.com>
**Subject:** Re: Nasdaq


**WARNING - External email; exercise caution.**
Brandis,

I copied the QUODD team so they can see that we are ok to deliver the mutual fund NAVs and BIDS so long as Portfolio Insider commits to buying them. That integration grace period through December so we can navigate the exchange agreements is a HUGE help.

In addition to those datasets, we are in the process of helping them submit their paperwork for NASDAQ's UTP with a 15-min delay. Do you have the authority to let us give them access to that on an internal basis while that paperwork is in progress?

Keep your powder dry,

Andrew Carpenter
Chief Operating Officer
INTRINIO
www.intrinio.com

600 First Avenue North, Suite 203     m: +1 (727) 331-3416
Saint Petersburg, Florida 33701        e: acarpenter@intrinio.com

---

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Thursday, October 22, 2020 8:55 AM
**To:** Andrew Carpenter <acarpenter@intrinio.com>
**Cc:** Flavia Russo <frusso@intrinio.com>; Yates Sayers <ysayers@intrinio.com>
**Subject:** RE: Nasdaq

I'm completely comfortable allowing QUODD to have access to the data for Portfolio Insider immediately and not billing until December.  That gives you ~45 days to essentially have the data for free. This is under the mutual understanding that if the data does get used in production (client facing) before December you'd let me know, because then it's fee-liable.

Brandis DeSimone
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Andrew Carpenter <acarpenter@intrinio.com>
**Sent:** Thursday, October 22, 2020 10:31 AM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Flavia Russo <frusso@intrinio.com>; Yates Sayers <ysayers@intrinio.com>
**Subject:** Re: Nasdaq

**WARNING – External email; exercise caution.**
Thanks Brandis,

I am waiting to hear back from them on when they want this integrated- I'm going to be out next week so I've copied some of my team. I believe we are going to want to get the paperwork for the mutual funds and indices in place by next week.

I will know more later today.

APP00132

PortfolioInsider_00439_000017_native

Keep your powder dry,




Andrew Carpenter
Chief Operating Officer
INTRINIO
www.intrinio.com

600 First Avenue North, Suite 203        m: +1 (727) 331-3416
Saint Petersburg, Florida 33701          e: acarpenter@intrinio.com

---

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Thursday, October 22, 2020 6:19 AM
**To:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Nasdaq

Hi Andrew,
I'm going to be out of office tomorrow.  Is there anything else you need from me today before Monday?
Thanks,
Brandis


**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com


**From:** Brandis DeSimone
**Sent:** Monday, October 19, 2020 3:41 PM
**To:** 'Andrew Carpenter' <acarpenter@intrinio.com>
**Subject:** Nasdaq

Hi Andrew:
Here are the docs we need filled out for Portfolio Insider.
1) We require all new data firms to sign our Global Data Agreement.  This cannot be edited (the form itself is filed with the SEC).  It can be signed directly via the link and just needs to be sent back to me.
2) Data Feed Request (DFR) which is available here.  This is essentially an online food menu of products, which does not require signature and is done entirely online.
   For the DFR, here are a few tips to help:
   - Check "new Nasdaq customer"
   - Distributor Name/Firm Name is: Portfolio Insider
   - Under "Billing Information" – your US Account#  - leave blank
   - Under "Data Feed Information":
     - The Data Provider is: QUODD
     - Leave "Account Number or Datafeed Location with Datafeed Provider" blank unless you happen to know their account # with QUODD
     - Associated System Name: this is whatever they call the system that will be taking in the data (the application name)
     - Start date: Date you fill out the DFR

PortfolioInsider_00439_000018_native

**APP00133**

- Timing: Real Time
- Source: production
- Additional Email Addresses: anyone at your firm or at Quodd or Portfolio Insider that should be on our approval email
- In comments please write: Working with Brandis DeSimone. GIDS delayed; NFN Real Time
- Skip over Connectivity
- At Products: Please follow the check boxes:
  1) US products ->Global Index Data->Global Index Data Service->GIDS Global Index Data Service 2.0
  2) US products ->Nasdaq Fund Network->NFN/Fata Service->NFN-Data Service
3) Order Form – attached.  I can docusign for you as well if that is easier.

Best,
Brandis

Brandis DeSimone
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at  https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in

**APP00134**

the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*********************************************

PortfolioInsider_00439_000020_native

**To:** Case Asher[Oliver.Albers@nasdaq.com]
**Cc:** cc@portfolioinsider.com[cc@portfolioinsider.com]; kd@portfolioinsider.com[kd@portfolioinsider.com]; Jeff Kimsey[Jeff.Kimsey@nasdaq.com]; William Dague[bill.dague@nasdaq.com]; Brandis DeSimone[Brandis.DeSimone@nasdaq.com]; Brandon Tepper[Brandon.Tepper@nasdaq.com]
**Bcc:** brakem@nasdaq.mail.onmicrosoft.com[brakem@nasdaq.mail.onmicrosoft.com]
**From:** Corporate Headquarters[corporate@portfolioinsider.com]
**Sent:** Thur 5/6/2021 3:13:01 PM (UTC-04:00)
**Subject:** Re: Thank You

**WARNING - External email; exercise caution.**

Oliver, Bill, Jeff, & Brandon,

We appreciate you generously taking time to speak with clients and discover common ground.

Our recent call demonstrates why Nasdaq is leading the data revolution.

  - I wrote Brandis today about setting up a call to purchase all the data on the demo.

  - We are nearly finished coding our core infrastructure on top of the Nasdaq data, from there, (in about a month) we would love to explore potential innovations to expand the TAM.

There's a multi billion dollar financial data opportunity in building solutions for the underserved segments of the market.

These include all the retail investors who can't afford factset refinitive etc, also, the 26,000+ RIA's, and the insane amount of oncoming demand for on-chain analytics.

All of these underserved investment communities would buy Nasdaq data if it was intelligently packaged ( in a metered architecture)  similar to AWS or Snowflake etc...

On our side, we are adding to our team some of the top engineering minds from Google, Verizon and Facebook to our ranks, we think a fresh perspective could be an added benefit to your objectives.

When the time is right, let's explore ways to expand the partnership.

Asher
txt 310-569-1882
---
*Portfolio Insider*
Corporate@PortfolioInsider.com

# Portfolio Insider

*(866) 980-2909*
*support@portfolioinsider.com*

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

Asher, Carlos, and Kyle,

Thank you for spending time with us yesterday and for sharing more about Portfolio Insider.  I hope we can keep the partnership conversation open and that we can continue to find ways to work together in a more synergistic way.  Our goals are aligned – like you, we also want data to be accessible, affordable and easily digestible.

We owe you a few follow-ups and will be in touch shortly.  Again - congrats on all your success and please reach out to me directly if there is anything I can do for you.

All the Best,

Oliver


**Oliver Albers**

Global Head of Data
Investment Intelligence

 Nasdaq

| | |
|---|---|
| Desk | + 1 301 978 5301 |
| Mobile | + 1 703 864 5278 |
| Email | alberso@nasdaq.com |

   

rewritetomorrow.com

To:     Yates Sayers[ysayers@intrinio.com]
Cc:     Andrew Carpenter[acarpenter@intrinio.com]
From:  Brandis DeSimone[Brandis.DeSimone@nasdaq.com]
Sent:   Tue 12/15/2020 9:00:04 AM (UTC-05:00)
Subject: RE: Dark Pool Data From Tape?

Perfect – please let me know if you have any other questions.
Are they doing okay now with the dark pool stuff?  Did Quodd get the fix in yesterday?

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com


**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Monday, December 14, 2020 7:35 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Thanks Brandis! Incredibly helpful.

I've recommended they use the exact questions on page two of that document you sent over. Looks pretty simple to report every month. I'll help make sure they're on that going forward.

Thanks again!

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203    m: +1 (727) 475-1295
Saint Petersburg, Florida 33701     e: ysayers@intrinio.com


**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Monday, December 14, 2020 4:56 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

KK – a few things.
1) We are okay with the use case that you provided below.  Please remind Lucas that he is responsible for making sure that he reports all clients with real time.
2) All we need to know from you/Portfolio Insider is the TOTAL # of users for the real time.  It's Portfolio Insider's responsibility to determine who is a pro and who is a non-pro – that's on them. They could use something like page 2 here to build out their click-through when a new user signs up.
3) At the end of every month, we are going to ask Portfolio Insider to report usage.  We need the total number of pros, and total number of non-pros in that given month.  If a user logs in one time on Jan 5th and sees real time, and never logs in again, they still count for January and need to be reported.
    a.  Intrinio/Portfolio Insider will report usage via an online web portal called NORA.  It's not set up yet because you haven't been using real time for a full month, but it will look like the snap shot below.  The client sample below only has professional users.  However, Portfolio Insider will have both pros and

**APP00138**

nonpros, so there will be six reports for Portfolio Insider?

    i.  Pro:
1. Nasdaq Basic for NYSE (Tape A) Professional Subscriber Fee – cost is $6.50
2. Nasdaq Basic Professional Subscriber Fee – cost is $13
3. Nasdaq Basic for NYSE MKT Professional subscriber Fee - cost is $6.50

**all three reports should always have the same number, as the feed is stitched together**
An example would be if they had 20 professionals, they would report 20 for each above and therefore would be charged $26*20

    ii.  Non - Pro:
1. Nasdaq Basic for NYSE (Tape A) Non-Professional Subscriber Fee –cost is .25
2. Nasdaq Basic Non Professional Subscriber Fee – cost is .50
3. Nasdaq Basic for NYSE MKT Non Professional Subscriber Fee cost is .25

**all three reports should always have the same number, as the feed is stitched together**
An example would be if they had 500 non -professionals, they would report 500 for each above and therefore would be charged $1.00*500



This is a lot – I know.  But we do not require their information – just the total number.
I'll let you digest and let me know what you think.

Thanks,
Brandis

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Monday, December 14, 2020 4:39 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

PortfolioInsider_00439_001345_native

WARNING - External email; exercise caution.

Hi Brandis,

I have not. If you don't mind sending a screenshot or demo account I can just play around with that would be terrific.

Thank you!

**Yates Sayers**
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203     m: +1 (727) 475-1295
Saint Petersburg, Florida 33701        e: ysayers@intrinio.com

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Monday, December 14, 2020 4:33 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

Hi Yates,
Have you see a NORA screen yet?  If not I can send.
Let me know.
Thanks,
Brandis

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Monday, December 14, 2020 4:10 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Thanks Brandis!

If you can let me know too on any specific info they need to report on for each individual user (email, location, name, etc.) I will coordinate with them. They apparently have 500 users ready to upgrade to real-time, so I want to make sure I have them classify each correctly, and collect all necessary information for each for reporting purposes.

Thanks again,

**Yates Sayers**
Vice President, Sales
Intrinio

intrinio.com

**APP00140**

PortfolioInsider_00439_001346_native

600 First Avenue North, Suite 203    m: +1 (727) 475-1295
Saint Petersburg, Florida 33701      e: ysayers@intrinio.com

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Monday, December 14, 2020 3:36 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

Hey Yates,
Sorry for the delay — been a surprisingly busy day here.
99% sure this is okay but let me run it by someone to check..back to you shortly.
Thanks!

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Sunday, December 13, 2020 1:50 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Hi Brandis,

No need to get back on this today.

Following up on my last email and have another quick question for you.

It sounds like Portfolio Insider would like to take in and store your real-time Nasdaq Basic feed in their own database, and delay it by 15 minutes on their end. New users would default to see the 15-minute delayed prices, and would have to upgrade their account to view the true real-time data.

They are currently licensed for "external redistribution". If they are storing the real-time pricing data in their own database and manipulating it to create their own 15-minute delayed stream, are there any additional fees associated with doing that? Wasn't sure if the internal redistribution fee and/or the derived data fee might apply here.

Thanks for the help,

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203    m: +1 (727) 475-1295
Saint Petersburg, Florida 33701      e: ysayers@intrinio.com

**From:** Yates Sayers
**Sent:** Thursday, December 10, 2020 1:45 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>

**APP00141**

PortfolioInsider_00439_001347_native

**Subject:** RE: Dark Pool Data From Tape?

Wow I'm so sorry to hear. Praying for Michael and his family. Goes without saying we'll put that on the backburner.

Thanks for the quick reply on the DFR. I spoke with Lucas, and it sounds like he has 500 customers ready to begin consuming the real-time data. I want to make sure we nail the user classification and reporting for you. So:

1. From your previous email: *"We have many examples of language for user click-throughs they could offer their users at initial sign-up with language if they need help. Therefore the user clicks through some questions and is qualified based on the questions and what they disclose."*. Can you please send over one of those examples you referenced? He is also accessing S&P and Dow Jones indices from the CME. They require the below language/criteria to classify each user. Would using the exact language below work for you as well? Would be great to line these up/knock them out in a single signup flow if possible:

*14.1 Retail Subscriber Fees apply only where a Subscriber meets the following criteria:*
*(a) is an individual, natural person;*
*(b) is not a member, or holder or lessee of any type of membership of any exchange;*
*(c) is not registered or qualified as a professional trader or investment adviser with any stock, commodities or futures exchange or contract market, or with any financial regulatory authority; and*
*(d) is not acting on behalf of an institution that engages in brokerage, banking, investment, or financial activities.*
*(e) Use of Information by Subscriber must:*
 *1) be solely for the Retail Subscriber's personal or private use;*
 *2) be limited to managing the Retail Subscriber's own assets; and*
 *3) not be used in connection with the management of any assets of any third party in any capacity.*

*14.2 Retail Subscriber with Trading Fees apply where in addition to the above, the Retail Subscriber has an active brokerage/trading account with the Licensee for the Service in which the Information is displayed.*

*14.3 Licensee must report Devices that qualify for Retail Subscriber with Trading Fees on an aggregated total Device per month basis. No Subscriber level reporting is required.*

*14.4 Licensee warrants that those Subscribers reported to S&P DJI as Retail Subscribers meet the conditions of section 14.1 of this Schedule and Subscribers reported*

2. When they report their users on a monthly basis, is there any specific info/items you need for each user? Like name, email, phone number, address, etc.? Want to make sure they begin capturing any and all user level data you require early on.

Thanks again,

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203    m: +1 (727) 475-1295
Saint Petersburg, Florida 33701    e: ysayers@intrinio.com

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Thursday, December 10, 2020 1:28 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

Thanks perfect. I also owe you a response to the deeper partnership email – which I really appreciate, by the way. The short answer is yes we definitely want to do something. The longer answer is, Michael Markes is having a bit of a family emergency. Between us, his wife is in the hospital after a relatively serious car accident and he's offline right now. He

APP00142

can't see her because of Covid, which only makes it harder. I just want to make sure we don't leave him out, in lieu of what's all going on.

Thanks again!!

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Thursday, December 10, 2020 1:24 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Hi Brandis,

Thanks for these detailed notes. That was incredibly easy.

I just submitted the DFR on PI's behalf. Let me know if I missed anything/need to redo anything.

Thanks again,

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203      m: +1 (727) 475-1295
Saint Petersburg, Florida 33701        e: ysayers@intrinio.com

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Monday, December 7, 2020 1:51 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

Here is help with the DFR.  Takes us about 24 hours to process and then we will send an approval email to everyone that you include in #4h below.
It's best to open a new window and keep my notes open as well while filling out the form.

Please click here: http://www.nasdaqtrader.com/Trader.aspx?id=DataFeedAppReqForm

Tips for filling out the DFR:

1) Click the circle for "existing Nasdaq Customer"
2) Distributor name/firm name is: Portfolio Insider
3) Under: Billing Information" – Leave all this blank – we haven't billed them yet so they don't have a # yet
4) Under: data Feed Information:
    a. Provider is: Quodd
    b. Service Start Data: today
    c. Account Number or Datafeed Location with Datafeed Provider: this is their account # with Quodd (only if you know

PortfolioInsider_00439_001349_native                                              APP00143

       ~~it, otherwise leave blank~~

    d.   Associate System Name: Portfolio Insider
    e.   Office ID: leave blank
    f.   Datafeed Timing: real time
    g.   Datafeed Source Type: Production
    h.   Additional Email Addresses: everyone at Portfolio Insider/Quodd/Intrinio that needs to be on the approval.  Last time you had: ysayers@intrinio.com; acarpenter@intrinio.com; frusso@intrinio.com; corporate@portfolioinsider.com; gary.grochmal@quodd.com; connor.mcgrath@quodd.com
    i.   Comments: Already taking Nasdaq Basic with NLS Plus delayed – please move to real time.  Brandis DeSimone is our contact.

5)  Connectivity Options: leave all blank
6)  Products: click as below:
    a.   US products ->US Equities -> Nasdaq Equities ->Nasdaq Basic ->Nasdaq Basic with NLS Plus

That should do it!  Please let me know once submitted.

Thanks,
Brandis

**Brandis DeSimone**
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Monday, December 7, 2020 12:44 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Just to confirm, the admin fees would be a total of $300/month for accessing both the delayed NB and real-time NB? Or, would both be in play, making it $450/month in admin fees?

Roger on the NORA requirements. That's perfect. If you don't mind sending over instructions for the DFR I can get started on that.

Thanks again,

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203     m: +1 (727) 475-1295
Saint Petersburg, Florida 33701      e: ysayers@intrinio.com

**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Monday, December 7, 2020 12:26 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

The admin fees would change to $300.  Basic is comprised of three exchanges: Nasdaq, BX, PSX. To explain more clearly

— for the admin fees. It's $50 per exchange for delayed (so $50 x 3), $100 per exchange for real-time (so $100 x 3)

As for NORA reporting for Pro/Non-Pro: we leave it up to PI to do due diligence on their end and, if audited, to present how they classified their users as a pro or non-pro.  We have many examples of language for user click-throughs they could offer their users at initial sign-up with language if they need help.  Therefore the user clicks through some questions and is qualified based on the questions and what they disclose.


Brandis DeSimone
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Monday, December 7, 2020 12:06 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Hi Brandis,

Thanks for the detailed reply! Incredibly helpful.

Would that $2,000/month for the real-time NB remove the $150/month admin fee they are currently paying for delayed NB? Or would they need to continue paying that separate fee for the delayed data as well? They'll want to continue utilizing both.

For the NORA, they'll need to report whether an individual is a professional or non-pro. Does that mean that each of their end users viewing the real-time data will need to complete a specific Nasdaq form to classify/record them? Or do you leave it up to PI to do due diligence on their end and, if audited, to present how they classified their users as a pro or non-pro? Just want to make sure these guys are doing it by the books.

Thanks again!

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203     m: +1 (727) 475-1295
Saint Petersburg, Florida 33701        e: ysayers@intrinio.com


**From:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Sent:** Monday, December 7, 2020 9:26 AM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** RE: Dark Pool Data From Tape?

Hi there, morning guys.

1) **Identifying Dark Pool trades:** The links that Lucas sent led me to two separate sites that displayed options data, but he's asking about "off exchange equity trading – aka: dark pools".  I'm going to ignore the links, but if he wants the options datad, we have it in a product called Smart Options, so let me know.

**APP00145**

Assuming he wants to read the tape to find out the location of the trade (on exchange or dark pool) then yes, he can get this on Nasdaq Basic – it's quite simple. Right now he is approved for the delayed feed via Quodd. When his engineers are reading the feed, the Exchange Code is D, and there is a Sub Market Center ID to attribute the trade report back to TRF Nasdaq or TRF Chicago. Anything with a subcode for "TRF Nasdaq" or "TRF Chicago" means that the trade did NOT happen on an exchange and happened in the dark. Happy to talk to his team if they need help. As a rule of thumb, about 30-40% of a corporate listing's trading occurs off-exchange (aka dark pool).

2) **Adding Nasdaq Basic in Real Time**: This is a common request and something that Lucas and I spoke about. Right now, Portfolio Insider is approved for delayed Basic. This means instead of seeing the feed from 930AM-4PM, they see the feed with a 15 min lag. They only pay admin fees for this, and they do not need to report users.

*To add Nasdaq Basic real time:*
1) We will need Portfolio Insider to resubmit a DFR asking to now have this in real time. This is very easy and I can walk you through how to do this on their behalf over email. It should take you 3 minutes.
2) Pricing. Nasdaq Basic (the proper name for it is 'Nasdaq Basic with NLS Plus') has a fee of $2k/mo for external distribution. This is regulated (non-negotiable) and posted here. Portfolio Insider will need to make sure they can control these users, meaning they must be able to control access (user name and password, I assume), and also count them on a monthly basis. We will set up Portfolio Insider with access to a system called NORA where each month, they must report back to us the total # of real time users for that month. Professionals are $26/mo, and non-professionals are $1. Please note that if a user gets the data 1 time or 500 times a month, they are still liable to pay the monthly fee.
3) Please note that Basic would replace the idea of using SIP (CTA and UTP) data for your real time users. The cost to use SIP would be ~$9k/mo and 3x the cost of the per user fee.

I think that covers it – I'm around all day/week so let me know what else you need.

Thanks!


Brandis DeSimone
Nasdaq
Direct: 212.231.5478
Mobile: 646.421.4846
brandis.desimone@nasdaq.com

**From:** Yates Sayers <ysayers@intrinio.com>
**Sent:** Sunday, December 6, 2020 1:29 PM
**To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>
**Subject:** FW: Dark Pool Data From Tape?

**WARNING - External email; exercise caution.**
Hi Brandis,

Hope you're having a nice weekend!

Do you mind helping me with responses to Lucas' two questions below?

For 1, I'm planning on asking QUODD as well, but figured I'd check with you to see if you have any recommendations. Any advice/insight would be much appreciated.

APP00146

For 2, I think this is pretty straight forward. They'd pay an additional flat fee for real-time access (while maintaining their separate delayed access) and each individual viewing your real-time data would need to be recorded, classified, and reported to you appropriately.

If you can send over the additional fees, information, and paperwork that Lucas (...we) need to sign for this I can get it rolling.

Thanks again for all the help,

Yates Sayers
Vice President, Sales
Intrinio

intrinio.com

600 First Avenue North, Suite 203     m: +1 (727) 475-1295
Saint Petersburg, Florida 33701       e: ysayers@intrinio.com


**From:** Corporate Headquarters <corporate@portfolioinsider.com>
**Sent:** Saturday, December 5, 2020 6:02 PM
**To:** Yates Sayers <ysayers@intrinio.com>
**Cc:** Andrew Carpenter <acarpenter@intrinio.com>; Marketing Department <cc@portfolioinsider.com>; Kyle Portfolio Insider <kd@portfolioinsider.com>; Konstantin Yurchenko <konstantin@portfolioinsider.com>
**Subject:** Dark Pool Data From Tape?

Yates and Andrew,           .

I think we are going to launch our new service on Monday with the new UI and data.

I have two outstanding issues that are critical to us adding scale to our long term relationship.

1. Andrew did a lot of research for me on ATS "Dark Pool" data. That led us to our current NASDAQ relationship. I need a summary of how our developers can read the tape and build an algo for showing ATS/dark pool data.

E.G.
https://www.cheddarflow.com/

https://flowalgo.com/


2. Assuming I want to "turn on" real time NASDAQ data with QUODD for a limited amount of users. What is that process like? I want to start with the smallest amount of users contractually possible so we can start a sandbox to develop our front end.

Thanks,


--

Asher, Ext 777
--
*Portfolio Insider*
Corporate@PortfolioInsider.com

# Portfolio Insider

*(866) 980-2909*
support@portfolioinsider.com

All investment strategies and investments involve risk of loss. Nothing contained in this website should be construed as investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.

CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.

APP00148

| To: | Brandis DeSimone[Brandis.DeSimone@Nasdaq.com] |
|---|---|
| Cc: | Tony Portfolio Insider[tony@portfolioinsider.com]; Kyle Portfolio Insider[kd@portfolioinsider.com]; Marketing Department[cc@portfolioinsider.com] |
| Bcc: | brakem@nasdaq.mail.onmicrosoft.com[brakem@nasdaq.mail.onmicrosoft.com] |
| From: | Corporate Headquarters[corporate@portfolioinsider.com] |
| Sent: | Mon 1/25/2021 1:35:15 PM (UTC-05:00) |
| Subject: | Brandis: Nasdaq invoice and John |

**WARNING - External email; exercise caution.**

Hi Brandis,

Confirming our accounting dept put NASDAQ on auto pay and got the invoice taken care of.

Secondly, We are very close to launching our ATS "Dark Pool" application and Tony has not been able to ask John a final remaining question.

Can you please patch Tony and John together today? It's super important, Thank you!

--

Asher, Ext 777

--

*Portfolio Insider*
Corporate@PortfolioInsider.com

# Portfolio Insider

*(866) 980-2909*
*support@portfolioinsider.com*

All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.

CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.

To: Emilija Kuleša[Emilija.Kulesa@nasdaq.com]
From: Corporate Headquarters[corporate@portfolioinsider.com]
Sent: Tue 1/26/2021 10:26:31 AM (UTC-05:00)
Subject: Re: TALENT WRITERS, LLC/ Request for remittance information

**WARNING – External email; exercise caution.**
Yes, "Portfolio Insider "


*Sent from cell*

Asher
Corporate@PortfolioInsider.com

**"An investment bank in your pocket!"**

*The information contained in this e-mail is confidential, may be privileged and is intended solely for the use of the intended recipient. If the reader of this message is not an intended recipient, then you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify and delete the original message and all attachments from your system.*


On Jan 26, 2021, at 4:34 AM, Emilija Kuleša <Emilija.Kulesa@nasdaq.com> wrote:


Good morning,

Hope this email finds you well.

On 01/25/2021, we received a payment from TALENT WRITERS, LLC. No related remittance advice was provided, though we suspect it may be related to account 100567317 Portfolio Insider.

Kindly confirm if this is the case. Thank you!

Best Regards,

Emilija Kuleša
Accounts Receivable Student-Worker

<image001.png>


| Email | Emilija.Kulesa@nasdaq.com |
| Address | Konstitucijos pr. 29, Vilnius |

<image002.png><image003.png><image004.png><image005.png><image006.png>


rewritetomorrow.com

*******************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information. Personal data in this ...Privacy Policy ...://www.nasdaq.com/privacy-statement unless...

excluded from it, please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*******************************************

PortfolioInsider_00440_000247_native

**To:**    Brandis DeSimone[Brandis.DeSimone@nasdaq.com]
**Cc:**    Tony Portfolio Insider[tony@portfolioinsider.com]; Marketing Department[cc@portfolioinsider.com]; Kyle Portfolio Insider[kd@portfolioinsider.com]
**Bcc:**    brakem@nasdaq.mail.onmicrosoft.com[brakem@nasdaq.mail.onmicrosoft.com]
**From:**    Corporate Headquarters[corporate@portfolioinsider.com]
**Sent:**    Mon 1/25/2021 5:43:45 PM (UTC-05:00)
**Subject:**    Re: NASDAQ > QUODD

**WARNING - External email; exercise caution.**
Please send a trial agreement.
We are customers of OPRA, please feel free to engage with them if you have further questions. The relationship is about 1 week old.
Thanks!

On Mon, Jan 25, 2021 at 2:38 PM Brandis DeSimone <Brandis.DeSimone@nasdaq.com> wrote:

> Hi guys –
>
> Sure – let's have you guys try it first, no need to have you pay for something unless we are absolutely sure it works better for you.
>
> I need to send you over a trial agreement – I can do this later tonight.  Does someone on your sided have your OPRA approval on hand and can forward me the email?  Not critical (we can ask OPRA) but would be quicker.
>
> Thanks!
>
>
> **Brandis DeSimone**
>
> Nasdaq
>
> Direct: 212.231.5478
>
> Mobile: 646.421.4846
>
> brandis.desimone@nasdaq.com
>
>
>
> **From:** Corporate Headquarters <corporate@portfolioinsider.com>
> **Sent:** Monday, January 25, 2021 5:16 PM
> **To:** Brandis DeSimone <Brandis.DeSimone@nasdaq.com>
> **Cc:** Tony Portfolio Insider <tony@portfolioinsider.com>; Marketing Department <cc@portfolioinsider.com>; Kyle Portfolio Insider <kd@portfolioinsider.com>
> **Subject:** NASDAQ > QUODD
>
>
>
> **WARNING - External email; exercise caution.**
>
>
> Hi Brandis,
>
>
>
> After working with the QUODD options data tape (and in discussions with John,) we have determined APP00152

PortfolioInsider_00440_000191_native

time granularity offered by QUODD isn't exact enough to accurately determine smart money movements such as Sweeps and Block trades even with the inclusion of the Exchange Sequence number.

We would be open to exploring the NASDAQ alternative solution...

We are hoping the NASDAQ tape will be a better solution if your time granularity goes much finer unto the nanosecond.

Of particular interest is also the flags you offer to identify sweeps immediately (doesn't cover every sweep case).

It's our understanding that you had mentioned our lead dev Tony (on CC) would be able to test your options tape program first before purchasing the contract?

Please let us know, we hope to be great long term customers of yours.

--

Asher, Ext 777

--

*Portfolio Insider*

Corporate@PortfolioInsider.com

# Portfolio Insider

*(866) 980-2909*

*support@portfolioinsider.com*

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use*

PortfolioInsider_00440_000192_native

**APP00153**

of the individual or entity to whom it is addressed. If you are not the intended recipient of the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.

**To:** corporate@portfolioinsider.com[corporate@portfolioinsider.com]
**Cc:** Brandis DeSimone[Brandis.DeSimone@nasdaq.com]; Diop Wallace[Diop.Wallace@nasdaq.com]; Jessica Savage[Jessica.Savage@nasdaq.com]
**From:** Jenna Spille[Jenna.Spille@nasdaq.com]
**Sent:** Tue 1/26/2021 6:27:38 PM (UTC-05:00)
**Subject:** Welcome to Nasdaq Cloud Data Services



Lucas Asher,

Welcome to the Nasdaq Cloud environment!

Below, please find your log-in credentials for Nasdaq Cloud Data Services (NCDS), as well as helpful documents to get you started.
As a reminder, through NCDS, you are currently entitled for access to Nasdaq Smart Options NBBO & Trades.
Let's keep the conversation going – we're here to help throughout the onboarding process! If you need any assistance, please email us at CloudDataService@nasdaq.com and include your Nasdaq point of contact.

Here is your login information:
- Client ID= portfolioinsider-corporate
- Client Secret= d34d2d5e-c56f-4bfe-8c5d-18e615998a74
- Token Endpoint= https://clouddataservice.auth.nasdaq.com/auth/realms/pro-realm/protocol/openid-connect/token
- Bootstrap Servers= clouddataservice.broker.bootstrap.nasdaq.com:9094


Onboarding Links:
SDK: https://github.com/Nasdaq/CloudDataService
Data Spec: http://nasdaqtrader.com/content/technicalsupport/specifications/dataproducts/NCDSSmartOptions.pdf
FAQ: http://nasdaqtrader.com/Content/TechnicalSupport/FAQs/NCDS.pdf

**We recommend bookmarking the FAQ as we update it frequently with the feedback we receive from our growing NCDS community.*


Featured Benefits

PortfolioInsider_00440_000366_native



**MODERN DELIVERY**



**FLEXIBLE**

All the best,

Jenna Spille
Market Data Services Analyst

 Nasdaq

Mobile    + 1 301 273 5128
Email     jenna.spille@nasdaq.com

PortfolioInsider_00440_000367_native

**APP00156**

# EXHIBIT 5

APP00157

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/l/da METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/l/da LUCAS ASHER a/l/da LUKE ASHER, and SIMON BATASHVILI,<br><br>Defendants,<br><br>TOWER EQUITY, LLC,<br><br>Relief Defendant. | § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO.<br>3:20-CV-2910-L |

## DECLARATION OF RECEIVER KELLY M. CRAWFORD

My name is Kelly M. Crawford, I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1.     I am the Receiver appointed by the Court pursuant to an *Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief (the "SRO")* entered on September 22, 2020 in the case styled above and I have personal knowledge of each of the facts stated below.

2.     Pursuant to the *SRO* and other Orders entered by the Court, I am authorized to take possession of certain documents and records regarding the Defendants, Relief Defendants, and the entities they own or control.   Each of the documents and records attached to my declaration were

**EXHIBIT**
**5**
tabbies

**APP00158**

obtained by me pursuant to my duties as Receiver under the *SRO* and I am the custodian of such documents.[1]  The documents and records were maintained in the regular course of business and it was the regular practice for these records and documents to be made.  The content of the documents was recorded at or near the event described therein and was made by a person with knowledge of the information contained in the records.

3.      When I took possession and control of the primary office of the Defendants and Relief Defendant at 8383 Wilshire Blvd, Beverly Hills, California, I found and took possession of the corporate book for Retirement Insider, LLC.  Attached hereto as **Exhibit A** is a true and correct copy of the *Certificate of Organization* for Retirement Insider, LLC, taken from the corporate book for Retirement Insider, LLC,  which shows that it was formed on October 10, 2018.  I also found within the corporate book for Retirement Insider, LLC, the *Consent to Action Without a Meeting of the Members of Retirement Insider, LLC* in which Defendant Lucas Asher is appointed Manager of Retirement Insider, LLC.    A true and correct copy of the *Consent to Action Without a Meeting of the Members of Retirement Insider, LLC* is attached hereto as **Exhibit B.**

4.      On November 5, 2020, I took the deposition of Defendant Lucas Asher.  Attached hereto as **Exhibit C** are true and correct excerpts from the transcript of such deposition.

5.      As part of my duties as Receiver, I obtained the bank records of the Defendants, Relief Defendant, and the other entities in receivership.  I retained an accounting firm Brandlin & Associates in Los Angles, California to perform a forensic accounting of the bank records to determine the monies received and the distribution of the monies received.  According to the forensic accounting, monies received by the Defendants from the sale of metals to investors was

---

[1] *Warfield v. Byron*, 436 F.3d 551, 559 (5th Cir. 2006)("the Receiver qualified as RDI's record custodian").

used, in part, to finance Relief Defendant Tower Equity, LLC ("Tower").  Tower also issued a private placement memorandum and solicited funds from investors in exchange for collateralized notes.  Tower used the monies from metal sales and from investors, in part, to invest in real estate, equities, and fund the start-up of Retirement Insider.  The monies from the sales of metals were commingled with Tower and with Retirement Insider.  Defendant Asher, from time to time, held himself out to third parties as the Chief Executive Officer of "Tower Trade".

6.     According to my research of the records of the entities in receivership, I determined the following persons were employed by Retirement Insider to develop a financial information product to be sold to investors who invested in publicly traded securities:

> Konstantin Yurchenko, employed as Chief Technology Officer
>
> Gwen Thomas, as Marketing Officer
>
> Anthony Peterson

I believe other persons were also employed to work on Retirement Insider.  Jennifer Hacker was given the title of Marketing Director for Retirement Insider and worked on the Retirement Insider products, but was technically employed by First American Estate & Trust.  Attached hereto as **Exhibit D** are true and correct copies of the documents I recovered that form the basis for my determination of the foregoing.

7.     As part of my investigation of the records of the entities in receivership I discovered that Chris Daigle, a consultant with Foxwood Family, LLC, was retained by the entities in receivership to provide assistance with metals.com and advice regarding Retirement Insider.  Mr. Daigle was given the title "Vice President of Business Development for Retirement Insider".  A true and correct copy of the documents of which I am custodian that form the basis for my findings are attached hereto as **Exhibit E** .  Through the forensic accounting I had

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**                    **Page 3**

**APP00160**

conducted of the bank records of the entities in receivership, I traced more than $133,000 of commingled investor funds that were paid to Foxwood Family, LLC for Chris Daigle's consulting services.

8.        Based upon my investigation, Mr. Daigle assisted Defendants Asher and Simon retain Intrinio, a third party, to provide the data feed of securities sales to Retirement Insider to include in the financial services product to be sold.  On August 3, 2021, I sent a letter to Intrinio attaching a copy of the relevant orders and Intrinio invoices for approximately $140,000, and requested Intrinio to identify the goods and services provided in exchange for any monies received from the Defendants or Relief Defendant.  Intrinio provided documents in response and indicated that they received payments of $28,923 from the receivership entities prior to the receivership.  A true and correct copy of my letter to Intrinio (except for the relevant Orders that were attached to the letter) and the documents I received from Intrinio in response to my letter, of which I am custodian, and that form the basis for my findings, are attached hereto as **Exhibit F** As shown on the schedule produced by Intrinio and attached as Exhibit F, the contract between Retirement Insider and Intrinio entered into in July, 2020, was assigned a contract number by Intrinio (contract number 7857) and that contract number remained the same after the receivership (including through August 22, 2021), as invoices were sent by Intrinio to Retirement Insider and then Portfolio Insider.

9.        According to my communications with Jennifer Hacker, the Marketing Director for Retirement Insider, the financial services product developed by Retirement Insider was called "Portfolio Insider" and Retirement Insider became Portfolio Insider because the name was less restrictive since the product could be used by investors who were not retired.  As shown in the true and correct copy of the Linked In profile of Jennifer Hacker printed from the internet on

August 31, 2021, attached hereto as **Exhibit G ,** she worked full time for Portfolio Insider

beginning in July, 2020.

10.      According to my investigation and review of documents in my possession as

custodian, on July 13, 2020, Tower entered into a consulting agreement with Peter Coyne, doing

business as Complete Control, LLC, and agreed to pay $10,000 per month for such consulting

services.  Mr. Coyne was specifically retained to provide his expertise regarding the development

and marketing of Portfolio Insider.  He reviewed voiceover transcripts for the Portfolio Insider

product and provided his comments.  Such marketing materials included the phrases *"what if*

*there was a company dedicated to democratizing access to the world's most valuable financial*

*information?", "[w]e want to put the tools of an entire investment bank in your pocket";* and

*"get a look inside a Titan's portfolio"*.   On August 21, 2020, Mr. Coyne provided his feedback

regarding the Portfolio Insider product and asked about testing results, stating *"The numbers are*

*great that you've shared so far, but they're on such a small sample size that they're probably not*

*real."*  Upset by this comment,  Defendant Asher told Mr. Coyne  *"We have $2,160,000 in*

*annual revenue generated in the last 60 days.  Granted, that is not a billion dollars yet.  But I*

*think multiple 7 figures wouldn't necessarily qualify for a "small sample size."*   A true and

correct copy of the consulting agreement with Complete Control, LLC, the August 21, 2020

email exchange between Mr. Coyne and Defendant Asher, and the other documents supporting

my findings regarding Mr. Coyne and the marketing of Portfolio Insider are attached hereto as

**Exhibit H.**

11.      Defendant Asher's vision for the Portfolio Insider product was to compete with

the Bloomberg Terminal in providing financial information to investors to assist them in

investing in securities or commodities.  In the months prior to the receivership, Defendant Asher

---

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**                                    **Page 5**

continually promoted Portfolio Insider as a competitor to the Bloomberg terminal.  Attached hereto as **Exhibit I** is a true and correct excerpt from a transcript of Lucas Asher's video interview on a social media show entitled "Innovators with Jane King" broadcast in May, 2020. Attached hereto as **Exhibit J** is a true and correct excerpt from a transcript of Lucas Asher speaking at a Harvard in Tech Webinar hosted by Kyrsia Lenzo on July 22, 2020.

