**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 p. 29/67

Account Ending 0-41003

| Detail Continued | | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 10/16/18 | VENMO<br>4430<br>PAY OVER TIME OPTION | | NEW YORK | NY | $103.00 ♦ |
| 10/16/18 | VENMO<br>4430<br>PAY OVER TIME OPTION | | NEW YORK | NY | $386.25 ♦ |
| 10/16/18 | eFAX.COM SERVICES<br>INTERNET SVC | | 800-958-2983 | CA | $16.95 |
| 10/16/18 | FEDEX INV 452109315 I452109315<br>1-800-622-1147<br>CASE MEDALS CA<br>DIRECT BILLING TRANSACTION<br>FEDEX INV# 9315<br>FedEx #1-800-622-1147<br>PAY OVER TIME OPTION | | MEMPHIS | TN | $781.46 ♦ |
| 10/16/18 | CALL TRACKING METRICS 0426<br>800-577-1872 | | SEVERNA PARK | MD | $10,000.02 |

**LUCAS ASHER**
Card Ending 0-49022

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/13/18 | HotelTonight.com<br>TRANSPORTATION SERVICES<br>PAY OVER TIME OPTION | | SAN FRANCISCO | CA | $216.00 ♦ |
| 09/13/18 | HotelTonight.com<br>TRANSPORTATION SERVICES<br>PAY OVER TIME OPTION | | SAN FRANCISCO | CA | $216.00 ♦ |
| 09/14/18 | NYLO HOTEL<br>Arrival Date  Departure Date<br>09/13/18    09/14/18<br>00000000 | | NEW YORK | NY | $35.57 |
| 09/14/18 | NYLO HOTEL<br>Arrival Date  Departure Date<br>09/13/18    09/14/18<br>00000000 | | NEW YORK | NY | $35.57 |
| 09/14/18 | CVS/PHARMACY # 4014<br>8007467287<br>PHARMACIES | | NEW YORK | NY | $26.20 |
| 09/14/18 | GOOGLE 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/14/18 | GOOGLE 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/14/18 | SQUARESPACE INC.<br>3456 | | NEW YORK | NY | $16.00 |
| 09/14/18 | FACEBK AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/14/18 | GOOGLE 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $1,000.00 ♦ |
| 09/14/18 | LYFT *RIDE FRI 7AM<br>0278 | | SAN FRANCISCO | CA | $6.12 |

FAINCHE J MACCARTHY
**DUPLICATE COPY**
Account Ending 0-41003

| **Detail Continued** | | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/14/18 | SHUTTERSTOCK.COM<br>STOCK PHOTO | 866-663-3954 | NY | | $99.00 |
| 09/14/18 | FACEBK ▮▮▮▮EHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/14/18 | SQUARESPACE INC.<br>▮456 | NEW YORK | NY | | $16.00 |
| 09/14/18 | SQUARESPACE INC.<br>▮456 | NEW YORK | NY | | $5.00 |
| 09/14/18 | GOOGLE ▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/14/18 | BlueSnap<br>BLS*VENTURE I SA<br>PAY OVER TIME OPTION | London | GB | | $145.36 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK *▮▮▮▮5HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮5JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | OLARK.COM<br>+18889594408<br>PAY OVER TIME OPTION | ANN ARBOR | MI | | $136.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | GOOGLE ▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮WHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | GOOGLE ▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/15/18 | GOOGLE ▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/15/18 | FACEBK ▮▮▮▮6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |

AMEX002943
Continued on next page

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**OPEN**

p. 31/67

Account Ending 0-41003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 09/15/18 | FACEBK ████ AJH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK ████ NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | CECCONI'S RESTAURANT<br>RESTAURANT<br>PAY OVER TIME OPTION | LONDON | GB | 91.13<br>Pounds Sterling | $119.80 ♦ |
| 09/16/18 | FACEBK ████ AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK ████ NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK ████ HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK ████ BHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | SQUARESPACE INC.<br>█456<br>PAY OVER TIME OPTION | NEW YORK | NY | | $144.00 ♦ |
| 09/16/18 | TESCO STORE 5342 5342TESCO STORE<br>GROCERY STORE | WELWYN GARDEN CITY | GB | 24.90<br>Pounds Sterling | $32.73 |
| 09/16/18 | FACEBK ████ 2A22<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $750.00 ♦ |
| 09/16/18 | FACEBK ████ NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK ████ 6JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK ████ BHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK ████ WHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | COPPA CLUB<br>RESTAURANT<br>DATACASH | LONDON | GB | 61.37<br>Pounds Sterling | $80.68 |
| 09/16/18 | GOOGLE ████ 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/16/18 | GOOGLE ████ 6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/16/18 | HARRODS LIMITED<br>DEPARTMENT STORE | LONDON | GB | 18.70<br>Pounds Sterling | $24.58 |
| 09/16/18 | SUSHI MURASAKI<br>RESTAURANT | LONDON | GB | 139.50<br>Pounds Sterling | $183.39 |

AMEX002944

Continued on reverse

**203**

| | Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/16/18 | FACEBK WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/16/18 | GOOGLE 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/16/18 | FACEBK AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | THE LONDON EYE ONLINE, DORSET THE LONDON EYE ONLINE PAY OVER TIME OPTION | DORSET | DO | 92.00 Pounds Sterling | $120.94 ♦ |
| 09/17/18 | FACEBK JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | FACEBK 2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | FACEBK 5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | GOOGLE 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | PRET A MANGER RESTAURANT | LONDON | GB | 4.04 Pounds Sterling | $5.31 |
| 09/17/18 | FACEBK NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK 5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/17/18 | FACEBK WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | GOOGLE 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | GOOGLE* 6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | | $500.00 |
| 09/17/18 | UPWORK*- BREF BUSINESS SERVICE | DUBLIN | | | $222.63 |
| 09/17/18 | CALL LOOP WWW.CALLLOOP | DEL RAY BEACH | FL | | $10,200.00 |
| 09/17/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | HEDONISM DRINKS LIQUOR STORE | LONDON | GB | 120.60 Pounds Sterling | $158.54 |
| 09/17/18 | FACEBK WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | FACEBK EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/17/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | GOOGLE 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | FACEBK AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |

AMEX002945

Continued on next page

204

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 p. 33/67

Account Ending 0-41003

| Detail Continued | | | | | ◆ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/17/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | LE PAIN QUOTIDIEN RESTAURANT | LONDON | GB | 29.03 Pounds Sterling | $38.16 |
| 09/17/18 | MAZE RESTAURANT | LONDON | GB | 36.00 Pounds Sterling | $47.33 |
| 09/17/18 | HAKKASAN MAYFAIR RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 161.94 Pounds Sterling | $214.04 ◆ |
| 09/18/18 | FACEBK * 5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK * AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK* EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK * 5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK * 2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK * WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK * 5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK * 5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | TESCO STORE 5342 5342TESCO STORE GROCERY STORE | WELWYN GARDEN CITY | GB | 10.46 Pounds Sterling | $13.77 |
| 09/18/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | GOOGLE* 6656 GOOGLE INC ADVERTISING SERVICE PAY OVER TIME OPTION | CC GOOGLE.COM | | | $500.00 ◆ |
| 09/18/18 | ADOBE *PS CREATIVE CLD Adobe Systems 800-833-6687 | SAN JOSE | CA | | $50.98 |
| 09/18/18 | GOOGLE * 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ◆ |
| 09/18/18 | R'SON BLU EDWARDIAN BLOOMSBURY ST F&B LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 166.22 Pounds Sterling | $218.99 ◆ |
| 09/18/18 | LONDON MARRIOTT -GROSVENOR SQUARE LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 308.41 Pounds Sterling | $406.33 ◆ |
| 09/18/18 | GOOGLE * 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ◆ |

| Detail Continued | | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/18/18 | FACEBK ▮ 2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/18/18 | FACEBK *▮ WHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/18/18 | GOOGLE *▮ 5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/18/18 | GRANGE HOLBORN HOTEL LODGING PAY OVER TIME OPTION | LONDON | GB | 87.62 Pounds Sterling | $115.31 ♦ |
| 09/19/18 | FACEBK *▮ AJH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK *▮ EHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK *▮ 5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK *▮ NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE *▮ 5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/19/18 | FACEBK *▮ AHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | UBER TRIP U4UVK HELP.UBER.COM | HELP.UBER.COM | GB | 24.58 Pounds Sterling | $32.38 |
| 09/19/18 | UBER TRIP D3YBC HELP.UBER.COM | HELP.UBER.COM | GB | 17.94 Pounds Sterling | $23.64 |
| 09/19/18 | FACEBK ▮ 5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ▮ 2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK *▮ 5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE *▮ 5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/19/18 | FACEBK ▮ HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE *▮ 5656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/19/18 | FRESCOBALDI RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 117.00 Pounds Sterling | $154.15 ♦ |

AMEX002947

Continued on next page

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 p. 35/67

Account Ending 0-41003

| Detail Continued | | | | | ✦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/19/18 | FACEBK * 2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/19/18 | TWILIO, INC. DIRECT MKTG INTERNET | SAN FRANCISCO | | | $3,000.00 |
| 09/20/18 | FACEBK * AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/20/18 | SQC*EDUARDO ALVARADO squ.re/cashqs | San Francisco | CA | | $412.00 |
| 09/20/18 | FACEBK * 5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK * 5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $14.22 |
| 09/20/18 | FACEBK * NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | LYFT *RIDE THU 1PM (NONE) 94104 RIDEREQUEST | SAN FRANCISCO | CA | | $79.67 |
| 09/20/18 | FACEBK * AJH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE * 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ✦ |
| 09/20/18 | FACEBK * AJH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK * NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK * EA22 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $750.00 |
| 09/20/18 | FACEBK * 5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE * 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $1,000.00 |
| 09/20/18 | UBER TRIP C7C37 HELP.UBER.COM PAY OVER TIME OPTION | HELP.UBER.COM | GB | 94.30 Pounds Sterling | $124.64 ✦ |
| 09/20/18 | UBER TRIP D6TLE HELP.UBER.COM | HELP.UBER.COM | GB | 19.12 Pounds Sterling | $25.27 |
| 09/20/18 | SOUTH LAMBETH FOOD & WINE MISC FOOD STORE | LONDON | GB | 7.16 Pounds Sterling | $9.43 |
| 09/20/18 | LYFT *RIDE THU 3PM (NONE) 94104 RIDEREQUEST | SAN FRANCISCO | CA | | $22.98 |
| 09/20/18 | SQUARESPACE INC. B456 | NEW YORK | NY | | $16.00 |
| 09/20/18 | FACEBK * HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ✦ |

AMEX002948

Continued on reverse

| **Detail Continued** | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 09/20/18 | FACEBK* 6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/20/18 | DOORDASH*THE URBAN FRE<br>6506819470 | SAN FRANCISCO | CA | $29.84 |
| 09/20/18 | FUNNELU.COM<br>+12083239451 | EAGLE | ID | $67.00 |
| 09/20/18 | LYFT *RIDE THU 1PM<br>(NONE) 94104<br>LEDGER | SAN FRANCISCO | CA | $16.21 |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG | NEW YORK | | $1,675.35 |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG<br>PAY OVER TIME OPTION | NEW YORK | | $186.15 ♦ |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG<br>PAY OVER TIME OPTION | NEW YORK | | $186.15 ♦ |
| 09/21/18 | GOOGLE * 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | FACEBK * HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | GOOGLE * 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | FACEBK * 2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | FACEBK 6JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | DOORDASH*SAMMYS THAI<br>6506819470 | SAN FRANCISCO | CA | $34.70 |
| 09/21/18 | FACEBK * NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | GOOGLE * 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | HOTEL BEL AIR<br>2011885 90077<br>Pellegrino<br>Don Julio "1942"<br>Chocolate Cake<br>PAY OVER TIME OPTION | LOS ANGELES | CA | $335.51 ♦ |
| 09/21/18 | FACEBK * JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | GOOGLE * 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | FACEBK * 6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |

AMEX002949

Continued on next page

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 **OPEN**℠

p. 37/67

Account Ending 0-41003

| **Detail Continued** | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 09/21/18 | GOOGLE *■ 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | GOOGLE *■ 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | ALFRED COFFEE MELROSE PLACE squareup.com/receipts | Los Angeles | CA | $20.76 |
| 09/21/18 | GOOGLE *■ 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | AMZN MKTP US*■ 7T52 BOOK STORES PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $139.88 ♦ |
| 09/21/18 | 8383 WILSHIRE BLVD AMWV285401 AMWV 8501 | BEVERLY HILLS | CA | $27.00 |
| 09/21/18 | SAKS FIFTH AVENUE DEPARTMENT STORE | BEVERLY HILLS | CA | $7,290.48 |
| 09/21/18 | CALL LOOP WWW.CALLLOOP | DEL RAY BEACH | FL | $10,200.00 |
| 09/21/18 | FREDS AT BARNEYS NY BH RESTAURANT | BEVERLY HILLS | CA | $77.90 |
| 09/21/18 | DIOR BH HOMME WOMEN'S CLOTHING | BEVERLY HILLS | CA | $3,066.00 |
| 09/21/18 | FACEBK *■ WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | DOORDASH*BOA 6506819470 | SAN FRANCISCO | CA | $78.05 |
| 09/21/18 | FACEBK *■ 6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | FACEBK *■ AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | FACEBK *■ NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $2,000.00 |
| 09/21/18 | GOOGLE *■ 6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/21/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $1,482.16 |
| 09/21/18 | GOOGLE *■ 6656 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 09/21/18 | AMZN MKTP US*■ 0TO2 BOOK STORES | AMZN.COM/BILL | WA | $87.96 |
| 09/21/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $69.99 |
| 09/21/18 | GOOGLE*■ 6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | $500.00 |
| 09/21/18 | GOOGLE*■ 6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | $500.00 |
| 09/22/18 | SQ *ETHICAL CLEANING SERVICES GOODS/SERVICES PAY OVER TIME OPTION | VENICE | CA | $200.00 ♦ |

AMEX002950

Continued on reverse

**209**

# ATTACHMENT M

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18     Next Closing Date 11/15/18

 p. 1/67

Account Ending 0-41003

| New Balance | $74,186.23 |
|---|---|
| **Please Pay By** | **10/31/18‡** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

See page 2 for important information about your account.

**Effective immediately,** we are updating the Cardmember Agreement to include more detailed information about the Pay Over Time option. The Pay Over Time option is available to eligible Card members who are invited to enroll. These updates provide additional clarity, and do not change the way the Pay Over Time option works.

**See page 63   for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

**Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

Learn how to take advantage of your Pay Over Time feature on **page 62**

Please note, your preset line is $100,000.00. You have spent $74,186.23.

**Membership Rewards® Points**
Available and Pending as of 09/30/18
**4,984,581**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $8,270.87 |
| Payments/Credits | | -$373,977.25 |
| New Charges | | +$439,892.61 |
| Fees | | +$0.00 |
| New Balance | = | $74,186.23 |

| Pay Over Time Portion | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$491,063.20 |
| New Charges | | +$491,063.20 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $0.00 |
| Minimum Due | | $0.00 |

| Account Total | |
|---|---|
| **Previous Balance** | **$8,270.87** |
| Payments/Credits | -$865,040.45 |
| New Charges | +$930,955.81 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$74,186.23** |

Days in Billing Period: 32

**Customer Care**

**Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 0-41003

Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

Please Pay By
**10/31/18**

Amount Due
**$74,186.23**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349992444475428 007418623007418623 12 ꓧ

AMEX002914

**211**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

DUPLICATE COPY

OPEN.

p. 5/67

Account Ending 0-41003

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| FAINCHE J MACCARTHY 0-41003 | $5,640.78 | $53,670.02 | $59,310.80 |
| SIMON BATASHVILI 0-44015 | $95,132.44 | $118,717.47 | $213,849.91 |
| LUCAS ASHER 0-49022 | $335,135.75 | $313,428.16 | $648,563.91 |
| SAMARA MILLS 0-41052 | $3,983.64 | $5,247.55 | $9,231.19 |
| **Total New Charges** | **$439,892.61** | **$491,063.20** | **$930,955.81** |

### Detail

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**FAINCHE J MACCARTHY**
Card Ending 0-41003

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/14/18 | PAYPAL *KARALOVEPRO<br>402-935-7733<br>PAY OVER TIME OPTION | 4029357733 | CA | $350.00 ♦ |
| 09/14/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $12.59 |
| 09/14/18 | JENNYBECS ▇▇▇ 9473<br>DVDHEISTER@AOL.COM<br>PAY OVER TIME OPTION | LOS ANGELES | CA | $281.26 ♦ |
| 09/15/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL | WA | $24.74 |
| 09/15/18 | AMAZON.COM<br>MERCHANDISE<br>PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $238.38 ♦ |
| 09/17/18 | WAYFAIR*ALLMODERN<br>▇116<br>PAY OVER TIME OPTION | ALLMODERN.COM | MA | $908.41 ♦ |
| 09/17/18 | BRIGHT EVENT RENTALS BRIGHT EVENT RE<br>EQUIPMENT RENTAL | SONOMA | CA | $1,046.72 |
| 09/17/18 | BROOK FURNITURE RENT<br>FURNITURE RE | LAKE FOREST | IL | $193.16 |
| 09/17/18 | SM CITY PARKING METERS ▇ 51928<br>3104588295 | SANTA MONICA | CA | $0.50 |
| 09/17/18 | SM CITY PARKING METERS ▇ 51928<br>3104588295 | SANTA MONICA | CA | $0.75 |
| 09/18/18 | DOORDASH*SUSIECAKES<br>6506819470 | SAN FRANCISCO | CA | $145.81 |
| 09/18/18 | PRIME VIDEO<br>DIGITAL | 888-802-3080 | WA | $29.99 |
| 09/18/18 | PAYPAL *PBARN KIDS<br>402-935-7733 | 8009934923 | CA | $185.07 |
| 09/19/18 | THE DISNEY STORE #757 757<br>866-902-2798 | SANTA MONICA | CA | $114.43 |
| 09/19/18 | TRUE FOOD KITCHEN<br>395 SANTA MONICA PL #172 | SANTA MONICA | CA | $47.14 |
| 09/19/18 | NORDSTROM ▇ 0353<br>8002855800<br>DEPT. STORES | SANTA MONICA | CA | $86.71 |

AMEX002918

Continued on reverse

**212**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 **OPEN**.ₛₘ

p. 29/67

Account Ending 0-41003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 10/16/18 | VENMO<br>855-812-4430<br>PAY OVER TIME OPTION | NEW YORK | NY | $103.00 ♦ |
| 10/16/18 | VENMO<br>855-812-4430<br>PAY OVER TIME OPTION | NEW YORK | NY | $386.25 ♦ |
| 10/16/18 | eFAX.COM SERVICES<br>INTERNET SVC | 800-958-2983 | CA | $16.95 |
| 10/16/18 | FEDEX INV 452109315 I452109315<br>1-800-622-1147<br>CASE MEDALS CA<br>DIRECT BILLING TRANSACTION<br>FEDEX INV# 000452109315<br>FedEx #1-800-622-1147<br>PAY OVER TIME OPTION | MEMPHIS | TN | $781.46 ♦ |
| 10/16/18 | CALL TRACKING METRICS 0426<br>800-577-1872 | SEVERNA PARK | MD | $10,000.02 |

**LUCAS ASHER**
Card Ending 0-49022

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/13/18 | HotelTonight.com<br>TRANSPORTATION SERVICES<br>PAY OVER TIME OPTION | SAN FRANCISCO | CA | $216.00 ♦ |
| 09/13/18 | HotelTonight.com<br>TRANSPORTATION SERVICES<br>PAY OVER TIME OPTION | SAN FRANCISCO | CA | $216.00 ♦ |
| 09/14/18 | NYLO HOTEL<br>Arrival Date  Departure Date<br>09/13/18  09/14/18<br>00000000 | NEW YORK | NY | $35.57 |
| 09/14/18 | NYLO HOTEL<br>Arrival Date  Departure Date<br>09/13/18  09/14/18<br>00000000 | NEW YORK | NY | $35.57 |
| 09/14/18 | CVS/PHARMACY ▮▮▮▮1014<br>8007467287<br>PHARMACIES | NEW YORK | NY | $26.20 |
| 09/14/18 | GOOGLE ▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/14/18 | GOOGLE *▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/14/18 | SQUARESPACE INC.<br>6465803456 | NEW YORK | NY | $16.00 |
| 09/14/18 | FACEBK ▮▮▮▮AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/14/18 | GOOGLE ▮▮▮▮6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $1,000.00 ♦ |
| 09/14/18 | LYFT *RIDE FRI 7AM<br>8552800278 | SAN FRANCISCO | CA | $6.12 |

| Detail Continued | | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/14/18 | SHUTTERSTOCK.COM<br>STOCK PHOTO | 866-663-3954 | NY | | $99.00 |
| 09/14/18 | FACEBK █████EHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/14/18 | SQUARESPACE INC.<br>6465803456 | NEW YORK | NY | | $16.00 |
| 09/14/18 | SQUARESPACE INC.<br>6465803456 | NEW YORK | NY | | $5.00 |
| 09/14/18 | GOOGLE *█████5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/14/18 | BlueSnap<br>BLS*VENTURE I SA<br>PAY OVER TIME OPTION | London | GB | | $145.36 ♦ |
| 09/15/18 | FACEBK *█████AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK *█████JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK *█████5HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK *█████6JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK *█████2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | OLARK.COM<br>+18889594408<br>PAY OVER TIME OPTION | ANN ARBOR | MI | | $136.00 ♦ |
| 09/15/18 | FACEBK *█████HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK *█████NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | GOOGLE *█████6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/15/18 | FACEBK *█████WHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | GOOGLE *█████5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/15/18 | GOOGLE █████6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/15/18 | FACEBK █████6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

**DUPLICATE COPY**

OPEN.

p. 31/67

Account Ending 0-41003

| Detail Continued | | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/15/18 | FACEBK AJH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | FACEBK NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/15/18 | CECCONI'S RESTAURANT RESTAURANT PAY OVER TIME OPTION | LONDON | GB | 91.13 Pounds Sterling | $119.80 ♦ |
| 09/16/18 | FACEBK AHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | SQUARESPACE INC. 6465803456 PAY OVER TIME OPTION | NEW YORK | NY | | $144.00 ♦ |
| 09/16/18 | TESCO STORE 5342 5342TESCO STORE GROCERY STORE | WELWYN GARDEN CITY | GB | 24.90 Pounds Sterling | $32.73 |
| 09/16/18 | FACEBK 2A22 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $750.00 ♦ |
| 09/16/18 | FACEBK NHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK 6JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK SHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | FACEBK WHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/16/18 | COPPA CLUB RESTAURANT DATACASH | LONDON | GB | 61.37 Pounds Sterling | $80.68 |
| 09/16/18 | GOOGLE 6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/16/18 | GOOGLE 6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/16/18 | HARRODS LIMITED DEPARTMENT STORE | LONDON | GB | 18.70 Pounds Sterling | $24.58 |
| 09/16/18 | SUSHI MURASAKI RESTAURANT | LONDON | GB | 139.50 Pounds Sterling | $183.39 |

