# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION, et al.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:20-CV-2910-L** |
| **TMTE, INC.** a/k/a Metals.Com; **CHASE METALS, INC.; CHASE METALS, LLC; BARRICK CAPITAL, INC.; LUCAS THOMAS ERB** a/k/a Lucas Asher a/k/a Luke Asher**; and SIMON BATASHVILI,** | § § § § § § § § | |
| Defendants, | § § | |
| **TOWER EQUITY, LLC,** | § § § | |
| Relief Defendant. | § § | |

## ORDER

The court is currently trying a criminal case that is expected to last four to five weeks; however, it needs to address several pending motions (Docs. 232, 239, 246, 250, 303, 311, and 315) filed in this action. The court sets the hearing for **Thursday and Friday, November 4th and 5th, 2021, at 9:00 a.m.**

**It is so ordered** this 23rd day of September, 2021.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

**Order – Solo Page**