12.      In my duties as Receiver I discovered that Defendants Asher and Simon misappropriated receivership assets in violation of the *SRO* and the *Consent Order*.  Specifically, despite the *SRO* and the *Consent Order* placing assets in receivership Defendants Asher and Simon continued the business of Retirement Insider that had become Portfolio Insider prior to the receivership.  They continued to use Intrinio they had contracted with prior to the receivership to provide data feed regarding securities transactions; they continued to use the domain name "Portfolio Insider"; and they continued to use the intellectual property, goodwill, marketing plan, and business concept funded by investor monies and begun prior to the receivership.  In addition, they brazenly continued to use the same employees working for Retirement Insider and Portfolio Insider prior to the receivership.  As an example, Jennifer Hacker shows on her resume that she worked fulltime for Portfolio Insider from July, 2020 through January, 2021. *See Exhibit G.*  I understand from Jeremiah McWright, who worked at Portfolio Insider in March, 2021, that Walter Vera, Deric Ned, Kyle Sanna, and Dan Halimi worked at Portfolio Insider as closers of the sale of the Portfolio Insider product to customers. Each of these "closers" also worked as closers in the sale of precious metals to investors by the Defendants, and, as Receiver, on September 13, 2021 I filed a lawsuit against each of them, and other brokers, to recover the commissions they received from the sale of metals.  That lawsuit, Civil Action No. 3:21-cv-02181-S is pending in the United States District Court for the Northern

District of Texas, Dallas Division.  In the lawsuit I am seeking the recovery of commissions from

Walter Vera and his entities of $4,533,519; Deric Ned and his entities of $2,975,316; Kyle Sanna

and his entities of $$1,274,143; and Dan Halimi and his entity of $271,773.

13.     On September 29 2020, just days after the receivership orders were entered,

Defendant Asher, in direct violation of the *SRO*, transferred $300,000 to an account in the name

of Talent Writers, Inc. that was used to pay expenses of Portfolio Insider, including paying for

employees of Portfolio Insider Konstantin Yurchenko, Jennifer Hacker, and Anthony Peterson.

Each of these worked for Portfolio Insider prior to the receivership.  In addition, the account was

used to pay Kyle Dushman, who worked for the Defendants prior to the receivership.  The

account was also used to pay credit card expenses of Defendant Asher.  A true and correct copy

of the bank records of Talent Writers, Inc. that form the basis for my findings are attached hereto

as **Exhibit K** .  The handwritten notations on the bank records are mine, and the account

numbers have been redacted.

14.     Prior to the receivership, as Defendants created the Portfolio Insider product, they

came up with tag lines for the marketing of Portfolio Insider that include:  it is an *"investment*

*bank in your pocket"*; it *"democratizes access to the world's most valuable financial data"*; and

it allows investors to model their own investing on the *"portfolios of titans"*.  After the

receivership, the Defendants did not skip a beat in their operation of Portfolio Insider and

continued to use the same tag lines developed prior to the receivership. A true and correct copy

of the documents of which I am custodian that form the basis for my findings are attached hereto

as **Exhibit L** , and include true and correct copies of the Portfolio Insider website as it appeared

on the internet on September 1, 2021.   As shown on the Portfolio Insider website on September

1, 2021, the privacy statement was last updated February 4, 2020 – more than 7 months prior to

the receivership; and the terms of use and conditions of sale were last updated March 12, 2020 – more than 6 months prior to the receivership.

15.     On or about October 27, 2020, the entity "Portfolio Insider" was formed as a Delaware limited liability company with Carlos Cruz as the manager.  A true and correct copy of the Certificate of Formation from the Delaware Secretary of State is attached hereto as **Exhibit M**.  Mr. Cruz is the owner of MagicStar Arrow, which received more than $20 million from the Defendants prior to the receivership.  I provided the *SRO* to Mr. Cruz and requested that he provide me with documentation of the goods or services, if any, provided by MagicStar in exchange for the $20 million plus received from the Defendants, and he refused, claiming he is not subject to the terms of the *SRO*.  In addition, Mr. Cruz was the owner of the Talent Writers, Inc. account at Bank of America that received the $300,000 in receivership assets transferred by Defendant Asher in contempt of this Court's orders. Mr. Cruz is also the owner of the entity that funded the retainers paid to new counsel for Defendants Asher and Simon who attempted to make a limited appearance on behalf of the Defendants in this case.

16.     At the show cause hearing for Defendant Asher, Defendant Asher testified in open court that since entry of the *SRO* he has not owned nor controlled any businesses and did not ask anyone to open a business for his benefit.  A true and correct except from the transcript of the hearing on December 4, 2020 before the Court in which Defendant Asher provided such testimony is attached hereto as **Exhibit N**.

17.     On January 29, 2021, Defendant Asher appeared for a second deposition as ordered by the Court.  True and correct excerpts from the transcript of the deposition of Defendant Asher taken on January 29, 2021 are attached hereto as **Exhibit O**.

18.     On November 4, 2021, Defendant Batashvili appeared for his deposition.  True and correct excerpts from the transcript of the deposition of Defendant Batashvili taken on November 4, 2021 are attached hereto as **Exhibit P**.

19.     As a result of the Defendants' actions, including Defendants Asher and Batashvili lying

in their sworn deposition testimony, it took me months of investigation before I was able to obtain the

evidence in support of the *Receiver's Emergency Motion for "Show Cause" Hearing to Hold Defendants*

*Lucas Asher and Simon Batashvili in Civil Contempt, and Brief in Support.*

   I declare under penalty of perjury that the foregoing is true and correct and is within

my personal knowledge.


Dated:   September 15, 2021

                                                              KELLY M. CRAWFORD
                                                             RECEIVER

---

**DECLARATION OF RECEIVER KELLY M. CRAWFORD**        **Page 9**

# EXHIBIT A

APP00167

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

## Retirement Insider, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **10th** day of **October, 2018**.

Secretary of State

By: _____ Anneleisa Renner

Filed Date: 10/10/2018



EXHIBIT
A

APP00168

# EXHIBIT B

APP00169

**CONSENT TO ACTION WITHOUT A MEETING OF THE MEMBERS**

**OF**

**RETIREMENT INSIDER, LLC**

In accordance with the Provisions of the Wyoming Limited Liability Company Act, Graham H. Norris, Jr., the Manager of RETIREMENT INSIDER, LLC (the "Company"), hereby consents to the following action:

RESOLVED, that LUCAS ASHER is hereby appointed as the Manager of the Company, to serve until successors are duly elected and qualified.

RESOLVED, that Graham H. Norris, Jr. hereby resigns as Manager of the Company, effective as of the date of this action.

RESOLVED, that Graham H. Norris, Jr. shall hereby be re-appointed as a special Manager of the Company, every 59 calendar days for the next twelve (12) months, such appointment to last for no longer than 48 hours, with no authority or responsibilities as Manager except to serve as Manager for the purpose of acting as the contact person and Manager of record to the Company's registered agent in Wyoming, pursuant to the requirements of the Wyoming Registered Agent Act.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date hereof.

DATED this Monday, October 15, 2018.

Graham H. Norris, Jr.
Manager



**APP00170**

# EXHIBIT C

APP00171

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF TEXAS

 3

 4                                        )
      COMMODITY FUTURES TRADING           )
 5    COMMISSION et al,                   )
                                          )
 6          Plaintiffs,                   ) Case No.:
                                          ) 3:20-CV-2910-L
 7       vs.                              )
                                          )
 8    TMTE, INC. A/k/a METALS.COM,        )
      CHASE METALS, INC., CHASE           )
 9    METALS, LLC, BARRICK                )
      CAPITAL, INC., LUCAS THOMAS         )
10    ERB a/k/a LUCAS ASHER a/k/a         )
      LUKE ASHER, and SIMON              )
11    BATASHVILI                          )
                                          )
12          Defendants.                   )
                                          )
13       and                              )
                                          )
14    TOWER EQUITY, LLC,                  )
                                          )
15    Relief Defendant                    )
                                          )
16

17      REMOTE VIDEO-RECORDED DEPOSITION OF LUCAS ASHER

18                 Thursday, November 5, 2020

19                          VOLUME I

20

21    Stenographically Reported by:
      Mechelle S. Gonzalez
22    CSR No. 13250
      Job No. 96642
23

24

25    PAGES 1 - 291
```

**EXHIBIT**

```
1
2           ǎ
3
4           G
5
6           c
7           G
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22          Q.  What is your current source of income?
23          A.  I don't have a current source of income as
24    I am standing before you today.
25          Q.  Have you made any purchases other than for
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.5876)

APP00172A

```
 1        mail or other deliveries, inventory, checks, notes,

 2        accounts (including, but not limited to bank

 3        accounts and accounts or other financial

 4        institutions, credits, receivables, lines of credit,

 5        contracts (including spot, futures, options, or

 6        swaps contracts), insurance policies, and all funds,

 7        wherever located, whether in the United States or

 8        outside the United States."

 9              Do you see that definition?

10        A.  I see the definition.

11        Q.  And have you reviewed this order from the

12   court to make sure that you are complying with the

13   order of the court?

14        A.  I've reviewed the order of the court.

15        Q.  And using the term "assets" as defined in

16   this order that is before you, have you turned over

17   to me, as we sit here, all of your assets?

18        A.  To the best of my understanding, yes, I

19   have.

20        Q.  Let's go down to paragraph -- or page 17.

21              Under paragraph 32, Mr. Asher, this is a

22   provisional order that requires each defendant, and

23   relief defendant, within five business days

24   following the service of this order: To transfer to

25   the territory of the United States and deliver to
```

1
2
3          Q.  Are you aware of an entity called

4    Retirement Insider?

5          A.  I am.

6          Q.  What is Retirement Insider?

7          A.  It was a failed attempt to start a

8    newsletter.

9          Q.  Was that a software product development?

10         A.  I don't believe so.  I think the -- the

11   intention was to start a newsletter that sent people

12   news topics.  I guess there could have been a

13   component of software to that, but I would refer to

14   it as more of a publisher.

15
16
17
18
19
20
21
22
23
24
25

▼ Trustpoint.One : Alderson.
www.trustpoint.one
www.aldersonreporting.com
800 FOR DEPO
(800.367.3376)
APP0174

Lucas Asher Vol. I

11/5/2020
Page 159

PN 7

```
 1          Q.  Were you ever an owner of Retirement
 2     Insider LLC?
 3          A.  I believe I may have been a beneficial
 4     owner of half of it.
 5          Q.  What did Retirement Insider LLC do?
 6          A.  It was a -- it was a startup that never got
 7     off the ground, and the intention was for it to be a
 8     news and media company.
 9          Q.  Did it ever have any employees?
10          A.  I believe it did.
11          Q.  How many employees?
12          A.  I don't recall.
13          Q.  Did it office out of the seventh floor of
14     8383 Wilshire Boulevard?
15          A.  It could have been in a different suite on
16     the seventh floor, yes.
17          Q.  Okay.  What assets did Retirement Group LLC
18     have on the day prior to receivership?
19          A.  I'm not aware of assets.  It was a startup,
20     so to the best of my knowledge, I'm not aware of
21     assets it owns.
22          Q.  And how was the startup funded?  How was
23     Retirement Insider LLC funded?
24          A.  To my knowledge, it was funded by the sale
25     partially of a newsletter, and then potentially
```

APP 022
APP00175

1  there was some seed capital put in there as well

2  from Tower Equity.



Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
APP0037 376)

# EXHIBIT D

APP00177

 **RETIREMENT INSIDER**

Dear Mr. Yurchenko,

Listed below are the details of your employment offer, as well as the compensation structure for your role here at Retirement Insider. Your position with Retirement Insider will be "at will" and this offer is subject to your satisfactory passage of Retirement Insider additional requirements, which may include the completion of a job application, provision of identity-confirming documentation of work status, background checks, and/or reference checks.

**Compensation:**    $130,000 Annually, with eligibility for performance review after 90 days

**Benefits:**    You will be eligible for health benefits after 30 days of employment
You will be allowed 10 days of paid time off per calendar year

Please let us know if you have any questions!

Sincerely,

The Retirement Insider Team

With the signature below, I accept the material terms and conditions above.

_Yurchenko_
_____
Konstantin Yurchenko

3/4/2020
_____
Date

8383 WILSHIRE BLVD. SUITE 700 BEVERLY HILLS,  424.532.4170

**APP00178**

| From: | Samara Mills |
|---|---|
| Sent: | Wednesday, September 2, 2020 2:58 PM CDT |
| To: | Dennis Belichenko |
| Subject: | Fwd: New Online Print Order Notification - 226980 |

On Simon's card, printed copies of 401k info.

---------- Forwarded message ---------
From: **Gwen Thomas** <gwen.thomas@retirementinsider.com>
Date: Wed, Sep 2, 2020 at 12:17 PM
Subject: Fwd: New Online Print Order Notification - 226980
To: Samara Mills <smills@towerequity.com>



If this receipt is not adequate I will ask for a physical copy with pick-up!

---------- Forwarded message ---------
From: **The UPS Store** <DO_NOT_REPLY@upsstore.com>
Date: Wed, Sep 2, 2020 at 12:16 PM

gwen.thomas



# gwen.thomas

RI QA Concerns - Google Docs

07/21/20   10:24 AM

*activate · metalo · com sharify*

Xerox® WorkCentre® 5955

APP00180

= error
= org
= Copy
O = small

## Retirement Insider Copy and QA Revisions

1. "Best" and "worst" buttons don't sort on Titans page.
2. Every page should have a short intro under the header (can even just be buttons or search tool) that helps outline what's on the page and why it's important.
3. Copy issue: decide on name for Titans. It is confusing we call them billionaires and then titans, etc. Then when we decide, Change to "Titan" instead of "TITAN NAME" which is clunky for no reason.
4. Copy issue 2: go through and make sure "Retirement Insider" has replaced "Terminal" in all copy on the site and related materials.
5. Insider activity page: the column titles need help.
   a. I strongly think we should include the name of the company, not just the ticker abbrev, but whatever makes most sense to people who usually read this information is fine if the status quo is sans company name.
   b. "Transaction" should read "Transaction Status" in my opinion. Or even "Status" since it's implied it's a transaction...but again if transaction is the norm for financial data default to that.
   c. "Cost $" is bad. It should say "Cost" and then the numbers should have a dollar sign in front of them down the column. Or, we can have the header read Cost ($). But Cost $ looks sloppy.
   d. Same with "Num Shares". It should say "Shares". Or, "Number of Shares".
   e. Same with Value. Should say "Value ($)" or just "Value" and the numbers have dollar signs in front of them.
      i. Why do we not have a "Total Shares Remaining" Column?
6. Insider Activity page: Revise copy under title to be a lot clearer. Insider Activity is where you'll find records of what, why, who are the insiders, why is this important.
7. Insider Activity page (and maybe entire site): consider a font revision. The 0s are bigger and sometimes when you sort by value it appears certain numbers are smaller because the font is weird. Might not be worth fixing if it's too ridiculous or happens with other fonts, but definitely makes it look more aesthetically pleasing.
8. There should be a "Lookup by Ticker" tab where you can search through companies by ticker. It is a great feature to be able to click on a company's abbreviation and see their stats and we have no way of telling people they can do that right now. I know there's a search bar at the top but that's not a clear layout of the feature which is otherwise really understated in my opinion.
9. Mutual funds tab: Why does the mutual funds tab not have a search function?
10. ALL Tabs should include information about how quickly it is updated (daily, monthly, etc.) unless it's not updated very often and we don't want to draw attention. But for most of the tabs, we should highlight how accurate and real-time they are.
11. Top Picks Page: Where is the recommended stock buys information coming from and why are we not highlighting that source
12. Top Picks Page: Why is dividends thrown on the bottom? It should direct people to the list of high dividend picks from the top of the Top Picks Page

APP00181

13. "The Power of an investment bank in your pocket" should be changed to a new tagline across the copy on the entire site?

14. Watchlist: need to explain what AUM is and is performance their personal assets or both ?

    a. Can we make this easier to compare people and more visually appealing?

15. Futures Tab: graphic should be on the top. And commodities shouldn't just be thrown on there with no organization. More visual appeal. Can people compare commodities?

16. Futures tab: What do the numbers mean? Should they have dollar signs?

17. Futures Tab: Can we please group the futures by commodity vs nation vs security etc? Right now it's like a big jumbled mess and i don't know much about futures but it doesn't look easy to compare or get comparative insight as is

18. Mutual Funds Page: fix header "Market Price $" is not as clean as "Market Price ($)"

19. Same with Management Fee. Because percents and decimals are so confusing, I strongly think the numbers should have the % after the actual number in the columns, same with yield. But i know from a dev perspective that might mess up the script tool. At least we should give a reference to what yield is referring to- is this daily yield?

20. Portfolios Page: Why do we not have the actual amount under management next to the fund size?

21. Portfolios Page: Can we put "about" by the institution?

22. Portfolios Page: what is the difference between clear search and clear sort and how can we make that simpler for customers to understand (get rid of one?)

23. Portfolios Page: You should be able to sort by fund size even if it's just by "small" and not the actual amount.

24. Portfolios Page: We must change the name to "Private Funds" and then label them as "Private Funds" or if Institution is the best name we can go with that but it's very confusing to name it portfolios after we've just advertised billionaire portfolios and those aren't the ones under the portfolios tab…

25. Portfolios Page: Why does fund size not have a box around it? If we don't want it to have a box, why is it awkwardly floating by the pie chart

26. Portfolios Page: "Portfolio %" is confusing. Why doesn't it just say "concentration percent" like on the other side? Can we come up with one clean term to put both places? "% of Portfolio" ? Why can't we just put the percentages on the column?

27. Each page needs to have a description so you understand WHEN it was last updated and WHAT it is. For example is this portfolio page just public or also private or both?! Same issue with futures.

28. Screener: the description should be in present tense and more clear

29. Screener: Why is the header not capitalized

30. Screener: Why is the percentage showing in front of the number in the filter

31. The entire page needs some kind of better organization. Maybe the menu bar at the top can have sub or drop down menus? For example, the savings account page doesn't seem as important and isn't really updated. And, it takes up a prominent space on the header.

header of site

32. SAVINGS ACCOUNT: Where did these accounts come from? It looks like they're directly from nerd wallet.....someone should check to make sure they update and reflect current rates and also that it is a comprehensive list

33. SAVINGS ACCOUNTS: the tool at the top really just looks like it's an advertisement for goldman sachs. Can we design a more interesting data display?
    a. IT IS NOT CORRECT: It says Goldman's APY is 1.7% when below it says it's 1.05%

34. CUSTOM REPORTS: Needs better directions. It is not clear you have to type in the company symbol to add and the tool is confusing.
    a. It needs to be broken down by actual steps. One, add companies. Two, add metrics. Three, hit generate & compare.

35. SAVINGS ACCOUNTS: capitalization in the tool is not correct.

36. Someone should QA capitalization across the whole site.

37. The Companies Profiles are so cool especially with news and dividends- people just don't see them. This should be featured wayyy more than savings accounts. Replace that with savings accounts tab and make savings accounts a drop down in another category

38. Company Profiles: Why is the tabs on the top also stocked up in the bottom. When I click on Apple's profile, why is it a million pages long when i could just click "news" and view it more cleanly like that?

39. COMPANY PROFILES & whole site. Why are not all negative percentage changes in red? (and growth in green).

40. ~~GROWTH ESTIMATES: Fiscal is spelled wrong everywhere. Under Fiscal Period and Fiscal Year.~~

41. GROWTH ESTIMATES: Bar has similar issues to other column headers on the site.

42. Dividends calculator: change description to be clean and not sound like a kid wrote it.

43. Everything in the whole site should be revised for CONTEXT of the information. "Percent yield" should say SINCE WHEN. Numbers shouldn't just float around in columns. What is the metric? The tools where this is correctly done are really impressive and the others look confusing.

44. It could be really cool if you could download the custom report.

45. MARKETS: should say "daily" or have some visual representation or the NASDAQ/S&P etc

46. MARKETS: What does "people are talking about" mean. What people...

47. Markets: Capitalization is off on this page too

48. MARKETS: some people's relationship says "see remarks". Is there a way to link the SEC filing like some other financial sites have done?
    a. it just says "value" ...again WHAT does that MEAN. In dollars? In shares?

49. MARKETS: Why does it not say "Breaking News" or "Top Stories" at the top

50. ~~TOP PICKS PAGE: again the high dividend part is just weirdly floating. should be a drop down.~~

51. Company profiles: metrics has no ? metric ? the numbers need to tell you in what unit they are in

52. ~~Company profiles who are these analysts?~~

53. Custom reports tab doesn't belong on the header for the company summary profiles. Use that space for a different header, like Growth estimates...

54. Search Bar at the Top: can you not search the entire site…

55. WATCHLIST: should be on the header

56. ~~My Account Settings should have a button for cancelling subscription~~

    a. There should be a sign-up for our email marketing that anyone can sign-up for so we can start remarketing to them (including people who haven't yet signed up)

    b. If we don't want to set up stripe customer billing portal maybe we can at least put in a request button so people still can see info in the portal- I understand they get an email but it should appear very easy to quit their 99 cents trial when they're signing up.

57. Question- can you add companies or mutual funds to the watchlist? That would be awesome.

58. In general less vertical data in endless streams

59. The Insider activity logo and intro should be on all pages

60. COMPANY PAGE: Instead of "Custom Report" it should say "Compare" and then prompt: Select stocks to compare You can also create any custom report on the custom reports tab.

61. Add to watchlist instead of "following"

62. Markets should have "people are talking about" and "today's movers" on the top with News on the other side

63. I think the homepage should be a dashboard with all your "watch listers" including titans, institutions and stocks/companies/mutual funds

64. Someone needs to go through and establish a rule for every tool: What place digits are being used and to what place? Why does "Concentration %" on the heading bar on Buffet's profile say "1.73%" and also "10.20%". Inconsistent.

65. On mutual funds page: NAV should be in all caps in header bar. "Name" should say "company".

Retirement Insider Organization:

*Organize by Watchlist → data aggregates to watch & add*

*Tools ← help you evaluate & find stuff to add*
*Screener*
*Custom Reports*
*Compare company profile*

1. Watchlist/ Dashboard
   a. Home Page with basic about info:
   b. should have MY WATCHLIST dashboard
      i. Watchlist has titans, institutions, stocks and mutual funds I'm watching

2. Portfolios *& Profiles*
   a. Titans
      i. Has intro
      ii. Search bar
      iii. browse/sort/lookup
      iv. Add to watchlist instead of "following"

   *c. Companies*

   b. Institutions
      i. Has intro
      ii. Search bar
      iii. browse/sort/lookup
      iv. Add to watchlist instead of "following"

   *~~Daily See~~*
   *Research & Strategy*
   *~~Securities~~*
   *→ Mutual Funds*
   *→ Insider   → Markets*
   *→ stock tips/research*

3. Stocks *→ company profiles   vs   lookup & calculate*
   a. Lookup by Ticker
      i. Add to watchlist button
      ii. Tools on each profile:
         1. Dividend Calculator
         2. Growth Estimates & rates (should have own tab, or called "metrics", etc)
         3. Latest Headlines
         4. "Compare" (old name: custom reports)

4. {Invest}
   a. Mutual Funds Daily Pricing
   b. Screener

   *~~Strategies~~*
   *~~3. Markets~~ & ~~Strategy~~*
   *→ ~~Market Research~~*
   *↳*

5. {Strategy}
   a. Futures
   b. Insider Activity
   c. Markets
   d. Create Custom Report

   *→ ~~To~~ Analysis & Tools*
   *4. ~~Tools~~ ~~Strategy~~*
   *↳ dividends calc.*

6. {More}
   a. High-Yield Savings Accounts
   b. Dividends Calculator

   *↳ Screener*
   *↳ Custom reports*
   *↳ savings calc.*

7. Markets
   a. News & Noteworthy
   b. Our Top Picks

   *5. Help*
   *→ Knowlege Center*
   *→ Resources*

APP 0185

8. Knowledge Center
    a. Short encyclopedia like basic investing information like definitions and how to use. Most of the custom how to use should already be on the pages themselves creating an intuitive set of tools. This should be instead where customers go who are totally new to investing and are actually looking for education about investing, rather than education about how to work Retirement Insider.
9. My Account (above)
    a. Settings = billing portal
    b. My watchlist that takes you back to the homepage

Great tools
Not great design layout, organization, or copy
These factors affect perceived brand value, user experience, customer education, and more. Some ideas are macro, others are tiny and in between. I evaluated to the highest standards i could think of so i could present all my opinions but obviously someone has to make the judgement call about what to implement and at what level. (Cost-benefit analysis).

APP00186

**Kelly Crawford**

| | |
|---|---|
| **From:** | Anthony Peterson <anthony@petersonrace.com> |
| **Sent:** | Monday, October 19, 2020 1:30 PM |
| **To:** | Kelly Crawford |
| **Cc:** | Mark Simon |
| **Subject:** | Retirement Insider unpaid work |

Hello Kelly,

I am reaching out to you in regards to the work I have completed at Retirement Insider and haven't been paid for. From the dates 9/18 to 10/2 I was working and have not received any money as of today. I was told to contact you to assist me in this matter.

Any assistance would be greatly appreciated. Please let me know if you require anything further or have any questions.

Thank you for your time,
Anthony

**APP00187**

| From: | DoNotReply@email.trinet.com |
|---|---|
| Sent: | Monday, July 6, 2020 3:42 PM CDT |
| To: | smills@towerequity.com |
| Subject: | New Hire Confirmation for Jennifer Hacker |



Information was successfully entered for the following First American Estate & Trust new hire.

    Employee Name: Jennifer Hacker

    Employee ID: 00010008497

    Hire Date: 06-JUL-2020

    Company: First American Estate & Trust

The new employee's information will be available online on the employee's hire date. If you'd like to review the information that was entered for this employee, log in to TriNet. From the **Admin** view, go to **Employees > Manage Employees**. Find and select the employee, then click on the following tabs to see related information.

- Work—Lists job-related information, such as title, compensation, service date, location, department, and manager/supervisor's name.
- Profile—Displays the employee's personal information, such as address and personal contact information, SSN, Alternate ID, marital status, and citizenship.

TriNet will send Jennifer Hacker an email with information about getting started with TriNet.

If you have any questions or need assistance, contact your Client Services Associate.

Sincerely,

TriNet

Company: First American Estate & Trust (132R)

Log in to TriNet to see additional information . Thank you.

© 2020 TriNet. All rights reserved. All trademarks, trade names, service marks and logos referenced herein belong to their respective companies.

| Your Invoice Is | NET PAY | HOURS | | GROSS PAY | DEDUCTIONS | TAXES | CONTRIBUTIONS |
|---|---|---|---|---|---|---|---|
| $10,995.59 | $5,921.43 | 240.00 | | $9,160.86 | $682.08 | $2,557.35 | $1,584.73 |

| Names | Net Pay | Hours | Rate | Gross Pay | Deductions | | Taxes | | Contributions | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Asher, Lucas** | $1,527.85 | 80.00 | | $2,884.62 | | $509.28 | | $847.49 | | $291.50 |
| Employee Id: | | F/S | | | | | | | | |
| Location: **Revo, LLC-HQ** | | | | | A-Garn | $509.28 | Fed MED/EE | $41.83 | FICA-M | $41.83 |
| Department: **Executive** | | | | | | | Fed OASDI/EE | $178.84 | FICA-O | $178.84 |
| Job Code: **1.1 Exec/Sr. Lvl Offcls & Mgrs** | | | | | | | Fed Withholdng | $440.54 | FUTA | $0.00 |
| Regular | | 80.00 | | $2,884.62 | | | CA Withholdng | $157.44 | LIFE | $0.53 |
| | | | | | | | CA OASDI/EE | $28.84 | Return Deduction | $0.00 |
| | | | | | | | | | Service Fee | $64.62 |
| | | | | | | | | | State | $0.00 |
| | | | | | | | | | Unemployment | |
| | | | | | | | | | Worker Comp | $5.68 |
| **Dushman, Kyle S** | $2,674.67 | 80.00 | | $3,846.15 | | $21.70 | | $1,149.78 | | $558.80 |
| Employee Id: | | F/S | | | | | | | | |
| Location: **Revo, LLC-HQ** | | | | | B-Delta Op | $18.39 | Fed MED/EE | $55.46 | BS0001 | $193.50 |
| Department: **Engineer** | | | | | B-VSP Vis Op | $3.31 | Fed OASDI/EE | $237.11 | FICA-M | $55.46 |
| Job Code: **2.0 Professionals** | | | | | | | Fed Withholdng | $575.70 | FICA-O | $237.11 |
| Regular | | 80.00 | | $3,846.15 | | | CA Withholdng | $243.26 | FUTA | $0.00 |
| | | | | | | | CA OASDI/EE | $38.25 | LIFE | $0.53 |
| | | | | | | | | | Return Deduction | $0.00 |
| | | | | | | | | | Service Fee | $64.62 |
| | | | | | | | | | State | $0.00 |
| | | | | | | | | | Unemployment | |
| | | | | | | | | | Worker Comp | $7.58 |

APP00189

# EXHIBIT E

APP00190

[Webinar] Fighting Financial Crime: The White Box Company Data Revolution – listen to the recording. Listen now

# opencorporates

The Open Database Of The Corporate World
Company name or number     Search
◉ Companies ○ Officers

- Log in/Sign up

# FOXWOOD FAMILY LLC

Company Number

Status
    Inactive
Incorporation Date
    29 June 2017 (almost 4 years ago)
Dissolution Date
    23 January 2020
Company Type
    Limited Liability Company
Jurisdiction
    Virginia (US)
Registered Address

- 344 MAPLE AVE SE, 326
- VIENNA
- 22180-0000
- Virginia
- United States

Business Classification Text
    GENERAL
Agent Name
    ANNA ROSE DAIGLE
Agent Address
    344 MAPLE AVE SE, 326, 326, VIENNA, Virginia, 22180-0000
Inactive Directors / Officers

- ANNA ROSE DAIGLE, agent

**Source** Commonwealth of Virginia State Corporation Commission, https://cis.scc.virginia.gov/, 9 May 2021
Add data *(website, address, etc)*

## Explore company network

EXHIBIT
E

**APP00191**

FOXWOOD FAMILY LLC (Virginia (US)) :: OpenCorporates



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2017-06-29 - 2019-11-12
Addition of officer ANNA ROSE DAIGLE, agent
2019-12-03 - 2020-12-05
Change of status from 'Active' to 'Inactive'
2020-01-23
Became inactive

See all events

## Corporate Grouping User Contributed

None known. Add one now?
See all corporate groupings

## Similarly named companies

- Foxwood Family LLC (New Mexico (US), 2 Jan 2020- )
- FOXWOOD ADULT FAMILY HOME LLC (Washington (US), 13 Aug 2011- )
- FOXWOOD TIC Z FAMILY LLC (California (US), 24 Jul 2019- )

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed May 10 2021

**Problem/question about this data?** Click here

**API** **Open Data**

Get this info as json, xml, rdf

# About us

- About
- Blog
- Team
- Governance
- Jobs

APP00192

| | |
|---|---|
| **From:** | Chris Daigle |
| **Sent:** | Thursday, January 9, 2020 6:45 PM CST |
| **To:** | Dennis Belichenko |
| **CC:** | Lucas Asher |
| **Subject:** | Re: Invoice 1072 status |

Mailing a check?

What address are you mailing it to?


Your Biggest Fan,
Doctor Daigle



********************************************
Q: Why is this email five sentences or less?
A: http://five.sentenc.es


On Thu, Jan 9, 2020 at 4:20 PM Dennis Belichenko <dennis.belichenko@metals.com> wrote:
 Hi Chris,

 The check will be in the mail tomorrow.

 Kindly,
 Dennis.

On Thu, Jan 9, 2020 at 12:35 PM Chris Daigle <doctordaigle@gmail.com> wrote:
 hi dennis

 i submitted an invoice for services from Foxwood Family LLC on 12/30 ... can you please
 update me on the status of payment?

 Lucas had mentioned that he had approved it with you but it has not been received yet

 Thanks!

 Your Biggest Fan,
 Doctor Daigle



********************************************
Q: Why is this email five sentences or less?
A: http://five.sentenc.es


**APP00193**

--
Dennis Belichenko
**Accounting**

TRUSTPILOT
★ ★ ★ ★ ★

metals.com

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Not a FINRA broker, Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

| | |
|---|---|
| **From:** | Chris Daigle |
| **Sent:** | Thursday, January 30, 2020 12:41 PM CST |
| **To:** | Marketing RI |
| **CC:** | Simon Batashvili |
| **Subject:** | Re: New billing procedure |

how does 10am work?

On Thu, Jan 30, 2020 at 9:50 AM Marketing RI <marketing@retirementinsider.com> wrote:
Sounds great, Let's hop on a call Friday morning? What time works for you?

On Wed, Jan 29, 2020 at 6:30 PM Chris Daigle <chris@retirementinsider.com> wrote:
Hey man, we can keep the expense thing easy... If it's not 100% related to you guys, I won't introduce it for reimbursement.

The only thing we would need to talk about on the other things is if you were not in agreement with the numbers I suggested. If that's the case, we can do this over email... I know you're busy with the launch

Sent from my iPhone, so please forgive typos and brevity

On Jan 29, 2020, at 17:26, Marketing RI <marketing@retirementinsider.com> wrote:

Any business conducted on behalf of tower should be defined and reimbursed.

Additionally, as you have many clients, it would also be nice to know (in full transparency,) if the trip was not completely for us, and, if multiple pitches were made for other initiatives you are contracting with.

I am slammed with our Feb 3 Terminal launch development. Could carve out some time on Friday morning.

On Wed, Jan 29, 2020 at 1:22 PM Chris Daigle <chris@retirementinsider.com> wrote:
sounds good - ideally we can talk before next invoice period for feb. how about this afternoon or tomorrow afternoon?

and fair enough on the expenses ... i was "eating" them because i hadn't discussed with you guys prior the idea of picking up expenses related to conducting business on behalf of tower. apologies if that came across the wrong way as it certainly wasn;t meant to be a slight against either of you

APP00195

i will compile the expenses and submit them for reimbursement along with supporting receipts

On Wed, Jan 29, 2020 at 1:40 PM Marketing RI <marketing@retirementinsider.com> wrote:
Hi Chris,

Thanks for sending this over.

Let's set up a call to discuss our thoughts now  that we have a clear outline of your goals.

Also, RE:  your statement "I will no longer be eating expenses."

1. We never asked you to eat any corporate expenses?
2. We certainly don't want any expenses used as leverage.

Please invoice us immediately and itemize back expenses so we can reimburse those.

Thank you,

Lucas

On Wed, Jan 29, 2020 at 8:29 AM Chris Daigle <chris@retirementinsider.com> wrote:
Hey Guys

I wanted to get some approval on a few things related to my services to Tower, USA Mint, and Retirement Insider

1. RETAINER - I'd like discuss increasing my monthly retainer from $12k/month to $15k/month, starting on the next invoice for february

2. LEAD DEALS - As the lead deals are starting to prove to be a lucrative contribution, I'd like to add a broker's premium of 10% on the lead deals that have been brought to the organization since Q4 2019. For reference, 10% is on the low side of the industry standard of brokered lead deals I've done over the years

3. EXPENSES - If I incur expenses during the course of business development duties for the organization, I will no longer be eating those and will be billing them back to the company. I will not abuse this and will keep any travel, event, or relationship building expenses in line with industry standards.

If you have any objections or questions, please let me know as soon as possible

Thanks!

--

Chris Daigle
VP of Business Development
RetirementInsider.com

--

--

Marketing Support Staff

O: (877) 960-0615

A: 8383 Wilshire Blvd #700

    Beverly Hills, CA 90211

W: retirementinsider.com

E: marketing@retirementinsider.com

Personal Telegram: https://t.me/iameons

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

--
Chris Daigle
VP of Business Development
RetirementInsider.com

--

--

Marketing Support Staff

O: (877) 960-0615

A: 8383 Wilshire Blvd #700

    Beverly Hills, CA 90211

W: retirementinsider.com

E: marketing@retirementinsider.com

Personal Telegram: https://t.me/iameons

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

--

--

Marketing Support Staff

O: (877) 960-0615

A: 8383 Wilshire Blvd #700

   Beverly Hills, CA 90211

W: retirementinsider.com

E: marketing@retirementinsider.com

Personal Telegram: https://t.me/iameons

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

--
Chris Daigle
VP of Business Development
RetirementInsider.com

| From: | Marketing RI |
|---|---|
| Sent: | Tuesday, May 5, 2020 7:03 PM CDT |
| To: | Joe Schriefer |
| CC: | Chris Daigle |
| BCC: | simon@towerequity.com |
| Subject: | Re: Demo of "Terminal" |

Hey Joe,

Here's the front end of the marketing funnel
https://offers.retirementinsider.com/titans-retirement-insider-terminal-free-trial


On Sun, May 3, 2020 at 5:01 PM Joe Schriefer <jschriefer@gmail.com> wrote:
 Hey guys,

 Logged in and looked around.

 Looks solid. I like the Titans portal.

 Do you have any marketing material / promotional material? If so can you send?

 Joe

 On Fri, May 1, 2020 at 6:42 PM Marketing RI <marketing@retirementinsider.com> wrote:
  Joe,

  Huge news,

  We can now officially announce, we have mare active billionaires than any platform or site on
  the internet.

  Our engineering team is  pushing a new feature next week that shows billionaires making
  trades (See screenshot)

  Our A/B data is showing this will be a revolutionary tool. Average user spends over 45min on
  the site.

  Going to the mass market next week!

  Have a nice weekend,



On Sun, Apr 26, 2020 at 7:37 PM Chris Daigle <doctordaigle@gmail.com> wrote:
hey guys

this is too good to not stay on top of on

joe, what lucas and their team is sexy, works, and has a great hook

they've already got a few thousand subs for the platform and it's ready for a bigger audience

can you spare a few min to jump on a zoom with lucas to see their software and make a determination if it's a fit for agora land?

Your Biggest Fan,
Doctor Daigle

•••••••••••••••••••••••••••••••••••••••••••
Q: Why is this email five sentences or less?
A: http://five.sentenc.es

--

--

Marketing Support Staff

O: (877) 960-0615

A: 8383 Wilshire Blvd #700

     Beverly Hills, CA 90211

W: retirementinsider.com

E: marketing@retirementinsider.com

Personal Telegram: https://t.me/iameons

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

--

--

Marketing Support Staff

O: (877) 960-0615

A: 8383 Wilshire Blvd #700

     Beverly Hills, CA 90211

W: retirementinsider.com

E: marketing@retirementinsider.com

Personal Telegram: https://t.me/iameons

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

APP00201

| | |
|---|---|
| From: | Dennis Belichenko |
| Sent: | Friday, June 26, 2020 3:37 PM CDT |
| To: | Streamline Bookkeeping |
| CC: | Simon Batashvili |
| Subject: | Re: Chase Metals Books 2019 & 2020 v.1.0 |

Good Afternoon Jeff,

Thank you for finding time to go over modifications in regards to PayPal 2019 Journal Entry yesterday afternoon. Per your request, below is how it needs to be revised:

12/31/19 (all affecting PayPal account in QB). As I understand Revenue is a Credit, all others are Debits to PayPal Account in QB.