AMEX002944

Continued on reverse

**215**

| | Detail Continued | | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|---|---|
| | | | | | Foreign Spend | Amount |
| 09/16/18 | FACEBK ▇▇WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/16/18 | GOOGLE ▇6656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | | $500.00 ♦ |
| 09/16/18 | FACEBK *▇AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/17/18 | THE LONDON EYE ONLINE, DORSET THE LONDON EYE ONLINE PAY OVER TIME OPTION | DORSET | DO | 92.00 Pounds Sterling | | $120.94 ♦ |
| 09/17/18 | FACEBK ▇JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | | $2,000.00 ♦ |
| 09/17/18 | FACEBK ▇2JH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | | $2,000.00 ♦ |
| 09/17/18 | FACEBK ▇5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | | $2,000.00 ♦ |
| 09/17/18 | GOOGLE *▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | | $500.00 |
| 09/17/18 | PRET A MANGER RESTAURANT | LONDON | GB | 4.04 Pounds Sterling | | $5.31 |
| 09/17/18 | FACEBK *▇NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/17/18 | FACEBK ▇5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/17/18 | FACEBK ▇5HH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | | · $2,000.00 ♦ |
| 09/17/18 | FACEBK ▇WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/17/18 | GOOGLE *▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | | $500.00 |
| 09/17/18 | GOOGLE▇6656 GOOGLE INC ADVERTISING SERVICE | CC GOOGLE.COM | | | | $500.00 |
| 09/17/18 | UPWORK*-▇6008REF BUSINESS SERVICE | DUBLIN | | | | $222.63 |
| 09/17/18 | CALL LOOP WWW.CALLLOOP | DEL RAY BEACH | FL | | | $10,200.00 |
| 09/17/18 | GOOGLE ▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | | $500.00 |
| 09/17/18 | HEDONISM DRINKS LIQUOR STORE | LONDON | GB | 120.60 Pounds Sterling | | $158.54 |
| 09/17/18 | FACEBK ▇WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/17/18 | FACEBK ▇EHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |
| 09/17/18 | GOOGLE ▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | | $500.00 |
| 09/17/18 | GOOGLE *▇6656 ADVERTISING | CC@GOOGLE.COM | CA | | | $500.00 |
| 09/17/18 | FACEBK ▇AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | | $2,000.00 |

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 p. 33/67

Account Ending 0-41003

| | Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/17/18 | GOOGLE *⬛️5656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/17/18 | LE PAIN QUOTIDIEN RESTAURANT | LONDON | GB | 29.03 Pounds Sterling | $38.16 |
| 09/17/18 | MAZE RESTAURANT | LONDON | GB | 36.00 Pounds Sterling | $47.33 |
| 09/17/18 | HAKKASAN MAYFAIR RESTAURANT PAY OVER TIME OPTION , | LONDON | GB | 161.94 Pounds Sterling | $214.04 ♦ |
| 09/18/18 | FACEBK ⬛️5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *⬛️HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *⬛️FHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *⬛️5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *⬛️2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE *⬛️6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK *⬛️WHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | GOOGLE *⬛️6656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | FACEBK *⬛️5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | FACEBK *⬛️6JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/18/18 | TESCO STORE 5342 5342TESCO STORE GROCERY STORE | WELWYN GARDEN CITY | GB | 10.46 Pounds Sterling | $13.77 |
| 09/18/18 | GOOGLE *⬛️5656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/18/18 | GOOGLE*⬛️5656 GOOGLE INC ADVERTISING SERVICE PAY OVER TIME OPTION | CC GOOGLE.COM | | | $500.00 ♦ |
| 09/18/18 | ADOBE *PS CREATIVE CLD Adobe Systems 800-833-6687 | SAN JOSE | CA | | $50.98 |
| 09/18/18 | GOOGLE *⬛️5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/18/18 | R'SON BLU EDWARDIAN BLOOMSBURY ST F&B LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 166.22 Pounds Sterling | $218.99 ♦ |
| 09/18/18 | LONDON MARRIOTT -GROSVENOR SQUARE LODGING MERCHANDISE PAY OVER TIME OPTION | LONDON | GB | 308.41 Pounds Sterling | $406.33 ♦ |
| 09/18/18 | GOOGLE *⬛️5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |

FAINCHE J MACCARTHY

DUPLICATE COPY
Account Ending 0-41003

p. 34/67

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| **Detail Continued** | | | | | ♦ - denotes Pay Over Time activity |
| 09/18/18 | FACEBK ███2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/18/18 | FACEBK ███WHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/18/18 | GOOGLE ███6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/18/18 | GRANGE HOLBORN HOTEL<br>LODGING<br>PAY OVER TIME OPTION | LONDON | GB | 87.62<br>Pounds Sterling | $115.31 ♦ |
| 09/19/18 | FACEBK*███AJH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ███EHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ███SHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ███NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE*███6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/19/18 | FACEBK*███AHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | UBER TRIP U4UVK<br>HELP.UBER.COM | HELP.UBER.COM | GB | 24.58<br>Pounds Sterling | $32.38 |
| 09/19/18 | UBER TRIP D3YBC<br>HELP.UBER.COM | HELP.UBER.COM | GB | 17.94<br>Pounds Sterling | $23.64 |
| 09/19/18 | FACEBK ███6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK ███2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | FACEBK*███6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE*███6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/19/18 | FACEBK*███JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |
| 09/19/18 | GOOGLE*███6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/19/18 | FRESCOBALDI<br>RESTAURANT<br>PAY OVER TIME OPTION | LONDON | GB | 117.00<br>Pounds Sterling | $154.15 ♦ |

AMEX002947

Continued on next page **218**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

DUPLICATE COPY



p. 35/67

Account Ending 0-41003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/19/18 | FACEBK█████2JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/19/18 | TWILIO, INC. DIRECT MKTG INTERNET | SAN FRANCISCO | | | $3,000.00 |
| 09/20/18 | FACEBK*█████AHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE*█████5656 ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/20/18 | SQC*EDUARDO ALVARADO squ.re/cashqs | San Francisco | CA | | $412.00 |
| 09/20/18 | FACEBK*█████5JH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK*█████5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $14.22 |
| 09/20/18 | FACEBK*█████NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | LYFT *RIDE THU 1PM (NONE) 94104 RIDEREQUEST | SAN FRANCISCO | CA | | $79.67 |
| 09/20/18 | FACEBK*█████AJH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE*█████5656 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/20/18 | FACEBK*█████AJH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK*█████NHH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | FACEBK*█████EA22 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $750.00 |
| 09/20/18 | FACEBK*█████5HH2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/20/18 | GOOGLE*█████6656 ADVERTISING | CC@GOOGLE.COM | CA | | $1,000.00 |
| 09/20/18 | UBER TRIP C7C37 HELP.UBER.COM PAY OVER TIME OPTION | HELP.UBER.COM | GB | 94.30 Pounds Sterling | $124.64 ♦ |
| 09/20/18 | UBER TRIP D6TLE HELP.UBER.COM | HELP.UBER.COM | GB | 19.12 Pounds Sterling | $25.27 |
| 09/20/18 | SOUTH LAMBETH FOOD & WINE MISC FOOD STORE | LONDON | GB | 7.16 Pounds Sterling | $9.43 |
| 09/20/18 | LYFT *RIDE THU 3PM (NONE) 94104 RIDEREQUEST | SAN FRANCISCO | CA | | $22.98 |
| 09/20/18 | SQUARESPACE INC. 6465803456 | NEW YORK | NY | | $16.00 |
| 09/20/18 | FACEBK█████JHH2 FACEBOOK ADVERTISING PAY OVER TIME OPTION | FB.ME/ADS | CA | | $2,000.00 ♦ |

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 09/20/18 | FACEBK   6HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/20/18 | DOORDASH*THE URBAN FRE<br>6506819470 | SAN FRANCISCO | CA | $29.84 |
| 09/20/18 | FUNNELU.COM<br>+12083239451 | EAGLE | ID | $67.00 |
| 09/20/18 | LYFT *RIDE THU 1 PM<br>(NONE) 94104<br>LEDGER | SAN FRANCISCO | CA | $16.21 |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG | NEW YORK | | $1,675.35 |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG<br>PAY OVER TIME OPTION | NEW YORK | | $186.15 ♦ |
| 09/20/18 | BURBERRY LTD<br>MEN'S/WOMEN'S CLOTHNG<br>PAY OVER TIME OPTION | NEW YORK | | $186.15 ♦ |
| 09/21/18 | GOOGLE *   5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | FACEBK *   5HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | GOOGLE   5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | FACEBK   2JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | FACEBK   5JH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | DOORDASH*SAMMYS THAI<br>6506819470 | SAN FRANCISCO | CA | $34.70 |
| 09/21/18 | FACEBK   NHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | GOOGLE *   5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | HOTEL BEL AIR<br>  0077<br>Pellegrino<br>Don Julio "1942"<br>Chocolate Cake<br>PAY OVER TIME OPTION | LOS ANGELES | CA | $335.51 ♦ |
| 09/21/18 | FACEBK   JHH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |
| 09/21/18 | GOOGLE *   5656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 09/21/18 | FACEBK   5HH2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $2,000.00 ♦ |

AMEX002949

Continued on next page **220**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 10/16/18

 **OPEN**.sm

p. 37/67

Account Ending 0-41003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity | |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 09/21/18 | GOOGLE 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | GOOGLE 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | ALFRED COFFEE MELROSE PLACE<br>squareup.com/receipts | Los Angeles | CA | | $20.76 |
| 09/21/18 | GOOGLE 6656<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | | $500.00 ♦ |
| 09/21/18 | AMZN MKTP US 7T52<br>BOOK STORES<br>PAY OVER TIME OPTION | AMZN.COM/BILL | WA | | $139.88 ♦ |
| 09/21/18 | 8383 WILSHIRE BLVD AMWV285401 AMWV<br>3104708501 | BEVERLY HILLS | CA | | $27.00 |
| 09/21/18 | SAKS FIFTH AVENUE<br>DEPARTMENT STORE | BEVERLY HILLS | CA | | $7,290.48 |
| 09/21/18 | CALL LOOP<br>WWW.CALLLOOP | DEL RAY BEACH | FL | | $10,200.00 |
| 09/21/18 | FREDS AT BARNEYS NY BH<br>RESTAURANT | BEVERLY HILLS | CA | | $77.90 |
| 09/21/18 | DIOR BH HOMME<br>WOMEN'S CLOTHING | BEVERLY HILLS | CA | | $3,066.00 |
| 09/21/18 | FACEBK *7RPK5HWHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/21/18 | DOORDASH*BOA<br>6506819470 | SAN FRANCISCO | CA | | $78.05 |
| 09/21/18 | FACEBK 6JH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/21/18 | FACEBK AHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/21/18 | FACEBK NHH2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | | $2,000.00 |
| 09/21/18 | GOOGLE 6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/21/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $1,482.16 |
| 09/21/18 | GOOGLE 6656<br>ADVERTISING | CC@GOOGLE.COM | CA | | $500.00 |
| 09/21/18 | AMZN MKTP US* 0TO2<br>BOOK STORES | AMZN.COM/BILL | WA | | $87.96 |
| 09/21/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $69.99 |
| 09/21/18 | GOOGLE 6656 GOOGLE INC<br>ADVERTISING SERVICE | CC GOOGLE.COM | | | $500.00 |
| 09/21/18 | GOOGLE*ADS3769286656 GOOGLE INC<br>ADVERTISING SERVICE | CC GOOGLE.COM | | | $500.00 |
| 09/22/18 | SQ *ETHICAL CLEANING SERVICES<br>GOODS/SERVICES<br>PAY OVER TIME OPTION | VENICE | CA | | $200.00 ♦ |

**ATTACHMENT N**

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 11/15/18     Next Closing Date 12/16/18

   p. 1/51

Account Ending 0-41003

| New Balance | $16,272.81 |
|---|---|
| **Please Pay By** | **11/30/18‡** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

[→] See page 2 for important information about your account.

[→] Learn how to take advantage of your Pay Over Time feature on **page 49**

[ⓘ] Please note, your preset line is $100,000.00.  You have spent $16,272.81.

### Membership Rewards® Points
Available and Pending as of 10/31/18
**3,722,012**
For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

**Pay In Full Portion**
| Previous Balance | | $74,186.23 |
|---|---|---|
| Payments/Credits | | -$185,543.97 |
| New Charges | | +$127,630.55 |
| Fees | | +$0.00 |
| New Balance | = | $16,272.81 |

**Pay Over Time Portion**
| Previous Balance | | $0.00 |
|---|---|---|
| Payments/Credits | | -$270,072.04 |
| New Charges | | +$270,072.04 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $0.00 |
| Minimum Due | | $0.00 |

**Account Total**
| Previous Balance | $74,186.23 |
|---|---|
| Payments/Credits | -$455,616.01 |
| New Charges | +$397,702.59 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$16,272.81** |

Days in Billing Period: 30

### Customer Care

[ ] **Pay by Computer**
open.com/pbc

**Customer Care**       **Pay by Phone**
1-800-492-8468          1-800-472-9297

[→] See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
open.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending 0-41003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

| Please Pay By |
|---|
| **11/30/18** |

Amount Due
**$16,272.81**

[ ] Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

ԻիիԱիիԱԻիԱիիԱԻԱԻիԱԻԱԻիԱ

0000349992444475428 0016272810016272B1 12 H

AMEX002982

**223**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 11/15/18

**DUPLICATE COPY**

**OPEN**.

p. 3/51

Account Ending 0-41003

---

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$185,096.51 | -$267,097.76 | -$452,194.27 |
| **Credits** |  |  |  |
| FAINCHE J MACCARTHY 0-41003 | $0.00 | -$1,489.79 | -$1,489.79 |
| SIMON BATASHVILI 0-44015 | -$290.13 | -$1,214.72 | -$1,504.85 |
| LUCAS ASHER 0-41029 | -$157.33 | -$269.77 | -$427.10 |
| **Total Payments and Credits** | -$185,543.97 | -$270,072.04 | -$455,616.01 |

---

### Detail  *Indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments |  |  | Amount |
|---|---|---|---|
| 10/17/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$90,000.00 |
| 10/23/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$45,000.00 |
| 10/28/18* | FAINCHE J MACCARTHY | PAYMENT RECEIVED - THANK YOU | -$41,816.38 |
| 10/31/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$40,000.00 |
| 11/02/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$31,806.66 |
| 11/05/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$77,535.35 |
| 11/08/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$79,000.00 |
| 11/11/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$7,539.27 |
| 11/12/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$13,950.21 |
| 11/15/18* | FAINCHE J MACCARTHY | ONLINE PAYMENT - THANK YOU | -$25,546.40 |

| Credits |  |  | Amount |
|---|---|---|---|
| 10/19/18* | FAINCHE J MACCARTHY | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT<br>PAY OVER TIME OPTION | -$1,369.10 ♦ |
| 10/30/18 | FAINCHE J MACCARTHY | AMZN MKTP US<br>AMZN.COM/BILL WA<br>DIRECT MKTG MISC<br>PAY OVER TIME OPTION | -$120.69 ♦ |
| 10/17/18 | SIMON BATASHVILI | NEW DIRECTION IRA INC<br>LOUISVILLE CO<br>303-546-7930 | -$50.00 |
| 10/18/18 | SIMON BATASHVILI | AMAZON FRESH<br>AMZN.COM/BILL WA<br>DIRECT MKTG MISC | -$9.99 |
| 10/18/18 | SIMON BATASHVILI | NEW DIRECTION IRA INC<br>LOUISVILLE CO<br>303-546-7930 | -$65.00 |
| 10/19/18 | SIMON BATASHVILI | AMERICAN AIRLINES 45107392<br>800-433-7300 TX<br>AMERICAN AIRLINES<br>Ticket Number: 9722<br>Passenger Name: BATASHVILI/SIMON<br>Document Type: PASSENGER TICKET | -$66.99 |
| 10/23/18 | SIMON BATASHVILI | AMAZON.COM<br>AMZN.COM/BILL WA<br>DIRECT MKTG MISC | -$21.12 |

AMEX002984

# ATTACHMENT O

**DUPLICATE COPY**

**Business Platinum Card®**
CHASE METALS
FAINCHE J MACCARTHY
Closing Date 12/16/18    Next Closing Date 01/16/19



p. 1/52

Account Ending 0-41003

| New Balance | $22,640.59 |
|---|---|
| **Please Pay By** | **12/31/18‡** |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

See page 2 for important information about your account.

**See page 51    for an Important Change to Your Account Terms.**

Learn how to take advantage of your Pay Over Time feature on **page 50**

Please note, your preset line is $100,000.00. You have spent $22,640.59.

**Membership Rewards® Points**
Available and Pending as of 11/30/18
**4,224,315**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $16,272.81 |
| Payments/Credits | | -$345,653.60 |
| New Charges | | +$352,021.38 |
| Fees | | +$0.00 |
| New Balance | = | $22,640.59 |

| Pay Over Time Portion | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$240,768.80 |
| New Charges | | +$240,768.80 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $0.00 |
| Minimum Due | | $0.00 |

| Account Total | |
|---|---|
| **Previous Balance** | **$16,272.81** |
| Payments/Credits | -$586,422.40 |
| New Charges | +$592,790.18 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$22,640.59** |

Days in Billing Period: 31

**Customer Care**

**Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 0-41003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

FAINCHE J MACCARTHY
CHASE METALS
8383 WILSHIRE BLVD
STE 700
BEVERLY HILLS CA 90211-2407

Please Pay By
**12/31/18**

Amount Due
**$22,640.59**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349992444475428 0022640590022640590 12 ₁

AMEX003034

**226**

FAINCHE J MACCARTHY

| **Detail Continued** | *indicates posting date | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|
| | | | **Amount** |
| 12/01/18 | SIMON BATASHVILI | TIME WARNER CABLE<br>888-TWCABLE       CA<br>CABLE & PAY TV<br>PAY OVER TIME OPTION | -$160.97 ♦ |
| 12/04/18 | SIMON BATASHVILI | AMZ*WHOLEFOODSDLA10546<br>AMZN.COM/BILL     WA<br>DIRECT MKTG MISC | -$29.97 |
| 12/06/18 | SIMON BATASHVILI | AMZN MKTP US<br>AMZN.COM/BILL     WA<br>DIRECT MKTG MISC<br>PAY OVER TIME OPTION | -$105.21 ♦ |
| 12/13/18 | LUCAS ASHER | GODADDY.COM<br>480-505-8855     AZ<br>(480)505-8855 | -$69.99 |
| 12/13/18 | LUCAS ASHER | GODADDY.COM<br>480-505-8855     AZ<br>(480)505-8855 | -$69.99 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| FAINCHE J MACCARTHY 0-41003 | $12,257.66 | $4,495.61 | $16,753.27 |
| SIMON BATASHVILI 0-44015 | $168,874.34 | $83,649.78 | $252,524.12 |
| LUCAS ASHER 0-41029 | $159,899.95 | $149,554.01 | $309,453.96 |
| SAMARA MILLS 0-41052 | $10,989.43 | $3,069.40 | $14,058.83 |
| **Total New Charges** | **$352,021.38** | **$240,768.80** | **$592,790.18** |

| **Detail** | ♦ - denotes Pay Over Time activity |
|---|---|

For more information, visit
americanexpress.com/payovertimeinfo

**FAINCHE J MACCARTHY**
Card Ending 0-41003

| | | | | Foreign<br>Spend | Amount |
|---|---|---|---|---|---|
| 11/14/18 | AMAZON.COM*          RM1<br>MERCHANDISE | AMZN.COM/BILL | WA | | $15.63 |
| 11/15/18 | AMZN MKTP US*          9M2<br>BOOK STORES | AMZN.COM/BILL | WA | | $39.40 |
| 11/15/18 | AMZN MKTP US*          RG0<br>BOOK STORES | AMZN.COM/BILL | WA | | $25.49 |
| 11/17/18 | DOORDASH*THE CHEESECAK<br>6506819470 | SAN FRANCISCO | CA | | $31.84 |
| 11/18/18 | AMAZON.COM*          2R22<br>MERCHANDISE | AMZN.COM/BILL | WA | | $31.55 |
| 11/19/18 | LIGNE ROSET          0001<br>3102735425 | LOS ANGELES | CA | | $4,486.22 |
| 11/19/18 | AMAZON.COM*          50T1<br>MERCHANDISE | AMZN.COM/BILL | WA | | $31.55 |
| 11/19/18 | POSTMATES KAZUNORI TH<br>8778877815 | SAN FRANCISCO | CA | | $75.86 |
| 11/20/18 | AMZN MKTP US*          8O10<br>BOOK STORES | AMZN.COM/BILL | WA | | $39.40 |
| 11/21/18 | ISAROSE<br>squareup.com/receipts | Pacific Palisades | CA | | $453.00 |

| Bank Account # | Check # | Card Number(AMEX) | Amount | Process Date | Transaction | Routing # | Payment Type | Maker Name |
|---|---|---|---|---|---|---|---|---|
| 8428 | | 41003 | 38160.29 | 10-Mar-20 | PAYMENT | 121000358 | PT_MOBILE | Tower Estates |
| 8428 | | 41003 | 18484.69 | 21-Feb-20 | PAYMENT | 121000358 | PT_COMPUTER | Tower Estates |
| 4024 | | 41003 | 135156.23 | 21-Jan-20 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 40902.26 | 17-Jan-20 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 64308.17 | 27-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 85834.85 | 17-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 3-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 19987 | 3-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 100000 | 3-Dec-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 20-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 35000 | 14-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 85906.33 | 4-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 1-Nov-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 31-Oct-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 94537.7 | 18-Oct-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 14-Oct-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 86463.56 | 2-Oct-19 | PAYMENT | 121000358 | PT_MOBILE | FAINCHE MACCARTHY |
| 4024 | | 41003 | 92739.16 | 20-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 15-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 100000 | 5-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50000 | 2-Sep-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 37578.55 | 21-Aug-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50392.85 | 16-Aug-19 | PAYMENT | 121000358 | PT_MOBILE | FAINCHE MACCARTHY |
| 4024 | | 41003 | 25000 | 10-Aug-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 80064.15 | 5-Aug-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 104963.06 | 29-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 35462.2 | 21-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 80833.38 | 16-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 50194.7 | 10-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 57334.84 | 7-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 100000 | 1-Jul-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 16872.1 | 24-Jun-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |
| 4024 | | 41003 | 103854.83 | 22-Jun-19 | PAYMENT | 121000358 | PT_COMPUTER | FAINCHE MACCARTHY |

6/17/2020

AXP Internal

AMEX003859   1

**228**

# ATTACHMENT P

Date: 11/7/2017 Time: 4:22:07 PM (US Central Time) Scanned From IP: [redacted].137

**Bank of America**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** [redacted]4024 **Bank Number:** 318

**Account Type:** [X] Checking (DDA) [ ] Savings (SAV) [ ] Certificate of Deposit (CD)

**Account Title:**
CHASE METALS, INC.

**Legal Designation:**

[ ] Individual/Sole Proprietor [ ] Trust/Estate [ ] Unincorporated Association [X] C Corporation [ ] S Corporation

[ ] Partnership (Enter the type of partnership: General, LP, LLP or LLLP) ______

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ______

[ ] Other (Defined in W-9 instructions) ______

Social Security Number ______ (or) Employer Identification Number [redacted]8636

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

[ ] **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** ______

**Exemption from FATCA reporting code (if any)** ______

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | SIMON BATASHVILI | President/secretary | [signature] | 10-31-17 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

Date: 11/7/2017 Time: 4:22:07 PM (US Central Time) Scanned From IP: ___.137

**Account Number:** _____ 4024

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     _President/ Secretary_____
Authorized Signer                                        Title

**Review Information**

**Customer 1:**

Name _SIMON BATASHVILI_

ID Type: _US Drivers License_ ID#: _____ 6586 ID Issuer: _California_ Iss. Date: _07/24_ Exp. Date: _08/2021_

ID Type: _Major Fin'l Credit Card (proof)_ ID#: _2019_ ID Issuer: _NA_ Iss. Date: _NA_ Exp. Date: _09/2022_

**Customer 2:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

| | |
|---|---|
| Date | 10/31/2017 |
| Financial Center Name | LAKE COLORADO |
| Employee's Name | Jovena Mondla |
| Employee's Phone Number | ____6267 |

NCA
00-14-9297M 11-2016

Page 2 of 2

**231**

Date: 1/9/2018 Time: 7:25:09 PM (US Central Time) Scanned From IP ▮▮▮▮ 6.137

04/Dec/2017 10:45:45 AM                      Bank of America 626-463-6260                      5/6

**Bank of America** 🇺🇸
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| Account Number: | 4024 | | Bank Number: | 318 |
|---|---|---|---|---|

Account Type:   ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

Account Title:
CHASE METALS, INC.

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ____

☐ Other (Defined in W-9 Instructions)

Social Security Number _____ (or) Employer Identification Number ▮▮▮ 3636

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS Instructions for Form W-9).