PayPal Revenue $2,136,735.06

Customer Refunds -$55,610.81 (Offset to Revenue)

Owner's Draw - Tower Holdings : -$550,804.08

COGS -$2,113.50

Adversiting: -$4,800

Merchant Fees -$61,530.57

Charitable Contributions: -$500

Dues and Subscriptions: -$147

Foxwood Family LLC: -$123,000

Web Services: -$2615.09

Let me know once this has been completed.

Thank you very much,

Have a great weekend,

Dennis Belichenko


**From:** Dennis Belichenko <dennis.belichenko@metals.com>
**Sent:** Wednesday, June 10, 2020 10:32 AM
**To:** Streamline Bookkeeping <support@slbookkeeping.com>
**Cc:** Simon Batashvili <simon@towerequity.com>
**Subject:** Re: Chase Metals Books 2019 & 2020 v.1.0

Good morning Jeff,

I examined journal entry and believe that there are some changes that need to be done. I did go thru all PayPal deposits / withdrawals to/ from BofA Ckg *4024. They already included into the numbers in the journal entry. PayPal withdrew money from BofA Ckg *4024 as a backup when it had insufficient balance to finance spending. Many of them had incorrect assignment in BofA register. These expenses were fully reconciled in my PayPal work, and the draws from BofA do not signify full expenses, only partial payment, when Paypal requested them. Deposits from PayPal are just transfers of cash from PayPal to BofA Ckg *4024. In order to avoid double counting, I assigned proper classification to those lines by associating them with Paypal.

In *"Chase+Metals_General+Ledger 2019 v1.0"* file attached, I filtered on the JE and added some notes with questions. *I will assign subsequent versions to this file as we continue cleaning/adding more info to Chase Metals books for 2019/2020.*
Therefore, lines 14423 and 26626 are redundant. All PayPal expenses are categorized in lines above completely. Also look at line 17976 - Merchant fees. The number should be $61,530.57 instead of $62,170.57 since it's a reversal of fee + fee (different signs).
In regards to the line 21995 Foxwood, I have not seen it in the report below, for some reason it does not show under Expenses tab Vendors report in QB. Is it assigned to with Payee "Anna Rose Daigle (Foxwood Family LLC)" and "Outside Services:Foxwood" Category?
Also, Web Services (Software Subscriptions) $2615.09 were not addressed in the JE.
2020 Paypal JE was not created yet, as I understand, let's figure out this one first.
Let me know if you have any questions or would like to speak on the phone.
Kindly,
Dennis.

| From: | Chris Daigle |
|---|---|
| Sent: | Wednesday, April 1, 2020 1:47 PM CDT |
| To: | Lucas Asher |
| Subject: | Re: Invoice 1086 from Foxwood Family LLC |

thanks bud - i love working with you and it means a lot to know i'm appreciated 👍 ☐

Your Biggest Fan,
Doctor Daigle


••••••••••••••••••••••••••••••••••••••••
Q: Why is this email five sentences or less?
A: http://five.sentenc.es


On Wed, Apr 1, 2020 at 12:09 PM Lucas Asher <asher@towerequity.com> wrote:
  Hey man, we appreciate you. Please send the invoice with Dennis and me  and Simon and CC.
  Super simple, thanks!


  *Sent from cell*

  **Lucas Asher**


  *The information contained in this e-mail is confidential, may be privileged and is intended
  solely for the use of the intended recipient. If the reader of this message is not an intended
  recipient, then you are hereby notified that any review, use, dissemination, forwarding or
  copying of this message is strictly prohibited. Please notify and delete the original message and
  all attachments from your system.*


    On Apr 1, 2020, at 10:41 AM, Chris Daigle <doctordaigle@gmail.com> wrote:


    I can start doing that

    Do i need to get this to Dennis now?

    On Wed, Apr 1, 2020 at 11:30 AM Lucas Asher <asher@towerequity.com> wrote:
      Why not Cc us all?


      *Sent from cell*

APP00204

**Lucas Asher**

*The information contained in this e-mail is confidential, may be privileged and is intended solely for the use of the intended recipient. If the reader of this message is not an intended recipient, then you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify and delete the original message and all attachments from your system.*

> On Apr 1, 2020, at 9:15 AM, Chris Daigle <doctordaigle@gmail.com> wrote:

> no ... last time I sent it to dennis, it took almost 3 weeks to get paid and he really didn't have any clue who I was

> Simon asked me to start sending them to him for payment

> But what is the easiest, most direct way to get the invoices into your system for payment?

> Your Biggest Fan,
> Doctor Daigle

> ••••••••••••••••••••••••••••••••••••••••••••
> Q: Why is this email five sentences or less?
> A: http://five.sentenc.es

> On Wed, Apr 1, 2020 at 10:13 AM Lucas Asher <asher@towerequity.com> wrote:
>  Thanks, are you sending these to Dennis?

>  On Sun, Mar 29, 2020 at 8:56 PM Foxwood Family LLC
>  <quickbooks@notification.intuit.com> wrote:

Foxwood Family LLC

Dear Tower Equity,

APP00205

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!

Foxwood Family LLC

INVOICE 1086

**DUE 03/29/2020**

$15,000.00



Powered by QuickBooks

Foxwood Family LLC

8100 Wyoming Blvd NE, Ste M4-850 Albuquerque, NM 87113 US
doctordaigle@gmail.com

If you receive an email that seems fraudulent, please check with the business owner before paying.

**intuit quickbooks**

© Intuit, Inc. All rights reserved. Privacy | Security | Terms of Service

--

--
Lucas Asher
*FOUNDER*
p:   877-505-7366
f:   888-546-7568
     Fax: 747.204.5931
a:   8383 Wilshire Blvd, Beverly Hills, CA 90211
w:   TowerEquity.Com   e: Asher@TowerEquity.Com

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

--
Your Biggest Fan,
Doctor Daigle


••••••••••••••••••••••••••••••••••••••••••••
Q: Why is this email five sentences or less?
A: http://five.sentenc.es

# EXHIBIT F

APP00208

| From: | Megan Dias |
|---|---|
| Sent: | Thursday, March 12, 2020 4:47 PM CDT |
| To: | Chris Daigle |
| CC: | Simon Batashvili |
| Subject: | Re: Intrinio - Zacks Follow Up |

Chris,
No worries! Thank you, we'll have that out in the morning.
Best,
Megan
Get Outlook for iOS
**From:** Chris Daigle <chris@retirementinsider.com>
**Sent:** Thursday, March 12, 2020 5:19:17 PM
**To:** Megan Dias <mdias@intrinio.com>
**Cc:** Simon Batashvili <simon@towerequity.com>
**Subject:** Re: Intrinio - Zacks Follow Up

Hi Megan
Apologies I couldn't join on the call
Here's the info you need for the invoice:
Billing Contact Name: Simon Batashvili (CC'd)
Billing Contact Email: simon@towerequity.com
Official Company Name: RetirementInsider.com
Official Company Address: 300 New Jersey Avenue NW, Suite 900, Washington,
DC 20001

On Thu, Mar 12, 2020 at 3:02 PM Megan Dias <mdias@intrinio.com> wrote:

Hi Chris,


We had a great talk with your tech team today. We're getting ready to start adding some
production feeds to your account and will be sending out the invoice for your first year
tomorrow to get that rolling.

Could you please confirm the below details:

Billing Contact Name:
Billing Contact Email:
Official Company Name:
Official Company Address:

Thanks,



APP00209

Megan

**From:** Konstantin Yurchenko <konstantin@retirementinsider.com>
**Sent:** Thursday, March 12, 2020 11:46 AM
**To:** Megan Dias <mdias@intrinio.com>
**Cc:** Chris Daigle <chris@retirementinsider.com>; t m <tmunyon@towertrade.com>; Andrew Carpenter <acarpenter@intrinio.com>; Lucas Asher <Asher@towertrade.com>; Alex Solo <asolo@intrinio.com>; Yates Sayers <ysayers@intrinio.com>
**Subject:** Re: Intrinio - Zacks Follow Up

Yep, got it, thanks!

On Thu, Mar 12, 2020 at 8:41 AM Megan Dias <mdias@intrinio.com> wrote:

Hey Konstantin,

I sent an invite with the relevant dial-in details for today at 4pm EST, let me know if you need me to send it over again!

Looking forward to speaking with you.

Best,

Megan

**From:** Konstantin Yurchenko <konstantin@retirementinsider.com>
**Sent:** Thursday, March 12, 2020 11:41 AM
**To:** Megan Dias <mdias@intrinio.com>
**Cc:** Chris Daigle <chris@retirementinsider.com>; t m <tmunyon@towertrade.com>; Andrew Carpenter <acarpenter@intrinio.com>; Lucas Asher <Asher@towertrade.com>; Alex Solo <asolo@intrinio.com>; Yates Sayers <ysayers@intrinio.com>
**Subject:** Re: Intrinio - Zacks Follow Up

Hey, Megan, nice to meet you. I was out yesterday but today (March 12) or tomorrow should work at the proposed time. Regards, Konstantin

On Wed, Mar 11, 2020 at 11:20 AM Megan Dias <mdias@intrinio.com> wrote:

Hey Chris,

I understand. Yes **4pm EST** tomorrow works. I'll send out an invite shortly.

Best,

Megan

**From:** Chris Daigle <chris@retirementinsider.com>
**Sent:** Wednesday, March 11, 2020 2:15 PM
**To:** Megan Dias <mdias@intrinio.com>
**Cc:** Konstantin Yurchenko <konstantin@retirementinsider.com>; t m
<tmunyon@towertrade.com>; Andrew Carpenter <acarpenter@intrinio.com>; Lucas Asher
<Asher@towertrade.com>; Alex Solo <asolo@intrinio.com>; Yates Sayers
<ysayers@intrinio.com>
**Subject:** Re: Intrinio - Zacks Follow Up

Hey Megan - team is neck deep on a project deadline that wraps today

Same time tomorrow or Friday work for you guys?

On Wed, Mar 11, 2020 at 8:02 AM Megan Dias <mdias@intrinio.com> wrote:

Konstantin,

Pleasure to e-meet you. Would you be available today at **4pm EST**? If not, what times work
best for you? Let me know and I can send an invite with the dial-in details.

Thanks for the intro, Chris.

Best,

Megan

APP00211

**From:** Chris Daigle <chris@retirementinsider.com>
**Sent:** Tuesday, March 10, 2020 8:29 PM
**To:** Megan Dias <mdias@intrinio.com>; Konstantin Yurchenko
<konstantin@retirementinsider.com>
**Cc:** t m <tmunyon@towertrade.com>; Andrew Carpenter <acarpenter@intrinio.com>;
Lucas Asher <Asher@towertrade.com>; Alex Solo <asolo@intrinio.com>; Yates Sayers
<ysayers@intrinio.com>
**Subject:** Re: Intrinio - Zacks Follow Up

Hi Megan

I've CC'd Konstantin, our CTO

He can work with you to get the call set up with Alex to finalize the deal!

Sent from my iPhone, so please forgive typos and brevity

> On Mar 10, 2020, at 13:57, Megan Dias <mdias@intrinio.com> wrote:
>
> Hi all,
>
> Hope everyone is doing well. I wanted to follow up on this to see if you got my previous
> messages.
>
> Now that we have all the files that we need from Zacks, it will be a quicker process on
> our end, just waiting to schedule a call with your team to discuss the delivery with our
> CTO, Alex Solo. What time tomorrow works best for you?
>
> Let me know! Looking forward to getting a meeting on the books.
>
> Best,

<Staff_Photo_2019_5.jpg>

Megan Dias

Senior Sales Wizard

Sales | Intrinio

mdias@intrinio.com

www.intrinio.com

600 1st Ave. N. #203, St. Petersburg, FL. 33701

<horzontal_black.png>

Create Your Own Free Signature

Chat With me

Thursday, March 5, 2020 at 2:03:45 PM EST, Megan Dias <mdias@intrinio.com>:

Hey Tyler,

Could we please set up a meeting with you or someone else from your technical team and Alex to discuss this so we can get it moving?

Let me know at your earliest convenience.

Thank you,

<ae8187ce-cbdc-425c-a85d-198c545de683.jpg>

Megan Dias

Senior Sales

Wizard

Sales | Intrinio

<71341cdb-054e-4a74-8cbd-6d242e01d28b.png>

<50e6a0cb-964b-4c1b-ae19-152be54cdb22.png>

mdias@intrinio.com

www.intrinio.com

600 1st Ave. N. #203, St. Petersburg, FL. 33701

<499939ee-3b71-4734-bb7e-086dcc123b1b.png>

<aafa9183-87c3-4e62-944d-3384dc1f8948.png>

<f44401bf-b9e0-423f-8ce2-8bea361f398c.png>

Create Your Own Free Signature

Chat With me

**APP00213**

Wednesday, March 4, 2020 at 3:29:32 PM EST, Megan Dias <mdias@intrinio.com>:

Apologies for the barrage of emails hitting your inbox but you can book a time here.

<ae8187ce-cbdc-425c-a85d-198c545de683.jpg>

Megan Dias
Senior Sales
Wizard
Sales | Intrinio

<71341cdb-054e-4a74-8cbd-6d242e01d28b.png>
<199f5da5-c988-44b5-9152-874ba7a414ae.png>
<50e6a0cb-964b-4c1b-ae19-152be54cdb22.png>

mdias@intrinio.com

www.intrinio.com
600 1st Ave. N. #203, St. Petersburg, FL, 33701

<499939ee-3b71-4734-bb7e-086dcc123b1b.png>

<aafa9183-87c3-4e62-944d-3384dc1f8948.png>

<f44401bf-b9e0-423f-8ce2-8bea361f398c.png>

Create Your Own Free Signature

Wednesday, March 4, 2020 at 3:11:10 PM EST, Megan Dias <mdias@intrinio.com>:

Hey Tyler,

Roping in Alex, our CTO who you chatted with previously. We're thinking it would be best to set up a call to further discuss this. What times tomorrow or Friday would work for you? Let me know and I'll get it on the books.

Best,

<ae8187ce-cbdc-425c-a85d-198c545de683.jpg>

Megan Dias
Senior Sales
Wizard
Sales | Intrinio

<71341cdb-054e-4a74-8cbd-6d242e01d28b.png>
<199f5da5-c988-44b5-9152-874ba7a414ae.png>
<50e6a0cb-964b-4c1b-ae19-152be54cdb22.png>

mdias@intrinio.com

www.intrinio.com
600 1st Ave. N. #203, St. Petersburg, FL, 33701

<499939ee-3b71-4734-bb7e-

<aafa9183-87c3-4e62-944d-

<f44401bf-b9e0-423f-8ce2-

086dcc123b1b.png>                    3384dc1f8948.png>              8bea361f398c.png>

Create Your Own Free Signature                                    

Wednesday, March 4, 2020 at 2:27:01 PM EST, Megan Dias <mdias@intrinio.com>:

Hey Tyler,

Hope you've been well! I deeply appreciate your patience in the matter as we've been working diligently to get the FTP files from Zacks to develop those endpoints for your team to start working with. I wanted to update you as soon as we heard back from them, and to give you an idea we expect to have those endpoints ready for you by March 17th since we just received them.

We will send an invoice early next week, we typically bill annually, would that work for you? We could also do quarterly in this instance.

Let me know if it's fine to send it to the account we currently have on file under asher@towertrade.com.

Looking forward to hearing from you and getting this moving.

Best,

Megan Dias

Senior Sales

Wizard

Sales | Intrinio

<71341cdb-054e-4a74-8cbd-6d242e01d28b.png>
<199f5da5-c988-44b5-9152-874ba7a414ae.png>
<50e6a0cb-964b-4c1b-ae19-152be54cdb22.png>

mdias@intrinio.com

www.intrinio.com

600 1st Ave. N. #203, St. Petersburg, FL, 33701

<ae8187ce-cbdc-425c-a85d-198c545de683.jpg>

<499939ee-3b71-4734-bb7e-086dcc123b1b.png>          <aafa9183-87c3-4e62-944d-          <f44401bf-b9e0-423f-8ce2-

APP00215

3384dc1f8948.png>                                    8bea361f398c.png>

Create Your Own Free Signature                                    Chat with me

.

--

Chris Daigle

VP of Business Development

RetirementInsider.com


--
Chris Daigle
VP of Business Development
RetirementInsider.com

| From: | Simon Batashvili |
|---|---|
| Sent: | Wednesday, April 8, 2020 6:22 PM CDT |
| To: | asher@kotelholdings.com |
| Subject: | Fwd: New invoice from Intrinio #74D42357-0001 |

Begin forwarded message:

**From:** Chris Daigle <chris@retirementinsider.com>
**Date:** April 8, 2020 at 4:07:55 PM PDT
**To:** Simon Batashvili <simon@towerequity.com>
**Subject: Fwd: FW:  New invoice from Intrinio #74D42357-0001**

hey man, the folks from intrinio (the company providing the data feed for retirement insider + terminal) asked me to fwd this to you

the annual invoice for the feed (see attached)

i'm sure they'd be flexible with terms

let me know if i need to take any further action 👆 ☐

---------- Forwarded message ---------
From: **Megan Dias** <mdias@intrinio.com>
Date: Wed, Apr 8, 2020 at 3:46 PM
Subject: FW: New invoice from Intrinio #74D42357-0001
To: Chris Daigle <chris@retirementinsider.com>

**From:** Intrinio <invoice+statements+LaoRhnN7AaCQ5TlJ71Ga@stripe.com>
**Sent:** Friday, March 13, 2020 12:34 PM
**To:** simon@towerequity.com
**Cc:** Intrinio AP <ap@intrinio.com>; Bill Schwalbe <Bschwalbe@intrinio.com>; Megan Dias <mdias@intrinio.com>
**Subject:** New invoice from Intrinio #74D42357-0001

**APP00217**



Invoice from Intrinio

Invoice #74D42357-0001

| AMOUNT DUE | DATE DUE | BILLED TO |
|---|---|---|
| $123,600.00 | Apr 27, 2020 | Simon Batashvili |
| | | 300 New Jersey Avenue NW |
| | | Suite 900 |
| | | Washington, District of Columbia 20001 |
| | | United States |

**Pay this invoice**

SUMMARY

MAR 13, 2020 – MAR 13, 2021

ZACKS_BUNDLES_ENTERPRISE_YEAR_123600 × 1                                                    $123,600.00

**Amount due**                                                                              **$123,600.00**

PAY $123,600.00 WITH ACH OR WIRE TRANSFER

| | |
|---|---|
| Bank name | WELLS FARGO BANK, N.A. |
| Routing number | 121000248 |
| Account number | |
| SWIFT code | WFBIUS6S |

APP00219

| | |
|---|---|
| **From:** | Chris Daigle |
| **Sent:** | Saturday, April 25, 2020 3:57 PM CDT |
| **To:** | Lucas Asher; Simon Batashvili |
| **Subject:** | Fwd: FW: New invoice from Intrinio #74D42357-0001 |

hey guys

looks like zacks is going to pull the data feed for terminal unless we get on track with payments

they're willing to break the annual fee into monthly payments (around $10k/month) if we put a card on file with them
---------- Forwarded message ---------
From: **Megan Dias** <mdias@intrinio.com>
Date: Thu, Apr 23, 2020 at 9:15 AM
Subject: RE: FW: New invoice from Intrinio #74D42357-0001
To: Chris Daigle <chris@retirementinsider.com>


Morning!


If you would like to add a card on file that's definitely easier on our end, but our billing processor platform, Stripe, charges a 2.9% transaction fee v
we'd have to add to the total fee, so we obviously understand why you would prefer the ACH/wire payment.

It hasn't been paid yet, no, but they have till Saturday.

Let me know what's best.

M


**From:** Chris Daigle <chris@retirementinsider.com>
**Sent:** Wednesday, April 22, 2020 6:07 PM
**To:** Megan Dias <mdias@intrinio.com>
**Subject:** Re: FW: New invoice from Intrinio #74D42357-0001

**APP00220**

if not, would it be easier to get a card on file with you guys for the monthly recurring charge?

On Wed, Apr 22, 2020 at 7:56 AM Megan Dias <mdias@intrinio.com> wrote:

Hey C,

Hope you're having a good week so far! Just wanted to check in to see if your team had any questions or if everything looks good for payment by 25th.

Best,

M

**From:** Chris Daigle <chris@retirementinsider.com>
**Sent:** Wednesday, April 15, 2020 4:54 PM
**To:** Megan Dias <mdias@intrinio.com>
**Subject:** Re: FW: New invoice from Intrinio #74D42357-0001

yes! thanks for looking into that

i'm sending this over to them to set up payment now

On Wed, Apr 15, 2020 at 10:47 AM Megan Dias <mdias@intrinio.com> wrote:

Hey C

APP00221

**From:** Chris Daigle <chris@retirementinsider.com>
**Sent:** Wednesday, April 15, 2020 12:27 PM
**To:** Megan Dias <mdias@intrinio.com>
**Subject:** Re: FW: New invoice from Intrinio #74D42357-0001

hey m

yeah, the bosses are looking for a different payment plan ... see the email i got from them below:

> **Kotel Holdings** <asher@kotelholdings.com>                                    Tue, Apr 14, 11:17 AM (23 hours ago)   ☆
> to Kotel, me  ▾
> Hi Chris,
>
> Can you send me any agreement where I agreed to a $123,600 lump sum up front payment for Zacks? I definitely would have never done that. I will pay monthly or I will not use their service. Thanks.
>
> On Wed, Apr 8, 2020 at 4:22 PM Simon Batashvili <simon@towerequity.com> wrote:

On Tue, Apr 14, 2020 at 2:12 PM Megan Dias <mdias@intrinio.com> wrote:

Hey C,

Hanging in there, how about yourself?

In terms of the invoice, we typically bill our clients on an annual basis, is there a way for your team to facilitate that? If not, let me know and I'l
with my team and see what we can do.

Stay snazzy,

Megan

hope you're hanging in there :)


the guys are asking if there's a monthly payment option rather than an annual


can you send payment instructions for us to set up monthly auto pay?


On Wed, Apr 8, 2020 at 3:46 PM Megan Dias <mdias@intrinio.com> wrote:


**From:** Intrinio <invoice+statements+LaoRhnN7AaCQ5TlJ71Ga@stripe.com>
**Sent:** Friday, March 13, 2020 12:34 PM
**To:** simon@towerequity.com
**Cc:** Intrinio AP <ap@intrinio.com>; Bill Schwalbe <Bschwalbe@intrinio.com>; Megan Dias <mdias@intrinio.com>
**Subject:** New invoice from Intrinio #74D42357-0001

APP00223

Invoice #74D42357-0001

| AMOUNT DUE | DATE DUE | BILLED TO |
|---|---|---|
| $123,600.00 | Apr 27, 2020 | Simon Batashvili |
| | | 300 New Jersey Avenue NW |
| | | Suite 900 |
| | | Washington, District of Columbia 20001 |
| | | United States |

Pay this invoice

SUMMARY

**APP00224**

PAY $123,600.00 WITH ACH OR WIRE TRANSFER

| | |
|---|---|
| Bank name | WELLS FARGO BANK, N.A. |
| Routing number | 121000248 |
| Account number | |
| SWIFT code | WFBIUS6S |

**APP00225**

Download as PDF

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Intrinio, which partners with Stripe to provide invoicing and payment processing.

Chris Daigle

VP of Business Development

APP00226

Chris Daigle

VP of Business Development

RetirementInsider.com

--

Chris Daigle

VP of Business Development

RetirementInsider.com

--

Chris Daigle

VP of Business Development

RetirementInsider.com

--
Chris Daigle
VP of Business Development
RetirementInsider.com

APP00227

# Kelly Crawford
## Receiver
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4213
kelly.crawford@solidcounsel.com

August 3, 2021

*Via Overnight Mail*

Rachel Carpenter
Intrinio
600 1ˢᵗ Avenue N., Suite 203
St. Petersburg, Florida 33701

RE:    *Commodity Futures Trading Commission, et al v. TMTE, Inc. a/k/a Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher, Simon Batashvili, Defendants and Tower Equity, LLC, Relief Defendant.;* Cause No. 3:20-CV-2910-L; pending in the United States District Court for the Northern District of Texas, Dallas Division

Dear Ms. Carpenter:

I am the Court appointed Receiver in the case referenced above. Copies of (1) the ***Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief*** (the "SRO"); (2) the ***Consent Order of Preliminary Injunction as to Lucas Thomas Erb a/k/a/Lucas Asher a/k/a Luke Asher and Simon Batashvili*** (the "Individuals Consent Order"); and (3) the ***Consent Order of Preliminary Injunction as to Defendant TMTE, Inc. d/b/a Metals.com, Chase Metals, LLC, Metals, Inc., Barrick Capital, Inc., and Relief Defendant Tower Equity, LLC*** (the "Entities Consent Order") are enclosed for your review. Also enclosed is ***Order Granting Receiver's Motion to Identify Certain Entities in Receivership*** (the "Additional Entities Order"). The SRO, Individuals Consent Order, Entities Consent Order, and Additional Entities Order are collectively referred to herein as the "Receivership Orders."

The Receivership Orders direct and authorize me to take custody, control, and possession of all assets of the Defendants and Relief Defendant and of all records of the Defendants and Relief Defendants. (*see* SRO, ¶30). The Receivership Orders extend to each of the following Defendants and Relief Defendants as well as any affiliates or subsidiaries owned or controlled by the following Defendants and Relief Defendant (collectively, the "Receivership Defendants"):

TMTE, Inc., also known as Metals.com

Chase Metals, Inc.

APP00228

August 3, 2021
Page 2
_____

Chase Metals, LLC

Barrick Capital, Inc.

Luca Thomas Erb, also known as Lucas Asher, also known as Luke Asher

Simon Batashvili

Tower Equity, LLC

The Receivership Orders also extend to and include Retirement Insider, LLC, and the definition of Receivership Defendants includes Retirement Insider, LLC.

Based upon my investigation and the enclosed documents it appears that Intrinio received in excess of $140,000 from the entities in receivership. Pursuant to the terms of the Receivership Orders, please provide me, within 10 days after your receipt of this letter, copies of all documents that reflect, refer to, or evidence:

1. Any contracts between Intrinio and any of the receivership entities or Defendants Lucas Asher or Simon Batashvili from January 1, 2020 to the present;

2. Any communications between Intrinio and any of the receivership entities, Defendants Lucas Asher, or Simon Batashvili from January 1, 2020 to the present;

3. Any payments received from any of the receivership entities or Defendants Lucas Asher or Simon Batashvili or entities they own or control, from January 1, 2020 to the present; and

4. Any services provided by Intrinio in exchange for the monies it received from the receivership entities and/or Defendants Lucas Asher or Simon Batashvili from January 1, 2020 through the present.

The foregoing requests are specifically made pursuant to paragraphs 29, 31, and 34 of the *SRO*.

Should you have any questions, please do not hesitate to call. Thank you.

Sincerely,

Kelly M. Crawford
Receiver

Enclosures

Invoice #74D42357-0001

| AMOUNT DUE | DATE DUE | BILLED TO |
|---|---|---|
| $123,600.00 | Apr 27, 2020 | Simon Batashvili |
| | | 300 New Jersey Avenue NW |
| | | Suite 900 |
| | | Washington, District of Columbia 20001 |
| | | United States |

Revised Invoice

SUMMARY

APP00230

PAY $123,600.00 WITH ACH OR WIRE TRANSFER

| | |
|---|---|
| Bank name | WELLS FARGO BANK, N.A. |
| Routing number | 121000248 |
| Account number | |
| SWIFT code | WFBIUS6S |

If you have any questions, contact Intrinio at billing@intrinio.com or call at +1 727-310-0609.

APP00231

Intrinio, Inc.

600 1st Ave N, Suite 203

St. Petersburg, FL 33701

414-333-4858

billing@Intrinio.com

www.intrinio.com



I N T R I N I

DATA INTELLIGENCE, ON DEM

# INVOICE

**BILL TO**

Lucas Asher

RetirementInsider.com

300 New Jersey Avenue NW,

Suite 900

Washington, DC 20001 USA

**INVOICE #** 1361

**DATE** 08/22/202

**DUE DATE** 09/01/202

**TERMS** Net 10

**CONTACT**

Lucas Asher

**ACTIVITY**

**Zacks Custom Bundle**
Custom Bundle of 12 Zacks data feeds access through the Intrinio API. Also includes a separate news service delivered directly from Zacks

**Intrinio Custom Bundle**
Custom Bundle of US Core and US Analytics Intrinio data feeds accessed through the Intrinio API

**Mutual Fund Feed**
Closed End Fund Data - Display

**CFRA ETF Data**
Custom Bundle of CFRA ETF data feeds

We accept the following payment options:
ACH, Credit Card & Wire

BALANCE DUE

**$15,**

APP00232

Make all checks payable to: Intrinio, Inc.

| From: | Intrinio, Inc. |
|---|---|
| Sent: | Tuesday, May 5, 2020 2:33 PM CDT |
| To: | simon@towerequity.com |
| CC: | ysayers@intrinio.com |
| Subject: | Invoice 1331 from Intrinio, Inc. |
| Attachments: | Invoice_1331_from_Intrinio_Inc.pdf |



# INTRINIO

### DATA INTELLIGENCE, ON DEMAND

Intrinio, Inc.

To: Tower Trade

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!

Intrinio, Inc.

INVOICE 1331 DETAILS

**DUE 04/29/2020**

$10,300.00

**Pay Invoice**

Powered by QuickBooks

**Bill to**   300 New Jersey Avenue NW
Suite 900
Washington, District of Columbia 20001
United States

APP00233

| | |
|---|---|
| **Terms** | Net 14 |

| | |
|---|---|
| **Contact** | Simon Batashvili |

| | |
|---|---|
| **Other Intrinio Data Feeds** | $10,300.00 |

ZACKS_BUNDLES_ENTERPRISE_MONTH_10300

| | |
|---|---|
| Balance due | $10,300.00 |

We accept the following payment options:

ACH, Credit Card & Wire

Make all checks payable to: Intrinio, Inc.

If wiring please follow the instructions below:

BENEFICIARY: Intrinio, Inc.

ROUTING #: 122238200

ACCOUNT #:

BANK NAME: PacWest Bank

BANK ADDRESS:

5900 LA PLACE COURT SUITE 200

CARLSBAD, CA

Thank you for using Intrinio!

**Pay Invoice**

Intrinio, Inc.

| From: | Lucas Asher |
|---|---|
| Sent: | Tuesday, May 5, 2020 11:16 AM CDT |
| To: | Intrinio |
| CC: | chris@retirementinsider.com; simon@towerequity.com; Konstantin Yurchenko; ap@intrinio.com; Bschwalbe@intrinio.com; Megan Dias |
| Subject: | Re: Reminder: Your invoice from Intrinio #74D42357-0002 is 8 days past due |

Team,

Your address is not on your invoice?

'Banks require an address for us to send this inbound wire. Please provide ASAP so we can fulfill the request.

Thank you,

Lucas

On Sat, May 2, 2020 at 9:45 AM Intrinio <invoice+statements+LaoRhnN7AaCQ5TlJ71Ga@stripe.com> wrote:





Invoice from Intrinio

Invoice #74D42357-0002

| AMOUNT DUE | DATE DUE | BILLED TO |
|---|---|---|
| $10,300.00 | Apr 25, 2020 | Simon Batashvili |
| | | 300 New Jersey Avenue NW |
| | | Suite 900 |
| | | Washington, District of Columbia 20001 |
| | | United States |

Pay this Invoice

SUMMARY

APR 15, 2020 – MAY 15, 2020

ZACKS_BUNDLES_ENTERPRISE_MONTH_10300 × 1                                    $10,300.00

**Amount due**                                                              $10,300.00

PAY $10,300.00 WITH ACH OR WIRE TRANSFER

| | |
|---|---|
| Bank name | WELLS FARGO BANK, N.A. |
| Routing number | 121000248 |
| Account number | |
| SWIFT code | WFBIUS6S |

If you have any questions, contact Intrinio at billing@intrinio.com or call at +1 727-310-0609.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at Intrinio, which partners with Stripe to provide invoicing and payment processing.

--
Lucas Asher

CEO

M: 310-866-6213

A: 8383 Wilshire Blvd #700

   Beverly Hills, CA 90211

W: TowerTrade.com

E: Asher@TowerTrade.com

Telegram: https://t.me/iameons

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

APP00237

| Number | Invoice Type | Entity Name | Contract Number | Date | Due Date | Invoice Status | Past Due (Days) | Amount | Applied Amount | Balance | Last Emailed | Last Opened | Last Clicked | Stripe ID | Queued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INV-13895 | Invoice | Portfolio Insider | 7857 | 8/22/2021 | 9/1/2021 | Future (Not Sent) | 0 | 30,483 | - | 30,483 | | | | | TRUE |
| INV-13556 | Invoice | Portfolio Insider | 7857 | 7/22/2021 | 8/1/2021 | Paid | 0 | 30,483 | 30,483 | - | 8/4/2021 | 8/9/2021 | 8/9/2021 | | FALSE |
| INV-13208 | Invoice | Portfolio Insider | 7857 | 6/22/2021 | 7/2/2021 | Past Due (Payment Failed) | 48 | 29,733 | - | 29,733 | 8/11/2021 | 8/11/2021 | 8/9/2021 | | FALSE |
| INV-13149 | Invoice | Portfolio Insider | 7857 | 5/22/2021 | 6/1/2021 | Paid | 0 | 29,733 | 29,733 | - | 7/8/2021 | 7/8/2021 | 7/8/2021 | | FALSE |
| INV-12500 | Invoice | Portfolio Insider | 7857 | 4/22/2021 | 5/2/2021 | Paid | 0 | 32,233 | 32,233 | - | 4/22/2021 | 5/23/2021 | 5/6/2021 | | FALSE |
| INV-12499 | Invoice | Portfolio Insider | 7857 | 3/22/2021 | 4/1/2021 | Paid | 0 | 32,233 | 32,233 | - | 3/22/2021 | 5/6/2021 | 4/1/2021 | | FALSE |
| INV-12162 | Invoice | Portfolio Insider | 7857 | 2/22/2021 | 3/4/2021 | Paid | 0 | 29,733 | 29,733 | - | 2/22/2021 | 7/12/2021 | 7/12/2021 | | FALSE |
| INV-11376 | Invoice | Portfolio Insider | 7857 | 1/22/2021 | 2/1/2021 | Paid | 0 | 25,633 | 25,633 | - | 1/22/2021 | | | | FALSE |
| INV-10886 | Invoice | Portfolio Insider | 7857 | 12/22/2020 | 1/1/2021 | Paid | 0 | 21,233 | 21,233 | - | 12/22/2020 | | | | FALSE |
| INV-10885 | Invoice | Portfolio Insider | 7857 | 11/22/2020 | 12/2/2020 | Paid | 0 | 17,233 | 17,233 | - | 12/10/2020 | 5/6/2021 | 5/6/2021 | | FALSE |
| INV-10884 | Invoice | Retirement Insider | 7857 | 10/22/2020 | 11/1/2020 | Paid | 0 | 15,433 | 15,433 | - | | | | | FALSE |
| 26406 | Invoice | Retirement Insider | 7857 | 9/22/2020 | 10/2/2020 | Paid | 0 | 15,433 | 15,433 | - | | | | | FALSE |
| 25931 | Invoice | Retirement Insider | 7857 | 8/22/2020 | 9/1/2020 | Paid | 0 | 15,433 | 15,433 | - | | | | | FALSE |
| INV-11321 | Invoice | Retirement Insider | 7857 | 7/22/2020 | 8/1/2020 | Paid | 0 | 10,850 | 10,850 | - | | | | | FALSE |
| 2950 | Invoice | Tower Trade - Subsidiary | 7954 | 5/1/2020 | 5/1/2020 | Paid | 0 | 550 | 550 | - | | | | | FALSE |
| 3030 | Invoice | Tower Trade - Subsidiary | 7954 | 4/29/2020 | 4/29/2020 | Paid | 0 | 19 | 19 | - | | | | | FALSE |
| 4072 | Invoice | Tower Trade - Subsidiary | 7954 | 3/31/2020 | 3/31/2020 | Paid | 0 | 550 | 550 | - | | | | | FALSE |
| 4107 | Invoice | Tower Trade - Subsidiary | 7954 | 3/29/2020 | 3/29/2020 | Paid | 0 | 19 | 19 | - | | | | | FALSE |
| 4741 | Invoice | Tower Trade - Subsidiary | 7954 | 3/1/2020 | 3/1/2020 | Paid | 0 | 550 | 550 | - | | | | | FALSE |
| 4796 | Invoice | Tower Trade - Subsidiary | 7954 | 2/29/2020 | 2/29/2020 | Paid | 0 | 19 | 19 | - | | | | | FALSE |
| 5480 | Invoice | Tower Trade - Subsidiary | 7954 | 1/31/2020 | 1/31/2020 | Paid | 0 | 546 | 546 | - | | | | | FALSE |
| 3851 | Invoice | Tower Trade - Subsidiary | 7954 | 1/8/2020 | 1/8/2020 | Paid | 0 | 19 | 19 | - | | | | | FALSE |
| 3852 | Invoice | Tower Trade - Subsidiary | 7954 | 1/8/2020 | 1/8/2020 | Paid | 0 | 19 | 19 | - | | | | | FALSE |
| 5748 | Invoice | Tower Trade - Subsidiary | 7954 | 12/31/2019 | 12/31/2019 | Paid | 0 | 349 | 349 | - | | | | | FALSE |

# Intrinio

# SERVICES AGREEMENT

### Introduction

This contract agreement (the "Agreement"), is made on **Sep 02, 2020** (the "Effective Date") by and between **Intrinio, Inc.**, a Delaware corporation operating under the name Intrinio and whose place of business is 600 1st Ave N, St Petersburg, FL 33701 ("Intrinio", "we", "our" or "us") and **Retirement Insider LLC**whose place of business is 300 New Jersey Avenue NW, Suite 900, Washington, DC 20001 ("Entity", "you", "your" or "Licensee") (each a "Party" and collectively the "Parties"). You or your Entity refers to you both individually and the Entity on behalf of which you are entering into this Agreement.

The Parties agree to the following terms and conditions by which Intrinio will make available to you certain products and services on its website, intrinio.com (the "Site"), including any content or information provided as part of or through the Site or such related products, services or websites (collectively with the Site, the "Services"), which are owned or operated by Intrinio.

### Overview of Services

Intrinio provides a financial data marketplace, together with related services and content. The Services may include access to various financial data feeds, as well as related applications. Each data feed has its own specific restrictions and limitations (e.g. redistribution restrictions and API usage limitations) during the ordering process, and such terms are hereby incorporated into this Agreement by reference to the extent you select or otherwise access or use the corresponding data feed or application.