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Exemptions (codes apply only to certain entities, not individuals) see instructions the IRS Instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. SIMON BATASHVILI | President / SECRETARY | _(signature)_ | 12/4/2017 |
| 2. PANCHE JEAN MACCARTHY | SIGNOR | _(signature)_ | 12/4/2017 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 11-2016

Page 1 of 2

**232**

Date: 1/9/2018 Time: 7:25:09 PM (US Central Time) Scanned From IP: 6.137

04/Dec/2017 10:45:45 AM      Bank of America 828-483-8260        6/6

**Account Number:** 4024

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | Title |
| --- | --- |

**Review Information**

Customer 1:

Name **SIMON BATASHVILI**

ID Type: **US DRIVERS LICENSE** ID#: **0586** ID Issuer: **CALIFORNIA** Iss. Date: **7/2016** Exp. Date: **8/2021**

ID Type: **MOTOR FIN'L CARD** ID#: **2019** ID Issuer: **AMEX** Iss. Date: **N/A** Exp. Date: **9/2022**

Customer 2:

Name **FRINCHE JEAN MACCARTNY**

ID Type: **US DRIVERS LICENSE** ID#: **7691** ID Issuer: **CALIFORNIA** Iss. Date: **1/2017** Exp. Date: **8/2018**

ID Type: **MOTOR FIN'L CARD** ID#: **4003** ID Issuer: **AMEX** Iss. Date: **N/A** Exp. Date: **8/2022**

Customer 3:

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

Customer 4:

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

Customer 5:

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

| Date | 12/04/2017 |
| --- | --- |
| Financial Center Name | LAKE COLORADO |
| Employee's Name | Javens Mondia |
| Employer's Phone Number | 6267 |

NCA
00-14-9297M 11-2016

Page 2 of 2

233

**Bank of America**
**Merrill Lynch**

**Deposit Account Documentation**
**Signature Card**

**I. ACCOUNT INFORMATION**

| Select One: | ☐ Update (Add/Delete) Signers (existing accounts only) | ☑ Replace Existing Signature Card with this card | ☐ New Account |

**Account #:** ▓▓▓4024
(if new account, Bank will complete)

**Primary Purpose of Account:** ☑ General Business Operations (payables, receivables, payroll, taxes) ☐ Money Services Business** ☐ Casinos or Gaming**
*Does not apply to Certificates of Deposit
**Additional Information may be required prior to opening an account.

**Account Holder Legal Name:**
(Must match exact name on Formation Documents)    TMTE Inc    **State of Formation:** WY

☐ **Owner Business Name of Disregarded Entity:**
(Must match 1st line of W8)

☐ **Third Party/Funds Owner:**
(if applicable, W-9/W-8 required from Third Party/Funds Owner)

☑ **DBA Name:**
(Must provide copy of fictitious filing)    Metals.com

**Optional Descriptive Account Title:**

**Statement Address:** 321 Dalehurst Ave

| City: Los Angeles | State: CA | Country: USA | Postal Code: 90024 |

**II. BUSINESS TYPE**

**Business Type**

☑ Corporation     ☐ Sole Proprietorship     ☐ Joint Venture     ☐ Limited Liability Partnership
☐ General Partnership     ☐ Limited Partnership     ☐ Unincorporated Organization Association
☐ Government Authority Agency     ☐ Other
☐ Limited Liability Company-Manager Managed     ☐ Limited Liability Company-Member Managed     ☐ Limited Liability Company-Sole Member

**III. Designated Accounts Signers**

| Add or Delete | Printed Name | Title (if signer also on Banking Resolution, Title Must Match) | Signature | Signer Limited to Check Signing ONLY |
|---|---|---|---|---|
| Add | Simon Batashvili | CEO | | ☐ |
| Add | Fainche Jean MacCarthy | Signor | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

Page 1 of 2
**Bank of America – Confidential**

© 2018 Bank of America Corporation

**234**

| Account #: ___ 1024 | | DEPOSIT ACCOUNT DOCUMENTATION-SIGNATURE CARD |

## IV. CUSTOMER ACKNOWLEDGEMENT & AGREEMENT

You begin or continue a deposit account relationship with us by giving us information about your business and by signing this Agreement. The deposit agreement we give you is part of your agreement with us regarding use of your account and lets you the current terms governing your account. You may change the deposit agreement at any time and will inform you of changes that affect your rights and obligations. By signing below, you acknowledge receipt of the deposit agreement. The deposit agreement includes a provision for alternative dispute resolution.

By signing below, you certify that all information you may have previously provided to us regarding the beneficial ownership of your Organization is, to the best of your knowledge, complete and correct, and to the extent it is not, you are now providing us with updated information as required by law.

By signing below, you authorize each person who has signed in the Designated Account Signer section on page one, to operate any account opened under this signature card now or in the future. The authority to operate an account includes: authority to give checks and other items and to give us other instructions, including by electronic signature, electronic record or other electronic form, to withdraw funds; to endorse and deposit checks and other items payable to or belonging to you to the account; and to transact other administrative business, including by electronic signature, electronic record or other electronic form relating to the account, including closing the account. If you wish to restrict a designated signer's authority to check signing you must indicate that by checking the box to the right of their name. We may rely on this authorization for any account opened under this signature card until we receive written notice revoking the authorization at the office where we maintain the account, and we have a reasonable time to act upon such notice. By signing below, this organization agrees to be bound to the above Agreement and Authorization.

For CA Public Funds only: Any person signing this Agreement for the Organization certifies that they are duly authorized to do so as evidenced by attached banking resolution/contract for deposit of money or existing banking resolution/contract for deposit of money on file with us.

## V. Consent to Electronic Delivery of Account Material

By signing below, you consent to have documentation regarding your accounts and services delivered through electronic delivery such as secure e-mail or our digital banking portal. Information delivered electronically may include sensitive information about your accounts and services, disclosures and terms governing your accounts and services, and information that could facilitate unauthorized transactions against your accounts. As such, you must ensure that the e-mail address that you choose below is secure and accessible by each of your designated account signers, but only by those individuals. Additionally, you should check this e-mail address as important notices may be transmitted periodically. If you would like physical copies of documentation, please contact your service representative.

| Simon Batashvili | CEO | [signature] | 11/16/18 |
|---|---|---|---|
| **Printed Name** | **Title** (Certifying individual must be authorized on Banking Resolution, Title M/ST switch) | **Signature** | **Date** |

| E-mail Address for electronic delivery (Required for new account opening): | Simon @ metals.com |
|---|---|

## VI. SUBSTITUTE FORM W9 / CERTIFICATION    (If foreign entity, W-8 required. Section VI leave blank.)

| 1. Name (as shown on your income tax return) do not leave this line blank. | TMTE Inc |
|---|---|

2. Business name/disregarded entity name, if different from above

| 3. | ☑ Employer Identification Number | 3636 |
|---|---|---|
| | ☐ Social Security Number | |

4. Federal Tax Classification; check only ONE of the following seven boxes

| ☐ Individual/sole proprietorship or single member LLC      ☒ C Corporation     ☐ S Corporation     ☐ Partnership     ☐ Trust/estate | Exemptions (Codes apply only to certain entities, not individuals) |
|---|---|
| ☐ Limited liability company. Enter the tax classification (C=corporation, S=S corporation, P=partnership): ___ | Exempt payee code (if any) ___ |
| Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.  ☐ Other (see instructions from FIS) | Exemption from FATCA reporting code (if any) ___ (Applies to accounts maintained outside the U.S.) |

Under penalties of perjury, I certify that: 1) the employer identification number or social security number shown on this form for this account holder is correct (or the account holder is waiting for a number to be issued); and 2) the account holder is not subject to backup withholding because: (a) the account holder is exempt from backup withholding; or (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account holder that it is no longer subject to backup withholding and 3) the account holder is a United States person (defined below*); and 4) The FATCA code(s) entered on this form (if any) indicating that the organization is exempt from FATCA reporting is correct. Certification Instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

* If the organization listed above is a foreign entity use the applicable IRS Form W-8 (for additional information please see IRS instructions). The term "United States person" means a citizen or resident of the United States; a partnership created or organized in the United States or under the laws of the United States or of any State; a corporation created or organized in the United States or under the laws of the United States; and any estate or trust other than a foreign estate or trust.

By signing below, the account holder agrees to be bound by the above Tax Information Certification.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Simon Batashvili | CEO | [signature] | 11/16/18 |
|---|---|---|---|
| **Printed Name** | **Title** | **Signature** | **Date** |

00-35-2653NSBW 03-01-2018 AS

**Page 2 of 2**
**Bank of America — Confidential**

© 2018 Bank of America Corporation

**Bank of America** 🦅
**Merrill Lynch**

**ACCOUNT SIGNER INFORMATION FORM**

For each authorized account signer, the information that has been provided by each authorized account signer...

| Client Name: | TMTE Inc | | | Client Taxpayer ID: | | 536 | | |
|---|---|---|---|---|---|---|---|---|
| **Account Number(s)** | | **Account Name(s)** | | | | | | |
| 024 | | TMTE Inc DBA Metals.com | | | | | | |

For each authorized account signer on the listed account(s), Please provide his/her name and at least one additional field of information as indicated in the table below.

| Full Legal Name | Date of Birth (mm/dd/yyyy) | Physical Address | | | | | Government-Issued Identification Document Note: US citizens must provide Social Security Number | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Street | City | State / Province | Zip/Postal Code | Country | Type (Example: driver's license, passport, Passport Issued Country) | Place of Issuance (State/Province & Country) | Document/ID Number |
| Simon Belenitvili | | | | | | | | | |
| Fainche Jean MacCarthy | | | | | | | | | |
| | | | | | | | | I | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**236**


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

📱 Customer service: 1.888.852.5000

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TMTE INC
DBA METALS.COM
321 DALEHURST AVE
LOS ANGELES, CA  90024-2511

# Your Full Analysis Business Checking - Small Business

for December 1, 2019 to December 31, 2019            Account number: 3251 0153 4024

**TMTE INC    DBA METALS.COM**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2019 | $924,751.97 | # of deposits/credits: 34 |
| Deposits and other credits | 3,389,385.10 | # of withdrawals/debits: 218 |
| Withdrawals and other debits | -3,536,813.54 | # of days in cycle: 31 |
| Checks | -206,879.61 | Average ledger balance: $646,425.36 |
| Service fees | -1,334.06 | |
| **Ending balance on December 31, 2019** | **$569,109.86** | |

**BANK OF AMERICA** ≫

**Your checking account**

TMTE INC   |   Account # 3251 0153 4024   |   December 1, 2019 to December 31, 2019

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 12/16/19 | TRINET       DES:INVOICE   ID:9OO700 INDN:CHASE METALS INC     CO ID:1943081033 CCD | | 902550008622873 | -1,067.86 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1308 ET TRN:2019121700523649 SERVICE REF:008712 BNF:VERA STAN GROUP ID:235213650 BNF BK:JPMORGAN C HASE BANK, NA ID:322271627 PMT DET:19CHC0705LFM054 2MIllie Advance | | 903712170523649 | -2,400.00 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1323 ET TRN:2019121700533815 SERVICE REF:009044 BNF:DIRECTED TRUST COMPANY ID:8450721009 BNF BK:WE LLS FARGO BANK, N.A. ID:121000248 PMT DET:19CHC223 2H6L2814FBO Keith Rhoden | | 903712170533815 | -1,314.30 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1323 ET TRN:2019121700533814 SERVICE REF:009045 BNF:DIRECTED TRUST COMPANY ID:8450721009 BNF BK:WE LLS FARGO BANK, N.A. ID:121000248 PMT DET:19CHC212 4D1M1A32FBO Ronald Werner | | 903712170533814 | -4,065.60 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1348 ET TRN:2019121700549367 SERVICE REF:009938 BNF:NEW DIRECTION, INC ID:3425975 BNF BK:BOKF NA ID:102003206 PMT DET:19CHC4628H0L1B39FBO James Ballard | | 903712170549367 | -10,002.36 |
| 12/17/19 | WIRE TYPE:BOOK OUT DATE:191217 TIME:1458 ET TRN:2019121700593412 RELATED REF:19CHD5659JSL1S25 BNF:JONES DAY ID:001252728230 PMT DET:Invoice 3331 5409 10-11-19 Matter 624237-600001 | | 903712170593412 | -132,850.22 |
| 12/17/19 | WIRE TYPE:WIRE OUT DATE:191217 TIME:1712 ET TRN:2019121700688862 SERVICE REF:014198 BNF:MAGICSTAR ARROW INCORPORAT ID:449094791 BNF BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:19CHG0907JQN1I84Ad spend Nov 18 - dec 1 | | 903712170688862 | -87,997.79 |
| 12/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W6416 INDN:FAINCHE MACCARTHY       CO ID:1133133497 CCD | | 902551014395642 | -85,834.85 |
| 12/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W6192 INDN:FAINCHE MACCARTHY       CO ID:1133133497 CCD | | 902551014395725 | -47,970.99 |
| 12/17/19 | AMERICAN EXPRESS DES:ACH PMT   ID:W4900 INDN:FAINCHE MACCARTHY       CO ID:1133133497 CCD | | 902551014395582 | -21,841.98 |
| 12/17/19 | TRINET       DES:INVOICE   ID:9OO700 INDN:CHASE METALS INC     CO ID:1943081033 CCD | | 902551002838401 | -19,957.07 |

*continued on the next page*

TMTE INC   |   Account # 3251 0153 4024   |   December 1, 2019 to December 31, 2019

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 12/24/19 | WIRE TYPE:WIRE OUT DATE:191224 TIME:1531 ET TRN:2019122400588010 SERVICE REF:011953 BNF:DIRECTED TRUST COMPANY ID:8450721009 BNF BK:WE LLS FARGO BANK, N.A. ID:121000248 PMT DET:19COE274 5OOL0224FBO Murray Kemp | | 903712240588010 | –5,008.40 |
| 12/24/19 | WIRE TYPE:WIRE OUT DATE:191224 TIME:1531 ET TRN:2019122400588015 SERVICE REF:011955 BNF:DIRECTED TRUST COMPANY ID:8450721009 BNF BK:WE LLS FARGO BANK, N.A. ID:121000248 PMT DET:19COE283 4B2N0J08FBO Virginia Mcquary | | 903712240588015 | –1,686.00 |
| 12/24/19 | TRINET      DES:INVOICE    ID:9OO700 INDN:CHASE METALS INC     CO ID:1943081033 CCD | | 902557027329625 | –1,712.39 |
| 12/26/19 | TRINET      DES:INVOICE    ID:9OO700 INDN:CHASE METALS INC     CO ID:1943081033 CCD | | 902560007020185 | –1,718.15 |
| 12/26/19 | TRINET      DES:INVOICE    ID:9OO700 INDN:CHASE METALS INC     CO ID:1943081033 CCD | | 902560007020187 | –1,494.12 |
| 12/26/19 | TRINET      DES:INVOICE    ID:9OO700 INDN:CHASE METALS INC     CO ID:1943081033 CCD | | 902560007020186 | –643.43 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542121 SERVICE REF:012063 BNF:NEW DIRECTION IRA, INC ID:3425975 BNF BK:BOKF NA ID:102003206 PMT DET:19CRDO0015K3M2M98FBO Sharon Hollatz | | 903712270542121 | –1,178.00 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542122 SERVICE REF:011906 BNF:DIRECTED TRUST COMPANY ID:8450721009 BNF BK:WE LLS FARGO BANK, N.A. ID:121000248 PMT DET:19CRD033 5LWL1566FBO Jerry Ihrke | | 903712270542122 | –6,460.92 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542123 SERVICE REF:012119 BNF:NEW DIRECTION IRA, INC ID:3425975 BNF BK:BOKF NA ID:102003206 PMT DET:19CRDO239KCN0S78FBO Phylli s Gordon | | 903712270542123 | –6,434.01 |
| 12/27/19 | WIRE TYPE:WIRE OUT DATE:191227 TIME:1405 ET TRN:2019122700542254 SERVICE REF:012069 BNF:NEW DIRECTION IRA, INC ID:3425975 BNF BK:BOKF NA ID:102003206 PMT DET:19CRDO117GUL0703FBO Ramona Martinez | | 903712270542254 | –7,006.32 |
| 12/27/19 | AMERICAN EXPRESS DES:ACH PMT    ID:W1994 INDN:FAINCHE MACCARTHY       CO ID:1133133497 CCD | | 902561014240186 | –64,308.17 |
| 12/27/19 | AMERICAN EXPRESS DES:ACH PMT    ID:W1172 INDN:FAINCHE MACCARTHY       CO ID:1133133497 CCD | | 902561014240174 | –39,229.76 |

*continued on the next page*

**ATTACHMENT Q**



**Spark® Visa Signature Business Account Ending in 4040**
Feb. 02, 2020 - Feb. 19, 2020 | 18 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **Mar. 16, 2020** | |

| New Balance | Minimum Payment Due |
|---|---|
| **$990.58** | **$15.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 30.90%.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 10 Years | $1,986 |
| $36 | 3 Years | $1,298 |
| Estimated savings if balance is paid off in about 3 years: $688 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | - $4,103.60 |
| Other Credits | $0.00 |
| Transactions | + $5,094.18 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $990.58** |
| Credit Limit | $5,000.00 |
| Available Credit (as of Feb. 19, 2020) | $4,009.42 |
| Cash Advance Credit Limit | $2,500.00 |
| Available Credit for Cash Advances | $2,500.00 |

| Rewards Balance as of 02/18/2020 | Track and redeem your rewards with our mobile app or on www.capitalone.com |
|---|---|
| **$87.75** | |

| Previous Balance | Earned | Redeemed |
|---|---|---|
| $0.00 | $87.75 | $0.00 |

## Account Notifications

ⓘ   Welcome to your account notifications. Check back here each month for important updates about your account.

---

Pay or manage your account on our mobile app or at  www.capitalone.com.        Customer Service: 1-800-867-0904        See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

| | | |
|---|---|---|
| Payment Due Date: **Mar. 16, 2020** | | Account Ending in 4040 |

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $990.58 | $15.00 | $ _____ |

SIMON BATASHVILI
TOWER EQUITY LLC
321 DALEHURST AVE
LOS ANGELES, CA 90024-2511

⸿⸿⸿⸿

400038

**Get the app designed to save time.**
Effortlessly manage your account on the go with the Capital One® mobile app.

**Text ONE to 80101 to download the app.**
Messaging & Data rates may apply.

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

1  4154177495324040  19  09905809925200150003

**242**

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full without Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following Indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary (Does not Apply to Small Business Accounts)**

**What To Do if You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:
Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.
In your letter, give us the following information:
• Account Information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights if You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
© 2020 Capital One. Capital One is a federally registered service mark     01/01/20

## Changing Mailing Address?
You can change your address by signing into your account online or calling Customer Service.

Pay online at www.capitalone.com/sparkbusiness

Pay using our mobile app

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
• For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
• For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

Any written requests on this form **will not be honored.** To manage your account, please refer to your billing statement for customer service options.

**Capital One** | SPARK BUSINESS

Spark® Visa Signature Business Account Ending in 4040
Feb. 02, 2020 - Feb. 19, 2020 | 18 days in Billing Cycle

## Transactions

Visit www.capitalone.com/sparkbusiness to see detailed

### SIMON BATASHVILI #4040: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Feb 12 | CAPITAL ONE MOBILE PYMTAuthDate 12-Feb | - $289.00 |
| Feb 13 | CAPITAL ONE MOBILE PYMTAuthDate 13-Feb | - $2,822.08 |
| Feb 18 | CAPITAL ONE MOBILE PYMTAuthDate 18-Feb | - $992.52 |

### SIMON BATASHVILI #4040: Transactions

| Date | Description | Amount |
|---|---|---|
| Feb 11 | COAST 2 COAST ACCOUNTING███████58CA | $159.50 |
| Feb 12 | ANSWERCONNECT800-531-5828OR | $149.00 |
| Feb 13 | AUTHORIZE.NET877-4473938CA | $10.00 |
| Feb 15 | TST* UPPER CRUST - BEV HIBEVERLY HILLSCA | $406.57 |
| Feb 18 | CALL TRACKING METRICS800-577-1872MD | $324.00 |
| Feb 18 | CALL TRACKING METRICS800-577-1872MD | $324.00 |

**SIMON BATASHVILI #4040: Total** — **$1,373.07**

### LUCAS ASHER #8813: Transactions
Purchase Spend Limit : $0.00   Cash Spend Limit : $0.00

| Date | Description | Amount |
|---|---|---|
| Feb 11 | STK*Shutterstock866-6633954NY | $65.00 |
| Feb 11 | STK*Shutterstock866-6633954NY | $29.00 |
| Feb 11 | STK*Shutterstock866-6633954NY | $169.00 |
| Feb 11 | Upwork -██████████100CA | $70.81 |
| Feb 11 | Google LLC█████████0CA | $52.25 |
| Feb 11 | GOOGLE *GSUITE_towertrcc@google.comCA | $22.46 |
| Feb 11 | SQ *KIRSCHNER LAW, PCgosq.comCA | $1,735.63 |
| Feb 11 | IMDbProAMZN.COM/billWA | $149.99 |
| Feb 11 | SQUARESPACE INC.HTTPSSQUARESPNY | $60.00 |
| Feb 11 | SQUARESPACE INC.HTTPSSQUARESPNY | $60.00 |
| Feb 11 | SQUARESPACE INC.HTTPSSQUARESPNY | $144.00 |
| Feb 11 | SHOPIFY* ████3509HTTPSSHOPIFY.IL | $29.00 |
| Feb 12 | Upwork -████0111REFUpwork.com/biCA | $221.45 |
| Feb 12 | STK*Shutterstock866-6633954NY | $29.00 |
| Feb 12 | Prime Video*██████████080WA | $10.99 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Feb 12 | Upwork -████████00CA | $103.00 |
| Feb 13 | Audible*████████/Q3Amzn.com/billNJ | $14.95 |
| Feb 14 | Upwork -████████REFUpwork.com/biCA | $412.00 |
| Feb 17 | Upwork -█████████00CA | $206.00 |
| Feb 17 | Upwork -████████REFUpwork.com/biCA | $77.25 |
| Feb 18 | DOORDASH*CAFE LAURENTSTRIPE.COMCA | $30.83 |
| Feb 18 | DOORDASH DASHPASSWWW.DOORDASH.CA | $9.99 |
| Feb 18 | DOORDASH*CHIN CHINWWW.DOORDASH.CA | $18.51 |

**LUCAS ASHER #8813: Total** — **$3,721.11**

**Total Transactions for This Period** — **$5,094.18**

### Fees

| Date | Description | Amount |
|---|---|---|
| | **Total Fees for This Period** | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

### Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 18.49% P | $0.00 | $0.00 |
| Cash Advances | 24.49% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

**Capital**One  SP∆RK  BUSINESS

**Spark® Visa Signature Business Account Ending in 4040**
Feb. 20, 2020 - Mar. 19, 2020 | 29 days in Billing Cycle

## Payment Information

Payment Due Date

**Apr. 16, 2020**

For online and phone payments, the deadline is 8pm ET.

New Balance

**$3,979.57**

Minimum Payment Due

**$39.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 30.90%.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 22 Years | $9,774 |
| $145 | 3 Years | $5,215 |
| Estimated savings if balance is paid off in about 3 years: $4,559 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $990.58 |
| Payments | - $20,590.81 |
| Other Credits | - $138.94 |
| Transactions | + $23,718.74 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $3,979.57** |
| Credit Limit | $5,000.00 |
| Available Credit (as of Mar. 19, 2020) | $1,020.43 |
| Cash Advance Credit Limit | $2,500.00 |
| Available Credit for Cash Advances | $1,020.43 |

Rewards Balance as of
03/18/2020
**$1,053.18**

Track and redeem your rewards with our mobile app or on www.capitalone.com

| Previous Balance | Earned | Redeemed |
|---|---|---|
| $87.75 | $965.43 | $0.00 |

## Account Notifications

 You are enrolled in AutoPay. You've selected to pay $2,500.00, which will be debited from your bank account on your Due Date. If your payment is less than the minimum amount due, make an additional payment to meet that amount. If your payment is more than your current balance, we will only debit the current balance.