### License

Intrinio will make available as part of the Services certain data feeds or applications as specified on the ordering document found above. Each data feed and application may have its own specific terms applicable to such data feed or application ("Product Terms"), which are set forth above.

The data feeds and applications may include data made available by Intrinio or third-party publishers distributing data through Intrinio and the Intrinio Data Applications available on the Site (collectively, "Intrinio Data"). "Intrinio Data Applications" means the Intrinio API, Intrinio Excel Add-In, and Intrinio Screener for Excel, and other web or software services or applications developed by Intrinio and made

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

available to you that utilize or interact with the Intrinio Data, as well as any related documentation, source code, applications and other materials related thereto.

## Restrictions

Licensee shall not repackage or resell the Intrinio Data or Intrinio Data Applications, such as the Intrinio API unless otherwise specified in the Product Terms. Licensee shall not disassemble, reverse engineer or otherwise decompile the Intrinio Data or Intrinio Data Applications. Using the Site does not give you ownership or license of any intellectual property rights in the Site or in any content, information or data accessed on or through the Site, including content, information and data obtained from a third-party website.

## Fees; Payment Terms

If you purchase any Services that we offer for a fee ("Paid Services"), you agree to pay the applicable fees for the Paid Services when due plus all related taxes. All applicable taxes are calculated based on the billing information you provide us at the time of purchase. Unless otherwise denoted, all fees are assessed in U.S. dollars. You also agree that Intrinio and its third-party service providers providing payment processing services may store your payment information. We may charge your payment information for subsequent charges you authorize, such as account upgrades or other special charges authorized by you. If the payment method you use with us reaches its expiration date and you do not edit the applicable information or cancel such Paid Service, you authorize us to continue billing that payment method and you remain responsible for any uncollected amounts. If you purchase a subscription to a Paid Service, you will be billed for your first period immediately upon purchasing or upgrading to a subscription account. Unless otherwise set forth on an applicable ordering document incorporating this Agreement, the Services are billed in advance and are non-refundable. Your subscription account shall automatically renew during the Contract Agreement Period, provided that you may cancel the subscription any time before the end of the Contract Agreement Period and the cancellation will take effect on the next billing period. You shall retain access to such Paid Services from the time you cancel until the start of the next billing period, but you will not receive a refund or credit for any days remaining in your current billing period. You agree to reimburse us for all collection costs and interest for any overdue amounts.

Failure to pay may result in the termination of your subscription. You may cancel or suspend your Paid Services by contacting Intrinio at support@intrinio.com. Unless expressly stated to the contrary, we do not guarantee refunds for lack of usage, dissatisfaction or any other reason.

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

Contract Agreement | Sep 02, 2020

Paid Services may be subject to additional terms, in addition to this Agreement, related to the provision of the Paid Service, including billing information and specified Product Terms found above in the associated ordering document.

This Agreement shall commence on the Effective Date and shall remain in effect through the end of the term as specified in the Product Terms.

## Acceptable Use Policy

You agree to comply with all applicable laws and regulations in connection with your use of the Services. You may not use our Services to post or transmit any illegal material, including without limitation any transmissions that would constitute a criminal offense, give rise to civil liability, or otherwise violate any local, state, national or international law or regulation. In particular, the following is a representative, non-exhaustive list of acts that are prohibited:

- Acts that may materially and adversely affect the quality of other users' experience;
- Actual or attempted unauthorized use or sabotage of any computers, machines or networks;
- Introducing malicious programs into Intrinio's Services, network or servers (e.g. viruses, worms, Trojan horses, etc.);
- Engaging in any monitoring or interception of data not intended for you without authorization;
- Attempting to circumvent authentication or security of any host, network, or account without authorization;
- Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for any underlying intellectual property used to provide the Services, or any part thereof;
- Adapt, modify or create derivative works based on the Services, technology underlying the Services, or other users' content, in whole or part;
- Duplicate, license, sublicense, publish, broadcast, transmit, distribute, perform, display, sell, rebrand, or otherwise transfer information found on the Services (excluding content posted by you) except as permitted in these Terms, or as expressly authorized by Intrinio in writing;
- Using any method, software or program designed to collect identity information, authentication credentials, or other information;
- Transmitting or receiving, uploading, using or reusing material that is abusive, indecent, defamatory, harassing, obscene or menacing, or a breach of confidence, privacy or similar third party rights;
- Transmitting or receiving, uploading, using or reusing material that violates any intellectual property rights of a third party, including, without limitation, patents, trademarks, trade secrets

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

or copyrights;

- Transmitting, receiving, uploading, using or reusing material that you do not have a right to transmit under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);
- Falsifying user identification information;
- Using the Services for anything other than lawful purposes including, but not limited to, intentionally or unintentionally violating any applicable local, state, national or international law; or
- Impersonating any person or entity, including, but not limited to, an Intrinio representative, or falsely stating or otherwise misrepresenting your affiliation with a person or entity.

## Right to Restrict or Terminate Access

Intrinio may deny or restrict your access to all or part of the Services without notice in its reasonable discretion if it deems that you have engaged in any conduct or activities that Intrinio in its reasonable discretion believes violates the letter or spirit of any of this Agreement. If Intrinio denies or restricts your access to the Services because of such a violation, you shall have no right to obtain any refund or credit for the subscriptions fees you have paid.

You may terminate this Agreement by terminating your use of the Services and any related account. Intrinio may terminate this Agreement for any reason or no reason at any time. In the event that this Agreement or the Services are terminated, you acknowledge and agree that you will continue to be bound by this Agreement. Following termination, you shall immediately cease use of the Services and any license granted to you under any agreement related to your use of the Services shall immediately terminate. Intrinio will not be liable to you or any third party as a result of the termination of this Agreement or the Services or for any actions taken by Intrinio pursuant to this Agreement as a result of such termination. Without limiting the generality of the foregoing, Intrinio will not be liable to you or any third party for damages, compensation, or reimbursement relating to your use of the Services, or the termination thereof.

Any sections or terms which by their nature should survive or are otherwise necessary to enforce the purpose of this Agreement, will survive the termination of this Agreement and termination of the Services. Termination of this Agreement or the Services does not relieve you from your obligation to pay Intrinio any amounts owed to Intrinio.

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

## Account

The account you create on the Site and any related profile is owned by us. With regard to your account, you agree to: (i) keep your password secure and confidential; (ii) not permit others to use your account; (iii) not use the accounts of others; (iv) not transfer your account to another party; and (v) notify us of any actual or suspected unauthorized use of your account. You are responsible for any activity occurring under your account. You shall not: (i) select a username already used by another person; (ii) use a username in which another person has rights without such person's authorization; or (iii) use a username or password that Intrinio, in its sole discretion, deems offensive or inappropriate. Intrinio reserves the right to deny creation of your account based on Intrinio's inability to verify the authenticity of your registration information.

You assume all responsibility for your use of, and access to, the Services through your account. Accounts are for a single user, company or other legal entity, as applicable. Any multiple-party use, other than individual use on behalf of a company or other legal entity, is prohibited. For example, sharing a login between non-entity individual users is prohibited.

## Disclaimers

Actual service coverage, speeds, locations and quality may vary. Intrinio will attempt to provide the Services at all times, except for limited periods for maintenance and repair. However, the Services may be subject to unavailability for a variety of factors beyond our control including emergencies, third-party service failures, transmission, equipment or network problems or limitations, interference, signal strength, and may be interrupted, limited or curtailed. Delays or omissions may occur. We are not responsible for data, messages or pages lost, not delivered, delayed or misdirected because of interruptions or performance issues with the Services or communications services or networks. We may impose usage or Services limits, suspend the Services, or block certain kinds of usage in our sole discretion to protect users or the Services. The accuracy and timeliness of data received is not guaranteed.

Intrinio is not a registered investment advisor or broker/dealer. You are advised that the material contained herein should be used solely for informational purposes. You should always conduct your own research and due diligence and obtain professional advice before making any investment decision. Neither Intrinio nor its other users will be liable for any loss or damage caused by a reliance on information obtained in the Services.

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

YOUR USE OF THE SERVICES IS AT YOUR SOLE RISK. ALL SITE CONTENT AND THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTIES OF ANY KIND, EXPRESS, STATUTORY OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, CUSTOM, TRADE, QUIET ENJOYMENT, NONINFRINGEMENT, AVAILABILITY OR ACCURACY OF INFORMATION. INTRINIO DOES NOT WARRANT THAT THE SERVICES WILL BE AVAILABLE, WILL MEET YOUR REQUIREMENTS OR WILL OPERATE IN AN UNINTERRUPTED, ERROR-FREE OR COMPLETELY SECURE MANNER OR THAT ERRORS OR DEFECTS WILL BE CORRECTED. INTRINIO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES, OR CONDITIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE SERVICES, IN TERMS OF THEIR ACCURACY, RELIABILITY, TIMELINESS, COMPLETENESS, OR OTHERWISE.

SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OR LIMITATION OF IMPLIED WARRANTIES OR CONDITIONS, OR ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. IN SUCH EVENT, INTRINIO'S WARRANTIES AND CONDITIONS WITH RESPECT TO THE SERVICES WILL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY APPLICABLE LAW IN SUCH JURISDICTION.

## Limitation of Liability

UNDER NO CIRCUMSTANCES WILL INTRINIO, ITS AFFILIATES, EMPLOYEES, AGENTS, REPRESENTATIVES, LICENSORS OR OTHER THIRD PARTY PARTNERS ("INTRINIO PARTIES") BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF OUR SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER LEGAL THEORY; INCLUDING WITHOUT LIMITATION DAMAGES RESULTING FROM LOST PROFITS, LOST DATA, LOSS OF BUSINESS OR BUSINESS INTERRUPTION, WHETHER DIRECT OR INDIRECT, ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF OUR SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER LEGAL THEORY. YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS AGREEMENT SHALL BE FOR YOU TO DISCONTINUE YOUR USE OF THE SERVICES.

AN INTRINIO PARTY'S TOTAL CUMULATIVE LIABILITY SHALL IN NO EVENT EXCEED THE GREATER OF: (A) THE AMOUNT YOU PAID INTRINIO FOR YOUR USE OF THE SERVICES IN THE PRIOR THREE (3) MONTHS; AND (B) THE SUM OF ONE HUNDRED (100) US DOLLARS.

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

IN NO EVENT SHALL INTRINIO BE LIABLE FOR ANY INVESTMENT GAIN/LOSS YOU INCUR DURING YOUR INVESTMENT IN THE STOCK MARKET. INVESTING IN STOCKS IS RISKY. THE PAST PERFORMANCES OF ANY PERSON(S) DO NOT GUARANTEE THEIR FUTURE PERFORMANCES.

SOME STATES OR JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY. IN SUCH STATES OR JURISDICTIONS, THE INTRINIO PARTIES' LIABILITY TO YOU SHALL BE LIMITED TO THE FULL EXTENT PERMITTED BY LAW.

EACH PROVISION OF THIS AGREEMENT THAT PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES, OR EXCLUSION OF DAMAGES IS TO ALLOCATE THE RISKS OF THIS AGREEMENT BETWEEN THE PARTIES. THIS ALLOCATION IS REFLECTED IN THE PRICING OFFERED BY INTRINIO TO YOU AND IS AN ESSENTIAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN THE PARTIES. EACH OF THESE PROVISIONS IS SEVERABLE AND INDEPENDENT OF ALL OTHER PROVISIONS OF THIS AGREEMENT. THE LIMITATIONS IN OTHER SECTIONS WILL APPLY NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY IN THIS AGREEMENT.

## Indemnity

You agree to defend, indemnify and hold the Intrinio Parties harmless from any claim or demand, including reasonable attorneys' fees, made by any third party arising out of or relating to (i) any violation of this Agreement by you; (ii) your content or any other content or material you submit or otherwise transmit through our Services; (iii) your violation of any rights of another; or (iv) your use of the Services. Intrinio reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to defense by you.

## Ownership

Intrinio respects the intellectual property rights of others and expects that you do the same. It is our policy to terminate, in appropriate circumstances, the accounts of subscribers who infringe the copyrights of others. You may not upload, download, post, publish, transmit, reproduce, or distribute in any way, files, material, information, software or other material obtained through the Services that is protected by copyright or other proprietary right or derivative works with respect thereto, without obtaining permission of the copyright owner or other right holder. Intrinio has the right, but not the obligation, to remove from the Services any files, material, information, software or other material Intrinio believes is or may be, in its sole discretion, infringing or otherwise in violation of the rights of others.

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Intrinio

## Dispute Resolution

Excluding claims for injunctive or other equitable relief, for any claim where the total amount of the award sought is less than $10,000, the party requesting relief may elect to resolve the dispute through binding non-appearance-based arbitration. In the event a party elects arbitration, they shall initiate such arbitration through an established alternative dispute resolution provider mutually agreed upon by the parties. The arbitration shall be conducted by telephone, online or be solely based on written submissions; the specific manner shall be chosen by the party initiating the arbitration. The arbitration shall not require any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties. Any judgment on the award rendered by the arbitrator shall be final and may be entered in any court of competent jurisdiction. You agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action. If for any reason a claim proceeds in court rather than in arbitration each party waives any right to a jury trial.

## Privacy

To use our Services, you must register with us and submit certain personally identifiable information. You expressly agree that we may collect, disclose, store and otherwise use your information in accordance with the terms of the Intrinio Privacy Policy, available at https://intrinio.com/privacy.

## Governing Law

This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Florida, without regard to its conflict of laws rules.

APP 00246

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Signature Certificate

Document Ref.: WVTE5-NGVPB-CPJZB-N8KPC

Document signed by:



**Lucas Asher**

Verified E-mail:
asher@towertrade.com



IP: 98.153.204.146     Date: 02 Sep 2020 23:18:30 UTC



**Rachel Carpenter**

Verified E-mail:
rcarpenter@intrinio.com





IP: 35.142.172.192     Date: 03 Sep 2020 02:38:50 UTC

Document completed by all parties on:
03 Sep 2020 02:38:50 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



APP00247

# Intrinio

Contract Agreement | Sep 02, 2020

## PRICING OVERVIEW

| Product Name | Annual Price (Billed Monthly) |
|---|---|
| CFRA ETF Bundle | $28,000.00 |
| - Holdings | |
| - Stats | |
| - Classifications | |
| - Historical Data Included | |

## Pricing - User Base Exceeds 100,000

| Product Name | Annual Price (Billed Monthly) |
|---|---|
| CFRA ETF Bundle | $36,000.00 |
| - Holdings | |
| - Stats | |
| - Classifications | |
| - Historical Data Included | |

## PRODUCT TERMS

**Redistribution Use**
You are permitted to receive, process, and display the Intrinio Data in your own application to individual end users of your application, provided you or your End Users use the data in such a way as to not resell or otherwise commercially exploit the Intrinio Data (provided that you may commercialize your application so long as such commercialization and the demand for such application is not directly or primarily tied to the Intrinio Data itself and material, substantial functionality and/or analysis is provided in connection with such Intrinio Data).

You can disclose in your application, website or software (on any page where Intrinio Data is used) either the Intrinio logo or reference that the data is from Intrinio with a dofollow backlink to the Intrinio website.

# Intrinio

As a customer of Intrinio, you agree to the fair use of your company name or your likeness for promotional purposes in marketing materials unless otherwise agreed upon.

In the event these Product Terms include additional or conflicting terms with respect to the redistribution use parameters in the Services Agreement, these Product Terms shall apply and supersede the redistribution use parameters in the Services Agreement.

**API Usage Limits**
600 API Calls Min

The price listed in this contract agreement shall continue for a period of 1 years (the "Contract Agreement Period"), and **invoicing shall be on an monthly basis for services** rendered in the following year.

Intrinio reserves the right to increase the annual price in this contract agreement by a max five percent (5%) year over year during the Contract Agreement Period. At the end of the Contract Agreement Period, an account review will be conducted with your team to draft a new contract agreement at that time.

If your subscription includes historical data, history will be restricted to one (1) year of data until payment for the first year has been received. Once payment has been received, full access to your subscription will be granted.

If payment for any billing period has not been received after sixty (60) days of invoicing, subscription access will be immediately terminated.

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# CONTACT INFORMATION

Per our services agreement, the following firm contacts will be kept on file for marketing and technical related questions.

**Marketing and PR Contact:**

Gwen Thompson                                        gwen@portfolioinsider.com

☐ Same as contract acceptance signee

**Technical Data Delivery Contact:**

Konstantine                                          konstantin@retirementinsider.com

☐ Same as contract acceptance signee

**Billing Information:**

Dennis belichenko                                    accounting@kotelholdings.com

Retirement Insider, LLC                              (877) 960-0615

**Intrinio** | Services Agreement for Retirement Insider LLC

APP00250

# Intrinio

## SIGNEE ACCEPTANCE

This Master Services Agreement ("Agreement"), is made effective on November 5, 2020 (the "Effective Date") by and between Intrinio, Inc., a Delaware corporation operating under the name Intrinio and whose place of business is 600 1st Ave N, St Petersburg, FL 33701 ("Intrinio", "we", "our" or "us") and Portfolio Insider whose place of business is 9465 Wilshire Boulevard, Beverly Hills, CA 90212 ("Entity", "you", "your" or "Licensee") (each a "Party" and collectively the "Parties"). You or your Entity refers to you both individually and the Entity on behalf of which you are entering into this Agreement. The Parties acknowledge and agree that they have read and understand this Agreement and, upon execution, are legally bound by it. This Agreement consists of this "Signee Acceptance", the attached Terms of Service, all pricing schedules, product terms, vendor terms of service (each, a "Vendor Terms of Service") entered into in connection with this Agreement, and any schedules, exhibits, or other attachments incorporated herein (each, an "Addendum").

<u>Payment is due net 10 days from invoice date. Invoices will be sent the 22nd of every month. Your next invoice will be sent on November 22nd, 2020.</u>

**Intrinio, Inc.**
600 First Avenue North, Suite 203
Saint Petersburg, Florida 33701

**Portfolio Insider**
9465 Wilshire Boulevard
Beverly Hills, CA  90212

*Yates Sayers*

_____
Signature

Yates Sayers
_____
Name

11/14/2020
_____
Date

_____
Signature

LUCAS ASHER
_____
Name

11/14/2020
_____
Date

# Intrinio

## TERMS OF SERVICE

### Introduction

The Parties agree to the following terms of service ("Terms of Service") by which Intrinio will make available to you certain products and services on its website, intrinio.com (the "Site"), including any content or information provided as part of or through the Site or such related products, services or websites (collectively with the Site, the "Services"), which are owned or operated by Intrinio, and all Addendum. In the event of a conflict between these Terms of Service and any Addedum, these Terms of Service will control, unless expressly stated to the contrary in the Addendum.

### Overview of Services

Intrinio provides a financial data marketplace, together with related services and content. The Services may include access to various financial data feeds, as well as related applications. Each data feed has its own specific restrictions and limitations (e.g. redistribution restrictions and API usage limitations) during the ordering process, and such terms are hereby incorporated into this Agreement by reference to the extent you select or otherwise access or use the corresponding data feed or application.

### License

Intrinio will make available as part of the Services certain data feeds or applications as specified on the ordering document found above. Each data feed and application may have its own specific terms applicable to such data feed or application ("Product Terms"), which are set forth in the applicable Addendum.

The data feeds and applications may include data made available by Intrinio or third-party publishers distributing data through Intrinio and the Intrinio Data Applications available on the Site (collectively, "Intrinio Data"). "Intrinio Data Applications" means the Intrinio API, Intrinio Excel Add-In, and Intrinio Screener for Excel, and other web or software services or applications developed by Intrinio and made available to you that utilize or interact with the Intrinio Data, as well as any related documentation, source code, applications and other materials related thereto.

### Restrictions

Licensee shall not repackage or resell the Intrinio Data or Intrinio Data Applications, such as the Intrinio API unless otherwise specified in the applicable Addendum. Licensee shall not disassemble, reverse engineer or otherwise decompile the Intrinio Data or Intrinio Data Applications. Using the Site

# Intrinio

does not give you ownership or license of any intellectual property rights in the Site or in any content, information or data accessed on or through the Site, including content, information and data obtained from a third-party website.

## Fees; Payment Terms

If you purchase any Services that we offer for a fee ("Paid Services"), you agree to pay the applicable fees for the Paid Services when due plus all related taxes. All applicable taxes are calculated based on the billing information you provide us at the time of purchase. Unless otherwise denoted, all fees are assessed in U.S. dollars. You also agree that Intrinio and its third-party service providers providing payment processing services may store your payment information. We may charge your payment information for subsequent charges you authorize, such as account upgrades or other special charges authorized by you. If the payment method you use with us reaches its expiration date and you do not edit the applicable information or cancel such Paid Service, you authorize us to continue billing that payment method and you remain responsible for any uncollected amounts. If you purchase a subscription to a Paid Service, you will be billed for your first period immediately upon purchasing or upgrading to a subscription account. Unless otherwise set forth on an applicable ordering document incorporating this Agreement, the Services are billed in advance and are non-refundable. Your subscription account shall automatically renew during the Contract Agreement Period, provided that you may cancel the subscription any time before the end of the Contract Agreement Period and the cancellation will take effect on the next billing period. You shall retain access to such Paid Services from the time you cancel until the start of the next billing period, but you will not receive a refund or credit for any days remaining in your current billing period. You agree to reimburse us for all collection costs and interest for any overdue amounts.

Failure to pay may result in the termination of your subscription. You may cancel or suspend your Paid Services by contacting Intrinio at support@intrinio.com. Unless expressly stated to the contrary, we do not guarantee refunds for lack of usage, dissatisfaction or any other reason.

Paid Services may be subject to additional terms, in addition to this Agreement, related to the provision of the Paid Service, including billing information and specified in the applicable Addendum.

This Agreement shall commence on the Effective Date and shall remain in effect through the end of the term as specified in the applicable Addendum.

## Acceptable Use Policy

Document Ref: G7G8P-DS3WR-HTH5D-VCM8D

APP00253

# EXHIBIT G







Home    My Network    Jobs



**Jennifer Hacker**
Performance Marketing, Google Ads at adQuadrant

( More )   ( 🔒 Message )



# Jennifer Hacker · 3rd

   adQuadrant

Performance Marketing, Google Ads
at adQuadrant

Burbank, California, United States ·

**Contact info**

500+ connections

( 🔒 Message )   ( More )

✕

## Get the LinkedIn app and see more profiles like Jennifer's anytime, anywhere

kelly.crawford@solidcounsel.com

 Jennifer Hacker
Performance Marke...

**Or send me an SMS instead**

## About

I'm a recent transplant to the Los Angeles area, and I would love to connect with marketers in the area! I am proficient in many facets of digital marketing including:

... see more


EXHIBIT
G

**APP00255**

(99+) Jennifer Hacker | LinkedIn

 

Home    My Network    Jobs

 **Jennifer Hacker**
Performance Marketing, Google Ads at adQuadrant

More    🔒 Message

 Jennifer commented

HIRING - My team is looking for a Head of Creative! We would prefer direct response marketing experience. This is one of th...

Jennifer shared this

5 Reactions

See all activity

## Experience

 **Performance Marketing, Google Ads**
adQuadrant · Full-time
Jan 2021 – Present · 8 mos

 **Freelance**
Various Companies · Full-time
Sep 2019 – Present · 2 yrs
Los Angeles, California, United States

- Managed budgets in excess of $400k per month
- Worked with small and large ad accounts including CPG, Entertainment, and e-commerce national clients
- Performed SEO research and audits          ...see more

**Director of Marketing**
Portfolio Insider · Full-time
Jul 2020 – Jan 2021 · 7 mos

 **Paid Search Manager**
Full Beaker, Inc. · Full-time
Feb 2019 – Mar 2020 · 1 yr 2 mos
Bellevue, WA, United States

Owned all Paid Search accounts in mortgage, travel nursing and nurse education verticals. I made an immediate impact on the company's bottom line by doing what I do best, identifying the biggest opportunities for KPI success. Within the first  ...see more

**APP00256**

(99+) Jennifer Hacker | LinkedIn

 

 **Jennifer Hacker**
Performance Marketing, Google Ads at adQuadrant

Home    My Network    Jobs

More    🔒 Message

our production team, including implementing Basecamp,
improved communications, and set standards
• In first three months of active promotion with the cc ...see more

Show 5 more experiences ⌄

## Education

 **Western Governors University**
Marketing/Marketing Management, General
2011 – 2015

 **Hofstra University**
music
1996 – 2001

## Licenses & certifications

 **Google Ads Display**
Google
Issued Aug 2020 · Expired Aug 2021
Credential ID 56558537

See credential

 **Google Ads Search**
Google
Issued Aug 2020 · Expired Aug 2021
Credential ID 56560516

See credential

**Google Analytics**

Show more ⌄

**APP00257**





Home     My Network     Jobs

**Jennifer Hacker**
Performance Marketing, Google Ads at adQuadrant

( More )    ( 🔒 Message )



Board Member
NAMI
Human Rights

Assisted with Family 2 Family Course. Volunteered at various functions.

## Organizer
Beagle Freedom Project
Animal Welfare

Organizing outreach events to create awareness of cause.

**APP00258**

# EXHIBIT H

APP00259



## CONSULTING AGREEMENT

**THIS CONSULTING AGREEMENT (the "Agreement") dated July 13, 2020**

**BETWEEN:**

Complete Control, LLC
23 Faraday Drive
Lutherville-Timonium, MD 21093
(the "Consultant")

**- AND -**

Tower Equity, LLC
8383 Wilshire Blvd
Floor 7
Beverly Hills, California 90211
(the "Client")

A. The Client is of the opinion that the Consultant has the necessary qualifications, experience and abilities to provide consulting services to the Client.

B. The Consultant is agreeable to providing such consulting services to the Client on the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Client and the Consultant (individually, the "Party" and collectively the "Parties" to this Agreement) agree as follows:

**Services Provided:**

1. The Client hereby agrees to engage the Consultant, through its unique agent, Peter Coyne, to provide the Client with the following consulting services (the "Services"):

**EXHIBIT**

tabbies

APP00260

• Creation of multichannel customer acquisition strategy which shall:

a. Refine the strategy to grow the Client's overall customer acquisition and monetization.

b. Strategies will be approved by and key performance indicators will be determined by the Client.

c. Services provided by the Consultant to create strategy are limited to a bi-weekly strategy call lasting no longer than 1.5 hours, at least one business introduction per month, and from time to time review of marketing materials and strategy to be scheduled ahead of time as mutually agreed upon.

d. All materials produced in whatever form, created, authorized and/or originated by Consultant, including, without limitation, all documents, papers, reports, and graphics, produced by Consultant in the course of providing the Services shall be referred to collectively herein as the "Work";

**Compensation**

2. The Consultant will charge the Client a flat fee of $10,000 per month for the Services (the "Compensation") payable as follows:.
a. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (US Dollars).
b. Invoices submitted by the Consultant to the Client are due upon receipt.
c. The Consultant will not be reimbursed for any expenses incurred in connection with providing the Services of this Agreement.

**Term**

3. The term of this Agreement (the "Term") will begin on July 1st, 2020 and continue in full force and effect for 12 months.

The parties may terminate this Agreement upon written notice. Upon termination, Consultant's entitlement to any compensation shall cease.

**Confidentiality**

4. Confidential information (the "Confidential Information") refers to any data or information relating to the business of the Client which would reasonably be considered to be proprietary to the Client including, but not limited to, accounting records, business processes, and client records and that is not generally known in the industry of the Client and where the release of that Confidential Information could reasonably be expected to cause harm to the Client.

APP00261

5. The Consultant agrees that they will not disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the Consultant has obtained, except as authorized by the Client or as required by law. The obligations of confidentiality will apply during the term of this Agreement and will survive indefinitely upon termination of this Agreement.

6. All written and oral information and material disclosed or provided by the Client to the Consultant under this Agreement is Confidential Information regardless of whether it was provided before or after the date of this Agreement or how it was provided to the Consultant.

**Ownership of Intellectual Property**

7. All intellectual property and related material, including any trade secrets, moral rights, goodwill, relevant registrations or applications for registration, and rights in any patent, copyright, trademark, trade dress, industrial design and trade name (the "Intellectual Property") that is developed or produced under this Agreement, is a "work made for hire" and will be the sole property of the Client. The use of the Intellectual Property by the Client will not be restricted in any manner.  In the event that for any reason the Work is not considered "work for hire," Consultant hereby irrevocably assigns to Client all right, title and interest in and to the Work, including, without limitation, all applicable intellectual property rights such as copyrights.

8. The Consultant may not use the Intellectual Property or Work for any purpose other than that contracted for in this Agreement except with the written consent of the Client. The Consultant will be responsible for any and all damages resulting from the unauthorized use of the Intellectual Property.

**Return of Property**

9. Upon the expiry or termination of this Agreement, the Consultant will return to the Client any property, documentation, records, or Confidential Information which is the property of the Client.

**Capacity/Independent Contractor**

(a)Client and Consultant jointly and severally agree that the relationship of Consultant to Client is that of an independent contractor, and that in no event shall this Agreement be deemed to have created a partnership, joint venture or employee-employer relationship. Client shall have no control of the details of where, how and when Consultant performs his Services and functions under this Agreement. Client shall not represent that Consultant an officer, representative or employee of Client. Consultant shall have no authority whatsoever to bind Client to any contract or other obligation or to engage in any conduct which imposes or may impose on Client any legal or other obligation of any kind.  Consultant shall not represent to any third party that Consultant is an officer or employee of Client.  No change in Consultant's duties

shall result in, or be deemed to be, a modification of the terms of this Agreement.  Consultant shall not be under the supervision or control of any representative of Client.

(b)  Consultant will be solely responsible for acquiring its own tools, equipment and other resources to perform the Work.  Consultant will not be reimbursed for such expenses.

(c)  Consultant shall not be treated as an employee for U.S. Federal, state or local tax purposes. Consultant hereby represents and warrants to Client that Consultant is an independent contractor for Federal, state and local tax purposes.  Client does not intend to withhold any Federal, state or local taxes from Consultant's compensation; and Consultant shall be responsible for and pay any and all Federal, State and local taxes required by law to be an independent contractor.

(d)  As an independent contractor, Consultant shall not be entitled to any fringe benefits.

**Notice**

11. All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and delivered to the Parties at the following addresses:

Tower Equity, LLC
8383 Wilshire Blvd
Floor 7
Beverly Hills, California 90211

**-and-**

Complete Control, LLC
23 Faraday Drive
Lutherville-Timonium, Maryland 21093

or to such other address as either Party may from time to time notify the other, and will be deemed to be properly delivered (a) immediately upon being served personally, (b) two days after being deposited with the postal service if served by registered mail, or (c) the following day after being deposited with an overnight courier.

**Indemnification**

12. Except to the extent paid in settlement from any applicable insurance policies, and to the extent permitted by applicable law, each Party agrees to indemnify and hold harmless the other Party, and its respective directors, shareholders, affiliates, officers, agents, employees, and permitted successors and assigns against any and all claims, losses, damages, liabilities, penalties, punitive damages, expenses, reasonable legal fees and costs of any kind or amount

whatsoever, which result from or arise out of any act or omission of the indemnifying party, its respective directors, shareholders, affiliates, officers, agents, employees, and permitted successors and assigns that occurs in connection with this Agreement. This indemnification will survive the termination of this Agreement.

**Modification of Agreement**

13. Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

**Time of the Essence**

14. Time is of the essence in this Agreement. No extension or variation of this Agreement will operate as a waiver of this provision.

**Assignment**

15. The Consultant will not voluntarily, or by operation of law, assign or otherwise transfer its obligations under this Agreement without the prior written consent of the Client. Likewise, Client will not voluntarily, or by operation of law, assign or otherwise transfer its obligations under this Agreement without the prior written consent of the Consultant.

**Entire Agreement**

16. It is agreed that there is no representation, warranty, collateral agreement or condition affecting this Agreement except as expressly provided in this Agreement.

**Inurement**

17. This Agreement will inure to the benefit of and be binding on the Parties and their respective heirs, executors, administrators and permitted successors and assigns.

**Titles/Headings**

18. Headings are inserted for the convenience of the Parties only and are not to be considered when interpreting this Agreement.

**Gender**

19. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

**Governing Law**

20. This Agreement will be governed by and construed in accordance with the laws of the State of Maryland.

**Severability**

21. In the event that any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, all other provisions will nevertheless continue to be valid and enforceable with the invalid or unenforceable parts severed from the remainder of this Agreement.

**Waiver**

22. The waiver by either Party of a breach, default, delay or omission of any of the provisions of this Agreement by the other Party will not be construed as a waiver of any subsequent breach of the same or other provisions.


Complete Control, LLC
Name: Peter Coyne
Title: Founder
Date: 6/7/2020
_____
Signature

Tower Equity, LLC
Name: Simon Batashvili
Title: Managing Member
Date: 6/7/2020
_____
Signature

APP00265

| From: | Corporate Headquarters |
|---|---|
| Sent: | Friday, August 21, 2020 3:04 PM CDT |
| To: | Peter Coyne |
| CC: | doctordaigle@gmail.com; simon@towerequity.com |
| Subject: | Re: YT ad set #1 |

Hi Peter,

Apologies if I wasn't clear on a few of the topics you have brought up here.

In the interest of us all getting on the same page, please allow me to add some clarity:


1. We are not looking for affiliates at this juncture. (I am not sure who told you that actually.) What we are looking for is "JV deals."
More specifically, we would pay cash up front for CPA to mitigate any risk, include favorable CPM or list rentals that we pay for.

2. I am not sure what you mean by: "The numbers are great that you've shared so far, but they're on such a small sample size that they're probably not real."

We have $2,160,000 in annual revenue generated in the last 60 days. Granted, that is not a billion dollars yet, But I think multiple 7 figures wouldn't necessarily qualify for "small sample size..."


3. Robert Phillips does work for us but is probably waiting to be formally introduced as to not blur any professional lines.


4. I am happy to start offering a $325 CPA with a cap of $1,000,000 since we are still dialing it in.


5. I would love to have a weekly call. Can we please establish a fixed day and time that works on all our calendars?


Positive Development: I just spoke with one of the chief editors from CNBC yesterday. They intend to include us on their annual list of "Most Disruptive Companies In America." Having CNBC placing a strong endorsement as us being a leader in Fintech could be very helpful.

p.s. Here's my cell 310-866-6213


Best,

Lucas Asher
**CTO / Economist**
p:   (877) 960-0615

   Fax: 747.204.5931
a:   300 New Jersey Avenue NW, Suite 900, Washington, DC 20001
w:   corporate@portfolioinsider.com

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

On Thu, Aug 20, 2020 at 7:03 AM Peter Coyne <pmcoyne@me.com> wrote:
  Hey Jennifer,

I can bring Portfolio Insider to some affiliates right now, but 100% positive I'll get a "no" as is right now and I won't get a second audience after that.

The top things to have a shot with affiliates are:

   -- Solid conversion numbers to cold traffic. Can you give me an update of any new testing outside of the 50 beta-testers? Was anything done based on these comments from 7-30-20? Lucas referenced 12 different video assets you guys were going to test. How are those going? The numbers are great that you've shared so far, but they're on such a small sample size that they're probably not real.

   -- Need to get a copy dialed in so it converts well. Click here for my comments on the copy.

   -- Need an attractive CPA offer & swipes to pitch to affiliates that they find attractive to run.

I tried emailing Robert Phillips after talking with Daigle to see if he's working for/with you guys. He never answered me. Can you confirm if he's on the payroll or not? I say, if you're paying him to write, crack the whip and ask for some of what I outlined in my video above.

When the copy is dialed in, we need to set a CPA and it needs to be competitive. Typical CPAs in Agora range from $100-$250. Some outliers are $300+. Those offers do not have a lead capture squeeze before the offer. They're always straight to the core promotion.

In my opinion, no one in Agora land that I know will ever accept a CPL or a CPM deal.

So, what CPA can we set?

There are a couple ways you can reach that CPA...

   -- You can make an arbitrary number up, but I don't recommend that cause you're likely going to lose money.

   -- You can base it off of the lifetime value of a portfolio insider customer.

   -- Even with a solid CPA, you're going to need a good conversion rate. Otherwise, they might bite because of an attractive CPA offering... but then when the conversions are super low, they won't earn anything and won't want to reload.

We should also do a weekly call like we discussed originally. The way Lucas, Simon and I discussed it was that the calls would be a normal internal call that I'd be invited to. I'd like that to be M.O. instead of me having to push for it because I don't know the internal team and I'm not calling plays on your businesses action items -- I'm just giving feedback and direction based on what you guys are planning.

I can be helpful to you on them!

Let me know when we can do our first one?

Best,
Pete

On July 30, 2020 at 6:05 PM, Corporate Headquarters <corporate@portfolioinsider.com> wrote:


   This is the landing page after the software demo page

https://portfolioinsider.com/trial-3

On Thu, Jul 30, 2020 at 2:13 PM Corporate Headquarters
<corporate@portfolioinsider.com> wrote:
 Hi Peter,

 I agree with all your points in the YT ad memo you sent.

 Jennifer Hacker wants about 12 different video assets for the first big push.

 So, this is 1 out of 12 and they will keep getting better.

 We are intentionally keeping the videos with a warm/amateur/"every day man" feel.

 The major coming hook for the next ads revolves around the following topic:

 The Government is essentially planning on making the first change to institutional investor
 reporting since 1978. It's the biggest blow to transparency by the Government in over 40
 years. The "13F" filings we rely on to bring transparency to secretive billionaires is about
 to be banned in part.

 Source:
 https://investmentu.com/proposed-13f-rule-will-hurt-investors/

 Essentially the threshold for reporting is going from 100mm to 3.5 billion. This will
 eliminate transparency for at least 2 trillion dollars and over 80% of billionaire holdings.

 The hook for the next set of ads will revolve around the theme that the "powers that be" are
 removing you from access to transparency, and, in effect, building a new wall around the
 wealthy elite to keep you from the tools they have.

 RE: Your questions:

 1. Our first spokesman is an accomplished actor from Texas. (However, he loves the
 product and is a user also)

 2. The ad will go to a software demo (evergreen) webinar that Chris Daigle is helping
 organize with our internal marketing rep named Gwen.

 After, the webinar, the funnel will go to a 99 cent trial page here:
 https://terminal.portfolioinsider.com/trial-3

**APP00269**

| | |
|---|---|
| **From:** | Corporate Headquarters |
| **Sent:** | Thursday, July 30, 2020 5:05 PM CDT |
| **To:** | pmcoyne@me.com |
| **CC:** | doctordaigle@gmail.com; simon@towerequity.com |
| **Subject:** | Re: YT ad set #1 |

This is the landing page after the software demo page

https://portfolioinsider.com/trial-3

On Thu, Jul 30, 2020 at 2:13 PM Corporate Headquarters <corporate@portfolioinsider.com> wrote:

Hi Peter,

I agree with all your points in the YT ad memo you sent.

Jennifer Hacker wants about 12 different video assets for the first big push.

So, this is 1 out of 12 and they will keep getting better.

We are intentionally keeping the videos with a warm/amateur/"every day man" feel.