Pay or manage your account on our mobile app or at  www.capitalone.com.       Customer Service: 1-800-867-0904       See reverse for Important Information

 **Capital**One

Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Payment Due Date: **Apr. 16, 2020**

Account Ending in 4040

New Balance

**$3,979.57**

Minimum Payment Due

**$39.00**

Amount Enclosed

$ _____

400039

**Pay your bill on the go.**
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

SIMON BATASHVILI
TOWER EQUITY LLC
321 DALEHURST AVE
LOS ANGELES, CA 90024-2511

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

1  4154177495324040  19  3979574325760039007

001

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full without Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How Is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
© 2020 Capital One. Capital One is a federally registered service mark    01/01/20

## Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

---

Pay online at www.capitalone.com/sparkbusiness

Pay using our mobile app

---

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

---

Any written requests on this form **will not be honored**. To manage your account, please refer to your billing statement for customer service options.

## Transactions

Visit www.capitalone.com/sparkbusiness to see detailed

### SIMON BATASHVILI #4040: Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Feb 20 | CAPITAL ONE MOBILE PYMTAuthDate 20-Feb | - $990.58 |
| Feb 22 | CAPITAL ONE MOBILE PYMTAuthDate 22-Feb | - $835.91 |
| Feb 24 | CAPITAL ONE MOBILE PYMTAuthDate 24-Feb | - $990.58 |
| Feb 26 | CAPITAL ONE MOBILE PYMTAuthDate 26-Feb | - $2,780.78 |
| Feb 28 | CAPITAL ONE MOBILE PYMTAuthDate 28-Feb | - $990.58 |
| Mar 3 | CAPITAL ONE MOBILE PYMTAuthDate 03-Mar | - $4,223.12 |
| Mar 6 | CAPITAL ONE MOBILE PYMTAuthDate 06-Mar | - $2,027.05 |
| Mar 12 | CAPITAL ONE MOBILE PYMTAuthDate 12-Mar | - $3,426.45 |
| Mar 15 | CAPITAL ONE MOBILE PYMTAuthDate 15-Mar | - $4,325.76 |

### LUCAS ASHER #8813: Credits

| Date | Description | Amount |
|------|-------------|--------|
| Mar 18 | HOTELSCOM9200627504382HOTELS.CO MWA ARRIVE: 03/18/20 | - $138.94 |

### SIMON BATASHVILI #4040: Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Feb 19 | ANSWER FIRST COMMUNICATIO813-8825307FL | $107.00 |
| Feb 21 | HOOPLA SOFTWARE INC888-7481960CA | $2,945.67 |
| Feb 23 | POSTMATES 56F02 TASTYHTTPSPOSTMATECA | $57.68 |
| Feb 25 | DELAWARE CORP & TAX WEB302-739-3073DE | $20.00 |
| Feb 26 | USPS.COM CLICKNSHIP800-344-7779DC | $62.40 |
| Feb 26 | ENVOY - WWW.ENVOY.COM4156366605CA | $299.00 |
| Feb 26 | ENVOY - WWW.ENVOY.COM4156366605CA | $299.00 |
| Mar 1 | ANSWER FIRST COMMUNICATIO813-8825307FL | $34.95 |
| Mar 2 | COAST 2 COAST ACCOUNTING3108048968CA | $145.00 |
| Mar 4 | Upwork -288786611REF        OOCA | $244.63 |
| Mar 4 | Upwork -288793559REF        OOCA | $77.25 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 4 | ANSWER FIRST COMMUNICATIO813-8825307FL | $506.14 |
| Mar 5 | Upwork -288907235REF        OOCA | $473.80 |
| Mar 5 | ANSWER FIRST COMMUNICATIO813-8825307FL | $118.00 |
| Mar 5 | ANSWER FIRST COMMUNICATIO813-8825307FL | $506.14 |
| Mar 6 | USPS.COM CLICKNSHIP800-344-7779DC | $15.50 |
| Mar 9 | Upwork -289793629REF        OOCA | $77.25 |
| Mar 9 | Upwork -289730275REF        OOCA | $150.20 |
| Mar 9 | USPS.COM CLICKNSHIP800-344-7779DC | $31.20 |
| Mar 10 | USPS.COM CLICKNSHIP800-344-7779DC | $7.75 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $23.25 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $10.40 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $7.75 |
| Mar 11 | USPS.COM CLICKNSHIP800-344-7779DC | $26.50 |
| Mar 13 | STREAMLINE BOOKKEEPING510-5452161CA | $1,505.00 |
| Mar 13 | LASTPASS.COM7037128315MA | $1,296.00 |
| Mar 14 | ANSWERCONNECT800-531-5828OR | $92.33 |
| Mar 14 | ANSWERCONNECT800-531-5828OR | $71.65 |
| Mar 14 | ANSWERCONNECT800-531-5828OR | $338.54 |
| Mar 16 | Upwork -291026274REF        OOCA | $257.50 |
| Mar 16 | Upwork -291103529REF        OOCA | $77.25 |
| Mar 16 | AUTHORIZE.NET877-4473938CA | $30.00 |
| Mar 17 | Upwork -291197321REF        OOCA | $473.80 |
| Mar 17 | PandaDoc415-8004537CA | $1,652.00 |
| Mar 18 | GOOGLE *SVCSmetals.comg.co/HelpPay#CA | $119.94 |
| Mar 18 | GOOGLE *SVCSmetals.comg.co/HelpPay#CA | $119.94 |
| Mar 18 | GOOGLE *GSUITE_chasemecc@google.comCA | $20.28 |
| Mar 18 | Google LLC GSUITE_chaseme650-2530000CA | $181.50 |
| Mar 18 | Google LLC GSUITE_chaseme650-2530000CA | $20.28 |
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $10.40 |
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $20.80 |
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $11.05 |

Transactions continue on the back of this page

**Capital**One® | SPARK BUSINESS

Spark® Visa Signature Business Account Ending **in 4040**
Feb. 20, 2020 - Mar. 19, 2020 | 29 days in Billing Cycle

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 18 | USPS.COM CLICKNSHIP800-344-7779DC | $10.40 |
| Mar 18 | ATLASSIANATLASSIAN B.V | $15.00 |
| **SIMON BATASHVILI #4040: Total** | | **$12,570.12** |

### LUCAS ASHER #8813: Transactions
Purchase Spend Limit : $0.00  Cash Spend Limit : $0.00

| Date | Description | Amount |
|------|-------------|--------|
| Feb 19 | DOORDASH*CAFE LAURENTSTRIPE.COMCA | $26.48 |
| Feb 19 | AMERICAN AIRO012116626492FORT WORTHTX TK#: 0012116626492 PSGR: BRIANNA SANDOVAL ORIG: DFW, DEST: LAX S/O: X CARRIER: AA SVC: B | $594.39 |
| Feb 19 | DELTA AIR 0062420030087DELTA.COMCA TK#: 0062420030087 PSGR: SANDOVAL/BRIANN ORIG: LAX, DEST: DFW S/O: O CARRIER: DL SVC: I | $402.40 |
| Feb 20 | DOORDASHSTRIPE.COMCA | $83.17 |
| Feb 20 | DOORDASH*SKY GOURMET TSTRIPE.COMCA | $24.87 |
| Feb 21 | DOORDASH*CAFE 50SSTRIPE.COMCA | $135.17 |
| Feb 22 | SHELL OIL        /809BEVERLY HILLSCA | $72.88 |
| Feb 22 | AEROMEXI AER      3705HOUSTONTX | $157.56 |
| Feb 24 | MONDRIAN HOTELW HOLLYWOODCA ARRIVE: 02/21/20 | $830.70 |
| Feb 25 | DOORDASH*MILO & OLIVESTRIPE.COMCA | $114.01 |
| Feb 25 | DOORDASH*THE HENRYSTRIPE.COMCA | $24.07 |
| Feb 25 | CENTURION LIFESTYLE LLWEST HOLLYWOOCA RETURN: 02/25/20 | $901.36 |
| Feb 27 | DOORDASH*LOCANDA VENETSTRIPE.COMCA | $52.56 |
| Feb 27 | Amazon.com*      HN3Amzn.com/billWA | $39.80 |
| Feb 27 | DOORDASH*FRESH CORN GRSTRIPE.COMCA | $39.48 |
| Feb 27 | LA CITY PARKING METERLOS ANGELESCA | $1.00 |
| Feb 27 | EXXONMOBIL        7546BEVERLY HILLSCA | $52.62 |
| Feb 28 | CENTURION LIFESTYLE LLWEST HOLLYWOOCA RETURN: 02/28/20 | $600.91 |
| Feb 28 | DOORDASH*BIIBIIPSTRIPE.COMCA | $22.59 |
| Feb 29 | WHARTON ONLINE215-898-4764PA | $995.00 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Feb 29 | TMOBILE POSTPAID WEB800-937-8997WA | $501.65 |
| Feb 29 | Spotify USA877-7781161NY | $9.99 |
| Mar 1 | DOORDASH*BEVMO!STRIPE.COMCA | $266.40 |
| Mar 1 | SQ *VERVE COFFEE ROASTERSWest HollywooCA | $16.10 |
| Mar 1 | GOOGLE*GSUITE TOWERTRAINTERNETCA | $43.75 |
| Mar 1 | WEHO Street MetersWEST HOLLYWOOCA | $3.00 |
| Mar 2 | DOORDASH*FAST - LIQUORSTRIPE.COMCA | $21.31 |
| Mar 2 | Upwork -288311821REF       DOCA | $386.25 |
| Mar 2 | DOORDASH*MILO & OLIVESTRIPE.COMCA | $162.41 |
| Mar 2 | SHOPIFY* 76297729HTTPSSHOPIFY.IL | $29.00 |
| Mar 2 | GOOGLE *GSUITE_kotelhocc@google.comCA | $2.48 |
| Mar 4 | DNH*GODADDY.COM480-5058855AZ | $22.16 |
| Mar 5 | Google LLC GSUITE_towereq650-2530000CA | $206.89 |
| Mar 5 | GOOGLE *GSUITE_towereqcc@google.comCA | $206.89 |
| Mar 5 | GEICO *AUTO800-841-3000DC | $764.27 |
| Mar 5 | DOORDASH*FRESH CORN GRSTRIPE.COMCA | $40.69 |
| Mar 5 | LA CITY PARKING METERLOS ANGELESCA | $0.25 |
| Mar 6 | Upwork -288934001REF       DOCA | $942.45 |
| Mar 6 | DOORDASH*INDIAS GRILLSTRIPE.COMCA | $30.25 |
| Mar 7 | DNH*GODADDY.COM480-5058855AZ | $22.16 |
| Mar 8 | DNH*GODADDY.COM480-5058855AZ | $22.16 |
| Mar 9 | Upwork -289653316REF       DOCA | $77.25 |
| Mar 9 | DNH*GODADDY.COM480-5058855AZ | $9.99 |
| Mar 10 | AMZN Mktp US*      BC13Amzn.com/billWA | $22.98 |
| Mar 10 | AMZN Mktp US*      OD23Amzn.com/billWA | $54.06 |
| Mar 11 | AMZN Mktp US*      91M3Amzn.com/billWA | $60.10 |
| Mar 11 | AMZN Mktp US*      BPT3Amzn.com/billWA | $146.72 |
| Mar 12 | AMZN Mktp US*      DQ13Amzn.com/billWA | $421.27 |
| Mar 12 | D J*WALL-ST-JOURNAL800-568-7625MA | $19.49 |
| Mar 12 | DNH*GODADDY.COM480-5058855AZ | $95.88 |

Transactions continue on the next page

**Capital**One | SP★RK
BUSINESS

Spark® Visa Signature Business Account Ending in 4040
Feb. 20, 2020 - Mar. 19, 2020 | 29 days in Billing Cycle

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 12 | DNH*GODADDY.COM<br>EUROPEGODADDY.COM<br>69.99 EUR<br>0.882486446 Exchange Rate | $79.31 |
| Mar 13 | Upwork -290240267REF ████ OOCA | $154.50 |
| Mar 13 | DNH*GODADDY.COM<br>EUROPEGODADDY.COM<br>33.12 EUR<br>0.891041162 Exchange Rate | $37.17 |
| Mar 17 | DELTA AIR<br>0062423493522DELTA.COMCA<br>TK#: 0062423493522<br> PSGR: PORTER/JOSHUA M<br>ORIG: DTW, DEST: BNA<br> S/O: O CARRIER: DL SVC: X<br>ORIG: BNA, DEST: DTW<br> CARRIER: DL SVC: X | $266.80 |
| Mar 17 | DELTA AIR   Seat FeesDELTA.COMCA | $49.98 |
| Mar 18 | STK*Shutterstock866-6633954NY | $169.00 |
| Mar 18 | STK*Shutterstock866-6633954NY | $29.00 |
| Mar 18 | HOTELSCOM9200627504382HOTELS.CO<br>MWA<br>ARRIVE: 03/18/20 | $273.19 |
| Mar 18 | STK*Shutterstock866-6633954NY | $29.00 |
| Mar 18 | DOORDASH<br>DASHPASSWWW.DOORDASH.CA | $9.99 |
| Mar 18 | AIRBNB HMMTT9PCYPAIRBNB.COMCA<br>ARRIVE: 03/18/20 | $271.41 |

| **LUCAS ASHER #8813: Total** | **$11,148.62** |
|---|---|

| **Total Transactions for This Period** | **$23,718.74** |
|---|---|

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 18.49% P | $0.00 | $0.00 |
| Cash Advances | 24.49% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300086

Get the app designed to save time.
Effortlessly manage your account on the go with
the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

**249**

# ATTACHMENT R



## *Global Investigations*

| | |
|---|---|
| **Law Enforcement Officer:** | Planer, Elizabeth |
| **Law Enforcement Agency:** | Alabama Securities Commission |
| **Requested On:** | Tue, 24 Mar 2020 15:08 |
| **Evidence Gathered On:** | Tue, 07 Apr 2020 16:30 |
| **Law Enforcement Reference:** | S19-0101 |

All times indicated in this document refer to time zone GMT

### Registration Information

| *User Info* | |
|---|---|
| First Name | Lucas |
| Middle Name | |
| Last Name | Asher |
| DOB | 6-Jun-85 |
| CC Statement Name | CHASEMETALS |
| Email | corporate@metals.com, marketing@metals.com |
| *Business Info* | |
| Business Name | Chase Metals |
| URL | https://www.chasemetals.com/ |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | █████5701 |
| Account Type | Business - Verified |
| Time Created | Mon, 23 Jan 2017 1:50:36 |
| *SSN* | |
| SSN | █████9848 |
| TIN | ████3636 |

### Email Addresses

**251**

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| corporate@metals.com | TRUE | TRUE | TRUE |
| marketing@metals.com | FALSE | TRUE | TRUE |
| corporate@chasemetals.com | FALSE | TRUE | FALSE |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| +1 ████ 5787 | Confirmed | Mobile - Deleted |
| +1 ████ 7310 | Confirmed | Mobile - Deleted |
| +1 ████ 5213 | Confirmed | Mobile |
| +1 ████ 326 | Unconfirmed | Work - Deleted |

| Addresses | | |
|---|---|---|
| Address | Use | Date Entered |
| Daniella Salvi, 767 Fifth Avenue , NEW YORK, NY, US 10153-0023 | Gift (Hidden) | 12/14/19 |
| Ray Lee, 26 Ormindale Ct , Oakland, CA, US 94611 | Gift (Hidden) | 12/03/19 |
| Zuleika Carvajal, 189 The Grove Drive , LOS ANGELES, CA, US 90036-6222 | Gift (Hidden) | 12/02/19 |
| Kayla Hershberger, 5360 Ensign Rd , West Farmington, OH, US 44491-8756 | Gift (Hidden) | 12/02/19 |
| Aurora Morals, 767 Fifth Avenue , NEW YORK, NY, US 10153-0023 | Gift (Hidden) | 11/05/19 |
| lucas asher, 10134 Angelo View Drive , Beverly Hills, CA, US 90210 | Gift (Hidden) | 10/22/19 |
| Lucas Asher, 700 , Beverly Hills, CA, US 90211-2407 | Gift (Hidden) | 10/10/19 |
| Lucas Asher, 189 The Grove Drive , LOS ANGELES, CA, US 90036-6222 | Gift (Hidden) | 09/21/19 |
| Lucas Asher, 8383 Wilshire Blvd 700, Beverly Hills, CA, US 90211 | Gift (Hidden) | 02/07/19 |
| Emile Haynie, 2536 Mount Beacon Terrace , Los Angeles, CA, US 90068 | Gift (Hidden) | 01/29/19 |
| Chase Metals, 201 ocean ave #1204p, Santa Monica, CA, US 90402 | | 11/30/18 |
| 8383 wilshire blvd suite 412 , beverly hills, CA, US 90211 | Third Party Added (Hidden) | 10/27/18 |

| | | |
|---|---|---|
| Chase Metals, 8383 wilshire blvd suite 412 , beverly  hills, CA, US 90211 | | 10/27/18 |
| metals .com, 8383 wilshire blvd suite 700, beverly hills, CA, US 90211 | Gift (Hidden) | 09/26/18 |
| Lucas Asher, 8383 wilshire blvd suite 412 , beverly hills, , US 90211 | Gift (Hidden) | 07/25/18 |
| Lucas Asher, 201 ocean ave #1204p, santa monica, CA, US 90402 | Gift (Hidden) | 07/01/18 |
| Marta De Zambiasi, via del cristo, 5, 36061 36061, BASSANO DEL GRAPPA, VICENZA, IT 36061 | Gift (Hidden) | 06/13/18 |
| L A, 8383 wilshire blvd suite 412, beverly hills, CA, US 90211 | Gift (Hidden) | 06/11/18 |
| LUCAS ASHER, 201 OCEAN AVE UNIT 1204P , SANTA MONICA, CA, US 90402-1437 | Gift (Hidden) | 04/24/18 |
| Lucas Asher, 8383 wilshire blvd , beverly hills, CA, US 90211 | Gift (Hidden) | 03/11/18 |
| Chase Metals, 321 Dalehurst Ave , Los Angeles, CA, US 90024 | Home Or Work | 11/19/17 |
| Lucas Asher, 321 Dalehurst dr , los angeles , , US 90024 | Gift (Hidden) | 11/17/17 |
| Chase Metals, 321 Dalehursts Ave , Los Angeles, CA, US 90024 | Gift (Hidden) | 11/17/17 |
| metals .com, 8383 wilshire blvd ste 412, beverly hills, CA, US 90211 | Gift (Hidden) | 10/30/17 |
| Lucas Asher, 8383 wilshire blvd, ste 412 , beverly hills, beverly hills, GB 90211 | Gift (Hidden) | 09/17/17 |
| Lucas  Asher, 201 ocean ave 1204p, santa monica, CA, US 90402 | Gift (Hidden) | 08/06/17 |
| Lucas Asher, 8383 wilshire blvd ste 412, beverly hills, CA, US 90211 | Gift (Hidden) | 05/09/17 |
| CHASE METALS, 8383 wilshire blvd , beverly hills, CA, US 90211 | Gift (Hidden) | 04/04/17 |
| CHASE METALS, 8383 wilshire blvd ste 412, beverly hills, CA, US 90211 | Gift (Hidden) | 04/04/17 |
| Chase Metals, 11360 Waterford St , los angeles, CA, US 90064 | Home Or Work | 02/27/17 |

| Merrill Gold, 11150 W Olympic Blvd Ste 680 suite 680, los angeles, CA, US 90064-1857 | Gift (Hidden) | 02/13/17 |
| Chase Metals, 433 N CAMDEN DR, SUITE 970 , beverly hills, CA, US 90210 | Home Or Work | 01/23/17 |
| Chase Metals, 433 N CAMDEN DR, SUITE 970 , beverly hills, CA, US 90210 | Home Or Work | 01/23/17 |

| Financial Information | |
| --- | --- |
| Summary | |
| Account Balance | USD 59,053.68 (Primary) |
| Total Amount Sent | USD 1,321,116.77 (Primary) |
| Total Amount Received | USD 3,328,170.32 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 3,859.07 |
| Amount Received Month 2 | USD 27,714.26 |
| Amount Received Month 3 | USD 6,897.49 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | USD 5,070.62 |
| Secure Card Attributes | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| PayPal Credit | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

| Bank Accounts | | | | |
| --- | --- | --- | --- | --- |
| Account # | Status | Name | Bank Info | Routing # |
| 1169029387 | BLOCKED | Chase Metals | | 322270288 |
| Type | Bank Name | Confirmed | | Country |

254

| CHECKING | CIT BANK N.A. | Confirmed: Two Random Deposits | US |
|---|---|---|---|

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| 325101534024 | ACTIVE-Primary | Chase Metals | | 121000358 |

| Type | Bank Name | Confirmed | | Country |
|---|---|---|---|---|
| CHECKING | BANK OF AMERICA, N.A. | Confirmed: Instant | | US |

| | | Credit Cards | | |
|---|---|---|---|---|
| Account # | Status | Name | Start Date | Expiration Date |
| 5205310000089313 | REMOVED-Expired | Lucas Asher | 27-Feb-17 | 12/2019 |
| Type | Issuer | Confirmed | Issue # | Currency |
| MASTER_CARD CREDIT | CIT BANK, N.A. | Unconfirmed | | USD |
| Account # | Status | Name | Start Date | Expiration Date |
| 372729112049022 | INACTIVE | Lucas Asher | 1-Nov-18 | 04/2023 |
| Type | Issuer | Confirmed | Issue # | Currency |
| AMEX CREDIT | American Express | Unconfirmed | | USD |
| Account # | Status | Name | Start Date | Expiration Date |
| 372729112042027 | INACTIVE | Lucas Asher | 19-Nov-17 | 09/2022 |
| Type | Issuer | Confirmed | Issue # | Currency |
| AMEX CREDIT | American Express | Unconfirmed | | USD |
| Account # | Status | Name | Start Date | Expiration Date |
| 5178057977181408 | REMOVED | Lucas Asher | 30-Nov-18 | 05/2023 |
| Type | Issuer | Confirmed | Issue # | Currency |
| MASTER_CARD CREDIT | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | Unconfirmed | | USD |
| Account # | Status | Name | Start Date | Expiration Date |
| 372729112041029 | REMOVED | Lucas Asher | 9-Mar-19 | 11/2023 |
| Type | Issuer | Confirmed | Issue # | Currency |
| AMEX CREDIT | American Express | Unconfirmed | | USD |
| Account # | Status | Name | Start Date | Expiration Date |
| 5236670002264070 | REMOVED | Lucas Asher | 17-Feb-18 | 01/2023 |
| Type | Issuer | Confirmed | Issue # | Currency |
| MASTER_CARD CREDIT | OPUS BANK | Unconfirmed | | USD |

This document is sent electronically and does not require any signature.