The major coming hook for the next ads revolves around the following topic:

The Government is essentially planning on making the first change to institutional investor reporting since 1978. It's the biggest blow to transparency by the Government in over 40 years. The "13F" filings we rely on to bring transparency to secretive billionaires is about to be banned in part.

Source:
https://investmentu.com/proposed-13f-rule-will-hurt-investors/

Essentially the threshold for reporting is going from 100mm to 3.5 billion. This will eliminate transparency for at least 2 trillion dollars and over 80% of billionaire holdings.

The hook for the next set of ads will revolve around the theme that the "powers that be" are removing you from access to transparency, and, in effect, building a new wall around the wealthy elite to keep you from the tools they have.

RE: Your questions:

1. Our first spokesman is an accomplished actor from Texas. (However, he loves the product and is a user also)

2. The ad will go to a software demo (evergreen) webinar that Chris Daigle is helping organize with our internal marketing rep named Gwen.

After, the webinar, the funnel will go to a 99 cent trial page here: https://terminal.portfolioinsider.com/trial-3

Our next shoot date is Wed & we are currently in creative about the next "hook" and copy.

best,

Lucas Asher
**CTO / Economist**
p:   (877) 960-0615

Fax: 747.204.5931
a:   300 New Jersey Avenue NW, Suite 900, Washington, DC 20001
w:   corporate@portfolioinsider.com

CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.

| | |
|---|---|
| **From:** | Corporate Headquarters |
| **Sent:** | Wednesday, August 26, 2020 11:22 AM CDT |
| **To:** | Peter Coyne |
| **CC:** | Chris Daigle; simon@towerequity.com; jennifer.hacker@retirementinsider.com |
| **Subject:** | Re: Recap of Ideas on Yesterday's Calls |

## In red.

— I'll hit up AF with the deal you proposed. $100k upfront guarantee. $330 CPA above that $100k. Needs to be a buyer list between 8k and 15k.

**Thanks! If they don't go for it, I would appreciate feedback on what type of CPA deal they would consider with a fintech software company like ours? We believe we can deliver tremendous value to the audience and are open to bundling with a new JR book.**

— I would include a one-click lifetime upsell right behind the initial cart. I would peg the upfront price as a ~80% discount off of the full annual price ($995). This gets them access to portfolio insider for life — for as long as the product is available — without paying another fee. This will up your average cart. Get you more revenue than you would from a typical stick rate at scale. Then, you have that person as a customer for life and can establish helpful upsells that add even more value to the portfolio insider tool. When you guys have that, I can comment on it.

**This is a great idea. Will add into a funnel.**

— I'd slap a video on that portfolio insider page that goes into a lot more detail about the benefits of the service. I don't think that page alone will convert to Agora people well. They've been desensitized with aggressive long-form copy. They won't have awareness of the product you're offering or why they need it. Copy will need to do that heavy lifting. Quickest way to get that done is by slapping a video on that page. I'm available to review that and comment. I don't think it's enough to have any video on the page. And I can help you guys get that dialed in.

**We've been working with Chris Daigle on an explainer video for the past couple of weeks.**

— I'd love to work with you guys on an upsell product. I have a lot of ideas there that are going to boost your avg cart & acquisition from cold traffic massively.

https://openai.com/

**We are working on an artificial intelligence based personal finance product with Elon Musk's technology that could be a great upsell.**

— One hook for a brand new portfolio insider page could revolve around the proposed SEC rule change for 13 F reporting to $3.5 billion-$4billion. This is going to give insiders wayyyyyy more opacity to trade without anyone knowing what they're trading. I have so many ideas for you guys on this front.

**Thanks, we are working on that hook, are there any other "big ideas" other than that?**


On Wed, Aug 26, 2020 at 8:28 AM Peter Coyne <pmcoyne@me.com> wrote:

Lucas,

Just wanna recap what we discussed yesterday…

— I'll hit up AF with the deal you proposed. $100k upfront guarantee. $330 CPA above that $100k. Needs to be a buyer list between 8k and 15k.

— I would include a one-click lifetime upsell right behind the initial cart. I would peg the upfront price as a ~80% discount off of the full annual price ($995). This gets them access to portfolio insider for life — for as long as the product is available —

without paying another fee. This will up your average cart. Get you more revenue than you would from a typical stick rate at scale. Then, you have that person as a customer for life and can establish helpful upsells that add even more value to the portfolio insider tool. When you guys have that, I can comment on it.

— I'd slap a video on that portfolio insider page that goes into a lot more detail about the benefits of the service. I don't think that page alone will convert to Agora people well. They've been desensitized with aggressive long-form copy. They won't have awareness of the product you're offering or why they need it. Copy will need to do that heavy lifting. Quickest way to get that done is by slapping a video on that page. I'm available to review that and comment. I don't think it's enough to have any video on the page. And I can help you guys get that dialed in.

— I'd love to work with you guys on an upsell product. I have a lot of ideas there that are going to boost your avg cart & acquisition from cold traffic massively.

— One hook for a brand new portfolio insider page could revolve around the proposed SEC rule change for 13 F reporting to $3.5 billion-$4billion. This is going to give insiders wayyyyyy more opacity to trade without anyone knowing what they're trading. I have so many ideas for you guys on this front.

Pete

APP00273

| | |
|---|---|
| **From:** | Gwen Thomas |
| **Sent:** | Saturday, August 29, 2020 5:42 PM CDT |
| **To:** | Peter Coyne |
| **CC:** | Corporate Headquarters; Chris Daigle; simon@towerequity.com; Gwen Thomas |
| **Subject:** | Re: Portfolio Insider Audio for Video Demo |
| **Attachments:** | Aug 27 RI Demo Voiceover Transcript Final Draft.docx |

Here is the final draft of the transcript we had recorded so you can take a look!

Gwen


On Sat, Aug 29, 2020 at 8:04 AM Peter Coyne <pmcoyne@me.com> wrote:
 I just listened to this. It's good. Are you envisioning it being a video? Were you reading a
 script? If so, can you send it so I can propose a few edits?

Sent from my iPhone


    On Aug 28, 2020, at 7:56 PM, Peter Coyne <pmcoyne@me.com> wrote:


    I'll have thoughts back by tomorrow!

    Sent from my iPhone


        On Aug 28, 2020, at 1:11 PM, Corporate Headquarters
        <corporate@portfolioinsider.com> wrote:




        Attached,



Lucas Asher
*CTO / Economist*
p:   (877) 960-0615

Fax: 747.204.5931
a:   300 New Jersey Avenue NW, Suite 900, Washington, DC 20001
w:   corporate@portfolioinsider.com

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

<Portfolio Insider Demo recording Aug 27th .m4a>

| From: | Peter Coyne |
|---|---|
| Sent: | Friday, August 28, 2020 6:57 PM CDT |
| To: | Corporate Headquarters |
| CC: | Chris Daigle; simon@towerequity.com |
| Subject: | Re: Portfolio Insider Demo Transcript Aug 27th |

Got it! I'll have comments back tomorrow latest

Sent from my iPhone

On Aug 27, 2020, at 5:15 PM, Corporate Headquarters <corporate@portfolioinsider.com>
wrote:

Hi Peter,

I wrote this transcript for our video tutorial.

Essentially a great way to position the product and answer the question "why do I need this?"

Please feel free to add any redlines before we send to production for the video asset.

Thanks!

Lucas Asher
*CTO / Economist*
p:   (877) 960-0615

     Fax: 747.204.5931
a:   300 New Jersey Avenue NW, Suite 900, Washington, DC 20001
w:   corporate@portfolioinsider.com

*CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

<Aug 27 RI Demo Voiceover Transcript (Draft 3) (2).docx>

APP00277

*Portfolio Insider*

**Transcript Draft**

**Introduction:** *start w/ metaphor - race of something*

Investment banks, hedge funds, and billionaire family offices charge billions of dollars in fees for their data and services. They hire large staffs of analysts and programmers, all claiming they have the "best information" to help you make insightful decisions when investing.

The truth is, these big businesses have only made investing more complex and expensive for the average person.

Just listen to bestselling financial journalist Michael Lewis explain how Wall Street's rigged the game against us:

YouTube (https://youtu.be/l0Yx7RnHAcw?t=758) (**12:38-end**)

But what if there was a company dedicated to democratizing access to the world's most valuable financial information?

What if a company took the tools the billionaires and investment banks have, and made them available to the average person?

*Allowing you to profit from the same insight.*

What if Wall Street became fair?

Introducing Portfolio Insider. We want to put the tools of an entire investment bank in your pocket. Together, we'll tear down the walls that create an unfair playing field for the average investor.

*let's do it*

**Titans Page:** *Follow a Billionaire*

Get a look inside a Titan's portfolio, and view a breakdown of their holdings by company and sector. Explore and discover new Titans to watch, and keep an eye on your favorites by adding them to your Watchlist.

**Portfolios Page:** *Features/Benefits*

*+Follow*
*1. Access to Billionaires - SEC eliminating*
*2. Proprietary Data - ETF, mutual fund, Truly independent+*
*    agnostic data*
*3. ETF Sector*
*4. Mutual Funds*

On the Portfolios page, see inside the portfolios of major financial institutions like Berkshire Hathaway. See growth rates and compositions of some of Wall Street's biggest funds.

## Watchlist Page:

Your watchlist is a streamlined dashboard of Titans and stocks you're currently following, so you can track billionaire strategy and stock prices from one convenient page. *How does this benefit me?*

## Company Profiles Page:

### Summary: *Insert main advantage*

Click on a company's ticker symbol to visit its profile. Here, you'll find a variety of metrics helpful for evaluating the company's stock. Adjust the time period on the graph to see how a stock has fared over time, and scroll down the page to see credible analyst ratings, as well as Titan shareholders.

### Growth estimates:

Under growth estimates, you'll be able to see past growth metrics, as well as future estimates, calculated by Zacks' trusted analysts.

### Growth rates and EPS:

Here, you can see the company's growth rates on a more granular level, with useful comparison benchmarks. Along with the expected and actual EPS, use these metrics to feel confident analyzing stock picks. *Most importantly- a lot are not available*

### Latest headlines:

See the latest headlines about the company.



Case 3:20-cv-02910-L   Document 312   Filed 09/16/21   Page 281 of 366   PageID 5377

**Dividends calculator:**

Quickly and easily calculate dividend returns on a security with the dividends calculator. Input a prospective amount to invest and watch it auto-calculate your potential dividends over different periods of time.

## Knowledge Center:

If at any time you need help, head over to our Knowledge Center. Find resources and tips for getting started with Portfolio Insider, best practices, financial basics, and step-by-step directions. The Knowledge Center is always just a click away if you need it.

## Mutual Funds Daily Pricing:

Our mutual funds daily pricing feed makes it easy to discover, compare, and monitor fund prices. Explore mutual funds by composition (commodities, equities, fixed income, or hybrid funds), or click on a fund's abbreviation to see more detailed performance metrics.

## Insider Activity:

The Insider Activity page gives you all the details of the latest insider transactions. Build your analysis of a company with insight into executives' big moves, only moments after they take place.

## Futures Page:

1B009-TRANSCRIPT DRAFT-000003   APP00280

On our Futures page, you can seamlessly track security prices for futures contracts. Utilize the daily relative performance chart to easily compare and analyze.

**Screener Page:**

With the Screener, you can search and select stocks that match custom specifications in seconds. Use up to fourteen different filters, fine-tune your criteria, and hit "generate" to compare results side-by-side.

**Market Research Page:**

The market research page provides a wealth of insight to any investor, offering in-depth analysis from the professional and respected analysts at Zacks investment group. Explore research by category, or browse the latest editorials.

**Custom Reports:**

Like the Screener, you can use the Custom Reports tool to compare stocks in seconds. Simply search and add stocks to the report, and then select the metrics you'd like to include. Click "generate", and in the blink of an eye your report populates clean, custom, side-by-side comparisons for the stocks of your choosing.

**Savings Accounts:**

Head to the savings account page to quickly and easily check current interest rates for high-yield savings accounts. You can even use the interactive APY calculator to predict the compound interest you could earn with a high yield account.

**Markets:**

Here, you'll find all the daily buzz on the stock market. Check out the stocks getting people talking, read selected news from your favorite finance sites, and note the latest Insider Activity.

**Outro/Conclusion:**

offer

APP 00282

Portfolio Insider Demo Voiceover Transcript (Final Draft)

*(intro)*

Perhaps the greatest misconception ever held by the average investor is that you need to be intelligent to be successful in the markets.

Billionaire Warren Buffett is widely accepted to be one of the greatest investors of all time, according to CNBC. Yet even he stresses how little intelligence plays a role when it comes to success in investing. He says:

 **<u>"Success in investing doesn't correlate with IQ ... What you need is the temperament to control the urges that get other people into trouble in investing."</u>**

Portfolio Insider was built on the simple premise of revealing the investment holdings of billionaires and elite institutions, to the best of our ability- and ushering in a new wave of financial transparency for the ordinary investor.

With our simple portfolio tool, we aim to democratize access to the enormous market success that thousands of billionaires and financial institutions capitalize on every single day.

**You don't need to be intelligent, according to Warren Buffet.**

**You don't need to start out with a lot of capital.**

**You don't need to invest countless hours of your time to be successful.**

With only a few minutes a day, we give you the insider advantage of modeling for yourself some of the most attractive portfolios of the wealthiest people in America.

But before we continue with this very brief demo of perhaps one of the world's greatest and most simple investing tools ever created, it's important you understand the hidden obstacles currently stacked against the average investor.

To explain the forces that oppose you to this day, I'll let best-selling author Michael Lewis explain what may be keeping you back from your goals and the success you rightfully deserve:

**<u>*Insert clip 12:38- end*</u>**
**<u>https://youtu.be/I0Yx7RnHAcw?t=758</u>**

At Portfolio Insider, we've worked for years to solve a problem perhaps you didn't even realize fully existed. You see, the game of investing has been rigged, and we want to even the playing field and add much needed transparency that's necessary for the average investor to succeed now.

Did you know that billionaires and big investment institutions get ahead, not necessarily by being smarter than you, but by spending hundreds of millions of dollars a year for exclusive data, simple software, and "insider" tools when investing?

No wonder ordinary investors are always playing catch-up! The average person simply can't compete with the skyscrapers full of investment bankers and

billionaires that have the tools to get ahead. The reality is that these resources aren't even available, much less affordable, for someone like you to access.

That is, until now.

In this brief demo of our simple software, Portfolio Insider, we'll demonstrate for the first time in history how to leverage many of the tools billionaires and professional investment banks use from the comfort of your own bedroom.

We are on a mission to disrupt the unfair playing field of Wall Street and empower *you*- the average investor- with access to the very same tools many of the most successful investors in the world use.

You wouldn't get on an airplane- to use an analogy- if was outdated with broken or faulty parts. So why do you continue to depend on old financial tools that are no longer reliable to get you to your destination? You could be using the same tools right now as billionaires and investment banks instead.

In this demo of Portfolio Insider, we will show you how our quantitative research partners offer proprietary data including stock rankings (with strong buy indicators & analyst predictions), timely market commentary, Bull Stock of the Day recommendations, and other fresh ideas for where to look and what to buy.

**This is a general gateway to profiting from the system that from 1988 through July 6, 2020, has more than *doubled* the S&P 500, with an average gain of +24.3% per year.**

APP00285

Take a look inside and see why Portfolio Insider is challenging those in power by democratizing access for the average investor.

*(Titans page)*

First up you're going to see what we refer to as our Titans page. When you first log-in, you'll see approximately two-thousand of <u>Portfolio Insider's billionaire profiles</u>. I'm sure you wouldn't be surprised to hear the rich keep getting richer, even during market downturns and pandemics…

Let me ask you a question.

What would it be worth to you if the greatest investor of all time allowed you to sit virtually in his office, and model your investments based on his thinking, timing, and abilities?

Wouldn't it be worth a fortune to essentially model the abilities of the greatest investor of all time?

Imagine being able to acquire a general sense of what securities a billionaire likes, see their favorite sectors, and check out what stocks they've bought…

After all…These people are the most successful investors in the world, so why not start modeling success *today*?

By the way- The government regulatory agency, the SEC, hasn't exactly made this information on the investing elite easy to find, either. Let's start off with the way

the data is stored. It's so archaic, it's often inaccurate and delayed. The volume is so great it would reach to the moon and back. And to top it all off, the SEC is currently considering eliminating the majority of the data…keeping it forever out of your reach and observation.

In other words, less transparency equals less success.

It's almost like they don't want people to have transparency… especially considering the SEC has suggested they're considering eliminating the filing requirements, effectively preventing investors like you from accessing the information on nearly *2.3 trillion* worth of assets managed by about *4,500* investment managers!

Portfolio Insider is the <u>David against Goliath</u>. And we recognize *transparency itself* might be the greatest asset you could ever hold.

*(mutual funds)*

Next up, let's look at our mutual fund data. Portfolio Insider gives you proprietary access to valuable insights in the mutual fund space.

We also provide insightful mutual fund data complete with proprietary rankings, daily pricing updates, and an easy way to search and compare funds side-by-side. Did you know there are over 118,000 open-ended funds and 528 approximate close-ended funds?

We make it easy and simple to navigate the enormity of this data with the stated purpose of helping you make better fund decisions.

Our subscribers have told us our mutual funds data is comparable to Morningstar, and that it also saves them countless hours of research and due diligence.

And again, this data is what institutions have generally paid hundreds of millions of dollars for access to. It's not like you can get proprietary mutual fund data on Google. This is the same type of data that investment banks pay fortunes for, and we've put those investment banks *in your pocket* with Portfolio Insider. Next up let's look at the ETF index data by sector.

*(ETF index data by sector)*

According to research firms like ETFGI, there are over 5,000 ETFs. ETF stands for exchange traded fund, and it's one of the most popular investments in the entire stock market.

Did you know- according to CNBC- passive ETF investing controls nearly HALF of the entire United States stock market!

Even more shockingly…that's up from 25% a decade ago! The world is changing, fast.

Check out this really streamlined and easy way to find and compare all kinds of ETFs: by sector, volume, performance, and nearly any other criteria you could possibly want.

And it literally couldn't be easier… even with very limited time and skill, you can make sense of the funds based on the billionaires and institutions that hold them.

For example, let's look at multi-billionaire Ray Dalio:

**\* SCREEN GRAB RAY DALIO TITANS PROFILE HERE \***

Ray Dalio is worth a mere $18.6 billion, according to Forbes. And he has a significant amount of his portfolio currently in the SPDR S&P 500 ETF. Portfolio Insider is showing he's done quite well in the last three months, with that specific ETF up 25.6% since April 21st, 2020.

Underneath you can see other billionaires and investing legends who have also put their hard-earned capital right alongside his in this popular ETF product.

*(analysts rankings)*

At Portfolio Insider, we also offer some of the leading analysts' rankings. The analysts' rankings we offer is one of our favorite parts of Portfolio Insider. We leverage stock rankings from over 600+ professional analysts, and let me tell you, they're brilliant- many hold Ph.Ds. from world-renown universities like MIT. They're also completely independent in their analysis…they don't sell any stocks whatsoever and have no agenda to push, so they actually tell you their unbiased opinions, which of course, are incredibly valuable. Think about it, normally you'd go to a stockbroker or financial advisor in the old era for opinions like these, and they of course have financial commission earning incentives for selling various

APP00289

products and services… and perhaps could be motivated to make recommendations to enhance their sales commission rather than being truly independent.  But here, you can see many analysts' opinions and ratings and decide for yourself. There's no fees, no sales pitches, no upselling. Just the facts and cold hard data that doesn't lie.

Our analysts' EPS ratings are also world leading and best in class.

EPS stands for "Earnings Per Share" and it is one of the most important measures when it comes to stocks.

"Earnings per share" shows how profitable a company is, and that's what it's all about, right? Our analysts provide EPS estimates and growth rates, so you can spot trends and project earnings quickly and easily.

In fact, EPS estimates can add such clarity that you don't even need a genius IQ or to be savvy with investing at all to make a decision.

But, don't take my word for it.

Listen to Multi-billionaire Carl Icahn. Carl Icahn said in the Wall Street Journal his $2 Billion-dollar Apple stake was a quote-on-quote "No Brainer" after looking at the earnings per share estimates.

*(more tools of an investment bank)*

There are significantly even more tools investment banks have that we offer at no additional cost with Portfolio Insider. For example, you can do things like monitor insider activity, market trends, and futures…create reports on stocks, use Phd analysts to filter and recommend securities, and more.

Let me ask you a simple question:

Who would understand a company's product, management, and future prospects better than its own leaders and insiders?

The legendary Fidelity Investments manager Peter Lynch once said,

"Insiders might sell their shares for any number of reasons, but they buy them for only one reason: they think the price will rise."

And Peter Lynch is, without a doubt a guy, who knows what he's talking about.

His track record speaks for itself: Peter Lynch casually grew the Fidelity Magellan Fund from $20 million to $14 billion in 13 years. Not bad, right?

He was a believer in legally watching insider trades and understanding a company's product and practices well before investing in it by tracking insiders.

Investors can capitalize on insider knowledge legally by following proprietary tools invented by Portfolio Insider.

As a subscriber, you'll also get our daily insider brief, saving you countless hours. It's full of unique ideas with stock tips and trends, written by leading professional analysts.

Personally, I love the daily value brief because it takes just a quick minute a day- literally less time than it takes to drink your morning cup of coffee- to stay on top of the markets or spot a new investment opportunity.

There's one more thing we want to show you…

Though Portfolio Insider has professional tools, we made it for investors of all walks of life. In order to really guide you if you need it, we built out a companion "Knowledge Center". Here, in the Knowledge Center you can explore best practices, step-by-step instructions, and some general financial basics that can help you get on the fast track.

Realistically, we believe the advantage of having an investment bank in your pocket is worth more money than subscribers could ever pay us.

*But,* we want to put these tools into your hands because we know how valuable they are, and we're tired of letting Wall Street rig the game against investors like you and me.

What we *don't* know, unfortunately, is how long we'll be able to share all of Portfolio Insider's unique tools for success with you…

We've already been pressured to take down some of our transparent data on the worlds leading billionaires and investment institutions. We assume this is because some very rich and powerful people would rather keep these advantages for themselves…. (sarcastic) how shocking, right?

But instead, we're making it available for *99 cents* for the first 30 days. That's right- get an entire month of access to **all** our tools and feeds for less than a dollar!

And after that, it's simple and straightforward. No tricks and no gimmicks. Only $99 per month, and if you don't find a way to make more than $99 following the greatest investors on Earth, do us a favor, let us know, and we will make it free for life for you.

 Don't wait- this trial is only available for a limited time.

There's no contract and no hidden fees.

We know it's audacious to say so, but we are completely confident Portfolio Insider is going to change the way you invest, and potentially even change your entire life.

That's why we offer anytime cancelations and no commitments, forever. It's *also* why we offer *this* crazy guarantee: Again, if you prove after a year that Portfolio Insider's advantages didn't help you make more profits than your subscription costs, we'll give you a lifetime subscription *completely free.*

APP00293

It's time we put a flag in the ground and join us in make investing fair and transparent for all.

Here's to your success. I'll see you on the "inside".

APP00294

# EXHIBIT I

APP00295

YouTube          May 26, 2020

Lucas Asher, Founder of Tower Equity | 'Innovators with Jane King'


I'm actually even incubating in my own venture capital firm a competitor to the Bloomberg terminal this is something we haven't really discussed publicly in the news yet but towards the end of the year we will have a cloud-based terminal that would compete on a consumer sector with the Bloomberg terminal so I'm extremely excited about Fin Tech there's an API revolution happening



APP00296

# EXHIBIT J

APP00297

YouTube - Harvard in Tech Webinar Krysia Lenzo: VC Lucas Asher          July 22, 2020

"One of our big projects we are working on right now is we're seeking to disrupt the Bloomberg terminal so if any of you guys listening out there are in Fintech um you're well aware that Bloomberg terminal has a duopoly with Thomson Reuters on financial data and my main thesis about protocols and API's being revolutionary and disrupting duopolies and monopolies I think is going to apply to Fintech as well so we're internally here at my private equity firm we're incubating a Bloomberg competitor um it's going to be in the cloud, it's not going to have a physical terminal um and it'll be an open protocol as opposed to a closed application"



APP00298

# EXHIBIT K

APP00299



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

TALENT WRITERS, LLC
948 LAKE ST APT B
VENICE, CA 90291-6554

Business Advantage

**Customer service information**

☎   1.888.BUSINESS (1.888.287.4637)

✉   bankofamerica.com

✉   Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

△ | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Fundamentals Checking

for September 1, 2020 to September 30, 2020                          Account number:

**TALENT WRITERS, LLC**

### Account summary

| | |
|---|---|
| Beginning balance on September 1, 2020 | $53.29 |
| Deposits and other credits | 300,581.91 |
| Withdrawals and other debits | -315.77 |
| Checks | -0.00 |
| Service fees | -187.00 |
| **Ending balance on September 30, 2020** | **$300,132.43** |

# of deposits/credits: 8

# of withdrawals/debits: 14

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $20,026.46

[1]*Includes checks paid,deposited items&other debits*

---

BUSINESS ADVANTAGE

## When you're looking forward,
## you've got Bank of America by your side.

In October, National Women's Small Business Month recognizes the contributions of more than
12 million women entrepreneurs. To read articles by experts and learn about our commitment
to women business owners, visit **bankofamerica.com/SBwomen**.

SSM-04-20-0384.B | 3057469



EXHIBIT

**BANK OF AMERICA** 

**Your checking account**

TALENT WRITERS, LLC   |   Account #          |   September 1, 2020 to September 30, 2020

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/23/20 | WIRE TYPE:WIRE IN DATE: 200923 TIME:1428 ET TRN:2020092300559671 SEQ:3272810267ES/009650 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/09/23 | 400.00 |
| 09/28/20 | WIRE TYPE:WIRE IN DATE: 200928 TIME:1551 ET TRN:2020092800722853 SEQ:3438940272ES/014053 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/09/28 | 100.00 |
| 09/28/20 | Fee Refund | 35.00 |
| 09/28/20 | MONTHLY SERVICE CHARGE REFUND | 17.00 |
| 09/28/20 | WIRE TRANSFER FEE REFUND | 15.00 |
| 09/28/20 | Agent Assisted transfer from CHK 9911 Confirmation# 7332558200 | 13.85 |
| 09/28/20 | Agent Assisted transfer from SAV 3477 Confirmation# 5332572171 | 1.06 |
| 09/29/20 | CA TLR transfer | 300,000.00 |
| **Total deposits and other credits** | | **$300,581.91** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/11/20 | Online Banking transfer to CHK 9911 Confirmation# 1486669797 | -19.01 |
| 09/11/20 | PAYPAL      DES:INST XFER  ID:NETFLIX.COM  INDN:TALENT WRITERS LLC      CO ID:PAYPALSI77 WEB | -17.28 |
| 09/18/20 | PAYPAL      DES:INST XFER  ID:MICROSOFT MICRO  INDN:TALENT WRITERS LLC      CO ID:PAYPALSI77 WEB | -9.99 |
| 09/21/20 | PAYPAL      DES:INST XFER  ID:ADOBE INC  INDN:TALENT WRITERS LLC      CO ID:PAYPALSI77 WEB | -29.99 |
| 09/21/20 | PAYPAL      DES:INST XFER  ID:DROPBOX  INDN:TALENT WRITERS LLC      CO ID:PAYPALSI77 WEB | -11.99 |
| 09/22/20 | PAYPAL      DES:INST XFER  ID:LYFT  INDN:TALENT WRITERS LLC      CO ID:PAYPALSI77 WEB | -98.57 |

Card account # XXXX XXXX XXXX 3479

| Date | Description | Amount |
|------|-------------|-------:|
| 09/29/20 | CHECKCARD  0928 PET PARTNERS INC 8667741113   NC 55546500273207143403405 CKCD 6300 XXXXXXXXXXX3479 XXXX XXXX XXXX 3479 | -128.94 |
| **Subtotal for card account # XXXX XXXX XXXX 3479** | | **-$128.94** |
| **Total withdrawals and other debits** | | **-$315.77** |

**BANK OF AMERICA BUSINESS ADVANTAGE**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.D1 | ARG5T4RM

**APP00301**

**BANK OF AMERICA** ⫸

P.O. Box 15284
Wilmington, DE 19850

TALENT WRITERS, LLC
750 N CRESCENT HEIGHTS BLVD
LOS ANGELES, CA  90046-7002

**Business Advantage**

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Fundamentals Checking

for November 1, 2020 to November 30, 2020                                    Account number:

**TALENT WRITERS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on November 1, 2020 | $62,897.56 | # of deposits/credits: 46 |
| Deposits and other credits | 320,079.85 | # of withdrawals/debits: 290 |
| Withdrawals and other debits | -382,629.41 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -348.00 | Average ledger balance: $80,766.85 |
| **Ending balance on November 30, 2020** | **$0.00** | [1]Includes checks paid,deposited items&other debits |



Your Digital Tip

BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts[1] today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. You must be enrolled in Online Banking.                    SSM-01-20-2763.B | 2924790

APP00302

**BANK OF AMERICA**

**Your checking account**

TALENT WRITERS, LLC   |   Account #          |   November 1, 2020 to November 30, 2020

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|-------|
| 11/02/20 | BANKCARD 1250   DES:MTOT DEP  ID:534701780303004  INDN:PORTFOLIO INSIDER   CO ID:10631250SD CCD | | 23,675.31 |
| 11/02/20 | WIRE TYPE:WIRE IN DATE: 201102 TIME:1358 ET TRN:2020110200693808 SEQ:3514020307ES/015687 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/02 | | 10,665.52 |
| 11/02/20 | CHECKCARD 1031 PORTINSIDERPRIME PORTF 4075737202  CA 7449215030663786629 | | 299.00 |
| 11/02/20 | CHECKCARD 1031 PORTINSIDERPRIME PORTF 4075737202  CA 7449215030663786630 | | 299.00 |
| 11/02/20 | STRIPE          DES:TRANSFER  ID:ST-S8A6K5T1T2A8  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | | 1.31 |
| 11/03/20 | WIRE TYPE:WIRE IN DATE: 201103 TIME:1230 ET TRN:2020110300572963 SEQ:3263300308ES/006843 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/03 | | 24,249.20 |
| 11/04/20 | WIRE TYPE:WIRE IN DATE: 201104 TIME:1451 ET TRN:2020110400557741 SEQ:3301710309ES/007650 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/04 | | 26,685.65 |
| 11/04/20 | STRIPE          DES:TRANSFER  ID:ST-I9K6D0K1H1V6  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | | 0.66 |
| 11/06/20 | WIRE TYPE:WIRE IN DATE: 201106 TIME:0519 ET TRN:2020110600218596 SEQ:3056870311ES/000575 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/06 | | 19,399.96 |
| 11/06/20 | Mentom Payments  DES:Mentom Pay ID:ST-O0X8W5I0P3S0  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | | 0.95 |
| 11/09/20 | WIRE TYPE:WIRE IN DATE: 201109 TIME:1152 ET TRN:2020110900541154 SEQ:3273840314ES/006643 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/09 | | 19,399.96 |
| 11/09/20 | Mentom Payments  DES:Mentom Pay ID:ST-F4T1A1F8P5A2  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | | 18,040.50 |
| 11/09/20 | STRIPE          DES:TRANSFER  ID:ST-N9Z9V0D3K2O9  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | | 95.33 |
| 11/10/20 | Mentom Payments  DES:Mentom Pay ID:ST-X2P4S8C2T9B4  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | | 4,750.57 |

*continued on the next page*

BANK OF AMERICA BUSINESS ADVANTAGE

## Thanks. Your business means a lot to us.

When you're running a small business, a little personal attention can make a big difference. Our small business specialists will work with you to help strengthen your business and plan for the future.

Visit **bankofamerica.com/SmallBusiness** to learn more.

SSM-01-20-2149B | 2875325

APP00303

TALENT WRITERS, LLC  |  Account #                    |  November 1, 2020 to November 30, 2020

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 11/12/20 | WIRE TYPE:WIRE IN DATE: 201112 TIME:0608 ET TRN:2020111200505499 SEQ:3049210317ES/001998 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/12 | 16,974.29 |
| 11/12/20 | MERCH BANKCARD  DES:NET SETLMT ID:520004156997 INDN:PORTFOLIO INSIDER  CO ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000415 6997 PORTFOLIO INSIDER      BC | 4,995.00 |
| 11/12/20 | MERCH BANKCARD  DES:NET SETLMT ID:520004156997 INDN:PORTFOLIO INSIDER  CO ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000415 6997 PORTFOLIO INSIDER      BC | 4,995.00 |
| 11/12/20 | STRIPE      DES:TRANSFER  ID:ST-Y5A5F3G3X4N1  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 191.33 |
| 11/12/20 | Mentom Payments  DES:Mentom Pay ID:ST-B9C1Q8J6D1V2  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 0.89 |
| 11/13/20 | WIRE TYPE:WIRE IN DATE: 201113 TIME:1024 ET TRN:2020111300465326 SEQ:3210770318ES/006157 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/13 | 14,549.52 |
| 11/13/20 | Cliq LLC      DES:Daily Dep ID:970100004965 INDN:PORTFOLIO INSIDER  CO ID:1264235966 CCD PMT INFO:XXXXXXXXX*970100004965 | 9,990.00 |
| 11/13/20 | Mentom Payments  DES:Mentom Pay ID:ST-A0G3O4U5X9D6  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 4.15 |
| 11/13/20 | STRIPE      DES:TRANSFER  ID:ST-O2D5Z1D2M9C8  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 1.32 |
| 11/13/20 | Cliq LLC      DES:Daily Dep ID:970100004965 INDN:PORTFOLIO INSIDER  CO ID:1264235966 CCD PMT INFO:XXXXXXXXX*970100004965 | 1.23 |
| 11/16/20 | Mentom Payments  DES:Mentom Pay ID:ST-D5H8Y5G2X0E7  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 26,586.46 |
| 11/16/20 | Cliq LLC      DES:Daily Dep ID:970100004965 INDN:PORTFOLIO INSIDER  CO ID:1264235966 CCD PMT INFO:XXXXXXXXX*970100004965 | 4,995.00 |
| 11/16/20 | STRIPE      DES:TRANSFER  ID:ST-X3E5G4U9A3B3  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 95.32 |
| 11/17/20 | WIRE TYPE:WIRE IN DATE: 201117 TIME:1322 ET TRN:2020111700506035 SEQ:3250050322ES/006653 ORIG:MAGICSTAR ARROW ENTERTAIN ID:449094791 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BMG OF 20/11/17 | 13,578.52 |
| 11/17/20 | Mentom Payments  DES:Mentom Pay ID:ST-Y9U3R1K4K6Q8  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 7,123.50 |
| 11/17/20 | STRIPE      DES:TRANSFER  ID:ST-B0N2M0V3R3X2  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 286.01 |
| 11/18/20 | Mentom Payments  DES:Mentom Pay ID:ST-Y2Y7V1X2E8Z4  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 4,747.50 |
| 11/18/20 | STRIPE      DES:TRANSFER  ID:ST-S5S1B0F9F0S4  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 1,052.65 |
| 11/18/20 | Cliq LLC      DES:Daily Dep ID:970100004965 INDN:PORTFOLIO INSIDER  CO ID:1264235966 CCD PMT INFO:XXXXXXXXX*970100004965 | 1.22 |
| 11/19/20 | Mentom Payments  DES:Mentom Pay ID:ST-E4M7N0P9U7A9  INDN:TALENT WRITERS LLC      CO ID:1800948598 CCD | 4,747.50 |

*continued on the next page*

**BANK OF AMERICA** ⬧⬧⬧

**Your checking account**

TALENT WRITERS, LLC   |   Account #   |   November 1, 2020 to November 30, 2020

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 11/19/20 | STRIPE     DES:TRANSFER   ID:ST-X5X0A4Q8O9Z2  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 94.84 |
| 11/20/20 | Cliq LLC     DES:Daily Dep  ID:970100004965  INDN:PORTFOLIO INSIDER     CO ID:1264235966 CCD  PMT INFO:XXXXXXXXX*970100004965 | 500.00 |
| 11/20/20 | STRIPE     DES:TRANSFER   ID:ST-W0Y3T6D7Z4W9  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 188.69 |
| 11/23/20 | Mentom Payments  DES:Mentom Pay ID:ST-Y5S5A7C2N6T4  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 25,633.50 |
| 11/23/20 | Cliq LLC     DES:Daily Dep  ID:970100004965  INDN:PORTFOLIO INSIDER     CO ID:1264235966 CCD  PMT INFO:XXXXXXXXX*970100004965 | 5,495.00 |
| 11/23/20 | PAYPAL     DES:TRANSFER   ID:1011189173726  INDN:TALENT WRITERS LLC     CO ID:PAYPALSD11 PPD | 1,545.00 |
| 11/24/20 | Mentom Payments  DES:Mentom Pay ID:ST-J4F7T4I2G5U7  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 4,747.50 |
| 11/24/20 | STRIPE     DES:TRANSFER   ID:ST-N6N8L4X9Y0W4  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 191.33 |
| 11/25/20 | BELIEVE MEDIA    DES:ACH     ID:  INDN:TALENT WRITERS     CO ID:1814448122 CCD | 12,000.00 |
| 11/25/20 | Mentom Payments  DES:Mentom Pay ID:ST-E0X4G6U4B8W9  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 4,742.50 |
| 11/25/20 | STRIPE     DES:TRANSFER   ID:ST-G1J6X7C4W8J1  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 566.16 |
| 11/27/20 | Mentom Payments  DES:Mentom Pay ID:ST-V4R4I4D6G4J0  INDN:TALENT WRITERS LLC     CO ID:1800948598 CCD | 1,896.00 |

**Total deposits and other credits** **$320,079.85**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/02/20 | WIRE TYPE:WIRE OUT DATE:201102 TIME:0531 ET TRN:2020103000885578 SERVICE REF:004451 BNF:POOR TRAP INC. ID:10000302835804 BNF BK:FIRST ENTERTAINMENT CRE ID:322274158 PMT DET:UYWRGJWSK O ther INVOICE: 002 | -11,238.75 |
| 11/02/20 | WIRE TYPE:WIRE OUT DATE:201102 TIME:0532 ET TRN:2020103000886084 SERVICE REF:004555 BNF:LTK MARKETING LLC ID:7163930428 BNF BK:WELLS F ARGO BANK, N.A. ID:121000248 PMT DET:KH3SUY43U Oth er INVOICE: 001 | -31,218.75 |
| 11/02/20 | WIRE TYPE:WIRE OUT DATE:201102 TIME:1352 ET TRN:2020110200690517 SERVICE REF:459965 BNF:KYLE DUSHMAN ID:357877982 BNF BK:JPMORGAN CHAS E BANK, N. ID:0002 PMT DET:316541344 | -4,166.50 |
| 11/02/20 | Online Banking Transfer Conf# 5431643ag HALIMI GROUP INC. | -7,492.50 |
| 11/02/20 | BANKCARD 1250   DES:MTOT DISC  ID:534701780303004  INDN:PORTFOLIO INSIDER     CO ID:10631250SM CCD | -1,463.96 |
| 11/02/20 | APPLECARD GSBANK DES:PAYMENT     ID:1910685  INDN:Lucas Asher     CO ID:9999999999 WEB | -499.00 |
| 11/02/20 | APPLECARD GSBANK DES:PAYMENT     ID:1910685  INDN:Lucas Asher     CO ID:9999999999 WEB | -356.00 |