255

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**256**



**PayPal**

*Global Investigations*

| Law Enforcement Officer: | |
|---|---|
| Law Enforcement Agency: | |
| Requested On: | Fri, 03 Apr 2020 17:35 |
| Evidence Gathered On: | Fri, 03 Apr 2020 22:34 |
| Law Enforcement reference: | S-19-0101 |

| Listing Parameters | |
|---|---|
| ID | 13693990187801457O1 |
| Listing Start Date/Time | Sun, 01 Jan 2017 0:00 |
| Listing End Date/Time | Tue, 24 Mar 2020 23:59 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

257

# ATTACHMENT S

# Legal Receipt for Shopper ID 31291669

| | |
|---|---|
| Shopper ID: | 31291669 |
| Receipt ID: | 1558561037 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 9/20/2019 2:53:11 PM |
| Source Code: | ??? |

**Shipping Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

**Billing Information**

Lucas Asher

Prometheus Laboratories Corp

8383 wilshire blvd

beverly hills, CA 90211 US

Daytime Phone: +1.3108666213

asher@famelab.com

| | |
|---|---|
| IP: | 98.153.204.146::https://payment.api.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $526.91*

| | |
|---|---|
| Paid: | paypal |
| Processor: | PayPal-GD |
| Account: | B-951883994N014754M |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: towertrade.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 2 | 7001-1 | Private Registration Services Length: 1 Year(s) Domain: towertrade.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.81 |
| 3 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: unfits.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 4 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: unfits.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

## Legal Receipt for Shopper ID 31291669

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 5 | 70041-1 | .COM Bulk Domain Name Renewal (6-20) - 2 years (recurring) Length: 2 Year(s) Domain: ecoeons.com This is a service item. | $35.98 | $35.98 | $0.36 | 1 | $0.00 | $36.34 |
| 6 | 70371-1 | .COM Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: paylessrent.com This is a service item. | $71.96 | $71.96 | $0.72 | 1 | $0.00 | $72.68 |
| 7 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: paylessrent.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |
| 8 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 Year(s) Domain: soldierchecks.com This is a service item. | $17.99 | $17.99 | $0.18 | 1 | $0.00 | $18.17 |
| 9 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: soldierchecks.com This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |
| 10 | 70571-1 | .ORG Bulk Domain Name Renewal (6-20) - 4 years (recurring) Length: 4 Year(s) Domain: soldierchecks.org This is a service item. | $83.96 | $83.96 | $0.72 | 1 | $0.00 | $84.68 |
| 11 | 17001-1 | Private Registration Services - Renewal Length: 1 Year(s) Domain: soldierchecks.org This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $39.96 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $526.91 | $0.00 | $0.00 | $526.91 |

CONFIDENTIAL

**260**

# ATTACHMENT T

## Planer, Elizabeth

**From:**                                           334 ·                    334@protonmail.com>
**Sent:**        Monday, August 30, 2021 1:07 PM
**To:**          Planer, Elizabeth
**Subject:**     Fw: ↑ Dark pool recommendation daily winners↑ 6/11


Sent with ProtonMail Secure Email.

-------- Original Message --------
On Friday, June 11th, 2021 at 2:08 PM, <gus@portfolioinsider.com> wrote:

> Happy Friday Rick!
>
> Have you been watching how bullish the market has been recently? Here are some daily
> opportunities you likely missed on for the day. I know you are very busy but, lets try and
> connect soon to get you winning more consistently in the stock market.
>
>
> Today
> (XIN) [↑] 22.3% (As of 11:52 AM PST) 6/11
> (VXRT) [↑] 19.9% (As of 11:52 AM PST) 6/11
> (MDLA) [↑] 15.2% (As of 11:52 AM PST) 6/11
> (EVFM) [↑] 18% (As of 11:52 AM PST) 6/11

1



*Portfolio Insider Customer Support*
**■■■-2909**
*support@portfolioinsider.com*

Check out our review by Bezinga!

**Portfolio Insider**

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

**263**

# ATTACHMENT U

**Planer, Elizabeth**

---

| | |
|---|---|
| **From:** | ███████ 334 < ████████ 334@protonmail.com> |
| **Sent:** | Monday, August 30, 2021 1:07 PM |
| **To:** | Planer, Elizabeth |
| **Subject:** | Fw: ↑ Dark blueprint Daily Winners↑ 6/12 |

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, June 14th, 2021 at 6:33 PM, <gus@portfolioinsider.com> wrote:

Mondays are the start of the work week which offer new beginnings 52 times a year  Rick!

Another bullish Monday is being set up today! How has the stock market treated you over this last week. I hope you are able to take advantage of all the exciting things happening of the market as of late. Here is some screenshots of some recommendations that you likely missed today!

Lets try and connect soon, so you can take advantage of these winners everyday

Today
(AVXL) ↑ 30.5%  (As of 12:03 PM PST) 6/12
(QD) ↑ 14.3%  (As of 12:03 PM PST) 6/12
(CAN) ↑ 12.5% (As of 12:03 PM PST) 6/12
(DAO) ↑ 12.7% (As of 12:03 PM PST) 6/12

**265**



All the best,
Gus

██████-7127

*Portfolio Insider Customer Support*
**██████-2909**
support@portfolioinsider.com

Check out our review by Bezinga!
**Portfolio Insider**

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice.  Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

**266**

# ATTACHMENT V

**Planer, Elizabeth**

| | |
|---|---|
| **From:** | ⬛⬛⬛334 ⬛⬛⬛⬛⬛⬛334@protonmail.com> |
| **Sent:** | Tuesday, August 31, 2021 12:40 PM |
| **To:** | Planer, Elizabeth |
| **Subject:** | Fw: RE: Portfolio Insider, A Partner of NASDAQ – Institutional Order Flow (Dark Pool) Access |

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, August 31st, 2021 at 10:17 AM, <darren@portfolioinsider.com> wrote:

Hi Rick,

I just left you a voicemail regarding your desire to get a competitive edge in the Stock Market by getting access to institutional order flow.

This is regarding access to the Dark Pool / Private Exchanges that you requested, where all the big hedge funds and institutions trade behind private exchanges.

Please note: This is NOT a product to replace anything that you already have access to but rather a product to enhance your trading results by providing Dark Pool Data Analytics that most retail investors are not able to access.

We track over 1500 of the largest Hedge Funds and Institutional Lenders with our proprietary software that includes all activity in the Dark Pool.

On our WEBINAR, this morning, we explained about Dark Pools or Off-Market Exchanges and identified 2 problems the retail investor has in the stock market.

1.    You are always late to the party.  You get your information too slow, which means that you keep chasing the stock.

2.    You are only seeing 35% of the market in real-time.  Did you know that that up to 65% percent is traded in DARK POOLS or OFF-MARKET EXCHANGES?

That means as a retail investor you only see 1/3rd of the market.

Here at Portfolio Insider, we are able to identify these stocks because we have access to the Dark Pool, that makes up 2/3rds of the market.

I wanted to get this information right away, so that you can see what's happening in the 65% of the market that you do not currently have access to.

Please click links below to see what we were able to identify, the last few days, in the Dark Pool:

1

**268**

*August 30, 2021*
*https://www.awesomescreenshot.com/video/5035239?key=ccb69be9956fc9c8421ed8ddafad7fc7*
*Benzinga Review*
*https://www.benzinga.com/money/portfolio-insider-review/*
*What is a Dark Pool?*
*https://www.investopedia.com/terms/d/dark-pool.asp*

*You can also take advantage of our daily Webinar that will help give you a better understanding of what we do and how are platform performs.*
*We also have special discount offer for those that attend the Webinar.*

*Daily FREE Webinar - https://bit.ly/DarkWatch*

*Get a competitive edge and open your eyes to the other 65 percent of the market that's traded behind private exchanges.*

*As an Investor, how can you scan thru 5000 stocks, 9 million trades, and compete with the biggest high frequency trading firms like citadel?*

*If you have 15-20 minutes to see the platform in action, I can walk you through our terminal where we identify 200+ stocks with triple digit returns every year. This doesn't even include the options contracts...*

*I look forward to speaking with you soon,*


*Darren Woodward*
███████4242
Darren@PortfolioInsider.com
**Portfolio Insider**

**269**

# ATTACHMENT W



# ATTACHMENT X



# ATTACHMENT Y





SUNP0003

# ATTACHMENT Z

**Planer, Elizabeth**

| | |
|---|---|
| **From:** | Rodney James <​3335@sudomail.com> |
| **Sent:** | Friday, July 9, 2021 10:56 AM |
| **To:** | Planer, Elizabeth |
| **Subject:** | Fwd: **1** Dark pool recommendation daily winners**1** 6/11 |

---------- Forwarded message ----------

From: gus@portfolioinsider.com
Date: 06/11/2021, 2:06 PM
Subject: 1 Dark pool recommendation daily winners 1 6/11
To: Rodney James

Happy FridayRodney!

Have you been watching how bullish the market has been recently?Here are some daily opportunities you likely missed on for the day. I know you are very busy but, lets try and connect soon to get you winning more consistently in the stock market.


Today
(XIN) 1 22.3%(As of 11:52 AM PST) 6/11
(VXRT) 1 19.9%(As of 11:52 AM PST) 6/11
(MDLA) 1 15.2% (As of 11:52 AM PST) 6/11
(EVFM) 1 18% (As of 11:52 AM PST) 6/11

1

**278**



**XIN**
Xinyuan Real Estate Co Ltd

Open: $2.91
High: $3.72
Low: $2.82

$3.57  +32.70%

**High** 7.51x  **Bullish**
Trade Vol
$6.29M  100.00%
Trade Flow  Call Prem
12.61K  $12.87K
Total Vol  Put Prem
21.74M  $0

**VXRT**
Vaxart Inc

Open: $7.53
High: $10.00
Low: $7.39

$9.03  +19.90%

**High** 24.64x  **Bullish**
Trade Vol  All Ratio
$46.18M  95.90%
Trade Flow  Call Prem
113.92K  $184.74K
Total Vol  Put Prem
419.86M  $5.4K

**MDLA**
Medallia Inc

Open: $28.47
High: $33.40
Low: $27.85

$32.80  +15.20%

**High** 11.1x  **Bullish**
Trade Vol
$2.65M  100.00%
Trade Flow  Call Prem
9.62K  $55.5K
Total Vol  Put Prem
84.56M  $0

**EVFM**
Evofem Biosciences Inc

Open: $1.14
High: $1.37
Low: $1.08

$1.34  +18.30%

**High** 5.03x  **Bullish**
Trade Vol  Call Ratio
$32.81M  100.00%
Trade Flow  Call Prem
23.88K  $15.61K
Total Vol  Put Prem
41.14M  $0

*Portfolio Insider Customer Support*
**2909**
[support@portfolioinsider.com](mailto:support@portfolioinsider.com)

Check out our review by Bezinga!

**Portfolio Insider**

All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.

**279**

# ATTACHMENT AA



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

JOSEPH P. BORG
Director

AMANDA L. SENN
Chief Deputy Director

EDWIN L. REED          LOUIS V. FRANKLIN, SR.
Deputy Director            Deputy Director
Administration               Enforcement

STEPHEN P. FEAGA
Chief of Litigation

COMMISSIONERS

CHAIR
MARLENE M. McCAIN
Certified Public Accountant

STEVEN T. MARSHALL
Attorney General

MIKE HILL
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

S. DAGNAL ROWE
Attorney at Law

W. ALLEN CARROLL, JR.
Certified Public Accountant

HOPE S. MARSHALL
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama* 1975, §8-6-3 through §8-6-8 or a claim for exemption pursuant to *Code of Alabama* 1975, §8-6-10 or §8-6-11 or licensure pursuant to The Alabama Monetary Transmission Act, *Code of Alabama* 1975, §8-7A-1, *et seq.* for **Portfolio Insider, LLC.**

Witness my hand and seal this ____4th____ day of ____June____ 2021.

_____Tina Tell_____
TINA TELL
Securities Registration Manager
Licensing and Registration

**281**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director              Deputy Director
Administration                 Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama* 1975, §8-6-3 through §8-6-8 or a claim for exemption pursuant to *Code of Alabama* 1975, §8-6-10 or §8-6-11 or licensure pursuant to The Alabama Monetary Transmission Act, *Code of Alabama* 1975, §8-7A-1, *et seq.* for **United Gold Group, Inc. also known as UGG, and United Asset Group.**

Witness my hand and seal this ___4th___ day of ___June___ 2021.



_Tina Tell_____
TINA TELL
Securities Registration Manager
Licensing and Registration

**282**



# ALABAMA SECURITIES COMMISSION

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL 36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director            Deputy Director
Administration             Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **David John Bleeden (CRD#2564646) (DOB 1961)** as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ____4th____ day of ____June____ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**283**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**              **LOUIS V. FRANKLIN, SR.**
Deputy Director                Deputy Director
Administration                 Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Randall Alan Kohl (DOB 1960)** as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ____4th____ day of ____June____ 2021.



_Tina Tell_
TINA TELL
Securities Registration Manager
Licensing and Registration

**284**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**            **LOUIS V. FRANKLIN, SR.**
Deputy Director            Deputy Director
Administration            Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama* 1975, §8-6-3 through §8-6-8 or a claim for exemption pursuant to *Code of Alabama* 1975, §8-6-10 or §8-6-11 or licensure pursuant to The Alabama Monetary Transmission Act, *Code of Alabama* 1975, §8-7A-1, *et seq.* for **United Gold Group, Inc.**

Witness my hand and seal this 4th day of ___June___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**285**



# ALABAMA SECURITIES COMMISSION

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**            **LOUIS V. FRANKLIN, SR.**
Deputy Director                  Deputy Director
Administration                     Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama* 1975, §8-6-3 through §8-6-8 or a claim for exemption pursuant to *Code of Alabama* 1975, §8-6-10 or §8-6-11 or licensure pursuant to The Alabama Monetary Transmission Act, *Code of Alabama* 1975, §8-7A-1, *et seq.* for **UGG.**

Witness my hand and seal this ⟨4th⟩ day of ⟨June⟩ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**286**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**
Deputy Director
Administration

**LOUIS V. FRANKLIN, SR.**
Deputy Director
Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama* 1975, §8-6-3 through §8-6-8 or a claim for exemption pursuant to *Code of Alabama* 1975, §8-6-10 or §8-6-11 or licensure pursuant to The Alabama Monetary Transmission Act, *Code of Alabama* 1975, §8-7A-1, *et seq.* for **United Asset Group.**

Witness my hand and seal this ___4th___ day of ___June___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**287**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director          Deputy Director
Administration          Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of

the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of

the files of this office to be made and find no registration with the Alabama Securities Commission

pursuant to *Code of Alabama,* 1975, §8-6-3 for **Carlos Cruz (DOB 1984)** as a broker dealer agent

or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ____4th____ day of ____June____ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**288**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL 36130-4700

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

JOSEPH P. BORG
Director

AMANDA L. SENN
Chief Deputy Director

EDWIN L. REED          LOUIS V. FRANKLIN, SR.
Deputy Director        Deputy Director
Administration         Enforcement

STEPHEN P. FEAGA
Chief of Litigation

COMMISSIONERS

CHAIR
MARLENE M. McCAIN
Certified Public Accountant

STEVEN T. MARSHALL
Attorney General

MIKE HILL
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

S. DAGNAL ROWE
Attorney at Law

W. ALLEN CARROLL, JR.
Certified Public Accountant

HOPE S. MARSHALL
Attorney at Law

## TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Sam Simon,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.



_Tina Tell_

TINA TELL
Securities Registration Manager
Licensing and Registration

**289**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL 36130-4700

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

JOSEPH P. BORG
Director

AMANDA L. SENN
Chief Deputy Director

EDWIN L. REED          LOUIS V. FRANKLIN, SR.
Deputy Director          Deputy Director
Administration          Enforcement

STEPHEN P. FEAGA
Chief of Litigation

**COMMISSIONERS**

CHAIR
MARLENE M. McCAIN
Certified Public Accountant

STEVEN T. MARSHALL
Attorney General

MIKE HILL
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

S. DAGNAL ROWE
Attorney at Law

W. ALLEN CARROLL, JR.
Certified Public Accountant

HOPE S. MARSHALL
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Kyle Douglas,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**290**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**           **LOUIS V. FRANKLIN, SR.**
Deputy Director              Deputy Director
Administration               Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Evan Roberts,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**291**



# ALABAMA SECURITIES COMMISSION

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL 36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director          Deputy Director
Administration           Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN
Certified Public Accountant**

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL
Superintendent of Banks**

**JIM L. RIDLING
Commissioner of Insurance**

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.
Certified Public Accountant**

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Gus Johnson,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this \_\_15th\_\_ day of \_\_September\_\_ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**292**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

JOSEPH P. BORG
Director

AMANDA L. SENN
Chief Deputy Director

EDWIN L. REED          LOUIS V. FRANKLIN, SR.
Deputy Director            Deputy Director
Administration              Enforcement

STEPHEN P. FEAGA
Chief of Litigation

COMMISSIONERS

CHAIR
MARLENE M. McCAIN
Certified Public Accountant

STEVEN T. MARSHALL
Attorney General

MIKE HILL
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

S. DAGNAL ROWE
Attorney at Law

W. ALLEN CARROLL, JR.
Certified Public Accountant

HOPE S. MARSHALL
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Gus Jimenez,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**293**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**        **LOUIS V. FRANKLIN, SR.**
Deputy Director            Deputy Director
Administration            Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama* 1975, §8-6-3 through §8-6-8 or a claim for exemption pursuant to *Code of Alabama* 1975, §8-6-10 or §8-6-11 or licensure pursuant to The Alabama Monetary Transmission Act, *Code of Alabama* 1975, §8-7A-1, *et seq.* for **Portfolio Insider.**

Witness my hand and seal this 14th day of September 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**294**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL 36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director            Deputy Director
Administration              Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Lucas Asher also known as Lucas Erb (DOB 1985)** as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this __14th__ day of __September__ 2021.



_Tina Tell_
TINA TELL
Securities Registration Manager
Licensing and Registration

**295**



## ALABAMA SECURITIES COMMISSION

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700**
**MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director                Deputy Director
Administration                   Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Lucas Asher (DOB 1985)** as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___14th___ day of ___September___ 2021.



Tina Tell

TINA TELL
Securities Registration Manager
Licensing and Registration

**296**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700**
**MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director                Deputy Director
Administration                    Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

## TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama*, 1975, §8-6-3 for **Lucas Erb (DOB 1985)** as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___14th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**297**



## ALABAMA SECURITIES COMMISSION

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700**
**MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director                Deputy Director
Administration                    Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of

the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of

the files of this office to be made and find no registration with the Alabama Securities Commission

pursuant to *Code of Alabama,* 1975, §8-6-3 for **Simon Batashvili (DOB 1979)**  as a broker dealer

agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___14th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**298**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**        **LOUIS V. FRANKLIN, SR.**
Deputy Director          Deputy Director
Administration              Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Carlos Montero Cruz (DOB 1984)**  as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___14th___ day of ___September___  2021.

TINA TELL
Securities Registration Manager
Licensing and Registration

**299**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**                     **LOUIS V. FRANKLIN, SR.**
Deputy Director                          Deputy Director
Administration                              Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Kyle Sanna  (DOB 1990)** as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___14th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**300**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**           **LOUIS V. FRANKLIN, SR.**
Deputy Director              Deputy Director
Administration                Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **John Warren,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.



_Tina Tell_
TINA TELL
Securities Registration Manager
Licensing and Registration

**301**



# ALABAMA SECURITIES COMMISSION

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL 36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN
Certified Public Accountant**

STEVEN T. MARSHALL
Attorney General

MIKE HILL
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

S. DAGNAL ROWE
Attorney at Law

W. ALLEN CARROLL, JR.
Certified Public Accountant

HOPE S. MARSHALL
Attorney at Law

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**            **LOUIS V. FRANKLIN, SR.**
Deputy Director                    Deputy Director
Administration                        Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

## TO WHOM IT MAY CONCERN:

## CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission. I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Lyle Stotts (DOB 1988),** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**302**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**        **LOUIS V. FRANKLIN, SR.**
Deputy Director            Deputy Director
Administration              Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **John Hollingsworth (DOB 1988),** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this _15th_ day of _September_ 2021.

_Tina Tell_
TINA TELL
Securities Registration Manager
Licensing and Registration

**303**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director              Deputy Director
Administration                  Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR**
**MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Daniel Halimi (DOB 1980),** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ____15th____ day of __September__ 2021.

_Tina Tell_
TINA TELL
Securities Registration Manager
Licensing and Registration

**304**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

**JOSEPH P. BORG**
Director

**AMANDA L. SENN**
Chief Deputy Director

**EDWIN L. REED**          **LOUIS V. FRANKLIN, SR.**
Deputy Director              Deputy Director
Administration                 Enforcement

**STEPHEN P. FEAGA**
Chief of Litigation

**COMMISSIONERS**

**CHAIR
MARLENE M. McCAIN**
Certified Public Accountant

**STEVEN T. MARSHALL**
Attorney General

**MIKE HILL**
Superintendent of Banks

**JIM L. RIDLING**
Commissioner of Insurance

**S. DAGNAL ROWE**
Attorney at Law

**W. ALLEN CARROLL, JR.**
Certified Public Accountant

**HOPE S. MARSHALL**
Attorney at Law

## TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Dan Isaac,** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ____15ᵗʰ____ day of ____September____ 2021.



TINA TELL
Securities Registration Manager
Licensing and Registration

**305**



**ALABAMA SECURITIES COMMISSION**

445 DEXTER AVENUE, SUITE 12000
MONTGOMERY, ALABAMA 36104

**MAIL: POST OFFICE BOX 304700
MONTGOMERY, AL  36130-4700**

TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.alabama.gov

JOSEPH P. BORG
Director

AMANDA L. SENN
Chief Deputy Director

EDWIN L. REED          LOUIS V. FRANKLIN, SR.
Deputy Director            Deputy Director
Administration                 Enforcement

STEPHEN P. FEAGA
Chief of Litigation

COMMISSIONERS

CHAIR
MARLENE M. McCAIN
Certified Public Accountant

STEVEN T. MARSHALL
Attorney General

MIKE HILL
Superintendent of Banks

JIM L. RIDLING
Commissioner of Insurance

S. DAGNAL ROWE
Attorney at Law

W. ALLEN CARROLL, JR.
Certified Public Accountant

HOPE S. MARSHALL
Attorney at Law

### TO WHOM IT MAY CONCERN:

### CERTIFICATE OF NON-REGISTRATION

This is to certify that I am the Securities Registration Manager, Licensing and Registration, of the Alabama Securities Commission.  I do hereby certify that I have caused a diligent search of the files of this office to be made and find no registration with the Alabama Securities Commission pursuant to *Code of Alabama,* 1975, §8-6-3 for **Adam Chiang (DOB 1997),** with a California residence, as a broker dealer agent or as an investment advisor representative or as a restricted (issuer) agent.

Witness my hand and seal this ___15th___ day of ___September___ 2021.

TINA TELL
Securities Registration Manager
Licensing and Registration

**306**

# Exhibit C



805 King Farm Blvd, Suite 100
Rockville, MD  20850 / USA

Nasdaq.com

### DECLARATION OF CUSTODIAN OF RECORDS
### OF NASDAQ
### PURSUANT TO 28 U.S.C. § 1746

I, Alejandro Aguayo, hereby make the following Declaration based upon my personal knowledge:

1. I am a Senior Surveillance Analyst at Nasdaq, and as such, my responsibilities include the retrieval of Nasdaq's corporate records for use in legal and regulatory proceedings. I have authority to certify such records.

2. I am submitting this declaration for use in *Commodity Futures Trading Commission et al v. TMTE Inc et al.*, No. 3:20-cv-02910, in the United States District Court for the Northern District of Texas and for other regulatory or enforcement purposes.

3. Pursuant to an access grant with the U.S. Commodity Futures Trading Commission, the following records were voluntarily produced. They are:

   a. Portfolio Insider_00061 - Portfolio Insider_00437
   b. Portfolio Insider_00438_000001 - Portfolio Insider_00438_000945
   c. Portfolio Insider_00439_000001 - Portfolio Insider_00439_002207
   d. Portfolio Insider_00440_000001 - Portfolio Insider_00440_002647
   e. Portfolio Insider_00441_000001 - Portfolio Insider_00441_159516
   f. Portfolio Insider_00442_000001 - Portfolio Insider_00442_086273
   g. Portfolio Insider_00443_000001 - Portfolio Insider_00443_001680
   h. Portfolio Insider_00444_000001 - Portfolio Insider_00444_006084
   i. Portfolio Insider_00445_000001 - Portfolio Insider_00445_003198
   j. Portfolio Insider_00446_000001 - Portfolio Insider_00446_000121
   k. Metals-Nasdaq-0000000001 - Metals-Nasdaq-0000000022

4. The copies of the above listed documents that were produced between July 13, 2021, and August 28, 2021, constitute business records of Nasdaq that are made and kept in the regular course of the Nasdaq's business.  I am familiar with these documents and the records procedures of Nasdaq.  These documents were made and kept in accordance with Nasdaq's procedures for maintaining its records and were made by personnel of Nasdaq, with knowledge, at or near the time of the act, condition, or event to which they pertain and were kept in the course of regularly conducted business activities and were made by the regularly conducted activity as a regular practice.