*continued on the next page*

TALENT WRITERS, LLC   |   Account #                    November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/02/20 | APPLECARD GSBANK DES:PAYMENT   ID:1910885 INDN:Lucas Asher        CO ID:9999999999 WEB | -250.00 |
| 11/02/20 | BANKCARD 1250   DES:MTOT DEP   ID:534701780303004 INDN:PORTFOLIO INSIDER        CO ID:10631250SD CCD | -65.62 |
| 11/02/20 | CAN STOCK PHOTO   DES:IAT PAYPAL ID:1010944011256  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000005000 | -50.00 |
| 11/02/20 | CAN STOCK PHOTO   DES:IAT PAYPAL ID:1010944070535  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000005000 | -50.00 |
| 11/02/20 | CAN STOCK PHOTO   DES:IAT PAYPAL ID:1010944137560  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000005000 | -50.00 |
| 11/02/20 | CAN STOCK PHOTO   DES:IAT PAYPAL ID:1010943761512  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000005000 | -50.00 |
| 11/03/20 | BANKCARD 1250   DES:MTOT DEP   ID:534701780303004 INDN:PORTFOLIO INSIDER        CO ID:10631250SD CCD | -199.75 |
| 11/03/20 | PAYPAL        DES:INST XFER  ID:STUDIOMIKEF  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -100.00 |
| 11/03/20 | AUTHNET GATEWAY DES:BILLING    ID:XXXXXXXXX  INDN:TALENT WRITERS LLC        CO ID:1870568569 CCD | -29.81 |
| 11/04/20 | JONATHAN KELLEY  DES:IAT PAYPAL ID:1010965915213  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000135000 | -1,350.80 |
| 11/04/20 | APPLECARD GSBANK DES:PAYMENT   ID:1910885 INDN:Lucas Asher        CO ID:9999999999 WEB | -750.00 |
| 11/04/20 | PAYPAL        DES:INST XFER  ID:GETTYIMAGES  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -115.00 |
| 11/04/20 | BANKCARD 1250   DES:MTOT DEP   ID:534701780303004 INDN:PORTFOLIO INSIDER        CO ID:10631250SD CCD | -62.44 |
| 11/04/20 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PORTFOLIO INSIDER        CO ID:3383693141 WEB | -39.75 |
| 11/04/20 | CAN STOCK PHOTO   DES:IAT PAYPAL ID:1010970974705  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000000700 | -7.00 |
| 11/04/20 | CAN STOCK PHOTO   DES:IAT PAYPAL ID:1010970961883  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000000700 | -7.00 |
| 11/05/20 | PAYPAL        DES:INST XFER  ID:GODADDY.COM  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -20,028.16 |
| 11/05/20 | PAYPAL        DES:INST XFER  ID:GETTYIMAGES  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -170.00 |
| 11/09/20 | PAYPAL        DES:INST XFER  ID:CHRISTIANGHOGAN  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -3,075.26 |
| 11/09/20 | PAYPAL        DES:INST XFER  ID:ZAPIER INC  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -24.99 |
| 11/10/20 | TSYS/TRANSFIRST  DES:DISCOUNT   ID:543684555929914 INDN:PORTFOLIO INSIDER        CO ID:WFBTRANSF1 CCD  PMT INFO:543684555929914 PORTFOLIO INSIDER    D ISCOUNT | -3,104.74 |
| 11/12/20 | PAYPAL        DES:INST XFER  ID:GETTYIMAGES  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -335.00 |
| 11/12/20 | PAYPAL        DES:INST XFER  ID:FACEBOOKTEC OCU  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -29.99 |
| 11/12/20 | PAYPAL        DES:INST XFER  ID:FACEBOOKTEC OCU  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -29.99 |
| 11/12/20 | PAYPAL        DES:INST XFER  ID:FACEBOOKTEC OCU  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -24.99 |

*continued on the next page*

**Your checking account**

**BANK OF AMERICA**

TALENT WRITERS, LLC   |   Account #            |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/20 | PAYPAL        DES:INST XFER  ID:FACEBOOKTEC OCU  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -19.99 |
| 11/12/20 | PAYPAL        DES:INST XFER  ID:FACEBOOKTEC OCU  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -19.99 |
| 11/12/20 | PAYPAL        DES:INST XFER  ID:NETFLIX.COM  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -17.28 |
| 11/13/20 | WIRE TYPE:WIRE OUT DATE:201113 TIME:1005 ET TRN:2020111300452208 SERVICE REF:007274 BNF:JENNIFER HACKER ID:2187010273 BNF BK:MEMBERS 1 ST FEDERAL CRE ID:231382241 PMT DET:317765900 | -5,625.00 |
| 11/13/20 | WIRE TYPE:WIRE OUT DATE:201113 TIME:1009 ET TRN:2020111300455384 SERVICE REF:378666 BNF:KONSTANTIN YURCHENKO ID:677152519 BNF BK:JPMOR GAN CHASE BANK, N. ID:0002 PMT DET:317766414 | -5,417.00 |
| 11/13/20 | WIRE TYPE:WIRE OUT DATE:201113 TIME:1010 ET TRN:2020111300455869 SERVICE REF:379066 BNF:KYLE DUSHMAN ID:337872982 BNF BK:JPMORGAN CHAS E BANK, N. ID:0002 PMT DET:317766570 | -4,166.50 |
| 11/13/20 | WIRE TYPE:WIRE OUT DATE:201113 TIME:1011 ET TRN:2020111300456676 SERVICE REF:007199 BNF:ANTHONY PETERSON ID:0150055072 BNF BK:U S A A FEDERAL SAVINGS ID:314074269 PMT DET:317766822 | -5,542.00 |
| 11/13/20 | Online Banking Transfer Conf# d631df4e3; Samara | -5,625.00 |
| 11/13/20 | MARY BRAUN        DES:IAT PAYPAL ID:1011076278328  INDN:TALENT WRITERS LLC        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000229735 | -2,297.35 |
| 11/13/20 | Cllq LLC        DES:Resrv Adj  ID:970100004965  INDN:PORTFOLIO INSIDER        CO ID:1264235966 CCD | -999.00 |
| 11/13/20 | GATEWAY SERVICES DES:WEBPAYMENT ID:  INDN:PORTFOLIO INSIDER        CO ID:3383693141 WEB | -145.22 |
| 11/13/20 | Cllq LLC        DES:Resrv Adj  ID:970100004965  INDN:PORTFOLIO INSIDER        CO ID:1264235966 CCD | -0.12 |
| 11/16/20 | Online Banking Transfer Conf# 404ae5960; HALIMI GROUP INC. | -7,117.50 |
| 11/16/20 | WIRE TYPE:WIRE OUT DATE:201116 TIME:1225 ET TRN:2020111600582462 SERVICE REF:449468 BNF:SERVICE BENEFITS LLC ID:662709523 BNF BK:JPMOR GAN CHASE BANK, N. ID:0002 PMT DET:317968492 | -20,000.00 |
| 11/16/20 | Cllq LLC        DES:Resrv Adj  ID:970100004965  INDN:PORTFOLIO INSIDER        CO ID:1264235966 CCD | -499.50 |
| 11/18/20 | WIRE TYPE:WIRE OUT DATE:201118 TIME:0508 ET TRN:2020111800144065 SERVICE REF:197445 BNF:SERVICE BENEFITS LLC ID:662709523 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:318171576 | -20,000.00 |
| 11/18/20 | BANKCARD 1250  DES:MTOT DEP  ID:534701780303004  INDN:PORTFOLIO INSIDER        CO ID:10631250SD CCD | -4,995.00 |
| 11/18/20 | PAYPAL        DES:INST XFER  ID:UPWRKESCROW  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -1,545.00 |
| 11/18/20 | PAYPAL        DES:INST XFER  ID:MICROSOFT MICRO  INDN:TALENT WRITERS LLC        CO ID:PAYPALSI77 WEB | -9.99 |
| 11/18/20 | Cllq LLC        DES:Resrv Adj  ID:970100004965  INDN:PORTFOLIO INSIDER        CO ID:1264235966 CCD | -0.12 |
| 11/20/20 | Cllq LLC        DES:Resrv Adj  ID:970100004965  INDN:PORTFOLIO INSIDER        CO ID:1264235966 CCD | -50.00 |

*continued on the next page*

**APP00307**

TALENT WRITERS, LLC   |   Account #            |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/20/20 | TSYS/TRANSFIRST  DES:CHARGEBACK ID:543684555929914 INDN:PORTFOLIO INSIDER         CO ID:WFBTRANSF1 CCD  PMT INFO:CASE: 2020321015305 MID:543684555929917 43 PORTFOLIO INSIDER, AMT: $10.00 | -10.00 |
| 11/24/20 | Legal Order, LTS P092420000049 | -149,728.14 |
| 11/27/20 | Legal Order, LTS P092420000049 | -15,888.86 |
| 11/30/20 | Legal Order, LTS P092420000049 | -1,896.00 |

Card account # XXXX XXXX XXXX 4843

| Date | Description | Amount |
|---|---|---|
| 11/02/20 | CHECKCARD  1031 GOOGLE *ADS6388946025 cc@google.comCA 24692160305100160865064 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/02/20 | CHECKCARD  1031 ACTIVECAMPAIGN, INC. 7733602270   IL 24492150305715813843540 CKCD 5045 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -2,118.58 |
| 11/02/20 | CHECKCARD  1101 GOOGLE *ADS6388946025 cc@google.comCA 24692160306100900445903 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/02/20 | CHECKCARD  1101 TABOOLA.COM LTD HTTPSWWW.TABODE 24492150307637979456925 RECURRING CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -37.29 |
| 11/03/20 | CHECKCARD  1102 AMAZON.COM*280AF2PR0 AM AMZN.COM/BILLWA 24431060307083330278317 CKCD 5942 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -3.62 |
| 11/03/20 | CHECKCARD  1102 GOOGLE*ADS6388946025 INTERNET     CA 24013080308040022971453 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/03/20 | CHECKCARD  1102 GOOGLE*ADS6388946025 INTERNET     CA 24013080308040029133214 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/04/20 | CHECKCARD  1103 Amazon web services aws.amazon.coWA 24692160308100390943936 CKCD 7399 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -350.50 |
| 11/04/20 | CHECKCARD  1103 GOOGLE *ADS6388946025 cc@google.comCA 24692160308100644343990 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/04/20 | CHECKCARD  1103 SHOPIFY* 92628722 HTTPSSHOPIFY.IL 24492150308637124853850 RECURRING CKCD 5734 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -180.00 |
| 11/05/20 | CHECKCARD  1104 AMZN MKTP US*286AZ7162 AMZN.COM/BILLWA 24431060309083723940505 CKCD 5942 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -213.63 |
| 11/05/20 | CHECKCARD  1105 Google LLC* ADS6389460 650-2530000   CA 24204290310004623034038 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/06/20 | CHECKCARD  1105 ACTIVECAMPAIGN, INC. 7733602270   IL 24492150310743151068531 CKCD 5045 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -580.27 |
| 11/06/20 | CHECKCARD  1105 GOOGLE *ADS6388946025 cc@google.comCA 24692160310100113792285 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/09/20 | CHECKCARD  1106 AMZN MKTP US*283N60XJ2 AMZN.COM/BILLWA 24431060311083335189406 CKCD 5942 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -122.52 |
| 11/09/20 | CHECKCARD  1106 AMZN MKTP US*280NA9X12 AMZN.COM/BILLWA 24431060311083737022866 CKCD 5942 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -32.81 |
| 11/09/20 | CHECKCARD  1106 GOOGLE *ADS6388946025 cc@google.comCA 24692160311100760311800 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/09/20 | CHECKCARD  1107 GOOGLE *ADS6388946025 cc@google.comCA 24692160312100062209479 CKCD 5817 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/09/20 | CHECKCARD  1107 GOOGLE*ADS6388946025 INTERNET     CA 24013080313080102820249 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/09/20 | CHECKCARD  1108 GOOGLE *ADS6388946025 cc@google.comCA 24692160313100211843177 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/09/20 | CHECKCARD  1109 GOOGLE *ADS6388946025 cc@google.comCA 24692160314100376776328 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |

*continued on the next page*

**BANK OF AMERICA**

**Your checking account**

TALENT WRITERS, LLC   |   Account #            |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/09/20 | CHECKCARD  1109 GOOGLE *ADS6388946025 cc@google.comCA 24692160314100409401357 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/10/20 | CHECKCARD  1109 PAYPAL *PIPEDRIVE 402-935-7733 NY 24492150314852470419352 RECURRING CKCD 5734 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -38.40 |
| 11/10/20 | CHECKCARD  1109 GOOGLE *ADS6388946025 cc@google.comCA 24692160314100673731307 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/12/20 | CHECKCARD  1109 PORTFOLIO INSIDER 866-9802909  CA 24984580315012646997995 CKCD 7399 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -1.23 |
| 11/12/20 | CHECKCARD  1110 GOOGLE*ADS6388946025 INTERNET    CA 24013080316010018372891 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/12/20 | CHECKCARD  1110 GOOGLE *Domalns g.co/helppay#CA 24692160315100128843128 CKCD 7399 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -12.00 |
| 11/12/20 | CHECKCARD  1110 GOOGLE *ADS6388946025 cc@google.comCA 24692160315100290698854 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/12/20 | CHECKCARD  1112 AMAZON.COM*280X807Y2 AM AMZN.COM/BILLWA 24431060317083714332597 CKCD 5942 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -266.24 |
| 11/12/20 | CHECKCARD  1110 GOOGLE *ADS6388946025 cc@google.comCA 24692160316100610347702 CKCD 5817 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/12/20 | CHECKCARD  1111 GOOGLE*ADS6388946025 INTERNET    CA 24013080317020018950447 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/12/20 | CHECKCARD  1111 PORTINSIDERPRIME 140-75737202 CA 24011340316000004878191 CKCD 5399 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -200.00 |
| 11/12/20 | CHECKCARD  1111 GOOGLE *ADS6388946025 cc@google.comCA 24692160316100109674137 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/13/20 | CHECKCARD  1112 GOOGLE*ADS6388946025 INTERNET    CA 24013080318030023844039 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/13/20 | CHECKCARD  1112 GOOGLE*ADS6388946025 INTERNET    CA 24013080318030023894208 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/13/20 | CHECKCARD  1112 GOOGLE*ADS6388946025 INTERNET    CA 24013080318030027824573 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/13/20 | CHECKCARD  1112 SEAMLESS.AI SEAMLESS.AI  OH 24011340317000005285411 RECURRING CKCD 5734 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -150.00 |
| 11/13/20 | CHECKCARD  1112 GOOGLE *ADS6388946025 cc@google.comCA 24692160317100877905829 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/13/20 | CHECKCARD  1113 GOOGLE *ADS6388946025 cc@google.comCA 24692160318100133624320 CKCD 5817 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1112 PORTFOLIO INSIDER 866-9802909  CA 24984580319012670309659 CKCD 7399 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -1.22 |
| 11/16/20 | CHECKCARD  1113 GOOGLE *ADS6388946025 cc@google.comCA 24692160318100306005711 CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1113 GOOGLE*ADS6388946025 INTERNET    CA 24013080319040026928357 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1114 GOOGLE*ADS6388946025 INTERNET    CA 24013080320040104461500 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1114 GOOGLE*ADS6388946025 INTERNET    CA 24013080320040104562687 CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |

*continued on the next page*

APP00309

TALENT WRITERS, LLC   |   Account #                    |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/16/20 | CHECKCARD  1114 GOOGLE *ADS6388946025 cc@google.comCA 24692160319100230705799<br>CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1114 GOOGLE *ADS6388946025 cc@google.comCA 24692160319100414904101<br>CKCD 5817 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1115 GOOGLE*ADS6388946025 INTERNET     CA 24013080321040187233361<br>CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1115 GOOGLE*ADS6388946025 INTERNET     CA 24013080321040229058230<br>CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/16/20 | CHECKCARD  1116 GOOGLE *ADS6388946025 cc@google.comCA 24692160321100160808585<br>CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/17/20 | CHECKCARD  1116 GOOGLE*ADS6388946025 INTERNET     CA 24013080322050012928951<br>CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/17/20 | CHECKCARD  1116 GOOGLE*ADS6388946025 INTERNET     CA 24013080322050055633955<br>CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/17/20 | CHECKCARD  1116 TYPEFORM S.L BARCELONA      74609050322000000627212 RECURRING<br>CKCD 5192 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -100.00 |
| 11/17/20 | CHECKCARD  1117 BillMatrix SanFrancisco CA CKCD 6321 XXXXXXXXXXXX4843 XXXX XXXX XXXX<br>4843 | -2,569.54 |
| 11/18/20 | CHECKCARD  1117 GOOGLE*ADS6388946025 INTERNET     CA 24013080323060019338756<br>CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/18/20 | CHECKCARD  1117 SHOPIFY* 93711108 HTTPSSHOPIFY.IL 24492150322637350965941<br>RECURRING CKCD 5734 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -79.00 |
| 11/18/20 | CHECKCARD  1117 GOOGLE*ADS6388946025 INTERNET     CA 24013080323060019332205<br>CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/18/20 | CHECKCARD  1117 GOOGLE*ADS6388946025 INTERNET     CA 24013080323060023168942<br>CKCD 7372 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/19/20 | CHECKCARD  1118 GOOGLE*ADS6388946025 INTERNET     CA 24013080324070018067529<br>CKCD 7372 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/19/20 | CHECKCARD  1118 GOOGLE*ADS6388946025 INTERNET     CA 24013080324070022059322<br>CKCD 7311 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/19/20 | CHECKCARD  1118 SP * CUBIT DEMOGRAPHIC HTTPSCUBITDATTX 24492150323637489884137<br>CKCD 7372 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -249.00 |
| 11/20/20 | CHECKCARD  1119 GOOGLE*ADS6388946025 INTERNET     CA 24013080325080019553418<br>CKCD 7372 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/20/20 | CHECKCARD  1119 GOOGLE*ADS6388946025 INTERNET     CA 24013080325080019593075<br>CKCD 5818 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/20/20 | CHECKCARD  1119 GOOGLE*ADS6388946025 INTERNET     CA 24013080325080023179275<br>CKCD 5817 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/20/20 | CHECKCARD  1119 GOOGLE*ADS6388946025 INTERNET     CA 24013080325080057057132<br>CKCD 7372 XXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/24/20 | CHECKCARD  1120 GOOGLE*ADS6388946025 | -500.00 |
| 11/24/20 | CHECKCARD  1120 GOOGLE *ADS6388946025 | -500.00 |
| 11/24/20 | CHECKCARD  1120 KIXIE.COM | -500.00 |
| 11/24/20 | CHECKCARD  1121 GOOGLE*ADS6388946025 | -500.00 |
| 11/24/20 | CHECKCARD  1122 GOOGLE*ADS6388946025 | -500.00 |
| 11/24/20 | CHECKCARD  1122 GOOGLE*ADS6388946025 | -500.00 |
| 11/24/20 | CHECKCARD  1120 RMG*REGUS | -211.00 |
| 11/24/20 | CHECKCARD  1122 RMG*REGUS | -162.00 |
| 11/24/20 | CHECKCARD  1121 CRAIGSLIST.ORG | -45.00 |
| 11/24/20 | CHECKCARD  1120 KIXIE.COM | -15.00 |

*continued on the next page*

APP00310

**Your checking account**

**BANK OF AMERICA**

TALENT WRITERS, LLC   |   Account #          |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 11/24/20 | CHECKCARD 1123 GOOGLE*ADS6388946025 INTERNET    CA 2401308032900019823732 CKCD 5818 XXXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| 11/24/20 | CHECKCARD 1123 PIVOTAL TRACKER HTTPSWWW.PIVOCA 2401134032800006387536 RECURRING CKCD 5734 XXXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -10.00 |
| 11/24/20 | CHECKCARD 1123 GOOGLE*ADS6388946025 INTERNET    CA 2401308032900023500235 CKCD 5818 XXXXXXXXXXXXX4843 XXXX XXXX XXXX 4843 | -500.00 |
| **Subtotal for card account # XXXX XXXX XXXX 4843** | | **-$33,748.85** |

Card account # XXXX XXXX XXXX 4850

| Date | Description | Amount |
|------|-------------|-------:|
| 11/02/20 | CHECKCARD 1030 TST* TATSU RAMEN - MELR 323-747-1388 CA 2413746030410023440694 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -18.06 |
| 11/02/20 | CHECKCARD 1030 WINCHELL S  # 9356 LOS ANGELES  CA 2413746030420017976 5541 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -7.07 |
| 11/02/20 | CHECKCARD 1030 SQ *COFFEE FOR SASQUATC Los Angeles CA 2469216030410077391 9275 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -16.39 |
| 11/02/20 | CHECKCARD 1030 CHIPOTLE 1538 LOS ANGELES  CA 2443106030540082700 0446 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -16.32 |
| 11/02/20 | CHECKCARD 1030 SQ *COFFEE FOR SASQUATC Los Angeles CA 2469216030410091960 7933 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.00 |
| 11/02/20 | CHECKCARD 1031 TST* TATSU RAMEN - MELR 323-747-1388 CA 2413746030510030384 4072 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -18.06 |
| 11/02/20 | CHECKCARD 1031 SQ *COFFEE FOR SASQUATC Los Angeles  CA 2469216030510053218 1638 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/02/20 | CHECKCARD 1031 OVERNIGHT GLASSES HTTPSWWW.OVERCA 2449215030563783443 6882 CKCD 8043 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -89.19 |
| 11/02/20 | CHECKCARD 1031 SQ *COFFEE FOR SASQUATC Los Angeles  CA 2469216030510060908 6249 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/02/20 | CHECKCARD 1031 SQ *COFFEE FOR SASQUATC Los Angeles  CA 2469216030610076964 5320 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/02/20 | CHECKCARD 1101 WINCHELL S  # 9356 LOS ANGELES  CA 2413746030620010954 0384 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.27 |
| 11/02/20 | CHECKCARD 1101 SQ *COFFEE FOR SASQUATC Los Angeles  CA 2469216030610023527 7351 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/02/20 | CHECKCARD 1101 SQ *COFFEE FOR SASQUATC Los Angeles  CA 2469216030710046068 5780 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/03/20 | CHECKCARD 1102 TST* TATSU RAMEN - MELR 323-747-1388 CA 2413746030710022821 9861 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -18.06 |
| 11/03/20 | CHECKCARD 1101 WINCHELL S  # 9356 LOS ANGELES  CA 2413746030720015447 8224 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -6.66 |
| 11/03/20 | CHECKCARD 1102 WINCHELL S  # 9356 LOS ANGELES  CA 2413746030720015447 8307 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/03/20 | CHECKCARD 1102 SQ *COFFEE FOR SASQUATC Los Angeles  CA 2469216030710093101 4826 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -11.79 |
| 11/03/20 | CHECKCARD 1102 CHIPOTLE 1538 LOS ANGELES  CA 2443106030840082000 1216 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -19.05 |
| 11/04/20 | CHECKCARD 1103 WINCHELL S  # 9356 LOS ANGELES  CA 2413746030820018249 3400 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -8.15 |

*continued on the next page*

APP00311

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/04/20 | CHECKCARD  1103 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160308100619567367 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -11.50 |
| 11/04/20 | CHECKCARD  1103 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160308100731049260 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -13.51 |
| 11/05/20 | CHECKCARD  1103 ALL ABOUT THE BREAD 323-9308989  CA 24000970309738702808632 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -15.41 |
| 11/05/20 | CHECKCARD  1104 WINCHELL S  # 9356 LOS ANGELES  CA 24137460309200172320570 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.57 |
| 11/05/20 | CHECKCARD  1104 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160309100240425000 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.50 |
| 11/05/20 | CHECKCARD  1104 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160309100379054761 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.50 |
| 11/05/20 | CHECKCARD  1104 H&M0105 LOS ANGELES  CA 24435650310400112001098 CKCD 5651 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -102.88 |
| 11/06/20 | CHECKCARD  1105 TST* TATSU RAMEN - MELR 323-747-1388 CA 24137460310100218084148 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -18.06 |
| 11/06/20 | CHECKCARD  1105 WINCHELL S  # 9356 LOS ANGELES  CA 24137460310200158964166 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.57 |
| 11/06/20 | CHECKCARD  1105 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160310100069246294 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.50 |
| 11/09/20 | CHECKCARD  1106 WINCHELL S  # 9356 LOS ANGELES  CA 24137460311200179768025 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.57 |
| 11/09/20 | CHECKCARD  1106 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160311100664478226 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/09/20 | CHECKCARD  1106 ANSWERCONNECT 800-531-5828 OR 24492150311713218679272 CKCD 7399 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -599.00 |
| 11/09/20 | CHECKCARD  1107 TST* TATSU RAMEN - MELR 323-747-1388 CA 24137460312100510185120 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -18.06 |
| 11/09/20 | CHECKCARD  1106 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160311100788127774 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -22.71 |
| 11/09/20 | CHECKCARD  1107 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160312100413791175 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/09/20 | CHECKCARD  1107 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160312100450465576 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/09/20 | CHECKCARD  1108 WINCHELL S  # 9356 LOS ANGELES  CA 24137460313200119165728 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -7.36 |
| 11/09/20 | CHECKCARD  1108 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160313100081572971 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/10/20 | CHECKCARD  1109 GRUBHUBTHANKUPHO GRUBHUB.COM  NY 24492150314745431603132 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -40.08 |
| 11/10/20 | CHECKCARD  1109 WINCHELL S  # 9356 LOS ANGELES  CA 24137460314200153118871 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.57 |
| 11/10/20 | CHECKCARD  1109 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160314100626485985 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -21.85 |
| 11/10/20 | CHECKCARD  1109 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160314100704838329 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.75 |
| 11/10/20 | CHECKCARD  1109 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160314100850198866 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -16.96 |
| 11/12/20 | CHECKCARD  1110 GRUBHUBTHANKUPHO GRUBHUB.COM  NY 24492150315719487485008 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -29.09 |

*continued on the next page*

APP00312

**BANK OF AMERICA**

**Your checking account**

TALENT WRITERS, LLC  |  Account #          |  November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/20 | CHECKCARD  1110 WINCHELL S  # 9356 LOS ANGELES  CA 2413746031520017768134 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/12/20 | CHECKCARD  1110 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160315100402710720 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.50 |
| 11/12/20 | CHECKCARD  1110 CHIPOTLE 1538 LOS ANGELES  CA 24431060316400828000277 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -11.28 |
| 11/12/20 | CHECKCARD  1110 MCAFE_1 LOS ANGELES  CA 24275390316900017804777 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -27.19 |
| 11/12/20 | CHECKCARD  1111 WINCHELL S  # 9356 LOS ANGELES  CA 24137460316200108003226 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/12/20 | CHECKCARD  1111 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160316100076467226 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -16.39 |
| 11/12/20 | CHECKCARD  1111 IN *FIRST CLASS VALET S 310-7810660  CA 24692160316100239370879 CKCD 7523 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -175.00 |
| 11/12/20 | CHECKCARD  1111 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160316100196805438 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.50 |
| 11/12/20 | CHECKCARD  1111 TST* THE VILLAGE IDIOT LOS ANGELES  CA 24137460317001231580240 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -64.09 |
| 11/13/20 | CHECKCARD  1112 TST* TATSU RAMEN - MELR 323-747-1388 CA 24137460317100210802953 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -15.88 |
| 11/13/20 | CHECKCARD  1112 WINCHELL S  # 9356 LOS ANGELES  CA 24137460317200178053993 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/13/20 | CHECKCARD  1112 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160317100730370971 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -27.31 |
| 11/13/20 | CHECKCARD  1112 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160317100955264669 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -11.50 |
| 11/16/20 | CHECKCARD  1113 GRUBHUBTHANKUPHO GRUBHUB.COM  NY 24492150318743688849157 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -31.59 |
| 11/16/20 | CHECKCARD  1113 WINCHELL S  # 9356 LOS ANGELES  CA 24137460318200171856771 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -5.57 |
| 11/16/20 | CHECKCARD  1113 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160318100397995416 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -21.85 |
| 11/16/20 | CHECKCARD  1114 GRUBHUBAMANDINEPATISS GRUBHUB.COM  NY 24492150319713767797238 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -17.16 |
| 11/16/20 | CHECKCARD  1113 CVS/PHARMACY #10916 LOS ANGELES  CA 24137460319001305134500 CKCD 5912 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -36.04 |
| 11/16/20 | CHECKCARD  1114 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160319100170145857 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.75 |
| 11/16/20 | CHECKCARD  1114 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160319100242908035 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.50 |
| 11/16/20 | CHECKCARD  1115 GRUBHUBITSPHOVIETTHAI GRUBHUB.COM  NY 24492150320717841823412 CKCD 5812 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -39.17 |
| 11/16/20 | CHECKCARD  1115 MNI*MONEYNET MRKT DATA 888-860-4800 NY 24692160320100076269717 RECURRING CKCD 7399 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -175.00 |
| 11/16/20 | CHECKCARD  1115 SQ *COFFEE FOR SASQUATC Los Angeles  CA 24692160320100889576845 CKCD 5814 XXXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -11.79 |

*continued on the next page*

**APP00313**

TALENT WRITERS, LLC   |   Account #                  |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/17/20 | CHECKCARD 1115 NIKO NIKO SUSHI WEST HOLLYWOOCA 24388960321030019340997 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -113.85 |
| 11/17/20 | CHECKCARD 1116 WINCHELL S # 9356 LOS ANGELES CA 24137460321200162149082 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/17/20 | CHECKCARD 1116 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160321100561250395 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -21.85 |
| 11/17/20 | CHECKCARD 1116 CVS/PHARMACY #10916 LOS ANGELES CA 24137460322001239024053 CKCD 5912 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -40.85 |
| 11/17/20 | CHECKCARD 1117 AFFIRM PAYMEN SAN FRANCISCOCA 00000000000000000529475 RECURRING CKCD 6012 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -576.64 |
| 11/18/20 | CHECKCARD 1117 GRUBHUBAMANDINEPATISS GRUBHUB.COM NY 24492150322171973460650 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -8.85 |
| 11/18/20 | CHECKCARD 1117 GRUBHUBAMANDINEPATISS GRUBHUB.COM NY 24492150322745976489566 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -24.13 |
| 11/18/20 | CHECKCARD 1116 MCAFE_1 LOS ANGELES CA 24275390322900018409818 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -14.78 |
| 11/18/20 | CHECKCARD 1117 WINCHELL S # 9356 LOS ANGELES CA 24137460322200181916171 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -3.58 |
| 11/18/20 | CHECKCARD 1117 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160322100207674296 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -21.85 |
| 11/18/20 | CHECKCARD 1117 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160322100337526879 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -11.50 |
| 11/19/20 | CHECKCARD 1113 CCBill.com *Legal Temp 888-5969279 AZ 24063000323001951424284 RECURRING CKCD 4816 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -39.95 |
| 11/19/20 | CHECKCARD 1118 GRUBHUBASIANFUSION GRUBHUB.COM NY 24492150323743030490133 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -25.69 |
| 11/19/20 | CHECKCARD 1117 MCAFE_1 LOS ANGELES CA 24275390323900018511059 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -19.71 |
| 11/19/20 | CHECKCARD 1118 WINCHELL S # 9356 LOS ANGELES CA 24137460323200169773718 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/19/20 | CHECKCARD 1118 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160323100844553134 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -21.85 |
| 11/19/20 | CHECKCARD 1118 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160323100045305672 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -10.00 |
| 11/19/20 | CHECKCARD 1118 TST* THE VILLAGE IDIOT LOS ANGELES CA 24137460324001250181350 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -50.11 |
| 11/20/20 | CHECKCARD 1119 GRUBHUBASIANFUSION GRUBHUB.COM NY 24492150324713099259090 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -31.51 |
| 11/20/20 | CHECKCARD 1119 WINCHELL S # 9356 LOS ANGELES CA 24137460324200177384838 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.28 |
| 11/20/20 | CHECKCARD 1119 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160324100549662502 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -25.75 |
| 11/20/20 | CHECKCARD 1119 SQ *COFFEE FOR SASQUATC Los Angeles CA 24692160324100701346639 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -14.75 |
| 11/24/20 | CHECKCARD 1120 GRUBHUBTHEARROGANTCOW | -22.33 |
| 11/24/20 | CHECKCARD 1120 SQ *COFFEE FOR SASQUATC | -10.50 |
| 11/24/20 | CHECKCARD 1121 SQ *COFFEE FOR SASQUATC | -5.75 |
| 11/24/20 | CHECKCARD 1121 SQ *COFFEE FOR SASQUATC | -5.75 |
| 11/24/20 | CHECKCARD 1122 WINCHELL S # 9356 | -5.57 |
| 11/24/20 | CHECKCARD 1121 SQ *COFFEE FOR SASQUATC | -4.75 |

*continued on the next page*

APP00314

**BANK OF AMERICA**

**Your checking account**

TALENT WRITERS, LLC  |  Account #        |  November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/24/20 | CHECKCARD 1120 WINCHELL S  # 9356 | -4.28 |
| 11/24/20 | CHECKCARD 1123 GRUBHUBLALASARGENTINE GRUBHUB.COM NY 24492150328719383643036 CKCD 5812 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -52.41 |
| 11/24/20 | CHECKCARD 1123 WINCHELL S  # 9356 LOS ANGELES CA 24137460328200162983491 CKCD 5814 XXXXXXXXXXXX4850 XXXX XXXX XXXX 4850 | -4.29 |
| | **Subtotal for card account # XXXX XXXX XXXX 4850** | **-$3,217.67** |

Card account # XXXX XXXX XXXX 4868

| Date | Description | Amount |
|------|-------------|--------|
| 11/02/20 | CHECKCARD 1030 FACEBK *B86BVX2TP2 650-543-7818 CA 24692160304100533860363 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -25.00 |
| 11/02/20 | CHECKCARD 1031 FACEBK *EB7NTXETP2 650-543-7818 CA 24692160305100177506602 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -35.00 |
| 11/02/20 | CHECKCARD 1031 FACEBK *AASS3XJTP2 650-543-7818 CA 24692160305100655949928 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -50.00 |
| 11/02/20 | CHECKCARD 1102 FACEBK *FE8TVXETP2 650-543-7818 CA 24692160307100515270943 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -75.00 |
| 11/03/20 | CHECKCARD 1103 FACEBK *926Q4XJTP2 650-543-7818 CA 24692160308100239394861 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -75.00 |
| 11/04/20 | CHECKCARD 1104 FACEBK *VBAZ4XJTP2 650-543-7818 CA 24692160309100928024497 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -125.00 |
| 11/06/20 | CHECKCARD 1105 FACEBK *5AVFYXETP2 650-543-7818 CA 24692160310100977891744 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -175.00 |
| 11/09/20 | CHECKCARD 1106 FACEBK *8BLKRZSSP2 650-543-7818 CA 24692160311100661370384 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -250.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *Q3SDXXWSP2 650-543-7818 CA 24692160312100441827298 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -312.20 |
| 11/09/20 | CHECKCARD 1107 FACEBK *87SDXXWSP2 650-543-7818 CA 24692160312100441827264 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -3.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *8K7VZXNSP2 650-543-7818 CA 24692160312100441827397 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -5.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *RKE92YETP2 650-543-7818 CA 24692160312100441827256 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -7.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *P63Z3YJSP2 650-543-7818 CA 24692160312100441827439 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -10.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *JG7T8XJTP2 650-543-7818 CA 24692160312100488660743 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -15.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *8VK3SXATP2 650-543-7818 CA 24692160312100488660685 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -25.00 |
| 11/09/20 | CHECKCARD 1107 FACEBK *NSH74Y2TP2 650-543-7818 CA 24692160312100536782093 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -35.00 |
| 11/09/20 | CHECKCARD 1108 FACEBK *6RA99XJTP2 650-543-7818 CA 24692160313100978715873 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -50.00 |
| 11/09/20 | CHECKCARD 1108 FACEBK *RZYVRXESP2 650-543-7818 CA 24692160313100040769239 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -75.00 |
| 11/09/20 | CHECKCARD 1108 FACEBK *8QEYRXESP2 650-543-7818 CA 24692160313100127966526 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -125.00 |
| 11/09/20 | CHECKCARD 1108 FACEBK *8M9R4Y2TP2 650-543-7818 CA 24692160313100179106799 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -15.27 |

*continued on the next page*

**APP00315**

TALENT WRITERS, LLC   |   Account #                    |   November 1, 2020 to November 30, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/10/20 | CHECKCARD  1109 FACEBK *9WXV2YNSP2 650-543-7818 CA 24692160314100679340855 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -175.00 |
| 11/12/20 | CHECKCARD  1110 FACEBK *UJNK4YETP2 650-543-7818 CA 24692160315100371154454 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -250.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *DW3GVXATP2 650-543-7818 CA 24692160317100496008948 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -325.11 |
| 11/13/20 | CHECKCARD  1112 FACEBK *B35JVXATP2 650-543-7818 CA 24692160317100610266190 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -3.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *NJLG5YNSP2 650-543-7818 CA 24692160317100610266026 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -5.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *XGTU5YETP2 650-543-7818 CA 24692160317100610265812 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -7.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *YPCL7YJSP2 650-543-7818 CA 24692160317100610265895 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -10.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *7TCL7YJSP2 650-543-7818 CA 24692160317100610266059 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -15.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *2ZZ9CXJTP2 650-543-7818 CA 24692160317100610265804 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -25.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *D2S9WZSSP2 650-543-7818 CA 24692160317100641613154 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -35.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *QZTW7Y2TP2 650-543-7818 CA 24692160317100669350432 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -50.00 |
| 11/13/20 | CHECKCARD  1112 FACEBK *SJQZ7Y2TP2 650-543-7818 CA 24692160317100795439687 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -75.00 |
| 11/16/20 | CHECKCARD  1113 FACEBK *3AWT6YETP2 650-543-7818 CA 24692160318100374462620 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -125.00 |
| 11/16/20 | CHECKCARD  1114 FACEBK *QXAPWXESP2 650-543-7818 CA 24692160319100086779831 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -175.00 |
| 11/16/20 | CHECKCARD  1114 FACEBK *FERF7YNSP2 650-543-7818 CA 24692160319100335730593 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -250.00 |
| 11/16/20 | CHECKCARD  1115 FACEBK *A2REXXESP2 650-543-7818 CA 24692160320100914303835 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -400.00 |
| 11/17/20 | CHECKCARD  1117 FACEBK *E6LBYXESP2 650-543-7818 CA 24692160322100882670924 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -600.00 |
| 11/19/20 | CHECKCARD  1118 FACEBK *QK7W7YWSP2 650-543-7818 CA 24692160323100721474636 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -900.00 |
| 11/20/20 | CHECKCARD  1119 FACEBK *7M6JLX6TP2 650-543-7818 CA 24692160324100569099049 CKCD 7311 XXXXXXXXXXXX4868 XXXX XXXX XXXX 4868 | -900.00 |
| 11/24/20 | CHECKCARD  1120 FACEBK *M9FW9YWSP2 | -900.00 |
| 11/24/20 | CHECKCARD  1123 FACEBK *HSAC62TSP2 | -900.00 |

**Subtotal for card account # XXXX XXXX XXXX 4868** -$7,612.58

**Total withdrawals and other debits** -$382,629.41

**BANK OF AMERICA**

# Your checking account

TALENT WRITERS, LLC   |   Account #              |   November 1, 2020 to November 30, 2020

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $140.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft and returned item fees. Here are a few ways to manage your account and stay on top of your balance:**

- Set up Overdraft Protection in Online Banking to avoid declined transactions and save on overdraft fees
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 10/30/20. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ✓ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 11/02/20 | Wire Transfer Fee | -30.00 |
| 11/02/20 | Wire Transfer Fee | -15.00 |
| 11/03/20 | Wire Transfer Fee | -15.00 |
| 11/04/20 | Wire Transfer Fee | -15.00 |
| 11/05/20 | Wire Transfer Fee | -15.00 |
| 11/09/20 | Wire Transfer Fee | -15.00 |
| 11/10/20 | Wire Transfer Fee | -15.00 |
| 11/13/20 | Wire Transfer Fee | -30.00 |
| 11/13/20 | Wire Transfer Fee | -30.00 |
| 11/13/20 | Wire Transfer Fee | -30.00 |
| 11/13/20 | Wire Transfer Fee | -30.00 |
| 11/13/20 | Wire Transfer Fee | -15.00 |
| 11/16/20 | Wire Transfer Fee | -30.00 |

*continued on the next page*

APP00317

TALENT WRITERS, LLC   |   Account #                    |   November 1, 2020 to November 30, 2020

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/16/20 | Wire Transfer Fee | -15.00 |
| 11/17/20 | CHECKCARD 1116 TYPEFORM S.L BARCELONA 7460905032200000627212 RECURRING CKCD 5192 XXXXXXXXXXXX4843 INTERNATIONAL TRANSACTION FEE | -3.00 |
| 11/18/20 | Wire Transfer Fee | -30.00 |
| 11/18/20 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$348.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

APP00318

**Your checking account**

**BANK OF AMERICA** 

TALENT WRITERS, LLC   |   Account #                    |   November 1, 2020 to November 30, 2020

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 11/01 | 62,897.56 | 11/10 | 110,737.60 | 11/20 | 117,054.64 |
| 11/02 | 37,291.64 | 11/12 | 133,834.81 | 11/23 | 149,728.14 |
| 11/03 | 60,057.82 | 11/13 | 125,169.76 | 11/24 | -1,419.80 |
| 11/04 | 83,208.48 | 11/16 | 123,379.90 | 11/25 | 15,888.86 |
| 11/05 | 62,136.83 | 11/17 | 139,337.92 | 11/27 | 1,896.00 |
| 11/06 | 80,248.34 | 11/18 | 116,880.49 | 11/30 | 0.00 |
| 11/09 | 109,910.38 | 11/19 | 119,402.24 | | |

**APP00319**

# EXHIBIT L

APP00320



**Portfolio Insider**

**Unlock the power of our world's most valuable financial data**

Our mission is to democratize access to the world's most valuable financial data and bring transparency to capital markets.