5. I have reviewed the attached records and they are true and accurate copies of the records made and maintained by Nasdaq and produced in response to the above-referenced access grant.

**308**

I declare under penalty of perjury that the foregoing is true and correct.

_____

Alejandro Aguayo
Senior Surveillance Analyst


Executed on:  September 14, 2021

**309**

# Exhibit D

## DECLARATION OF GARY GROCHMAL
## PURSUANT TO 28 U.S.C. § 1746

I, Gary Grochmal, hereby make the following declaration based upon my personal knowledge:

1.      I am the Vice President of Customer Success at QUODD Financial Information Services ("QUODD"). I have over 15 years' experience in the market data industry and have had many roles at QUODD, starting in finance, and moving through technology, and operations.

2.      QUODD is a portfolio company of Financeware that provides streaming market data solutions as well as comprehensive end-of-day pricing, reference and corporate actions solutions to the global fintech, wealth, investment management, and retirement market.

3.      I am submitting this declaration for use in *Commodity Futures Trading Commission et al v. TMTE Inc et al.*, No. 3:20-cv-02910, in the United States District Court for the Northern District of Texas and for other regulatory or enforcement purposes.

Lucas Asher

4.      I have dealt directly with Lucas Asher ("Asher") in connection with the providing of data services by QUODD to Asher's company Portfolio Insider.   I am the primary point of contact for all communications and managing the relationship between Portfolio Insider and Asher and QUODD.

5.      Asher represented to me that he was in charge and controlled the operations of Portfolio Insider. During my interactions with Asher and Andrew Carpenter and Yates Sayers of Intrinio, another data services company, it was represented to me that Asher was/is the Chief Executive Officer of Retirement Insider and Portfolio Insider.

1

6.      Asher and I communicated primarily via email, video calls, and phone calls. In our email communications, Asher used the email corporate@portfolioinsider.com and routinely signed his emails "Asher."

Retirement Insider and Portfolio Insider

7.      In early September 2020, Intrinio, a data services company located in Florida, contacted me on behalf of Asher and Retirement Insider, who were seeking to license index data. Intrinio works jointly with QUODD to provide data services to Intrinio's clients.

8.      On or about September 9-10, 2020, Asher explained to me that he was looking for financial market data feeds because his company, Retirement Insider, was building a customizable financial platform to advise retail investors on stock and options trading. In these conversations, Asher indicated that he wanted to license index data feeds from QUODD. He also later licensed Nasdaq Basic from QUODD. QUODD is an authorized redistributor of Nasdaq data.

9.      Shortly after my discussions with Retirement Insider began, in September 2020, Asher and Intrinio advised me that the name of the firm had changed to Portfolio Insider. I was told that Retirement Insider was the same entity as Portfolio Insider, but was now using a different trade name. This is a common phenomenon with younger tech firms who use various trade names as they evolve and grow.

10.     QUODD's contractual relationship with Retirement Insider and Portfolio Insider was memorialized in three contracts executed with Intrinio:[1]

_____

[1] Given that these contracts contain confidential and proprietary information for QUODD and Intrinio, I am only attaching the cover page, title pages, and signature pages.

2

**312**

a. I have attached a true and accurate copy of the pertinent pages of the September 2, 2020 executed contract between Intrinio, QUODD, and Retirement Insider. The September 2, 2020 contract was signed by Asher on behalf of Retirement Insider. *Exhibit 1.*

b. I have attached a true and accurate copy of the pertinent pages of the November 11, 2020 executed contract between Intrinio, QUODD, and Portfolio Insider. The November 11, 2020 contract was signed by Asher on behalf of Portfolio Insider. *Exhibit 2.*

c. I have attached a true and accurate copy of the pertinent pages of the January 8, 2021 executed contracts between Intrinio, QUODD, and Portfolio Insider. The January 8, 2021 contract was signed by Asher on behalf of Portfolio Insider. *Exhibit 3.*

11.   The contracts in Paragraph 10, above, are referred to as redistribution agreements. QUODD has an agreement with Intrinio that covers its relationship with joint clients such Portfolio Insider.

Data Feeds

12.   Portfolio Insider licensed index data through QUODD. Portfolio Insider licensed Nasdaq Basic through QUODD.  Portfolio Insider licensed real time options quotes through QUODD.

13.   All trade data licensed from QUODD to data clients, including Portfolio Insider, is anonymous as to the identity of the counterparties involved in the trades. QUODD cannot provide its data subscribers with the identities of counterparties in any type of data, including but not limited to trades on open equity markets or from alternative trading systems commonly

3

**313**

referred to as "dark pools." Traders cannot unmask trades to identify counterparties to the transaction using the data they license from QUODD.

14.     Similarly, all real time trading data is anonymous. In fact, QUODD cannot unmask trades to identify the counterparties.

15.     The data feeds that Portfolio Insider licenses from QUODD do not disclose the real time holdings, identities, or portfolios of traders, hedge funds, banks, or individuals.

16.     It is false to claim that the data feeds licensed by QUODD would allow Portfolio Insider to see a famous trader's, such as Kenneth Griffin or Warren Buffett, holdings in real time, updated as they buy and sell.

17.     During an interview with representatives from the U.S. Commodity Futures Trading Commission, I was shown a screenshot of the Portfolio Insider website. The website's statement: "Look Inside The Portfolios Of Legendary Hedge Fund Managers & Billionaires & Analyze Their Trades In Realtime" is false. The data products licensed by QUODD do not allow one to look inside a trader's portfolio or analyze their trades in real time. *Exhibit 4.*

Portfolio Insider's Fees Paid to QUODD

18.     Pursuant to QUODD's contract with Intrinio, Intrinio is responsible for billing Portfolio Insider for data products provided to Portfolio Insider. Intrinio then pays QUODD. Portfolio Insider does not pay QUODD directly.

19.     To date, the total fees paid to QUODD for the services licensed by Portfolio Insider is approximately $32,000.

/ / /

/ / /

**314**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2021, in Maplewood, NJ.

Gary Grochmal

**315**

# Exhibit 1

## Contract Dated September 2, 2020

# Intrinio

# Retirement Insider LLC Agreement

Prepared for:

**Lucas Asher**

**Retirement Insider LLC**

300 New Jersey Avenue NW, Suite 900

Washington, DC 20001

**E** asher@towertrade.com

Prepared by:

**Steele Barcomb**

**Intrinio**

600 1st Ave N, Suite 203

St Petersburg, FL 33701

**E** sbarcomb@intrinio.com

**317**



Lucas,

Intrinio is pleased to submit the following contract agreement for your review.

**You will find the following enclosed:**
   PRICING OVERVIEW
   PRODUCT TERMS
   CONTACT INFORMATION
   SIGNEE ACCEPTANCE
   SERVICE AGREEMENT

If you agree to the terms of this contract agreement, please sign and date under the "SIGNEE ACCEPTANCE" section.

As always, if any changes are requested, or if you have any questions at all, please comment on this digital proposal (on the right). I will be alerted and will review as soon as possible.

Thanks and looking forward to working with you,

--
**Steele Barcomb**
Intrinio
sbarcomb@intrinio.com

# Intrinio

# SIGNEE ACCEPTANCE

By signing below, you hereby agree to the **Product Terms**, set forth in this ordering document, and the **Services Agreement** following this acceptance. Once signed, we will send an invoice for the contract amount to the billing contact.

<u>Payment is due net 10 days from date of signature.</u>

Intrinio, Inc. currently accepts ACH, Wire Transfer, and Credit Card payment options.
**Please select your preferred payment method:**

☐ ACH (VAT not included. It will be added to the invoiced amount where applicable)

☐ Wire Transfer (VAT not included. It will be added to the invoiced amount where applicable)

☐ Credit Card (an additional fee of 2.9% plus $0.30 on top of each transaction will be charged)

| | |
|---|---|
| **Intrinio, Inc.**<br>600 First Avenue North, Suite 203<br>Saint Petersburg, Florida 33701 | **Retirement Insider LLC**<br>300 New Jersey Avenue NW, Suite 900<br>Washington, DC 20001 |
| *Rachel Carpenter*<br>___<br>Signature | ___<br>Signature |

Document Ref: WVTE5-NGVPB-CPJZB-N8KPC

# Signature Certificate

Document Ref.: WVTE5-NGVPB-CPJZB-N8KPC

Document signed by:



**Lucas Asher**

Verified E-mail:
asher@towertrade.com

IP 98.153.204.146          Date 02 Sep 2020 23:18:30 UTC





**Rachel Carpenter**

Verified E-mail:
rcarpenter@intrinio.com

IP 35.142.172.192          Date 03 Sep 2020 02:38:50 UTC

*Rachel Carpenter*

Document completed by all parties on:
03 Sep 2020 02:38:50 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



**320**

# Exhibit 2

## Contract Dated November 11, 2020

# Intrinio

# **Portfolio Insider Agreement**

Prepared for:

**Lucas Asher**

**Portfolio Insider**

9465 Wilshire Boulevard

Beverly Hills, CA  90212

**E** corporate@portfolioinsider.com

Prepared by:

**Andrew Carpenter**

**Intrinio**

600 1st Ave N, Suite 203

St Petersburg, FL 33701

**E** acarpenter@intrinio.com

**322**

# Intrinio

Lucas,

Intrinio is pleased to submit the following contract agreement for your review.

**You will find the following enclosed:**

1.SIGNEE ACCEPTANCE (*Page 3*)
2.TERMS OF SERVICE (*Page 4*)
3.ADDENDA
- PRODUCT TERMS (*Page 12*)
- CONSOLIDATED PRICING SCHEDULE (*Page 14*)
- CANNON VALLEY TERMS OF SERVICE (*Page 23*)
- ACQUIRE MEDIA U.S., LLC (SUCESSOR IN INTEREST TO NAVIGA INC) TERMS OF SERVICE (*Page 31*)
- GUARANTY (*Page 40*)

If you agree to the terms of this contract agreement, please sign and date under the "SIGNEE ACCEPTANCE" section.

Thanks,

--

**Andrew Carpenter** Intrinio acarpenter@intrinio.com

Document Ref: G7G8P-DS3WR-HTH5D-VCM8D

## SIGNEE ACCEPTANCE

This Master Services Agreement ("Agreement"), is made effective on November 5, 2020 (the "Effective Date") by and between Intrinio, Inc., a Delaware corporation operating under the name Intrinio and whose place of business is 600 1st Ave N, St Petersburg, FL 33701 ("Intrinio", "we", "our" or "us") and Portfolio Insider whose place of business is 9465 Wilshire Boulevard, Beverly Hills, CA 90212 ("Entity", "you", "your" or "Licensee") (each a "Party" and collectively the "Parties"). You or your Entity refers to you both individually and the Entity on behalf of which you are entering into this Agreement. The Parties acknowledge and agree that they have read and understand this Agreement and, upon execution, are legally bound by it. This Agreement consists of this "Signee Acceptance", the attached Terms of Service, all pricing schedules, product terms, vendor terms of service (each, a "Vendor Terms of Service") entered into in connection with this Agreement, and any schedules, exhibits, or other attachments incorporated herein (each, an "Addendum").

<u>Payment is due net 10 days from invoice date. Invoices will be sent the 22nd of every month. Your next invoice will be sent on November 22nd, 2020.</u>

| **Intrinio, Inc.**<br>600 First Avenue North, Suite 203<br>Saint Petersburg, Florida 33701 | **Portfolio Insider**<br>9465 Wilshire Boulevard<br>Beverly Hills, CA  90212 |
|---|---|
| *Yates Sayers*<br>—<br>Signature | *(signature)*<br>—<br>Signature |
| Yates Sayers          11/14/2020<br>Name                       Date | LUCAS ASHER          11/14/2020<br>Name                       Date |

Document Ref: G7G8P-DS3WR-HTH5D-VCM8D

3

IN WITNESS WHEREOF, Guarantor has executed this Guaranty as of the day and year first above written.

| BENEFICIARY: | GUARANTOR: |
|---|---|
| Intrinio, Inc. | Service Benefits, LLC |
| *Yates Sayers*<br>___<br>Signature | *[signature]*<br>___<br>Signature |
| Yates Sayers | 11/14/2020 | LUCAS ASHER | 11/14/2020 |
| Name | Date | Name | Date |

Document Ref: G7G8P-DS3WR-HTH5D-VCM8D

# Signature Certificate

Document Ref.: G7G8P-DS3WR-HTH5D-VCM8D

Document signed by:



**Lucas Asher**

E-mail:
corporate@portfolioinsider.com

Signed via link

IP: 208.106.122.120   Date: 14 Nov 2020 16:54:56 UTC





**Yates Sayers**

Verified E-mail:
ysayers@intrinio.com

IP: 47.196.131.53   Date: 14 Nov 2020 16:58:07 UTC




Document completed by all parties on:
14 Nov 2020 16:58:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



# Exhibit 3

## Contract Dated January 8, 2021

# Intrinio

## Portfolio Insider Amendment Two - QUODD Real-Time Options

**Prepared for:**

**Lucas Asher**

**Portfolio Insider**

9465 Wilshire Boulevard

Beverly Hills, CA 90212

**E** corporate@portfolioinsider.com

**Prepared by:**

**Yates Sayers**

**Intrinio**

600 1st Ave N, Suite 203

St Petersburg, Florida 33701

**E** ysayers@intrinio.com

**328**

Intrinio

# SIGNEE ACCEPTANCE

| Intrinio, Inc. | Portfolio Insider |
|---|---|
| 600 First Avenue North, Suite 203 | 9465 Wilshire Boulevard |
| Saint Petersburg, Florida 33701 | Beverly Hills, CA 90212 |

| *Yates Sayers* | | | |
|---|---|---|---|
| Signature | | Signature | |
| Yates Sayers | 01/08/2021 | Lucas Asher | 01/08/2021 |
| Name | Date | Name | Date |

Document Ref: TGNUW-YL3MV-DRW8M-BJWK5

# Signature Certificate

Document Ref.: TGNUW-YL3MV-DRW8M-BJWK5

Document signed by:



## Lucas Asher

E-mail:
corporate@portfolioinsider.com

Signed via link

IP: 104.180.14.205        Date: 09 Jan 2021 01:33:22 UTC





## Yates Sayers

Verified E-mail:
ysayers@intrinio.com

IP: 47.196.131.53        Date: 09 Jan 2021 03:08:51 UTC



Document completed by all parties on:
09 Jan 2021 03:08:51 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



**330**

# Exhibit 4

Screenshot From Portfolio Insider Website



**Look Inside The Portfolios Of** Legendary Hedge Fund Managers & Billionaires **& Analyze Their Trades In Realtime**

Warren Buffett    Cathie Wood    Jim Simons    Ken Griffin    Bill Gates

Billionaires and hedge fund managers have offices staffed with armies of top analysts and traders using advanced data tools costing millions of dollars with privileged access to inside information. We will show you the portfolios of these legendary investors and billionaires and teach you how to  evaluate their holdings and follow their trades so you can profit directly from their advantages. In each LIVE session we will open the portfolios of these titans of Wall Street to show you:

**THE PERFORMANCE OF EVERY STOCK**    **TOP PERFORMING STOCK**    **STOCK ALLOCATION AND PERFORMANCE BY SECTOR**    **INSTANT REAL-TIME TRADE ALERTS**

332

# <u>Exhibit E</u>

## DECLARATION OF JEREMIAH MCWRIGHT
## PURSUANT TO 28 U.S.C. § 1746

I, Jeremiah McWright, hereby make the following declaration based upon my personal knowledge:

1.     I am submitting this declaration for use in *Commodity Futures Trading Commission et al v. TMTE Inc et al.*, No. 3:20-cv-02910, in the United States District Court for the Northern District of Texas and for other regulatory or enforcement purposes.

2.     On August 19, 2021, I provided a declaration for use in the above matter to the Receiver, Kelly Crawford.

My Role At Portfolio Insider

3.     In March 2021, I interviewed for a position with Portfolio Insider that was operating out of the third floor of a building located at 8201 Beverly Blvd in Beverly Hills, California. I was interviewed by Lucas Asher, Simon Batashvili, and Carlos Cruz. They hired me.

4.     My role involved calling customers/investors and selling them access to Portfolio Insiders' investment advisory platform. Portfolio Insider provides investment advice on stocks and options via email or text messages.

5.     While I worked at Portfolio Insider, the company was working on a platform for providing information for customers to use to track bitcoin and other cryptocurrency.

6.     I was one of approximately 15 "openers." If I was able to get a customer interested in buying the product, then I transferred the call to the "closers," who would seek to close the sale.

**334**

7.      There were a number of "closers" including but not limited to: Simon Batashvili, Walter Vera, Deric Ned, Kyle Sanna, and Dan Helimi, among others. During my time at Portfolio Insider, Dan Helimi often used the alias "Dan Isaac" when he solicited investors/customers.

Simon Batashvili

8.      Simon Batashvili acted as my supervisor and performed the duties of someone who was a director or other position of executive leadership at Portfolio Insider.

9.      Simon Batashvili ran the sales floor. He supervised approximately 15 salespeople who served as "openers." He provided openers with critiques on their sales pitch and language; and provided them with instructions on how to improve their sales techniques. He provided me and other openers with sales scripts for use in soliciting investors/customers. Batashvili explained to me that he wrote most of the sales scripts that openers were told to use.

10.     Having worked closely with Simon Batashvili, I am familiar with his appearance and voice. He sat approximately 10 feet away from me at the office. I am able to identify him.

11.     During an interview with representatives from the U.S. Commodity Futures Trading Commission, I was shown an approximately five-minute portion of Simon Batashvili's deposition in *CFTC et al. v. TMTE et al.* taken on November 4, 2020. I am sure that the person being deposed on the video—Simon Batashvili—is the same person who I worked for at Portfolio Insider.

12.     Simon Batashvili directly solicited investors/customers and was a closer. He would use the alias "Sam Simon" when he solicited investors/customers.

**335**

13.    The hours Simon Batashvili and Lucas Asher required me to work at Portfolio Insider were between 7 am and 7 pm each weekday, and between 8 am and 1 pm on Saturdays. While I worked at Portfolio Insider, Lucas Asher and Simon Batashvili were present in the office nearly the entire time that I was in the office each day.

14.    Portfolio Insider routinely recorded sales calls with investors/customers via PipeDrive, a customer relationship management system and Kixie, a phone dialing service. I was told that Portfolio Insider kept the openers' calls. It is my understanding that calls were also actively deleted after the closing of a sale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2021, in Los Angeles, CA.

Jeremiah McWright

336

# Exhibit F

## DECLARATION OF BRANDIS DESIMONE
## PURSUANT TO 28 U.S.C. § 1746

I, Brandis DeSimone hereby make the following declaration based upon my personal knowledge:

1.     I am a Lead Sales Executive in the Investment Intelligence Unit at Nasdaq in New York, New York. I am one of five sales representatives who sell Nasdaq's proprietary financial data in the Americas for Nasdaq. I have worked at Nasdaq for approximately 10 years, including 2 years in data sales.

2.     I am submitting this declaration for use in *Commodity Futures Trading Commission et al v. TMTE Inc et al.*, No. 3:20-cv-02910, in the United States District Court for the Northern District of Texas and for other regulatory or enforcement purposes.

Lucas Asher

3.     I dealt directly with Lucas Asher ("Asher") throughout his relationship with Nasdaq. I am the primary point of contact for all communications and managing the relationship between Portfolio Insider and Asher and various parts of Nasdaq.

4.     Asher is my and Nasdaq's primary point of contact with Portfolio Insider. Asher represented to me that he was in charge and controlled the operations of Portfolio Insider.

5.     Asher and I communicated via email, phone calls, and video calls. Because of the frequency of our communications, I am familiar with his appearance and voice. I am able to identify him.

**338**

6.      Asher called himself "Asher," not "Lucas", and I made this known to the rest of the team at Nasdaq.  In our email communications, Asher used the email corporate@portfolioinsider.com and routinely signed his emails "Asher."

7.      On March 16, 2021, Asher sent me a video that featured himself, showing Portfolio Insider's office space. In that video, Asher narrated a virtual tour of their office and showed me various artwork therein, including Nasdaq logo graphics and photos of prominent investors, such as Bill Gates and Warren Buffett, on their office's wall. This video was directed to me because Asher began the video saying: "Hey Brandis. I wanted to show you a new introduction to Portfolio Insider's West Coast Office."  A true and accurate copy of this correspondence is attached as Exhibit 1.


Other Notable Figures at Portfolio Insider who Dealt with Nasdaq

8.      I communicated frequently with Carlos Cruz ("Cruz") of Portfolio Insider. Cruz represented that he worked at Portfolio Insider. Cruz used the email address cc@portfolioinsider.com.  Cruz and I communicated via email and video calls.

9.      At the beginning of Nasdaq's relationship with Portfolio Insider, I was in contact with a person named Konstantin Yurchenko in addition to Asher regarding licensing data products.  I am not sure if he is still with the company since my interactions with him terminated in early 2021.

10.      Two individuals from Portfolio Insider named Tony (unknown last name) and Kyle Dushman represented that they are the engineers who are working with Nasdaq's data. I am frequently in contact with these two persons, since Portfolio Insider is at the data integration stage now and require Nasdaq's technical assistance.

**339**

Tower Trade, Retirement Insider, and Portfolio Insider

11.     In January 2020, Asher, on behalf of a company called Tower Trade, approached Nasdaq asking for financial data though a vendor called Polygon. In emails with Nasdaq, Asher represented in his signature block that he is CEO of Tower Trade, located at 8383 Wilshire Blvd #700, Beverly Hills, CA 90211. Nasdaq and Tower Trade did not enter into any agreements at this time.

12.     In February and April 2020, Asher had email communications with Stephen Calanni of Nasdaq regarding licensing data feeds for Tower Trade. Mr. Calanni advised me of Asher's request, but no business arrangement occurred at this time.

13.     In September 2020, Intrinio, a data services company located in Florida, contacted Nasdaq on behalf of Asher and a company called Retirement Insider, which was seeking approval to license Nasdaq financial data via a third party, QUODD Financial Services.

14.     The conversations that led to the data licensing relationship between Asher, his company, Portfolio Insider, and Nasdaq commenced in September 2020. At this time, I didn't connect Nasdaq's prior communications with Asher and Tower Trade to Retirement Insider, in September 2020.

15.     In an email dated September 25, 2020, entitled: "Index License - Retirement Insider" from Intrinio to datasales@nasdaq.com, Intrinio inquired about arranging for Retirement Insider to license Nasdaq data. Among the cc's on this email was asher@towertrade.com. The data would be delivered from Nasdaq through a vendor called QUODD Financial Services, located in New Jersey. A true and accurate copy of this correspondence is attached as Exhibit 2.

**340**

16.     On September 29, 2020, I was informed by Intrinio that the name of Asher's company was changed from Retirement Insider to Portfolio Insider. From my perspective, there was no difference between Retirement Insider and Portfolio Insider. I came to understand that Asher considers himself the CEO and founder of Portfolio Insider.

17.     On May 4, 2021, Nasdaq held a virtual "road show" with Portfolio Insider regarding data products. This road show was a meeting to discuss Nasdaq data products, Portfolio Insider's needs, and their overall relationship. This video call included Asher, Cruz, and Dushman from Portfolio Insider, and Oliver Albers, William Dague, Brandon Tepper, Jeff Kimsey, and me representing Nasdaq.

Data Feeds

18.     Many of Nasdaq's clients get access to Nasdaq data through a vendor. Nasdaq recently began offering customers data feeds directly from Nasdaq via an Application Programming Interface ("API"). Portfolio Insider gets its Smart Options data directly from Nasdaq via API.

19.     On most of the Nasdaq Data Order forms executed by Portfolio Insider in 2020 and 2021, Asher is listed as the "Client/Distributor Contact" and many of the documents are signed by Cruz. Typically, customers instruct Nasdaq as to whom they want on the form in these various roles.