**We make investing easy**



# Be first to know what titans are doing

Make smarter decisions with Portfolio Insider. Be in control of your investment strategy by using the same tools as professional analysts and be first to know about the moves investing titans are making.

Start investing smarter today



EXHIBIT

L



APP00321





## Investing in the modern age

Portfolio Insider brings consumers to the greatest market tool ever invented. Our unique core cloud reveals quarterly holdings of any individual or institution controlling investments of at least $100 million. Follow billionaires, banks, trusts, and the world's smartest and most sophisticated decision-makers.



## Having the right tools

As the world becomes more interconnected, and markets increase in complexity, our fully integrated platform provides real-time data and powerful analytics. Your Portfolio Insider membership connects you with industry-leading information and an unparalleled network of the world's most influential billionaires.



# Sign Up For Prime

One of our representatives will reach out to you shortly

Enter your name          Enter your email

Phone number          Portfolio Size

APP00322

**Send**



$73,876,233,032.00

The Power Of An Investment Bank In Your Pocket

Democratizing the world's most valuable financial data.

"The stock market is a mechanism for transferring wealth from the
impatient to the patient." - Warren Buffett

**Company**

About

Contact

Media

Privacy Policy

Disclaimer

Terms of Service

Safe Sender

Special Reports

**Customer Service**

support@portfolioinsider.com

(323) 483-4014

  

Copyright ©2021 Portfolio Insider. All Rights Reserved.

**Portfolio Insider**

## Privacy & Cookie Statement

This is the Privacy and Cookies Policy for portfolioinsider.com website ("we","us" and "our site"). We are committed to protecting and respecting your privacy.

This Policy and any other documents referred to in it explain:

- Information we collect about you
- Our legal bases for processing your information
- How we use your information
- Promotional updates and communications
- How we store and retain your information
- Cookies and other technologies
- Cookie Removal
- Update or correct your information
- Opt out or close your account
- Security and protection of your information
- Users aged 13 and under
- European Users
- Changes to this policy
- Contact us

Please read the following carefully to understand our views and practices regarding your personal data and how we will treat it. By using our website and our services, you acknowledge you have read and understood this privacy policy.

In Summary: This Privacy Statement applies to the operations ofPortfolio Insider, which services are directed at users in the United States of America. It explains how Portfolio Insider collects, use and safeguards your personal data. By using the sites and providing us with personal data you are consenting to our processing data in the United States and under its laws.

Data handling practices and rules may differ from country to country. Each Portfolio Insider entity (e.g., Terminal,) may have different policies, which will apply to (and be stated on) its sites.

If you are a resident of the European Union and wish to use our site, you can find information on the data policies of Portfolio Insider that pertain to you in this document.

While we do our best to protect your personal information, Portfolio Insider cannot ensure or warrant the security of any information you transmit to us, and you do so at your own risk. What does all of this mean? Just as in the investing world, you must protect yourself. You are responsible for maintaining the secrecy of any password and/or account information. Please be careful and responsible whenever you are online, especially when using a computer that other people can use also or if you are on an unsecured network.

Many of our advertisers or partners, such as brokerages, merchants, or data providers, link from our site to areas on their own sites where they sell their own products and services. If you follow links from our site to others, you should be aware that you are doing business with those other sites, which have their own privacy and data collection practices. Portfolio Insider has no responsibility or liability for these independent policies (and we may not even know what they are). For more information regarding a site and its privacy policies, check that site.

### 1. Information We Collect About You

We will collect and process the following personal data from you:

#### 1.1 Information you give us

**APP00324**

This information about you that you give us directly when you sign up with us.

1. Signing Up for Content Delivered via Email: When you sign up for a report or other content delivered by email, we will ask for your email address. We may also ask for your name as well as capture your IP address.

2. Subscribing to a Service: When subscribing to any of our newsletter or portfolio services, or purchasing a special report, we need to know the sort of information typically used for credit card transactions, such as your name, address, telephone number, and credit card number and expiration date. We encrypt all of this information using Transport Layer Security (TLS), the replacement for the deprecated Secure Socket Layers (SSL) technology.

3. Stock Information: If you rate stocks on our Terminal platform, we will save that information and may use it to identify content that we think is relevant to you. We may also use that information in the aggregate to help us better understand what our community and our premium members are interested in, so we can create and target our content better.

4. Other Services: We may also ask for additional information when providing other services. If you don't want to give us the information requested, you certainly don't have to, but you will not be able to take advantage of such offerings. For example, if we launch a text alert feature, we wouldn't be able to send you any alerts unless you provide us with your mobile number. Or, you may not be able to gain access to certain areas of our site unless you register and/or subscribe. On occasion, we may also ask you for other personal information in connection with surveys, contests or other promotional offers running on our site, but again, your participation in these features is purely voluntary.

5. Information About Others: If you use our recommendation service to email one of our articles to a friend, you will need to provide us with your friend's email address and your email address as a return address. We will automatically send this person a one-time email, with the recommended article attached, as well as invite your friend to visit and register with our site. We will not use these email addresses for any other purpose.

**1.2 Information we collect about you from using our site:**

1. While on our site, we automatically log certain information about how you're using our site. This information may include the URL that you just came from, your IP address (or a partially anonymized IP address), details about your browser, device, OS, or probable location, and the pages you visit while on our site.

2. When you visit our sites we will assign you a unique identifier so we can recognize you across different portions of our sites. You may have one or more of these, and they may persist between visits to our sites, so we can recognize you when you come back.

3. We may place a tracking mechanism, such as a pixel or web beacon, on pages or components of our site. This enables us to record in our server logs that a specific user id has visited a particular page. This data allows us to analyze and determine our audience's behavioral characteristics, which helps us to optimize our site, advertisement placement, and marketing focus.

**1.3 Information we receive from other sources:**

1. We may place a tracking mechanism on pages or components of some of our partners' sites so that when you use services from our partners, we can record that a specific user ID visited that service. This helps us analyze our audience in a manner similar to when you visit our own site.

2. We allow our advertisers and partners to collect certain information when you visit our site by allowing them to place a tracking mechanism, such as cookies, pixels, beacons, Google AMP Client IDs, or other technologies to collect and use information about you during your visit to this and other websites in order to provide advertisements they feel you would like.

3. By utilizing or permitting these tracking mechanisms , we prevent our partners from fraudulently representing your internet activity, and we ensure that we are trustworthy to our partners and advertisers about accounting for the exchange of your personal information. To read about your options for opting out of data sharing, please see our *Opt Out or Close Your Account* section of this privacy statement.

4. We have also engaged third-party companies to gather and process information about our users on our behalf, to help us improve our sites and find new members. These companies will combine our data about how you visit our websites with information that they have collected from outside our sites and provide it to us so that we can optimize your experience across our sites, across multiple devices, and based on your interests.

**APP00325**

To learn more about additional marketing and advertising including information on how to opt out of these offers, see our *How Do I Close Your Account* section.

**1.4 Business purposes and categories of personal information we collect:**

Our business is constantly evolving to create and deliver the most relevant products and services to you. We collect a variety of different personal data for numerous business reasons. For a full listing of those reason, please see Section 3.

**1.5 Categories of third parties from which we collect personal information:**

We collect information about you from third parties that have information about you or about people that exhibit similarities to the data we have collected about you. For more information, see the *How We Use Your Information* section of this privacy statement.

We collect personal information about you from the following categories of third parties:

- Advertisers
- Data Enrichment providers

1. **Our Legal Bases for Processing Your Information:**

We can collect and process your data under one of the following legal bases for our use.

**2.1 Consent**

We can collect and process your data with your consent.

- For example, if you have given your consent to receiving marketing material from us at the point we collected your information.

**2.2 Contractual Obligations**

We need your personal data to comply with our contractual obligations.

- For example, if you have subscribed to one of our services, we use your personal data to fulfill, and deliver that service to you.

**2.3 Legal Compliance**

If the law requires us to, we may need to collect and process your data.

**2.4 Legitimate interest**

We may use your data as required in the normal course of operating our businesses and services unless our legitimate interests are overridden by your rights.

1. **How We Use Your Information**

**3.1 Business Purposes for Which We Collect and Use Personal Data:**

When we have a legal basis for collecting your personal information, we do so from a variety of sources, including without limitation your explicit input and interaction on our web sites, through our advertisements on other web sites, and through third parties that have information about you or about people that exhibit similarities to the data we have collected about you. We may combine your data with anonymized, aggregated data to draw inferences about you or your interests. We use all this data to make our site and our advertising relevant to you.

**Business Purpose & Categories of Personal Data**

**Operations**
To administer our site, site performance, and internal operations, such as to conduct troubleshooting, testing, and projecting usage volume and impact

- Unique personal identifiers, such as online identifiers, usernames, or account names
- Email address

APP00326

- Internet or electronic network activity, such as browsing history, search history, engagement with ads, interaction with web site or mobile app, and email receipt and response

## Security

To keep our site safe and secure and to control access to your account and services

- Name
- Physical addresses, both mailing and billing
- Payment methods and numbers, such as a credit or debit card
- Unique personal identifiers, such as online identifiers, usernames, or account names
- Browser or device identifiers
- Physical/geolocation or network location information, such as GPS location or Internet Protocol (IP) address
- Internet or electronic network activity, such as browsing history, search history, engagement with ads, interaction with web site or mobile app, and email receipt and response

## Advertising

To deliver relevant advertising to you and to measure and optimize the effectiveness of our advertising

- Browser or device identifiers
- Physical/geolocation or network location information, such as GPS location or Internet Protocol (IP) address
- Characteristics of protected classes, such as age and sex
- Education (e.g., level of education, IDs, dates, attendance, disciplinary actions, disabilities)
- Commercial information, such as records of your purchases or property
- Personal interests
- Inferences about consumer preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes

## Marketing

To keep you informed about products and services similar to the ones you subscribe to – on our site and elsewhere on the internet

- Name
- Email addresses
- Phone numbers
- Physical addresses, both mailing and billing
- Unique personal identifiers, such as online identifiers, usernames, or account names

## Optimization

To ensure our content, layout, and offerings are presented in the most effective manner for you and devices

- Unique personal identifiers, such as online identifiers, usernames, or account names
- Email address
- Browser or device identifiers
- Internet or electronic network activity, such as browsing history, search history, engagement with ads, interaction with web site or mobile app, and email receipt and response

## Fulfillment

To fulfill your transactions and to deliver information about goods and services you have requested, or that we think you would be interested in

**APP00327**

- Email addresses
- Phone numbers
- Physical addresses

**Personalization**

To allow you to participate in interactive features of our services, when you choose to do so.

- Email addresses
- Unique personal identifiers, such as online identifiers, usernames, or account names
- Browser or device identifiers

**Research**

To better understand our members, potential members, and visitors so we can improve our products and services, and better target how we deliver information about those products and services

- Unique personal identifiers, such as online identifiers, usernames, or account names
- Browser or device identifiers
- Physical/geolocation or network location information, such as GPS location or Internet Protocol (IP) address
- Characteristics of protected classes, such as age and sex
- Education (e.g., level of education, IDs, dates, attendance, disciplinary actions, disabilities)
- Commercial information, such as records of your purchases or property
- Personal interests
- Inferences about consumer preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes

**3.2 Categories of Service Providers to Which Personal Data is Disclosed:**

We utilize service providers to process personal information for a variety of purposes that would be difficult for our business to conduct on our own. For example, to increase the likelihood of successfully processing your credit card when you purchase access to one of our services, we may wish to submit a well-formatted address to the credit card company. We may send the address you give us to a service from the U.S. Postal Service to try to verify your address and provide its canonical version of your address with all the fields in the expected locations. In some states, these types of external companies are called service providers. We disclose personal information about you to the following categories of service providers in order to process data for us:

- Data verification providers, like the US Postal Service
- Content delivery providers, like Strongmail or Hubspot
- Traffic monitoring and analytics providers, like Hotjar

In order to maintain relevant and accurate personal information about you, we may share your personal data, browsing habits, or other identifying information to service providers and third parties, and in return they may provide us with additional email addresses, names, physical addresses, other identifiers, browsing habits, and demographic information, which may include education level, income, investment portfolio, race, gender, personal interests you have told them about, and other personal details they infer about you. To read about your options for opting out of this data sharing, please see our *Opt Out or Close Your Account* section of this privacy statement.

**3.3 Categories of Other Third Parties to Which Personal Information May Be Sold; and the Business Purposes for such "Sales":**

If you are a California resident, some of our disclosure of personal information is considered a sale of data even if we don't receive something of monetary value in exchange. We share personal information in this type of "sale" with the following categories of third parties:

- Companies that serve ads, like Facebook

**APP00328**

- Capecbigbuy of provider bidding markets like Google
- Marketing analytics companies, like Google
- Data enrichment firms, like Infogroup

We share personal information with third parties in this type of "sale" for the following business purposes:

- Advertising: To deliver relevant advertising to you and to measure and optimize the effectiveness of our advertising
- Marketing: To keep you informed about products and services similar to the ones you subscribe to – on our site and elsewhere on the internet
- Research: To better understand our members, potential members, and visitors so we can improve our products and services, and better target how we deliver information about those products and services.

1. **Promotional Updates and Communications**

Where permitted by one of the legal bases above, we will use your personal information for marketing analysis and to provide you with promotional update communications (e.g., by email) about our products/services and those of our business partners.

To read about your options for opting out of marketing and promotions, please see our *Opt Out or Close Your Account* section of this privacy statement.

1. **How we store and retain your information**

We store your data in databases and on storage servers in our own facilities, in colocation data centers, and in those of our contracted service providers. Your data may not be stored in the country in which you reside. We typically store our data in the U.S. If you live in the European Economic Area, please see our section for European Users.

We retain personal data for as long as necessary to fulfill any legal obligations we may have as well as for purposes of processing your information for the delivery of our services (for example, if you continue to subscribe to one of our email-based services, we will need your information to email the service to you). We may also retain aggregate information beyond this time for research purposes and to help us develop and improve our services. You cannot be identified from aggregate information retained or used for these purposes.

1. **Cookies and other technologies**

Cookies contain bits of data that websites such as ours place on your computer's hard drive for record keeping purposes. Cookies can make the web more useful by collecting and storing information about your preferences on a particular site and help websites operate more efficiently. Cookies and similar technologies enable you to be remembered when using that computer or device to interact with websites and online services and can be used to manage a range of features and content as well as storing searches and presenting personalized content.

We use our cookies:

(a) With the aim of optimizing our website and improving member experience. Cookies help us estimate our audience size, determine usage patterns and help us better target content and ads based on our users' interests.

(b) We also use cookies so you can, for example, access any premium content that you have subscribed to.

(c) You have the option of not accepting the cookies we set. However, if you reject our cookies, you will not be able to take advantage of most of the features on our site, including subscription-based services.

Below you'll find the types of cookies that we set when you visit portfolioinsider.com and their purpose. To help you better understand why we're setting them, we've used the categories and definitions set by the International Chamber of Commerce ("ICC"):

(a) Strictly Necessary: cookies that enable the services that you have specifically asked or paid for;

(b) Performance: cookies that collect information on how visitors use our site including the pages visited and most frequented as well as the sources of our traffic. They are used to help us improve how the site works;

(c) Functionality: cookies that help us remember the choices you have made so we can provide you with a more personalised experience; and

over again.

In addition to the cookies set directly by our partners, there are also cookies set by third parties to help deliver and monitor their ads. Please note we neither control nor have access to those cookies, and these advertisers' uses of cookies are subject to their own privacy policies and not our policies.

If you follow links from our site to theirs, you should be aware that these other sites have their own privacy and data processing practices. We have no responsibility or liability for these independent policies. For more information regarding a site and its privacy policies including its use of cookies, check that site.

1. **Cookie Removal and More Information**

You can always modify your browser so as not to accept cookies or to notify you when cookies are sent to it. For more information about cookies including removing any or all of your cookies, please visit All About Cookies.

Also, if you would like to remove the Google Analytics and DoubleClick cookies, please go to Google Analytics opt-out program and Ads Preference respectively. You should be aware that this will affect your Google cookies on all sites, and not just ours.

You can view, delete or add interest categories associated with your browser by visiting: Ads Settings.

1. **Update or Correct Your Information**

If you want to change your email address for delivery of your paid-for newsletter email subscriptions (e.g. *Terminal*), or you would like to change your password, you should go to your accounts page or email  support@portfolioinsider.com.

1. **Opt Out or Close Your Account**

2. Marketing & Promotions. If you would rather not hear from us by email, you can object to further marketing at any time by: (i) checking and updating your contact details within your account page (ii) selecting the "unsubscribe" link at the end of all our marketing and promotional update communications to you; or (iii) sending us an email to **legal@portfolioinsider.com**. If you are paying for one of our services, please note that clicking the "unsubscribe" link will not cancel your paid subscriptions, but it is likely to affect deliverability of your newsletter messages, announcements, or other product related communications. If you purchase products or services from us, or if you register for an account with us, we may contact you to confirm your purchase, subscription, or registration, or to provide you with information about its terms or features. You may wish to keep these transactional or relationship emails, to help you use our products and services.

3. Behavioral Advertising. To learn more about this behavioral advertising, including information on how to opt-out, please:

(a) visit the DAA opt-out program, the Evidon opt-out program, and the Google Analytics opt-out program to learn how to opt out of having your information collected in browsers for ad serving purposes;

(b) download the Evidon Ad Control application, available for iOS and Android, to learn how to opt out of having your information collected in mobile apps;

(c) see the interests associated with you by Google at Ads Settings; and

(d) visit the Network Advertising Initiative's opt out page.

Please remember that some or all of these opt-out mechanisms use cookies to remember you have opted out, and if you delete cookies from your browser your opt-out will also be deleted.

1. Consent Withdrawal. Where the processing of your personal information by us is based on consent, you can withdraw consent at any time by: (i) checking and updating your Data Preferences within your account page.

2. Cancel Your Subscription. If you want to cancel your subscription to one or more of our services but do not wish to remove your account entirely at this time, please contact us at **support@portfolioinsider.com**.

3. Close Your Account Permanently. If you want to close your account – i.e., so that it cannot be logged into – please contact us at **legal@portfolioinsider.com**.

4. **Security and Protection of Your Information**

**APP00330**

We are committed to protecting your personal information. All information that you provide to us is stored on our secure servers. Access to paid-for areas of the site, such as our newsletter services is password-protected for your privacy and security. While we do our best to protect your personal information, we cannot ensure or warrant the security of any information you transmit to us, and you do so at your own risk. What does all this mean? Just as in the investing world, you must protect yourself. You are responsible for maintaining the secrecy of your passwords and/or any account information. If you need to change your password, please follow the steps outlined below.

Unfortunately, the transmission of information via the internet is not completely secure. Although we will do our best to protect your personal data, we cannot guarantee the security of your data transmitted to our site; any transmission is at your own risk. Once we have received your information, we will use strict procedures and security features to try to prevent unauthorized access.

Our site may, from time to time, contain links to external sites. We are not responsible for the privacy policies or the content of such sites.

### 1. Users Aged 13 or Under

Protecting the safety of children when they use the internet is important to us.

The site is intended for use only by persons who are at least 13 years of age. By using this site, you confirm to us that you meet this requirement. If you are aged 13 or under, please get your parent/guardian's permission beforehand whenever you provide personal information to our website. Users without this consent are not allowed to provide us with personal information.

If you are under the age of 13 your parent or guardian must consent on your behalf where we ask for consent in relation to the use of your information.

### 1. European Users

For the purposes of European Economic Area data protection law, (the "Data Protection Law"), the data controller is: Portfolio Insider, 300 New Jersey Avenue NW, Suite 900, Washington, DC 20001 (legal@portfolioinsider.com).

### 12.1 Use of Cookies

Our site places cookies on your device for a variety of purposes described in the Cookies and Other Technologies section of this privacy statement. Please refer to that section for more information about those cookies and how to prevent the use of cookies.

If you have any questions about the cookies we set, please contact our Data Protection Officer at legal@portfolioinsider.com.

### 12.2 Data Storage

The data that we collect from you is transferred to, and may be stored at, a destination outside the European Economic Area ("EEA") that is not subject to equivalent Data Protection Law. For our purposes, the information we collect is processed and stored in the US.

We may transfer your personal information outside the EEA:

Where your information is transferred outside the EEA, we will take all steps reasonably necessary to ensure that your data is subject to appropriate safeguards, such as relying on a recognised legal adequacy mechanism, and that it is treated securely and in accordance with this privacy policy.

### 12.3 European site users have certain rights under certain circumstances:

- to be provided with a copy of your personal data held by us;
- to request the rectification or erasure of your personal data held by us;
- to request that we restrict the processing of your personal data (while we verify or investigate your concerns with this information, for example);
- to object to the further processing of your personal data, including the right to object to marketing (as mentioned in 'our promotional updates and communications' section);

APP00331

8/9

**12.4 Your right to withdraw consent:**

Where the processing of your personal information by us is based on consent, you have the right to withdraw that consent without detriment. You can withdraw consent online or by contacting us. For more information on this or other options to manage your privacy rights, please see the *Opt Out or Close Your Account* section of this privacy statement.

You can also exercise the rights listed above at any time by contacting us at legal@portfolioinsider.com

1. **Changes to this Policy**

We may amend this Privacy and Cookie Statement from time to time. Please check back regularly to review your rights and to check the Effective date or Last Updated date listed below. If we make any substantive changes to this policy, we'll announce it on our site and notify you by email.

1. **Contact Us**

Questions, comments and requests regarding this privacy and cookie policy are welcomed and should be addressed to:

Data Protection Officer

300 New Jersey Avenue NW, Suite 900, Washington, DC 20001

legal@portfolioinsider.com

Last Updated: Feb 4th, 2020

## Portfolio Insider

### The Power Of An Investment Bank In Your Pocket

Democratizing the world's most valuable financial data.

"The stock market is a mechanism for transferring wealth from the impatient to the patient." - Warren Buffett

## Company

About

Contact

Media

Privacy Policy

Disclaimer

Terms of Service

Safe Sender

Special Reports

## Customer Service

support@portfolioinsider.com

(323) 483-4014

   

For best experience use laptop or desktop.

**APP00332**

**Portfolio Insider**

## Terms of Use & Conditions of Sale

Welcome to Portfolio Insider! We hope you'll enjoy being a part of our family — such as portfolioinsider.com, our subscription newsletters and their special websites, our discussion boards, Terminal, and whatever else we come up with (each a "Service," and collectively, the "Services"). But first things first: By using the Services, you're agreeing to be bound by these Terms and Conditions ("Terms and Conditions" or "Terms") INCLUDING THE BINDING ARBITRATION AND CLASS ACTION WAIVER DETAILED IN SECTION 10. These Terms govern your use and access to the website and all our Services. We may change these terms at any time, but we will post a notice on this website of any material changes. Your continued use of Portfolio Insider and its Services means that you accept any new or modified terms and conditions. So please check back here from time to time.

Some Services are works in progress. We reserve the right to change or even eliminate them with no notice, at our sole discretion.

### 1. Registration

Except as expressly provided in these Terms and Conditions, members may only maintain one active registration with Portfolio Insider. In other words, it's one registration per person. The only exception to this rule is if you wish to create more than one Terminal profile, in which case you may have a corresponding number of registrations. Any other use of multiple accounts or aliases on our Services, including attempts to mislead, defraud, confuse, or otherwise trick us or our members, is a breach of these Terms and Conditions.

If you subscribe to one of our premium services, you will be asked to create a password, which you'll need to access the service. Should you wish to post a message on the discussion boards or comment on an article or a blog, you'll also be required to choose a user name.

As a registered user, you can update your account settings, including your email address, by going to the Portfolio Insider tab up top. There, you can also change your password at any time and your user name up to three times in a calendar year. Also, if you forget either your password or user name, you can contact support@portfolioinsider.com for help.

### 2. Premium Services

When subscribing to a premium service such as one of our newsletters, you will need to provide us with your name, email address, and billing and shipping addresses, as well as your credit card information. You agree to pay the applicable subscription fee as set forth on this site. Sales taxes may be charged in addition to the subscription fee. BY PLACING YOUR ORDER, YOU PROVIDE YOUR ELECTRONIC AUTHORIZATION FOR FUTURE CHARGES AGAINST YOUR CREDIT CARD ON FILE UNLESS YOU CANCEL.

You certify that all information you provide is accurate. You also agree to maintain and update your information as necessary so that it remains accurate and current. In the event that any information you provide is inaccurate or not up to date, Portfolio Insider reserves the right to cancel your subscription.

We reserve the right to refuse or discontinue the supply of a service to any user at any time at our sole discretion.

Unless stated otherwise, membership to any service is for online and/or electronic access only. Certain promotions may offer features that are issued in physical form. Shipping of any goods or service associated with these promotions is limited to the U.S./APO. Physical fulfillment of goods or services not specifically mentioned in a promotion is at the sole discretion of Portfolio Insider.

Our services generally deliver their content via email including trade alerts or recommendations, recent actionable investing guidance, Best Buys Now, and other important stock news. There is no opt-out choice available for these emails (unless you cancel your subscription). Of course, you can always opt out of our marketing emails on the settings page.

**Terms, Automatic Billing and Cancellation Policy**

**APP00333**

person or household is allowed at any given point in time. In addition, there is a limit of one membership per person and household in any given six-month period unless otherwise stated in the offer.

Upon signing up for a discounted membership, you will have access to the Service for the promotional 30 day period. If you cancel prior to the end of the promotional offer period, your credit card will not be charged. If you don't cancel your subscription within the 30 day offer period, we will charge the primary credit card you provided during the sign-up process. You may contact Member Support at support@portfolioinsider.com to terminate your membership enrollment.

Your membership will automatically renew at the then-current rate, until you notify us of your decision to terminate your membership. Most subscriptions will renew for one-year terms, regardless of the offer under which that that subscription started. Of course, we will email you about the length and price for your renewal before we charge you. If you would like to turn off automatic renewal, or extend your subscription for additional years, please contact Member Support. BY ALLOWING FOR YOUR RENEWAL, YOU PROVIDE YOUR ELECTRONIC AUTHORIZATION FOR FUTURE CHARGES AGAINST YOUR CREDIT CARD ON FILE. Accordingly, you agree that your membership fee or subscription will be billed automatically at the beginning of each renewal period at the then-current rate (plus sales tax, if applicable) to the credit card you used in your most recent transaction with us. If you provided more than one card, the first card on file will be used.

The Portfolio Insider reserves the right to increase a service's fees or institute new charges upon reasonable notice. service fees are due in advance.

## Refunds

Different Services (and sometimes specific offers) have different refund policies (including some that offer no refunds). Please review the specific terms of your offer before signing up as you are agreeing to be bound those terms. If you are unsure of your cancellation rights, please contact Member Support.

Please note that most refunds are only available to first-time subscribers. If you subscribe to a Service that allows for refunds beyond 30 days, and cancel (and receive a refund) and then subscribe again, you will not receive a refund after the first 30 days.

From time to time, Portfolio Insider offers its premium services through third-party vendors. In such cases, the vendor's refund policy would apply and may differ from your Service (or specific offer).

## Transfer; Discontinuing a Service

You cannot transfer your subscription to someone else, except through bequeathment or by a court order. In the event a subscription is transferred, it will continue through the end of its term and can be renewed at the then-current price and conditions. For assistance in this situation, please contact Member Services.

In the event that we discontinue a Service, you agree that Portfolio Insider may transfer your subscription to another Service of equal or greater value.

3. **Credit Transfer Information**

Some of our services provide the option to transfer your credit towards a different Portfolio Insider service. Depending on the terms of your purchase, you may be allowed to transfer the full or pro-rated credit from your purchase. Most services eligible for a credit transfer will allow a swap within 30 days of the initial purchase, there are services that do not allow for credit transfers of any kind.

**If you are unsure whether or not your service is eligible for a credit transfer please contact support@portfolioinsider.com.**

All credit must be swapped at the list price of the product being transferred into, and it cannot be combined with any promotional offers or discounts. Members may utilize any available swap or refund once per service. If you take advantage of a money-back guarantee or a credit-transfer guarantee into a new subscription, you will no longer be eligible to perform further action with that credit.

If you take advantage of a credit transfer guarantee, please also note that you will lose access to any product(s) and benefits included in the original promotional offer, including additional services or reports that were included as a bonus for taking advantage of the offer.

for a credit transfer into a report of this type, you must have enough credit to cover the full list price of the report.

When implementing a credit transfer, the term length of the service being transferred into cannot extend beyond three years.

If the list price of the service you would like to transfer into is more than the amount of credit you have, you will receive a partial term of the service – the usual automatic renewal notice will be emailed a month prior to the adjusted end-date.

If the amount of credit you have is higher than the list price of the service you would like to transfer into, the subscription will be extended for the appropriate time frame to match the rate.

Portfolio Insider reserves the right to disallow transfer into certain services depending on insufficient credit, product openings, investment timelines, a member's history of transfers or prior refunds, or for any other reason at Portfolio Insider's sole discretion.

### 4. Affiliate Marketing Programs

Some of our brands such as The Ascent and The Blueprint, review various products and services. We may be compensated by third parties whose products we review. This compensation may impact where reviews and offers appear, with higher paying partners appearing higher on a page or in a more prominent position. None of our brands can or does promise to be comprehensive with their reviews of any particular marketplace, and the companies covered may heavily tilt towards partners.

That being said, we take try to make sure that our editorial opinions are not affected by our compensation, and no partner or advertiser will review, edit, endorse, or approve editorial content. We also make sure that the editorial teams of any brand remains distinct from the editorial team writing content for portfolioinsider.com or our premium services.

No reviews of products or services should be construed as an endorsement or guarantee of any kind. We do the best we can to make sure that the information we rely upon for our reviews is true and current, but we cannot and will not warranty that it actually is, or that we have not been confused or misled before or after publication.

Any service or product not offered by Portfolio Insider is subject to its own terms and conditions, including about how they may use the information you provide to them, which should be provided by the company through which you are receiving the product or service, and any use of a product or service not offered by Portfolio Insider is done so at your own risk.

### 5. Additional and Third-Party Terms of Use

Please note that certain individual Services or products may have their own, or additional, terms and conditions. In the event of a conflict, the terms for the individual Service will control with respect to the Service in question. So please be sure to review any additional terms and conditions with respect to any specific Service before subscribing.

Some portions of our site use Google Maps APIs, or other Google APIs. If you use those parts of our site, you are also bound by the Google Terms of Service. If you do not wish to be bound by these terms, or any of the terms contained within these Rules, please do not use our site.

### 6. TERMINAL

"Terminal" is Portfolio Insider's service that allows you to make predictions about stocks, see others' predictions, aggregate community opinions, and track their accuracy. By putting together lots of information from a variety of data sources, we hope to provide participants with a way to a) have fun and b) learn to make better investment decisions.

You should not assume that the opinions that people express in Terminal are the opinions of Portfolio Insider or anything other than the opinions of the individuals expressing them.

When you look at other people's predictions, you should remember that those people may have interests in the stocks that they're making predictions about. For example, some people may hope a company's stock will go up because they own many shares of it; others may hope that it will rise because they (or their sister) work for the company; others may hope that the stock will rise because that will increase their standing or prestige. When you review people's predictions

(or from some individual television commentator as though it would appear independent). The prediction is unbiased or independent. One of the beauties of Terminal, though, is that you can see the performance of people's predictions over time and, we hope, distinguish sound analysis from self-serving nonsense.

Portfolio Insider's employees may participate in Terminal and they may have interests in the stocks about which they make predictions. Employees display their positions online and or we are willing to submit all positions held at request by emailing support@portfolioinsider.com. Any predictions made by Portfolio Insider employees are their own. They are not speaking on behalf of our company and these predictions are notPortfolio Insider recommendations.

### 7. Intellectual Property

All of the Content on our websites and any Service we provide is protected by U.S. and international copyright laws and is the property of Portfolio Insider and/or providers of the content under license. By "Content" we mean any information, mode of expression, or other materials and services found on Portfolio Insider. This includes message boards, blogs, Terminal picks, ratings, podcasts, chats, software, our writings, graphics, videos, and any and all other features.

You may make one copy of the Content for your personal, non-commercial use, provided that any material copied remains intact and includes the following notice: "Copyright 1995-2020 [or whatever the current year is]Portfolio Insider. All rights reserved." Any other copying, distribution, storing, or transmission of any kind, or any commercial use of our Content, is prohibited without Portfolio Insider's prior written permission. That means you may not sell, auction, transfer or barter your subscription or any individual publication. You can make or end your own Terminal picks at any time, but those picks, their scoring history, your scoring history, and data aggregated by Terminal remain the property of Portfolio Insider.

You also may not republish, post, transmit, or distribute the Content to online bulletin and message boards, blogs, chat rooms, intranets, or anywhere else without our consent. You further agree not to create abstracts from or scrape our Content, including Terminal ratings, for use on another website or service (including our own personal forums and blogs). In short, you may not post our Content anywhere else online. Aside from opening yourself up to liability, distributing our premium Services, stock picks, and performance data to other sites and forums is unfair to our members who pay good money to receive our Content. So please don't do it.

Please note that notwithstanding the foregoing, when you post content (such as a message-board post or terminal pitch), you are not somehow surrendering your copyright in your expression, but you are granting us an unlimited license to use it. Specifically, by posting content, you agree that Portfolio Insider has an irrevocable, perpetual, and worldwide license to use republish, distribute, reproduce, display, communicate to the public, adapt, perform, store, translate, sublicense, and promote anything you post on our websites. This includes the rights to syndicate and make derivative works out of your content. If you don't want us to use or republish your content, then please don't post it on our websites. We'll only republish your content in context, and we'll credit you as author (unless we're using small quotations). We won't republish your posts in advertising without your permission. And we promise not to mock you unless it would amuse us.

We also ask that you only upload or include on our Services materials you have the right to use. While we don't mind if Peter Parker posts photos he's taken on our platform, we do ask that he not repost images he's already sold or licensed to The Daily Bugle. If you have a good faith belief that your work has been copied in a way that constitutes copyright infringement, please notify our Copyright Agent.

You agree not to display any of Portfolio Insider's trademarks or use them in any manner without our express written permission. You can find the list of our trademarks by request from legal@portfolioinsider.com.

Some features of our site are patented under U.S. Patent No. 7,813,986 and U.S. Patent No. 7,882,006.

### 8. Conduct

Portfolio Insider advocated active and open debate among our subscribers. All we ask is that it's done in a lawful and civil manner — be it posting on our boards, commenting on blogs or articles, replying to Terminal pitches, or using our system to contact a fellow member in any way.

Accordingly, you agree to use Portfolio Insider for lawful purposes only. You may not use or allow others to use your Portfolio Insidermembership to:

- Create a community or content that is assaultive, abusive, civil, harmful, hateful, or that threatens or causes harm of any nature to another person or student, threatening, harassing, defamatory, or which discloses private or personal matters concerning any person;

  Post or transmit any material that you don't have the right to transmit under law (such as copyrights, trade secrets, or securities) or under contractual or fiduciary relationships (such as nondisclosure agreements);

  - Post, transmit, or link to sexually explicit material;

  - Impersonate any person, or falsely state or otherwise misrepresent your affiliation with a person or entity;

  - Post or transmit any advertising, promotional materials, or other forms of solicitation, including chain letters and pyramid schemes;

  - Violate any applicable law or regulation while accessing and using our sites, including, without limitation, the rules and regulations of the U.S. Securities and Exchange Commission and the national or other securities exchanges (especially and including the rule against making false or misleading statements to manipulate the price of a security);

  - Offer, sell, or buy any security;

  - Post or transmit any file that contains viruses, corrupted files, "Trojan Horses," or any other contaminating or destructive features that may damage someone's computer;

  - Forge headers or manipulate identifiers or other data in order to disguise the origin of any content transmitted through our sites or to manipulate your presence on our sites;

  - Use any automated means, including, without limitation, agents, robots, scripts, or spiders, to access, monitor, copy or harvest data from any part of our sites;

  - Take any action that imposes an unreasonably or disproportionately large load on our infrastructure or disrupts the functioning of our systems or Services; and

  - Take any action that damages or disrupts the functioning of our systems or Services. Unauthorized access of our sites is a breach of these Terms and Conditions and a violation of the law. You agree not to access our sites by any means other than through the interfaces we provide for use in our accessing our sites.