20.     All trade data provided to Nasdaq's data clients, including Portfolio Insider, is anonymous as to the identity of the customers of the broker-dealers involved in the trades. Nasdaq does not, and, in fact, cannot, provide its data subscribers with the identities of the underlying customers to trades in exchange equity markets or in alternative trading systems commonly referred to as "dark pools." Traders cannot unmask trades to identify the customers

**341**

using the data they get from Nasdaq. Broker-dealers protect their customers' anonymity and insure that the identities of customers to a trade are not revealed.

21.     Nasdaq data does not provide any real-time information about the holdings in specific traders' or mutual funds' portfolios.

22.     The data products that Nasdaq provides Portfolio Insider are: Nasdaq Basic, Nasdaq Fund Network (mutual funds), Global Index Data Service, Smart Options via Cloud Data Service /API, and TotalView.

23.     In the fall of 2020, all the data feeds Nasdaq provided to Portfolio Insider were delayed; not in real-time.  Beginning in early 2021, Portfolio Insider began to license enhanced data feeds that provide real-time data. On or about January 26, 2021, Portfolio Insider received Nasdaq's real-time Smart Options data feed and on or about March 25, 2021, Portfolio received real-time Nasdaq Basic feed. These two data feeds are active today. Portfolio Insider has also licensed Nasdaq's Nasdaq Fund Network, Global Index Data Service, and Total View, but these data feeds are not live on Portfolio Insiders' web-based platform at this time.

24.     Nasdaq Basic provides clients with several key data elements for all U.S. exchange-listed equities. I can confirm the accuracy of Nasdaq website's descriptions of what Nasdaq Basic provides to subscribers: "Nasdaq BBO (QBBO) – Real-time best bid and offer, with associated size, available within the Nasdaq market center; Nasdaq Last Sale (NLS) – Real-time tick-by-tick price and size information for orders executed within the Nasdaq execution system as well as trades reported to the FINRA/Nasdaq TRF; Nasdaq Opening and Closing Prices – The Nasdaq Official Opening Price (NOOP) and Nasdaq Official Closing Price (NOCP)—the industry standard reference prices—based on the Nasdaq Opening and Closing Crosses and the Nasdaq IPO/Halt Crosses; Other Value-added Data – Includes market status

**342**

information including Stock Directory, Emergency Market Condition (EMC) event messages, System Status and Trading Halt information for Nasdaq-, NYSE-, NYSE MKT, NYSE Arca and other regional exchange-listed issues." https://www.nasdaq.com/solutions/nasdaq-basic

25.     Nasdaq Basic provides information to subscribers about dark pool trades reported to the FINRA/Nasdaq Trade Reporting Facilities, or TRFs. The information provided consists of the price and size of executed trades. Although other Nasdaq data products provide this same information, none of them identify the executing dark pool or the parties to a trade. Nasdaq Basic does not provide dark pool information from the FINRA/NYSE TRF.

26.     Nasdaq provides numerous firms and end users with access to Nasdaq Basic and the data therein. There are over 1,000 corporate entities that have active access to Nasdaq Basic either directly from Nasdaq or indirectly from a distributor. These entities distribute the data to a substantially larger number of end users, including both natural persons and machine end users (such as algorithms).

27.     It is not accurate to say Portfolio Insider and Bloomberg are the only two companies in the world that have the level of partnership with the Nasdaq that Portfolio Insider does.

28.     In accordance with their Global Data Agreement with Nasdaq, Portfolio Insider is required to provide Nasdaq with the number of non-professional subscribers (clients of the firm) using Nasdaq Basic. A review of my records shows that Portfolio Insider self-reported to Nasdaq that in 2021, Portfolio Insider's use of Nasdaq Basic had: 1 subscriber in March; 483 subscribers in April; 786 subscribers in May; 1,269 subscribers in June; and 1,692 subscribers in July. Portfolio Insider most recently reported 36 professional subscribers.

**343**

29.　　The Nasdaq Fund Network (mutual funds) data provides the product name and net asset value ("NAV") for approximately 35,000 mutual funds. Nasdaq is the largest source of this data. Nasdaq does not provide real-time information on holdings in each mutual fund or any other real-time portfolio information.

30.　　With the exception of the Global Index Data Service, Nasdaq does not provide any data products with information about virtual currencies to Portfolio Insider. Nasdaq doesn't rely on Portfolio Insider to provide any technical information or advice on blockchain technology or virtual currencies. Portfolio Insider does not contribute any information from a data perspective to Nasdaq.  Portfolio Insider's only contribution to Nasdaq are contributor articles posted to Nasdaq.com.

Portfolio Insider's Fees Paid to Nasdaq

31.　　For the period of January 2021 through July 2021, the total fees paid by Portfolio Insider for the data licensed to it have been $154,904.

32.　　The license fee for many data feeds is regulated by the Securities and Exchange Commission. For Nasdaq Basic, the fee is $2,000 per month, plus a monthly per user fee, based on the net monthly subscribers that access this data through Portfolio Insider's platform.

33.　　Portfolio Insider has never spent $6 million to $10 million purchasing data products or any other services from Nasdaq.

Portfolio Insider Articles on Nasdaq.com

34.　　In April 2021, Asher asked me if Portfolio Insider could contribute articles to be posted on Nasdaq.com. This is a common request from Nasdaq's data customers. In response to

**344**

this request, I introduced Portfolio Insider and Asher to the Nasdaq personnel responsible for contributors to Nasdaq.com.

35.    As the quarterback of this relationship, I was included on the emails between Asher and the Nasdaq.com team about publishing his articles. Asher proposed topics and provided articles on a number of topics; many of them relating to bitcoin and other virtual currency. Since April 30, 2021, Nasdaq.com has posted Portfolio Insider's articles at https://www.nasdaq.com/authors/portfolio-insider.

Promotion and Marketing

36.    Portfolio Insider displayed Nasdaq's logo on its website without Nasdaq's permission. On May 28, 2021, I called Asher and asked him to remove Nasdaq's logo from their website. He agreed to do so and it was removed within three hours.

37.    Nasdaq did provide promotional and marketing support to Portfolio Insider. This is same support that Nasdaq provides to all similarly situated customers of its data products.

38.    On August 11, 2021, Nasdaq posted an electronic message on the Nasdaq "tower" in Times Square, New York. These types of messages are referred to as "tower shots." Tower shots are a common request by data clients, and Nasdaq does this for many of its clients.

39.    The tower shot for Portfolio Insider stated: "Nasdaq Congratulates Portfolio Insider: Among the Fastest Growing Fintechs In America." The Portfolio Insider logo and the text of this message were provided to Nasdaq by Portfolio Insider. Nasdaq did not draft this language.

40.    This posting on the Nasdaq Tower was requested by Portfolio Insider because they represented to Nasdaq that they wanted marketing assistance. They claimed that they were conducting investor meetings and working to build up market visibility.

**345**

41.     These promotional and marketing actions and data feed sales were based on

Asher's representations to Nasdaq, and without Nasdaq's full understanding of the facts and

circumstances of Asher's history of involvement in fraudulent enterprises.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 14, 2021, in Larchmont, New York.


Brandis DeSimone

**346**

# Exhibit 1

## Email Dated March 16, 2021

**To:** Corporate Headquarters[corporate@portfolioinsider.com]
**From:** Brandis DeSimone <███████@nasdaq.com]
**Sent:** Tue 3/16/2021 8:27:59 AM (UTC-04:00)
**Subject:** RE: Watch attached

Your office is amazing.  I love it – and love the logo!!!

**Brandis DeSimone**
Nasdaq
Direct: ████████
Mobile: ████████
████████  ██@nasdaq.com

---

**From:** Corporate Headquarters <corporate@portfolioinsider.com>
**Sent:** Tuesday, March 16, 2021 1:38 AM
**To:** Brandis DeSimone <████████@nasdaq.com>
**Subject:** Watch attached

**WARNING - External email; exercise caution.**


*Sent from cell*

 **Asher**
Corporate@PortfolioInsider.com

**"An investment bank in your pocket!"**

*The information contained in this e-mail is confidential, may be privileged and is intended solely for the use of the intended recipient. If the reader of this message is not an intended recipient, then you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify and delete the original message and all attachments from your system.*

# Exhibit 2

Email Dated September 25, 2020

**To:** DataSales@nasdaq.com[DataSales@nasdaq.com]
**Cc:** Andrew Carpenter[████]@intrinio.com]; Lucas Asher[asher@towertrade.com]; Konstantin
Yurchenko[████]@retirementinsider.com]; Steele Barcomb[████]@intrinio.com]; Gary Grochmal[████]@quodd.com]
**From:** Megan Dias[████]@intrinio.com]
**Sent:** Fri 9/25/2020 1:35:46 PM (UTC-04:00)
**Subject:** Index License - Retirement Insider

**WARNING - External email; exercise caution.**

Hi there,

I'm reaching out on behalf of Retirement Insider LLC. My client is looking to obtain a display license for the Nasdaq Indexes that you provide.

The delivery will be through QUODD Financial Services.

Can you let us know the next best steps to get the process started and how much this will be?

Thank you,



**Megan Dias**
Senior Sales Wizard
Sales | Intrinio

████ @intrinio.com

www.intrinio.com

600 1st Ave. N. #203, St. Petersburg, FL, 33701



Create Your Own Free Signature

 Chat with me

# <u>Exhibit G</u>

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, *et. al.*,<br><br> Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, *et. al.*,<br><br> Defendants;<br><br>and<br><br>TOWER EQUITY, LLC,<br><br> Relief Defendant. | **DECLARATION OF GILBERT HUMES IN SUPPORT OF MOTION FOR CONTEMPT**<br><br>Case No.: **3-20-CV-2910-L**<br><br>Judge: Judge Sam A. Lindsay |

## DECLARATION OF GILBERT HUMES

I, Gilbert Humes, hereby declare and state the following:

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission, the State of Georgia, and any of their representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am an Investigator for the Office of the Georgia Secretary of State, Investigations Division. In this role, I conduct investigations into potential violations of Georgia's state securities laws. These investigations sometimes include undercover work.

**352**

4. On September 1, 2021 at approximately 10am EDT, I spoke on the phone with a representative of Portfolio Insider who identified himself as "Evan Roberts". The call lasted approximately fifty (50) minutes in total and was recorded. Present with me during the call was Investigator Robert Justice of the Georgia Secretary of State's Office.

5. "Evan" contacted me via text message after I responded to a solicitation on the website of Portfolio Insider and expressed interest in learning more about their services – in particular, a demonstration of their computer-based product. In so doing, and during the phone call described herein, I used the alias "Benjamin Grimes."

6. "Evan" referred to Portfolio Insider's product as a "real-time data platform" that utilized trading data from NASDAQ. In particular, Portfolio Insider's product would track and detail the securities trading activity of large and/or institutional investors, such as Warren Buffett, in real-time.

7. I was told these large investors, such as hedge funds, traded in private exchanges, not publicly tracked or disclosed, called "dark pools". I was further told that these large and institutional investors obtained information, and were able to act on that information, much more quickly than individual retail investors, thus granting them an advantage that Portfolio Insider's product would help leverage to my benefit.

8. I was told that NASDAQ provided Portfolio Insider with detailed information in real-time concerning the securities trades of these "dark pools" and that Portfolio Insider's product, in turn, would use that information to make investment recommendations to customers such as myself.

9. I was told that NASDAQ "came to" Portfolio Insider for certain unspecified analytical information concerning cryptocurrency and NFT's, which was an expertise NASDAQ

allegedly did not have in-house. In exchange, NASDAQ provided Portfolio Insider with information concerning its "Tier 1 order flow," which allegedly was where Portfolio Insider obtained its information concerning "dark pool" trades.

10. In response to this, I asked "Evan" whether Portfolio Insider's product would provide me with any cryptocurrency investment advice. "Evan" told me that while the platform's current cryptocurrency advice was somewhat limited, it would provide me with "coin charts" and information concerning "big movers" in cryptocurrency.

11. Portfolio Insider's product was described as a "cloud based" platform to which I would have access through a web-based account, and would provide me with a daily list of stocks that Portfolio Insider was recommending based upon their tracking of dark pool investments, information not publicly available on any public securities exchange.

12. I was told that Portfolio Insider would do "all the heavy lifting" of investing and that I would receive "buy alerts" for certain securities that were identified by Portfolio Insider based on the information it supposedly was receiving from NASDAQ concerning dark pool investments. The product was described to me as taking all the "research, guesswork, and speculation" out of investment decisions.

13. In response to questions about my investment goals, I told "Evan" that I was a recent retiree and interested primarily in long-term investments. "Evan" suggested that short-term investments are a vehicle for making greater profits but emphasized throughout the call that Portfolio Insider's product would provide me with investment suggestions tailored to a "buy-and-hold" strategy appropriate for a long-term investor.

14. Prior to obtaining the email link for the demonstration, "Evan" urged me to commit to purchase of the Portfolio Insider product.

3

**354**

15. "Evan" told me the product cost $5,000, which was a 50% discount over its standard price of $10,000.

16. "Evan" used stock in Roku (the video streaming hardware company) as an example. He claimed that Portfolio Insider tracked large dark-pool trading volume in Roku that was not available through public exchanges but, rather, only could be tracked through three subscription-based information systems in the world, one of which was Portfolio Insider's product. "Evan" correlated this large volume of trades with a substantial rise in Roku's stock price.

17. "Evan" provided additional examples, each of which involved Portfolio Insider tracking the non-public trades of large investors and providing that information to Portfolio Insider's customers in the form of stock purchase recommendations. In each case, the large investors were purportedly trading based upon informational advantages not available to the general public.

18. I was told that NASDAQ "loves" what Portfolio Insider is "doing with its data" because it was bringing this type of private information to "the retail investor for the first time". He repeatedly mentioned that NASDAQ had publicly recognized Portfolio Insider "across Times Square" as evidence of the legitimacy and success of Portfolio Insider.

19. When I asked "Evan" for financial information or a prospectus for Portfolio Insider, he would not provide me with any specific information as to the company's financial performance or any type of metrics indicating the overall success of its investment picks.

355

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this __15__ day of September, 2021

_____
Gilbert Humes

# Exhibit H

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and | |
| ALABAMA SECURITIES COMMISSION, STATE OF ALASKA, ARIZONA CORPORATION COMMISSION, CALIFORNIA COMMISSIONER OF BUSINESS OVERSIGHT, COLORADO SECURITIES COMMISSIONER, STATE OF DELAWARE, STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, OFFICE OF FINANCIAL REGULATION, OFFICE OF THE GEORGIA SECRETARY OF STATE, STATE OF HAWAII, SECURITIES ENFORCEMENT BRANCH, IDAHO DEPARTMENT OF FINANCE, INDIANA SECURITIES COMMISSIONER, IOWA INSURANCE COMMISSIONER, DOUGLAS M. OMMEN, OFFICE OF THE KANSAS SECURITIES COMMISSIONER, KENTUCKY DEPARTMENT OF FINANCIAL INSTITUTIONS, MAINE SECURITIES ADMINISTRATOR, STATE OF MARYLAND EX REL MARYLAND SECURITIES COMMISSIONER, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN, MISSISSIPPI SECRETARY OF STATE, NEBRASKA DEPARTMENT OF BANKING & FINANCE, OFFICE OF THE NEVADA SECRETARY OF STATE, NEW MEXICO SECURITIES DIVISION, THE PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, OKLAHOMA DEPARTMENT OF SECURITIES, SOUTH CAROLINA ATTORNEY GENERAL, SOUTH CAROLINA SECRETARY OF STATE, SOUTH DAKOTA DEPARTMENT OF LABOR & REGULATION, DIVISION OF | Case No.: **3-20-CV-2910-L**<br><br>Judge: Judge Sam A. Lindsay |

**358**

| | |
|---|---|
| INSURANCE, COMMISSIONER OF THE TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE, STATE OF TEXAS, WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS, WEST VIRGINIA SECURITIES COMMISSION, AND STATE OF WISCONSIN.<br><br> Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br> Defendants;<br><br>and<br><br>TOWER EQUITY, LLC,<br><br> Relief Defendant. | |

## <u>DECLARATION OF STEVEN C. FULMER</u>

I, Steven C. Fulmer, hereby make the following declaration based upon my personal knowledge:

## I.   <u>BACKGROUND</u>

1.      I am over eighteen years of age and competent to testify to the matters included in this declaration.  I am making this declaration voluntarily and based upon my personal knowledge.

2.      I hereby authorize the Commodity Futures Trading Commission and any of their representatives to use this declaration in any proceeding pertaining to the matters described herein.

**359**

3.       I am an Enforcement Specialist ("Investigator") in the Securities Division of the South Carolina Office of the Attorney General, Securities Division (the "Division").  I have worked in this capacity for the Division since June 1, 2007.  Prior to my work in the Division, I was a Federal Criminal Investigator (Series 1811) with the Naval Criminal Investigative Service (NCIS) from 1981-1991, and I worked for the Department of Veteran's Affairs, Office of the Inspector General, Criminal Investigative Division, from 1991 until my retirement in 2007.  During my tenure as a Federal Investigator, I worked on several joint cases and Task Forces with the Federal Bureau of Investigation (FBI), including "Illwind", a major Department of Defense procurement fraud investigation, which ran from 1986 to 1991.

4.       I graduated from Wofford College with a Bachelor of Arts degree in Psychology in 1973.  I received an ROTC Commission in the U.S. Army, and I served five years on active duty.  Thereafter, in 1984, I obtained a Master's Degree in Criminal Justice from the University of South Carolina.

5.       My responsibilities as an Enforcement Specialist with the Division include investigating possible violations of the South Carolina Uniform Securities Act of 2005 (the "Act"), and associated regulations, by investment advisers, investment advisor representatives, broker-dealers, broker dealer agents, and unregistered companies and individuals, including violations such as fraudulent investment offers, sales, and purchases, and the misappropriation of investor funds.  Throughout my fourteen years with the Division, and in previous careers, I have routinely analyzed and reviewed thousands of financial documents, including, but not limited to, bank records, trading account documents, and other account statements.  I have conducted investigations into activity on the internet, including on websites and social media platforms.  I have interviewed hundreds of victims, witnesses, and targets of investigations.

6.      I am the Enforcement Specialist who led the team conducting the investigation of TMTE, Inc. a/k/a Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher, and Simon Batashvili ("Metals.com"), and their sale of gold and silver bullion ("Precious Metals Bullion").

7.      The Division received certain information that led the Division to be concerned that a company called Portfolio Insider had an affiliation with Metals.com and was offering investment advice as an unregistered investment adviser in violation of South Carolina law and various Court Orders filed in this enforcement action.

8.      Portfolio Insider is not registered with the Division as an investment adviser.

9.      At 1:08 p.m. EDT on September 10, 2021, I initiated an undercover telephone call to Portfolio Insider. I called the phone number on the Portfolio Insider website, https://portfolioinsider.com/, 323- 483-4014, using a Division issued mobile phone.

10.     The telephone call lasted 43 minutes.

11.     After dialing the above phone number, a male answered my call. He identified himself as "Adam," and he identified the business as Portfolio Insider.

12.     I identified myself as James "JW" Beam of Columbia, South Carolina.

13.     I told Adam that my son, who is very interested in stock trading and has made money in his own brokerage account, saw something about Portfolio Insider online that looked good. I told him my son was excited to learn more about the real-time trade data. I told Adam that I wanted to see what this program could do for my son and myself.

14.     Adam transferred my call to "Lyle" who identified himself as the head of Customer Service. Lyle informed me that he wanted to make sure Portfolio Insider was the right

**361**

product for me and transferred me to another individual. The call was then transferred to another individual, who identified himself as "John."

15.     John asked for my full name and email address. I provided an email address—jwbeam2024@gmail.com—that I had established prior to the call He asked a few questions about my investment experience, and he stated that I was a "perfect fit" for their platform. John spoke a little more about the benefits of Portfolio Insider's platform; he asked me about my risk tolerance; and he then explained that he was going to transfer me to one of his "best people" who was going to talk with me more and show me a demonstration of the Portfolio Insider platform.

16.     While we waited for the call to be connected, we talked about conservative politics. John talked about how President Trump was going to come back into office in 2024; he explained that he was in California "surrounded by liberals;" and he criticized President Biden for his tax policy and decision to withdraw the military from Afghanistan.

17.     I was told the Portfolio Insider platform was $10,000 a year, but there was a sale today for $4,995.

18.     I was then transferred to an individual who identified himself as "Walter." Walter explained that he had sent an email to me while I was talking with John.  Fulmer Declaration Exhibit A.

19.     The email name and address for Walter was "Walter Portfolio Insider, Senior Account Executive" and walter@portfolioinsider.com.

20.     The email contained an internet hyperlink to a computer screen-sharing website called screenleap, and Walter requested I click on the hyperlink in his email.

21.     Walter then shared his computer screen on my screen and conducted a demonstration of the Portfolio Insider platform.

22.     Walter talked and moved the cursor from place to place to focus my attention on the highlights of the Portfolio Insider platform, such as the "Daily Picks" section.

23.     Several times, Walter paused as if reading a script or outline.

24.     Walter stated that Portfolio Insider's platform outperformed "everything else on the market."

25.     Walter repeated that the price of Portfolio Insider was $10,000 per year, but that it was on sale today for $4,995.

26.     Walter stated that Portfolio Insider also offers a 6-month money back guarantee promising that "if you don't make money, you get a refund."

27.     Walter stated that Portfolio Insider customers receive emails and notifications on picks every day before the markets open. He stated that they start working at 6:00 am every morning to "beat the market."

28.     Walter stated that Portfolio Insider recently had a day where six of their "daily picks" provided a return of 1,009% to customers who followed their advice.

29.     Walter explained that Portfolio Insider also offers live trading rooms, which are live streams with chats that allow clients to follow along with Portfolio Insider investment analysts.

30.     I was told that for the September 9, 2021 "live trading session," clients made up to 93% return on their investment from trading a "daily trading" pick—Moderna stock.[1] Walter stated that these kinds of large daily returns are "very routine."

---

[1] In preparation of this declaration, I visited several websites to review Moderna stock information. On September 9, 2021, Moderna stock opened at $429.93 and closed at $459.42. https://www.wsj.com/market-data/quotes/MRNA/historical-prices (last visited 9/14/21).

31.     Walter described this as a high energy environment, with  Portfolio Insider Moderators and Portfolio Insider clients happily and successfully trading and talking about their efforts and "making money" during the live trading sessions.

32.     Walter stated that a great deal of money can be made in a few hours' time, and there is no additional fee for Portfolio Insider clients to participate in the live trading sessions.

33.     Walter stated that Portfolio Insider is the only platform available to me, a retail investor, that tracks and shares real-time trades made by the billionaire investors.

34.     Walter stated that Portfolio Insider is able to generate big gains for clients because they have AI, artificial intelligence, which monitors trades in the non-public Dark Pool in instantaneous, real-time.

35.     Walter stated that the Portfolio Insider picks come from AI monitored dark-pool data from real-time trades no other platform can see.

36.     Walter stated that Portfolio Insider is weeks ahead on their stock picks due to the Dark Pool data they receive.

37.     Walter showed an example of Portfolio Insider's past success in calling major stock advances weeks ahead of Jim Kramer, Motley Fool, and other investment guides. Specifically, Walter showed a Motley Fool website article dated in December 2019, and the Portfolio Insider daily picks from November 2019, which he said showed that Portfolio Insider was "ahead of the curve."

38.     Walter explained that while Portfolio Insider gets real time trading data, the trades are not reported to the general public until weeks later.

39.     I asked how soon after a trade was made was I able see the trade on Portfolio Insider. Walter reiterated that it was "instantaneous, with no delay at all."

40.     Walter asked me if I was familiar with the Bloomburg terminal. He stated that access to the Bloomberg terminal costs $25,000, but Portfolio Insider can get data to me faster, in real-time at a fraction of the cost.

41.     Walter stated that Portfolio Insider customers also have access to Portfolio Insider employees for trading guidance.