Portfolio Insider may at any time, without prior notice and at our sole discretion, remove any post, terminate any membership, remove any individual Terminal picks, delete any Terminal contributors, remove any Terminal profile, or take any action for violating the above (and, if we may say so, sensible) provisions or otherwise taking an action disruptive to a Service. In the event Portfolio Insider terminates your premium Service, you will receive a prorated refund at our discretion.

You are responsible for statements made and actions taken through the use of your password, so please maintain the confidentiality of your password. You agree to immediately notify Member Support of any actual or suspected unauthorized use of your username and password. We will not be responsible for any loss to you arising from unauthorized use of your data. For more information on posting, please contact support@portfolioinsider.com.

If you see something that you feel is a violation of the Portfolio Insider's terms, please notify us by emailing legal@portfolioinsider.com.

## 9. No Personalized Advice

We want to help you make money. However, Portfolio Insider is not in the business of rendering personalized investment advice. We can't know all the relevant facts about you and your individual needs, and we cannot claim or represent that any particular Services are suitable for you. Accordingly, you agree that any recommendation or action taken by a Service does not constitute a recommendation that a particular security, strategy, or action is suitable for you. If you want personal advice, then you should seek a registered investment advisor.

Portfolio Insider may partner with third parties in order to make buying our Services' recommendations easier for you. We will not, and cannot, trade on your behalf at your brokerage. Only you can decide whether or not a stock is right for you and you agree to be liable for any trades you initiate at your brokerage using tools that we or our partners provide.

Affiliates of Portfolio Insider provide individualized investment advice and investment products. These companies may recommend or hold securities mentioned in our publications. Editorial personnel have no nonpublic knowledge of our affiliates' holdings and/or specific recommendations, and the affiliates' personnel have no knowledge of any editorial content before it is published.

**APP00337**

One of the principal tenets here at the Portfolio Insider is that the best person to handle your finances is you. By your use of our Services, you're agreeing that you bear responsibility for your own investment research and investment decisions. You also agree that Portfolio Insider, its directors, its employees, and its agents will not be liable for any investment decision made or action taken by you and others based on news, information, opinion, or any other material published through our Services.

11. **Disclaimer of Warranties and Liabilities**

Please read Portfolio Insider disclaimer for reference.

Portfolio Insider provides a very broad range of information and commentary via its many Services. Consequently, as a result of the diverse opinions of our staff, a Portfolio Insider Service may, from time to time, take actions or issue recommendations with regard to specific securities that are different from those taken or issued by another Service we provide.

Portfolio Insider does not warrant the completeness or accuracy of the Content found in our Services or its usefulness for any particular purpose. And although we have the hardest-working, most talented techies in the business, Portfolio Insider makes no promises that our content or any of the Services will be delivered to you on an uninterrupted, timely, secure, or error-free basis. In fact, we're not making any promises or warranties except that we'll do our best to provide interesting and helpful information, education, and entertainment. Other than that, we reserve the right to be wrong, stupid, or even ignorant (with a small "f").

Now what does all this mean? It means that you agree that under no circumstances will Portfolio Insider, its employees, or its agents be liable for direct, indirect, incidental, consequential, punitive, or any other type of damages resulting from your use, purchase, or downloading of any material on our Websites, or arising from or related to these Terms or the Privacy Policy, even if we have been advised of the possibility of such damages. This includes, but is no way limited to, loss or injury caused in whole or in part by our negligence or by stuff beyond our control in creating or delivering any of our Services. This disclaimer of liability does not apply in New Jersey.

Portfolio Insider relies on various sources of information that we believe to be accurate and reliable. There are also literally thousands of contributors here — most, we believe, with incredibly interesting and insightful information and opinions to share. But we can't and won't take responsibility for, or make any claims or representations about, the accuracy, completeness, or even the truth of every bit of data, information, and opinion provided through our Services. Remember: All information and content provided on or by Portfolio Insider is to be used on an "as is, with all faults, we're not perfect" basis.

**Obligatory Capitalized Disclaimers of Liability:**

EXCEPT WHERE OTHERWISE INAPPLICABLE OR PROHIBITED BY LAW, THE WEBSITE AND PRODUCTS AND SERVICES CONTAINED AND OFFERED ON THE WEBSITE ARE PROVIDED "AS IS" AND ON AN "AS AVAILABLE" BASIS. NEITHER PORTFOLIO INSIDER NOR ANY OF OUR PARTNERS MAKES ANY WARRANTY THAT THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL THAT YOU PURCHASE OR OBTAIN FROM THE USE OF OUR SERVICES WILL MEET YOUR EXPECTATIONS OR THAT AND ANY ERRORS WILL BE IMMEDIATELY CORRECTED. NEITHER WE NOR ANY OF OUR PARTNERS MAKES ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO OUR WEBSITES, ANY CONTENT, OR ANY OF OUR SERVICES, TOOLS, PRODUCTS, OR PROPERTIES. YOU EXPRESSLY AGREE THAT YOU WILL ASSUME THE ENTIRE RISK AS TO THE QUALITY AND THE PERFORMANCE OF OUR SERVICES AND THE ACCURACY OR COMPLETENESS OF THEIR CONTENT.

SOME STATES DO NOT ALLOW EXCLUSION OF IMPLIED WARRANTIES OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. IN SUCH STATES, OUR LIABILITY AND THAT OF OUR THIRD-PARTY CONTENT PROVIDERS WILL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW. THIS DISCLAIMER OF WARRANTIES DOES NOT APPLY IN NEW JERSEY.

That was tiresome, but important.

12. **Communication**

Federal or state law require that we provide it, and certifying that it is correct. Any such notices will be effective upon our posting them on our websites or sending them to you via email (another reason to please keep your account settings current). If you do not provide us with accurate information, we cannot be held liable if we fail to notify you. You may request that we provide such notices to you in paper format by writing to General Counsel, portfolioinsider.com300 New Jersey Avenue NW, Suite 900, Washington, DC 20001.

13. **Dispute Resolution by Binding Arbitration and Class Action Waiver**

If a dispute arises in connection with your use of our Services or in relation to any of these Terms (collectively, "Disputes") our hope is that we can resolve the matter informally. Accordingly, in the event of a Dispute, we agree to first contact each other via email with a description of the Dispute and any proposed resolution. You will email support@portfolioinsider.com with your concern and Portfolio Insiderwill contact you via the email address we have on file for you.

If a Dispute cannot be resolved informally, we each agree that except as provided below, the Dispute will be submitted to final and binding arbitration before a panel of three arbitrators of the American Arbitration Association ("AAA") in a location convenient to you. Either party may commence the arbitration process by submitting a written demand for arbitration with the AAA, and providing a copy to the other party. The arbitration will be conducted in accordance with the provisions of the AAA's Commercial Dispute Resolutions Procedures, Supplementary Procedures for Consumer-Related Disputes, in effect at the time of submission of the demand for arbitration. We will pay all of the filing costs, including arbitrator fees. Judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. **You expressly agree to refrain from bringing or joining any claims in any representative or class-wide capacity, including but not limited to bringing or joining any claims in any class action or any class-wide arbitration.**

**YOU UNDERSTAND THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A JUDGE OR JURY DECIDE YOUR CASE AND TO BE PARTY TO A CLASS OR REPRESENTATIVE ACTION. YOU UNDERSTAND AND AGREE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY AND ONLY THROUGH ARBITRATION.**

EXCEPTIONS

Notwithstanding the foregoing, the following will not be subject to arbitration and may be adjudicated only in the state and federal courts of Virginia: (i) any dispute, controversy, or claim related to or contesting the validity of our proprietary rights, including without limitation, trademarks, service marks, copyrights, patents, or trade secrets; or (ii) an action by a party for temporary, preliminary, or permanent injunctive relief, whether prohibitive or mandatory, or other provisional relief. You may also file an individual action in a small claims court in lieu of arbitration.

OPTING OUT

You will have thirty (30) days from the date you submit your personally identifiable information to opt out of this arbitration agreement. To opt out of arbitration, you must contact us at Portfolio Insider, 300 New Jersey Avenue NW, Suite 900, Washington, DC 20001, Attention: Legal Department. If more than thirty (30) days have passed, you are not eligible to opt out of arbitration.

14. **Your Agreement to These Terms**

You acknowledge and agree that by agreeing to these Terms electronically you are expressly agreeing to the terms set forth herein. You acknowledge that your electronic submission constitutes your agreement and intent to be bound by these Terms and Conditions.

15. **Everything Else**

If any provision in these Terms and Conditions is found to be invalid, unenforceable, or nonsensical, the remaining provisions will continue in full force and effect. This agreement is and always will be governed by the laws of the United States of America and the Commonwealth of Virginia (except with respect to choice of law).You agree that the proper forum for any claim arising thereunder will be the U.S. Court for the Eastern District of Virginia or the appropriate Virginia court.

Our Services are directed at a U.S. audience. We cannot warrant that the Services are appropriate for users outside the United States or that use of the Services is permitted under the laws of other jurisdictions. All personal data is maintained in the United States under the terms of our Privacy Policy, which is also incorporated by reference.

APP00339

agreement.

These Terms and Conditions, including those that are incorporated by reference, constitute the entire and only agreement between you andPortfolio Insider and govern your use of our sites.

16. **OPRA Terms**

ATTACHMENT B-1

OPTIONS PRICE REPORTING AUTHORITY

ELECTRONIC FORM OF SUBSCRIBER AGREEMENT

IMPORTANT NOTICE: THIS SUBSCRIBER AGREEMENT (THIS "AGREEMENT") IS AN AGREEMENT BETWEEN YOU AND Portfolio Insider FOR YOU TO RECEIVE INFORMATION PUBLISHED BY THE OPTIONS PRICE REPORTING AUTHORITY, LLC ("OPRA"). PLEASE READ THIS AGREEMENT CAREFULLY. AFTER YOU HAVE READ THIS AGREEMENT, PLEASE INDICATE YOUR AGREEMENT TO BE BOUND BY ITS TERMS AND CONDITIONS BY CLICKING ON THE "I AGREE" BUTTON AT THE END. IF YOU DO NOT AGREE TO THESE TERMS AND CONDITIONS, YOU WILL BE UNABLE TO RECEIVE THE INFORMATION. By completing and submitting this Agreement, you are applying to receive from Portfolio Insider ("Vendor") a market data service (the "Service") providing access to current options last sale and quotation information and related information ("OPRA Data") published by OPRA pursuant to a Plan declared effective by the Securities and Exchange Commission. The parties to this Plan (each, an "OPRA Participant") are those national securities exchanges that are from time to time approved by the Securities and Exchange Commission for the trading of securities options. In reviewing and approving this Agreement, Vendor is authorized to act on behalf of OPRA. The person who acts from time to time as data processor on behalf of OPRA is referred to herein as "OPRA's Processor." By completing and submitting this Agreement and clicking on the "I agree" button at the end of this Agreement, you are consenting to enter into this Agreement in electronic form. You have the right to withdraw your consent by terminating this Agreement and your receipt of the OPRA Data. Your right to terminate this Agreement and your receipt of the OPRA Data, and the procedure you must follow to do so, are described in paragraph 6 below. If any information needed to contact you electronically changes, the procedure for notifying Vendor is described in paragraph 11 below. If you wish to have a copy of this Agreement in paper form and you are unable to print a copy on your own computer system, Vendor will provide you with a paper copy at no charge upon its receipt of your request transmitted as described in paragraph 11. You may access a copy of this Agreement electronically at no charge, if your access to OPRA Data is from a device capable of receiving text, by visiting OPRA terms .

This Agreement includes an "Addendum for Nonprofessionals." The term "Nonprofessional" is defined in the Addendum. The purpose of the Addendum is to determine whether you are a Nonprofessional under this definition. If you are a Nonprofessional under this definition, OPRA's charges to Vendor for your use of the OPRA Data are subject to a cap, and you may be entitled to pay lower fees to Vendor. You do not need to complete the Addendum, but if you do not do so, or if you cannot agree with all of the statements in the Addendum, OPRA will not consider you to be a Nonprofessional.

You hereby represent and agree as follows: 1. Your full name and address are: [you] 2. You shall receive the Service and the OPRA Data included therein solely for your own business or personal use, and you shall not retransmit or otherwise furnish the OPRA Data to any person, other than your own employees on devices that are subject to the control of Vendor. If you are a Nonprofessional and have completed the Addendum for Nonprofessionals, you are only permitted under this Agreement to use the OPRA Data for the investment activities described in the Addendum for Nonprofessionals. 3. You acknowledge that OPRA Data is and shall remain the property of the OPRA Participant on which a reported transaction took place or a reported quotation was entered. 4. DISCLAIMER OF LIABILITY -- NEITHER VENDOR, OPRA, OPRA'S PROCESSOR NOR ANY OPRA PARTICIPANT GUARANTEES THE TIMELINESS, SEQUENCE, ACCURACY OR COMPLETENESS OF ANY OF THE OPRA DATA SUPPLIED TO YOU HEREUNDER AND NEITHER VENDOR, OPRA, OPRA'S PROCESSOR NOR ANY OPRA PARTICIPANT SHALL BE LIABLE IN ANY WAY, TO YOU OR TO ANY OTHER PERSON, FOR ANY LOSS, DAMAGES, COST OR EXPENSE WHICH MAY ARISE FROM ANY FAILURE OF PERFORMANCE BY VENDOR, OPRA, OPRA'S PROCESSOR OR ANY OPRA PARTICIPANT, OR FROM ANY DELAYS, INACCURACIES, ERRORS IN OR OMISSIONS OF, ANY OF THE OPRA DATA OR IN THE TRANSMISSION OR DELIVERY THEREOF, WHETHER OR NOT DUE TO ANY NEGLIGENT ACT OR OMISSION ON THE PART OF VENDOR, OPRA, OPRA'S PROCESSOR OR ANY OPRA PARTICIPANT. IN NO EVENT SHALL VENDOR, OPRA, OPRA'S PROCESSOR OR ANY PARTICIPANT BE LIABLE FOR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO LOST PROFITS, TRADING LOSSES, OR DAMAGES RESULTING FROM INCONVENIENCE OR LOSS OF USE OF THE SERVICE. 5. The terms of this Agreement may be modified at any time upon notice to you. If you do not assent to this Agreement as modified at or prior to the time you next attempt to access the Service, this Agreement shall automatically be

APP00340

terminate this Agreement upon 30 days notice to you upon the occurrence of a material breach of this Agreement that you have not cured or as a result of any modification. 6. Your receipt of the OPRA Data hereunder may be terminated at any time by you or by Vendor upon 30 days notice from the terminating party to the other party, and may be terminated immediately upon a determination by Vendor or OPRA that you are not in compliance with this Agreement. 7. Nothing herein shall be deemed to prevent or restrict OPRA, OPRA's Processor or any OPRA Participant from discontinuing to furnish OPRA Data for dissemination or from making such changes in the speed of transmission, the characteristics of the electrical signals representing the OPRA Data or the manner of disseminating the same, as OPRA shall from time to time determine to be appropriate, with or without notice to you. You shall not hold OPRA, OPRA's Processor, or any OPRA Participant liable for any resulting liability, loss or damage that may arise therefrom. 8. You agree to notify Vendor promptly of any changes in the information provided herein and to furnish Vendor any additional information requested by it in connection with your receipt of the OPRA Data. 9. The parties acknowledge and agree that this Agreement is for the express benefit of OPRA, OPRA's Processor and each OPRA Participant. 10. The provisions of Sections 3, 4 and 9 will survive any termination of this Agreement and will remain in full force and effect. 11. All notices under this Agreement may be provided either in writing or electronically. All written notices to Vendor shall be sent to the Vendor's street address set forth above and all such notices to you shall be sent to the street address that you provide in paragraph 1. All electronic notices to Vendor shall be sent to Vendor's email address set forth above and all such notices to you shall be provided to you where you access the OPRA Data electronically.

IF YOU AGREE TO THE TERMS AND CONDITIONS SET FORTH ABOVE, PLEASE TYPE IN YOUR NAME AND ADDRESS IN THE SPACES PROVIDED ABOVE AND CLICK ON THE "I AGREE" BUTTON BELOW. By clicking on the "I AGREE" button below and typing in your name as indicated above, you agree that:

i) you have read and you understand all of the terms and conditions set forth above; and

ii) you intend to form a legally binding and valid contract under which you will be bound by all of the terms and conditions set forth above. "I AGREE"

ADDENDUM FOR NONPROFESSIONALS

(To be completed by Nonprofessional Subscribers only) The purpose of this Addendum is to determine whether you are a "Nonprofessional" for OPRA's purposes. OPRA defines a "Nonprofessional" as a legal person for whom the statements set out in Section 1 of this Addendum are true. 1. You represent and agree that the following statements are and will continue to be true for so long as you receive OPRA Data as a Nonprofessional: (a) You are either a "natural person" (an individual human being) or a "qualifying trust."* You are not a corporation, partnership, limited liability company, or other form of entity (including any form of trust that does not qualify as a qualifying trust). If you agree, click on "I AGREE": "I AGREE" (b) If you are a natural person, you shall use the OPRA Data solely in connection with your personal investment activities and the personal investment activities of your immediate family members** and qualifying trusts of which you are the trustee or custodian. If you are a qualifying trust, you shall use the OPRA Data solely in connection with your personal investment activities. In any case, you shall not use the OPRA Data in connection with any trade, business, professional or other commercial activities. If you agree, click on "I AGREE": "I AGREE" (c) You are not a "Professional." For a natural person who works in the United States, a "Professional" is a natural person who is: (i) registered or qualified with the Securities and Exchange Commission, the Commodities Futures Trading Commission, any state securities agency, any securities exchange/association, or any commodities/futures contract market/association, (ii) engaged as an "investment adviser," as that term is defined in the Investment Advisers Act of 1940 (whether or not registered or qualified under that Act); or (iii) employed by a bank or other organization exempt from registration under Federal and/or state securities laws to perform functions that would require you to be so registered or qualified if you were to perform such functions for an organization not so exempt. For a natural person who works outside of the United States, a "Professional" is a natural person who performs the same functions as someone who would be considered a "Professional" in the United States. If you agree that you are not a "Professional", click on "I AGREE": "I AGREE" 2. You agree to notify Vendor promptly if your circumstances change such that any of the statements in Section 1 of this Addendum would no longer be true for you. "I AGREE" *The term "qualifying trust" means (a) any irrevocable or revocable trust (1) which has only one trustee, who is a natural person and is not receiving any compensation for acting as trustee and (2) of which the only current beneficiaries are any one or more of the trustee and the immediate family members of the trustee, and (b) any custodial account established under a Uniform Transfers to Minors Act or similar state statute (1) which has only one custodian, who is a natural person and is not receiving any compensation for acting as custodian, and (2) of which the beneficiary is a lineal descendant (a child, grandchild, etc.) of the custodian. A "current beneficiary" is a beneficiary to whom the current income or principal of the trust may or must then be distributed, ignoring the possible exercise of any then unexercised power of appointment. The term "immediate family members" is defined in

APP 0341

the "Family Group" provision(s) of the subscription. The "Family Group" of a particular natural person, the spouse of that person, that person's lineal ancestors (that is, parents, grandparents, etc.) and lineal descendants (that is, children, grandchildren, etc.), and the spouses (including surviving spouses) of that person's lineal ancestors and lineal descendants. The term includes step and adoptive relationships. 12/2014

Last Updated: Mar 12th, 2020

## Portfolio Insider

### The Power Of An Investment Bank In Your Pocket

Democratizing the world's most valuable financial data.

"The stock market is a mechanism for transferring wealth from the impatient to the patient." - Warren Buffett

## Company

About

Contact

Media

Privacy Policy

Disclaimer

Terms of Service

Safe Sender

Special Reports

## Customer Service

support@portfolioinsider.com

(323) 483-4014



For best experience use laptop or desktop.

# EXHIBIT M

APP00343

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
# OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1.     The name of the limited liability company is_____
Portfolio Insider, LLC _____ .

2.     The Registered Office of the limited liability company in the State of Delaware is located at 221 N. Broad Street, Suite 3A _____ (street), in the City of Middletown _____ , Zip Code   19709 _____ . The name of the Registered Agent at such address upon whom process against this limited liability company may be served  is United States Corporation Agents, Inc. _____
_____ .

By: /s/ Cheyenne Moseley _____
                      Authorized Person

Name: Cheyenne Moseley, Assistant Secretary, Legalzoom.com, Inc, Organizer _____
                      Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered  07:57 AM 10/27/2020
FILED  07:57 AM 10/27/2020
SR 20208048362  - File Number  3990823



**APP00344**

# EXHIBIT N

APP00345

1

```
1          IN THE UNITED STATES DISTRICT COURT FOR THE

2                  NORTHERN DISTRICT OF TEXAS
                        DALLAS DIVISION
3
   COMMODITY FUTURES TRADING      )
4  COMMISSION, et al.,            )
                                  )
5                Plaintiff,       )
   vs.                            )Case No. 3:20-CV-2910-L
6                                 )
   LUCAS THOMAS ERB also known    )
7  as LUCAS ASHER also known as   )
   LUKE ASHER,                    )
8  TMTE, Inc.,et al.,             )
                                  )
9                Defendants.      )
          -------------------------------------------
10
           REPORTER'S TRANSCRIPT OF PROCEEDINGS
11
              HAD ON FRIDAY, DECEMBER 4, 2020
12            CONTEMPT HEARING FOR LUCAS ASHER

13   BEFORE THE HONORABLE SAM A. LINDSAY, JUDGE PRESIDING

14           A  P  P  E  A  R  A  N  C  E  S

15 MR. JONMARC PHILLIP BUFFA (By Video Teleconference)
   MR. RICHARD P. FOELBER
16 Commodity Futures Trading Commission
   1155 21st Street, NW
17 Washington, DC 20581
   (202)418-5332
18 jbuffa@cftc.gov, rfoelber@cftc.gov

19 COUNSEL FOR THE COMMODITY FUTURES TRADING COMMISSION

20 MR. PETER C. LEWIS
   MR. JAMES STAFFORD
21 MR. WALKER YOUNG
   Scheef & Stone, LLP
22 500 N. Akard, Suite 2700
   Dallas, TX 75201
23 (214)706-4241
   peter.lewis@solidcounsel.com,
24 james.stafford@solidcounsel.com,
   walker.young@solidcounsel.com
25
   COUNSEL FOR THE RECEIVER
```



Char... CSR, RPR
1100 Commer... llas, Texas 75242
(... phone
Charyse_Crawford@txn... charysecrawford@gmail.com

EXHIBIT

N

APP00346

1  determined that; is that what your testimony is?

2  A.   Yes, I was in between counsel.

3  Q.   Did you -- excuse me -- Your Honor.  Have you asked

4  any other people to open bank accounts or businesses for

5  you since the entry of the statutory restraining order?

6  A.   No, I am not aware of any such bank account.

7  Q.   Have you asked anybody since the statutory

8  restraining order was entered to open any businesses or

9  start any businesses for you?

10  A.   No, I don't control or own any businesses after the

11  statutory restraining order.

12  Q.   The question is a little different.  Have you asked

13  anybody to start or open any businesses for you since

14  September 22, 2020?

15  A.   I have not asked anyone to open any businesses for me

16  after the date you mentioned.

17  Q.   And have you asked anybody to open any bank accounts

18  for you since September 22, 2020?

19  A.   I have not asked anyone to open any bank accounts for

20  me.

21  Q.   You testified about some checks that were deposited

22  into the USA bank account earlier; do you recall that

23  testimony?

24  A.   Which entity are you talking about?  There are a lot

25  of entities called USA.

# EXHIBIT O

APP00348

Page 293

1                 IN THE UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF TEXAS

3                        DALLAS DIVISION

4      COMMODITY FUTURES TRADING            )

5      COMMISSION, et al.,                  ) Case No.

6              Plaintiffs,                  ) 3-20CV2910-L

7                  vs.                      )

8      TMTE, INC., et al,                   )

9              Defendants.                  )

10     TOWER EQUITY, LLC,                   )

11             Relief Defendant.            )

12     _____     )

13

14

15        CONTINUED VIDEO DEPOSITION OF LUCAS THOMAS ERB a/k/a

16                 LUCAS ASHER, a/k/a LUKE ASHER

17                      January 29, 2021

18                 VOLUME II, (Pages 293-473)

19

20

21     REPORTED REMOTELY BY:

22

23     COLLEEN P. DOHERTY, CSR 345

24

25     Notary Public

Lucas Erb                                              January 29, 2021

Page 333

1    understand your question.

2           Q.   Okay.   Looking at paragraph 38, have you

3    complied with paragraph 38 of the consent order that's

4    before you, since entry of the consent order in October

5    of 2020?

6           A.   I believe that I have.

7           Q.   So is it true that you have not engaged in any

8    activity related to securities, commodities, or

9    derivatives, including but not limited to soliciting,

10   receiving, or accepting any funds from any person or

11   entity for the purpose of purchasing, selling, or

12   otherwise investing in precious metals, securities,

13   commodities, derivatives, virtual currency, binary

14   options, or foreign currency or received any income,

15   salary, wages, commissions, dividends, draws, or other

16   forms of compensation --

17          THE REPORTER:   Mr. Crawford, you're muted.   I

18   didn't get to the part where you said commissions,

19   dividends, or other forms of compensation, and then you

20   muted.

21          MR. CRAWFORD:   Okay.   I'll just restate it

22   then.

23          Q.   (BY MR. CRAWFORD)   So, Mr. Asher, is it true

24   that since entry of this consent order in October of

25   2020, you have not engaged in any activity related to

Lucas Erb                                        January 29, 2021

Page 334

1    securities, commodities, or derivatives; is that true?

2         A.   I am not engaged in these activities.

3         Q.   And is it true that since entry of this

4    consent order in September of 2020, you have not engaged

5    in soliciting, receiving, or accepting any funds from

6    any person or entity for the purpose of purchasing,

7    selling, or otherwise investing in precious metals,

8    securities, commodities, derivatives, virtual currency,

9    binary options, or foreign currency; is that correct?

10        A.   That is correct.

11        Q.   And is it true that since entry of this

12   consent order in September of 2020, you have not

13   received any income, salary, wages, commissions,

14   dividends, draws, or other forms of compensation, or

15   passive income from any person or entity engaged in the

16   activities that I mentioned previously?

17        A.   I have not.

18        Q.   Let me show you paragraph 37, or paragraph 36.

19   Let's go to paragraph 36, if you see that.  It says,

20   "Defendants Asher and Batashvili wish to seek gainful

21   employment to cover their reasonable and necessary

22   living expenses."  Do you still wish to seek gainful

23   employment to cover your reasonable and necessary living

24   expenses?

25        A.   Over the course of my life, that would be

1    nice.

2        Q.   And what have you done since entry of the

3    consent order on October 14th of 2020 to seek gainful

4    employment to cover your reasonable and necessary living

5    expenses?

6        A.   Could you please define "what have you done"?

7        Q.   What action have you taken to try to seek

8    gainful employment?

9        A.   We're in a pandemic right now.  And I haven't

10   moved forward with that due to the pandemic situation.

11       Q.   Have you made any attempts to gain employment

12   where you can work remotely?

13       A.   I have not yet.

14       Q.   And why is that?

15       A.   In all frankness, my life was disrupted.  I

16   spent well over a decade investing as a venture

17   capitalist.  And I've been thinking a lot about what I

18   wanted to do next with my life, and I don't have clarity

19   yet on the direction I want to go.

20       Q.   Paragraph 37 defines new income, as

21   prospective earnings, bonuses, and/or other

22   after-acquired income, salary, wages, commissions,

23   dividends, draws, or other forms of compensation or

24   passive income from any new found employment or

25   activity.  That's the definition of new income.

Page 336

1       .      Is it your testimony here today under oath,

2    that you have not received any new income as defined in

3    this order, since entry of the order in October of 2020?

4           A.   I have not received any new income.

5           Q.   And then on paragraph 39, it indicates that

6    within two days of securing any new income, you are to

7    provide the name and address of the employer, person, or

8    entity, and the contact person to the plaintiffs and the

9    receiver.

10          And just for the record, you have not provided

11   any such information, because it's your testimony you

12   have not received any new income; correct?

13          A.   You know, it is my testimony, I haven't

14   received any new income.



15

16

17

18

19

20

21

22

23

24

25

Page 383

8      Q.  And what is this Portfolio Insider?  Do you

9  know what that -- do you know what Portfolio Insider is?

10     A.  From what I understand, it's a website, like

11 Business Insider or Market Insider.

12     Q.  Okay.  And who owns or operates Portfolio

13 Insider?

14     A.  I don't know.

15     Q.  How did you come to know that it's a financial

16 website?

17     A.  From the name.

18     Q.  Just from the name.  Have you ever been to

19 that website?

20     A.  Yeah, I've heard of it.

21     Q.  Okay.  And who did you hear about it from?

22     A.  Some developers.

23     Q.  Have you ever provided any consulting services

24 or any work for Portfolio Insider?

25     A.  So not -- I never received any payment for any

Page 384

```
 1    services, but I did talk to them about some computer

 2    code.  And I guess you could say, I volunteered

 3    technical advice on programming languages.

 4         Q.  When did you do this?

 5         A.  Around the time you are showing me these

 6    documents.

 7         Q.  Today, or you mean in November?

 8         A.  Yeah.

 9         Q.  Okay.  And when you say you provided them this

10    computer code assistants.  Who were you providing that

11    to?

12         A.  Andrew Yates, it's like the community of

13    computer programmers that I know from online.

14         Q.  Do you know any other person associated with

15    Portfolio Insider?

16         A.  Yes, I do.

17         Q.  Okay.  Who?

18         A.  I've -- I believe Carlos is associated with it

19    in some capacity.

20         Q.  Carlos Cruz?

21         A.  Yes.

22         Q.  Okay.  Anybody else?

23         A.  I believe Christian Hogan is associated with

24    it in some capacity.

25         Q.  Anybody else?
```

Lucas Erb                                                January 29, 2021

Page 386

1        Q.   What's Michelle's last name?

2        A.   I don't know.  I just spoke with her online.

3        Q.   What's Emma's last name?

4        A.   I don't know either.  I just know them from a

5   chat room online.

6        Q.   Anybody else you can recall?

7        A.   Yeah, Gus.

8        Q.   Gus' last name?

9        A.   I'm sorry.  I don't know his last name.  He

10   only has one name on the chat I'm on.  Then I spoke with

11   Brandis.

12        Q.   Anybody else?

13        A.   Not that I recall at this time.

14        Q.   Do you know any of the persons who worked at

15   any of the defendants in this case have done any work

16   for Portfolio Insider?

17        A.   I don't recall.  I guess I'm a -- I haven't

18   done any work for them, because I was a volunteer as a

19   technical adviser in programming languages.  But I guess

20   I'm a defendant, and I had volunteered as a technical

21   adviser.

22        Q.   And you said Simon has worked with Portfolio

23   Insider?

24        A.   I don't -- I don't -- I don't recall if he's

25   working for them.  I don't think he is.

# EXHIBIT P

APP00357

1              IN THE UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF TEXAS

3

4                                      )
     COMMODITY FUTURES TRADING          )
5    COMMISSION et al.,                 )
                                        )
6             Plaintiff,                ) Case No.:
                                        ) 3:20-CV-2910-L
7        vs.                            )
                                        )
8    TMTE, INC. A/k/a METALS.COM,       )
     CHASE METALS, INC., CHASE          )
9    METALS, LLC, BARRICK               )
     CAPITAL, INC., LUCAS THOMAS        )
10   ERB a/k/a LUCAS ASHER a/k/a        )
     LUKE ASHER, and SIMON             )
11   BATASHVILI                         )
                                        )
12            Defendants.               )
                                        )
13       and                            )
                                        )
14   Tower Equity, LLC,                 )
                                        )
15   Relief Defendant                   )
                                        )
16

17

18    REMOTE VIDEO-RECORDED DEPOSITION OF SIMON BATASHVILI

19                 Wednesday, November 4, 2020

20                        VOLUME I

21

22   Stenographically Reported by:
     Mechelle S. Gonzalez
23   CSR No. 13250



APP00358

7        Q.   Simon, do you understand that under the

8   court's order, it's your obligation to turn your

9   assets over to me?  It's not -- it's not my job to

10  go try to find them and then ask you to turn them

11  over before you turn them over.

12        Do you understand?

13        A.   I -- I -- I understand that, Mr. Crawford,

14  and I'm here to help.

15        Q.   Well, what steps have you taken to turn

16  over any assets to me?

17        A.   It would -- it would be -- it would be

18  helpful to have access to information so I can

19  assist you.

20        Q.   Well, we're here today.  So, hopefully, you

21  can assist me today, correct?

22        MR. SPENCER:  I'm sorry.  What's the

23  question?

24        MR. CRAWFORD:  My -- the question is, is

25  whether or not he's willing to assist today in his

                                            65

1   deposition to help us find assets to be turned over.

2        THE WITNESS:  And I answered that.  I said

3   of course.

APP00359

1       Q.  What's your understanding of what it does?

2       A.  I don't know.  I have no -- I don't know

3  what it did.

4       Q.  And have you ever had an ownership --

5  membership interest in that LLC?

6       A.  I shouldn't have, no.

7       Q.  Next one is Texas Administrators, Inc.

8          Have you ever heard of that?

9       A.  Yes.  Sounds familiar.

10       Q.  And what did it do?

11       A.  I do not know.

12       Q.  Have you ever been an officer, director or

13  shareholder of that?

14       A.  I -- I don't believe so.

15       Q.  As you sit here today, are you aware of any

16  other entities in which you have an ownership

17  interest that we have not discussed?

18       A.  Not that I can recollect at this time.

19          MR. CRAWFORD:  Let's pull up exhibit --

20  what was marked as D as in "door."

21          THE VIDEOGRAPHER:  Say that again.

22          MR. CRAWFORD:  Can you bring up Exhibit D

23  as in "door"?

24          THE VIDEOGRAPHER:  Okay.

17  operation of the defendants with TriNet?  Isn't that

18  correct?

19       A.  I'm sorry.  Can you -- I didn't

20  understand -- or, actually, I didn't hear your

21  question.

22       Q.  Isn't it true that Revo is the entity that

23  funds the payroll for the employees of the

24  defendants operating out of 8383 Wilshire with

25  TriNet?

                                              95

1            MR. SPENCER:  I don't understand the

2  question.  With TriNet?

3            MR. CRAWFORD:  TriNet is the payroll

4  service.  I'm sorry.  I think Simon knows that.

5            BY MR. CRAWFORD:

6       Q.  But isn't it true that Revo sends money

7  that it has to TriNet to pay the employees of the

8  defendants who work out of Suite 700, 8383 Wilshire?

9       A.  I believe so.  Yes.  Sounds right.

10      Q.  Do you own any interest in any other

11  software or app besides Revo LLC?

12      A.  Do I own any interest in any software.

13  There was one called -- there's a startup that we

14  started, but it's called Retirement Insider.

15      Q.  When you say "we started," is that you and

16  Lucas?

17      A.  I actually -- I -- it was -- it was

18  something that was on our -- on our funding

19  platform, but I don't -- I don't ever remember

20  owning any interest in Retirement Insider.

21      Q.  What was Retirement Insider's product that

22  it was developing?

23      A.  It was a -- it was a software product.

24      Q.  And that was being developed in the

25  adjacent suite on the seventh floor of 8383

                                                    96

1  Wilshire, correct?

2      A.  Yes, I believe so.

3      Q.  Do you own or have any interest in any

4  other software or application other than what we

5  talked about?

6      A.  That not -- not that I'm aware of.

7      Q.  Are you in possession of any cash?

8      A.  No.

9      Q.  Do you have a wallet with you?

10      A.  I do not have one with me.

8   term.

9       Q.   Any other insurance policies besides

10  Northwestern?

11      A.   My wife might have made one for me, but I'm

12  not sure.  Possibly a AAA one, but I'm not sure.

13  And that would be the same.

14      Q.   Term policy?

15      A.   At AAA, I believe.  Term policy, I believe,

16  yes.  Yes, sir.

17      Q.   What financial institutions have you been a

18  signatory with since September of 2017?

19      A.   I believe Bank of America, Wells Fargo,

20  OneWest, Signature Bank.  Let me think a little.

21  What else?  I think Morgan Stanley.

22      Q.   Did you ever have signatory on any account

23  at Chase Bank, JPMorgan Chase?

24      A.   I might have.  I might have, but that was

25  -- I think that was many years ago.  We I'm sure had

                                                        98

1   banks, yeah.

2       Q.   Have you ever been a signatory on an

3   account at Opus Bank?

4       A.   You know what, I can't recall a Chase, to

APP00363

5   be honest with you.

6       Q.  Okay.

7       A.  I -- maybe, like, years ago, maybe ten

8   years ago or eight years ago.  Not since 2017 that I

9   can remember.  Opus, no, definitely not at Opus

10  Bank.

11      Q.  What was the account at Signature Bank used

12  for?

13      A.  I can't remember what accounts are there.

14      Q.  Was there an account in the name of Tower

15  Equity?

16      A.  I believe so.

17      Q.  Have you made any withdrawals from that

18  account since September 24th of 2020?

19      A.  Not that I can recall.

20      Q.  Do you know of any other person who's a

21  signatory on that account besides yourself?

22      A.  I don't think so.

23      Q.  Other than -- other than Bank of America,

24  Wells Fargo, Signature Bank, OneWest, Morgan

25  Stanley, are you aware of any other financial

99

1   institutions in which you have been a signatory

APP00364

2   since September 2017?

3       A.  I'm sure there are.  I just got to think of

4   it.  Morgan Stanley.

5           THE VIDEOGRAPHER:  Mr. Crawford, are you

6   done with this exhibit?

7           MR. CRAWFORD:  Yes, I am.  Yes.

8           THE WITNESS:  There would be -- I -- yeah,

9   I'm sure.

10          BY MR. CRAWFORD:

11      Q.  Simon, I would ask that you provide me with

12  a list of all financial institutions that you've

13  been a signatory on --

14      A.  That's what -- that's what I'm trying to

15  do, sir.  I'm trying to give you --

16      Q.  But you can't think of any now, what I'm --

17  what I'm asking is that you provide that to me in

18  the next few days.

19          Is that agreeable?

20      A.  A hundred percent -- a hundred percent,

21  Mr. Crawford.  I will -- like, my -- like, my --

22  yeah --

23      Q.  Have you ever done any business in the last

24  three years with Merrill Lynch?

25      A.  Merrill Lynch.  I think we have something

                                                    100