42.     Walter stated that Portfolio Insider would provide guidance if I had questions about whether to invest $250,000 or $25,000 in any particular trade.

43.     He stated that it was very hard for a client to have a "bad day" on the platform because the real-time data makes it so easy to have a "good day."

44.     Walter stated that Portfolio Insider also offers AI data for the cryptocurrency market.  Walter assured me that Bitcoin would increase to $60,000 very soon. He advised me to buy as much Bitcoin as I could at $30,000.

45.     Walter stated that Portfolio Insider also accepts bitcoin as payment for their services.

46.     Walter stated that Portfolio Insider is the nation's fastest growing FinTech Company with thousands of happy customers.

47.     I asked more about the company, and Walter said that Portfolio Insider is located in Los Angeles, California, has about 150 employees, and has been in business for five (5) years.

48.     Before concluding this call, Walter pressed me to buy today at the discounted price. I told him that I was intrigued by what I heard, but I told him that I needed to sleep on the decision.

49.     The Division's law clerk was in the room with me during this call.

50.    I received a follow up email from Portfolio Insider on Saturday, September 11, 2021. The email is from a John Warren and the email address is "john@portfolioinsider.com." Mr. Warren writes that he "tried to reach out but it seems that your phone is off. Give me a call when you can: 323-319-6133." Fulmer Declaration Exhibit B.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on September ___15___, 2021, in Columbia, South Carolina.


Steven C. Fulmer

## DECLARATION OF STEVEN C. FULMER

**Exhibit A**

**367**

 Gmail

James Beam <jwbeam2024@gmail.com>

**DEMO**
1 message

**Walter Portfolio Insider** <walter@portfolioinsider.com>                                        Fri, Sep 10, 2021 at 1:31 PM
To: jwbeam2024@gmail.com

https://www.screenleap.com/007269042

Walter Portfolio Insider

Senior Account Executive

(323)458-6969

**Portfolio Insider**

*(866) 980-2909* | support@portfolioinsider.com

All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice.  Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.

**368**

## DECLARATION OF STEVEN C. FULMER

## Exhibit B

**369**

 Gmail

**James Beam <jwbeam2024@gmail.com>**

---

## PORTFOLIO INSIDER!!

---

**john@portfolioinsider.com** <john@portfolioinsider.com>
To: James Beam <jwbeam2024@gmail.com>

Sat, Sep 11, 2021 at 2:21 PM

Hey James

Hope you're having a great weekend. I tried to reach out but it seems that your phone is off. Give me a call when you can : 323-319-6133

<u>**Here is the 50% OFF link to sign up :**</u>
**SIGN UP TODAY!**

 All the best,
John Warren

*Portfolio Insider Senior Analyst*
☐ 323-319-6133
*john@portfolioinsider.com*

https://www.portfolioinsider.com
https://www.nasdaq.com/authors/portfolio-insider
https://www.benzinga.com/money/portfolio-insider-review/

**Portfolio Insider**

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

# Exhibit I

## **DECLARATION OF JENNIFER HACKER**

My name is Jennifer Hacker. I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1. I am seeking payment from the Receiver of my unpaid wages that accrued prior to the receivership on September 22, 2020.

2. Although I was employed by First American Estate & Trust and received my wages from that entity, I worked as the Marketing Director for Retirement Insider. My job was focused on developing a marketing strategy for their fintech software promotions for Retirement Insider. Portfolio Insider was also Retirement Insider. Retirement Insider existed in beta when I started, but we were in the process of rebranding to Portfolio Insider. The name Portfolio Insider sounded less restrictive for investors not actively planning for retirement.

3. None of my work for either Portfolio Insider or Retirement Insider was related to sales of metals at all. The software reported on stocks and billionaire portfolio holdings and was a subscription service for stock research.

4. I did not participate in the sale of any metals to a customer while employed to work for Retirement Insider/Portfolio Insider.

I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated: August 19, 2021

JENNIFER HACKER

**372**

# Exhibit J

## DECLARATION OF TRINITY GAINEY
## PURSUANT TO 28 U.S.C. § 1746

I, Trinity Gainey, hereby make the following declaration based upon my personal knowledge:

1.      I am over eighteen years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2.      I hereby authorize the Commodity Futures Trading Commission and any of their representatives to use this declaration in any proceeding pertaining to the matters described herein.

3.      I am a Financial Fraud Investigator in the Securities Division of the Maryland Office of the Attorney General, Securities Division ("Division"). I have worked in this capacity for the Division since April 10, 2019. I graduated from Florida A&M University in August of 1991 with a bachelor's degree. I am a Certified Fraud Examiner and a member of the Association of Certified Fraud Examiners. Prior to my time with the Division, I conducted investigations of public officials, police and fire personnel, and government employees involving allegations of fraud, waste, and abuse.

4.      My responsibilities as an Investigator with the Division include investigation into possible violations of the Maryland Securities Act ("Securities Act") and associated regulations by registered and unregistered investment advisors, investment advisor representatives, broker-dealers, and agents. Throughout my time with the Division and in previous related positions, I have routinely analyzed and reviewed thousands of financial documents, including, but not limited to, bank records, trading account documents, and statements. I have also reviewed and analyzed hundreds of internet websites. Finally, I have interviewed hundreds to thousands of witnesses.

5.      On September 2, 2021, I placed a call to Portfolio Insider at telephone number

**374**

323-483-4014, I spoke with Portfolio Insider using the name Kyre Blake. I talked primarily with a "top analyst" named "John." John advised me that Portfolio Insider has been teamed with NASDAQ for over ten years and was most recently featured by NASDAQ in Times Square.

6.     John proceeded to walk me through a demo of Portfolio Insider's services. He showed me a page with names and photos of top financial leaders, including Warren Buffet and Bill Gates. John advised that, through Portfolio Insider's partnership with NASDAQ, the company has access to the private trading activities of the individuals pictured.

7.     John advised that Portfolio had access to the trading activities of billionaires and financiers through the "dark pool." I asked if the information exemplified is public information. Per John, the general information is public information. However, the actual trades completed by Bill Gates and others is private information not available to the general public. The private trading information is proprietary and generated through the dark pool via access granted exclusively to Portfolio Insider through their relationship with NASDAQ.

8.     John further advised me that Portfolio Insider offers classes for beginning traders, dark pool trading, and other levels and options for investors once I am a member.

9.     I explained that I was interested in high return stocks and wanted to know if my dashboard could be customized to show stocks that fit my investment needs. John advised that my dashboard could be customized to fit the needs of the investor. He demonstrated how to 'pin' certain stocks to access immediately when signing on. I emphasized that I only wanted high yield stocks delivered to her dashboard. John advised that individual investors can absolutely work with a technician to set up my account to deliver trade information I am interested in.

10.    I asked how often investors lost money based on the information provided by Portfolio Insider. John guaranteed that I cannot lose; Portfolio Insider is not guessing or

**375**

predicting. They are providing real time information on stock performances based on the activities of the people and institutions who run the country. He clicked on the profile picture of Bill Gates. John advised the activity below the picture indicates the real time trading activity of Gates. This information is available to Portfolio Insider, and thereby its members, before the public has access to the information. The general public responds to the stock market trends. Portfolio Insider and its members respond to the activity of the people who drive the stock market trends. The platform is so precise that success is guaranteed.

11.     John advised that while the membership price for Portfolio Insider is usually $9,995.00, they are running a special promotional price of $4,995.00. He also offered a six-month, money back guarantee if for any reason the customer was not satisfied with the product.

12.     On September 3, 2021, I placed another call to Portfolio Insider at telephone number 323-483-4014. This time I spoke with the "Customer Service President" named "Lyle."

13.     I stated that I was a relatively new investor, did not have a lot of knowledge about the best stocks, but really wanted to get the biggest bang for my buck. I asked if my dashboard could be customized to show high yield stocks when I sign in. Lyle explained that I could customize my dark flow data to show only 'high caps' (higher yield/risk), 'mid caps' (moderate), or 'small caps' (low risk). Portfolio Insider can then use algorithms which would deliver tips to meet the requested filter and give me an edge on the market.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2021, in Bryans Road, Maryland.

_____
Trinity Gainey

3

**376**

# Exhibit K

## DECLARATION OF SETH OUFNAC
## PURSUANT TO 28 U.S.C. § 1746

I, Seth Oufnac, (Declarant) hereby make the following declaration based upon my personal knowledge:

### I.      BACKGROUND

1. I am over eighteen (18) years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission and the States, and any of their representatives, to use this declaration in any proceeding pertaining to the matter described herein.

3. I am a Financial Examiner for the Enforcement Division of the Texas State Securities Board ("Division"). I have worked in this capacity for the Division since October of 2019. I was hired by the Registration Division of the Texas State Securities Board in June of 2019 as a Financial Examiner. I graduated from Southeastern Louisiana University in 2017 with a Bachelor of Science in Finance. Prior to my time with the Texas State Securities Board, I worked as an Investment Adviser Representative for Edward Jones.

4. My responsibilities as a Financial Examiner with the Division include investigation into possible violations of the Texas Securities Act ("Securities Act") and associated regulations by registered and unregistered investment advisers, Investment Adviser Representatives, broker-dealers, and agents. Throughout my time with the Division, I have routinely analyzed and reviewed financial documents, including, but not limited to, preparing evidentiary summaries and financial analyses for various law enforcement

**378**

actions. Finally, I have routinely reviewed websites and offering documents, participated in undercover investigations into Securities Act violations, and interviewed witnesses.

## II.  RECORDS REVIEWED

5.  I reviewed the following records in the preparation of this declaration:[1]

    a.  Undercover telephone calls with a sales agent representing Portfolio Insider conducted by Declarant;

    b.  Communications from representatives of Portfolio Insider, including emails and texts, true and correct copies of which are attached as EXHIBIT #1 through EXHIBIT #4;

    c.  Product demonstration provided by a sales agent representing Portfolio Insider;

    d.  Portfolio Insider's website available at www.portfolioinsider.com ("Portfolio Insider Website");

    e.  The Financial Industry Regulatory Authority ("FINRA") website at https://brokercheck.finra.org/ for information on possible registration status of Defendants as investment advisors or investment advisor representatives.

## III.  SUMMARY

6.  My analysis of the records I reviewed revealed the following information:

    a.  I, a Texas resident, contacted Portfolio Insider in an undercover capacity to request information regarding and demonstration of the services offered through the Portfolio Insider Website;

---

[1] The documents that I reviewed for the preparation of this Declaration are voluminous and therefore not all are attached; most are summarized herein. All documents can be made available for review upon request. Personal identifying information, such as account numbers and social-security numbers, have been redacted in accordance with Federal Rule of Civil Procedure 5.2.

b.  Portfolio Insider is, acting by or through its sales representatives or other agents, for compensation, engaged in the business of advising Texas investors, over the telephone and through emails and publications, with respect to the value of specific securities and is advising Texas investors to purchase securities on the advice and recommendation of Portfolio Insider.

c.  Portfolio Insider did not register with the Texas State Securities Board Commissioner as an investment adviser, nor did it submit a notice filing with the Texas State Securities Board Commissioner at any time.

d.  Defendants Asher and Batashvili did not register with the Texas State Securities Board Commissioner as investment adviser representatives, nor did they submit notice filings with the Texas State Securities Board Commissioner at any time.

### IV.   PORTFOLIO INSIDER SALES PITCH TO TEXAS RESIDENT

7.  I am a Texas resident and I contacted Portfolio Insider to receive a sales pitch.

a.  On or around August 20, 2021, I contacted Portfolio Insider through the Portfolio Insider Website in an undercover capacity to request information regarding and demonstration of the products or services offered through the Portfolio Insider Website.

b.  The same day I contacted Portfolio Insider and requested a demonstration, I received a text claiming "Nasdaq declared Portfolio Insider the fastest growing fintech company in America," attached hereto as EXHIBIT #4.

c.  On or around August 25, 2021, I was contacted by a Portfolio Insider sales agent who represented he is the Vice President of Customer Services, and alternatively the Vice President of Client Services, for Portfolio Insider. He identified himself in

**380**

an email, attached hereto as EXHIBIT #1. Later I was transferred to a second Portfolio Insider sales agent who represented he is the President of Customer Service, and alternatively the President of Client Services. He identified himself in an email, attached hereto as EXHIBIT #3. I preserved and memorialized my conversations, texts, and email communications with Portfolio Insider's representatives and Portfolio Insider.

d.  Portfolio Insider's representative described Portfolio Insider's service as providing stock recommendations based on the trades made by individual and institutional investors in "dark pools."

e.  According to the Portfolio Insider's representative, Portfolio Insider is one of two companies that has access to the real time data on trades in dark pools.

f.  Portfolio Insider's representative claimed Portfolio Insider provides market research, insider trading data about trades made by owners of famous companies, and access to data that identifies the trades of famous investors and institutional investors 30 to 90 days before most retail investors have access to the trade data.

g.  Portfolio Insider's representative told me trades based on advice from Portfolio Insider were generating 30-40 percent gains on a daily basis, that many of Portfolio Insider's clients who followed its advice made 200-400 percent in under two hours, and that while 300-400 percent gains may not happen every day, Portfolio Insider is consistently providing 35-40 percent gains in a matter of weeks.

h.  Portfolio Insider's representative claimed he highly doubted I would be unable to make the same 30-40 percent I said I made from investing last year in just one to two months using Portfolio Insider's expert advice.

**381**

i. Portfolio Insider's representative told me I would receive the research behind their stock picks, the strike price, the expiry date, and everything I need to "simply plug and play the pick." He emphasized it was very simple and easy to follow the investment advice from Portfolio Insider.

j. Portfolio Insider's representative said he wanted to be realistic and couldn't promise 100 percent gains every day but claimed that more often than not Portfolio Insider's stock advice in its daily live-trading sessions provided double digit gains in each trading session.

k. Portfolio Insider's representative claimed Portfolio Insider's investment advice was currently providing its clients with a 450 percent return in 30 days and that it is "not outlandish" to expect to make over 200-250 percent every month.

l. Portfolio Insider's representative represented 99.9 percent of investors and traders who follow Portfolio Insider's investment advice make money.

m. Portfolio Insider's representative represented Portfolio Insider has a three-year track record with a fourth year spent beta testing. He represented Portfolio Insider's investment advice resulted in over 55 percent returns on average, year to year.

n. Portfolio Insider's representative represented Portfolio Insider tracks the portfolios of individual, famous investors and I would be able to see what stocks they own and cherry pick stocks based on what those "titan" portfolios are buying and selling.

o. When I asked to clarify whether Portfolio Insider could show me what the famous individual "titan" investors are holding or trading in real time and ahead of the 30 or more day delay for normal investors, Portfolio Insider's representative confirmed that was correct.

**382**

p.  Portfolio Insider's representative represented Portfolio Insider tracks "insider activity" and can tell me what directors, chairmen, or CEOs of particular companies are doing with their stocks.

q.  In addition to stocks, Portfolio Insider also provides advice on how and when to invest in cryptocurrencies. Portfolio Insider's representative represented Portfolio Insider has charts and technical analysis for bitcoin and that in the near future Portfolio Insider intends to expand its cryptocurrency investment information.

r.  Portfolio Insider's representative represented the normal price for investment advice from Portfolio Insider is $10,000 per year. He represented he has special authority that allows him to instead charge $4,995 for a one-time life-time membership or an annual rate of $2,995 without the life-time membership.

s.  Portfolio Insider's representative represented I could bequeath the life-time membership to my children or grandchildren and get 50-70 years of service for under $70 per year when other people pay $10,000 per year.

t.  Portfolio Insider's representative represented he was authorized by Portfolio Insider to provide a 6-month money-back guarantee.

u.  Portfolio Insider's representative represented Portfolio Insider accepts payments from credit and debit cards, using bank routing numbers, and in cryptocurrency. Portfolio Insider did not give me the routing number and account for me to wire my payment but instead wanted my bank information to pull the money directly from my account.

v.  When I said I wanted to take some time to learn more about the company before sending money to a company I found on the internet, Portfolio Insider's

**383**

representative touted their relationship with NASDAQ and told me I could trust Portfolio Insider because it is one of NASDAQ's accredited partners.

w.  Portfolio Insider's representative directed me to search for Portfolio Insider on NASDAQ's website and claimed NASDAQ pulls information from Portfolio insider, not the other way around, and NASDAQ posts information from Portfolio Insider on its official page.

x.  Portfolio Insider's representative claimed NASDAQ gave Portfolio Insider one of the biggest shout-outs of the year and described it as Portfolio Insider's Times Square takeover.

y.  Portfolio Insider's representative claimed NASDAQ posted its praise of Portfolio Insider on its website and it was also posted directly on Yahoo Finance. Portfolio Insider's representative touted the posts on NASDAQ's website and Yahoo Finance and being one of NASDAQ's partners as indications of Portfolio Insider's credibility. Portfolio Insider's representative warned that if other companies providing similar investment advisory services are not mentioned on NASDAQ's website then it should take away from their credibility.

z.  When I told Portfolio Insider's representative I wanted to learn more about the company and would call back later to buy their investment advisory services, he continued to engage in increasingly high pressure sales tactics to persuade me to purchase immediately without conducting independent research into the company.

aa. I received an email, attached hereto as EXHIBIT #2, with one invoice reflecting an offer to receive lifetime access to Portfolio Insider's services for the discounted price of $4,995 and a second invoice expiring at the end of the business day with

**384**

an offer to receive lifetime access to Portfolio Insider's services for the discounted price of $2,000.

bb. Portfolio Insider's representative named Carlos Cruz as the CEO of Portfolio Insider.

cc. Portfolio Insider's representative sent an email touting new service offered by Portfolio Insider, attached hereto as EXHIBIT #3. In the email, Portfolio Insider touts daily gains of 20-50 percent for investors who follow Portfolio Insider's investment advice provided through its "Dark Flow Activity Monitor." The email also offers one-on-one trading sessions with an expert who advises Portfolio Insider's "VIP member[s]" on what securities to buy, hold, and sell.

dd. Portfolio Insider, by and through its sales representatives or other agents, did not disclose it was providing investment advice without being registered as an Investment Advisor or Investment Advisor Representative, that two of its principals are subject to a preliminary injunction and consent order that bar them from acting as Investment Advisors or Investment Advisor Representatives or otherwise engaging in business involving securities and that enjoin them from committing fraud, nor that Portfolio Insider, due to its principals being subject to the Metals receivership, may be required to turn over its assets and income to the receivership.


[*THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK*]

**385**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2021, in Austin, Texas.

By: _____

SETH OUFNAC
Financial Examiner
Texas State Securities Board

**386**

# TEXAS EXHIBIT #1



## Portfolio Insider

1 message

---

**Luke - Portfolio Insider** <lukez@portfolioinsider.com>                                    Wed, Aug 25, 2021 at 1:35 PM
To: sjthomastx@gmail.com

Hi Seth,

Please use the following link: https://www.screenleap.com/lukez_portfolioinsider

--
Best regards,

Luke Zammit
Vice President of Customer Services
Phone (Direct): (323) 917-6107
LukeZ@portfolioinsider.com

# TEXAS EXHIBIT #2

 **Gmail**

Seth Thomas <sjthomastx@gmail.com>

---

## Your Portfolio Insider Invoice Is Attached
2 messages

---

**Support Portfolio Insider** <michelle.c@portfolioinsider.com>                    Wed, Aug 25, 2021 at 1:57 PM
To: sjthomastx@gmail.com
Cc: lyle@portfolioinsider.com

Dear Seth,

Attached is your invoice for our platform with a discount included. We look forward to serving you as a valued customer.

Kind Regards,
Michelle C.


--
*Portfolio Insider Customer Support*
*(323) 483-4014*
*support@portfolioinsider.com*

# Portfolio Insider

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice.  Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

---

 **Portfolio Insider Seth Thomas [00746--02531].pdf**
6K

---

**Support Portfolio Insider** <michelle.c@portfolioinsider.com>                    Wed, Aug 25, 2021 at 2:41 PM
To: sjthomastx@gmail.com
Cc: LYLE@portfolioinsider.com

[Quoted text hidden]

---

 **Portfolio Insider Seth Thomas [00746--02534].pdf**
6K

**390**

 **Portfolio Insider**

9465 Wilshire Boulevard
Office # 300
Beverly Hills, CA 90212

**(323) 483-4014**
**support@portfolioinsider.com**

**INVOICE TO**

Seth Thomas
sjthomastx@gmail.com

**INVOICE NO:**          00746--02531
**INSTANT ACCESS DATE:** 08-25-2021

**6 Month Money Back Guarantee.**
**One Time Payment - Lifetime Access.**

| Item Delivery Description | Price | Quantity | Total |
|---|---|---|---|
| **Benefit from over 200 institutional grade financial API's** | $9,995.00 | 1 | **$9,995.00** |
| Access to follow billionaires and portfolios including quarterly holdings of institutions. | | | |
| Market commentary by MIT Phd's team "Daily Digest". | | | |
| Proprietary rank for stocks, mutual funds & ETF's including access to closed ended mutual funds. | | | |
| Enhance performance with the most powerful earnings estimate analytics system available. | | | |

**DISCOUNT -$5,000.00**
**GRAND TOTAL  $4,995.00**

Thanks for becoming a valued customer at PortfolioInsider.com.

If you are not entirely satisfied with your purchase, we're here to help you with world-class support. You are entitled to cancel your order within 6 months. To exercise your right of refund, you must inform us of your decision via email at **refunds@portfolioinsider.com**

We will reimburse you no later than 14 days from the day of which we receive the notification. Refunds are issued to the same form of payment that was used for the order with no additional fees.

For all additional needs, please contact our support team via email or phone using the contact information below.

Email: **support@portfolioinsider.com**

Phone: (323) 483-4014

In addition to the contact information above, our mailing address is 9465 Wilshire Boulevard Office #300 Beverly Hills, CA 90212. If you have any further questions or there is any other information you like to request, please don't hesitate to contact us using any of the information provided above. We remain committed to providing excellent customer service and a positive experience for all customers.

**Our phone service operates 24/7. Call (323) 483-4014**

**391**

 **Portfolio Insider**

9465 Wilshire Boulevard
Office # 300
Beverly Hills, CA 90212

**(323) 483-4014**
**support@portfolioinsider.com**

**INVOICE TO**

Seth Thomas
sjthomastx@gmail.com

**INVOICE NO:**           00746--02534
**INSTANT ACCESS DATE:** 08-25-2021

**6 Month Money Back Guarantee.**
**One Time Payment - Lifetime Access.**

| Item Delivery Description | Price | Quantity | Total |
|---|---|---|---|
| **Benefit from over 200 institutional grade financial API's** | $9,995.00 | 1 | **$9,995.00** |
| Access to follow billionaires and portfolios including quarterly holdings of institutions. | | | |
| Market commentary by MIT Phd's team "Daily Digest". | | | |
| Proprietary rank for stocks, mutual funds & ETF's including access to closed ended mutual funds. | | | |
| Enhance performance with the most powerful earnings estimate analytics system available. | | | |

**INVOICE EXPIRES ON 8/25/2021 AT END OF BUSINESS DAY -$7,995.00**

**GRAND TOTAL  $2,000.00**

Thanks for becoming a valued customer at PortfolioInsider.com.

If you are not entirely satisfied with your purchase, we're here to help you with world-class support. You are entitled to cancel your order within 6 months. To exercise your right of refund, you must inform us of your decision via email at **refunds@portfolioinsider.com**

We will reimburse you no later than 14 days from the day of which we receive the notification. Refunds are issued to the same form of payment that was used for the order with no additional fees.

For all additional needs, please contact our support team via email or phone using the contact information below.

Email: **support@portfolioinsider.com**.

Phone: (323) 483-4014

In addition to the contact information above, our mailing address is 9465 Wilshire Boulevard Office #300 Beverly Hills, CA 90212. If you have any further questions or there is any other information you like to request, please don't hesitate to contact us using any of the information provided above. We remain committed to providing excellent customer service and a positive experience for all customers.

**Our phone service operates 24/7. Call (323) 483-4014**

392

# TEXAS EXHIBIT #3