Daniel B. Spitzer - CA State Bar No. 121752
16311 Ventura Boulevard, Suite 1200
Encino, California 91436-2152
Telephone: 818-990-9700
Facsimile: 818-990-9705
Email: dspitzer@spitzeresq.com

Creditor Appearing In Pro Per

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al. | Case No. 3:20-cv-02910-L |
| Plaintiffs, | **OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER IN OPPOSITION TO RECEIVER'S CLAIMS REPORT** |
| v. | |
| TMTE, INC., etc., et al. | |
| Defendants. | [No Hearing Presently Scheduled] |

Creditor Daniel B. Spitzer hereby submits this objection to the Receiver's Claims Report [Docket Nos. 290-291] ("**Claims Report**") which, without justification, purports to disallow and subordinate the claim of the Law Offices of Daniel B. Spitzer ("**LODBS**"), in the stated amount of $213,413.00, for legal services rendered to the defendants.

## I. STATEMENT OF RELEVANT FACTS

This action was commenced on September 22, 2020. On that same date, this Court issued its Order Granting Plaintiffs' Emergency *Ex Parte* Motion for Statutory Restraining Order, Appointment of Receiver and Other Equitable Relief [Docket No. 16] ("**SRO**"), which effected a stay of all actions involving TMTE, Inc. formerly known as Chase Metals, Inc., Lucas Asher, Simon

Batashvili, and a number of related entities (collectively, "**TMTE Parties**"). On October 5, 2020, this Court entered its Order [Docket No. 148], continuing the hearing on the preliminary injunction to October 27, 2020 and ordering that the SRO remain in full effect until the hearing date.

On October 14, 2020, the plaintiffs and the ***entity*** defendants named as defendants herein jointly filed the Consent Order of Preliminary Injunction and other Equitable Relief Against TMTE, Inc. a/k/a/ Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., and Relief Defendant Tower Equity, LLC, which was adopted by this Court on the same date [Docket No. 164]. In addition, on October 14, 2020, the plaintiffs and the ***individual*** defendants, Lucas Asher and Simon Batashvili, named as defendants herein, jointly filed the Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher and Simon Batashvili, which was adopted by the District Court on the same date [Docket No. 165]. Among other things, these orders have collectively stayed all pending actions involving any of the TMTE Parties.

As of the date this receivership commenced, September 22, 2020, the Law Offices of Daniel B. Spitzer ("**LODBS**") was representing the TMTE Parties in nine separate legal matters, all of which had significant unpaid balances owing, in a collective sum exceeding $200,000.00.

As set forth more fully in the Declaration of Daniel B. Spitzer ("**Spitzer**") accompanying this Objection, LODBS had undertaken representation of the TMTE Parties commencing in September 2017 under a Retainer Agreement dated September 5, 2017. Later, the TMTE Parties executed two additional Retainer Agreements, both on January 25, 2019. Spitzer, ¶¶3-4 and Exhibits A, B and C thereto. Each Retainer Agreement provides, in bold print, as follows:

> **The legal services to be provided by Attorney to Client are for representation in connection with general business and litigation matters as they may arise from time to time. Client understands and agrees that services rendered by Attorney to Client in connection with any other matter shall be governed by the terms of this Retainer Agreement, whether or not a new agreement is entered into in connection with such other representation or matter.**

(Emphasis in original). From September 2017 until the filing of this suit, LODBS continued to

render legal services in a variety of different legal matters to the defendants. In accordance with its standard billing procedures, LODBS provided invoices to the defendants on a monthly basis. After the filing of this action, LODBS has provided invoices to the Receiver on a monthly basis, as well. These invoices are provided as exhibits to the Spitzer declaration, and demonstrate that the following amounts were due, owing and unpaid:

| Matter Title | Amount |
|---|---|
| Chase Metals vs. Benavidez, et al., Los Angeles County Superior Court Case No. BC and related cross-claims | $132,581.93 |
| TMTE General Business Matters | $9,083.61 |
| Chase Metals adv. Dan Alway, Los Angeles County Superior Court Case No. _____ and related cross-claims | $7,235.43 |
| TMTE, Inc. vs. Mark Benavidez, et al, Los Angeles County Superior Court Case No. | $9,525.23 |
| TMTE, Inc. vs. Kirkpatrick, ADR Services Arbitration Case No. | $35,380.37 |
| TMTE, Inc. vs. Alexander Spellane, Los Angeles County Superior Court Case No. _____ and related cross-claims | $18,924.49 |
| TMTE, Inc. vs. Batchelor, ADR Services Arbitration Case No. | $4,586.43 |
| TMTE, Inc. vs. Henderson, ADR Services Arbitration Case No. | $2,967.83 |
| TMTE, Inc. vs. Herr, ADR Services Arbitration Case No. | $2,631.54 |
| **TOTAL** | **$222,916.86**[1] |

In his Report, the Receiver contends that LODBS has not provided sufficient information to justify his claim and that his claim should be subordinated. Both of these claims are spurious and must be rejected by this court.

## II. ARGUMENT

**A. The Receiver's Overall Methodology for Analysis of the Claims is Flawed**. The Receiver and his valuation "expert" have made certain assumptions in their calculation of the

---

[1] This sum is higher than the sum claimed in the LODBS Claim on file with the Receiver, because the billing system is automatically programmed to add a late charge each month.

3

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

1  amounts to be paid on each of the "investor" claims. These assumptions and methodological

2  strategies cannot withstand scrutiny.

3  **1. Lack of Jurisdiction Under Commodities Exchange Act**. From the outset of this

4  litigation, the Receiver and plaintiffs have contended that the Commodities Exchange Act, 7 USC

5  §1 et seq. ("**CEA**"), applies to this case. LODBS respectfully submits, however, that the transactions

6  involved in this case involve an exception to coverage by the CEA, since the contracts of sale

7  involved herein are believed to result in "actual delivery within 28 days..." 7 USC

8  §2(c)(2)(D)(ii)(III)(aa).

9  The standard-form contract used by TMTE, Inc. formerly known as Chase Metals ("**CM**")

10  in connection with its sales of precious metals products provides in relevant part:

11  > CM shall deliver the Precious Metals specified in Customer's order to a suitable
12  > delivery service for delivery to Customer no more than twenty-eight days after CM
   > verifies that the Purchase Funds provided are backed by good funds. …

13  There is no evidence before the Court to demonstrate that the individuals who purchased

14  precious metals products should be excluded from this exception. LODBS was informed that those

15  who purchased precious metals products either took physical possession of those products, or stored

16  them in a depository, within 28 days after placing the customer orders. Spitzer, ¶18 and Exhibit M

17  thereto. The fact that these customers had physical control over these products – which is undisputed

18  – and were able to sell them should raise at the very least a red flag as to whether this entire lawsuit

19  is founded on a misapprehension of the coverage of the CEA.

20  **2. The Valuation Methodology Fails to Take into Account Amounts Received by**

21  **Customers Who Sold Their Precious Metals or Still Retain Possession thereof**. The Receiver's

22  valuation expert fails to consider the individual characteristics of each investor, instead imposing a

23  "one-size-fits-all" analysis of the customer claims.

24  The Receiver's claims methodology is set out in the Appendix [Docket No. 291]. The

25  Receiver circulated a questionnaire that does not even ask whether the customer sold or disposed of

26  the precious metals! Appendix, Ex. A. Clearly the dollar amount salvaged by investors is a relevant

27

28

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

factor that should have been taken into account in assessing the value of each customer claim. The Sample Worksheet and Receiver's Letter [Appendix, Ex. D] similarly do not take into account, in any way, sales of precious metals or other dispositions for which the customers received valuable consideration (which would include, presumably, charitable gifts for which a tax deduction was taken). The Receiver's Sample Letter makes the point even clearer. The Receiver's valuation is not based on the spread between what was actually paid and the melt value of the precious metals on the date of purchase; instead, the Receiver has based his valuation on the amount paid, as compared to the melt value of the precious metals on the date this lawsuit was filed.[2] The Receiver summarizes the methodology as follows:

> 11. With respect to each metals claim, the Receiver compared the fair market value of the metals as of September 22, 2020 with the amount paid by the investor to determine the difference, if any. The total difference between the amount paid by the investor to the Defendants for the metals and the fair market value of the metals on September 22, 2020 formed the basis of the Receiver's recommendation for the investor's claim. For instance, if an investor purchased 100 Silver Canadian Polar Bear ½ oz coins for $26.00 each and paid a total of $2,600 to the Defendants, the Receiver compared this amount to the fair market value of the Silver Canadian Polar Bear ½ oz coin on September 22, 2020, which was $12.15. The Receiver calculated the difference between the amount paid ($26 per coin) and the fair market value of the coin ($12.15) to be $13.85. Using this amount ($13.85) and multiplying it by the total number of coins purchased (100), the Receiver calculated the claim at $1,385.00.

Receiver's Claims Report [Docket No. 290], pp. 4-5 at ¶11.

The flaws in this methodology are even more apparent when considering those customers who have **not** sold or disposed of their precious metals products. As to those customers, the

---

[2] The Receiver and his expert has based all of the valuations on the "melt" value of the precious metals involved. The logic behind this methodology cannot be sustained. Consider, for example, a work of fiction. By the Receiver's logic, the value of the work is limited to the cost of paper, glue and ink, and no value is to be assigned to the effort involved in producing the book or to the finished work of fiction itself. Similarly, with an example closer to the facts of this case, the value of jewelry is not limited to the value of the precious metals from which jewelry is fashioned. In addition, the Receiver's valuation fails to take into account the added value associated with "collectible" items. Reducing the value of vintage baseball cards, Tiffany lamps, Lalique crystal and thousands of other collectibles to their constituent elements clearly belies their value.

1  Receiver proposes to pay their claims, using the above valuation methodology, and allow the

2  customers to retain their precious metals products.

3        These flaws are particularly egregious when considering that the Receiver is proposing

4  to give the "investor" class absolute priority over all other creditor claimants. By comparison to

5  what would happen in a Chapter 7 bankruptcy proceeding, the order would be reversed, with the

6  class of creditors given absolute priority and the class of "investors," analogous to equity security

7  holders, would be the last in line to be paid. 11 USC §§507, 726. In effect, the Receiver's

8  valuation methodology proposes to give the "investor" class a windfall, by permitting them to

9  enjoy the monetary benefits derived from their precious metals holdings and receive a handsome

10  payout to boot, all the while stiffing other creditor claimants. This Court, in an equitable

11  proceeding, should prevent this miscarriage of equity from taking place.

12        **B. The Receiver Has Shown No Grounds for Subordination of Creditor Claims Like**

13  **That of LODBS**. The Receiver's proposed disposition of the LODBS Claim is "Disallow and

14  Subordinate for Insufficient Information." As above, the Receiver has been receiving copies of

15  billing invoices on a monthly basis since October 2020. At no point has the Receiver asked for

16  more detail. LODBS respectfully submits that any dearth of information has been cured with the

17  Spitzer declaration and accompanying exhibits.

18        The Receiver argues, in effect, that because the entire enterprise operated by the

19  defendants was allegedly tainted by fraud, anyone who rendered services to them should have

20  his or her claim subordinated to the claims of the "investor" class. LODBS has already noted the

21  deficiencies in valuation methodology utilized by the Receiver above. The practical impact of

22  these deficiencies is to deprive the creditor class of any possibility of ever having their claims

23  satisfied, a result which would be wholly inequitable.

24        In the case of LODBS, as the exhibits to the Spitzer declaration attest, legal services were

25  rendered in litigated matters over a period of nearly three years prior to the commencement of

26  this lawsuit and imposition of a stay. At no point was Spitzer aware, or made aware, of any

27

28

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

1    fraudulent activity on the part of defendants. LODBS litigated cases, effected settlements, and

2    did nothing more and nothing less than provide legal representation.

3    In Warfield v. Byron, 436 F.3d 551 (5th Cir. 2006), cited by the Receiver in support of

4    his subordination argument as pertaining to claims asserted by defendants' employees, the Court

5    of Appeal considered an appeal by two investors in a Ponzi scheme who had been sued by a

6    receiver for fraudulent transfers because they received significantly more from the fund than they

7    had invested. The two investors, Littlewood and Johnson, had played a continuing active role

8    in attracting new investors to the Ponzi scheme, in spite of significant warning signs, including

9    an injunction obtained by the SEC. Warfield, 436 F.3d at 555.

10    The factual situation of LODBS is radically different. LODBS was hired to provide legal

11    representation on behalf of TMTE. LODBS had nothing to do with sales of precious metals and

12    certainly had no knowledge of, or participation in, any fraudulent activity. In fact, in the matters in

13    which LODBS was actively involved, there were clear indications that TMTE and its salespeople

14    had gone to great lengths to insure that all sales of precious metals products were carefully

15    supervised, requiring both online confirmation and a recorded telephone confirmation with each

16    purchaser of precious metals products. Spitzer, ¶¶18-20. There are no grounds, equitable or legal,

17    which would justify "subordinating" the claim of LODBS. Indeed, significantly, other cases

18    involving legal services have expressly found Warfield inapplicable. In U.S. Commodity Futures

19    Trading Commission v. WeCorp, Inc., 848 F.Supp. 1195 (2012), an attorney who had unwittingly

20    provided certain legal services for a foreign exchange Ponzi scheme was sued for fraudulent

21    transfers. The WeCorp Court found that the attorney, Dubin, had "a legitimate claim to the retainer

22    funds" based on services actually rendered to the corporation. Id. at 1202-03.

23    In the Receiver's Report [Docket 290], the Receiver argues that "the Receiver believes the

24    operations of the Defendants and Relief Defendant were fraudulent. Accordingly, the Receiver

25    contends any monies or compensation paid to employees are recoverable as fraudulent conveyances."

26    On that thin reed, the Receiver premises his entire argument for subordination of the claims of

27

28
OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

employees and of LODBS.[3] The Receiver has thus arrogated to himself the right to be prosecutor, judge and executioner on a claim of alleged fraudulent conveyance which has not even been formally alleged. Clearly, the Receiver fails to afford to LODBS the due process required in order to deprive it of its right to a claim for services rendered.

LODBS has demonstrated that it provided hundreds of hours of legal services over a period of three years, and that the fees it earned were provided in the good faith belief that TMTE was not engaged in fraudulent activity. Spitzer, ¶¶18-20. Clearly, based on the invoices produced herein, there was reasonably equivalent value provided to TMTE. As such, there cannot be any good grounds for subordinating the claim of LODBS to those of the metals and non-metals claimants. LODBS's claim deserves to be treated *in pari passu* with those claims of the other creditors who were allegedly duped by TMTE.

### III. CONCLUSION

Based on the foregoing, Spitzer requests that the Receiver's recommendation regarding the LODBS claim be rejected, that the claim be allowed in full, and that the LODBS claim be ordered to share equally in the first tier of claimants.

Respectfully submitted,

DATED:       September 28, 2021

_____
Daniel B. Spitzer, In Pro Per

---

[3] Notably, the LODBS claim is apparently subsumed within the Receiver's argument concerning the employee claims and is afforded no separate treatment.

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

## DECLARATION OF DANIEL B. SPITZER

I, DANIEL B. SPITZER, hereby declare:

1.  I am an attorney at law duly licensed to practice before all courts of the State of California, all District Courts in the State of California, the Ninth Circuit, and the Supreme Court of the United States. In this proceeding, I am appearing in propria persona, representing myself as the sole proprietor of my law firm, the Law Offices of Daniel B. Spitzer ("**LODBS**").

2.  The facts set forth in this declaration are based either on my own personal knowledge, documents in the public record, or business records established and maintained by my law office, which records: (a) are established at or about the time of the events and transactions recorded therein; (b) are relied upon for their trustworthiness and accuracy in the operation of my law practice; and (c) are established and maintained under my direct supervision and control. If called as a witness, I could and would testify competently as to these facts.

3.  I undertook representation of TMTE, Inc., formerly known as Chase Metals, Inc., Lucas Asher, Simon Batashvili, and a number of related entities (collectively, "**TMTE Parties**") in September 2017. At that time, I was asked to represent an entity called Chasing Gold, Inc., a Delaware corporation (which, I am informed, is no longer active and is not involved in this proceeding) in defense of a claim asserted by a customer named Merle W. Crouch. A written Retainer Agreement dated September 5, 2017 was entered into to facilitate that representation, a true and correct copy of which is attached as **Exhibit A** hereto and incorporated herein by this reference.

4.  Subsequently, in or about January 2019, I was asked to expand the scope of my representation to other matters in which the TMTE Parties were named as parties. At that time, I prepared two retainer agreements, one for litigation involving a company called Instribution, LLC, a Delaware limited liability company now known as Revo, LLC ("**Revo**") and one for a number of litigated matters involving the TMTE Parties. Copies of these two Retainer Agreements, as executed on or about January 25, 2019, are attached respectively

as **Exhibit B** and **Exhibit C** hereto and incorporated herein by this reference.

5.    Each of the retainer agreements (Exhibits A, B and C) provides, in bold print, as follows:

> **The legal services to be provided by Attorney to Client are for representation in connection with general business and litigation matters as they may arise from time to time. Client understands and agrees that services rendered by Attorney to Client in connection with any other matter shall be governed by the terms of this Retainer Agreement, whether or not a new agreement is entered into in connection with such other representation or matter.**

(Emphasis in original). All of the matters in which my law office rendered legal services for any of the TMTE Parties were therefore subject to the terms of these Retainer Agreements, and Exhibit C in particular.

6.    My standard practice is to provide my clients with invoices on a monthly basis. The format of our invoices is to list down the date services were rendered; a description of the services rendered (broken out by tenths of an hour); the hourly rate ($450.00 during the entire period of representation); the extension, showing the total amount for each line item; cost items; prior payments; and balance due. My law office's invoices generally go out to clients between the 20th and 25th day of the month after the month in which services are rendered. For example, my law office's invoices for services rendered during January 2021 were sent to clients on February 23, 2021; the invoices for services rendered during February 2021 were sent to clients on March 24, 2021; and so on. From in or about 1995 until December 2019, my law office had used various versions of Sage Timeslips as our billing program. Commencing in December 2019, we transitioned over to the use of a billing program called Tabs3. As a result, the appearance of the invoices changed after December 2019.

7.    As of September 22, 2020, my law office was continuing to represent the TMTE Parties in nine separate matters:

a.    Chase Metals, Inc., etc., vs. Mark Benavides, etc., et al., Los Angeles County Superior Court Case No. BC709355, and related cross-claims ("**Benavides Action**"). The Benavides Action had originally been brought to stop a group of former

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

employees from competing unfairly with Chase Metals, using confidential customer lists and other trade secrets obtained during their employment. The employee group counter-claimed, as a putative class action, for wage and hour claims.

b.    TMTE - General Business Matters ("**TMTE-General**"). Miscellaneous general business matters arose from time to time and my law office was engaged to handle them. In a number of instances, the time billed to this file later resulted in the opening of a litigation file.

c.    Daniel Alway vs. Chase Metals, LLC, a California foreign limited liability company; Chase Metals, Inc., a California foreign corporation; Lucas Asher; Graham Norris; Simon Batashvili, et al., Los Angeles County Case No. BC720250, consolidated with Chase Metals, Inc. vs. Dan Alway, an individual; Alway Talent Transformation LLC, an unknown business entity, et al., Los Angeles County Superior Court Case No. BC719773 ("**Alway Action**"). The Alway Action arose out of claims by a former executive employee for breach of contract. The TMTE Parties counter-claimed for breach of contract and to prevent the use of trade secrets in a competing business.

d.    TMTE, Inc., etc. vs. Mark Benavidez, etc., et al., Los Angeles County Superior Court Case No. 19 SMCV 00263 ("**Benavidez Action**"). This litigation involved the same employee group involved in the Benavides Action which, in collaboration with others, had formed a new company to compete with TMTE, using confidential information and trade secrets and literally copying the TMTE promotional materials and website. The Benavidez Action resulted in issuance of an injunction to prevent these unfair business practices.

e.    TMTE, Inc. vs. Richard Kirkpatrick, and related cross-claim, ADR Services, Inc. Case No. ADRS 19-0172, and related cross-claim ("**Kirkpatrick Arbitration**"). Kirkpatrick was a former customer who alleged fraud in the inducement.

f.    TMTE, Inc. vs. Alexander Spellane, etc., et al., Los Angeles County Superior Court

1    Case No. 19STCV06787 and related cross-claims ("**Spellane Action**"). Spellane was

2    a former employee who was sued to prevent him from making use of stolen trade

3    secrets and confidential information.

4    g.    Jeff Batchelor vs. TMTE, Inc., Case No. ADR Services, Inc. Case No. ADRS

5    20-2502-JAC ("**Batchelor Arbitration**"). Batchelor was a former customer who

6    claimed unfair business practices by TMTE. This case was commenced in August

7    2020 and was in very preliminary stages of the arbitration when this receivership

8    action and its attendant stay were filed on September 22, 2020.

9    h.    Walter Henderson vs. TMTE, Inc., ADR Services, Inc. Case No. Case No. ADRS

10    20-4128-GSR ("**Henderson Arbitration**"). Henderson was a former customer who

11    claimed unfair business practices by TMTE. Henderson's claim had been filed in

12    August 2020 and was in very preliminary stages of the arbitration when this

13    receivership action and its attendant stay were filed on September 22, 2020.

14    i.    James Herr vs. TMTE, Inc., etc., et al., ADR Services, Inc. Case No. ADRS Inquiry

15    No. 2373 ("**Herr Arbitration**"). This case had been filed at the end of August 2020

16    and had not yet even resulted in a case number (only an "inquiry" number) before the

17    receivership action was filed on September 22, 2020.

18    8.    Attached as **Exhibit D** hereto and incorporated herein by this reference is a true and correct

19    copy of all invoices for the **Benavides Action**, from its commencement until October 2020,

20    which includes the period up to and including the commencement of this receivership case.

21    9.    Attached as **Exhibit E** hereto and incorporated herein by this reference is a true and correct

22    copy of all invoices for **TMTE-General**, from its commencement until October 2020, which

23    includes the period up to and including the commencement of this receivership case.

24    10.    Attached as **Exhibit F** hereto and incorporated herein by this reference is a true and correct

25    copy of all invoices for the **Alway Action**, from its commencement until October 2020,

26    which includes the period up to and including the commencement of this receivership case.

27

28

11.    Attached as **Exhibit G** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the **Benavidez Action**, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

12.    Attached as **Exhibit H** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the **Kirkpatrick Arbitration**, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

13.    Attached as **Exhibit I** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the **Spellane Action**, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

14.    Attached as **Exhibit J** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the **Batchelor Arbitration**, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

15.    Attached as **Exhibit K** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the **Henderson Arbitration**, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

16.    Attached as **Exhibit L** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the **Herr Arbitration**, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

17.    Attached as **Exhibit M** hereto and incorporated herein by this reference is a true and correct copy of all invoices for the Benavides Action, from its commencement until October 2020, which includes the period up to and including the commencement of this receivership case.

18.    During the course of litigating on behalf of the TMTE Parties, I had occasion to interview a number of TMTE salespeople concerning the process of generating sales of precious metals

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

products. I was informed that the company routinely recorded sales calls, and I was provided tape recordings of certain sales calls which were germane to some of the cases I was handling. I was also informed that the company uses a standard-form contract, the Shipping and Transaction Agreement, which the salespeople referred to as the "SNT." In fact, at one point in 2019, I had one of the salespeople actually open a customer order in my name with a Shipping and Transaction Agreement so that I could see for myself the process required of a customer to enter personal information and electronically sign the document using a service called "Pandadocs." A true and correct copy of the Shipping and Transaction Agreement I set up on May 7, 2019 is attached as **Exhibit M** hereto and incorporated herein by this reference. I note that paragraph 1 of the Shipping and Transaction Agreement, the standard-form agreement, contemplates that the delivery of the precious metals products would be made within 28 days, either to the customer or to a precious metals depository in the customer's own name. In one specific instance, involving customer Merle Crouch, the first case I handled on behalf of the TMTE Parties, part of our settlement agreement involved the depository shipping to my office the items Mr. Crouch had purchased, which I was informed had been held in a segregated manner from products purchased by other customers.

19.    In at least two cases, I was also furnished with access to the email accounts of salespeople and investigated their communications with the customers who had lodged complaints. I noted that there were no high-pressure sales tactics in evidence; that the communications with customers sometimes spanned several weeks before a sale was made; and that there were no misrepresentations made by any of the salespeople. I was finally informed that, prior to consummating a sale, the customer had to go through a two-step process, which involved confirming the sale online, followed by a recorded telephone conversation in which a senior member of the sales staff, following a prescribed script, recited the details of the transaction and then polled the customer with a series of questions to confirm the details of the sales transaction; to indicate that the customer was acting of his or her own free will, with no

14

coercion; and to confirm that the customer had had ample time to conduct investigations and confer with trusted professionals, among other questions.

20. In short, I was never aware of any fraudulent conduct committed by the TMTE Parties and would have immediately terminated the representation had I believed that the company or its principals were involved in any unlawful or unfair business practices. My law office rendered hundreds of hours of legal representation based on that good-faith belief. I will also note that the practice of the TMTE Parties with particular respect to customers was always to try to settle the claims, and not litigate them.

21. I became aware of the pendency of this suit several days after it was filed, after reading a Wall Street Journal article giving sketchy details of the case. After tracking down the case filing information, I downloaded the case docket from Pacer and contacted the trustee's counsel, Peter Lewis. Mr. Lewis and I have had a number of emailed communications since the filing of the case. Each month, when I generated my law office's bills, I would dutifully send a copy of the invoices to Mr. Lewis. Neither he nor anyone from the Receiver's office has ever asked me for any additional information, copies of our retainer agreements or historical invoices generated during my representation of the TMTE Parties. When I submitted a proof of claim on behalf of my law office, I therefore attached only the current billings. In the Receiver's Claims Report [Docket No. 290] and its accompanying appendix [Docket No. 291], the Receiver's recommendation regarding my claim, for a total of $213,413.00, was to "Disallow and Subordinate for Insufficient Information." I respectfully submit that the information provided in Exhibits A through L ought to be sufficient to demonstrate that my claim is based on services actually rendered to the clients, the TMTE Parties. As to subordination, there are no grounds present for subordinating my claim to those of "investors" who purchased precious metals products from TMTE. In my case, I rendered legal services to a client who retained me, and then left me holding a claim for more than $200,000.00. While I acknowledge it would have been more prudent to cut the client

off before the receivable was of this magnitude, that observation does not diminish the fact that I rendered valuable services in good faith.

I declare under the laws of the United States that the foregoing is true and correct, and that this declaration is executed at Encino, California on September 28, 2021.

Daniel B. Spitzer

OBJECTION TO RECEIVER'S CLAIMS REPORT; DECLARATION OF DANIEL B. SPITZER, etc.

# EXHIBIT A

## RETAINER AGREEMENT- HOURLY

### I. RETAINER

Chasing Gold, Inc., a Delaware corporation doing business as Chase Gold ("**Client**") has this day retained the services of **The Law Offices of Daniel B. Spitzer** ("**Attorney**"), pursuant to the terms and conditions stated herein.

This agreement is required by Business and Professions Code Section 6148 and is intended to fulfill the requirements of those sections. [The full text of Business and Professions Code Section 6148 is reprinted at the end of this Retainer Agreement.]

### II. LEGAL SERVICES TO BE PROVIDED

**The legal services to be provided by Attorney to Client are for representation in connection with general business matters as they may arise from time to time and specifically, at present, in connection with lifting the default and defending the pending action known as Merle W. Crouch, etc. vs. Chase Gold, etc., et al., Los Angeles County Superior Court Case No. BC634306. Client understands and agrees that services rendered by Attorney to Client in connection with any other matter shall be governed by the terms of this Retainer Agreement, whether or not a new agreement is entered into in connection with such other representation or matter.**

Attorney's representation of Client shall commence upon, and only upon, payment to Attorney of a retainer in the sum of **$6,000.00** ("**Deposit Amount**") to be applied against fees and costs incurred in connection with Attorney's representation. This sum shall be considered a true retainer. At all times, Client must maintain a balance in the sum of the Deposit Amount on deposit with Attorney, from which Attorney will pay his fees and costs, and Client will replenish upon billing. Failure to replenish this fee advance shall be grounds for termination of this Agreement. At the conclusion of the representation, the remaining deposit will be applied to the final statement, in which event Client will be responsible for any amount due over and above the deposit or be entitled to a refund of any amount remaining after the final statement is satisfied in full.

### III. ATTORNEY FEE PROVISIONS

(a)   The attorney fees for services are presently billed at an

1

hourly rate of **$450.00**.  The hourly rate for law clerks is **$175.00** per hour, and the hourly rate for paralegals is **$150.00**.  Attorney will charge increments of one tenth of an hour, rounded off for each particular activity to the nearest one tenth of an hour.  The minimum time charge for any particular activity will be two tenths of an hour.

(b)  Attorney shall devote its full professional responsibilities as counsel to all matters and accept the responsibility of enforcing all of Client's rights and remedies and protecting Client's interests.  Attorney shall take those steps which in its opinion are reasonably necessary to enforce and protect those rights and interests or to research and investigate any areas of law which require legal advice to be rendered to client.

(d)  This fee does not include necessary out-of-pocket costs and expenses, such as service of process charges, filing fees, court and deposition reporters' fees, jury fees, notary fees, deposition costs, long distance telephone charges, messenger and other delivery fees, postage, photocopying and other reproduction costs, travel costs including parking, mileage, transportation, meals and hotel costs, investigation expenses, consultants' fees, expert witness, professional, mediator, arbitrator and/or special master fees and other similar items. In the event that it becomes necessary to incur such costs, Client agrees to advance these costs upon request, or to reimburse Attorney. Attorney is not obligated to advance any costs whatsoever at any time.

(e)  Client agrees to deposit estimated court costs, including jury fees if applicable, subpoena fees, witness and expert fees into the Attorney Trust Account at least (20) twenty days in advance of the date set for any deposition, trial, arbitration, or other such proceeding.

(f)  Attorney may associate or employ counsel in its discretion and at any stage of any legal proceeding.

(g)  Client hereby gives a lien to Attorney on any matter as security for its fees and costs as advanced on Client's behalf.  In entering into this agreement, Client acknowledges that Attorney has brought to Client's attention the provisions of Rule 3-300 of the State Bar Rules of Professional Conduct (**"SBRPC"**), and that Client has voluntarily entered into this transaction.  Client acknowledges and understands that the terms of this agreement are fair and reasonable;  that the Client has been advised, and given an opportunity, to confer with independent counsel; and that the Client has either done so, or has knowingly declined to do so.

2

Rule 3-300 provides as follows:

A member shall not enter into a business transaction with a client; or knowingly acquire an ownership, possessory, security, or other pecuniary interest adverse to a client, unless each of the following requirements has been satisfied:

(A) The transaction or acquisition and its terms are fair and reasonable to the client and are fully disclosed and transmitted in writing to the client in a manner which should reasonably have been understood by the client; and

(B) The client is advised in writing that the client may seek the advice of an independent lawyer of the client's choice and is given a reasonable opportunity to seek that advice; and

(C) The client thereafter consents in writing to the terms of the transaction or the terms of the acquisition.

(h)  This agreement does not obligate Attorney to prepare, file or prosecute any appeal, including the filing of a notice of appeal, or to research appellate rights, remedies and alternatives or any legal issues relating to an appeal.  A separate agreement shall be entered into between Attorney and Client if Attorney is to represent Client for any of these services.

(i)  If, while this agreement is in effect, Attorney increases its hourly rate being charged to clients generally for attorneys' fees, that increase may be applied to fees incurred under this agreement, but only with respect to services provided 30 days or more after written notice of the increase is mailed to Client.

(j)  Attorney will send Client monthly statements indicating all attorneys fees and costs incurred, and their basis.  Payment is to be mailed within 30 days of billing.  Invoiced amounts which are not paid within thirty days after billing shall accrue interest at the rate of 1.5% per month until paid.

(k)  If a dispute arises between Attorney and Client regarding attorneys' fees and Attorney files suit in any court other than Small Claims Court, Client will have the right to stay that suit by timely electing to arbitrate the dispute under Business and Professions Code Section 6200-6026, in which event Attorney must submit the matter to such arbitration.

\\\

### IV. NO SETTLEMENT WITHOUT CONSENT

There shall be no settlement of any of Client's cases without Client's full and prior consent.

### V. RESPONSIBILITIES OF ATTORNEY AND CLIENT

Attorney will perform the legal services called for under this agreement, keep Client informed of all progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorney; will keep Attorney currently informed of all developments and circumstances relating to all matters and lawsuits; will keep Attorney currently apprised of Client's addresses, telephone numbers, and whereabouts; and will timely make all payments required under this agreement.

### VI. EFFECTIVE DATE AND TERMINATION OF AGREEMENT

(a)   The effective date of this agreement will be the date of last signature below.  The agreement may be terminated by either party with or without cause on 30 days' written notice.

(b)   Client agrees that Attorney may withdraw as attorney of record in any pending lawsuit at any time upon giving reasonable notice.   In the event Client wishes to either terminate this agreement or effect a substitution of attorney on all or any matters, Client agrees that such termination or substitution shall act prospectively and all outstanding fees and costs to Attorney shall be paid at the time of termination or substitution and that Attorney shall receive fair and just compensation out of any ultimate recovery for all cases Attorney may be handling as consideration for services performed. Immediately upon termination or withdrawal, Client will promptly execute and return a Substitution of Attorney for all pending proceedings immediately upon receipt from Attorney. In addition, notwithstanding Client's discharge of Attorney, Client will remain obligated to pay Attorney the agreed rates for all services provided and to reimburse Attorney for all costs advanced.  The obligation to pay Attorney's fees as charged is not dependent upon the determination of any court, arbitrator, or other adjudicatory body as to the amount of fees recoverable under contract or statute.

(c)   The circumstances under which the Rules of Professional Conduct of the State Bar of California permit Attorney's withdrawal include but are limited to the following: (a) the Client's consent, (b) the Client's conduct renders it unreasonably difficult for the Attorney to carry out the employment effectively, and (c) the Client's failure to pay attorneys fees or costs as required by this

4

agreement with the Attorney.  At the termination of services under this agreement, Attorney will release promptly to Client on request all of Client's papers and property.

## VII. NO REPRESENTATION OF OUTCOME

Client acknowledges that Attorney has made no representations of any type as to what amount, if any, Client may recover in any case.  Although Attorney may offer an opinion about possible results regarding the subject matter of this agreement or any pending case, or in connection with any advice which the Client seeks from Attorney, the Attorney cannot guarantee any particular result.  Client acknowledges that the law is not an exact science and that Attorney has not made, cannot make, and will not make any promises or representations about the outcome or result of any matter, and that any opinion offered by Attorney in the future will not constitute any guarantee of a particular outcome.

## VIII. SEVERABILITY

If any provision in this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision, and of the entire agreement, will be severable, and this agreement will remain in full force and effect.

## IX. SUBSEQUENT MODIFICATION

This agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both Attorney and Client.

## X. WARRANTY OF AUTHORITY

If signing on behalf of an entity or entities other than as an individual, by their execution of this agreement below, the persons who have signed represent and warrant that they are authorized and empowered by such entity or entities to enter into this agreement, to bind such entity or entities to it, and that all resolutions, if any are required, have been properly adopted by the appropriate Board of Directors of such entity or entities.

## XI. POWER OF ATTORNEY

Client grants to Attorney the Client's power of attorney to execute all documents connected with the claim or matter for which Attorney is retained by this agreement, including pleadings, contracts, commercial paper, settlement agreements, compromises, releases, checks, stipulations, verifications, dismissals, and all

other documents that Client could properly execute.

## XII. CALIFORNIA LAW CONTROLS

The laws of the State of California shall govern the construction and interpretation of this agreement.  This Agreement has been made in the County of Los Angeles, in the City of Encino, and is intended to be performed herein.  Any action under or to enforce this agreement shall be brought in any court of competent jurisdiction in the County of Los Angeles.

## XIII. RETENTION OF FILES; DESTRUCTION OF FILES

At the termination of Attorney's representation hereunder, the Client's files will either be returned to Client or deposited in storage and maintained for three years, unless otherwise agreed in writing between Attorney and Client.  At the end of three years from the termination of representation or the closing of a particular matter, the Client hereby consents to Attorney's destruction of all remaining records, files, and exhibits in connection with such matter or matters, without further notice to Client.

## XIV. CLIENT HAS READ

The person signing below as or for Client represents that he or she has read the entirety of this agreement, including the text of Business and Professions Code Section 6148 appended hereto and incorporated herein by this reference, and understands and agrees with each and every provision in it.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

## XV. COUNTERPARTS

This agreement may be signed in counterparts which, when taken together, shall constitute the totality of this agreement.

DATED: September 6, 2017

_____
Simon Batashvili, President

_SIMON  BATASHVILI_
(Name/Title - Please Print)

_____
Signature


**CLIENT INFORMATION:**
**Simon Batashvili, President**
**Chasing Gold, Inc.**
**8484 Wilshire Boulevard Suite 515**
**Beverly Hills, California 90211**
**Telephone 310-729-8289**
**Facsimile _____**
**Email simonbatashvili@gmail.com**


DATED: _2017-08-06_               LAW OFFICES OF DANIEL B. SPITZER

By: _____
         Daniel B. Spitzer

7

## BUSINESS AND PROFESSIONS CODE SECTION 6148

(a)  In any case not coming with Section 6147 in which it is reasonably foreseeable that total expense to a client, including attorneys' fees will exceed one thousand dollars ($1,000), the contract for services in the case shall be in writing and shall contain all of the following:

    (1)  The hourly rate and other standard rates, fees, and charges, applicable to the case.

    (2)  The general nature of the legal services to be provided to the client.

    (3)  The respective responsibilities of the attorney and the client as to the performance of the contract.

(b)  All bills for services rendered by an attorney to a client shall clearly state the basis thereof, including the amount, rate, basis for calculation, or other method of determination of the member's fees; and, upon request by the client, the attorney shall provide a bill to the client no later than 10 days following the request.  The client is entitled to similar requests at intervals of no less than 30 days following the initial request.

(c) Failure to comply with any provision of this section renders the agreement voidable at the option of the client, and the attorney shall, upon the agreement being voided, be entitled to collect a reasonable fee.

(d) This section shall not apply to any of the following:

    (1)  Services rendered in an emergency to avoid foreseeable prejudice to the rights or interest of the client or where a writing is otherwise impractical.
    (2)  A arrangement as to the fee implied by the fact that the attorney's services are of the same general kind as previously rendered to and paid for by the client.
    (3)  If the client knowingly stated in writing, after full disclosure of this section, that a writing concerning fees is not required.
    (4)  If the client is a corporation.

(e)  This section applies prospectively only to fee arrangements following its operative date.

**CONTINUING GUARANTY**

Simon Batashvili ("**Guarantor**") hereby agrees, unconditionally and irrevocably, to guarantee payment of all sums due under the Retainer Agreement between the Law Offices of Daniel B. Spitzer ("**Attorney**") and Chasing Gold, Inc. ("**Client**"). Guarantor acknowledges that Attorney would not enter into the Retainer Agreement without this Guaranty. Without limiting the generality of the foregoing, Guarantor agrees:

1. **Consent to Modifications Without Notice**. The Retainer Agreement may be altered, affected, modified, or changed by agreement between Attorney and Client without consent of or notice to Guarantor.

2. **No Waiver From Delay In Enforcement**. This Guaranty shall not be released, modified, or affected by failure or delay on the part of Attorney to enforce any rights or remedies, whether pursuant to the terms hereof, or at law or in equity.

3. **Waiver of Notice of Default; General Waivers**. No notice of default need be given to Guarantor, it being specifically agreed and understood that the guarantee of the undersigned is a continuing guarantee under which the Attorney may proceed immediately against Client or Guarantor following any breach or default by Client, or for the enforcement of any rights which the Attorney may have as against Client, pursuant to the terms of the Retainer Agreement, or at law or in equity. Guarantor hereby waives: (a) diligence, presentment, demand, notice of nonpayment, protest, notice of protest, and notice of every kind; (b) the right to assert the statute of limitations to any debt or obligation hereunder; (c) the right to protest renewals and extensions of time for the payment of any amounts due under the Retainer Agreement; (d) the right to require Attorney to proceed against the Client, any other Guarantor, or any other person or entity before proceeding directly against the Guarantor on this Guaranty; (e) the right to require Attorney to proceed against any security for the obligations evidenced by the Retainer Agreement; and (f) any right of subrogation.

4. **Notices**. Written notices hereunder may be given by first-class mail, in which case the notice shall be deemed effective three days after being posted; by overnight mail, in which case the notice shall be deemed effective two business days after deposit in the depository of the overnight carrier; by email or by confirmed facsimile copy, in which case the notice shall be deemed effective on the next business day after the transmission. Notices shall be sent as follows:

**To Attorney:**
**Daniel B. Spitzer**
**Law Offices of Daniel B. Spitzer**
**16311 Ventura Boulevard Suite 1200**
**Encino, California 91436-2152**
**Telephone 818-990-9700**
**Facsimile 818-990-9705**
**Email dspitzer@spitzeresq.com**

**To Client:**
**Simon Batashvili, President**
**Chasing Gold, Inc.**
**8484 Wilshire Boulevard Suite 515**
**Beverly Hills, California 90211**
**Telephone 310-729-8289**
**Facsimile _____**
**Email simonbatashvili@gmail.com**

**To Guarantor:**
**Simon Batashvili, President**
**Chasing Gold, Inc.**
**8484 Wilshire Boulevard Suite 515**
**Beverly Hills, California 90211**
**Telephone 310-729-8289**
**Facsimile _____**
**Email simonbatashvili@gmail.com**

Any notice concerning a change of address or facsimile number shall also be given, and shall become effective, in accordance with the provisions of this paragraph.

5.**Miscellaneous**. If any amounts owing under the Retainer Agreement are not paid when due, Guarantor promises to pay all costs and expenses, including reasonable attorneys' fees, incurred by the Attorney in the collection or enforcement thereof. Any married person who signs the Guaranty agrees that recourse may be had against the separate property of that person, and the property of the marital community, for any obligations arising hereunder. Paragraph headings used herein are for reference only and are not intended to create substantive rights or obligations. Time is of the essence of this agreement. In any action arising out of the Retainer Agreement or the Guaranty, Guarantor consents to the jurisdiction of any competent court within the State of California, County of Los Angeles. In entering into this Guaranty, Guarantor has been afforded the right to seek independent counsel of his own choosing, and has either done so prior to signing, or has knowingly

waived the right to do so. The Guaranty shall be construed in accordance with and governed by the laws of the State of California.

DATED: 9-7-17

Simon Batashvili

# EXHIBIT B

## RETAINER AGREEMENT- HOURLY - MULTIPLE REPRESENTATION

### I. RETAINER

Chase Metals, Inc., a Wyoming corporation now known as TMTE, Inc., Lucas Asher and Simon Batashvili (collectively, "**Client**") has this day retained the services of **The Law Offices of Daniel B. Spitzer** ("**Attorney**"), pursuant to the terms and conditions stated herein. Each of the clients named above is jointly and severally responsible for performance of all of the Client's obligations set forth herein, including without limitation the responsibility for paying Attorney's fees and costs.

This agreement is required by Business and Professions Code Section 6148 and is intended to fulfill the requirements of those sections. [The full text of Business and Professions Code Section 6148 is reprinted at the end of this Retainer Agreement.]

### II. LEGAL SERVICES TO BE PROVIDED

**The legal services to be provided by Attorney to Client are for representation in connection with general business and litigation matters as they may arise from time to time. Client understands and agrees that services rendered by Attorney to Client in connection with any other matter shall be governed by the terms of this Retainer Agreement, whether or not a new agreement is entered into in connection with such other representation or matter.**

Attorney's representation of Client shall commence upon, and only upon, payment to Attorney of a retainer in the sum of **$5,0000.00** ("**Deposit Amount**") to be applied against fees and costs incurred in connection with Attorney's representation. This sum shall be considered a true retainer, earned upon receipt. At all times, Client must maintain a balance in the sum of the Deposit Amount on deposit with Attorney, from which Attorney will pay his fees and costs, and Client will replenish upon billing. Failure to replenish this fee advance shall be grounds for termination of this Agreement. At the conclusion of the representation, the remaining deposit will be applied to the final statement, in which event Client will be responsible for any amount due over and above the deposit or be entitled to a refund of any amount remaining after the final statement is satisfied in full.

### III. ATTORNEY FEE PROVISIONS

(a)  The attorney fees for services are presently billed at an hourly rate of **$450.00**. The hourly rate for law clerks is **$200.00** per hour, and the hourly rate for paralegals is **$150.00**. Attorney will charge increments of one tenth of an hour, rounded off for each particular activity to the nearest one tenth of an hour. The minimum time charge for any particular activity will be two tenths of an hour.

(b)      Attorney shall devote its full professional responsibilities as counsel to all matters and accept the responsibility of enforcing all of Client's rights and remedies and protecting Client's interests. Attorney shall take those steps which in its opinion are reasonably necessary to enforce and protect those rights and interests or to research and investigate any areas of law which require legal

1

advice to be rendered to client.

(d)      This fee does not include necessary out-of-pocket costs and expenses, such as service of process charges, filing fees, court and deposition reporters' fees, jury fees, notary fees, deposition costs, long distance telephone charges, messenger and other delivery fees, postage, photocopying and other reproduction costs, travel costs including parking, mileage, transportation, meals and hotel costs, investigation expenses, consultants' fees, expert witness, professional, mediator, arbitrator and/or special master fees and other similar items. In the event that it becomes necessary to incur such costs, Client agrees to advance these costs upon request, or to reimburse Attorney. Attorney is not obligated to advance any costs whatsoever at any time.

(e)      Client agrees to deposit estimated court costs, including jury fees if applicable, subpoena fees, witness and expert fees into the Attorney Trust Account at least (20) twenty days in advance of the date set for any deposition, trial, arbitration, or other such proceeding.

(f)      Attorney may associate or employ counsel in its discretion and at any stage of any legal proceeding.

(g)      (g)      <u>Lien on Proceeds.</u> Client hereby gives a lien to Attorney on any matter as security for its fees and costs as advanced on Client's behalf. In entering into this agreement, Client acknowledges that Attorney has brought to Client's attention the provisions of Rule 1.8.1 of the State Bar Rules of Professional Conduct ("**SBRPC**"), and that Client has voluntarily entered into this transaction. Client acknowledges and understands that the terms of this agreement are fair and reasonable; that the Client has been advised, and given an opportunity, to confer with independent counsel; and that the Client has either done so, or has knowingly declined to do so.  Rule 1.8.1 provides as follows:

*A lawyer shall not enter into a business transaction with a client, or knowingly\* acquire an ownership, possessory, security or other pecuniary interest adverse to a client, unless each of the following requirements has been satisfied:*

*(a) the transaction or acquisition and its terms are fair and reasonable\* to the client and the terms and the lawyer's role in the transaction or acquisition are fully disclosed and transmitted in writing\* to the client in a manner that should reasonably\* have been understood by the client;*

*(b) the client either is represented in the transaction or acquisition by an independent lawyer of the client's choice or the client is advised in writing\* to seek the advice of an independent lawyer of the client's choice and is given a reasonable\* opportunity to seek that advice; and*

*(c) the client thereafter provides informed written consent\* to the terms of the*

*transaction or acquisition, and to the lawyer's role in it.*[1]

(h)    This agreement does not obligate Attorney to prepare, file or prosecute any appeal, including the filing of a notice of appeal, or to research appellate rights, remedies and alternatives or any legal issues relating to an appeal. A separate agreement shall be entered into between Attorney and Client if Attorney is to represent Client for any of these services.

(i)    If, while this agreement is in effect, Attorney increases its hourly rate being charged to clients generally for attorneys' fees, that increase may be applied to fees incurred under this agreement, but only with respect to services provided 30 days or more after written notice of the increase is mailed to Client.

(j)    Attorney will send Client monthly statements indicating all attorneys fees and costs incurred, and their basis. Payment is to be mailed within 30 days of billing. Invoiced amounts which are not paid within thirty days after billing shall accrue interest at the rate of 1.5% per month until paid.

(k)    If a dispute arises between Attorney and Client regarding attorneys' fees and Attorney files suit in any court other than Small Claims Court, Client will have the right to stay that suit by timely electing to arbitrate the dispute under Business and Professions Code Section 6200-6026, in which event Attorney must submit the matter to such arbitration.

## IV. NO SETTLEMENT WITHOUT CONSENT

There shall be no settlement of any of Client's cases without Client's full and prior consent.

## V. RESPONSIBILITIES OF ATTORNEY AND CLIENT

Attorney will perform the legal services called for under this agreement, keep Client informed of all progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorney; will keep Attorney currently informed of all developments and circumstances relating to all matters and lawsuits; will keep Attorney currently apprised of Client's addresses, telephone numbers, and whereabouts; and will timely make all payments required under this agreement.

## VI. EFFECTIVE DATE AND TERMINATION OF AGREEMENT

(a)    The effective date of this agreement will be the date of last signature below. The agreement may be terminated by either party with or without cause on 30 days written notice.

---

[1] Terms with an asterisk bear are defined in the State Bar Rules of Professional Conduct, Rule 1.0.1.

(b)      Client agrees that Attorney may withdraw as attorney of record in any pending lawsuit at any time upon giving reasonable notice. In the event Client wishes to either terminate this agreement or effect a substitution of attorney on all or any matters, Client agrees that such termination or substitution shall act prospectively and all outstanding fees and costs to Attorney shall be paid at the time of termination or substitution and that Attorney shall receive fair and just compensation out of any ultimate recovery for all cases Attorney may be handling as consideration for services performed. Immediately upon termination or withdrawal, Client will promptly execute and return a Substitution of Attorney form for all pending proceedings immediately upon receipt from Attorney. In addition, notwithstanding Client's discharge of Attorney, Client will remain obligated to pay Attorney the agreed rates for all services provided and to reimburse Attorney for all costs advanced. The obligation to pay Attorney's fees as charged is not dependent upon the determination of any court, arbitrator, or other adjudicatory body as to the amount of fees recoverable under contract or statute.

(c)      The circumstances under which the Rules of Professional Conduct of the State Bar of California permit Attorney's withdrawal include but are limited to the following: (a) with the Client consent; (b) when the Client's conduct renders it unreasonably difficult for the Attorney to carry out the employment effectively; and (c) when the Client has failed to pay attorneys' fees or costs as required hereunder. At the termination of services under this agreement, Attorney will release promptly to Client on request all of Client's papers and property.

## VII. NO REPRESENTATION OF OUTCOME

Client acknowledges that Attorney has made no representations of any type as to what amount, if any, Client may recover in any case. Although Attorney may offer an opinion about possible results regarding the subject matter of this agreement or any pending case, or in connection with any advice which the Client seeks from Attorney, the Attorney cannot guarantee any particular result. Client acknowledges that the law is not an exact science and that Attorney has not made, cannot make, and will not make any promises or representations about the outcome or result of any matter, and that any opinion offered by Attorney in the future will not constitute any guarantee of a particular outcome.

## VIII. SEVERABILITY

If any provision in this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision, and of the entire agreement, will be severable, and this agreement will remain in full force and effect.

## IX. SUBSEQUENT MODIFICATION

This agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both Attorney and Client.

\\\

## X. WARRANTY OF AUTHORITY

If signing on behalf of an entity or entities other than as an individual, by their execution of this agreement below, the persons who have signed represent and warrant that they are authorized and empowered by such entity or entities to enter into this agreement, to bind such entity or entities to it, and that all resolutions, if any are required, have been properly adopted by the appropriate Board of Directors of such entity or entities.

## XI. POWER OF ATTORNEY

Client grants to Attorney the Client's power of attorney to execute all documents connected with the claim or matter for which Attorney is retained by this agreement, including pleadings, contracts, commercial paper, settlement agreements, compromises, releases, checks, stipulations, verifications, dismissals, and all other documents that Client could properly execute.

## XII. CALIFORNIA LAW CONTROLS

The laws of the State of California shall govern the construction and interpretation of this agreement. This Agreement has been made in the County of Los Angeles, in the City of Encino, and is intended to be performed herein. Any action under or to enforce this agreement shall be brought in any court of competent jurisdiction in the County of Los Angeles.

## XIII. RETENTION OF FILES; DESTRUCTION OF FILES

At the termination of Attorney's representation hereunder, the Client's files will either be returned to Client or deposited in storage and maintained for three years, unless otherwise agreed in writing between Attorney and Client. At the end of three years from the termination of representation or the closing of a particular matter, the Client hereby consents to Attorney's destruction of all remaining records, files, and exhibits in connection with such matter or matters, without further notice to Client.

## XIV. CLIENT HAS READ

The person signing below as or for Client represents that he or she has read the entirety of this agreement, including the text of Business and Professions Code Section 6148 appended hereto and incorporated herein by this reference, and understands and agrees with each and every provision in it.

## XV. WAIVER OF CONFLICTS DUE TO JOINT REPRESENTATION

Each of the undersigned recognizes the existence of potential conflicts of interest between them, and voluntarily waives these conflicts in order to secure the benefits of joint representation in this matter. By agreeing to have Attorney undertake joint representation of the respective interests of all Clients in the matters which are the subject of this agreement, each of the Clients

acknowledges and understands that he, she, or it has given up certain rights and benefits each would otherwise have, including the right to individually control or settle any lawsuits, and the right to communicate with counsel and have these communications kept confidential from one another.

Attorney's representation of the Clients in this matter may be terminated if any one of the Clients requests that we withdraw. Furthermore, we may withdraw from representation of any one of the Clients upon written notice if it becomes apparent that such representation will prejudice or conflict with our representation of any one of the other Clients. In the event of our withdrawal under either of the circumstances, the Clients shall promptly pay Attorney for all services rendered, and for all other fees, charges, and expenses incurred by Attorney prior to the date of such withdrawal.

## XVI. AUTHORIZED CLIENT CONTACT

Each of the undersigned recognizes that concerns of efficiency and cost require that Attorney have one member of the Client group or another designated individual nominated as the spokesperson and authorized client contact for communications between Attorney and the Client group. Each of the undersigned therefore consents to have communications between Attorney and the Client group routed through the Client representative designated below; this means that copies of relevant pleadings and correspondence, invoices, and other communications will be sent only to the Client representative, and not to all Clients. **For the purpose of this Agreement, Simon Batashvili, Lucas Asher and attorney Rabeh Soofi shall all be deemed "Authorized Client Contacts."**

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

6

## XVII. COUNTERPARTS

This agreement may be signed in counterparts which, when taken together, shall constitute the totality of this agreement.

DATED: January 25, 2019

_____
Simon Batashvili, Individually

_____
Lucas Asher, Individually

INSTRIBUTION, LLC, a Delaware limited liability company, now known as REVO, LLC

By: _____
        Lucas Asher, Member

## CLIENT INFORMATION AND AUTHORIZED CLIENT CONTACTS:

| | | |
|---|---|---|
| **Simon Batashvili**<br>**11360 Waterford St.**<br>**Los Angeles CA 90049**<br>**T: 310-729-8289**<br>**E: simon@instribution.com** | **Lucas Asher**<br>**433 N. Camden Dr. Ste. 970**<br>**Beverly Hills CA 90210**<br>**T: 800-463-1326**<br>**E: Legal@metals.com** | **Rabeh M. A. Soofi**<br>**Axis Legal Counsel, PC**<br>**5670 Wilshire Bl. 18th Floor**<br>**Los Angeles CA 90036**<br>**T: 213-403-3218**<br>**F: 213-403-0101**<br>**E: rsoofi@asixlc.com** |

DATED: 2019-01-25

LAW OFFICES OF DANIEL B. SPITZER

By: _____
        Daniel B. Spitzer

7

## BUSINESS AND PROFESSIONS CODE SECTION 6148

(a) In any case not coming with Section 6147 in which it is reasonably foreseeable that total expense to a client, including attorneys' fees will exceed one thousand dollars ($1,000), the contract for services in the case shall be in writing and shall contain all of the following:

(1)     The hourly rate and other standard rates, fees, and charges, applicable to the case.

(2)     The general nature of the legal services to be provided to the client.

(3)     The respective responsibilities of the attorney and the client as to the performance of the contract.

(b) All bills for services rendered by an attorney to a client shall clearly state the basis thereof, including the amount, rate, basis for calculation, or other method of determination of the member's fees; and, upon request by the client, the attorney shall provide a bill to the client no later than 10 days following the request. The client is entitled to similar requests at intervals of no less than 30 days following the initial request.

(c) Failure to comply with any provision of this section renders the agreement voidable at the option of the client, and the attorney shall, upon the agreement being voided, be entitled to collect a reasonable fee.

(d) This section shall not apply to any of the following:

(1)     Services rendered in an emergency to avoid foreseeable prejudice to the rights or interest of the client or where a writing is otherwise impractical.

(2)     A arrangement as to the fee implied by the fact that the attorney's services are of the same general kind as previously rendered to and paid for by the client.

(3)     If the client knowingly stated in writing, after full disclosure of this section, that a writing concerning fees is not required.

(4)     If the client is a corporation.

(e)     This section applies prospectively only to fee arrangements following its operative date.

# EXHIBIT C

## RETAINER AGREEMENT- HOURLY - MULTIPLE REPRESENTATION

### I. RETAINER

Instribution LLC, a Delaware limited liability company now known as Revo LLC, Lucas Asher and Simon Batashvili (collectively, "**Client**") has this day retained the services of **The Law Offices of Daniel B. Spitzer** ("**Attorney**"), pursuant to the terms and conditions stated herein. Each of the clients named above is jointly and severally responsible for performance of all of the Client's obligations set forth herein, including without limitation the responsibility for paying Attorney's fees and costs.

This agreement is required by Business and Professions Code Section 6148 and is intended to fulfill the requirements of those sections. [The full text of Business and Professions Code Section 6148 is reprinted at the end of this Retainer Agreement.]

### II. LEGAL SERVICES TO BE PROVIDED

**The legal services to be provided by Attorney to Client are for representation in connection with general business and litigation matters as they may arise from time to time and specifically, at present, in connection with defending the pending action known as Brian Freese, etc. vs. Instribution, LLC, etc., et al., Los Angeles County Superior Court Case No. BC716081 and bringing a cross-complaint therein. Client understands and agrees that services rendered by Attorney to Client in connection with any other matter shall be governed by the terms of this Retainer Agreement, whether or not a new agreement is entered into in connection with such other representation or matter.**

Attorney's representation of Client shall commence upon, and only upon, payment to Attorney of a retainer in the sum of **$5,0000.00** ("**Deposit Amount**") to be applied against fees and costs incurred in connection with Attorney's representation. This sum shall be considered a true retainer, earned upon receipt. At all times, Client must maintain a balance in the sum of the Deposit Amount on deposit with Attorney, from which Attorney will pay his fees and costs, and Client will replenish upon billing. Failure to replenish this fee advance shall be grounds for termination of this Agreement. At the conclusion of the representation, the remaining deposit will be applied to the final statement, in which event Client will be responsible for any amount due over and above the deposit or be entitled to a refund of any amount remaining after the final statement is satisfied in full.

### III. ATTORNEY FEE PROVISIONS

(a) The attorney fees for services are presently billed at an hourly rate of **$450.00**. The hourly rate for law clerks is **$200.00** per hour, and the hourly rate for paralegals is **$150.00**. Attorney will charge increments of one tenth of an hour, rounded off for each particular activity to the nearest one tenth of an hour. The minimum time charge for any particular activity will be two tenths of an hour.

1

(b)       Attorney shall devote its full professional responsibilities as counsel to all matters and accept the responsibility of enforcing all of Client's rights and remedies and protecting Client's interests. Attorney shall take those steps which in its opinion are reasonably necessary to enforce and protect those rights and interests or to research and investigate any areas of law which require legal advice to be rendered to client.

(d)       This fee does not include necessary out-of-pocket costs and expenses, such as service of process charges, filing fees, court and deposition reporters' fees, jury fees, notary fees, deposition costs, long distance telephone charges, messenger and other delivery fees, postage, photocopying and other reproduction costs, travel costs including parking, mileage, transportation, meals and hotel costs, investigation expenses, consultants' fees, expert witness, professional, mediator, arbitrator and/or special master fees and other similar items. In the event that it becomes necessary to incur such costs, Client agrees to advance these costs upon request, or to reimburse Attorney. Attorney is not obligated to advance any costs whatsoever at any time.

(e)       Client agrees to deposit estimated court costs, including jury fees if applicable, subpoena fees, witness and expert fees into the Attorney Trust Account at least (20) twenty days in advance of the date set for any deposition, trial, arbitration, or other such proceeding.

(f)       Attorney may associate or employ counsel in its discretion and at any stage of any legal proceeding.

(g)       (g)       Lien on Proceeds. Client hereby gives a lien to Attorney on any matter as security for its fees and costs as advanced on Client's behalf. In entering into this agreement, Client acknowledges that Attorney has brought to Client's attention the provisions of Rule 1.8.1 of the State Bar Rules of Professional Conduct ("**SBRPC**"), and that Client has voluntarily entered into this transaction. Client acknowledges and understands that the terms of this agreement are fair and reasonable; that the Client has been advised, and given an opportunity, to confer with independent counsel; and that the Client has either done so, or has knowingly declined to do so.  Rule 1.8.1 provides as follows:

> *A lawyer shall not enter into a business transaction with a client, or knowingly\* acquire an ownership, possessory, security or other pecuniary interest adverse to a client, unless each of the following requirements has been satisfied:*
>
> *(a) the transaction or acquisition and its terms are fair and reasonable\* to the client and the terms and the lawyer's role in the transaction or acquisition are fully disclosed and transmitted in writing\* to the client in a manner that should reasonably\* have been understood by the client;*
>
> *(b) the client either is represented in the transaction or acquisition by an independent lawyer of the client's choice or the client is advised in writing\* to seek the advice of an independent lawyer of the client's choice and is given a reasonable\* opportunity to seek that advice; and*

2

*(c) the client thereafter provides informed written consent\* to the terms of the transaction or acquisition, and to the lawyer's role in it.*[1]

(h)     This agreement does not obligate Attorney to prepare, file or prosecute any appeal, including the filing of a notice of appeal, or to research appellate rights, remedies and alternatives or any legal issues relating to an appeal. A separate agreement shall be entered into between Attorney and Client if Attorney is to represent Client for any of these services.

(i)     If, while this agreement is in effect, Attorney increases its hourly rate being charged to clients generally for attorneys' fees, that increase may be applied to fees incurred under this agreement, but only with respect to services provided 30 days or more after written notice of the increase is mailed to Client.

(j)     Attorney will send Client monthly statements indicating all attorneys fees and costs incurred, and their basis. Payment is to be mailed within 30 days of billing. Invoiced amounts which are not paid within thirty days after billing shall accrue interest at the rate of 1.5% per month until paid.

(k)     If a dispute arises between Attorney and Client regarding attorneys' fees and Attorney files suit in any court other than Small Claims Court, Client will have the right to stay that suit by timely electing to arbitrate the dispute under Business and Professions Code Section 6200-6026, in which event Attorney must submit the matter to such arbitration.

## IV. NO SETTLEMENT WITHOUT CONSENT

There shall be no settlement of any of Client's cases without Client's full and prior consent.

## V. RESPONSIBILITIES OF ATTORNEY AND CLIENT

Attorney will perform the legal services called for under this agreement, keep Client informed of all progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorney; will keep Attorney currently informed of all developments and circumstances relating to all matters and lawsuits; will keep Attorney currently apprised of Client's addresses, telephone numbers, and whereabouts; and will timely make all payments required under this agreement.

## VI. EFFECTIVE DATE AND TERMINATION OF AGREEMENT

(a)     The effective date of this agreement will be the date of last signature below. The agreement may be terminated by either party with or without cause on 30 days written notice.

---

[1] Terms with an asterisk bear are defined in the State Bar Rules of Professional Conduct, Rule 1.0.1.

(b)     Client agrees that Attorney may withdraw as attorney of record in any pending lawsuit at any time upon giving reasonable notice. In the event Client wishes to either terminate this agreement or effect a substitution of attorney on all or any matters, Client agrees that such termination or substitution shall act prospectively and all outstanding fees and costs to Attorney shall be paid at the time of termination or substitution and that Attorney shall receive fair and just compensation out of any ultimate recovery for all cases Attorney may be handling as consideration for services performed. Immediately upon termination or withdrawal, Client will promptly execute and return a Substitution of Attorney form for all pending proceedings immediately upon receipt from Attorney. In addition, notwithstanding Client's discharge of Attorney, Client will remain obligated to pay Attorney the agreed rates for all services provided and to reimburse Attorney for all costs advanced. The obligation to pay Attorney's fees as charged is not dependent upon the determination of any court, arbitrator, or other adjudicatory body as to the amount of fees recoverable under contract or statute.

(c)     The circumstances under which the Rules of Professional Conduct of the State Bar of California permit Attorney's withdrawal include but are limited to the following: (a) with the Client consent; (b) when the Client's conduct renders it unreasonably difficult for the Attorney to carry out the employment effectively; and (c) when the Client has failed to pay attorneys' fees or costs as required hereunder. At the termination of services under this agreement, Attorney will release promptly to Client on request all of Client's papers and property.

## VII. NO REPRESENTATION OF OUTCOME

Client acknowledges that Attorney has made no representations of any type as to what amount, if any, Client may recover in any case. Although Attorney may offer an opinion about possible results regarding the subject matter of this agreement or any pending case, or in connection with any advice which the Client seeks from Attorney, the Attorney cannot guarantee any particular result. Client acknowledges that the law is not an exact science and that Attorney has not made, cannot make, and will not make any promises or representations about the outcome or result of any matter, and that any opinion offered by Attorney in the future will not constitute any guarantee of a particular outcome.

## VIII. SEVERABILITY

If any provision in this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision, and of the entire agreement, will be severable, and this agreement will remain in full force and effect.

## IX. SUBSEQUENT MODIFICATION

This agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both Attorney and Client.

\\\

4

## X. WARRANTY OF AUTHORITY

If signing on behalf of an entity or entities other than as an individual, by their execution of this agreement below, the persons who have signed represent and warrant that they are authorized and empowered by such entity or entities to enter into this agreement, to bind such entity or entities to it, and that all resolutions, if any are required, have been properly adopted by the appropriate Board of Directors of such entity or entities.

## XI. POWER OF ATTORNEY

Client grants to Attorney the Client's power of attorney to execute all documents connected with the claim or matter for which Attorney is retained by this agreement, including pleadings, contracts, commercial paper, settlement agreements, compromises, releases, checks, stipulations, verifications, dismissals, and all other documents that Client could properly execute.

## XII. CALIFORNIA LAW CONTROLS

The laws of the State of California shall govern the construction and interpretation of this agreement. This Agreement has been made in the County of Los Angeles, in the City of Encino, and is intended to be performed herein. Any action under or to enforce this agreement shall be brought in any court of competent jurisdiction in the County of Los Angeles.

## XIII. RETENTION OF FILES; DESTRUCTION OF FILES

At the termination of Attorney's representation hereunder, the Client's files will either be returned to Client or deposited in storage and maintained for three years, unless otherwise agreed in writing between Attorney and Client. At the end of three years from the termination of representation or the closing of a particular matter, the Client hereby consents to Attorney's destruction of all remaining records, files, and exhibits in connection with such matter or matters, without further notice to Client.

## XIV. CLIENT HAS READ

The person signing below as or for Client represents that he or she has read the entirety of this agreement, including the text of Business and Professions Code Section 6148 appended hereto and incorporated herein by this reference, and understands and agrees with each and every provision in it.

## XV. WAIVER OF CONFLICTS DUE TO JOINT REPRESENTATION

Each of the undersigned recognizes the existence of potential conflicts of interest between them, and voluntarily waives these conflicts in order to secure the benefits of joint representation in this matter. By agreeing to have Attorney undertake joint representation of the respective interests of all Clients in the matters which are the subject of this agreement, each of the Clients

5

acknowledges and understands that he, she, or it has given up certain rights and benefits each would otherwise have, including the right to individually control or settle any lawsuits, and the right to communicate with counsel and have these communications kept confidential from one another.

Attorney's representation of the Clients in this matter may be terminated if any one of the Clients requests that we withdraw. Furthermore, we may withdraw from representation of any one of the Clients upon written notice if it becomes apparent that such representation will prejudice or conflict with our representation of any one of the other Clients. In the event of our withdrawal under either of the circumstances, the Clients shall promptly pay Attorney for all services rendered, and for all other fees, charges, and expenses incurred by Attorney prior to the date of such withdrawal.

## XVI. AUTHORIZED CLIENT CONTACT

Each of the undersigned recognizes that concerns of efficiency and cost require that Attorney have one member of the Client group or another designated individual nominated as the spokesperson and authorized client contact for communications between Attorney and the Client group. Each of the undersigned therefore consents to have communications between Attorney and the Client group routed through the Client representative designated below; this means that copies of relevant pleadings and correspondence, invoices, and other communications will be sent only to the Client representative, and not to all Clients. **For the purpose of this Agreement, Simon Batashvili, Lucas Asher and attorney Rabeh Soofi shall all be deemed "Authorized Client Contacts."**

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

## XVII. COUNTERPARTS

This agreement may be signed in counterparts which, when taken together, shall constitute the totality of this agreement.


DATED: January 25, 2019

Simon Batashvili, Individually

Lucas Asher, Individually

INSTRIBUTION, LLC, a Delaware limited liability company, now known as REVO, LLC

By: 

Lucas Asher, Member


## CLIENT INFORMATION AND AUTHORIZED CLIENT CONTACTS:

| | | |
|---|---|---|
| **Simon Batashvili**<br>**11360 Waterford St.**<br>**Los Angeles CA 90049**<br>**T: 310-729-8289**<br>**E: simon@instribution.com** | **Lucas Asher**<br>**433 N. Camden Dr. Ste. 970**<br>**Beverly Hills CA 90210**<br>**T: 800-463-1326**<br>**E: Legal@metals.com** | **Rabeh M. A. Soofi**<br>**Axis Legal Counsel, PC**<br>**5670 Wilshire Bl. 18th Floor**<br>**Los Angeles CA 90036**<br>**T: 213-403-3218**<br>**F: 213-403-0101**<br>**E: rsoofi@asixlc.com** |


DATED: *2019-01-25*

LAW OFFICES OF DANIEL B. SPITZER

By: 

Daniel B. Spitzer

## BUSINESS AND PROFESSIONS CODE SECTION 6148

(a) In any case not coming with Section 6147 in which it is reasonably foreseeable that total expense to a client, including attorneys' fees will exceed one thousand dollars ($1,000), the contract for services in the case shall be in writing and shall contain all of the following:

      (1)    The hourly rate and other standard rates, fees, and charges, applicable to the case.

      (2)    The general nature of the legal services to be provided to the client.

      (3)    The respective responsibilities of the attorney and the client as to the performance of the contract.

(b) All bills for services rendered by an attorney to a client shall clearly state the basis thereof, including the amount, rate, basis for calculation, or other method of determination of the member's fees; and, upon request by the client, the attorney shall provide a bill to the client no later than 10 days following the request. The client is entitled to similar requests at intervals of no less than 30 days following the initial request.

(c) Failure to comply with any provision of this section renders the agreement voidable at the option of the client, and the attorney shall, upon the agreement being voided, be entitled to collect a reasonable fee.

(d) This section shall not apply to any of the following:

      (1)    Services rendered in an emergency to avoid foreseeable prejudice to the rights or interest of the client or where a writing is otherwise impractical.

      (2)    A arrangement as to the fee implied by the fact that the attorney's services are of the same general kind as previously rendered to and paid for by the client.

      (3)    If the client knowingly stated in writing, after full disclosure of this section, that a writing concerning fees is not required.

      (4)    If the client is a corporation.

(e)    This section applies prospectively only to fee arrangements following its operative date.

# EXHIBIT D

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

CHASE METALS, INC.                                        February 27, 2019
LUCAS ASHER, PRESIDENT                        Invoice No.        24225
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        January 31, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ

        Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/30/2019 | DBS | REVIEW WOLAN ANSWER, CROSS-COMPLAINT (.3); REVIEW DOCUMENTS RECEIVED RE WOLAN, IVESTER (2.4) | 2.70 450.00/hr | 1,215.00 |
| 1/31/2019 | DBS | CORRESPONDENCE FROM RABEH RE WOLAN CROSS-COMPLAINT (.3); CORRESPONDENCE TO RABEH (.1) | 0.40 450.00/hr | 180.00 |
| 1/29/2019 | DBS | CORRESPONDENCE FROM SOOFI (.1);; REVIEW CLIENT DOCUMENTS, DOCKET (.4) | 0.50 450.00/hr | 225.00 |
| | | For professional services rendered | 3.60 | $1,620.00 |
| | | Balance due | | $1,620.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JANUARY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE*

Exhibit D - Page 1

## *CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF
**D A N I E L   B .   S P I T Z E R**

D A N I E L   B .   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,   S U I T E 1200
E N C I N O,  C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

March 27, 2019
Invoice No.      24258

For Professional Services Rendered Through:    February 28, 2019

─────────────────────────────────────────────────────────────────

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2019 | DBS | CORRESPONDENCE FROM SOOFI (.2); RESEARCH RE GOLDEN GATE CAPITAL (.3); CORRESPONDENCE FROM SOOFI RE DISCOVERY (.5); CORRESPONDENCE FROM COHEN (.1); REVIEW WOLAN ANSWER (.1) | 1.20 450.00/hr | 540.00 |
| 2/6/2019 | DBS | PREPARE SUBSTITUTIONS (.3); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM SOOFI RE CASTILLO (.3) | 0.80 450.00/hr | 360.00 |
| 2/7/2019 | DBS | CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE FROM O'REILLY (.1); FILE SUBSTITUTIONS (.3) | 0.50 450.00/hr | 225.00 |
| 2/8/2019 | DBS | CORRESPONDENCE TO RABEH (.2); CORRESPONDENCE FROM RABEH (.2); REVIEW DOCKET, DOCUMENTS RECEIVED FROM CLIENT (1.4) | 1.80 450.00/hr | 810.00 |

CHASE METALS, INC.                                                                    March 27, 2019
In Reference To: CHASE METALS vs                                                          Page  2
                 BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/9/2019 DBS | FILE SUBSTITUTIONS (.2) | 0.20<br>450.00/hr | 90.00 |
| 2/11/2019 DBS | CORRESPONDENCE FROM CLERK RE SUBSTITUTIONS (.2); REVIEW CLIENT DOCUMENTS (1.1); CORRESPONDENCE FROM SOOFI (.1); DRAFT/REVISE ANSWER TO IVESTER FIRST AMENDED COMPLAINT (1.2); FILE SAME (.2); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM O'REILLY (.1) | 3.10<br>450.00/hr | 1,395.00 |
| 2/13/2019 DBS | CORRESPONDENCE FROM SOOFI (.2); REVIEW CORRESPONDENCE FROM GOLDMAN (.6); REVIEW DISCOVERY FILE (.4) | 1.20<br>450.00/hr | 540.00 |
| 2/19/2019 DBS | REVIEW MEET AND CONFER LETTER FROM COHEN (.3); CORRESPONDENCE FROM SOOFI (.1); CORRESPONDENCE FROM GOLDMAN (.5); DRAFT/REVISE SUBSTITUTION (.1); FILE SAME (.2); CORRESPONDENCE FROM CLERK (.2); REVIEW IVESTER DEMURRER, OPPOSITION (.2); REVIEW DOCUMENTS RE KWON (.2); REVIEW DOCUMENTS RE WILSHIRE METALS (.2); REVIEW WOLAN ANSWER (.1) | 2.10<br>450.00/hr | 945.00 |
| 2/24/2019 DBS | REVIEW REQUEST FOR DISMISSAL (.1); REVIEW STIPULATION FOR FILING FIRST AMENDED CROSS-COMPLAINT (.2); CORRESPONDENCE FROM CLERK (.2) | 0.50<br>450.00/hr | 225.00 |
| 2/25/2019 DBS | CORRESPONDENCE FROM SIMON RE LABOR COMMISSIONER HEARING (.2); CORRESPONDENCE FROM RABEH (.3); CORRESPONDENCE FROM KRAMER (.3); CORRESPONDENCE TO SOOFI (.1) | 0.90<br>450.00/hr | 405.00 |
| 2/28/2019 DBS | REVIEW REQUEST FOR DISMISSAL (ALWAY) (.1); REVIEW STIPULATION FOR FILING OF FIRST AMENDED CROSS-COMPLAINT (.1); | 0.60<br>450.00/hr | 270.00 |

CHASE METALS, INC.                                                    March 27, 2019
In Reference To: CHASE METALS vs                                          Page  3
                 BENAVIDEZ

|  | Hrs/Rate | Amount |
|---|---|---|
| REVIEW IVESTER DISCOVERY RESPONSES (.4) | | |
| For professional services rendered | 12.90 | $5,805.00 |
| Additional Charges : | | |
| 2/28/2019 COPIES/SCANS | | 12.60 |
| Total costs | | $12.60 |
| Total amount of this bill | | $5,817.60 |
| Previous balance | | $1,620.00 |
| 3/14/2019 Payment - thank you | | ($1,620.00) |
| Total payments and adjustments | | ($1,620.00) |
| Balance due | | $5,817.60 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **FEBRUARY 28, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF
# D A N I E L   B.   S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,   S U I T E  1200
E N C I N O,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

CHASE METALS, INC.                                  April 30, 2019
LUCAS ASHER, PRESIDENT                    Invoice No.     24284
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210


For Professional Services Rendered Through:      March 31, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ


     Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/4/2019 DBS | CORRESPONDENCE FROM COHEN (.2); REVIEW DISCOVERY RESPONSES (.4); CORRESPONDENCE FROM CLIENT (.3); CORRESPONDENCE TO CLIENT (.1) | 1.00 450.00/hr | 450.00 |
| 3/6/2019 DBS | CORRESPONDENCE TO CLIENTS RE SECURITIES ISSUES (.4); CORRESPONDENCE FROM SOOFI (.2); CORRESPONDENCE FROM LUCAS (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM PROCESS SERVER (.2) | 1.20 450.00/hr | 540.00 |
| 3/7/2019 DBS | REVIEW FILE (.2); CORRESPONDENCE TO SOOFI (.1); REVIEW NOTICE - INVESTIGATION COMPLETE RE CASTILLO (.1) | 0.40 450.00/hr | 180.00 |
| 3/8/2019 DBS | CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM SOOFI (.1); REVIEW COHEN LETTER RE DISCOVERY RESPONSES (.3); CORRESPONDENCE TO SOOFI (.1) | 0.70 450.00/hr | 315.00 |

CHASE METALS, INC.                                        April 30, 2019
In Reference To: CHASE METALS vs                              Page  2
                 BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/2019 DBS | CORRESPONDENCE FROM RABEH (.1); REVIEW WOLAN DISCOVERY, RESPONSES (.4); CORRESPONDENCE TO COHEN (.1); REVIEW MEET AND CONFER LETTER (.4) | 1.00 450.00/hr | 450.00 |
| 3/11/2019 DBS | CORRESPONDENCE FROM SOOFI (.1); REVIEW  DISCOVERY REQUESTS, RESPONSES (.6); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO COHEN (.3); CORRESPONDENCE TO SOOFI (.1); REVIEW WOLAN EVIDENCE (.3); DRAFT/REVISE SUPPLEMENTAL RESPONSES (1.3) | 2.90 450.00/hr | 1,305.00 |
| 3/13/2019 DBS | DRAFT/REVISE CORRESPONDENCE TO WEINTRAUB (.3); CORRESPONDENCE FROM LUCAS (.2); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM PROCESS SERVER (.2); CORRESPONDENCE TO CLIENT (.1); DRAFT/REVISE WOLAN DISCOVERY RESPONSES (1.7) | 2.60 450.00/hr | 1,170.00 |
| 3/15/2019 DBS | REVIEW CORRESPONDENCE FROM FIELDS (.2); REVIEW STIPULATION TO ADD PARTIES TO PROTECTIVE ORDER (.2); CORRESPONDENCE TO CLIENTS (.2); DRAFT/REVISE NOTICE AND ACKNOWLEDGMENT (.1); CORRESPONDENCE TO WEINTRAUB (.1); CORRESPONDENCE FROM SERVERS (.2); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM GOLDMAN (.1) | 1.20 450.00/hr | 540.00 |
| 3/17/2019 DBS | CORRESPONDENCE FROM RABEH (.1); REVIEW STATE BAR RULES, NEW RULES (.3); CORRESPONDENCE FROM WEINTRAUB (.2); CORRESPONDENCE TO CLIENT (.1); CORRESPONDENCE TO SOOFI (.1); DRAFT/REVISE WOLAN DISCOVERY | 3.40 450.00/hr | 1,530.00 |

CHASE METALS, INC.                                                     April 30, 2019
In Reference To: CHASE METALS vs                                           Page  3
                   BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | RESPONSES (2.2); REVIEW GOLDMAN LETTER RE MEET AND CONFER (.4) |  |  |
| 3/18/2019 DBS | CORRESPONDENCE FROM LUCAS (.5); CORRESPONDENCE FROM RABEH (.4); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO RABEH (.2); CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM SERVERS (.2) | 1.80 450.00/hr | 810.00 |
| 3/19/2019 DBS | CORRESPONDENCE FROM RABEH (.4); TELEPHONE CONVERSATION(S) WITH CONOR (.3); CORRESPONDENCE FROM CONOR (.3); CORRESPONDENCE FROM LUCAS (.4); DRAFT/REVISE DECLARATION OF CUSTOMER (.3); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO WEINTRAUB (.1);  REVIEW LITIGATION HOLD LETTER (.2) | 2.10 450.00/hr | 945.00 |
| 3/21/2019 DBS | CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM LUCAS (.1); CORRESPONDENCE FROM CONDOR (.2); REVIEW MIEDEMA DECLARATION (.2); CORRESPONDENCE TO CONOR (.2) | 1.00 450.00/hr | 450.00 |
| 3/22/2019 DBS | CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE FROM COHEN (.1); TELEPHONE CONVERSATION(S) WITH COHEN (.2); CORRESPONDENCE FROM CONOR (.4); CORRESPONDENCE FROM RABEH (.1); CORRESPONDENCE FROM CLIENT (.2); REVIEW MIEDEMA TEXTS (.1); CORRESPONDENCE TO CLIENT (.3) | 1.60 450.00/hr | 720.00 |
| 3/24/2019 DBS | REVIEW WOLAN DISCOVERY RESPONSES (.6); DRAFT/REVISE SUPPLEMENTAL RESPONSES (2.2) | 2.80 450.00/hr | 1,260.00 |

CHASE METALS, INC.　　　　　　　　　　　　　　　　　April 30, 2019

In Reference To: CHASE METALS vs　　　　　　　　　　　　Page 4
　　　　　　　　　BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/25/2019 DBS | REVIEW CHASE SUPPLEMENTAL RESPONSES TO BENAVIDEZ DISCOVERY (.3); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM LEBE (.1); CORRESPONDENCE FROM MESRIANI (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.3); CORRESPONDENCE FROM CONOR (.2); REVIEW AUAG WEBSITE (.2) | 1.40 450.00/hr | 630.00 |
| 3/26/2019 DBS | CORRESPONDENCE TO FIELDS RE STIPULATION FOR PROTECTIVE ORDER (.1) | 0.10 450.00/hr | 45.00 |
| 3/28/2019 DBS | CORRESPONDENCE TO COHEN (.1); CORRESPONDENCE FROM COHEN (.1) | 0.20 450.00/hr | 90.00 |
| 3/29/2019 DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM DUVAN-CLARKE (.2); CORRESPONDENCE TO KRAMER (.1) | 0.40 450.00/hr | 180.00 |

　　　　　For professional services rendered　　　　　25.80　　$11,610.00

　　　　　Additional Charges :

3/31/2019 COPIES/SCANS　　　　　　　　　　　　　　　　　　　4.40

3/18/2019 ONLINE RESEARCH COSTS　　　　　　　　　　　　　　6.72

3/19/2019 ONLINE RESEARCH COSTS　　　　　　　　　　　　　11.11

3/20/2019 ONLINE RESEARCH COSTS　　　　　　　　　　　　　21.33

3/21/2019 ONLINE RESEARCH COSTS　　　　　　　　　　　　　　1.76

3/29/2019 ONLINE RESEARCH COSTS　　　　　　　　　　　　　13.80

CHASE METALS, INC.
April 30, 2019
In Reference To: CHASE METALS vs
Page 5
               BENAVIDEZ

| | Amount |
|---|---|
| 3/30/2019 ONLINE RESEARCH COSTS | 59.61 |
| Total costs | $118.73 |
| Total amount of this bill | $11,728.73 |
| Previous balance | $5,817.60 |
| Balance due | $17,546.33 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MARCH 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E  1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

May 24, 2019
Invoice No.       24315

For Professional Services Rendered Through:        April 30, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2019 DBS | REVIEW SUPPLEMENTAL DISCOVERY RESPONSES OF CHASE METAL PARTIES (.3) | 0.30 450.00/hr | 135.00 |
| 4/3/2019 DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10 450.00/hr | 45.00 |
| 4/4/2019 DBS | CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE SUPPLEMENTAL RESPONSES TO WOLAN DISCOVERY (3.8) | 4.10 450.00/hr | 1,845.00 |
| 4/5/2019 DBS | CORRESPONDENCE FROM O'REILLY (.1); REVIEW WOLAN DOCUMENTS (.3); DRAFT/REVISE SUPPLEMENTAL RESPONSES TO DEMAND, SPECIAL INTERROGATORIES, FORM INTERROGATORIES, (WOLAN)(4.4); CORRESPONDENCE TO CONOR (.5); CORRESPONDENCE FROM CONOR (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.3) | 5.80 450.00/hr | 2,610.00 |

CHASE METALS, INC.                                                                May 24, 2019
In Reference To: CHASE METALS vs                                                      Page  2
                 BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/7/2019 DBS | REVIEW NOTICE OF DEMURRER (.2); REVIEW MEMO OF POINTS AND AUTHORITIES, DECLARATION (.3); DRAFT/REVISE SUPPLEMENTAL DISCOVERY RESPONSES (3.4) | 3.90 450.00/hr | 1,755.00 |
| 4/8/2019 DBS | REVIEW ROSENTHAL DISCOVERY TO BENAVIDES (.3); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE FROM COHEN (.1) DRAFT/REVISE SUPPLEMENTAL RESPONSES TO IVESTER DISCOVERY (3.8); REVIEW CHASE DEMURRER TO BENAVIDES'S FIRST AMENDED CROSS-COMPLAINT (.3) | 4.70 450.00/hr | 2,115.00 |
| 4/10/2019 DBS | CORRESPONDENCE FROM COHEN RE MEET AND CONFER (.4); CORRESPONDENCE FROM KRAMER (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.3) | 0.80 450.00/hr | 360.00 |
| 4/12/2019 DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM DUVAN-CLARKE (.1); CORRESPONDENCE FROM KRAMER (.1) | 0.50 450.00/hr | 225.00 |
| 4/15/2019 DBS | CORRESPONDENCE FROM COURTCALL (.1); CORRESPONDENCE TO CONOR (.3); DRAFT/REVISE CASE MANAGEMENT CONFERENCE STATEMENT (.3); REVIEW FILE (.2) | 0.90 450.00/hr | 405.00 |
| 4/16/2019 DBS | FILE CASE MANAGEMENT STATEMENT(.1); CORRESPONDENCE FROM CLERK (.1) | 0.20 450.00/hr | 90.00 |
| 4/17/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.3); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE TO COUNSEL RE COURTCALL (.1) | 0.80 450.00/hr | 360.00 |

CHASE METALS, INC.

May 24, 2019

In Reference To: CHASE METALS vs

Page 3

BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/18/2019 DBS | REVIEW STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE (.1); CORRESPONDENCE TO ROSENTHAL RE SAME (.1); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO FARAG (.1) | 1.20 450.00/hr | 540.00 |
| 4/19/2019 DBS | CORRESPONDENCE FROM KRAMER (.2) | 0.20 450.00/hr | 90.00 |
| 4/22/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.3); CORRESPONDENCE FROM FIELDS(.2); CORRESPONDENCE FROM DOVAN (.1); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM CONOR (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 1.00 450.00/hr | 450.00 |
| 4/23/2019 DBS | CORRESPONDENCE FROM SOOFI RE SPELLANE (.3); CORRESPONDENCE FROM KRAMER RE SPELLANE (.3); CORRESPONDENCE TO DUVAN (.1) | 0.70 450.00/hr | 315.00 |
| 4/25/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); REVIEW NOTICE OF RULING (.1); DRAFT/REVISE DISCOVERY RESPONSES (IVESTER) (.8); REVIEW MEET-AND-CONFER LETTERS (.4); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO RABEH (.1) | 1.70 450.00/hr | 765.00 |
| 4/26/2019 DBS | CORRESPONDENCE FROM DUVAN-CLARKE RE IVESTER (.3); TELEPHONE CONVERSATION(S) WITH DUVAN-CLARKE (.6); REVIEW DISCOVERY RESPONSES TO IVESTER DISCOVERY (.4) | 1.30 450.00/hr | 585.00 |

CHASE METALS, INC.                                                          May 24, 2019
In Reference To: CHASE METALS vs                                              Page  4
                 BENAVIDEZ

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2019 | DBS | DRAFT/REVISE SUPPLEMENTAL DISCOVERY RESPONSES RE WOLAN (2.6); REVIEW PRIOR DISCOVERY, RESPONSES, DOCUMENTS PRODUCED BY WOLAN (.9) | 3.50 450.00/hr | 1,575.00 |
| 4/29/2019 | DBS | DRAFT/REVISE SUPPLEMENTAL RESPONSES (3.4); CORRESPONDENCE TO CLIENT (.2); CORRESPONDENCE FROM CLIENT (.2); TELEPHONE CONVERSATION(S) WITH O'REILLY (.2); CORRESPONDENCE FROM COURTCALL (.1) | 4.10 450.00/hr | 1,845.00 |

For professional services rendered      35.80  $16,110.00

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 4/15/2019 | ELECTRONIC FILING FEE - CASE MANAGEMENT STATEMENT | 6.75 |
| 4/29/2019 | POSTAGE RE DISCOVERY RESPONSES | 20.15 |
| 4/13/2019 | ONLINE RESEARCH COSTS | 2.54 |
| 4/14/2019 | ONLINE RESEARCH COSTS | 3.68 |
| 4/16/2019 | ONLINE RESEARCH COSTS | 4.11 |
| 4/17/2019 | ONLINE RESEARCH COSTS | 38.29 |
| 4/30/2019 | COPIES/SCANS | 454.60 |

Total costs            $530.12

Total amount of this bill      $16,640.12

Previous balance       $17,546.33

5/2/2019 Payment - thank you   ($17,546.33)

Total payments and adjustments  ($17,546.33)

CHASE METALS, INC.                                                          May 24, 2019
In Reference To:  CHASE METALS vs                                            Page  5
          BENAVIDEZ

|  | Amount |
|---|---|
| Balance due | $16,640.12 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **APRIL 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B .  S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E 1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

June 30, 2019
Invoice No.      24348

For Professional Services Rendered Through:      May 31, 2019

---

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 5/6/2019 DBS  CORRESPONDENCE FROM COHEN (.1); REVIEW MEET-AND-CONFER LETTER, DISCOVERY RESPONSES (.4); REVIEW STIPULATION (.1) | 0.60 450.00/hr | 270.00 |
| 5/8/2019 DBS  REVIEW PRIOR DISCOVERY, RESPONSES (.3) | 0.30 450.00/hr | 135.00 |
| 5/9/2019 DBS  CORRESPONDENCE FROM FIELDS (.1); REVIEW JOINT STATUS CONFERENCE STATEMENT (.2); DRAFT/REVISE IVESTER SUPPLEMENTAL RESPONSES (2.8) | 3.10 450.00/hr | 1,395.00 |
| 5/10/2019 DBS  CORRESPONDENCE TO CONOR (.1); REVIEW NOTICES OF DEPOSITION (.2) | 0.30 450.00/hr | 135.00 |
| 5/12/2019 DBS  CORRESPONDENCE TO CONOR (.2); DRAFT/REVISE IVESTER SUPPLEMENTAL RESPONSES (3.4); REVIEW BENAVIDEZ DISCOVERY RESPONSES (.4); REVIEW IVESTER PRODUCTION (.4); CORRESPONDENCE TO DUVAN (.3) | 4.70 450.00/hr | 2,115.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2019 DBS | CORRESPONDENCE FROM FARAG (.2);; REVIEW DOCUMENTS RECEIVED RE ASHER DEPOSITION (.2); DRAFT/REVISE IVESTER DISCOVERY RESPONSES (1.8); CORRESPONDENCE FROM CONOR (.2); TELEPHONE CONVERSATION(S) WITH FARAG (.3); REVIEW NOTICE OF DEPOSITION (.2); REVIEW CORRESPONDENCE FROM COHEN (.3); CORRESPONDENCE FROM DUVAN (.2); REVIEW BENAVIDES DISCOVERY RESPONSES (.4) | | | 3.80 450.00/hr | 1,710.00 |
| 5/14/2019 DBS | CORRESPONDENCE TO CONOR (.2); TELEPHONE CONVERSATION(S) WITH FARAG AND FIELDS (.3); CORRESPONDENCE FROM DUVAN (.5); CORRESPONDENCE TO DUVAN (.5); REVIEW IVESTER MEET-AND-CONFER LETTER (.4) | | | 1.90 450.00/hr | 855.00 |
| 5/17/2019 DBS | CORRESPONDENCE FROM KRAMER (.3); CORRESPONDENCE FROM FIELDS (.1); REVIEW NOTICE OF DEPOSITION (.1); REVIEW CORRESPONDENCE FROM KRAMER (.1) | | | 0.60 450.00/hr | 270.00 |
| 5/18/2019 DBS | REVIEW BENAVIDEZ OPPOSITION TO DEMURRER (.3) | | | 0.30 450.00/hr | 135.00 |
| 5/20/2019 DBS | CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO DUVAN (.2) | | | 0.40 450.00/hr | 180.00 |
| 5/21/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2); TELEPHONE CONVERSATION(S) WITH FARAG (.2); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM ONE LEGAL (.1); REVIEW REPLY (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM GOLDMAN (.2); | | | 1.70 450.00/hr | 765.00 |

CHASE METALS, INC.                               June 30, 2019

In Reference To: CHASE METALS vs                        Page 3

                BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO DUVAN (.1) |  |  |
| 5/22/2019 DBS | TELEPHONE CONVERSATION(S) WITH SHAREEF FARAG (.4); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM DUVAN (.3); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO FARAG (.2); REVIEW REPLY BRIEF (.2) | 1.40 450.00/hr | 630.00 |
| 5/23/2019 DBS | CORRESPONDENCE FROM FARAG (.3); CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM DUVAN (.1); CORRESPONDENCE TO FARAG (.2); CORRESPONDENCE TO DUVAN (.1); REVIEW OPPOSITION TO DEMURRER (.2) | 1.20 450.00/hr | 540.00 |
| 5/24/2019 DBS | CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM ONE LEGAL (.1); REVIEW JOINT CASE MANAGEMENT STATEMENT (.1); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO FIELDS (.1); CORRESPONDENCE TO DUVAN (.1) | 0.80 450.00/hr | 360.00 |
| 5/28/2019 DBS | CORRESPONDENCE FROM ONE LEGAL (.2); REVIEW NOTICE OF RULING (.1); REVIEW NOTICE OF RELATED CASES (.1); CORRESPONDENCE FROM DUVAN (.1); CORRESPONDENCE TO DUVAN (.5); REVIEW PRIOR DISCOVERY AND RESPONSES (.3) | 1.30 450.00/hr | 585.00 |
| 5/29/2019 DBS | PREPARE FOR, APPEARANCE AT CASE MANAGEMENT CONFERENCE (1.1); TELEPHONE CONVERSATION(S) WITH FARAG (.2); REVIEW NOTICE OF RULING (.2); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE FROM GOLDMAN (.1) | 1.90 450.00/hr | 855.00 |

CHASE METALS, INC.                                                    June 30, 2019
In Reference To: CHASE METALS vs                                        Page  4
                  BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/31/2019 DBS | REVIEW NOTICE OF RELATED CASES (.2); CORRESPONDENCE FROM LUCAS (.1) | 0.30 450.00/hr | 135.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 24.60 | $11,070.00 |

Additional Charges :

| | Amount |
|---|---|
| 5/13/2019 POSTAGE RE DISCOVERY RESPONSES ($2.80 x 7 = $19.60) | 19.60 |
| 4/15/2019 COURTCALL TELEPHONIC APPEARANCE | 94.00 |
| 5/31/2019 COPIES/SCANS | 116.80 |
| Total costs | $230.40 |
| Total amount of this bill | $11,300.40 |
| Previous balance | $16,640.12 |
| 5/28/2019 Payment - thank you | ($16,640.12) |
| Total payments and adjustments | ($16,640.12) |
| Balance due | $11,300.40 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MAY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B .   S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

July 30, 2019
Invoice No.        24382

For Professional Services Rendered Through:        June 30, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/3/2019  DBS   TELEPHONE CONVERSATION(S) WITH ALL COUNSEL (.5); TELEPHONE CONVERSATION(S) WITH SHAREEF (.2);CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE DISCOVERY RESPONSES RE IVESTER (.7); CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO CONOR (.2) | 2.20<br>450.00/hr | 990.00 |
| 6/4/2019  DBS   TELEPHONE CONVERSATION(S) WITH CONOR RE IVESTER (.3); CORRESPONDENCE FROM CONOR RE VERIFICATION (.2); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM DUVAN (.1); DRAFT/REVISE SECOND SUPPLEMENTAL RESPONSES TO IVESTER DISCOVERY (1.8); CORRESPONDENCE TO DUVAN (.1); CORRESPONDENCE TO FARAG (.1) | 2.90<br>450.00/hr | 1,305.00 |

CHASE METALS, INC.                                                July 30, 2019
In Reference To: CHASE METALS vs                                       Page  2
                 BENAVIDEZ

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/5/2019 DBS   CORRESPONDENCE FROM CONOR RE IVESTER (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.9); REVIEW IVESTER DECLARATION (.2); PREPARE DOCUMENTS FOR PRODUCTION (.4) | 1.70 450.00/hr | 765.00 |
| 6/6/2019 DBS   CORRESPONDENCE FROM COHEN (.2); REVIEW MOTIONS TO COMPEL (.4); CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM ONE LEGAL (.1); REVIEW ANSWER (.2) | 1.10 450.00/hr | 495.00 |
| 6/7/2019 DBS   CORRESPONDENCE TO COHEN (.3); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO SOOFI (.1); CORRESPONDENCE FROM SHAREEF (.2) | 0.80 450.00/hr | 360.00 |
| 6/8/2019 DBS   REVIEW MOTION TO COMPEL (.4); REVIEW CHASE ANSWER TO BENAVIDEZ CROSS-COMPLAINT (.2) | 0.60 450.00/hr | 270.00 |
| 6/10/2019 DBS   CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM PERSOFF (.1); TELEPHONE CONVERSATION(S) WITH PERSOFF (.3); REVIEW NOTICE OF RULING (.2); REVIEW NOTICE OF RELATED CASES (.1) | 0.90 450.00/hr | 405.00 |
| 6/11/2019 DBS   CORRESPONDENCE FROM KRAMER (.3); TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO CONOR (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE TO DUVAN (.1) | 1.30 450.00/hr | 585.00 |
| 6/12/2019 DBS   CORRESPONDENCE FROM PERSOFF (.2); REVIEW NOTICES OF RELATED CASES (.2); CORRESPONDENCE FROM GOLDMAN (.1); REVIEW DEPARTMENT 34 RULES (.3); | 2.20 450.00/hr | 990.00 |

CHASE METALS, INC.                                                July 30, 2019
In Reference To: CHASE METALS vs                                     Page 3
                 BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | CORRESPONDENCE FROM DUVAN (.1); TELEPHONE CONVERSATION(S) WITH DUVAN (.6); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO PERSOFF (.1); TELEPHONE CONVERSATION(S) WITH PERSOFF (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | | |
| 6/14/2019 DBS | CORRESPONDENCE FROM DUVAN (.1); CORRESPONDENCE TO DUVAN (.2) | 0.30 450.00/hr | 135.00 |
| 6/17/2019 DBS | CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO CLIENTS RE MEDIATION (.3); DRAFT/REVISE DISCOVERY REQUESTS (1.3) | 1.80 450.00/hr | 810.00 |
| 6/18/2019 DBS | CORRESPONDENCE FROM DUVAN (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.4); DRAFT/REVISE DISCOVERY REQUESTS TO BENAVIDEZ (2.8); REVIEW DISCOVERY FILE (.3) | 3.60 450.00/hr | 1,620.00 |
| 6/19/2019 DBS | CORRESPONDENCE FROM COHEN (.4); REVIEW SEPARATE STATEMENT (.3); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM COHEN RE MEET & CONFER (.3); DRAFT/REVISE DISCOVERY TO BENAVIDEZ (1.7); CORRESPONDENCE TO CONOR (.1) | 3.40 450.00/hr | 1,530.00 |
| 6/20/2019 DBS | CORRESPONDENCE FROM COHEN (.2); REVIEW ADDITIONAL DISCOVERY REQUESTS (.4); CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE TO SIMON (.2); CORRESPONDENCE TO CONOR (.2) | 1.20 450.00/hr | 540.00 |

CHASE METALS, INC.           July 30, 2019

In Reference To: CHASE METALS vs           Page 4
                BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/21/2019 DBS | CORRESPONDENCE FROM FARAG (.4); CORRESPONDENCE FROM BATASHVILI (.1); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE TO FARAG (.3); REVIEW DISCOVERY FROM WOLAN (.3) | 1.20 450.00/hr | 540.00 |
| 6/24/2019 DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM ALISA MARTINEZ (.1); CORRESPONDENCE FROM DUVAN (.3); CORRESPONDENCE TO DUVAN (.2); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM MEISINGER (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE FROM KRAMER (.1); DRAFT/REVISE DISCOVERY REQUESTS (.6) | 2.00 450.00/hr | 900.00 |
| 6/25/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO CONOR (.2); REVIEW WOLAN DOCUMENTS (1.0); TELEPHONE CONVERSATION(S) WITH EDUARDO (.3) | 1.90 450.00/hr | 855.00 |
| 6/26/2019 DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM MARTINEZ (.1); CORRESPONDENCE TO COHEN (.2) | 0.70 450.00/hr | 315.00 |
| 6/27/2019 DBS | CORRESPONDENCE FROM MARTINEZ (.2); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE TO MARTINEZ (.2); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM COURTCALL (.1); APPEARANCE AT CASE MANAGEMENT CONFERENCE (1.2); REVIEW SACH STATEMENT RE IVESTER (.2); REVIEW ANSWER TO FIRST AMENDED CROSS-COMPLAINT (.1); REVIEW DEPARTMENT 34 RULES (.2); REVIEW | 3.60 450.00/hr | 1,620.00 |

CHASE METALS, INC.                                        July 30, 2019
In Reference To: CHASE METALS vs                              Page 5
        BENAVIDEZ

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | WOLAN DISCOVERY (.3); REVIEW CLIENT COMMENTS RE SECURITY PROTOCOLS, DAMAGES (.3); REVIEW IVESTER DISCOVERY, MEET & CONFER (.4) | | |
| 6/28/2019 | DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.1); CORRESPONDENCE FROM DUVAN (.1) | 0.20 450.00/hr | 90.00 |
| | | For professional services rendered | 33.60 | $15,120.00 |
| | | Additional Charges : | | |
| 6/24/2019 | | POSTAGE - DISCOVERY - $2.20 x 7 = $15.40 | | 15.40 |
| | | Total costs | | $15.40 |
| | | Total amount of this bill | | $15,135.40 |
| | | Previous balance | | $11,300.40 |
| | | Balance due | | $26,435.80 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JUNE 30, 2019.**

***ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.***

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E  1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

CHASE METALS, INC.                                              August 23, 2019
LUCAS ASHER, PRESIDENT                              Invoice No.      24414
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:          July 31, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/1/2019 DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM DUVAN (.5) | 0.60 450.00/hr | 270.00 |
| 7/2/2019 DBS | CORRESPONDENCE FROM SHAREEF (.3); REVIEW FILE (.1); CORRESPONDENCE FROM MARTINEZ (SIGNATURE) (.2); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM SUZUKI (.1); CORRESPONDENCE TO DUVAN (.2); CORRESPONDENCE TO FARAG (.1) | 1.30 450.00/hr | 585.00 |
| 7/5/2019 DBS | DRAFT/REVISE SEPARATE STATEMENT IN OPPOSITION TO MOTION TO COMPEL (1.6) | 1.60 450.00/hr | 720.00 |
| 7/6/2019 DBS | DRAFT/REVISE SEPARATE STATEMENT (2.3); REVIEW FILE (.4); DRAFT/REVISE OPPOSITION TO MOTION TO COMPEL (2.1); REVIEW WOLAN EMAILS (3.2) | 8.00 450.00/hr | 3,600.00 |

CHASE METALS, INC.                                        August 23, 2019
In Reference To:  CHASE METALS vs                            Page  2
                  BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2019 DBS | REVIEW ALL WOLAN EMAILS (3.9); PREPARE FOR SERVICE (.4); DRAFT/REVISE OPPOSITION TO MOTION TO COMPEL (2.8); DRAFT/REVISE SEPARATE STATEMENT (1.7) | 8.80 450.00/hr | 3,960.00 |
| 7/8/2019 DBS | RESEARCH RE ISSUES RAISED BY MOTION TO COMPEL (1.4); DRAFT/REVISE SEPARATE STATEMENT (.8); DRAFT/REVISE OPPOSITION TO MOTION TO COMPEL (1.3); FILE SAME (.2); CORRESPONDENCE TO COUNSEL RE SAME (.1); CORRESPONDENCE FROM MARTINEZ (.2); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM MARTINEZ (.2); DRAFT DECLARATION OF DANIEL B. SPITZER (.8); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO DUVAN (.8); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE TO COHEN (.1) | 6.70 450.00/hr | 3,015.00 |
| 7/9/2019 DBS | CORRESPONDENCE FROM DUVAN (.1); FILE PROOF OF SERVICE (.1); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE TO DUVAN (.1) | 0.40 450.00/hr | 180.00 |
| 7/10/2019 DBS | REVIEW ORDER RELATING CASES (SPELLANE) (.2) | 0.20 450.00/hr | 90.00 |
| 7/11/2019 DBS | CORRESPONDENCE FROM ONE LEGAL (.1); REVIEW NOTICE OF RULING (.1); CORRESPONDENCE FROM SHAREEF (.1); REVIEW WOLAN EMAILS (3.2) | 3.50 450.00/hr | 1,575.00 |
| 7/12/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.3); CORRESPONDENCE FROM COHEN (.1); REVIEW REPLY BRIEF (.4); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO DUVAN (.1); REVIEW | 2.60 450.00/hr | 1,170.00 |

CHASE METALS, INC.                                                    August 23, 2019
In Reference To: CHASE METALS vs                                        Page  3
                  BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | NOTICE OF RULING (.1); PREPARE SUPPLEMENTAL PRODUCTION (1.4) |  |  |
| 7/15/2019 DBS | REVIEW REPLY BRIEF (.4); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO FARAG (.1) | 0.70 450.00/hr | 315.00 |
| 7/16/2019 DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM COURTCALL (.1); CORRESPONDENCE TO FARAG (.1) | 0.40 450.00/hr | 180.00 |
| 7/17/2019 DBS | REVIEW DISCOVERY DOCUMENTS (.3); TELEPHONE CONVERSATION(S) WITH DUVAN-CLARKE RE MEET AND CONFER (1.9); CORRESPONDENCE FROM DUVAN-CLARKE (.3); CORRESPONDENCE FROM HOSMILLO (.2); REVIEW INVOICES (.2); CORRESPONDENCE FROM DUVAN (.3); CORRESPONDENCE TO DUVAN (.1); REVIEW HEARING NOTICE (.2) | 3.50 450.00/hr | 1,575.00 |
| 7/18/2019 DBS | REVIEW TENTATIVE RULING (.2); REVIEW PLEADINGS (.3); PREPARE FOR HEARING (.8); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE TO CONOR (.1) | 1.50 450.00/hr | 675.00 |
| 7/19/2019 DBS | CORRESPONDENCE FROM CONOR RE IVESTER, WOLAN (.4); APPEARANCE AT HEARING (3.7); CORRESPONDENCE FROM COHEN (.2); REVIEW NOTICE OF RULING (.2); REVIEW WOLAN EMAILS (1.8); REVIEW TENTATIVE (.2) | 6.50 450.00/hr | 2,925.00 |
| 7/21/2019 DBS | CORRESPONDENCE FROM DUVAN (.3); CORRESPONDENCE TO DUVAN (.2); REVIEW WOLAN EMAILS (2.1) | 2.60 450.00/hr | 1,170.00 |
| 7/22/2019 DBS | CORRESPONDENCE TO COHEN (.2); COMPILE DOCUMENT PRODUCTION RE WOLAN (1.4); CORRESPONDENCE FROM DUVAN (.5); | 3.70 450.00/hr | 1,665.00 |

CHASE METALS, INC.
In Reference To:  CHASE METALS vs
        BENAVIDEZ

August 23, 2019
Page  4

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | TELEPHONE CONVERSATION(S) WITH DUVAN (.6); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE TO FIELDS (.2); CORRESPONDENCE TO CLIENTS (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.2); TELEPHONE CONVERSATION(S) WITH DUVAN (.4) | | |
| 7/23/2019  DBS | CORRESPONDENCE FROM KRAMER (.1); REVIEW DEPOSITION NOTICE FOR ASHER (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CONOR RE 1099s (.2); CORRESPONDENCE FROM FIELDS (.1); REVIEW MINUTE ORDER (.1); REVIEW WOLAN EMAILS (1.6) | 2.40 450.00/hr | 1,080.00 |
| 7/24/2019  DBS | CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE FROM DUVAN (.2); REVIEW IVESTER DISCOVERY (.4); CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM SHAREEF (.1) | 1.40 450.00/hr | 630.00 |
| 7/25/2019  DBS | REVIEW WOLAN EMAILS (2.6) | 2.60 450.00/hr | 1,170.00 |
| 7/26/2019  DBS | CORRESPONDENCE FROM FIELDS (.3); PREPARE DOCUMENTS TO PRODUCE RE WOLAN (.8); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE TO FIELDS (.1) | 1.50 450.00/hr | 675.00 |
| 7/27/2019  DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.2) | 0.30 450.00/hr | 135.00 |
| 7/29/2019  DBS | CORRESPONDENCE FROM FIELDS (.2); REVIEW CASE MANAGEMENT CONFERENCE STATEMENT (.2); REVIEW PROPOSED DISCOVERY RESPONSES (WOLAN) (.4); CORRESPONDENCE FROM CLERK (.1); | 1.60 450.00/hr | 720.00 |

CHASE METALS, INC.                                                      August 23, 2019
In Reference To: CHASE METALS vs                                          Page  5
                 BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | REVIEW NOTICE OF RULING (.2); REVIEW AMENDED NOTICE OF DEPOSITION (.1); REVIEW IVESTER DISCOVERY (.4) | | |
| 7/30/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); REVIEW CASE MANAGEMENT CONFERENCE STATEMENT (.1) | 0.20 450.00/hr | 90.00 |
| 7/31/2019 DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE TO FIELDS (.1) | 0.40 450.00/hr | 180.00 |

For professional services rendered                      63.00    $28,350.00

Additional Charges :

| | | |
|---|---|---|
| 7/8/2019 | ELECTRONIC FILING FEE - OPPOSITION TO WOLAN MOTION TO COMPEL | 6.75 |
| | POSTAGE - PRIORITY MAIL x 6 @ $6.95 = $41.70 | 41.70 |
| 7/9/2019 | POSTAGE - PRIORITY MAIL - 1 @ 7.42 | 7.42 |
| | ELECTRONIC FILING FEE - AMENDED PROOF OF SERVICE | 6.75 |
| 6/30/2019 | COPIES/SCANS | 159.60 |
| 7/31/2019 | COPIES/SCANS | 273.60 |
| 7/5/2019 | ONLINE RESEARCH COSTS | 61.46 |
| 7/7/2019 | ONLINE RESEARCH COSTS | 27.60 |
| 7/8/2019 | ONLINE RESEARCH COSTS | 48.80 |

CHASE METALS, INC.                                      August 23, 2019
In Reference To: CHASE METALS vs                            Page  6
                 BENAVIDEZ

|  |  | Amount |
|---|---|---|
| 7/12/2019 | ONLINE RESEARCH COSTS | 2.39 |
|  | Total costs | $636.07 |
|  | Total amount of this bill | $28,986.07 |
|  | Previous balance | $26,435.80 |
| 7/26/2019 | Payment - thank you | ($11,300.40) |
|  | Total payments and adjustments | ($11,300.40) |
|  | Balance due | $44,121.47 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JULY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705

EMAIL dspitzer@spitzeresq.com

URL:  www.spitzeresq.com

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

September 25, 2019
Invoice No.      24447

For Professional Services Rendered Through:      August 31, 2019

---

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/2/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE TO CONOR (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.4); CORRESPONDENCE FROM FARAG (.1) | 0.80 450.00/hr | 360.00 |
| 8/5/2019 DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM FIELDS (.2); TELEPHONE CONVERSATION(S) WITH COHEN (.5) | 0.90 450.00/hr | 405.00 |
| 8/6/2019 DBS | CORRESPONDENCE FROM FIELDS (.2); REVIEW DEPOSITION PREPARATION OUTLINE (.3); CORRESPONDENCE TO FIELDS (.2); CORRESPONDENCE FROM CONOR (.2) | 0.90 450.00/hr | 405.00 |
| 8/7/2019 DBS | CORRESPONDENCE FROM FARAG (.2); TELEPHONE CONVERSATION(S) WITH COHEN (.4); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE FROM COHEN (.4); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM SIMON (.1); | 5.10 450.00/hr | 2,295.00 |

CHASE METALS, INC.                             September 25, 2019

In Reference To: CHASE METALS vs                             Page 2

             BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | CORRESPONDENCE TO COHEN (.4); CORRESPONDENCE TO FIELDS (.3); DRAFT/REVISE SUPPLEMENTAL RESPONSES RE WOLAN, IVESTER (2.9) |  |  |
| 8/8/2019 DBS | CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM CONOR (.4); CORRESPONDENCE FROM SIMON (.3); CORRESPONDENCE FROM COHEN (.4); CORRESPONDENCE TO COHEN (.4); RESEARCH RE PRINCIPAL vs AGENT (.5); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FIELDS (.1); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE TO CLIENTS (.2); DRAFT/REVISE SUPPLEMENTAL RESPONSES RE WOLAN, IVESTER (1.4) | 4.30 450.00/hr | 1,935.00 |
| 8/9/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (IVESTER) (1.2); DRAFT/REVISE WOLAN DISCOVERY RESPONSES (1.0) | 2.20 450.00/hr | 990.00 |
| 8/12/2019 DBS | CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM CONOR (.4); CORRESPONDENCE FROM DUVAN (.2) | 0.80 450.00/hr | 360.00 |
| 8/13/2019 DBS | CORRESPONDENCE FROM FIELDS (.4); CORRESPONDENCE TO FIELDS (.3); REVIEW RESPONSES TO WOLAN DISCOVERY (.3); CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE TO FIELDS (.4); CORRESPONDENCE FROM FARAG (.1) | 1.90 450.00/hr | 855.00 |
| 8/14/2019 DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM KRAMER (.2) | 0.80 450.00/hr | 360.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/15/2019 DBS | CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO KRAMER (.1) | 1.00 450.00/hr | 450.00 |
| 8/16/2019 DBS | CORRESPONDENCE TO FIELDS (.1) | 0.10 450.00/hr | 45.00 |
| 8/19/2019 DBS | REVIEW DISCOVERY REPONSES (.4); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE FROM FIELDS (.1); REVIEW MEET-AND-CONFER LETTER, DISCOVERY (.3) | 1.00 450.00/hr | 450.00 |
| 8/20/2019 DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE FROM FIELDS (.2); REVIEW WOLAN DISCOVERY RESPONSES (.3); CORRESPONDENCE FROM CONOR (.3); CORRESPONDENCE FROM BATASHVILI (.1); CORRESPONDENCE TO FIELDS (.3); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO KRAMER (.1); DRAFT/REVISE IVESTER DISCOVERY RESPONSES (3.7); CORRESPONDENCE TO COHEN (.2) | 5.70 450.00/hr | 2,565.00 |
| 8/21/2019 DBS | CORRESPONDENCE FROM KRAMER (.4); REVIEW FILE (.4); DRAFT/REVISE DISCOVERY RESPONSES (2.8); CORRESPONDENCE TO KRAMER (.2); CORRESPONDENCE FROM FIELDS (.2); TELEPHONE CONVERSATION(S) WITH FIELDS (.3); RESEARCH RE DYNAMEX, VASQUEZ (.4); MEETING WITH CLIENTS RE DEPOSITION PREPARATION (5.2); CORRESPONDENCE TO CONOR (.1); | 10.30 450.00/hr | 4,635.00 |

CHASE METALS, INC.                                    September 25, 2019
In Reference To: CHASE METALS vs                          Page  4
                  BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO FIELDS (.1) | | |
| 8/22/2019 DBS | PREPARE FOR, APPEARANCE AT DEPOSITION OF ASHER (7.6) | 7.60 450.00/hr | 3,420.00 |
| 8/23/2019 DBS | REVIEW DISCOVERY RESPONSES (.3) | 0.30 450.00/hr | 135.00 |
| 8/25/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (2.7) | 2.70 450.00/hr | 1,215.00 |
| 8/26/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); REVIEW MEET-AND-CONFER LETTER, DISCOVERY (.3); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM SIMON (.1); DRAFT/REVISE DISCOVERY RESPONSES (1.2) | 2.00 450.00/hr | 900.00 |
| 8/27/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (IVESTER) (1.7); RESEARCH RE VIOLATIONS OF CRIMINAL STATUTES BY DEFENDANTS (1.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO COHEN (.2); CORRESPONDENCE TO CLIENTS RE WOLAN SETTLEMENT DEMAND (.2) | 3.50 450.00/hr | 1,575.00 |
| 8/28/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM ASHER (.1); TELEPHONE CONVERSATION(S) WITH COHEN (.6); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO KRAMER (.1); DRAFT/REVISE DISCOVERY RESPONSES (3.7) | 4.80 450.00/hr | 2,160.00 |
| 8/29/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (4.8); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE TO SOOFI (.1); | 5.50 450.00/hr | 2,475.00 |

CHASE METALS, INC.                                     September 25, 2019
In Reference To: CHASE METALS vs                              Page  5
            BENAVIDEZ

|  | Hrs/Rate | Amount |
|---|---|---|
| CORRESPONDENCE FROM SOOFI (.1);<br>CORRESPONDENCE TO KRAMER (.2) | | |
| 8/30/2019 DBS  CORRESPONDENCE FROM FIELDS (.2);<br>CORRESPONDENCE TO KRAMER (.2);<br>CORRESPONDENCE FROM CONOR (.2);<br>CORRESPONDENCE FROM SIMON (.1);<br>CORRESPONDENCE TO CONOR (.2);<br>CORRESPONDENCE FROM CONOR (.2);<br>DRAFT/REVISE DISCOVERY RESPONSES (.9);<br>CORRESPONDENCE TO KRAMER (.1);<br>CORRESPONDENCE FROM KRAMER (.1) | 2.20<br>450.00/hr | 990.00 |
| 8/31/2019 DBS  DRAFT/REVISE DISCOVERY RESPONSES (1.3) | 1.30<br>450.00/hr | 585.00 |
| For professional services rendered | 65.70 | $29,565.00 |

Additional Charges :

| | |
|---|---|
| 8/16/2019 MISCELLANEOUS CHARGES -  PER COURT ORDER TO<br>TOVAR & COHEN LLP | 3,000.00 |
| 8/9/2019 POSTAGE - DISCOVERY RESPONSES | 22.42 |
| 8/31/2019 COPIES/SCANS | 128.40 |
| 8/22/2019 PARKING CHARGES | 36.00 |
| Total costs | $3,186.82 |
| Total amount of this bill | $32,751.82 |
| Previous balance | $44,121.47 |
| 9/3/2019 Payment - thank you | ($44,121.47) |
| Total payments and adjustments | ($44,121.47) |

CHASE METALS, INC.                                        September 25, 2019
In Reference To:  CHASE METALS vs                                  Page  6
                  BENAVIDEZ

|  | Amount |
|---|---|
| Balance due | $32,751.82 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **AUGUST 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

October 31, 2019
Invoice No.      24480

For Professional Services Rendered Through: September 30, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2019 DBS | CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE IVESTER DISCOVERY RESPONSES (4.8) | 4.90 450.00/hr | 2,205.00 |
| 9/3/2019 DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE TO CLIENTS RE DISCOVERY RESPONSES (.2); PREPARE DISCOVERY RESPONSES FOR SERVICE (.1) | 0.50 450.00/hr | 225.00 |
| 9/4/2019 DBS | CORRESPONDENCE FROM FIRST LEGAL (.1); REVIEW STIPULATION AND ORDER (.1) | 0.20 450.00/hr | 90.00 |
| 9/5/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); DRAFT/REVISE DISCOVERY REQUESTS TO BENAVIDEZ (2.1) | 2.20 450.00/hr | 990.00 |
| 9/6/2019 DBS | CORRESPONDENCE FROM LUCAS (.3); CORRESPONDENCE FROM SOOFI (.1); CORRESPONDENCE FROM CONOR RE | 0.80 450.00/hr | 360.00 |

CHASE METALS, INC.                                                                    October 31, 2019

In Reference To: CHASE METALS vs                                                         Page 2
                  BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | SAFEGUARD (.2); CORRESPONDENCE TO CLIENTS (.2) |  |  |
| 9/8/2019 DBS | REVIEW STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE (.2) | 0.20 450.00/hr | 90.00 |
| 9/9/2019 DBS | CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM KIRSCHNER RE CEASE AND DESIST (.1); CORRESPONDENCE FROM CONOR (.1) | 0.30 450.00/hr | 135.00 |
| 9/10/2019 DBS | CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM COHEN (.3); CORRESPONDENCE TO COHEN (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.7); CORRESPONDENCE TO CLIENTS (.3); REVIEW TMTE SUPPLEMENTAL RESPONSES TO WOLAN DISCOVERY (.3) | 1.80 450.00/hr | 810.00 |
| 9/11/2019 DBS | REVIEW TMTE DISCOVERY RESPONSES (.4); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE TO CLIENTS (.7); RESEARCH RE SAME (.3); CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM FARAG (.2) | 2.00 450.00/hr | 900.00 |
| 9/12/2019 DBS | CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM ROSENTHAL (.1); RESEARCH RE PREVAILING PARTY ISSUES (.4); TELEPHONE CONVERSATION(S) WITH CLIENTS AND CO-COUNSEL (.8); CORRESPONDENCE TO CONOR (.1) | 1.50 450.00/hr | 675.00 |
| 9/13/2019 DBS | CORRESPONDENCE FROM CLERK (.1); PREPARE REQUEST FOR DISMISSAL (WOLAN) (.1) | 0.20 450.00/hr | 90.00 |

CHASE METALS, INC.                                      October 31, 2019
In Reference To: CHASE METALS vs                              Page  3
                  BENAVIDEZ

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2019 | DBS | CORRESPONDENCE FROM FIELDS (.3); REVIEW MEET AND CONFER LETTER (.2); CORRESPONDENCE TO FIELDS (.1) | 0.60 450.00/hr | 270.00 |
| 9/17/2019 | DBS | CORRESPONDENCE TO KRAMER (.2); RESEARCH RE STATE BAR RULE 4.2 (.3); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO CLIENTS (.4); DRAFT/REVISE CEASE AND DESIST LETTER (.9); CORRESPONDENCE TO SPELLANE (.2); RESEARCH RE SAFEGUARD METALS (.2) | 2.70 450.00/hr | 1,215.00 |
| 9/18/2019 | DBS | DRAFT/REVISE NOTICE OF RELATED CASE (.2); FILE SAME (.1); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE FROM LUCAS (.2) | 0.60 450.00/hr | 270.00 |
| 9/23/2019 | DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10 450.00/hr | 45.00 |
|  | DBS | CORRESPONDENCE FROM COHEN (.1); REVIEW MEMO OF COSTS (.1); CORRESPONDENCE FROM KRAMER (.1) | 0.30 450.00/hr | 135.00 |
| 9/25/2019 | DBS | CORRESPONDENCE FROM HILL (.1); CORRESPONDENCE TO SOLTMAN (.1); CORRESPONDENCE FROM SOLTMAN (.2) | 0.40 450.00/hr | 180.00 |
|  |  | For professional services rendered | 19.30 | $8,685.00 |

Exhibit D - Page 40

CHASE METALS, INC.                                                October 31, 2019
In Reference To:  CHASE METALS vs                                      Page  4
                  BENAVIDEZ

Additional Charges :

|  |  | Amount |
|---|---|---|
| 9/3/2019 | POSTAGE - DISCOVERY RESPONSES VIA PRIORITY MAIL - 7 @ $7.35 = $51.45 | 51.45 |
| 9/18/2019 | ELECTRONIC FILING FEE - NOTICE OF RELATED CASE | 6.75 |
| 9/13/2019 | ELECTRONIC FILING FEE - REQUEST FOR DISMISSAL RE DAVID WOLAN | 6.75 |
| 9/17/2019 | OVERNIGHT MAIL TO JEFFREY SANTULAN, SAFEGUARD METALS | 20.68 |
| 9/11/2019 | ONLINE RESEARCH COSTS | 53.97 |
| 9/30/2019 | COPIES/SCANS | 146.00 |

|  |  |
|---|---|
| Total costs | $285.60 |
| Total amount of this bill | $8,970.60 |
| Previous balance | $32,751.82 |
| Balance due | $41,722.42 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **SEPTEMBER 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

CHASE METALS, INC.                                November 25, 2019
LUCAS ASHER, PRESIDENT                   Invoice No.      24506
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:     October 31, 2019

_____

In Reference To:  CHASE METALS vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/2019 DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.30 450.00/hr | 135.00 |
| 10/3/2019 DBS | CORRESPONDENCE FROM GOLDMAN (.3); CORRESPONDENCE FROM FARAG  (.1); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE TO GOLDMAN (.4); CORRESPONDENCE TO CLIENTS (.2) | 1.20 450.00/hr | 540.00 |
| 10/4/2019 DBS | CORRESPONDENCE FROM CLERK RE MINUTE ORDER (.1) | 0.10 450.00/hr | 45.00 |
| 10/7/2019 DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM CLERK RE RELATED CASES (.2); CORRESPONDENCE TO CONOR (.1) | 0.70 450.00/hr | 315.00 |

CHASE METALS, INC.                                          November 25, 2019
In Reference To: CHASE METALS vs                                    Page  2
                 BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/8/2019 DBS | CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM MARTINEZ (.1); CORRESPONDENCE TO FARAG (.1) | 0.70 450.00/hr | 315.00 |
| 10/14/2019 DBS | CORRESPONDENCE FROM FARAG (.3); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO FARAG (.3) | 0.70 450.00/hr | 315.00 |
| 10/15/2019 DBS | REVIEW TMTE DISCOVERY RESPONSES (.4) | 0.40 450.00/hr | 180.00 |
| 10/16/2019 DBS | CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO KRAMER (.1); TELEPHONE CONVERSATION(S) WITH CONOR, BAKER ATTORNEYS (.9) | 1.20 450.00/hr | 540.00 |
| 10/17/2019 DBS | CORRESPONDENCE FROM KRAMER (.5) | 0.50 450.00/hr | 225.00 |
| 10/21/2019 DBS | CORRESPONDENCE FROM KRAMER (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.50 450.00/hr | 225.00 |
| 10/23/2019 DBS | CORRESPONDENCE FROM KRAMER (.2); REVIEW MOTION TO COMPEL, SUPPORTING DOCUMENTS (.4); CORRESPONDENCE FROM FARAG (.4); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM SUZUKI (.1); CORRESPONDENCE TO FARAG (.2) | 1.40 450.00/hr | 630.00 |
| 10/24/2019 DBS | CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE FROM REPORTER (.1); CORRESPONDENCE TO CLIENTS (.1); REVIEW MOTION TO COMPEL (.4); CORRESPONDENCE | 0.90 450.00/hr | 405.00 |

CHASE METALS, INC.                                          November 25, 2019
In Reference To:  CHASE METALS vs                                   Page  3
                BENAVIDEZ

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | FROM KRAMER (.1); REVIEW CORRESPONDENCE TO KRAMER (.1) |  |  |
| 10/27/2019 DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 450.00/hr | 45.00 |
| 10/28/2019 DBS | DRAFT/REVISE DISCOVERY REQUESTS TO IVESTER, SPELLANE (6.7); CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM CONOR (.1); RESEARCH RE GOLD GATE (.2) | 7.40 450.00/hr | 3,330.00 |
| 10/29/2019 DBS | CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM KRAMER (.1); REVIEW DEPOSITION NOTICES FOR ASHER, BATASHVILI, NORRIS, SACHS (.3); CORRESPONDENCE FROM JANNEY (.1); REVIEW NOTICE OF ASSOCIATION (.1); CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM CONOR (.2) | 1.10 450.00/hr | 495.00 |
| 10/30/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR, FARAG (.5); CORRESPONDENCE FROM FARAG (.2) | 0.70 450.00/hr | 315.00 |
| 10/31/2019 DBS | DRAFT/REVISE DISCOVERY REQUESTS (4.7); CORRESPONDENCE TO CLIENT (.1) | 4.80 450.00/hr | 2,160.00 |
| | For professional services rendered | 22.70 | $10,215.00 |
| | Additional Charges : |  |  |
| 10/31/2019 COPIES/SCANS | |  | 128.00 |
| | Total costs |  | $128.00 |
| | Total amount of this bill |  | $10,343.00 |

CHASE METALS, INC.
In Reference To:  CHASE METALS vs
                 BENAVIDEZ

November 25, 2019
Page  4

|  | Amount |
|---|---|
| Previous balance | $41,722.42 |
| 11/13/2019  Payment - thank you | ($32,751.82) |
| Total payments and adjustments | ($32,751.82) |
| Balance due | $19,313.60 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **OCTOBER 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 23, 2019
Statement No.                    314
Account No.               117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

Fees

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/01/2019 | DBS | CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO FARAG (.1); DRAFT/REVISE DISCOVERY REQUESTS (3.7); CORRESPONDENCE FROM FARAG (.1) | 4.20 | 1,890.00 |
| 11/02/2019 | DBS | CORRESPONDENCE FROM FARAG (.1); DRAFT/REVISE DISCOVERY REQUESTS TO IVESTER, SPELLANE (5.4) | 5.50 | 2,475.00 |
| 11/03/2019 | DBS | DRAFT/REVISE DISCOVERY REQUESTS (1.2); RESEARCH ISSUES RE IVESTER MOTION TO COMPEL (.9); DRAFT/REVISE MEMO OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO COMPEL (1.7) | 3.80 | 1,710.00 |
| 11/04/2019 | DBS | CORRESPONDENCE FROM CLIENT (.4); CORRESPONDENCE TO CLIENT (.2); CORRESPONDENCE TO ALL COUNSEL (.3); DRAFT/REVISE DISCOVERY REQUESTS TO IVESTER (1.1); TELEPHONE CONFERENCE WITH CLIENT (.2); CORRESPONDENCE FROM FARAG (.2); DRAFT/REVISE OPPOSITION TO MOTION TO COMPEL, SEPARATE STATEMENT (3.4; FILE SAME (.2); DRAFT/REVISE NOTICES OF DEPOSITION (.2); CORRESPONDENCE FROM CLERK (.1) | 6.30 | 2,835.00 |
| 11/05/2019 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE FROM CLERK (.1) | 0.30 | 135.00 |
| 11/06/2019 | DBS | CORRESPONDENCE FROM COHEN (.2) | 0.20 | 90.00 |
| 11/08/2019 | DBS | REVIEW REPLY BRIEF (.2); REVIEW SEPARATE STATEMENT (.2); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CLIENTS (.3) | 0.80 | 360.00 |
| 11/12/2019 | DBS | CORRESPONDENCE FROM FARAG (.2); REVIEW OBJECTIONS TO DEPOSITIONS (.3); CORRESPONDENCE FROM CONOR (.1) | 0.60 | 270.00 |
| 11/13/2019 | DBS | CORRESPONDENCE FROM SHAREEF (.2); REVIEW REVISED OBJECTIONS TO DEPOSITIONS (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM SIMON (.1); |  |  |

CHASE METALS, INC.
Account No.      117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 12/23/2019
Statement No.              314
Page No.                        2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | CORRESPONDENCE FROM SUZUKI (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO FARAG (.2) | 1.20 | 540.00 |
| 11/15/2019 | DBS | CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM JANNEY (.2); CORRESPONDENCE FROM KRAMER (.3); REVIEW MOTIONS FOR SUMMARY JUDGMENT (.5); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO KRAMER (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO CONOR (.1); REVIEW TENTATIVE RULING (.2) | 2.00 | 900.00 |
| 11/18/2019 | DBS | APPEARANCE AT HEARING ON MOTION TO COMPEL (2.9); TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR (.2) | 3.50 | 1,575.00 |
| 11/19/2019 | DBS | CORRESPONDENCE TO CHIASSON (.2); CORRESPONDENCE FROM CHIASSON (.3); TELEPHONE CONFERENCE WITH CHIASSON (.2); TELEPHONE CONFERENCE WITH RASBURY (.1); TELEPHONE CONFERENCE WITH WERNER (.1); CORRESPONDENCE TO RASBURY (.1); CORRESPONDENCE TO WERNER (.1); CORRESPONDENCE TO CONOR (.1) | 1.20 | 540.00 |
| 11/20/2019 | DBS | CORRESPONDENCE FROM RASBURY (.2); CORRESPONDENCE TO RASBURY (.2); DRAFT/REVISE DECLARATION OF RASBURY (.9); REVIEW FILE (.2); CORRESPONDENCE FROM CHIASSON (.1) | 1.60 | 720.00 |
| 11/21/2019 | DBS | CORRESPONDENCE FROM SIGNATURE RE RESCHEDULED MEDIATION (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO RASBURY (.2); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM COHEN (.1); DRAFT/REVISE RASBURY DECLARATION (.6); TELEPHONE CONFERENCE WITH CONOR (.4) | 1.80 | 810.00 |
| 11/22/2019 | DBS | CORRESPONDENCE FROM ROSENTHAL (.7); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM SIGNATURE (.1); CORRESPONDENCE FROM RASBURY (.1); DRAFT/REVISE RASBURY DECLARATION (.3); CORRESPONDENCE TO RASBURY (.1); CORRESPONDENCE TO ROSENTHAL (.1); TELEPHONE CONFERENCE WITH RASBURY (.3) | 2.50 | 1,125.00 |
| 11/25/2019 | DBS | CORRESPONDENCE FROM ROSENTHAL (.6); CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO ROSENTHAL (.1) | 1.40 | 630.00 |

CHASE METALS, INC.                                    Statement Date: 12/23/2019
Account No.        117.00                             Statement No.           314
RE:  CHASE METALS vs BENAVIDEZ                        Page No.                  3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/26/2019 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE TO GOLDMAN (.1); TELEPHONE CONFERENCE WITH ROSENTHAL, FARAG (.8); TELEPHONE CONFERENCE WITH ALL COUNSEL (.8) | 2.00 | 900.00 |
| 11/27/2019 | DBS | CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM ROSENTHAL (.5); CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM SIMON (.1); TELEPHONE CONFERENCE WITH CLERK (.2); CORRESPONDENCE TO ROSENTHAL (.1) | 1.60 | 720.00 |
|  |  | For Current Services Rendered | 40.50 | 18,225.00 |

<div align="center">Expenses</div>

| | | Amount |
|---|---|---|
| 11/04/2019 | POSTAGE - 9  X $1.75 = $15.75 - RE OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES, etc. | 15.75 |
| 11/04/2019 | POSTAGE - DISCOVERY REQUESTS - PRIORITY MAIL - 9 @ $7.42 = $66.78 | 66.78 |
|  | Total Expenses | 82.53 |

<div align="center">Advances</div>

| | | Amount |
|---|---|---|
| 11/03/2019 | ONLINE RESEARCH | 18.36 |
| 11/04/2019 | ELECTRONIC FILING FEE - MEMO OF POINTS AND AUTHORITIES AND SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL RE IVESTER | 6.75 |
| 11/04/2019 | ONLINE RESEARCH | 37.22 |
| 11/08/2019 | ONLINE RESEARCH | 6.97 |
| 11/30/2019 | SCANS / COPIES | 85.60 |
|  | Total Advances | 154.90 |
|  | Total Current Work | 18,462.43 |
|  | Previous Balance | $19,313.60 |
|  | Balance Due | $37,776.03 |

This statement reflects new fees through **11/30/2019** and costs through **12/23/2019**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | January 29, 2020 |
| Statement No. | 605 |
| Account No. | 117.00 |
| Page: | 1 |

RE: CHASE METALS vs BENAVIDEZ

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/03/2019 | DBS | CORRESPONDENCE FROM FARAG (.4); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO ROSENTHAL, FARAG, CONOR (.4); TELEPHONE CONFERENCE WITH ALL COUNSEL (.9); CORRESPONDENCE FROM KRAMER (.1); REVIEW REVISIONS TO STIPULATION (.2) | 2.20 | 990.00 |
| 12/04/2019 | DBS | CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE FROM CONOR (.1) | 0.20 | 90.00 |
| 12/05/2019 | DBS | CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM FARAG (.3); CORRESPONDENCE FROM ROSENTHAL (.3); CORRESPONDENCE FROM GOLDMAN (.1); REVIEW DRAFT STIPULATION (.2); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE TO KRAMER (.2); CORRESPONDENCE TO GOLDMAN (.1) | 1.60 | 720.00 |
| 12/06/2019 | DBS | CORRESPONDENCE FROM FARAG (.3); CORRESPONDENCE TO FARAG (.2) | 0.50 | 225.00 |
| 12/09/2019 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM KRAMER (.1); TELEPHONE CONFERENCE WITH CONOR (.2) | 0.90 | 405.00 |
| 12/10/2019 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM COHEN (.3); CORRESPONDENCE FROM FARAG (.5) | 1.00 | 450.00 |
| 12/11/2019 | DBS | CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE FROM ZICARI (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE FROM FARAG (.2); REVIEW NEW STIPULATION (.2) | 1.30 | 585.00 |
| 12/12/2019 | DBS | CORRESPONDENCE FROM MOONHEY (.2); CORRESPONDENCE FROM FARAG (.2) | 0.40 | 180.00 |
| 12/16/2019 | DBS | CORRESPONDENCE FROM SHAREEF (.1) | 0.10 | 45.00 |

CHASE METALS, INC.                                    Statement Date: 01/29/2020
Account No.     117.00                                Statement No.           605
RE:  CHASE METALS vs BENAVIDEZ                        Page No.                   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/17/2019 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM FARAG (.1); REVIEW ORDER ON STIPULATION (.1) | 0.30 | 135.00 |
| 12/18/2019 | DBS | CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM CONOR (.1); DRAFT/REVISE DECLARATION OF CHIASSON (.9); DRAFT/REVISE DECLARATION OF WERNER (.8); REVIEW FILE (.3); CORRESPONDENCE TO CONOR (.1) | 2.50 | 1,125.00 |
| 12/19/2019 | DBS | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE DECLARATIONS OF WERNER, CHIASSON (.7); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO CHIASSON (.2); CORRESPONDENCE TO WERNER (.1) | 1.80 | 810.00 |
| 12/20/2019 | DBS | CORRESPONDENCE FROM ROSENTHAL (.1); CORRESPONDENCE TO ROSENTHAL (.1); CONFERENCE CALL (.9) | 1.10 | 495.00 |
| 12/23/2019 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM GOLDMAN (.1) | 0.40 | 180.00 |
| 12/26/2019 | DBS | CORRESPONDENCE FROM SHAREEF (.1); TELEPHONE CONFERENCE WITH CHIASSON (.4); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM CONOR (.1); TELEPHONE CONFERENCE WITH RASBURY (.3); TELEPHONE CONFERENCE WITH WERNER (.3); REVIEW DECLARATIONS (.2); CORRESPONDENCE FROM CHIASSON (.1); CORRESPONDENCE TO RASBURY (.2); DRAFT/REVISE RASBURY DECLARATION (.2); CORRESPONDENCE TO CHIASSON (.4); CORRESPONDENCE TO WERNER (.1) | 2.50 | 1,125.00 |
| 12/27/2019 | DBS | CORRESPONDENCE FROM ROSENTHAL (.3); CORRESPONDENCE FROM CONOR (.2); TELEPHONE CONFERENCE WITH RASBURY (.3); TELEPHONE CONFERENCE WITH FOGEL (.3); CORRESPONDENCE FROM RASBURY (.2); CORRESPONDENCE FROM VARTAN (.1); CORRESPONDENCE TO ROSENTHAL (.2); CORRESPONDENCE TO RASBURY (.3); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO FOGEL (.1) | 2.10 | 945.00 |
| 12/30/2019 | DBS | CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM RASBURY (.4); TELEPHONE CONFERENCE WITH RASBURY (.4); DRAFT/REVISE CORRESPONDENCE TO KRAMER (1.2); DRAFT/REVISE CORRESPONDENCE TO BENAVIDEZ/GOLDMAN (.9); REVIEW FILE, DISCOVERY EVIDENCE (1.4); TELEPHONE CONFERENCE WITH FOGEL (.3);  TELEPHONE CONFERENCE WITH CONOR (.2); TELEPHONE CONFERENCE WITH REYNOLDS (.3); TELEPHONE CONFERENCE WITH RATHMANN (.1); CORRESPONDENCE TO SHAREEF (.4); CORRESPONDENCE |  |  |

CHASE METALS, INC.                                          Statement Date: 01/29/2020
Account No.      117.00                                        Statement No.          605
RE:  CHASE METALS vs BENAVIDEZ                                   Page No.             3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | TO CLIENTS (.4); CORRESPONDENCE TO RASBURY (.4); DRAFT/REVISE RASBURY DECLARATION (.5) | 7.10 | 3,195.00 |
| 12/31/2019 | DBS | DRAFT/REVISE CORRESPONDENCE TO KRAMER (2.7); DRAFT/REVISE CORRESPONDENCE TO GOLDMAN (2.6); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM SHAREEF (.1); TELEPHONE CONFERENCE WITH FOGEL (.2); CORRESPONDENCE FROM FOGEL (.1); CORRESPONDENCE TO RASBURY (.1); CORRESPONDENCE FROM RASBURY (.2); CORRESPONDENCE FROM ROSENTHAL (.3); TELEPHONE CONFERENCE WITH CONOR (.4); TELEPHONE CONFERENCE WITH SACHS (.2); CORRESPONDENCE TO RASBURY (.4);  CORRESPONDENCE TO CONOR (.1) | 7.60 | 3,420.00 |
|  |  | For Current Services Rendered | 33.60 | 15,120.00 |

<p align="center">Expenses</p>

| 11/07/2019 | COURTCALL TELEPHONIC APPEARANCE | 94.00 |
|---|---|---|
|  | Total Expenses | 94.00 |

<p align="center">Advances</p>

| 12/31/2019 | ONLINE RESEARCH | 9.93 |
|---|---|---|
|  | Total Advances | 9.93 |
|  | Total Current Work | 15,223.93 |
|  | Previous Balance | $37,776.03 |
|  | Balance Due | $52,999.96 |

This statement reflects new fees through **12/31/2019** and costs through **01/29/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

D A N I E L  B.  S P I T Z E R

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | February 28, 2020 |
| Statement No. | 1174 |
| Account No. | 117.00 |
| Page: | 1 |

RE: CHASE METALS vs BENAVIDEZ

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 01/27/2020 | DBS | REVIEW MOTIONS FOR SUMMARY JUDGMENT OF IVESTER AND SPELLANE (.5); RESEARCH RE SAME (.6); CONFERENCE CALL WITH CLIENTS, ROSENTHAL, FARAG (.7) | 1.80 | 810.00 |
| 01/29/2020 | DBS | TELEPHONE CONFERENCE WITH CASTILLO, GRANT, NAVA, KWON (.2); CORRESPONDENCE TO NAVA (.2); CORRESPONDENCE TO GRANT (.1); CORRESPONDENCE TO KWON (.1); CORRESPONDENCE TO CASTILLO (.2); CORRESPONDENCE TO CONOR (.1) | 0.90 | 405.00 |
| | | For Current Services Rendered | 2.70 | 1,215.00 |

### Advances

| | | | |
|---|---|---|---|
| 01/27/2020 | SCANS / COPIES | | 11.80 |
| | Total Advances | | 11.80 |
| | Total Current Work | | 1,226.80 |
| | Previous Balance | | $52,999.96 |

### Payments

| | | |
|---|---|---|
| 02/03/2020 | PAYMENT - THANK YOU! | -25,000.00 |
| | Balance Due | $29,226.76 |

This statement reflects new fees through **01/31/2020** and costs through **02/28/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B .  S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    March 30, 2020
Statement No.            1316
Account No.            117.00
Page:  1

RE: CHASE METALS vs BENAVIDEZ

Fees

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 02/03/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM RODRIGUEZ (.1); CORRESPONDENCE TO CASTILLO (.2); CORRESPONDENCE TO KWON (.1) | 0.60 | 270.00 |
| 02/04/2020 | DBS | CORRESPONDENCE FROM FARAG (.1) | 0.10 | 45.00 |
| 02/05/2020 | DBS | CORRESPONDENCE FROM RODRIGUEZ (.1) | 0.10 | 45.00 |
| 02/06/2020 | DBS | TELEPHONE CONFERENCE WITH GRANT (.5); CORRESPONDENCE FROM TERRANOVA (.1); CORRESPONDENCE TO CLIENTS (.3); REVIEW MOTIONS TO WITHDRAW (.3) | 1.20 | 540.00 |
| 02/09/2020 | DBS | DRAFT/REVISE MEDIATION BRIEF (2.2); REVIEW ALL FILES (.8) | 3.00 | 1,350.00 |
| 02/10/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE TO CONOR (.2) | 0.40 | 180.00 |
| 02/12/2020 | DBS | DRAFT/REVISE MEDIATION BRIEF (3.2); TELEPHONE CONFERENCE WITH NAVA (.4) | 3.60 | 1,620.00 |
| 02/13/2020 | DBS | DRAFT/REVISE MEDIATION BRIEF (1.9); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM CASTILLO (.3); DRAFT/REVISE CASTILLO DECLARATION (.7); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO CASTILLO (.2); COLLATE ALL EXHIBITS (.5); REVIEW ALL FILES (1.1); CORRESPONDENCE FROM BERSHAD (.2) | 5.20 | 2,340.00 |
| 02/14/2020 | DBS | CORRESPONDENCE FROM HIEN (.1); REVIEW BAKER MEDIATION BRIEF (.5); CORRESPONDENCE FROM MARTINEZ (.1); CORRESPONDENCE FROM COURTCALL (.1); CORRESPONDENCE TO MEISINGER (.2); DRAFT/REVISE MEDIATION BRIEF (2.2) | 3.20 | 1,440.00 |
| 02/15/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.30 | 135.00 |
| 02/16/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE | | |

CHASE METALS, INC.
Account No.        117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 03/30/2020
Statement No.              1316
Page No.                          2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | FROM FARAG (.2); CORRESPONDENCE TO CONOR (.2) | 0.60 | 270.00 |
| 02/17/2020 | DBS | APPEARANCE AT MEDIATION; MEETING WITH CLIENTS, ROSENTHAL, FARAG, MADOYAN, ALL OPPOSING COUNSEL (12.6) | 12.60 | 5,670.00 |
| 02/18/2020 | DBS | CORRESPONDENCE FROM MADOYAN RE WOLAN SETTLEMENT AGREEMENT (.2); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM COURTCALL (.1) | 0.50 | 225.00 |
| 02/20/2020 | DBS | CORRESPONDENCE FROM COURTCALL (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO KRAMER (.1) | 0.60 | 270.00 |
| 02/21/2020 | DBS | APPEARANCE AT HEARING (1.1); TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE FROM ROSENTHAL (.3); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CLIENTS (.1) | 1.90 | 855.00 |
| 02/24/2020 | DBS | REVIEW NOTICES OF DEPOSITION (.2) | 0.20 | 90.00 |
| 02/26/2020 | DBS | CORRESPONDENCE TO CONOR (.2) | 0.20 | 90.00 |
| 02/27/2020 | DBS | CORRESPONDENCE FROM SIMON (.1) | 0.10 | 45.00 |
| 02/28/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO FARAG (.1); DRAFT/REVISE DEPOSITION NOTICES TO NESTER, SPELLANE AND BENAVIDEZ (1.4) | 1.80 | 810.00 |
| | | For Current Services Rendered | 36.20 | 16,290.00 |

<u>Expenses</u>

| | | |
|---|---|---|
| 02/28/2020 | Postage ($2.20 x 8= $17.60) | 17.60 |
| | Total Expenses | 17.60 |

<u>Advances</u>

| | | |
|---|---|---|
| 02/12/2020 | ONLINE RESEARCH | 11.20 |
| 02/29/2020 | SCANS / COPIES | 132.00 |
| | Total Advances | 143.20 |
| | Total Current Work | 16,450.80 |
| | Previous Balance | $29,226.76 |
| | Balance Due | $45,677.56 |

CHASE METALS, INC.                                                          Statement Date: 03/30/2020
Account No.        117.00                                                   Statement No.          1316
RE:  CHASE METALS vs BENAVIDEZ                                              Page No.                  3

This statement reflects new fees through **02/29/2020** and costs through **03/30/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit D - Page 55

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

| | | |
|---|---|---|
| D A N I E L  B.  S P I T Z E R | 16311 VENTURA BOULEVARD<br>SUITE 1200<br>ENCINO, CA  91436-2152 | F A C S I M I L E  818-990-9705<br>EMAIL  dspitzer@spitzeresq.co |

TELEPHONE 818-990-9700

| | |
|---|---|
| CHASE METALS, INC.<br>LUCAS ASHER, PRESIDENT<br>433 N. CAMDEN DRIVE, SUITE 970<br>BEVERLY HILLS, CA   90210 | Statement Date:   April 26, 2020<br>Statement No.          1596<br>Account No.          117.00<br>Page:   1 |

RE: CHASE METALS vs BENAVIDEZ

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/02/2020 | DBS | DRAFT/REVISE DEPOSITION SUBPOENA TO SAFEGUARD, NOTICE TO CONSUMER (1.4); CORRESPONDENCE TO SOLTMAN (.2); SERVE SUBPOENA (.5) | 2.10 | 945.00 |
| 03/03/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM SIMON (.1); TELEPHONE CONFERENCE WITH FARAG, ROSENTHAL, O'REILLY (.5) | 0.70 | 315.00 |
| 03/04/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR RE DEPOSITION NOTICES (.2) | 0.30 | 135.00 |
| 03/05/2020 | DBS | CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE TO GOLDMAN (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM CONOR (.1); TELEPHONE CONFERENCE WITH GOLDMAN (.2); CORRESPONDENCE TO FARAG (.1); REVIEW NOTICE OF RULING (.2) | 1.10 | 495.00 |
| 03/06/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM GOLDMAN (.1); TELEPHONE CONFERENCE WITH CONOR (.1); TELEPHONE CONFERENCE WITH KRAMER (.2) | 0.60 | 270.00 |
| 03/09/2020 | DBS | DRAFT/REVISE DEPOSITION SUBPOENA TO SAFEGUARD METALS (1.3); CORRESPONDENCE TO SOLTMAN (.1); CORRESPONDENCE FROM SOLTMAN (.1); TELEPHONE CONFERENCE WITH SOLTMAN (.4); TELEPHONE CONFERENCE WITH FARAG, ROSENTHAL, O'REILLY (.5); TELEPHONE CONFERENCE WITH COUNSEL AND GOLDMAN (.4); TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE TO FARAG (.1) | 3.10 | 1,395.00 |
| 03/13/2020 | DBS | CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM FARAG (.3); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM MADOYAN (.2); REVIEW PROPOSED AGREEMENT (.3); CORRESPONDENCE TO FARAG (.2); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH COUNSEL RE DEPOSITIONS (.4); CORRESPONDENCE TO KRAMER (.2); TELEPHONE | | |

CHASE METALS, INC.                                   Statement Date: 04/26/2020
Account No.      117.00                                  Statement No.        1596
RE:  CHASE METALS vs BENAVIDEZ                          Page No.               2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | CONFERENCE WITH CONOR (.2) | 2.30 | 1,035.00 |
| 03/14/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO KRAMER (.1) | 0.20 | 90.00 |
| 03/15/2020 | DBS | CORRESPONDENCE FROM KRAMER (.4); CORRESPONDENCE TO KRAMER (.2) | 0.60 | 270.00 |
| 03/16/2020 | DBS | REVIEW PROPOSED STIPULATION RE ELECTRONIC SERVICE (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM FARAG (.1) | 0.50 | 225.00 |
| 03/17/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1); TELEPHONE CONFERENCE WITH KRAMER (.2); REVIEW E-SERVICE STIPULATION (.1) | 0.40 | 180.00 |
| 03/20/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); REVIEW CHANGES TO E-SERVICE AGREEMENT (.2); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM SOLTMAN (.1); CORRESPONDENCE TO SOLTMAN (.1); TELEPHONE CONFERENCE WITH SOLTMAN (.3) | 1.00 | 450.00 |
| 03/23/2020 | DBS | CORRESPONDENCE FROM KRAMER (.2); TELEPHONE CONFERENCE WITH KRAMER (.5); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO COHEN (.2) | 1.20 | 540.00 |
| 03/26/2020 | DBS | CORRESPONDENCE TO CONOR (.2) | 0.20 | 90.00 |
| 03/30/2020 | DBS | CORRESPONDENCE FROM KRAMER (.3); CORRESPONDENCE TO KRAMER (.2) | 0.50 | 225.00 |
|  |  | For Current Services Rendered | 14.80 | 6,660.00 |

<div align="center">Expenses</div>

| 03/02/2020 | Postage - ($1.60 x 10 = $16.00) | 16.00 |
|---|---|---|
|  | Total Expenses | 16.00 |

<div align="center">Advances</div>

| 03/31/2020 | SCANS / COPIES | 40.20 |
|---|---|---|
|  | Total Advances | 40.20 |
|  | Total Current Work | 6,716.20 |
|  | Previous Balance | $45,677.56 |

<div align="center">Payments</div>

| 03/04/2020 | PAYMENT - THANK YOU! | -25,000.00 |
|---|---|---|
| 04/24/2020 | PAYMENT - THANK YOU! - CHECK NO. 1014 | -2,360.61 |

CHASE METALS, INC.                                    Statement Date: 04/26/2020
Account No.       117.00                                  Statement No.        1596
RE:  CHASE METALS vs BENAVIDEZ                           Page No.              3

Total Payments                                            -27,360.61

Balance Due                                               $25,033.15

This statement reflects new fees through **03/31/2020** and costs through
**04/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    May 26, 2020
Statement No.             1730
Account No.            117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1) | 0.10 | 45.00 |
| 04/03/2020 | DBS | CORRESPONDENCE TO KRAMER (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM KRAMER (.5); REVIEW IVESTER DISCOVERY RESPONSES (.8); REVIEW SPELLANE DISCOVERY RESPONSES (.7) | 2.50 | 1,125.00 |
| 04/05/2020 | DBS | REVIEW STIPULATION FOR ELECTRONIC FILING (.1); CORRESPONDENCE TO KRAMER (.1) | 0.20 | 90.00 |
| 04/06/2020 | DBS | CORRESPONDENCE TO CO-COUNSEL (.3); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE FROM KRAMER (.2); REVIEW LASC ORDERS (.2); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM ROSENTHAL (.1) | 1.10 | 495.00 |
| 04/08/2020 | DBS | CORRESPONDENCE TO CLIENT (.2); CORRESPONDENCE FROM SIMON (.1) | 0.30 | 135.00 |
| 04/09/2020 | DBS | CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO CLIENT (.1) | 0.30 | 135.00 |
| 04/10/2020 | DBS | DRAFT/REVISE AMENDED NOTICES OF DEPOSITION (.7); CORRESPONDENCE TO KRAMER (.2); CORRESPONDENCE FROM KRAMER (.1) | 1.00 | 450.00 |
| 04/14/2020 | DBS | CORRESPONDENCE FROM DUVAN (.2) | 0.20 | 90.00 |
| 04/17/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM KRAMER RE PROTECTIVE ORDER (.2) | 0.30 | 135.00 |
| 04/18/2020 | DBS | CORRESPONDENCE TO CO-COUNSEL (.1) | 0.10 | 45.00 |
| 04/19/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM CONOR (.1) | 0.30 | 135.00 |
| 04/20/2020 | DBS | CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE | | |

CHASE METALS, INC.
Account No.      117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 05/26/2020
Statement No.           1730
Page No.                    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | FROM KRAMER (.3); TELEPHONE CONFERENCE WITH ALL COUNSEL RE MEET-AND-CONFER (1.2); CORRESPONDENCE TO FARAG (.1); TELEPHONE CONFERENCE WITH CO-COUNSEL (.8); REVIEW ALL DISCOVERY RESPONSES, PREPARE FOR MEET-AND-CONFER (2.3) | 4.80 | 2,160.00 |
| 04/23/2020 | DBS | REVIEW IVESTER, SPELLANE DISCOVERY RESPONSES (.7); DRAFT/REVISE MEET-AND-CONFER LETTER (2.4) | 3.10 | 1,395.00 |
| 04/27/2020 | DBS | CORRESPONDENCE TO CONOR (.2) | 0.20 | 90.00 |
| 04/28/2020 | DBS | CORRESPONDENCE FROM KRAMER RE DISCOVERY DISPUTE (.3); REVIEW FILE (.5); CORRESPONDENCE TO CLIENT (.2) | 1.00 | 450.00 |
| 04/30/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR (.1) | 0.20 | 90.00 |
|  |  | For Current Services Rendered | 15.70 | 7,065.00 |
|  |  | Total Current Work |  | 7,065.00 |
|  |  | Previous Balance |  | $25,033.15 |
|  |  | Balance Due |  | $32,098.15 |

This statement reflects new fees through **04/30/2020** and costs through **05/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:      June 28, 2020
Statement No.              1859
Account No.           117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/05/2020 | DBS | CORRESPONDENCE FROM DUVAN (.1); REVIEW SUPPLEMENTAL DISCOVERY RESPONSES (1.1) | 1.20 | 540.00 |
| 05/07/2020 | DBS | CORRESPONDENCE TO FARAG (.1) | 0.10 | 45.00 |
| 05/11/2020 | DBS | CORRESPONDENCE FROM SETHI (.3); REVIEW SPELLANE DISCOVERY RESPONSES, DOCUMENT PRODUCTION (1.1); REVIEW IVESTER DISCOVERY RESPONSES, DOCUMENT PRODUCTION (.9) | 2.30 | 1,035.00 |
| 05/12/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO REPORTER (.2); CORRESPONDENCE FROM REPORTER (.2); CORRESPONDENCE TO FARAG (.1); TELEPHONE CONFERENCE WITH CO-COUNSEL (.5) | 1.10 | 495.00 |
| 05/13/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); REVIEW SWINTON DECLARATION (.2); CORRESPONDENCE TO FARAG (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO NISBETT (.2); REVIEW IVESTER DOCUMENTS, DISCOVERY RESPONSES (1.8); PREPARE FOR IVESTER DEPOSITION (1.7) | 4.30 | 1,935.00 |
| 05/14/2020 | DBS | CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM NORFLEET RE DEPOSITION OUTLINE (.4); TELEPHONE CONFERENCE WITH CO-COUNSEL (.4); CORRESPONDENCE TO FARAG (.1) | 1.00 | 450.00 |
| 05/15/2020 | DBS | CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE TO ALL COUNSEL (.2); CORRESPONDENCE FROM REPORTER (.2); CORRESPONDENCE TO REPORTER (.2); CORRESPONDENCE FROM SETHI (.3); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM VARTAN (.2); TELEPHONE CONFERENCE WITH CO-COUNSEL (.6); CORRESPONDENCE TO FARAG (.6); CORRESPONDENCE FROM SIMON (.2); DRAFT/REVISE EX PARTE NOTICE TO ALL COUNSEL (.4); CORRESPONDENCE TO ALL COUNSEL (.1); CORRESPONDENCE TO CLIENT (.2); CORRESPONDENCE FROM FARAG (.2) | 3.70 | 1,665.00 |

CHASE METALS, INC.

Account No.     117.00

RE:  CHASE METALS vs BENAVIDEZ

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount   |
|------------|-----|----|-------|----------|
| 05/16/2020 | DBS | CORRESPONDENCE TO REPORTER (.1)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.10  | 45.00    |
| 05/17/2020 | DBS | CORRESPONDENCE FROM GOLDMAN (.4); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE TO FARAG (.1); DEPOSITION PREPARATION (2.2)                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 2.90  | 1,305.00 |
| 05/18/2020 | DBS | CORRESPONDENCE FROM SETHI (.2); CORRESPONDENCE TO CO-COUNSEL (.1); CORRESPONDENCE FROM FARAG (.2); DRAFT/REVISE SECOND AMENDED NOTICES OF DEPOSITION (.7); CORRESPONDENCE TO ALL COUNSEL (.1); DRAFT/REVISE EX PARTE APPLICATION (3.6); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO FARAG (.1); TELEPHONE CONFERENCE WITH CO-COUNSEL (.4); TELEPHONE CONFERENCE WITH GRANT (.4); DRAFT/REVISE PROPOSED ORDER (.4)                                                                                                                                                                                        | 6.30  | 2,835.00 |
| 05/19/2020 | DBS | DRAFT/REVISE EX PARTE APPLICATION (3.3); RESEARCH RE SAME (.8); DRAFT/REVISE DECLARATION (.9); CORRESPONDENCE TO CO-COUNSEL, CLIENTS (.1); CORRESPONDENCE FROM VARTAN (.2)                                                                                                                                                                                                                                                                                                                                                                                                                                  | 5.30  | 2,385.00 |
| 05/20/2020 | DBS | CORRESPONDENCE TO MADOYAN (.1); CORRESPONDENCE FROM MADOYAN (.1); REVIEW JUDICIAL COUNCIL EMERGENCY ORDERS (.2); REVIEW LA COUNTY ORDERS (.2); COMPILE EXHIBITS (1.4); DRAFT/REVISE ORDER (.8); FILE ALL DOCUMENTS FOR EX PARTE APPLICATION (.2); CORRESPONDENCE FROM CLERK (.2); TELEPHONE CONFERENCE WITH CLERK (.1); CORRESPONDENCE FROM SETHI (.5); REVIEW SETHI OPPOSITION TO EX PARTE APPLICATION (.2); REVIEW FILE (.4); CORRESPONDENCE TO ALL COUNSEL (.2); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE TO COURTCALL (.2); CORRESPONDENCE TO COUNSEL RE CHANGE OF VENUE FOR EX PARTE APPLICATION (.2) | 5.20  | 2,340.00 |
| 05/21/2020 | DBS | CORRESPONDENCE TO ALL COUNSEL (.2); CORRESPONDENCE TO CLIENTS (.2); DRAFT/REVISE NOTICE OF RULING ON EX PARTE APPLICATION (.5); APPEARANCE AT EX PARTE APPLICATION HEARING (.9); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM COURTCALL (.2); CORRESPONDENCE FROM FARAG (.1); TELEPHONE CONFERENCE WITH SETHI (.6); TELEPHONE CONFERENCE WITH GRANT (.4)                                                                                                                                                                                                                                               | 3.30  | 1,485.00 |
| 05/22/2020 | DBS | REVIEW SPELLANE DOCUMENTS (.5); REVIEW IVESTER DOCUMENTS (.6)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 1.10  | 495.00   |
| 05/25/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO KRAMER (.1)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.20  | 90.00    |
| 05/28/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |       |          |

CHASE METALS, INC.
Account No.        117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 06/28/2020
Statement No.            1859
Page No.                     3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | FROM CONOR (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.50 | 225.00 |
| 05/29/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); REVIEW OBJECTIONS TO DEPOSITION NOTICE (.2) | 0.30 | 135.00 |
| 05/31/2020 | DBS | CORRESPONDENCE TO KRAMER (.1) | 0.10 | 45.00 |
|  |  | For Current Services Rendered | 39.00 | 17,550.00 |
|  |  | Total Current Work |  | 17,550.00 |
|  |  | Previous Balance |  | $32,098.15 |
|  |  | Balance Due |  | $49,648.15 |

This statement reflects new fees through **05/31/2020** and costs through **06/28/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   July 21, 2020
Statement No.   1981
Account No.   117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.1); TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO COUNSEL (.1); CORRESPONDENCE TO SOLTMAN (.2); REVIEW NOTICE OF DEPOSITION (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM KRAMER (.2); DRAFT/REVISE NOTICES OF DEPOSITION (.4) | 1.60 | 720.00 |
| 06/02/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.2); TELEPHONE CONFERENCE WITH SOLTMAN (1.0); CORRESPONDENCE FROM LUCAS (.2); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CLIENTS (.3) | 1.80 | 810.00 |
| 06/04/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO CLIENTS (.4); CORRESPONDENCE TO FARAG (.1); DRAFT/REVISE PROTECTIVE ORDER (1.9); CORRESPONDENCE FROM SETHI (.1); REVIEW DEPOSITION OBJECTIONS (.2) | 3.00 | 1,350.00 |
| 06/05/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO SOLTMAN (.3); CORRESPONDENCE TO CLIENTS (.2) | 0.70 | 315.00 |
| 06/08/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH CLIENTS (.3); CORRESPONDENCE FROM COHEN (.1); CORRESPONDENCE FROM FARAG (.1); TELEPHONE CONFERENCE WITH CLIENTS (.2); TELEPHONE CONFERENCE WITH SETHI (.3) | 1.50 | 675.00 |
| 06/09/2020 | DBS | CORRESPONDENCE FROM FARAG (.5); CORRESPONDENCE FROM SIMON (.1); TELEPHONE CONFERENCE WITH MADOYAN (.2) | 0.80 | 360.00 |
| 06/10/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM FARAG (.1) | 0.20 | 90.00 |
| 06/11/2020 | DBS | TELEPHONE CONFERENCE WITH SETHI (.4) | 0.40 | 180.00 |

CHASE METALS, INC.
Account No.        117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 07/21/2020
Statement No.              1981
Page No.                          2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/16/2020 | DBS | CORRESPONDENCE FROM REPORTER (.1); REVIEW ALWAY TRANSCRIPT (.5); CORRESPONDENCE FROM SETHI (.2); CORRESPONDENCE TO SETHI (.1) | 0.90 | 405.00 |
| 06/17/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.3); CORRESPONDENCE TO SOLTMAN (.2); TELEPHONE CONFERENCE WITH SETHI (.3) | 0.80 | 360.00 |
| 06/18/2020 | DBS | CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM SETHI (.2); TELEPHONE CONFERENCE WITH CONOR (.3) | 0.80 | 360.00 |
| 06/22/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO GOLDMAN (.1); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO SOLTMAN (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO GOLDMAN (.1); TELEPHONE CONFERENCE WITH SETHI (.2) | 1.10 | 495.00 |
| 06/23/2020 | DBS | CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.30 | 135.00 |
| 06/24/2020 | DBS | CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO SIMON (.1); TELEPHONE CONFERENCE WITH SIMON (.3); CORRESPONDENCE FROM SETHI (.2); CORRESPONDENCE TO SETHI (.1) | 0.80 | 360.00 |
| 06/25/2020 | DBS | CORRESPONDENCE FROM WRIGHT (.2); REVIEW PROPOSED SETTLEMENT AGREEMENT (.2) | 0.40 | 180.00 |
| 06/27/2020 | DBS | REVIEW OBJECTIONS TO DEPOSITION NOTICE (.2) | 0.20 | 90.00 |
| 06/28/2020 | DBS | CORRESPONDENCE TO KRAMER (.2); CORRESPONDENCE TO MADOYAN (.1) | 0.30 | 135.00 |
| 06/29/2020 | DBS | CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE FROM KRAMER (.1); TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE FROM SOLTMAN (.2); TELEPHONE CONFERENCE WITH SETHI (.4); CORRESPONDENCE TO CLIENTS (.4); CORRESPONDENCE TO KRAMER (.1) | 1.50 | 675.00 |
| 06/30/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 17.20 | 7,740.00 |
| | | Total Current Work | | 7,740.00 |
| | | Previous Balance | | $49,648.15 |
| | | Balance Due | | $57,388.15 |

CHASE METALS, INC.                                    Statement Date: 07/21/2020
Account No.        117.00                             Statement No.           1981
RE:  CHASE METALS vs BENAVIDEZ                        Page No.                   3

This statement reflects new fees through **06/30/2020** and costs through **07/21/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   August 26, 2020
Statement No.   2153
Account No.   117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/01/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.1); CORRESPONDENCE TO SETHI (.1) | 0.20 | 90.00 |
| | DBS | CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO WRIGHT (.2); TELEPHONE CONFERENCE WITH SETHI (.4); CORRESPONDENCE FROM WRIGHT (.1) | 1.00 | 450.00 |
| | DBS | CORRESPONDENCE FROM CLIENT (.1); TELEPHONE CONFERENCE WITH SETHI (.4); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM SOLTMAN (.3); CORRESPONDENCE TO SOLTMAN (.1) | 1.10 | 495.00 |
| 07/07/2020 | DBS | TELEPHONE CONFERENCE WITH SETHI (.3); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM GOLDMAN (.1); REVIEW SETTLEMENT, STIPULATION (.2); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE FROM CLIENTS (.1) | 1.00 | 450.00 |
| 07/08/2020 | DBS | CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH SETHI (.3); CORRESPONDENCE FROM CLIENTS (.2); CORRESPONDENCE TO SOLTMAN (.2); CORRESPONDENCE FROM SOLTMAN (.2) | 1.10 | 495.00 |
| 07/09/2020 | DBS | CORRESPONDENCE FROM CLIENT (.2); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO MADOYAN (.3) | 0.60 | 270.00 |
| 07/10/2020 | DBS | DRAFT/REVISE IVESTER SETTLEMENT AGREEMENT (2.7); RESEARCH RE SAME (1.1); CORRESPONDENCE FROM MADOYAN (.1) | 3.90 | 1,755.00 |
| 07/11/2020 | DBS | DRAFT/REVISE IVESTER SETTLEMENT (1.8); CORRESPONDENCE TO COUNSEL AND CLIENTS (.2); CORRESPONDENCE TO SETHI (.1) | 2.10 | 945.00 |
| 07/13/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE TO MADOYAN (.1); CORRESPONDENCE TO SETHI (.2); DRAFT/REVISE SETTLEMENT AGREEMENT (.5); CORRESPONDENCE TO ALL COUNSEL (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE | | |

CHASE METALS, INC.
Account No. 117.00
RE: CHASE METALS vs BENAVIDEZ

Statement Date: 08/26/2020
Statement No. 2153
Page No. 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | FROM MADOYAN (.3); CORRESPONDENCE FROM GOLDMAN (.1); CORRESPONDENCE FROM WRIGHT (.1); CORRESPONDENCE TO GOLDMAN (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO COUNSEL (.2); CORRESPONDENCE FROM SOLTMAN (.2); TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE FROM CLIENTS (.1); CORRESPONDENCE TO SOLTMAN (.2); REVIEW SPELLANE OBJECTIONS (.2); DRAFT/REVISE AMENDED NOTICE OF DEPOSITION (.3); DRAFT/REVISE SETTLEMENT AGREEMENT (.8); TELEPHONE CONFERENCE WITH SETHI (.3) | 4.70 | 2,115.00 |
| 07/14/2020 | DBS | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE FROM WRIGHT (.1); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE TO COUNSEL (.2); CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE TO SOLTMAN (.1); REVIEW SPELLANE CONTRACT (.2) | 1.40 | 630.00 |
| 07/15/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE TO SOLTMAN (.1); CORRESPONDENCE TO GOLDMAN (.4); TELEPHONE CONFERENCE WITH SOLTMAN (.6) | 1.70 | 765.00 |
| 07/16/2020 | DBS | CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM WRIGHT (.2); CORRESPONDENCE TO GOLDMAN (.4) | 0.80 | 360.00 |
| 07/17/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE TO SETHI (.1); DRAFT/REVISE IVESTER SETTLEMENT (.7) | 0.90 | 405.00 |
| 07/20/2020 | DBS | CORRESPONDENCE FROM DUVAN (.2); REVIEW EXPERT DEMANDS (.2); CORRESPONDENCE TO SETHI (.1); CORRESPONDENCE TO DUVAN (.2); CORRESPONDENCE FROM VARTAN (.1); CORRESPONDENCE TO VARTAN (.1) | 0.90 | 405.00 |
| 07/21/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.3); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO SOLTMAN (.2); CORRESPONDENCE TO CLIENTS (.2) | 0.80 | 360.00 |
| 07/22/2020 | DBS | CORRESPONDENCE FROM MADOYAN (.1); TELEPHONE CONFERENCE WITH CLERK (.2); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE TO REPORTER (.1); TELEPHONE CONFERENCE WITH MILLS, SOLTMAN (1.2) | 1.80 | 810.00 |
| 07/23/2020 | DBS | CORRESPONDENCE FROM SIMON (.1); REVIEW LIST OF OVERLAPPING CUSTOMERS (.2); CORRESPONDENCE TO REPORTER (.1); CORRESPONDENCE FROM REPORTER (.1) |  |  |

CHASE METALS, INC.                                          Statement Date: 08/26/2020
Account No.        117.00                                   Statement No.          2153
RE:  CHASE METALS vs BENAVIDEZ                              Page No.                  3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE TO CLIENTS (.4); REVIEW PROPOSED SETTLEMENT (.3) | 1.40 | 630.00 |
| 07/24/2020 | DBS | TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE FROM SOLTMAN (.1); CORRESPONDENCE TO SOLTMAN (.4); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM SAMARA (.1); REVIEW HURST DOCUMENTS (.2); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE FROM SETHI (.2); CORRESPONDENCE TO MILLS (.1) | 1.60 | 720.00 |
| 07/27/2020 | DBS | CORRESPONDENCE FROM SETHI (.2); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE TO REPORTER (.1) | 0.50 | 225.00 |
| 07/28/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE FROM SOLTMAN (.3); CORRESPONDENCE FROM REPORTER (.1); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH SOLTMAN (.4) | 1.20 | 540.00 |
| 07/30/2020 | DBS | CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO MADOYAN (.1) | 0.20 | 90.00 |
| | | For Current Services Rendered | 28.90 | 13,005.00 |
| | | Total Current Work | | 13,005.00 |
| | | Previous Balance | | $57,388.15 |
| | | Balance Due | | $70,393.15 |

This statement reflects new fees through **07/31/2020** and costs through **08/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.                2322
Account No.               117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE TO SETHI (.1); TELEPHONE CONFERENCE WITH MILLS (.1) | 0.30 | 135.00 |
| 08/05/2020 | DBS | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH SETHI (.2); CORRESPONDENCE TO SETHI (.1); CORRESPONDENCE TO MILLS (.1) | 0.80 | 360.00 |
| 08/06/2020 | DBS | TELEPHONE CONFERENCE WITH SETHI (.2); CORRESPONDENCE FROM SOLTMAN (.1); TELEPHONE CONFERENCE WITH SOLTMAN (.1) | 0.40 | 180.00 |
| 08/07/2020 | DBS | TELEPHONE CONFERENCE WITH SOLTMAN (.3); TELEPHONE CONFERENCE WITH SIMON (.2); TELEPHONE CONFERENCE WITH SAMARA (.1); CORRESPONDENCE FROM SAMARA (.1); CORRESPONDENCE TO SAMARA (.3); CORRESPONDENCE FROM SOLTMAN; REVIEW EXHIBITS (.2) | 1.20 | 540.00 |
| 08/10/2020 | DBS | CORRESPONDENCE FROM WRIGHT (.1); CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO CLIENTS (.4); CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CLIENTS (.1); CORRESPONDENCE TO MADOYAN (.1); TELEPHONE CONFERENCE WITH MADOYAN (.3); CORRESPONDENCE TO SETHI (.2); DRAFT/REVISE NOTICE OF ENTRY (.2); CORRESPONDENCE TO COUNSEL (.2); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE FROM SOOFI (.2); CORRESPONDENCE FROM BERSHAD (.2); CORRESPONDENCE TO BERSHAD (.1); CORRESPONDENCE TO KRAMER (.2) | 3.50 | 1,575.00 |
| 08/11/2020 | DBS | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO SOLTMAN (.2); CORRESPONDENCE FROM SAMARA (.1); REVIEW SPREADSHEET (.2); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE FROM CLERK (.2); | | |

CHASE METALS, INC.
Account No.       117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 09/27/2020
Statement No.         2322
Page No.                   2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | CORRESPONDENCE FROM SETHI (.1); CORRESPONDENCE TO SOLTMAN (.2); CORRESPONDENCE FROM SOLTMAN (.2); TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE TO CLIENTS (.2); DRAFT/REVISE STIPULATION FOR DISMISSAL, ORDER RE IVESTER (.8); CORRESPONDENCE TO KRAMER (.3); DRAFT/REVISE NOTICE OF DEPOSITION (.5); CORRESPONDENCE TO ALL COUNSEL (.2); CORRESPONDENCE TO SAMARA (.2) | 4.00 | 1,800.00 |
| 08/12/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.1); CORRESPONDENCE FROM SAMARA (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM MADOYAN (.1); REVIEW CLASS SETTLEMENT (.4); DRAFT/REVISE SPREADSHEET RE CUSTOMER OVERLAP (.4) | 1.20 | 540.00 |
| 08/13/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO SOLTMAN (.1) | 0.40 | 180.00 |
| 08/14/2020 | DBS | TELEPHONE CONFERENCE WITH SOLTMAN (.3); CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE FROM ABERNATHY (.1); CORRESPONDENCE TO SAMARA (.2); REVIEW MINUTE ORDER RE FINAL STATUS CONFERENCE CONTINUANCE (.1) | 0.90 | 405.00 |
| 08/17/2020 | DBS | TELEPHONE CONFERENCE WITH SOLTMAN, HILL (1.1); CORRESPONDENCE FROM SAMARA (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CLIENTS (.1); REVIEW HURST DOCUMENTS (.2); TELEPHONE CONFERENCE WITH SOLTMAN AND SANTULAN (.9); TELEPHONE CONFERENCE WITH SOLTMAN (.3) | 2.80 | 1,260.00 |
| 08/18/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE FROM COURT RE CONTINUANCE (.2) | 0.70 | 315.00 |
| 08/19/2020 | DBS | CORRESPONDENCE FROM GOLDMAN (.1); REVIEW CLASS NOTICE (.4); REVIEW MINUTE ORDER (.1) | 0.60 | 270.00 |
| 08/20/2020 | DBS | CORRESPONDENCE FROM MADOYAN (.1); REVIEW CHANGES TO CLASS NOTICE (.1); CORRESPONDENCE FROM SOLTMAN (.2); DRAFT/REVISE SANTULAN DECLARATION (.7) | 1.10 | 495.00 |
| 08/21/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1); REVIEW AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT (.2); CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO MADOYAN (.1); CORRESPONDENCE TO MILLS (.2); CORRESPONDENCE TO SOLTMAN (.1); DRAFT/REVISE DECLARATION OF SANTULAN (1.6); CORRESPONDENCE TO BELICHENKO (.2); RESEARCH RE AMS CONSULTING (.2) | | |

CHASE METALS, INC.
Account No.        117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 09/27/2020
Statement No.            2322
Page No.                      3

|            |     |                                                                                                                                          | Hours | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|            |     | RESEARCH RE SAFEGUARD (.2)                                                                                                                | 3.10  | 1,395.00  |
| 08/23/2020 | DBS | REVIEW SPELLANE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS (1.7); RESEARCH RE SAME (2.6)                                        | 4.30  | 1,935.00  |
| 08/25/2020 | DBS | CORRESPONDENCE TO SOLTMAN (.2)                                                                                                            | 0.20  | 90.00     |
| 08/26/2020 | DBS | CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO SOLTMAN (.2)                                                                          | 0.40  | 180.00    |
| 08/27/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.1)                                                                              | 0.20  | 90.00     |
| 08/31/2020 | DBS | CORRESPONDENCE TO REPORTER (.3); TELEPHONE CONFERENCE WITH REPORTER (.3); CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO FARAG (.2); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO SOLTMAN (.2); TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE TO CLIENTS (.1) | 1.60  | 720.00    |
|            |     | For Current Services Rendered                                                                                                             | 27.70 | 12,465.00 |
|            |     | Total Current Work                                                                                                                        |       | 12,465.00 |
|            |     | Previous Balance                                                                                                                         |       | $70,393.15 |
|            |     | Balance Due                                                                                                                               |       | $82,858.15 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | October 26, 2020 |
| Statement No. | 2497 |
| Account No. | 117.00 |
| Page: | 1 |

RE: CHASE METALS vs BENAVIDEZ

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | DBS | CORRESPONDENCE FROM SHAREEF (.2); CORRESPONDENCE FROM SETHI (.1); REVIEW OBJECTIONS TO DEPOSITION (.2); TELEPHONE CONFERENCE WITH SOLTMAN (.2) REVIEW SANTULAN DECLARATION (.1); CORRESPONDENCE FROM CLIENT RE MORTON (.2); CORRESPONDENCE TO CLIENT (.2); TELEPHONE CONFERENCE WITH SHAREEF (.2); TELEPHONE CONFERENCE WITH MILLS (.1); CORRESPONDENCE FROM SOLTMAN (.1) | 1.60 | 720.00 |
| 09/02/2020 | DBS | TELEPHONE CONFERENCE WITH FARAG (.2); CORRESPONDENCE FROM FARAG RE SPELLANE DEPOSITION OUTLINE, EXHIBITS (.2); PREPARE FOR SPELLANE DEPOSITION (3.4); REVIEW SPELLANE FILES, DISCOVERY (2.4); DRAFT/REVISE SPREADSHEET (.2); CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO SOLTMAN (.2) | 6.80 | 3,060.00 |
| 09/03/2020 | DBS | CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE FROM SAMARA (.1); CORRESPONDENCE TO SAMARA (.2); TELEPHONE CONFERENCE WITH SAMARA (.1); CORRESPONDENCE FROM SOLTMAN (.2); TELEPHONE CONFERENCE WITH SETHI (.4); CORRESPONDENCE TO SETHI (.3);  TELEPHONE CONFERENCE WITH SIMON (.2); REVIEW SPELLANE EVIDENCE, DISCOVERY, EMAILS, PLEADINGS (3.3); PREPARE FOR DEPOSITION (2.6); CORRESPONDENCE FROM REPORTER (.2); CORRESPONDENCE FROM ROSENTHAL (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO SOLTMAN (.2); TELEPHONE CONFERENCE WITH SOLTMAN (.2); CORRESPONDENCE TO REPORTER (.2); CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE TO MILLS (.2); CORRESPONDENCE TO COUNSEL (.4); TELEPHONE CONFERENCE WITH SETHI (.2) | 9.60 | 4,320.00 |
| 09/08/2020 | DBS | CORRESPONDENCE FROM FARAG (.1) | 0.10 | 45.00 |
| 09/09/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.4) | 0.50 | 225.00 |

CHASE METALS, INC.
Account No.        117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 10/26/2020
Statement No.              2497
Page No.                         2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/10/2020 | DBS | CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE FROM FARAG (.1); REVIEW AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT (.1); DRAFT/REVISE SEPARATE STATEMENT (1.4); TELEPHONE CONFERENCE WITH SAMARA (.1);CORRESPONDENCE TO REPORTER (.2); CORRESPONDENCE FROM REPORTER (.1) | 2.10 | 945.00 |
| 09/11/2020 | DBS | CORRESPONDENCE FROM CLIENT (.2); CORRESPONDENCE TO CLIENT (.3); TELEPHONE CONFERENCE WITH KRAMER (.2); CORRESPONDENCE FROM KRAMER (.2); DRAFT/REVISE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (3.8); REVIEW MOTION FOR SUMMARY JUDGMENT (.4); RESEARCH RE ISSUES (2.4); CORRESPONDENCE TO CUSTOMERS (.8); TELEPHONE CONFERENCE WITH SAMARA (.2); DRAFT/REVISE SEPARATE STATEMENT (1.7); CORRESPONDENCE FROM REPORTER (.1); CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.1); CORRESPONDENCE TO REPORTER (.1); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE TO CARTER (.1) | 10.80 | 4,860.00 |
| 09/12/2020 | DBS | DRAFT/REVISE SEPARATE STATEMENT (1.8); DRAFT/REVISE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (2.9); RESEARCH RE SAME (1.7); CORRESPONDENCE FROM REPORTER (.1) | 6.50 | 2,925.00 |
| 09/14/2020 | DBS | CORRESPONDENCE TO CLIENTS (.3) | 0.30 | 135.00 |
| 09/15/2020 | DBS | CORRESPONDENCE TO CLIENT (.2); CORRESPONDENCE FROM CLIENT (.2); DRAFT/REVISE OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT (2.8) | 3.20 | 1,440.00 |
| 09/16/2020 | DBS | CORRESPONDENCE FROM REPORTER (.2); REVIEW ALWAY TRANSCRIPT (.6); CORRESPONDENCE FROM SAMARA (.2); CORRESPONDENCE TO SAMARA (.2); DRAFT/REVISE MILLS DECLARATION (.8); CORRESPONDENCE TO SOLTMAN (.1); CORRESPONDENCE FROM SOLTMAN (.1); CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO CAROL HURST (.2); CORRESPONDENCE TO FARAG (.3) | 3.10 | 1,395.00 |
| 09/17/2020 | DBS | CORRESPONDENCE FROM REPORTER (.1); REVIEW SPELLANE TRANSCRIPT (1.1); DRAFT/REVISE DECLARATION OF MILLS (.6); CORRESPONDENCE TO MILLS (.2); CORRESPONDENCE FROM MILLS (.1); CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM CLIENTS (.6); DRAFT/REVISE ASHER DECLARATION (.6); CORRESPONDENCE TO FARAG (.2); CORRESPONDENCE TO KRAMER (.2); TELEPHONE CONFERENCE WITH CLIENT (.1); CORRESPONDENCE TO SOLTMAN (.2); CORRESPONDENCE TO REPORTER (.2); DRAFT/REVISE BATASHVILI DECLARATION (1.3); |  |  |

CHASE METALS, INC.
Account No.          117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 10/26/2020
Statement No.          2497
Page No.          3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | DRAFT/REVISE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (1.9); RESEARCH RE SAME (.8) | 8.70 | 3,915.00 |
| 09/21/2020 | DBS | CORRESPONDENCE TO ALL COUNSEL (.3); CORRESPONDENCE FROM CLERK (.3); CORRESPONDENCE FROM COURT CONNECT (.2); CORRESPONDENCE TO CLIENTS (.4); DRAFT/REVISE OPPOSITION DOCUMENTS TO MOTION FOR SUMMARY JUDGMENT (2.8); PREPARE ALL DOCUMENTS, EXHIBITS FOR FILING (.6); FILE OPPOSITION, SUPPORTING DOCUMENTS (.3) | 4.90 | 2,205.00 |
| 09/22/2020 | DBS | CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM COURT CONNECT (.2); DRAFT/REVISE CORRESPONDENCE TO ALL COUNSEL RE EX PARTE (.3); RESEARCH RE SAME (.4); CORRESPONDENCE TO CLIENTS (.1); DRAFT/REVISE EX PARTE APPLICATION (2.7); RESEARCH RE SAME (1.8); DRAFT/REVISE PROPOSED ORDER (.4) | 6.10 | 2,745.00 |
| 09/23/2020 | DBS | CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM FARAG (.1); APPEARANCE AT HEARING ON STATUS CONFERENCE (.9); REVIEW IVESTER TENTATIVE (.4); CORRESPONDENCE FROM COURT CONNECT (.2); FILE EX PARTE APPLICATION AND PROPOSED ORDER (.3); FILE EXHIBITS (.3); TELEPHONE CONFERENCE WITH CLERK (.3); TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE TO COUNSEL (.2); DRAFT/REVISE NOTICE OF LODGMENT (.3); FILE SAME (.1); CORRESPONDENCE TO ALL COUNSEL RE SAME (.1) | 3.70 | 1,665.00 |
| 09/24/2020 | DBS | REVIEW CLASS SETTLEMENT, NOTICE (.4) | 0.40 | 180.00 |
| 09/27/2020 | DBS | CORRESPONDENCE FROM ROSENTHAL (.1); CORRESPONDENCE TO FARAG (.1); REVIEW CFTC STAY ORDER (.3); CORRESPONDENCE TO CLIENTS (.1) | 0.60 | 270.00 |
| 09/29/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.1); REVIEW NOTICE OF ADDRESS CHANGE (.1) | 0.30 | 135.00 |
|  |  | For Current Services Rendered | 69.30 | 31,185.00 |
|  |  | Total Current Work |  | 31,185.00 |
|  |  | Previous Balance |  | $82,858.15 |
|  |  | Finance Charge |  | 1,184.99 |
|  |  | Balance Due |  | $115,228.14 |

CHASE METALS, INC.
Account No.        117.00
RE:  CHASE METALS vs BENAVIDEZ

Statement Date: 10/26/2020
Statement No.        2497
Page No.        4

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L  B . S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E    818-990-9705
EMAIL    dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.              2586
Account No.              117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/01/2020 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO FARAG (.1); DRAFT/REVISE NOTICE OF STAY (.4); CORRESPONDENCE TO COUNSEL (.2); FILE SAME (.2) | 1.00 | 450.00 |
| 10/13/2020 | DBS | CORRESPONDENCE FROM WRIGHT (.1) | 0.10 | 45.00 |
| 10/14/2020 | DBS | CORRESPONDENCE TO WRIGHT (.1) | 0.10 | 45.00 |
| 10/16/2020 | DBS | CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO MADOYAN (.1) | 0.20 | 90.00 |
| | | For Current Services Rendered | 1.40 | 630.00 |

### Advances

| | | | |
|---|---|---|---|
| 09/28/2020 | L A COURT CONNECT - 2 x $15.00 = $30.00 | | 30.00 |
| 09/29/2020 | L A COURT CONNECT RE STATUS CONFERENCE | | 15.00 |
| | Total Advances | | 45.00 |
| | Total Current Work | | 675.00 |
| | Previous Balance | | $115,228.14 |
| | Finance Charge | | 1,630.97 |
| | Balance Due | | $117,534.11 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.                      2677
Account No.                     117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---|
| 12/08/2020 | ELECTRONIC FILING FEE - NOTICE OF RULING ON TRIAL SETTING CONFERENCE | 7.26 |
| | Total Advances | 7.26 |
| | Total Current Work | 7.26 |
| | Previous Balance | $117,534.11 |
| | Finance Charge | 1,470.91 |
| | Balance Due | $119,012.28 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-2152

F A C S I M I L E 818-990-9705
EMAIL dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

Statement Date: January 26, 2021
Statement No. 2770
Account No. 117.00
Page: 1

RE: CHASE METALS vs BENAVIDEZ

## Fees

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 12/04/2020 | DBS | CORRESPONDENCE TO LOS ANGELES SUPERIOR COURT (.1); CORRESPONDENCE TO LEWIS (.1) | 0.20 | 90.00 |
| 12/06/2020 | DBS | CORRESPONDENCE FROM COURT CONNECT (.1) | 0.10 | 45.00 |
| 12/07/2020 | DBS | APPEARANCE AT TRIAL SETTING CONFERENCE (1.1); DRAFT/REVISE NOTICES OF RULING (.4); FILE SAME (.2); SERVE SAME (.2) | 1.90 | 855.00 |
| 12/11/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 2.30 | 1,035.00 |

## Advances

| | | | |
|--|--|--|--|
| 12/07/2020 | APPEARANCE FEE - LA COURT CONNECT | | 15.00 |
| | Total Advances | | 15.00 |
| | Total Current Work | | 1,050.00 |
| | Previous Balance | | $119,012.28 |
| | Finance Charge | | 2,093.35 |
| | Balance Due | | $122,155.63 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# **D A N I E L B. S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | February 23, 2021 |
| Statement No. | 2846 |
| Account No. | 117.00 |
| Page: | 1 |

RE: CHASE METALS vs BENAVIDEZ

| | |
|---|---|
| Previous Balance | $122,155.63 |
| Finance Charge | 1,598.65 |
| Balance Due | $123,754.28 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B. S P I T Z E R

D A N I E L  B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3000 |
| Account No. | 117.00 |
| Page: | 1 |

RE: CHASE METALS vs BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---|
| 12/12/2020 | LA COURT CONNECT REMOTE APPEARANCE FEE | 15.00 |
| | Total Advances | 15.00 |
| | Total Current Work | 15.00 |
| | Previous Balance | $123,754.28 |
| | Finance Charge | 1,655.75 |
| | Balance Due | $125,425.03 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

|  |  |
|---|---|
| CHASE METALS, INC. | Statement Date:  April 29, 2021 |
| LUCAS ASHER, PRESIDENT | Statement No.  3157 |
| 433 N. CAMDEN DRIVE, SUITE 970 | Account No.  117.00 |
| BEVERLY HILLS, CA   90210 | Page:  1 |

RE: CHASE METALS vs BENAVIDEZ

| | |
|---|---|
| Previous Balance | $125,425.03 |
| Finance Charge | 2,055.68 |
| Balance Due | $127,480.71 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3237 |
| Account No. | 117.00 |
| Page: | 1 |

RE:  CHASE METALS vs BENAVIDEZ

| | |
|---|---|
| Previous Balance | $127,480.71 |
| Finance Charge | 1,598.86 |
| Balance Due | $129,079.57 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3321 |
| Account No. | 117.00 |
| Page: | 1 |

RE: CHASE METALS vs BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---|
| 06/21/2021 | ELECTRONIC FILING FEE - STATUS REPORT RE RECEIVERSHIP | 7.26 |
| 06/28/2021 | ELECTRONIC FILING FEE - NOTICE OF RULINGS | 7.26 |
| | Total Advances | 14.52 |
| | Total Current Work | 14.52 |
| | Previous Balance | $129,079.57 |
| | Finance Charge | 1,827.27 |
| | Balance Due | $130,921.36 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

CHASE METALS, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    July 27, 2021
Statement No.              3405
Account No.              117.00
Page:   1

RE: CHASE METALS vs BENAVIDEZ

Advances

| | | |
|---|---|---|
| 06/30/2021 | SCANS / COPIES | 4.40 |
| | Total Advances | 4.40 |
| | Total Current Work | 4.40 |
| | Previous Balance | $130,921.36 |
| | Finance Charge | 1,656.17 |
| | Balance Due | $132,581.93 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

# EXHIBIT E

LAW OFFICES OF

# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436 - 2152
TELEPHONE (818) 990 - 9700

FACSIMILE (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                     May 24, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.       24337
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        April 30, 2019

_____

In Reference To:  GENERAL BUSINESS MATTERS

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/25/2019 DBS | CORRESPONDENCE FROM CONOR RE PREDICTIVE DIALER (.2); CORRESPONDENCE FROM RABEH RE SAME (.2) | 0.40<br>450.00/hr | 180.00 |
|  | For professional services rendered | 0.40 | $180.00 |
|  | Balance due |  | $180.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **APRIL 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

June 30, 2019
Invoice No.     24371

For Professional Services Rendered Through:     May 31, 2019

_____

In Reference To:  GENERAL BUSINESS MATTERS

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2019 DBS | CORRESPONDENCE FROM CONOR RE KELLEY (.2); CORRESPONDENCE TO CONOR RE SAME (.1); TELEPHONE CONVERSATION(S) WITH CONOR (.4) | 0.70 450.00/hr | 315.00 |
| 5/5/2019 DBS | CORRESPONDENCE FROM SIMON (.1) | 0.10 450.00/hr | 45.00 |
| 5/23/2019 DBS | CORRESPONDENCE TO CONOR RE CASES REVIEW (.5) | 0.50 450.00/hr | 225.00 |
| 5/24/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR, LUCAS, SIMON RE ALL MATTERS (2.1); CORRESPONDENCE FROM CLIENT (.1); DRAFT/REVISE MEMO RE SAME (1.2); CORRESPONDENCE TO CLIENT (.1) | 3.50 450.00/hr | 1,575.00 |
| | For professional services rendered | 4.80 | $2,160.00 |

TMTE, INC. June 30, 2019
In Reference To: GENERAL BUSINESS Page 2
           MATTERS

Additional Charges :

|  |  | Amount |
|---|---|---|
| 5/24/2019 | ONLINE RESEARCH COSTS | 18.70 |
|  | Total costs | $18.70 |
|  | Total amount of this bill | $2,178.70 |
|  | Previous balance | $180.00 |
| 5/29/2019 | Payment - thank you | ($180.00) |
|  | Total payments and adjustments | ($180.00) |
|  | Balance due | $2,178.70 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MAY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS. MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L B. S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                          July 30, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.       24404
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        June 30, 2019

_____

In Reference To:  GENERAL BUSINESS MATTERS

        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/26/2019 DBS | CORRESPONDENCE FROM CONOR (.1); REVIEW POWER OF ATTORNEY (.1); CORRESPONDENCE TO CONOR (.3) | 0.50 450.00/hr | 225.00 |
| | For professional services rendered | 0.50 | $225.00 |
| | Previous balance | | $2,178.70 |
| | Balance due | | $2,403.70 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JUNE 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D ,   S U I T E   1200
E N C I N O ,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E   (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

August 23, 2019
Invoice No.      24435

For Professional Services Rendered Through:      July 31, 2019

_____

In Reference To:  GENERAL BUSINESS MATTERS

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/16/2019 DBS | CORRESPONDENCE TO CLIENT RE STATUS ON ALL OPEN MATTERS (1.1) | 1.10<br>450.00/hr | 495.00 |
|  | For professional services rendered | 1.10 | $495.00 |
|  | Previous balance |  | $2,403.70 |
| 7/26/2019 | Payment - thank you |  | ($2,178.70) |
|  | Total payments and adjustments |  | ($2,178.70) |
|  | Balance due |  | $720.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JULY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU

CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF
# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436 - 2152
TELEPHONE (818) 990 - 9700

FACSIMILE (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

September 25, 2019
Invoice No.      24468

For Professional Services Rendered Through:      August 31, 2019

In Reference To:  GENERAL BUSINESS MATTERS

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/14/2019 DBS | TELEPHONE CONVERSATION(S) WITH FIELDS, FARAG, BATASHVILI, ASHER, O'REILLY (.6); RESEARCH RE LABOR CLAIMS (.7) | 1.30 450.00/hr | 585.00 |
|  | For professional services rendered | 1.30 | $585.00 |
|  | Previous balance |  | $720.00 |
| 9/3/2019 | Payment - thank you |  | ($720.00) |
|  | Total payments and adjustments |  | ($720.00) |
|  | Balance due |  | $585.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **AUGUST 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705

EMAIL dspitzer@spitzeresq.com

URL: www.spitzeresq.com

TMTE, INC.                                                          October 31, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.        24494
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through: September 30, 2019

_____

In Reference To:  GENERAL BUSINESS MATTERS

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2019 | DBS | CORRESPONDENCE FROM CONOR RE SAFEGUARD (.4); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 0.60 450.00/hr | 270.00 |
| 9/17/2019 | DBS | CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM LUCAS (.1); CORRESPONDENCE FROM CONOR (.3) | 0.50 450.00/hr | 225.00 |
| 9/18/2019 | DBS | CORRESPONDENCE FROM SOLTMAN (.1); TELEPHONE CONVERSATION(S) WITH SOLTMAN (.4) | 0.50 450.00/hr | 225.00 |
| 9/25/2019 | DBS | CORRESPONDENCE FROM SOLTMAN (.2); CORRESPONDENCE TO CLIENT (.1); CORRESPONDENCE TO SOLTMAN (.1) | 0.40 450.00/hr | 180.00 |
| | | For professional services rendered | 2.00 | $900.00 |
| | | Previous balance | | $585.00 |

TMTE, INC.                                                      October 31, 2019
In Reference To:  GENERAL BUSINESS                                      Page  2
                  MATTERS

|  | Amount |
|---|---|
| Balance due | $1,485.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **SEPTEMBER 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

November 25, 2019
Invoice No.      24503

For Professional Services Rendered Through:      October 31, 2019

In Reference To:  GENERAL BUSINESS MATTERS

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/24/2019 | DBS | CORRESPONDENCE FROM MERRILL (JOURNALIST) (.1); CORRESPONDENCE TO CLIENT (.1); CORRESPONDENCE FROM CLIENT (.1) | 0.30<br>450.00/hr | 135.00 |
| 10/27/2019 | DBS | CORRESPONDENCE FROM LUCAS (.1) | 0.10<br>450.00/hr | 45.00 |
|  |  | For professional services rendered | 0.40 | $180.00 |
|  |  | Previous balance |  | $1,485.00 |
| 11/13/2019 |  | Payment - thank you |  | ($585.00) |
|  |  | Total payments and adjustments |  | ($585.00) |
|  |  | Balance due |  | $1,080.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **OCTOBER 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

D A N I E L  B.  S P I T Z E R

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 23, 2019
Statement No.                    435
Account No.                 233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<div align="center">Fees</div>

| Date | | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 11/07/2019 | DBS | CORRESPONDENCE FROM SOOFI (.1); CORRESPONDENCE FROM WESLOW RE FOX NEWS CEASE AND DESIST (.2); CORRESPONDENCE FROM LUCAS (.1); CORRESPONDENCE FROM KRAMER (.1); CORRESPONDENCE TO CONOR (.1) | 0.60 | 270.00 |
| 11/08/2019 | DBS | CORRESPONDENCE FROM KOZLOWSKA (.1) | 0.10 | 45.00 |
| 11/10/2019 | DBS | CORRESPONDENCE FROM KOZLOWSKA (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM CLIENT (.1) | 0.30 | 135.00 |
| 11/18/2019 | DBS | CORRESPONDENCE FROM WESLOW (.1); CORRESPONDENCE TO CLIENT (.1) | 0.20 | 90.00 |
| | | For Current Services Rendered | 1.20 | 540.00 |
| | | Total Current Work | | 540.00 |
| | | Previous Balance | | $1,080.00 |
| | | Balance Due | | $1,620.00 |

This statement reflects new fees through **11/30/2019** and costs through **12/23/2019**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   January 29, 2020
Statement No.                723
Account No.              233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/09/2019 | DBS | TELEPHONE CONFERENCE WITH CONOR (.4) | 0.40 | 180.00 |
| | | For Current Services Rendered | 0.40 | 180.00 |
| | | Total Current Work | | 180.00 |
| | | Previous Balance | | $1,620.00 |
| | | Balance Due | | $1,800.00 |

This statement reflects new fees through **12/31/2019** and costs through **01/29/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   February 28, 2020
Statement No.            1290
Account No.             233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

## Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 01/05/2020 | DBS | REVIEW DOCUMENTS RECEIVED FROM SOOFI - VARIOUS (.2) | 0.20 | 90.00 |
| 01/21/2020 | DBS | CORRESPONDENCE FROM SOOFI RE LANGMORE (.1); REVIEW SUMMONS AND COMPLAINT (.1); CORRESPONDENCE TO CONOR (.1) | 0.30 | 135.00 |
| 01/22/2020 | DBS | CORRESPONDENCE FROM SOOFI RE TOWER EQUITY CALL (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 0.80 | 360.00 |

## Expenses

| | | |
|---|---|---|
| 01/07/2020 | FEDEX OVERNIGHT - METALS.COM | 21.15 |
| | Total Expenses | 21.15 |

## Advances

| | | |
|---|---|---|
| 01/31/2020 | SCANS / COPIES | 6.80 |
| | Total Advances | 6.80 |
| | Total Current Work | 387.95 |
| | Previous Balance | $1,800.00 |
| | Balance Due | $2,187.95 |

This statement reflects new fees through **01/31/2020** and costs through **02/28/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 30, 2020 |
| Statement No. | 1429 |
| Account No. | 233.00 |
| Page: | 1 |

RE: GENERAL BUSINESS MATTERS

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/05/2020 | DBS | CORRESPONDENCE TO CLIENT (.2); REVIEW MATTEO FILE (.4) | 0.60 | 270.00 |
| 02/07/2020 | DBS | CORRESPONDENCE FROM SOOFI (.1) | 0.10 | 45.00 |
| 02/10/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE FROM CONOR RE LIPPINCOURT (.1); REVIEW DEMAND, RESPONSE (.2); CORRESPONDENCE TO CONOR (.2) | 0.70 | 315.00 |
| 02/14/2020 | DBS | CORRESPONDENCE FROM SOOFI (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 1.50 | 675.00 |
| | | Total Current Work | | 675.00 |
| | | Previous Balance | | $2,187.95 |
| | | Balance Due | | $2,862.95 |

This statement reflects new fees through **02/29/2020** and costs through **03/30/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit E - Page 17

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   April 26, 2020
Statement No.          1704
Account No.         233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/18/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM FARAG (.1) | 0.20 | 90.00 |
| 03/19/2020 | DBS | CORRESPONDENCE TO CLIENTS RE UPCOMING DATES, REVIEW FILES (.3) | 0.30 | 135.00 |
| 03/25/2020 | DBS | CORRESPONDENCE FROM SOOFI (.2); CORRESPONDENCE TO CLIENT (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 0.80 | 360.00 |
| | | Total Current Work | | 360.00 |
| | | Previous Balance | | $2,862.95 |

<u>Payments</u>

| | | | |
|---|---|---|---|
| 04/24/2020 | | PAYMENT - THANK YOU! - CHECK NO. 1014 | -2,862.95 |
| | | Balance Due | $360.00 |

This statement reflects new fees through **03/31/2020** and costs through **04/26/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:      May 26, 2020
Statement No.            1835
Account No.            233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<p style="text-align:center">Fees</p>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2020 | DBS | CORRESPONDENCE TO CONOR (.2) | 0.20 | 90.00 |
| 04/02/2020 | DBS | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM LUCAS (.3) | 0.50 | 225.00 |
| 04/20/2020 | DBS | CORRESPONDENCE FROM SPENCER LAW FIRM RE ANDERSON (.2) | 0.20 | 90.00 |
| 04/27/2020 | DBS | CORRESPONDENCE FROM CONOR (.3); REVIEW BATCHELOR DEMAND (.2); TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE TO CONOR (.2) | 1.00 | 450.00 |
| 04/28/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE TO CONOR RE AFFIRMATIVE DEFENSES (.4); CORRESPONDENCE FROM CONOR (.2) | 0.90 | 405.00 |
| 04/29/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO CONOR (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 3.10 | 1,395.00 |
| | | Total Current Work | | 1,395.00 |
| | | Previous Balance | | $360.00 |
| | | Balance Due | | $1,755.00 |

This statement reflects new fees through **04/30/2020** and costs through **05/26/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    June 28, 2020
Statement No.            1964
Account No.            233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/04/2020 | DBS | CORRESPONDENCE TO CLIENT (.3); CORRESPONDENCE FROM CONOR (.2) | 0.50 | 225.00 |
| 05/14/2020 | DBS | CORRESPONDENCE FROM CONOR RE SETTLEMENT AGREEMENT (.2); CORRESPONDENCE TO CONOR (.2) | 0.40 | 180.00 |
| 05/15/2020 | DBS | DRAFT/REVISE ANDERSON AGREEMENT (.5); CORRESPONDENCE FROM ENCINO (.2); TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE FROM FARAG (.1); REVIEW DOCUMENTS RECEIVED RE ANDERSON (.6) | 1.70 | 765.00 |
| 05/20/2020 | DBS | CORRESPONDENCE TO CONOR RE KING COUNTEROFFER (.4); CORRESPONDENCE FROM CONOR RE SAME (.2); RESEARCH RE TEXAS PROCEDURE (.3) | 0.90 | 405.00 |
| 05/26/2020 | DBS | CORRESPONDENCE FROM CONOR RE ANDERSON (.1); REVIEW DOCUMENTS FROM OPPOSING COUNSEL (.3); CORRESPONDENCE TO CONOR (.2) | 0.60 | 270.00 |
| 05/27/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); REVIEW PROPOSED SETTLEMENT (.2); RESEARCH RE ANALOGUE IN TEXAS LAW TO CCP 664.6 (.4) | 0.80 | 360.00 |
| 05/28/2020 | DBS | CORRESPONDENCE TO CONOR (.2) | 0.20 | 90.00 |
| 05/29/2020 | DBS | REVIEW ANDERSON DOCUMENTS (.2); CORRESPONDENCE TO CONOR (.3) | 0.50 | 225.00 |
| | | For Current Services Rendered | 5.60 | 2,520.00 |
| | | Total Current Work | | 2,520.00 |
| | | Previous Balance | | $1,755.00 |
| | | Balance Due | | $4,275.00 |

TMTE, INC.                                      Statement Date: 06/28/2020
Account No.        233.00                        Statement No.          1964
RE:  GENERAL BUSINESS MATTERS                    Page No.                 2

This statement reflects new fees through **05/31/2020** and costs through
**06/28/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

**D A N I E L   B.   S P I T Z E R**

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   July 21, 2020
Statement No.            2053
Account No.          233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 06/01/2020 | DBS | RESEARCH RE TEXAS RULE 11 (.3); TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE TO CONOR (.2) | 0.70 | 315.00 |
| 06/02/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| 06/03/2020 | DBS | CORRESPONDENCE FROM CONOR RE BATCHELOR (.2); REVIEW CORRESPONDENCE FROM ADRS RE ARBITRATORS (.2); CORRESPONDENCE TO CONOR RE ARBITRATORS (.2) | 0.60 | 270.00 |
| 06/04/2020 | DBS | CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE FROM CONOR (.3) | 0.80 | 360.00 |
| 06/15/2020 | DBS | CORRESPONDENCE FROM SOOFI (.2); CORRESPONDENCE TO CONOR RE McGARITY (.2) | 0.40 | 180.00 |
| 06/16/2020 | DBS | DRAFT/REVISE SUMMARY; CORRESPONDENCE TO CLIENTS (1.1) | 1.10 | 495.00 |
| | | For Current Services Rendered | 3.70 | 1,665.00 |

<div align="center">Advances</div>

| | | | |
|---|---|---|---|
| 06/30/2020 | SCANS / COPIES | | 2.40 |
| | Total Advances | | 2.40 |
| | Total Current Work | | 1,667.40 |
| | Previous Balance | | $4,275.00 |
| | Balance Due | | $5,942.40 |

TMTE, INC.                                    Statement Date: 07/21/2020
Account No.        233.00                       Statement No.        2053
RE:  GENERAL BUSINESS MATTERS                   Page No.              2

This statement reflects new fees through **06/30/2020** and costs through **07/21/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | August 26, 2020 |
| Statement No. | 2221 |
| Account No. | 233.00 |
| Page: | 1 |

RE: GENERAL BUSINESS MATTERS

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/2020 | DBS | CORRESPONDENCE FROM SOOFI RE TOWER ESTATES AND TOWER PROPERTY ONE, LLC (.1); RESEARCH RE SAME (.1); CORRESPONDENCE TO SOOFI (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM CLIENTS (.1) | 0.50 | 225.00 |
| 07/07/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM SOOFI (.1); RESEARCH RE WYOMING STATUS (.2) | 0.40 | 180.00 |
| 07/15/2020 | DBS | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM SIMON (.1) | 0.30 | 135.00 |
| 07/16/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 1.30 | 585.00 |
| | | Total Current Work | | 585.00 |
| | | Previous Balance | | $5,942.40 |

## Payments

| | | | | |
|---|---|---|---|---|
| 07/27/2020 | | PAYMENT - THANK YOU! | | -5,942.40 |
| | | Balance Due | | $585.00 |

This statement reflects new fees through **07/31/2020** and costs through **08/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.                   2389
Account No.                233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/02/2020 | DBS | CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE FROM CLIENTS (.2) | 0.50 | 225.00 |
| 08/03/2020 | DBS | CORRESPONDENCE FROM SOOFI RE ANNUAL REPORTS DUE (.1) | 0.10 | 45.00 |
| 08/07/2020 | DBS | RESEARCH RE WYOMING ANNUAL REPORT PROCESS (.4); TELEPHONE CONFERENCE WITH WYOMING COMPANY (.5); CORRESPONDENCE TO WYOMING COMPANY (.2); CORRESPONDENCE FROM WYOMING COMPANY (.3) | 1.40 | 630.00 |
| 08/10/2020 | DBS | CORRESPONDENCE FROM WYOMING COMPANY (.4); CORRESPONDENCE TO WYOMING COMPANY (.3); TELEPHONE CONFERENCE WITH WYOMING COMPANY (.2); TELEPHONE CONFERENCE WITH NORRIS (.3); CORRESPONDENCE TO NORRIS (.2); CORRESPONDENCE FROM ASHER (.1); TELEPHONE CONFERENCE WITH SOOFI (.2); CORRESPONDENCE FROM SOOFI (.3); CORRESPONDENCE TO SOOFI (.2) | 2.20 | 990.00 |
| 08/13/2020 | DBS | CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE TO CLIENTS (.1); REVIEW FILE (.2); TELEPHONE CONFERENCE WITH ADR SERVICES (.1) | 0.60 | 270.00 |
| 08/14/2020 | DBS | TELEPHONE CONFERENCE WITH ADR SERVICES (.4); CORRESPONDENCE TO FISHMAN (.2) | 0.60 | 270.00 |
| 08/26/2020 | DBS | CORRESPONDENCE TO CLIENT (.4) | 0.40 | 180.00 |
| 08/27/2020 | DBS | TELEPHONE CONFERENCE WITH SIMON (.4) | 0.40 | 180.00 |
| 08/31/2020 | DBS | CORRESPONDENCE TO CLIENTS (.7) | 0.70 | 315.00 |
| | | For Current Services Rendered | 6.90 | 3,105.00 |
| | | Total Current Work | | 3,105.00 |
| | | Previous Balance | | $585.00 |

TMTE, INC.
Account No.        233.00
RE:  GENERAL BUSINESS MATTERS

Statement Date: 09/27/2020
Statement No.        2389
Page No.        2

Balance Due                                                    $3,690.00

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   October 26, 2020
Statement No.                   2565
Account No.                 233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | DBS | [TOWER ESTATES INC. & TOWER PROPERTY ONE LLC] - TELEPHONE CONFERENCE WITH WYOMING CO. (.2); TELEPHONE CONFERENCE WITH NORRIS (.4); CORRESPONDENCE TO NORRIS (.2); CORRESPONDENCE FROM NORRIS (.1) | 0.90 | 405.00 |
| 09/03/2020 | DBS | TELEPHONE CONFERENCE WITH CHO (.6) | 0.60 | 270.00 |
| 09/08/2020 | DBS | RESEARCH RE DREYFUS OPINION (.6); CORRESPONDENCE TO MILLS (.2) | 0.80 | 360.00 |
| 09/22/2020 | DBS | TELEPHONE CONFERENCE WITH WALSH (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CLIENTS (.1) | 0.40 | 180.00 |
| 09/23/2020 | DBS | TELEPHONE CONFERENCE WITH BREDDERMAN (.1); CORRESPONDENCE FROM BREDDERMAN (.2); CORRESPONDENCE TO CLIENTS (.4); CORRESPONDENCE FROM CLIENTS (.3); TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE TO BREDDERMAN (.2); TELEPHONE CONFERENCE WITH WALSH (.2); RESEARCH RE PLATINUM ADVERTISING (.2) | 1.90 | 855.00 |
| 09/26/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 4.70 | 2,115.00 |

### Expenses

| | | | |
|---|---|---|---|
| 08/26/2020 | | TO US DISTRICT COURT RE CFTC | 25.00 |
| | | Total Expenses | 25.00 |
| | | Total Current Work | 2,140.00 |
| | | Previous Balance | $3,690.00 |
| | | Finance Charge | 52.77 |

Exhibit E - Page 27

TMTE, INC.
Account No.        233.00
RE:  GENERAL BUSINESS MATTERS

Statement Date: 10/26/2020
Statement No.        2565
Page No.        2

Balance Due                                                $5,882.77

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.            2656
Account No.            233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/05/2020 | DBS | CORRESPONDENCE TO CLIENTS RE STATUS OF MATTERS (.4) | 0.40 | 180.00 |
| 10/07/2020 | DBS | RESEARCH RE STATUS OF CFTC MATTER (.5); TELEPHONE CONFERENCE WITH LEWIS (.3); CORRESPONDENCE TO LEWIS (.3) | 1.10 | 495.00 |
| 10/13/2020 | DBS | CORRESPONDENCE TO CLIENTS (.2) | 0.20 | 90.00 |
| 10/19/2020 | DBS | CORRESPONDENCE FROM MADOYAN (.1); CORRESPONDENCE TO MADOYAN (.2); CORRESPONDENCE FROM FARAG (.1); REVIEW CFTC DOCKET (.2) | 0.60 | 270.00 |
| | | For Current Services Rendered | 2.30 | 1,035.00 |
| | | Total Current Work | | 1,035.00 |
| | | Previous Balance | | $5,882.77 |
| | | Finance Charge | | 83.38 |
| | | Balance Due | | $7,001.15 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit E - Page 29

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

**D A N I E L B. S P I T Z E R**

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.           2746
Account No.          233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/2020 | DBS | CORRESPONDENCE FROM CRAWFORD (.2); CORRESPONDENCE TO CRAWFORD (.2) | 0.40 | 180.00 |
| 11/24/2020 | DBS | CORRESPONDENCE FROM ZWILLGEN RE DOCUSIGN SUBPOENA (.2); CORRESPONDENCE FROM STOUMBOS (.2); DRAFT/REVISE NOTICE OF ATTORNEY APPEARANCE (.4); REVIEW LOCAL RULES FOR N.D. TX (.4); CORRESPONDENCE FROM U S DISTRICT COURT (.1) | 1.30 | 585.00 |
| 11/25/2020 | DBS | CORRESPONDENCE FROM LEWIS (.1); CORRESPONDENCE TO LEWIS (.2) | 0.30 | 135.00 |
| | | For Current Services Rendered | 2.00 | 900.00 |

<u>Advances</u>

| | | | |
|---|---|---|---|
| 11/25/2020 | | [CFTC] - ONLINE RESEARCH | 20.78 |
| | | Total Advances | 20.78 |
| | | Total Current Work | 920.78 |
| | | Previous Balance | $7,001.15 |
| | | Finance Charge | 88.02 |
| | | Balance Due | $8,009.95 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | January 26, 2021 |
| Statement No. | 2826 |
| Account No. | 233.00 |
| Page: | 1 |

RE: GENERAL BUSINESS MATTERS

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/15/2020 | DBS | CORRESPONDENCE TO ADRS (.4) | 0.40 | 180.00 |
| | | For Current Services Rendered | 0.40 | 180.00 |
| | | Total Current Work | | 180.00 |
| | | Previous Balance | | $8,009.95 |
| | | Finance Charge | | 142.06 |
| | | Balance Due | | $8,332.01 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| Statement Date: | February 23, 2021 |
| Statement No. | 2902 |
| Account No. | 233.00 |
| Page: | 1 |

RE:  GENERAL BUSINESS MATTERS

| | |
|---|---|
| Previous Balance | $8,332.01 |
| Finance Charge | 109.99 |
| Balance Due | $8,442.00 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   March 24, 2021
Statement No.              3056
Account No.            233.00
Page:   1

RE: GENERAL BUSINESS MATTERS

<u>Advances</u>

| | | |
|---|---|---|
| 02/03/2021 | ONLINE RESEARCH | 11.62 |
| | Total Advances | 11.62 |
| | Total Current Work | 11.62 |
| | Previous Balance | $8,442.00 |
| | Finance Charge | 113.92 |
| | Balance Due | $8,567.54 |

This statement reflects new fees through **02/28/2021** and costs through
**03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3216 |
| Account No. | 233.00 |
| Page: | 1 |

RE: GENERAL BUSINESS MATTERS

<u>Advances</u>

| | | |
|---|---|---|
| 03/31/2021 | OVERNIGHT MAIL - FEDEX TO KELLY CRAWFORD - DALLAS, TEXAS | 21.74 |
| | Total Advances | 21.74 |
| | Total Current Work | 21.74 |
| | Previous Balance | $8,567.54 |
| | Finance Charge | 141.63 |
| | Balance Due | $8,730.91 |

This statement reflects new fees through **03/31/2021** and costs through
**04/29/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3296 |
| Account No. | 233.00 |
| Page: | 1 |

RE:  GENERAL BUSINESS MATTERS

| | |
|---|---:|
| Previous Balance | $8,730.91 |
| Finance Charge | 110.45 |
| Balance Due | $8,841.36 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3382 |
| Account No. | 233.00 |
| Page: | 1 |

RE: GENERAL BUSINESS MATTERS

<u>Advances</u>

| | | |
|---|---|---:|
| 05/31/2021 | [CFTC] - SCANS / COPIES | 1.60 |
| | Total Advances | 1.60 |
| | Total Current Work | 1.60 |
| | Previous Balance | $8,841.36 |
| | Finance Charge | 126.23 |
| | Balance Due | $8,969.19 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3467 |
| Account No. | 233.00 |
| Page: | 1 |

RE:  GENERAL BUSINESS MATTERS

| | |
|---|---|
| Previous Balance | $8,969.19 |
| Finance Charge | 114.42 |
| Balance Due | $9,083.61 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

**Exhibit F**

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

February 27, 2019
Invoice No.       24248

For Professional Services Rendered Through:      January 31, 2019

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2019 DBS | CORRESPONDENCE FROM SOOFI (.2) | | 0.20<br>450.00/hr | 90.00 |
| 1/25/2019 DBS | TELEPHONE CONVERSATION(S) WITH<br>RABEH (.3) | | 0.30<br>450.00/hr | 135.00 |
| 1/29/2019 DBS | CORRESPONDENCE FROM RABEH (.2);<br>REVIEW DOCUMENTS RECEIVED (1.4) | | 1.60<br>450.00/hr | 720.00 |
| 1/30/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.3);<br>CORRESPONDENCE FROM RABEH (.3);<br>REVIEW DISCOVERY FILE (.7) | | 1.30<br>450.00/hr | 585.00 |
| 1/31/2019 DBS | CORRESPONDENCE FROM RABEH (.1);<br>REVIEW DISCOVERY RESPONSES (1.8) | | 1.90<br>450.00/hr | 855.00 |
| | For professional services rendered | | 5.30 | $2,385.00 |
| | Balance due | | | $2,385.00 |

Exhibit F - Page 1

TMTE, INC.                                                    February 27, 2019
In Reference To:  CHASE METALS INC. adv                           Page  2
             ALWAY

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JANUARY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

March 27, 2019
Invoice No.      24274

For Professional Services Rendered Through:    February 28, 2019

_____

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2019 | DBS | PREPARE SUBSTITUTIONS (.3); CORRESPONDENCE TO CLIENTS (.2) | 0.50 450.00/hr | 225.00 |
| 2/5/2019 | DBS | CORRESPONDENCE FROM SOOFI (.3); REVIEW DOCKET (.2); REVIEW CASE MANAGEMENT STATEMENTS (.2) | 0.70 450.00/hr | 315.00 |
|  | DBS | CORRESPONDENCE FROM FRAIGUN (.2); REVIEW CASE MANAGEMENT STATEMENTS (.2) | 0.40 450.00/hr | 180.00 |
| 2/6/2019 | DBS | CORRESPONDENCE FROM RABEH RE SUBSTITUTIONS (.3); FILE SAME (.3); CORRESPONDENCE TO FRAIGUN (.2); CORRESPONDENCE FROM FRAIGUN (.1) | 0.90 450.00/hr | 405.00 |
| 2/7/2019 | DBS | CORRESPONDENCE FROM O'REILLY (.2); FILE SUBSTITUTIONS (.3) | 0.50 450.00/hr | 225.00 |

TMTE, INC.
In Reference To: CHASE METALS INC. adv
ALWAY

March 27, 2019
Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/2019 DBS | CORRESPONDENCE TO SOOFI (.1); CORRESPONDENCE FROM SOOFI (.1) | | 0.20 450.00/hr | 90.00 |
| 2/11/2019 DBS | REVIEW CLIENT DOCUMENTS (1.4); PREPARE SUBSTITUTIONS (.1); FILE SAME (.2) | | 1.70 450.00/hr | 765.00 |
| 2/13/2019 DBS | FILE SUBSTITUTIONS (.3); REVIEW FILE, DISCOVERY (.9); PREPARE FOR CASE MANAGEMENT CONFERENCE (.3); CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO SOOFI (.1); REVIEW GRAHAM SUBSTITUTION (.1); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM FRAIGUN (.2) | | 2.30 450.00/hr | 1,035.00 |
| 2/14/2019 DBS | APPEARANCE AT CASE MANAGEMENT CONFERENCE (3.3); MEETING WITH FRAIGUN (.8) | | 4.10 450.00/hr | 1,845.00 |
| 2/15/2019 DBS | CORRESPONDENCE FROM RABEH (.2); CORRESPONDENCE FROM BATASHVILI (.1); CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE FROM FRAIGUN (.3); CORRESPONDENCE TO CLIENT (.2) | | 0.90 450.00/hr | 405.00 |
| 2/19/2019 DBS | REVIEW ALWAY DISCOVERY (.4); DRAFT/REVISE SUPPLEMENTAL RESPONSES (.6) | | 1.00 450.00/hr | 450.00 |
| 2/24/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE FROM CLERK (.1) | | 0.30 450.00/hr | 135.00 |
| 2/26/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE TO FRAIGUN (.1) | | 0.20 450.00/hr | 90.00 |
| 2/28/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE FROM RABEH (.2); REVIEW DISCOVERY RESPONSES (.4); CORRESPONDENCE TO RABEH (.1); CORRESPONDENCE TO FRAIGUN (.1) | | 1.00 450.00/hr | 450.00 |

TMTE, INC.                                                        March 27, 2019
In Reference To: CHASE METALS INC. adv                              Page 3
                 ALWAY

|  |  | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 14.70 | $6,615.00 |
| | Additional Charges : | | |
| 2/28/2019 | COPIES/SCANS | | 7.60 |
| 2/13/2019 | ELECTRONIC FILING FEE - SUBSTITUTION OF ATTORNEY | | 6.75 |
| | Total costs | | $14.35 |
| | Total amount of this bill | | $6,629.35 |
| | Previous balance | | $2,385.00 |
| 3/14/2019 | Payment - thank you | | ($2,385.00) |
| | Total payments and adjustments | | ($2,385.00) |
| | Balance due | | $6,629.35 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **FEBRUARY 28, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS. MANY THANKS.

LAW OFFICES OF

**D A N I E L   B .   S P I T Z E R**

D A N I E L  B .  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E 1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

April 30, 2019
Invoice No.      24304

For Professional Services Rendered Through:      March 31, 2019

_____

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/4/2019 DBS | TELEPHONE CONVERSATION(S) WITH MARINA FRAIGUN (.5) | 0.50 450.00/hr | 225.00 |
| 3/5/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.1); REVIEW SUMMARY OF DAMAGES (.1); CORRESPONDENCE TO FRAIGUN (.1); DRAFT/REVISE DISCOVERY RESPONSES (1.4) | 1.70 450.00/hr | 765.00 |
| 3/6/2019 DBS | CORRESPONDENCE FROM FRAIGUN RE DEMAND (.2) | 0.20 450.00/hr | 90.00 |
| 3/8/2019 DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 450.00/hr | 45.00 |
| 3/10/2019 DBS | REVIEW DISCOVERY RESPONSES FROM ALWAY (.4); CORRESPONDENCE TO CLIENT (.1) | 0.50 450.00/hr | 225.00 |
| 3/13/2019 DBS | REVIEW DISCOVERY FILE (.5) | 0.50 450.00/hr | 225.00 |

TMTE, INC.                                                        April 30, 2019
In Reference To: CHASE METALS INC. adv                              Page 2
                 ALWAY

|            |     |                                                                                                                                                                                                              | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 3/14/2019  | DBS | CORRESPONDENCE FROM MARINA FRAIGUN (.2)                                                                                                                                                                       | 0.20<br>450.00/hr | 90.00     |
| 3/18/2019  | DBS | TELEPHONE CONVERSATION(S) WITH CLERK (.3); DRAFT/REVISE NOTICE OF CONTINUANCE OF HEARING (.4); RESERVE DATE (.2); FILE SAME (.2); DRAFT/REVISE SUPPLEMENTAL DISCOVERY RESPONSES (2.3)                           | 3.40<br>450.00/hr | 1,530.00  |
| 3/19/2019  | DBS | CORRESPONDENCE FROM CLERK (.2); DRAFT/REVISE NOTICE OF RESETTING (.3); FILE, SERVE SAME (.2); DRAFT/REVISE SUPPLEMENTAL RESPONSES (1.1)                                                                        | 1.80<br>450.00/hr | 810.00    |
| 3/20/2019  | DBS | CORRESPONDENCE TO CLIENT (.1); DRAFT/REVISE NOTICE OF RESETTING DEMURRER (.3); FILE SAME (.1)                                                                                                                  | 0.50<br>450.00/hr | 225.00    |
| 3/21/2019  | DBS | CORRESPONDENCE TO FRAIGUN (.1); TELEPHONE CONVERSATION(S) WITH RABEH (.2); DRAFT/REVISE NOTICE OF RESETTING DEMURRERS (.3); TELEPHONE CONVERSATION(S) WITH CLERK (.2); FILE SAME (.2); DRAFT/REVISE DISCOVERY RESPONSES (.9) | 1.90<br>450.00/hr | 855.00    |
| 3/22/2019  | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO FRAIGUN (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.3); CORRESPONDENCE TO CLIENT (.2)                                                                     | 0.90<br>450.00/hr | 405.00    |
| 3/25/2019  | DBS | REVIEW DISCOVERY FILE (.5); DRAFT/REVISE SUPPLEMENTAL RESPONSES (.8)                                                                                                                                          | 1.30<br>450.00/hr | 585.00    |
| 3/26/2019  | DBS | CORRESPONDENCE FROM CONOR (.1); REVIEW PAYMENTS (.1)                                                                                                                                                          | 0.20<br>450.00/hr | 90.00     |

TMTE, INC.                                                        April 30, 2019
In Reference To: CHASE METALS INC. adv                              Page  3
                 ALWAY

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/27/2019 DBS | REVIEW NOTICES OF DEPOSITION FOR ASHER, BATASHVILI AND NORRIS (.3); DRAFT/REVISE DISCOVERY RESPONSES (2.1) | 2.40 450.00/hr | 1,080.00 |
| 3/28/2019 DBS | CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE DISCOVERY RESPONSES (3.8) | 4.30 450.00/hr | 1,935.00 |
| 3/29/2019 DBS | REVIEW NOTICES OF DEPOSITION (.1); CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE DISCOVERY RESPONSES (1.3) | 1.60 450.00/hr | 720.00 |
| 3/31/2019 DBS | REVIEW NOTICE OF CASE MANAGEMENT CONFERENCE (.1) | 0.10 450.00/hr | 45.00 |

| For professional services rendered | 22.10 | $9,945.00 |
|---|---|---|

Additional Charges :

| 3/31/2019 COPIES/SCANS | 20.60 |
|---|---|
| 3/21/2019 ELECTRONIC FILING FEE - RESETTING OF HEARINGS ON DEMURRER AND MOTION TO STRIKE | 6.75 |

| Total costs | $27.35 |
|---|---|
| Total amount of this bill | $9,972.35 |
| Previous balance | $6,629.35 |
| Balance due | $16,601.70 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MARCH 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E  1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.                                                    May 24, 2019
LUCAS ASHER, PRESIDENT                      Invoice No.      24335
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        April 30, 2019

_____

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (.3); SERVE SAME (.2) | 0.50 450.00/hr | 225.00 |
| 4/7/2019 DBS | REVIEW OPPOSITIONS TO DEMURRER AND MOTION TO STRIKE (.3); DRAFT/REVISE SUPPLEMENTAL DISCOVERY RESPONSES (2.9) | 3.20 450.00/hr | 1,440.00 |
| 4/8/2019 DBS | DRAFT/REVISE SUPPLEMENTAL RESPONSES TO ALWAY DISCOVERY (3.3); REVIEW OPPOSITIONS TO DEMURRER, MOTION TO STRIKE (.4) | 3.70 450.00/hr | 1,665.00 |
| 4/9/2019 DBS | CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO ASHER  (.1); CORRESPONDENCE TO SIMON (.1) | 0.60 450.00/hr | 270.00 |

TMTE, INC.                                                                           May 24, 2019
In Reference To: CHASE METALS INC. adv                                                 Page  2
           ALWAY

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/10/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.1) | 0.10<br>450.00/hr | 45.00 |
| 4/12/2019 DBS | CORRESPONDENCE FROM COURTCALL (.2) | 0.20<br>450.00/hr | 90.00 |
| 4/16/2019 DBS | CORRESPONDENCE FROM FRAIGUN RE POSTING OF JURY FEES (.1); POST JURY FEES (.2); APPEARANCE AT CASE MANAGEMENT CONFERENCE (1.4); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM SIMON (.1); DRAFT/REVISE NOTICE OF POSTING (.3); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE TO CONOR (.1); REVIEW DEPARTMENT 45 FINAL STATUS CONFERENCE ORDER (.3) | 2.80<br>450.00/hr | 1,260.00 |
| 4/18/2019 DBS | TELEPHONE CONVERSATION(S) WITH SOOFI (.2) | 0.20<br>450.00/hr | 90.00 |
| 4/19/2019 DBS | DRAFT/REVISE OBJECTIONS TO NOTICES OF DEPOSITION (.4) | 0.40<br>450.00/hr | 180.00 |
| 4/21/2019 DBS | REVIEW MINUTE ORDER (.1); REVIEW FINAL STATUS CONFERENCE ORDER (.3) | 0.40<br>450.00/hr | 180.00 |
| 4/22/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2); REVIEW COMPLAINT, DEMURRER, OPPOSITION (.4); PREPARE FOR HEARING (.5); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM FRAIGUN (.4); CORRESPONDENCE TO FRAIGUN (.3); CORRESPONDENCE FROM COURTCALL (.1); DRAFT/REVISE OBJECTIONS TO DEPOSITIONS (.5); CORRESPONDENCE TO CONOR (.2); | 2.70<br>450.00/hr | 1,215.00 |

TMTE, INC.                                                                May 24, 2019
In Reference To: CHASE METALS INC. adv                                        Page 3
              ALWAY

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/30/2019 | DBS | CORRESPONDENCE FROM FRAIGUN (.3); CORRESPONDENCE TO FRAIGUN (.3) | 0.60 450.00/hr | 270.00 |
| | | For professional services rendered | 15.40 | $6,930.00 |
| | | Additional Charges : | | |
| 4/16/2019 | | ELECTRONIC FILING FEE - NOTICE OF POSTING JURY FEES ($150.00); FILING FEE - ($10.87) | | 160.87 |
| 4/19/2019 | | ONLINE RESEARCH COSTS | | 26.46 |
| 4/30/2019 | | COPIES/SCANS | | 44.00 |
| | | COPIES/SCANS | | 71.40 |
| | | Total costs | | $302.73 |
| | | Total amount of this bill | | $7,232.73 |
| | | Previous balance | | $16,601.70 |
| 5/2/2019 | | Payment - thank you | | ($16,601.70) |
| | | Total payments and adjustments | | ($16,601.70) |
| | | Balance due | | $7,232.73 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **APRIL 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,

TMTE, INC.                                                                    May 24, 2019
In Reference To: CHASE METALS INC. adv                                          Page  4
        ALWAY

PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B .   S P I T Z E R**

D A N I E L  B .  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E 1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                          June 30, 2019
LUCAS ASHER, PRESIDENT                Invoice No.      24369
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210


For Professional Services Rendered Through:        May 31, 2019

_____

In Reference To:  CHASE METALS INC. adv ALWAY


        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2019 DBS | REVIEW AMENDED NOTICES OF DEPOSITION (.3) | 0.30 450.00/hr | 135.00 |
| 5/3/2019 DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE FROM COURTCALL (.1) | 0.30 450.00/hr | 135.00 |
| 5/6/2019 DBS | CORRESPONDENCE FROM COURTCALL (.1); CORRESPONDENCE TO FRAIGUN (.1); REVIEW NOTICE OF CONTINUANCE RE DEMURRER (.1); REVIEW AMENDED NOTICES OF DEPOSITION (.3) | 0.60 450.00/hr | 270.00 |
| 5/7/2019 DBS | CORRESPONDENCE TO MANDATORY SETTLEMENT CONFERENCE DEPARTMENT ("MSC")  (.2);  CORRESPONDENCE FROM MSC DEPARTMENT (.1); DRAFT/REVISE INTAKE FORM (.2) | 0.50 450.00/hr | 225.00 |
| 5/9/2019 DBS | APPEARANCE AT HEARING ON DEMURRER (1.9); TELEPHONE CONVERSATION(S) WITH FRAIGUN (.2); REVIEW TENTATIVE (.3); CORRESPONDENCE FROM CLERK (.1); | 2.70 450.00/hr | 1,215.00 |

TMTE, INC.
June 30, 2019

In Reference To: CHASE METALS INC. adv
Page 2
ALWAY

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | TELEPHONE CONVERSATION(S) WITH CLERK (.2) |  |  |
| 5/11/2019 DBS | RESEARCH RE CAUSES OF ACTION (.4) | 0.40 450.00/hr | 180.00 |
| 5/15/2019 DBS | REVIEW AMENDED NOTICES OF DEPOSITION (.5); CORRESPONDENCE TO CONOR (.2) | 0.70 450.00/hr | 315.00 |
| 5/25/2019 DBS | REVIEW AMENDED COMPLAINT (.3) | 0.30 450.00/hr | 135.00 |
|  | For professional services rendered | 5.80 | $2,610.00 |

Additional Charges :

| 4/12/2019 | COURTCALL TELEPHONIC APPEARANCE | 94.00 |
|---|---|---|
| 4/22/2019 | COURTCALL TELEPHONIC APPEARANCE | 124.00 |
| 5/31/2019 | COPIES/SCANS | 10.80 |
|  | Total costs | $228.80 |

|  | Total amount of this bill | $2,838.80 |
|---|---|---|
|  | Previous balance | $7,232.73 |
| 5/28/2019 | Payment - thank you | ($7,232.73) |
|  | Total payments and adjustments | ($7,232.73) |
|  | Balance due | $2,838.80 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MAY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                                              July 30, 2019
LUCAS ASHER, PRESIDENT                                       Invoice No.        24402
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        June 30, 2019

_____

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2019  DBS | REVIEW FIRST AMENDED COMPLAINT (.3) | 0.30<br>450.00/hr | 135.00 |
| 6/24/2019  DBS | DRAFT/REVISE ANSWER (1.2); FILE SAME (.2);<br>CORRESPONDENCE TO CLERK (.2) | 1.60<br>450.00/hr | 720.00 |
| 6/25/2019  DBS | TELEPHONE CONVERSATION(S) WITH<br>MARINA FRAIGUN (.4); CORRESPONDENCE<br>TO CLERK (.1); CORRESPONDENCE FROM<br>CLERK (.2); CORRESPONDENCE TO CLERK (.1) | 0.80<br>450.00/hr | 360.00 |
| 6/26/2019  DBS | CORRESPONDENCE FROM FRAIGUN (.2) | 0.20<br>450.00/hr | 90.00 |
|  | For professional services rendered | 2.90 | $1,305.00 |

TMTE, INC.                                                                July 30, 2019
In Reference To: CHASE METALS INC. adv                                      Page 2
                 ALWAY

Additional Charges :

|  | Amount |
|---|---|
| 6/24/2019 MISCELLANEOUS CHARGES - LOS ANGELES SUPERIOR COURT - COPY OF FIRST AMENDED COMPLAINT | 13.00 |
| 5/6/2019 COURTCALL TELEPHONIC APPEARANCE | 94.00 |
| Total costs | $107.00 |
| Total amount of this bill | $1,412.00 |
| Previous balance | $2,838.80 |
| Balance due | $4,250.80 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JUNE 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                    August 23, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.      24433
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:          July 31, 2019

_____

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|            |     |                                                                                                                                                      | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 7/2/2019   | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE FROM MARTINEZ (.1)                                                                                   | 0.30 450.00/hr    | 135.00 |
| 7/9/2019   | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE FROM LUCAS (.1); CORRESPONDENCE FROM SIMON (.1)                                                        | 0.30 450.00/hr    | 135.00 |
| 7/10/2019  | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO FRAIGUN (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM LUCAS (.1); CORRESPONDENCE TO LUCAS (.1) | 0.60 450.00/hr    | 270.00 |
| 7/15/2019  | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE TO FRAIGUN (.1)                                                                                      | 0.20 450.00/hr    | 90.00  |
| 7/17/2019  | DBS | CORRESPONDENCE FROM FRAIGUN (.1)                                                                                                                      | 0.10 450.00/hr    | 45.00  |

TMTE, INC.                                                              August 23, 2019
In Reference To: CHASE METALS INC. adv                                      Page  2
                 ALWAY

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2019 | DBS | CORRESPONDENCE TO FRAIGUN (.2); CORRESPONDENCE FROM FRAIGUN (.1) | 0.30 450.00/hr | 135.00 |
| 7/19/2019 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 450.00/hr | 45.00 |
|  |  | For professional services rendered | 1.90 | $855.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 6/24/2019 | ELECTRONIC FILING FEE - ANSWER TO FIRST AMENDED COMPLAINT | 8.50 |
| 6/30/2019 | COPIES/SCANS | 11.00 |
| 7/31/2019 | COPIES/SCANS | 3.20 |
| | Total costs | $22.70 |

|  |  |  |
|---|---|---|
|  | Total amount of this bill | $877.70 |
|  | Previous balance | $4,250.80 |
| 7/26/2019 | Payment - thank you | ($2,838.80) |
|  | Total payments and adjustments | ($2,838.80) |
|  | Balance due | $2,289.70 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JULY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU

TMTE, INC.                                                    August 23, 2019
In Reference To: CHASE METALS INC. adv                         Page  3
                 ALWAY

CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

September 25, 2019
Invoice No.       24466

For Professional Services Rendered Through:      August 31, 2019

---

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2019  DBS | REVIEW AMENDED NOTICES OF DEPOSITION (.3) | 0.30<br>450.00/hr | 135.00 |
| 8/3/2019  DBS | REVIEW AMENDED NOTICES OF DEPOSITION (.2) | 0.20<br>450.00/hr | 90.00 |
| 8/14/2019  DBS | CORRESPONDENCE TO MARINA (.1);<br>CORRESPONDENCE FROM FRAIGUN (.1);<br>CORRESPONDENCE TO CLIENTS (.1) | 0.30<br>450.00/hr | 135.00 |
| 8/19/2019  DBS | CORRESPONDENCE FROM CONOR (.2);<br>CORRESPONDENCE TO FRAIGUN (.1);<br>CORRESPONDENCE FROM FRAIGUN (.1);<br>CORRESPONDENCE TO CONOR (.1) | 0.50<br>450.00/hr | 225.00 |
| 8/20/2019  DBS | CORRESPONDENCE TO FRAIGUN (.1);<br>CORRESPONDENCE FROM FRAIGUN (.1);<br>CORRESPONDENCE TO CLIENTS (.2);<br>DRAFT/REVISE OUTLINE FOR ALWAY<br>DEPOSITION PREPARATION (1.9) | 2.30<br>450.00/hr | 1,035.00 |

TMTE, INC.                                                September 25, 2019
In Reference To: CHASE METALS INC. adv                        Page  2
                 ALWAY

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2019 | DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE TO FRAIGUN (.2); CORRESPONDENCE FROM FRAIGUN (.1) | 0.50 450.00/hr | 225.00 |
| 8/23/2019 | DBS | APPEARANCE AT DEPOSITION OF ASHER (2.5); APPEARANCE AT DEPOSITION OF BATASHVILI (2.6) | 5.10 450.00/hr | 2,295.00 |
| 8/26/2019 | DBS | REVIEW BATASHVILI EXHIBITS (.3) | 0.30 450.00/hr | 135.00 |
| 8/28/2019 | DBS | CORRESPONDENCE TO RABEH SOOFI RE DOCUMENT PRODUCTION (.2) | 0.20 450.00/hr | 90.00 |
| 8/29/2019 | DBS | CORRESPONDENCE FROM SOOFI (.2) | 0.20 450.00/hr | 90.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| For professional services rendered |  | 9.90 | $4,455.00 |

Additional Charges :

| 8/31/2019 | COPIES/SCANS | 19.00 |
|---|---|---|
| 8/23/2019 | PARKING CHARGES | 15.00 |

Total costs                                               $34.00

Total amount of this bill                                 $4,489.00

Previous balance                                          $2,289.70

9/3/2019  Payment - thank you                            ($2,289.70)

Total payments and adjustments                           ($2,289.70)

Balance due                                               $4,489.00

TMTE, INC.                                                       September 25, 2019
In Reference To:  CHASE METALS INC. adv                                    Page  3
                  ALWAY

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **AUGUST 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE
CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E  1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                          October 31, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.        24492
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through: September 30, 2019

In Reference To:  CHASE METALS INC. adv ALWAY

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2019 | DBS | REVIEW ASHER TRANSCRIPT (.5); CORRESPONDENCE TO LUCAS (.2); REVIEW BATASHVILI TRANSCRIPT (.5); CORRESPONDENCE TO SIMON (.2) | 1.40 450.00/hr | 630.00 |
|  |  | For professional services rendered | 1.40 | $630.00 |

Additional Charges :

| 9/30/2019 | COPIES/SCANS |  | 63.20 |
|---|---|---|---|
|  | Total costs |  | $63.20 |
|  | Total amount of this bill |  | $693.20 |
|  | Previous balance |  | $4,489.00 |
|  | Balance due |  | $5,182.20 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **SEPTEMBER 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

DANIEL B. SPITZER

16311 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436 - 2152
TELEPHONE (818) 990 - 9700

FACSIMILE (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

November 25, 2019

For Professional Services Rendered Through:     October 31, 2019

In Reference To:  CHASE METALS INC. adv ALWAY

|  | Amount |
|---|---|
| Previous balance | $5,182.20 |
| 11/13/2019 Payment - thank you | ($4,489.00) |
| Total payments and adjustments | ($4,489.00) |
| Balance due | $693.20 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **OCTOBER 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:  December 23, 2019
Statement No.           433
Account No.          233.02
Page:   1

RE: TMTE vs ALWAY

<u>Fees</u>

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/21/2019 | DBS | CORRESPONDENCE TO FRAIGUN (.2) | 0.20 | 90.00 |
|  |  | For Current Services Rendered | 0.20 | 90.00 |
|  |  | Total Current Work |  | 90.00 |
|  |  | Previous Balance |  | $693.20 |
|  |  | Balance Due |  | $783.20 |

This statement reflects new fees through **11/30/2019** and costs through **12/23/2019**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | January 29, 2020 |
| Statement No. | 721 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $783.20 |
| Balance Due | $783.20 |

This statement reflects new fees through **12/31/2019** and costs through **01/29/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | February 28, 2020 |
| Statement No. | 1288 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

Previous Balance                                                           $783.20

Balance Due                                                                 $783.20

This statement reflects new fees through **01/31/2020** and costs through
**02/28/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

Exhibit F - Page 30

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | March 30, 2020 |
| Statement No. | 1427 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/09/2020 | DBS | CORRESPONDENCE TO SIMON (.1) | 0.10 | 45.00 |
| 02/12/2020 | DBS | REVIEW SIMON DEPOSITION TRANSCRIPT (.5); DRAFT/REVISE MEDIATION BRIEF (1.1) | 1.60 | 720.00 |
| 02/25/2020 | DBS | CORRESPONDENCE FROM FRAIGUN RE MANDATORY SETTLEMENT CONFERENCE PROGRAM INTAKE (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 1.90 | 855.00 |
| | | Total Current Work | | 855.00 |
| | | Previous Balance | | $783.20 |
| | | Balance Due | | $1,638.20 |

This statement reflects new fees through **02/29/2020** and costs through **03/30/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:   April 26, 2020
Statement No.       1702
Account No.        233.02
Page:  1

RE: TMTE vs ALWAY

<p align="center">Fees</p>

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/09/2020 | DBS | DRAFT/REVISE MANDATORY SETTLEMENT CONFERENCE INTAKE (.3); CORRESPONDENCE TO FRAIGUN (.1) | 0.40 | 180.00 |
| 03/10/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO FRAIGUN (.2); DRAFT/REVISE MANDATORY SETTLEMENT CONFERENCE INTAKE FORM (.2) | 0.70 | 315.00 |
| 03/11/2020 | DBS | CORRESPONDENCE TO FRAIGUN (.1) | 0.10 | 45.00 |
| 03/13/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2) | 0.20 | 90.00 |
| 03/16/2020 | DBS | REVIEW DISCOVERY REQUESTS (.5) | 0.50 | 225.00 |
| 03/17/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE FROM MANDATORY SETTLEMENT CONFERENCE DEPARTMENT (.1) | 0.20 | 90.00 |
| 03/31/2020 | DBS | REVIEW DISCOVERY (.3); CORRESPONDENCE TO FRAIGUN (.1); CORRESPONDENCE FROM FRAIGUN (.1) | 0.50 | 225.00 |
| | | For Current Services Rendered | 2.60 | 1,170.00 |

<p align="center">Advances</p>

| | | | |
|---|---|---|---|
| 03/31/2020 | | SCANS / COPIES | 10.00 |
| | | Total Advances | 10.00 |
| | | Total Current Work | 1,180.00 |
| | | Previous Balance | $1,638.20 |

<p align="center">Payments</p>

| | | |
|---|---|---|
| 04/24/2020 | PAYMENT - THANK YOU! - CHECK NO. 1014 | -1,638.20 |
| | Balance Due | $1,180.00 |

Exhibit F - Page 32

TMTE, INC.                                                    Statement Date: 04/26/2020
Account No.         233.02                                    Statement No.            1702
RE:  TMTE vs ALWAY                                            Page No.                    2

This statement reflects new fees through **03/31/2020** and costs through
**04/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

FACSIMILE    818-990-9705
EMAIL    dspitzer@spitzeresq.co

TELEPHONE818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:    May 26, 2020
Statement No.    1833
Account No.    233.02
Page:  1

RE: TMTE vs ALWAY

## Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/01/2020 | DBS | CORRESPONDENCE TO CONOR RE DISCOVERY (.2); CORRESPONDENCE TO FRAIGUN (.1) | 0.30 | 135.00 |
| 04/08/2020 | DBS | DRAFT/REVISE DISCOVERY RESPONSES (1.2) | 1.20 | 540.00 |
| 04/13/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO SIMON (.1); CORRESPONDENCE TO FRAIGUN (.2) | 0.60 | 270.00 |
| 04/20/2020 | DBS | CORRESPONDENCE FROM MARINA FRAIGUN (.1); CORRESPONDENCE TO CONOR (.1) | 0.20 | 90.00 |
| 04/23/2020 | DBS | DRAFT/REVISE DISCOVERY RESPONSES (3.7) | 3.70 | 1,665.00 |
| 04/24/2020 | DBS | REVIEW DISCOVERY REQUESTS, DRAFT/REVISE RESPONSES (3.2); CORRESPONDENCE TO CONOR (.3) | 3.50 | 1,575.00 |
| 04/27/2020 | DBS | CORRESPONDENCE TO FRAIGUN (.1); CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO CLIENT (.1); CORRESPONDENCE TO CLIENT (.2); TELEPHONE CONFERENCE WITH FRAIGUN (.1) | 0.70 | 315.00 |
| 04/30/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); PREPARE ALL DISCOVERY RESPONSES FOR SERVICE (.3); CORRESPONDENCE TO CONOR (.1) | 0.60 | 270.00 |
| | | For Current Services Rendered | 10.80 | 4,860.00 |

## Advances

| | | | |
|---|---|---|---|
| 04/24/2020 | | ONLINE RESEARCH | 6.38 |
| | | Total Advances | 6.38 |
| | | Total Current Work | 4,866.38 |
| | | Previous Balance | $1,180.00 |

TMTE, INC.                                                Statement Date: 05/26/2020
Account No.        233.02                                   Statement No.        1833
RE:  TMTE vs ALWAY                                              Page No.              2

Balance Due                                                            $6,046.38

This statement reflects new fees through **04/30/2020** and costs through
**05/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L  B .  S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:     June 28, 2020
Statement No.               1962
Account No.              233.02
Page:   1

RE: TMTE vs ALWAY

<p align="center">Fees</p>

| Date | | Description | Hours | Amount |
|------|---|------------|-------|--------|
| 05/02/2020 | DBS | REVIEW MINUTE ORDER RE CONTINUANCE (.2) | 0.20 | 90.00 |
| 05/04/2020 | DBS | CORRESPONDENCE TO CLIENTS (.4); SERVE ALL DISCOVERY RESPONSES (.3); CORRESPONDENCE TO FRAIGUN (.3); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM FRAIGUN (.1); DRAFT/REVISE SUPPLEMENTAL RESPONSES (2.7) | 4.20 | 1,890.00 |
| 05/05/2020 | DBS | DRAFT/REVISE NOTICE OF CONTINUANCES (.4); CORRESPONDENCE TO FRAIGUN (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM SIMON (.2); REVIEW FILE (.3); CORRESPONDENCE TO SIMON (.2) | 1.40 | 630.00 |
| 05/07/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2) | 0.20 | 90.00 |
| 05/11/2020 | DBS | REVIEW SUPPLEMENTAL DISCOVERY (.3); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM FRAIGUN (.1) | 0.50 | 225.00 |
| 05/13/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); REVIEW SUPPLEMENTAL REQUESTS FOR ADMISSIONS AND FORM INTERROGATORIES (.2) | 0.30 | 135.00 |
| 05/22/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO FRAIGUN (.1); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO SIMON (.1); CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE FROM CONOR (.1) | 0.90 | 405.00 |
| 05/27/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE TO FRAIGUN (.1) | 0.20 | 90.00 |
| | | For Current Services Rendered | 7.90 | 3,555.00 |

<p align="center">Expenses</p>

| Date | Description | Amount |
|------|------------|--------|
| 06/17/2020 | NETWORK DEPOSITION SERVICES - ONE CERTIFIED COPY OF TRANSCRIPT OF DEPOSITION TAKEN 6/10/2020  - DANIEL ALWAY | 501.25 |
| | Total Expenses | 501.25 |

Exhibit F - Page 36

TMTE, INC.                                     Statement Date: 06/28/2020
Account No.      233.02                         Statement No.        1962
RE:  TMTE vs ALWAY                              Page No.                2

Total Current Work                                            4,056.25

Previous Balance                                             $6,046.38

Balance Due                                                 $10,102.63

This statement reflects new fees through **05/31/2020** and costs through
**06/28/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:   July 21, 2020
Statement No.           2051
Account No.          233.02
Page:   1

RE: TMTE vs ALWAY

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 06/05/2020 | DBS | DRAFT/REVISE PROTECTIVE ORDER (1.8); CORRESPONDENCE TO FRAIGUN (.2) | 2.00 | 900.00 |
| 06/08/2020 | DBS | TELEPHONE CONFERENCE WITH CLIENTS (.3) | 0.30 | 135.00 |
| 06/09/2020 | DBS | REVIEW NOTICE OF DEPOSITION (.1); PREPARE FOR DEPOSITION (.9) | 1.00 | 450.00 |
| 06/10/2020 | DBS | PREPARE FOR, APPEARANCE AT DEPOSITION OF DAN ALWAY (2.7) | 2.70 | 1,215.00 |
| 06/11/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO SIMON (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM FRAIGUN (.1); REVIEW STIPULATION AND ORDER (.1) | 0.80 | 360.00 |
| 06/17/2020 | DBS | REVIEW AMENDMENT TO COMPLAINT (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM FRAIGUN (.1) | 0.30 | 135.00 |
| 06/19/2020 | DBS | CORRESPONDENCE TO SIMON (.1) | 0.10 | 45.00 |
| 06/22/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR (.2) | 0.30 | 135.00 |
| 06/24/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 7.60 | 3,420.00 |
| | | Total Current Work | | 3,420.00 |
| | | Previous Balance | | $10,102.63 |
| | | Balance Due | | $13,522.63 |

Exhibit F - Page 38

TMTE, INC.
Account No.        233.02
RE:  TMTE vs ALWAY

Statement Date: 07/21/2020
Statement No.          2051
Page No.                   2

This statement reflects new fees through **06/30/2020** and costs through **07/21/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | August 26, 2020 |
| Statement No. | 2219 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/01/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO CLIENTS (.2) | 0.40 | 180.00 |
| 07/09/2020 | DBS | TELEPHONE CONFERENCE WITH FRAIGUN (.1); CORRESPONDENCE TO FRAIGUN (.1) | 0.20 | 90.00 |
| 07/10/2020 | DBS | CORRESPONDENCE TO MARINA (.1); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM CLIENTS (.2); TELEPHONE CONFERENCE WITH MARINA (.2); REVIEW FILE, DOCUMENTS RECEIVED (.4) | 1.00 | 450.00 |
| 07/15/2020 | DBS | TELEPHONE CONFERENCE WITH FRAIGUN (.2); CORRESPONDENCE FROM FRAIGUN (.3); CORRESPONDENCE TO FRAIGUN (.3) | 0.80 | 360.00 |
| 07/16/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE TO FRAIGUN (.1) | 0.20 | 90.00 |
| 07/17/2020 | DBS | TELEPHONE CONFERENCE WITH FRAIGUN (.2) | 0.20 | 90.00 |
| 07/20/2020 | DBS | CORRESPONDENCE FROM SIMON (.1); REVIEW PROFIT & LOSS (.1) | 0.20 | 90.00 |
| 07/21/2020 | DBS | CORRESPONDENCE FROM CLIENT (.1); TELEPHONE CONFERENCE WITH FRAIGUN (.4); CORRESPONDENCE TO CLIENTS (.2) | 0.70 | 315.00 |
| 07/22/2020 | DBS | CORRESPONDENCE TO FRAIGUN (.1) | 0.10 | 45.00 |
| 07/24/2020 | DBS | CORRESPONDENCE FROM SIMON (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO FRAIGUN (.1) | 0.50 | 225.00 |
| 07/27/2020 | DBS | CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE TO CLIENTS (.3) | 0.40 | 180.00 |
| | | For Current Services Rendered | 4.70 | 2,115.00 |
| | | Total Current Work | | 2,115.00 |

TMTE, INC.                                                    Statement Date: 08/26/2020
Account No.       233.02                                      Statement No.        2219
RE:  TMTE vs ALWAY                                            Page No.                2

|  | Previous Balance |  | $13,522.63 |
|---|---|---|---|

<u>Payments</u>

| 07/27/2020 | PAYMENT - THANK YOU! |  | -13,522.63 |
|---|---|---|---|

|  | Balance Due |  | <u>$2,115.00</u> |
|---|---|---|---|

This statement reflects new fees through **07/31/2020** and costs through **08/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date: September 27, 2020
Statement No.            2386
Account No.             233.02
Page:  1

RE: TMTE vs ALWAY

<u>Fees</u>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE TO CLIENTS (.2) | 0.30 | 135.00 |
| 08/03/2020 | DBS | CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE TO CLIENTS (.2) | 0.30 | 135.00 |
| 08/04/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); CORRESPONDENCE FROM CLIENT (.1); TELEPHONE CONFERENCE WITH FRAIGUN (.3); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE TO FRAIGUN (.2) | 0.90 | 405.00 |
| 08/10/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO BELICHENKO (.2); CORRESPONDENCE FROM BELICHENKO (.2); CORRESPONDENCE TO FRAIGUN (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.90 | 405.00 |
| 08/18/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO FRAIGUN (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.40 | 180.00 |
| 08/20/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| 08/21/2020 | DBS | TELEPHONE CONFERENCE WITH FRAIGUN (.3); CORRESPONDENCE FROM CLIENTS (.2); CORRESPONDENCE TO CLIENTS (.3); DRAFT/REVISE DECLARATION OF BELICHENKO (.7); CORRESPONDENCE TO BELICHENKO (.2); CORRESPONDENCE FROM BELICHENKO (.1); CORRESPONDENCE FROM FRAIGUN (.3); CORRESPONDENCE TO FRAIGUN (.4) | 2.50 | 1,125.00 |
| 08/22/2020 | DBS | CORRESPONDENCE FROM FRAIGUN (.1); TELEPHONE CONFERENCE WITH FRAIGUN (.2); CORRESPONDENCE TO FRAIGUN (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.60 | 270.00 |
| 08/24/2020 | DBS | CORRESPONDENCE FROM MARINA (.1); CORRESPONDENCE FROM  BELICHENKO (.2); CORRESPONDENCE TO BELICHENKO (.1) | 0.40 | 180.00 |
| 08/27/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE | | |

TMTE, INC.                                                  Statement Date: 09/27/2020
Account No.      233.02                                     Statement No.          2386
RE:  TMTE vs ALWAY                                          Page No.                   2

|  | Hours | Amount |
|---|---|---|
| TO CLIENTS (.1); CORRESPONDENCE FROM CLIENTS (.1); CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO FRAIGUN (.2) | 0.80 | 360.00 |
| For Current Services Rendered | 7.20 | 3,240.00 |
| Total Current Work |  | 3,240.00 |
| Previous Balance |  | $2,115.00 |
| Balance Due |  | $5,355.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | October 26, 2020 |
| Statement No. | 2562 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | DBS | TELEPHONE CONFERENCE WITH MARINA (.3) | 0.30 | 135.00 |
| 09/02/2020 | DBS | CORRESPONDENCE TO FRAIGUN (.2); CORRESPONDENCE FROM FRAIGUN (.2); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH FRAIGUN (.2) | 0.80 | 360.00 |
| 09/10/2020 | DBS | CORRESPONDENCE FROM MARINA (.1); CORRESPONDENCE TO CLIENTS (.2) | 0.30 | 135.00 |
| 09/14/2020 | DBS | TELEPHONE CONFERENCE WITH SIMON (.2); CORRESPONDENCE TO FRAIGUN (.1) | 0.30 | 135.00 |
| 09/16/2020 | DBS | CORRESPONDENCE FROM MARINA (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.20 | 90.00 |
| 09/19/2020 | DBS | REVIEW FILE (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 2.10 | 945.00 |
| | | Total Current Work | | 945.00 |
| | | Previous Balance | | $5,355.00 |
| | | Finance Charge | | 76.58 |
| | | Balance Due | | $6,376.58 |

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:  November 24, 2020
Statement No.          2653
Account No.          233.02
Page:  1

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $6,376.58 |
| Finance Charge | 90.10 |
| Balance Due | $6,466.68 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:  December 20, 2020
Statement No.              2743
Account No.              233.02
Page:   1

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $6,466.68 |
| Finance Charge | 80.78 |
| Balance Due | $6,547.46 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | January 26, 2021 |
| Statement No. | 2823 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $6,547.46 |
| Finance Charge | 114.95 |
| Balance Due | $6,662.41 |

This statement reflects new fees through **12/31/2020** and costs through
**01/26/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | February 23, 2021 |
| Statement No. | 2899 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $6,662.41 |
| Finance Charge | 86.99 |
| Balance Due | $6,749.40 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3053 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

| | |
|---|---:|
| Previous Balance | $6,749.40 |
| Finance Charge | 90.10 |
| Balance Due | $6,839.50 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3213 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

<u>Advances</u>

| | | |
|---|---|---|
| 03/18/2021 | ELECTRONIC FILING FEE - DECLARATION OF DANIEL B. SPITZER<br>RE NOTICE OF STAY | 7.26 |
| | Total Advances | 7.26 |
| | Total Current Work | 7.26 |
| | Previous Balance | $6,839.50 |
| | Finance Charge | 111.85 |
| | Balance Due | $6,958.61 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3293 |
| Account No. | 233.02 |
| Page: | 1 |

RE: TMTE vs ALWAY

| | |
|---|---:|
| Previous Balance | $6,958.61 |
| Finance Charge | 87.09 |
| Balance Due | $7,045.70 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit F - Page 51

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:      June 28, 2021
Statement No.                    3379
Account No.                   233.02
Page:   1

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $7,045.70 |
| Finance Charge | 99.53 |
| Balance Due | $7,145.23 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90

Statement Date:      July 27, 2021
Statement No.            3464
Account No.          233.02
Page:   1

RE: TMTE vs ALWAY

| | |
|---|---|
| Previous Balance | $7,145.23 |
| Finance Charge | 90.20 |
| Balance Due | $7,235.43 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit G

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                    February 27, 2019
LUCAS ASHER, PRESIDENT                      Invoice No.        24249
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210


For Professional Services Rendered Through:        January 31, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ


      Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2019 DBS | CORRESPONDENCE FROM ASHER (.3); RESEARCH RE McCANNABIZ (.3); CORRESPONDENCE FROM SOOFI (.3) | | 0.90 450.00/hr | 405.00 |
| 1/25/2019 DBS | CORRESPONDENCE FROM CLIENT (.1); CORRESPONDENCE TO CLIENT (.1); TELEPHONE CONVERSATION(S) WITH RABEH (.3) | | 0.50 450.00/hr | 225.00 |
| | For professional services rendered | | 1.40 | $630.00 |
| | Balance due | | | $630.00 |


THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JANUARY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU

Exhibit G - Page 1

CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B .   S P I T Z E R

DANIEL B. SPITZER

16311 V E N T U R A  B O U L E V A R D ,  S U I T E 1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

March 27, 2019
Invoice No.      24275

For Professional Services Rendered Through:    February 28, 2019

---

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/6/2019 DBS | TELEPHONE CONVERSATION(S) WITH ASHER (.5); TELEPHONE CONVERSATION(S) WITH SOOFI (.3); CORRESPONDENCE FROM ASHER RE KWON (.1); REVIEW DOCUMENTS RE KWON (.4); CORRESPONDENCE FROM SOOFI (.4); CORRESPONDENCE FROM ASHER RE BENAVIDEZ (.2); CORRESPONDENCE FROM BATASHVILI (.2); RESEARCH RE NEW DIRECTION (.2); CORRESPONDENCE FROM SOOFI RE MCANNABIZ (.2); DRAFT/REVISE COMPLAINT (3.2) | 5.70 450.00/hr | 2,565.00 |
| 2/7/2019 DBS | CORRESPONDENCE FROM SOOFI RE CASTILLO (.2); REVIEW CASTILLO SETTLEMENT (.2); RESEARCH RE MCCANNABIZ (.3); CORRESPONDENCE FROM SOOFI RE SAME (.1); CORRESPONDENCE TO CLIENT (.2); DRAFT/REVISE COMPLAINT (6.8) | 7.80 450.00/hr | 3,510.00 |
| 2/8/2019 DBS | DRAFT/REVISE COMPLAINT (2.8); FILE COMPLAINT, SUMMONS (.3); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE TO CLIENT (.2); | 4.70 450.00/hr | 2,115.00 |

TMTE, INC.  
In Reference To:  TMTE vs BENAVIDEZ

March 27, 2019  
Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | CORRESPONDENCE FROM O'REILLY (.4); REVIEW CLIENT EDITS (.2); CORRESPONDENCE FROM SOOFI (.4); CORRESPONDENCE TO SOOFII (.1); CORRESPONDENCE FROM CLERK (.1) |  |  |
| 2/11/2019 DBS | CORRESPONDENCE FROM CLERK RE CONFORMED COPIES (.2); CORRESPONDENCE FROM O'REILLY RE AMENDMENT (.1); CORRESPONDENCE TO PROCESS SERVER (.1) | 0.40 450.00/hr | 180.00 |
| 2/12/2019 DBS | CORRESPONDENCE FROM ASHER (.2); REVIEW DOCUMENTS RECEIVED RE GRANT, RATHMAN, NAVA (.3); REVIEW VIDEO OF GRANT (.2); CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM ASHER (.1); REVIEW DOCUMENTS FROM SOOFI RE ORIGINAL COMPLAINT (.4); DRAFT/REVISE FIRST AMENDED COMPLAINT (2.2) | 3.60 450.00/hr | 1,620.00 |
| 2/13/2019 DBS | CORRESPONDENCE FROM O'REILLY RE AMENDMENT (.2); DRAFT/REVISE AMENDED COMPLAINT (1.8); DRAFT/REVISE SUMMONS (.2); CORRESPONDENCE FROM SOOFI (.1) | 2.30 450.00/hr | 1,035.00 |
| 2/14/2019 DBS | CORRESPONDENCE TO CLIENTS (.3); DRAFT/REVISE FIRST AMENDED COMPLAINT (2.7); RESEARCH RE SAME (1.2) | 4.20 450.00/hr | 1,890.00 |
| 2/15/2019 DBS | CORRESPONDENCE FROM RABEH (.3); REVIEW DOCUMENTS RE WILSHIRE METALS (.2); REVIEW DOCKET (.2); CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE FROM GOLDMAN (.2); CORRESPONDENCE FROM FAIRMAN (.1) | 1.10 450.00/hr | 495.00 |
| 2/20/2019 DBS | CORRESPONDENCE FROM CONOR (.2); FILE AMENDED COMPLAINT (.2); DRAFT/REVISE SAME (.8); DRAFT/REVISE SUMMONS (.1); FILE SAME (.2); CORRESPONDENCE TO | 2.70 450.00/hr | 1,215.00 |

TMTE, INC.                                                        March 27, 2019
In Reference To:  TMTE vs BENAVIDEZ                                       Page  3

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | CONOR (.2); CORRESPONDENCE FROM CLERK (.3); REVIEW CORRESPONDENCE FROM LOS ANGELES SUPERIOR COURT (.2); PREPARE FOR SERVICE ON ALL DEFENDANTS (.5) | | |
| 2/21/2019 DBS | CORRESPONDENCE FROM CLERK (.2); TELEPHONE CONVERSATION(S) WITH CLERK (.2) | 0.40 450.00/hr | 180.00 |
| 2/22/2019 DBS | CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE FROM CONOR (.1) | 0.20 450.00/hr | 90.00 |
| 2/26/2019 DBS | TELEPHONE CONVERSATION(S) WITH LEGAL ZOOM (.3); PREPARE DOCUMENTS FOR SERVICE (.4); CORRESPONDENCE TO ATTORNEY SERVICE RE SERVICE (.7); CORRESPONDENCE FROM ATTORNEY SERVICE (.4); CORRESPONDENCE FROM CONOR (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM CLERK (.1) | 2.50 450.00/hr | 1,125.00 |
| 2/27/2019 DBS | APPEARANCE AT HEARING BEFORE LABOR COMMISSIONER RE CASTILLO (2.7) | 2.70 450.00/hr | 1,215.00 |
| 2/28/2019 DBS | CORRESPONDENCE FROM ATTORNEY SERVICE (.2); CORRESPONDENCE FROM CLERK (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CLIENT (.1) | 0.50 450.00/hr | 225.00 |
| | For professional services rendered | 38.80 | $17,460.00 |

TMTE, INC.                                                           March 27, 2019
  In Reference To:  TMTE vs BENAVIDEZ                                     Page  4


          Additional Charges :

                                                                        Amount

2/28/2019 COPIES/SCANS                                                    85.80

 2/6/2019 ONLINE RESEARCH COSTS                                          38.58

 2/7/2019 ONLINE RESEARCH COSTS                                          13.48

2/13/2019 ONLINE RESEARCH COSTS                                          12.00

2/20/2019 ONLINE RESEARCH COSTS                                          5.61

 2/6/2019 SUPERIOR COURT FILING FEE ($435.00); ELECTRONIC FILING FEE 441.75
          ($6.75)

          ELECTRONIC FILING FEE RE SUMMONS ($6.75); CIVIL CASE          13.50
          COVER SHEET AND CIVIL CASE COVER SHEET ADDENDUM AND
          STATEMENT OF LOCATION ($6.75)

2/20/2019 ELECTRONIC FILING FEE - FIRST AMENDED COMPLAINT                6.75

2/26/2019 SERVICE FEES - SUMMONS AND COMPLAINT TO MCCANNABIZ,           148.78
          LLC

          SERVICE FEES - SUMMONS AND COMPLAINT TO MCCANNABIZ            148.78
          POD 1, LLC
                                                                      _____
          Total costs                                                  $915.03


          Total amount of this bill                                  $18,375.03

          Previous balance                                            $630.00

3/14/2019 Payment - thank you                                         ($630.00)

          Total payments and adjustments                              ($630.00)

TMTE, INC.                                                                    March 27, 2019
In Reference To:  TMTE vs BENAVIDEZ                                               Page  5

|  | Amount |
|---|---|
| Balance due | $18,375.03 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **FEBRUARY 28, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B .   S P I T Z E R

D A N I E L   B .   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,   S U I T E  1200
E N C I N O,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.                                                        April 30, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.        24305
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        March 31, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ

        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/2019  DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM PROCESS SERVER (.4); CORRESPONDENCE TO CONOR (.1); FILE AFFIDAVIT RE McCANNABIZ (.2) | 0.90 450.00/hr | 405.00 |
| 3/3/2019  DBS | CORRESPONDENCE FROM PROCESS SERVER (.4) | 0.40 450.00/hr | 180.00 |
| 3/4/2019  DBS | CORRESPONDENCE FROM PROCESS SERVER (.3) | 0.30 450.00/hr | 135.00 |
| 3/5/2019  DBS | TELEPHONE CONVERSATION(S) WITH WEINTRAUB (.4);  CORRESPONDENCE FROM CONOR (.1); DRAFT/REVISE SERVICE SUMMARY (.2); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM CLERK (.2) | 1.00 450.00/hr | 450.00 |
| 3/6/2019  DBS | CORRESPONDENCE FROM CLERK (.2); CORRESPONDENCE FROM PROCESS SERVERS (.2) | 0.40 450.00/hr | 180.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/8/2019 DBS | CORRESPONDENCE FROM PROCESS SERVERS (.3); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 0.50 450.00/hr | 225.00 |
| 3/9/2019 DBS | CORRESPONDENCE FROM PROCESS SERVER (.2) | 0.20 450.00/hr | 90.00 |
| 3/11/2019 DBS | CORRESPONDENCE FROM WEINTRAUB (.2); CORRESPONDENCE FROM PROCESS SERVERS (.2) | 0.40 450.00/hr | 180.00 |
| 3/12/2019 DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR RE PROBLEMS RE SERVICE (.2); TELEPHONE CONVERSATION(S) WITH CONOR RE SERVICE BY PUBLICATION (.3); CORRESPONDENCE FROM PROCESS SERVERS (.2): CORRESPONDENCE FROM CLERK (.1) | 0.90 450.00/hr | 405.00 |
| 3/14/2019 DBS | CORRESPONDENCE FROM SOOFI (.2); CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE TO ASHER (.2); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO WEINTRAUB (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM SEAVER (.2) | 1.20 450.00/hr | 540.00 |
| 3/15/2019 DBS | CORRESPONDENCE FROM RABEH (.1); CORRESPONDENCE FROM ASHER (.1); CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO WEINTRAUB (.2); CORRESPONDENCE FROM WEINTRAUB (.2); DRAFT/REVISE NOTICES AND ACKNOWLEDGMENT (.2); REVIEW TMTE CORPORATE STATUS (.2) | 1.10 450.00/hr | 495.00 |
| 3/19/2019 DBS | CORRESPONDENCE FROM SERVER (.2); CORRESPONDENCE FROM RABEH (.2); RESEARCH RE ISSUES RELATED TO INJUNCTION (.6); CORRESPONDENCE FROM | 1.60 450.00/hr | 720.00 |

TMTE, INC.                                               April 30, 2019

In Reference To: TMTE vs BENAVIDEZ                      Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | WEINTRAUB (.1); CORRESPONDENCE TO WEINTRAUB (.2); RESEARCH RE AUAG (.3) |  |  |
| 3/20/2019 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CLIENTS (.6); CORRESPONDENCE FROM SERVERS (.2); CORRESPONDENCE TO SERVER (.2); RESEARCH RE CAUSES OF ACTION, INJUNCTIVE RELIEF (1.8) | 2.90 450.00/hr | 1,305.00 |
| 3/21/2019 | DBS | CORRESPONDENCE FROM SERVER (.2) | 0.20 450.00/hr | 90.00 |
| 3/22/2019 | DBS | CORRESPONDENCE FROM CLIENT (.2); CORRESPONDENCE TO CLIENT (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.1); CORRESPONDENCE FROM SERVER (.2) | 0.70 450.00/hr | 315.00 |
| 3/25/2019 | DBS | REVIEW MIEDEMA DECLARATION (.1); REVIEW EMAILS RE NDTCO, TEXTS (.3) | 0.40 450.00/hr | 180.00 |
| 3/27/2019 | DBS | CORRESPONDENCE FROM CONOR (.2); REVIEW MIEDEMA DECLARATION (.2); DRAFT/REVISE SAME (.3); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.2); CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE TO CONOR (.1) | 1.10 450.00/hr | 495.00 |
| 3/28/2019 | DBS | CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE TO REYNOLDS (.1) | 0.20 450.00/hr | 90.00 |
| 3/29/2019 | DBS | CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE FROM CONOR RE MIEDEMA (.2); DRAFT/REVISE SECOND AMENDED COMPLAINT (2.4); RESEARCH RE SAME (.9) | 3.60 450.00/hr | 1,620.00 |

TMTE, INC.    April 30, 2019

In Reference To:  TMTE vs BENAVIDEZ    Page  4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2019 | DBS | DRAFT/REVISE SECOND AMENDED COMPLAINT (2.7); RESEARCH RE LANHAM, COPYRIGHT ISSUES (1.1) | 3.80 450.00/hr | 1,710.00 |
| 3/31/2019 | DBS | RESEARCH RE ISSUES RELATING TO COMPLAINT (.8) | 0.80 450.00/hr | 360.00 |
| | | For professional services rendered | 22.60 | $10,170.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 3/31/2019 | COPIES/SCANS | 6.80 |
| 2/26/2019 | SERVICE FEES - SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - MARK ANTONIO BENAVIDEZ | 93.47 |
| | SERVICE FEES - SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - NOT SERVED - DANIEL BERSHAD | 148.78 |
| | SERVICE FEES - SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - BAD ADDRESS - NOT SERVED - TORI RENEE RATHMAN | 148.78 |
| | SERVICE FEES - SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - NOT SERVED - JORGE ENRIQUE NAVA | 148.78 |
| | SERVICE FEES  SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - NOT SERVED - JOSEPH ANTHONY MALDONADO GRANT | 174.67 |
| | SERVICE FEES - SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - NOT SERVED - TIMOTHY KWON | 174.67 |
| 3/1/2019 | SERVICE FEES - SUMMONS ON FIRST AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT - NOT SERVED - LISSETTE CASTILLO | 174.67 |

TMTE, INC.                                                            April 30, 2019
In Reference To:  TMTE vs BENAVIDEZ                                      Page  5

|  | Amount |
|---|---|
| 3/8/2019 ELECTRONIC FILING FEE - FIRST LEGAL | 6.75 |
| Total costs | $1,077.37 |
| Total amount of this bill | $11,247.37 |
| Previous balance | $18,375.03 |
| Balance due | $29,622.40 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MARCH 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE
CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                May 24, 2019
LUCAS ASHER, PRESIDENT                      Invoice No.      24336
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210


For Professional Services Rendered Through:      April 30, 2019

───────────────────────────────────────────────────────────────

In Reference To:  TMTE vs BENAVIDEZ


        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2019 DBS | CORRESPONDENCE FROM CONOR (.2) | 0.20<br>450.00/hr | 90.00 |
| 4/5/2019 DBS | CORRESPONDENCE FROM LUCAS (.1) | 0.10<br>450.00/hr | 45.00 |
| 4/7/2019 DBS | CORRESPONDENCE FROM CONOR (.1) | 0.10<br>450.00/hr | 45.00 |
| 4/9/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1);<br>CORRESPONDENCE TO CONOR RE WOLAN,<br>IVESTER, BENAVIDEZ DISCOVERY (.4);<br>DRAFT/REVISE NOTICES OF<br>ACKNOWLEDGMENT (.2);<br>CORRESPONDENCE TO REYNOLDS (.2) | 0.90<br>450.00/hr | 405.00 |
| 4/11/2019 DBS | TELEPHONE CONVERSATION(S) WITH<br>CONOR RE ZOELLNER (.3); RESEARCH RE<br>INJUNCTIVE RELIEF (1.6); CORRESPONDENCE<br>FROM CONOR RE ZOELLNER, HARRIS,<br>CAMARDELLA (.4); CORRESPONDENCE TO<br>CONOR (.2); DRAFT/REVISE FIRST AMENDED | 4.00<br>450.00/hr | 1,800.00 |

TMTE, INC.                                                           May 24, 2019
In Reference To: TMTE vs BENAVIDEZ                                     Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | CROSS-COMPLAINT (.7); DRAFT/REVISE AMENDED ANSWER (.5); FILE BOTH (.3) |  |  |
| 4/12/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.4) | 0.40 450.00/hr | 180.00 |
| 4/13/2019 DBS | DRAFT/REVISE ZOELLNER DECLARATION (.2); DRAFT/REVISE HARRIS DECLARATION (.2) | 0.40 450.00/hr | 180.00 |
| 4/14/2019 DBS | DRAFT/REVISE DECLARATION OF BEVERLY HARRIS (.8); DRAFT/REVISE DECLARATION OF ZOELLNER (.9); REVIEW CONOR'S NOTES (.3) | 2.00 450.00/hr | 900.00 |
| 4/15/2019 DBS | CORRESPONDENCE FROM CONOR (.9); DRAFT/REVISE ZOELLNER DECLARATION (.4); DRAFT/REVISE HARRIS DECLARATION (.3); DRAFT/REVISE CAMARDELLA DECLARATION (.7); REVIEW DOCUMENTS RECEIVED (.6); DRAFT/REVISE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT (1.8) | 4.70 450.00/hr | 2,115.00 |
| 4/16/2019 DBS | CORRESPONDENCE FROM CONOR (.2); REVIEW ZOELLNER DECLARATION (.2); REVIEW HARRIS DECLARATION (.2); REVIEW FILE (.3); REVIEW CAMARDELLA DECLARATION (.2); REVIEW CAMARDELLA DOCUMENTS (.3) | 1.40 450.00/hr | 630.00 |
| 4/17/2019 DBS | CORRESPONDENCE FROM CONOR (.3); CORRESPONDENCE FROM LOS ANGELES SUPERIOR COURT (.2); DRAFT/REVISE ZOELLNER DECLARATION (.2); CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE EX PARTE APPLICATION TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT (2.7); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.2); CORRESPONDENCE TO | 4.00 450.00/hr | 1,800.00 |

TMTE, INC.                                                          May 24, 2019
In Reference To: TMTE vs BENAVIDEZ                                      Page 3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | REYNOLDS (.2); DRAFT/REVISE HARRIS DECLARATION (.1) |  |  |
| 4/18/2019 DBS | CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE HARRIS DECLARATION (.1); CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE CAMARDELLA DECLARATION (.2) | 0.60 450.00/hr | 270.00 |
| 4/19/2019 DBS | CORRESPONDENCE FROM CONOR (.1); DRAFT/REVISE DECLARATIONS (.6); CORRESPONDENCE TO CONOR (.1) | 0.80 450.00/hr | 360.00 |
| 4/22/2019 DBS | DRAFT/REVISE COMPLAINT (1.8); CORRESPONDENCE FROM CONOR (.3); TELEPHONE CONVERSATION(S) WITH CONOR (.2); DRAFT/REVISE CAMARDELLA DECLARATION (.3); CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE EX PARTE APPLICATION, MEMO OF POINTS AND AUTHORITIES, DECLARATION (2.6) | 5.30 450.00/hr | 2,385.00 |
| 4/23/2019 DBS | CORRESPONDENCE FROM DUVAN (.2); DRAFT/REVISE EX PARTE APPLICATION, DECLARATION (1.2); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.2); CORRESPONDENCE TO REYNOLDS (.2) | 1.80 450.00/hr | 810.00 |
| 4/24/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.2); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.4); CORRESPONDENCE FROM CLERK (.2); FILE ALL DOCUMENTS (.2); CORRESPONDENCE TO REYNOLDS (.2); CORRESPONDENCE TO CONOR (.2); DRAFT/REVISE PROPOSED ORDER (.3); DRAFT/REVISE EX PARTE APPLICATION (.5); DRAFT/REVISE SUMMONS (.2) | 2.40 450.00/hr | 1,080.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2019 | DBS | CORRESPONDENCE FROM CONOR (.2); FILE SUMMONS (.2); CORRESPONDENCE FROM CLERK RE SAME (.1) | 0.50 450.00/hr | 225.00 |
| 4/26/2019 | DBS | RESEARCH RE CAUSE OF ACTION (1.3) | 1.30 450.00/hr | 585.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 30.90 | $13,905.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 4/24/2019 | ELECTRONIC FILING FEE - [PROPOSED] ORDER ON EX PARTE RE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT; [PROPOSED] SUMMONS ON SECOND AMENDED AND SUPPLEMENTAL COMPLAINT | 6.75 |
|  | ELECTRONIC FILING FEE - EX PARTE APPLICATION RE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT; AMENDED COMPLAINT ($60.00); FILING FEE - ($8.40) | 68.40 |
|  | ELECTRONIC FILING FEE - [PROPOSED] SUMMONS ON SECOND AMENDED AND SUPPLEMENTAL COMPLAINT | 6.75 |
| 4/5/2019 | ONLINE RESEARCH COSTS | 2.74 |
| 4/11/2019 | ONLINE RESEARCH COSTS | 80.37 |
| 4/24/2019 | ONLINE RESEARCH COSTS | 12.41 |
| 4/27/2019 | ONLINE RESEARCH COSTS | 5.05 |
| 4/30/2019 | COPIES/SCANS | 3.60 |

| | Amount |
|---|---|
| Total costs | $186.07 |
| Total amount of this bill | $14,091.07 |
| Previous balance | $29,622.40 |

TMTE, INC.                                                                    May 24, 2019
In Reference To:  TMTE vs BENAVIDEZ                                             Page  5

|                                 | Amount          |
|---------------------------------|-----------------|
| 5/2/2019 Payment - thank you    | ($29,622.40)    |
| Total payments and adjustments  | ($29,622.40)    |
| Balance due                     | $14,091.07      |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **APRIL 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

June 30, 2019
Invoice No.      24370

For Professional Services Rendered Through:      May 31, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1); REVIEW KELLEY DECLARATION (.2) | 0.30 450.00/hr | 135.00 |
| 5/7/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1) | 0.10 450.00/hr | 45.00 |
| 5/8/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.2); CORRESPONDENCE TO REYNOLDS (.2) | 0.40 450.00/hr | 180.00 |
| 5/9/2019 DBS | DRAFT/REVISE EX PARTE APPLICATION RE TEMPORARY RESTRAINING ORDER (1.6); RESEARCH RE SAME (.8) | 2.40 450.00/hr | 1,080.00 |
| 5/10/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE FROM CONOR (.2); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.2); DRAFT/REVISE EX PARTE APPLICATION (2.2) | 2.80 450.00/hr | 1,260.00 |
| 5/11/2019 DBS | RESEARCH RE CAUSES OF ACTION, INJUNCTIVE RELIEF (1.4); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.1); CORRESPONDENCE TO REYNOLDS (.1); | 6.10 450.00/hr | 2,745.00 |

Exhibit G - Page 18

TMTE, INC.                                                                      June 30, 2019
In Reference To:  TMTE vs BENAVIDEZ                                                  Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | DRAFT/REVISE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (2.9); DRAFT/REVISE DECLARATIONS (.9); RESEARCH RE SAME (.7) |  |  |
| 5/13/2019 DBS | TELEPHONE CONVERSATION(S) WITH REYNOLDS (.4); CORRESPONDENCE TO REYNOLDS (.2); CORRESPONDENCE FROM REYNOLDS (.1); DRAFT/REVISE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (3.8) | 4.50 450.00/hr | 2,025.00 |
| 5/14/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE EX PARTE APPLICATION (3.8); CORRESPONDENCE TO CONOR (.2) | 4.40 450.00/hr | 1,980.00 |
| 5/15/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.1); TELEPHONE CONVERSATION(S) WITH DEFENDANTS RE EX PARTE NOTICE (.5); CORRESPONDENCE FROM BERSHAD (.2); CORRESPONDENCE TO DEFENDANTS RE EX PARTE NOTICE (.4); CORRESPONDENCE TO REYNOLDS (.2); DRAFT/REVISE DECLARATIONS, EX PARTE APPLICATION (2.9); FILE SAME (.3); TELEPHONE CONVERSATION(S) WITH CLERK (.2); CORRESPONDENCE TO COUNSEL (.2); CORRESPONDENCE TO REYNOLDS (.1); DRAFT/REVISE PROPOSED ORDER (.5) | 5.70 450.00/hr | 2,565.00 |
| 5/16/2019 DBS | CORRESPONDENCE FROM MELLANO (.3); TELEPHONE CONVERSATION(S) WITH MELLANO (.3); CORRESPONDENCE TO DEFENDANTS, MELLANO RE NOTICE (.3); TELEPHONE CONVERSATION(S) WITH CLERK (.2); RE-NOTICE EX PARTE (.2); CORRESPONDENCE TO CONOR (.2); DRAFT/REVISE EX PARTE APPLICATION, | 3.10 450.00/hr | 1,395.00 |

TMTE, INC.                                                                    June 30, 2019
In Reference To: TMTE vs BENAVIDEZ                                            Page  3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | DECLARATIONS (1.2); FILE ALL DOCUMENTS (.2); CORRESPONDENCE FROM CLERK (.2) |  |  |
| 5/20/2019 DBS | CORRESPONDENCE FROM STRULL (.1); CORRESPONDENCE FROM MELLANO (.2); CORRESPONDENCE TO STRULL (.2); CORRESPONDENCE TO CONOR (.2); DRAFT/REVISE ORDER (.4); DRAFT/REVISE NOTICE OF RULING (.3); REVIEW DECLARATIONS OF BENAVIDEZ, ARRELLANO (.2); APPEARANCE AT HEARING (3.1); DRAFT/REVISE SUPPLEMENTAL DECLARATION (.4) | 5.10 450.00/hr | 2,295.00 |
| 5/21/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.3); TELEPHONE CONVERSATION(S) WITH REYNOLDS, MELLANO, STRULL (.9); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.2); CORRESPONDENCE FROM MELLANO (.2); CORRESPONDENCE FROM CONOR (.3); DRAFT/REVISE ASHER DECLARATION (.4); REVIEW MEMO RE DEVELOPMENT OF SECURITY PROTOCOLS (.2); CORRESPONDENCE TO MELLANO (.2); DRAFT/REVISE AMENDED ORDER (.3) | 3.00 450.00/hr | 1,350.00 |
| 5/22/2019 DBS | DRAFT/REVISE SUPPLEMENTAL DECLARATION OF ASHER (1.8); TELEPHONE CONVERSATION(S) WITH CONOR (.6); TRAVEL TO, FROM SUPERIOR COURT (2.2); FILE DECLARATION (.2); CORRESPONDENCE TO ALL COUNSEL (.2); CORRESPONDENCE TO CLIENT (.2); CORRESPONDENCE TO REYNOLDS (.2) | 5.40 450.00/hr | 2,430.00 |
| 5/23/2019 DBS | DRAFT/REVISE NOTICE OF RULING FOR PRELIMINARY INJUNCTION (.4); CORRESPONDENCE TO ALL COUNSEL (.8); PREPARE ASHER DECLARATION FOR FILING (.3); TRAVEL TO, FROM SANTA MONICA SUPERIOR COURT (2.1); TELEPHONE | 6.90 450.00/hr | 3,105.00 |

TMTE, INC.                                                    June 30, 2019
In Reference To:  TMTE vs BENAVIDEZ                            Page  4

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|

CONVERSATION(S) WITH CONOR (.3);
APPEARANCE AT HEARING ON
PRELIMINARY INJUNCTION (1.3);
CORRESPONDENCE FROM STRULL (.3);
CORRESPONDENCE TO STRULL (.3);
CORRESPONDENCE TO CLIENTS (.2);
CORRESPONDENCE TO COUNSEL (.3);
DRAFT/REVISE NOTICES AND
ACKNOWLEDGMENTS (.4);
CORRESPONDENCE TO CONOR RE AG
COMPLAINT (.2)

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2019 | DBS | FILE NOTICE OF RULING (.2); DRAFT/REVISE NOTICE OF ENTRY (.2) | 0.40 450.00/hr | 180.00 |
| 5/29/2019 | DBS | CORRESPONDENCE FROM REYNOLDS (.1) | 0.10 450.00/hr | 45.00 |
| 5/31/2019 | DBS | CORRESPONDENCE FROM REYNOLDS (.1) | 0.10 450.00/hr | 45.00 |

| For professional services rendered | 50.80 | $22,860.00 |
|---|---|---|

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 5/16/2019 | ELECTRONIC FILING FEE -  EX PARTE APPLICATION | 68.40 |
| 5/17/2019 | MOTION FEE | 61.75 |
| 5/15/2019 | ELECTRONIC FILING FEE RE DECLARATION AND PROPOSED ORDER | 6.75 |
| | ELECTRONIC FILING FEE - ZOELLNER AND HARRIS DECLARATIONS | 6.75 |
| 5/24/2019 | ELECTRONIC FILING FEE | 6.75 |

TMTE, INC.                                                              June 30, 2019
In Reference To:  TMTE vs BENAVIDEZ                                        Page  5

|  |  | Amount |
|---|---|---|
| 5/31/2019 | COPIES/SCANS | 10.40 |
| 5/10/2019 | ONLINE RESEARCH COSTS | 77.67 |
| 5/11/2019 | ONLINE RESEARCH COSTS | 34.73 |
| 5/13/2019 | ONLINE RESEARCH COSTS | 34.84 |
| 5/14/2019 | ONLINE RESEARCH COSTS | 1.20 |
| 5/15/2019 | ONLINE RESEARCH COSTS | 32.82 |
| 5/16/2019 | ONLINE RESEARCH COSTS | 7.18 |
| 5/12/2019 | ONLINE RESEARCH COSTS | 16.00 |
| 5/22/2019 | ONLINE RESEARCH COSTS | 15.25 |
| 5/20/2019 | PARKING CHARGES | 4.00 |
| 5/23/2019 | PARKING CHARGES | 4.00 |
| 3/20/2019 | ELECTRONIC FILING FEE | 123.30 |
| 3/27/2019 | ELECTRONIC FILING FEE | 6.75 |
| 3/30/2019 | ELECTRONIC FILING FEE | 6.75 |
| 4/17/2019 | ELECTRONIC FILING FEE | 6.75 |
| 4/18/2019 | ELECTRONIC FILING FEE RE FIRST APPEARANCE | 616.59 |
| 4/25/2019 | ELECTRONIC FILING FEE | 81.91 |

|  | |
|---|---|
| Total costs | $1,230.54 |
| Total amount of this bill | $24,090.54 |
| Previous balance | $14,091.07 |

Exhibit G - Page 22

TMTE, INC.                                                                    June 30, 2019
In Reference To:  TMTE vs BENAVIDEZ                                              Page  6

|  | Amount |
|---|---|
| 5/29/2019 Payment - thank you | ($14,091.07) |
| Total payments and adjustments | ($14,091.07) |
| Balance due | $24,090.54 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MAY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                              July 30, 2019
LUCAS ASHER, PRESIDENT                         Invoice No.      24403
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        June 30, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/2019 DBS | TELEPHONE CONVERSATION(S) WITH REYNOLDS (.2) | 0.20<br>450.00/hr | 90.00 |
| 6/4/2019 DBS | TELEPHONE CONVERSATION(S) WITH REYNOLDS (.7); CORRESPONDENCE FROM REYNOLDS (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO REYNOLDS (.1) | 1.20<br>450.00/hr | 540.00 |
| 6/12/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1); TELEPHONE CONVERSATION(S) WITH RATHMAN (.4); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 0.70<br>450.00/hr | 315.00 |
| 6/13/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE TO REYNOLDS (.1) | 0.20<br>450.00/hr | 90.00 |
| 6/18/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.2) | 0.20<br>450.00/hr | 90.00 |

TMTE, INC.                                                                July 30, 2019
In Reference To: TMTE vs BENAVIDEZ                                           Page 2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1) | 0.10<br>450.00/hr | 45.00 |
| 6/26/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.2);<br>CORRESPONDENCE TO REYNOLDS (.1) | 0.30<br>450.00/hr | 135.00 |
| 6/28/2019 DBS | TELEPHONE CONVERSATION(S) WITH<br>CONOR (.3); TELEPHONE CONVERSATION(S)<br>WITH REYNOLDS (.8); CORRESPONDENCE<br>FROM REYNOLDS (.1); CORRESPONDENCE<br>TO CLIENTS (.2); CORRESPONDENCE FROM<br>STONE RE NOTICE AND ACKNOWLEDGMENT<br>(.2) | 1.60<br>450.00/hr | 720.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 4.50 | $2,025.00 |
| Previous balance |  | $24,090.54 |
| Balance due |  | $26,115.54 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JUNE 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS. MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311  V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.                                          August 23, 2019
LUCAS ASHER, PRESIDENT                  Invoice No.        24434
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        July 31, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2019 DBS | TELEPHONE CONVERSATION(S) WITH WRIGHT (.5); TELEPHONE CONVERSATION(S) WITH CONOR (.3) | 0.80<br>450.00/hr | 360.00 |
| 7/17/2019 DBS | REVIEW ANSWER TO COMPLAINT - BENAVIDEZ AND MAB (.3) | 0.30<br>450.00/hr | 135.00 |
| 7/19/2019 DBS | TELEPHONE CONVERSATION(S) WITH RATHMAN (.2) | 0.20<br>450.00/hr | 90.00 |
| 7/22/2019 DBS | TELEPHONE CONVERSATION(S) WITH RATHMAN (.2) | 0.20<br>450.00/hr | 90.00 |
| 7/23/2019 DBS | REVIEW BENAVIDEZ AND MAB ANSWER (.2) | 0.20<br>450.00/hr | 90.00 |
| 7/24/2019 DBS | CORRESPONDENCE FROM WRIGHT (.2) | 0.20<br>450.00/hr | 90.00 |

TMTE, INC.                                                                    August 23, 2019
 In Reference To:  TMTE vs BENAVIDEZ                                               Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/29/2019 DBS   CORRESPONDENCE FROM COURTCALL (.1) |  | 0.10 450.00/hr | 45.00 |
| 7/30/2019 DBS   CORRESPONDENCE FROM WRIGHT (.1) |  | 0.10 450.00/hr | 45.00 |
| For professional services rendered |  | 2.10 | $945.00 |
| Additional Charges : |  |  |  |
| 7/31/2019 COPIES/SCANS |  |  | 7.80 |
| Total costs |  |  | $7.80 |
| Total amount of this bill |  |  | $952.80 |
| Previous balance |  |  | $26,115.54 |
| 7/26/2019 Payment - thank you |  |  | ($24,090.54) |
| Total payments and adjustments |  |  | ($24,090.54) |
| Balance due |  |  | $2,977.80 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JULY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B .   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

September 25, 2019
Invoice No.      24467

For Professional Services Rendered Through:      August 31, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2019 DBS | CORRESPONDENCE FROM CLERK (.2) | 0.20<br>450.00/hr | 90.00 |
| 8/2/2019 DBS | TELEPHONE CONVERSATION(S) WITH WRIGHT (.2); DRAFT/REVISE NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE (.3); TELEPHONE CONVERSATION(S) WITH CLERK (.2); DRAFT/REVISE CASE MANAGEMENT CONFERENCE STATEMENT (.3) | 1.00<br>450.00/hr | 450.00 |
| 8/4/2019 DBS | CORRESPONDENCE FROM COURTCALL (.1) | 0.10<br>450.00/hr | 45.00 |
| 8/5/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1); TELEPHONE CONVERSATION(S) WITH CLERK (.3); CORRESPONDENCE FROM COURTCALL (.1) | 0.50<br>450.00/hr | 225.00 |

TMTE, INC.                                                          September 25, 2019
In Reference To:  TMTE vs BENAVIDEZ                                          Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/6/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE TO REYNOLDS (.1) | 0.20<br>450.00/hr | 90.00 |
| 8/7/2019 DBS | TELEPHONE CONVERSATION(S) WITH REYNOLDS (.6); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE TO REYNOLDS (.1) | 1.00<br>450.00/hr | 450.00 |
| 8/8/2019 DBS | CORRESPONDENCE FROM CLERK (.2); PREPARE NOTICE AND ACKNOWLEDGMENT FOR FILING (.2); REVIEW CORRESPONDENCE FROM STONE (.1) | 0.50<br>450.00/hr | 225.00 |
| 8/11/2019 DBS | CORRESPONDENCE FROM WRIGHT (.1) | 0.10<br>450.00/hr | 45.00 |
| 8/12/2019 DBS | CORRESPONDENCE FROM ONE LEGAL (.1); REVIEW ANSWER, PROOF OF SERVICE (.2); CORRESPONDENCE FROM REYNOLDS (.1 | 0.40<br>450.00/hr | 180.00 |
| 8/13/2019 DBS | APPEARANCE AT CASE MANAGEMENT CONFERENCE (1.3); REVIEW FILE (.2) | 1.50<br>450.00/hr | 675.00 |
| 8/16/2019 DBS | CORRESPONDENCE FROM WRIGHT (.1); CORRESPONDENCE TO WRIGHT (.1) | 0.20<br>450.00/hr | 90.00 |
| 8/17/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.2) | 0.20<br>450.00/hr | 90.00 |
| 8/29/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.2); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.3); REVIEW DRAFT OF BERSHAD DECLARATION (.4) | 0.90<br>450.00/hr | 405.00 |
| | For professional services rendered | 6.80 | $3,060.00 |

TMTE, INC.                                                  September 25, 2019
In Reference To:  TMTE vs BENAVIDEZ                              Page  3


Additional Charges :

|  | | Amount |
|---|---|---|
| 8/8/2019 | ELECTRONIC FILING FEE - NOTICE AND ACKNOWLEDGMENT OF RECEIPT RE SUMMONS AND COMPLAINT - MARK BENAVIDEZ, KAREN ARRELLANO AND MAB CONSULTANTS, LLC | 6.75 |
| 8/1/2019 | ELECTRONIC FILING FEE - NOTICE OF CASE MANAGEMENT CONFERENCE CONTINUANCE; CASE MANAGEMENT CONFERENCE STATEMENT | 6.75 |
| 8/31/2019 | COPIES/SCANS | 3.40 |
| 8/5/2019 | COURTCALL TELEPHONIC APPEARANCE | 94.00 |
| | Total costs | $110.90 |
| | Total amount of this bill | $3,170.90 |
| | Previous balance | $2,977.80 |
| 9/3/2019 | Payment - thank you | ($2,977.80) |
| | Total payments and adjustments | ($2,977.80) |
| | Balance due | $3,170.90 |


THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **AUGUST 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B .   S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                        October 31, 2019
LUCAS ASHER, PRESIDENT                              Invoice No.        24493
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through: September 30, 2019

---

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/9/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1) | 0.10<br>450.00/hr | 45.00 |
| 9/16/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.3) | 0.30<br>450.00/hr | 135.00 |
| 9/18/2019 DBS | DRAFT/REVISE NOTICE OF RELATED CASE (.2); FILE SAME (.1); CORRESPONDENCE FROM CLERK | 0.40<br>450.00/hr | 180.00 |
| 9/19/2019 DBS | REVIEW BERSHAD DECLARATION (.2); CORRESPONDENCE TO REYNOLDS (.2); TELEPHONE CONVERSATION(S) WITH REYNOLDS (.3) | 0.70<br>450.00/hr | 315.00 |
| 9/23/2019 DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10<br>450.00/hr | 45.00 |
| | For professional services rendered | 1.60 | $720.00 |

TMTE, INC.                                                October 31, 2019
 In Reference To:  TMTE vs BENAVIDEZ                               Page  2

        Additional Charges :

|  |  | Amount |
|---|---|---:|
| 9/18/2019 | ELECTRONIC FILING FEE - NOTICE OF RELATED CASE | 6.75 |
| 9/30/2019 | COPIES/SCANS | 3.00 |
|  | Total costs | $9.75 |
|  | Total amount of this bill | $729.75 |
|  | Previous balance | $3,170.90 |
|  | Balance due | $3,900.65 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **SEPTEMBER 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311  V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.                                                          November 25, 2019
LUCAS ASHER, PRESIDENT                              Invoice No.      24502
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:     October 31, 2019

_____

In Reference To:  TMTE vs BENAVIDEZ

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/2019 DBS | CORRESPONDENCE FROM WRIGHT (.1) | 0.10<br>450.00/hr | 45.00 |
| 10/4/2019 DBS | CORRESPONDENCE FROM CLERK RE<br>MINUTE ORDER (.1) | 0.10<br>450.00/hr | 45.00 |
| 10/15/2019 DBS | CORRESPONDENCE FROM WRIGHT (.1) | 0.10<br>450.00/hr | 45.00 |
| 10/21/2019 DBS | CORRESPONDENCE FROM REYNOLDS (.1) | 0.10<br>450.00/hr | 45.00 |
| 10/22/2019 DBS | CORRESPONDENCE TO REYNOLDS (.1) | 0.10<br>450.00/hr | 45.00 |
| 10/29/2019 DBS | CORRESPONDENCE FROM SHUSTAK (.1);<br>REVIEW CASE MANAGEMENT STATEMENT<br>(.2) | 0.30<br>450.00/hr | 135.00 |

TMTE, INC.                                                        November 25, 2019
In Reference To:  TMTE vs BENAVIDEZ                                        Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/30/2019 DBS | CORRESPONDENCE FROM MELLANO (.1); CORRESPONDENCE TO MELLANO (.1); DRAFT/REVISE CASE MANAGEMENT STATEMENT (.3) | 0.50 450.00/hr | 225.00 |
| | For professional services rendered | 1.30 | $585.00 |
| | Previous balance | | $3,900.65 |
| 11/13/2019 | Payment - thank you | | ($3,170.90) |
| | Total payments and adjustments | | ($3,170.90) |
| | Balance due | | $1,314.75 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **OCTOBER 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 23, 2019
Statement No.              434
Account No.            233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2019 | DBS | CORRESPONDENCE FROM MELLANO (.2); CORRESPONDENCE TO MELLANO (.1);  DRAFT/REVISE DEPOSITION NOTICES, DISCOVERY REQUESTS TO IVESTER, SPELLANE (5.7) | 6.00 | 2,700.00 |
| 11/04/2019 | DBS | CORRESPONDENCE TO COUNSEL (.1); DRAFT/REVISE CASE MANAGEMENT STATEMENT (.4); FILE SAME (.2) | 0.70 | 315.00 |
| 11/06/2019 | DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10 | 45.00 |
| 11/07/2019 | DBS | CORRESPONDENCE TO COURTCALL (.1); CORRESPONDENCE FROM COURTCALL (.1); DRAFT/REVISE BERSHAD SETTLEMENT AGREEMENT (.4) | 0.60 | 270.00 |
| 11/08/2019 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE SETTLEMENT AGREEMENTS (3.7); CORRESPONDENCE TO CLIENTS (.4); REVIEW CASE MANAGEMENT CONFERENCE STATEMENT (.1) | 4.40 | 1,980.00 |
| 11/10/2019 | DBS | DRAFT/REVISE RELEASE (.3) | 0.30 | 135.00 |
| 11/12/2019 | DBS | DRAFT/REVISE SETTLEMENT AGREEMENTS (1.4); CORRESPONDENCE TO CLIENTS (.7) | 2.10 | 945.00 |
| 11/13/2019 | DBS | CORRESPONDENCE TO CLIENTS (.2); REVIEW NOTICE OF INTENT TO APPEAR BY TELEPHONE (.1); REVIEW NOTICE OF JURY FEES (.1); CORRESPONDENCE FROM CLERK (.1) | 0.50 | 225.00 |
| 11/14/2019 | DBS | REVIEW NOTICE OF POSTING JURY FEES (.2); APPEARANCE AT CASE MANAGEMENT CONFERENCE (1.1); DRAFT/REVISE NOTICE OF RULING ON CASE MANAGEMENT CONFERENCE (.4); DRAFT/REVISE NOTICE OF POSTING JURY FEES (.3) | 2.00 | 900.00 |
| 11/15/2019 | DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10 | 45.00 |
| 11/18/2019 | DBS | DRAFT/REVISE SETTLEMENT (.6); CORRESPONDENCE TO CLIENTS (.2) | 0.80 | 360.00 |

TMTE, INC.
Account No.        233.03
RE:  TMTE, INC. vs. BENAVIDEZ

Statement Date: 12/23/2019
Statement No.        434
Page No.        2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/21/2019 | DBS | DRAFT/REVISE BERSHAD SETTLEMENT AGREEMENT (.5) | 0.50 | 225.00 |
| 11/22/2019 | DBS | CORRESPONDENCE TO ROSENTHAL (.2) | 0.20 | 90.00 |
| 11/25/2019 | DBS | CORRESPONDENCE FROM CONOR RE SETTLEMENT DRAFT (.2); DRAFT/REVISE SAME (.8); CORRESPONDENCE TO CONOR (.2) | 1.20 | 540.00 |
| 11/26/2019 | DBS | CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE PROPOSED SETTLEMENT (1.2); CORRESPONDENCE TO CONOR (.1) | 1.50 | 675.00 |
| 11/27/2019 | DBS | CORRESPONDENCE FROM ROSENTHAL (.2); CORRESPONDENCE FROM CONOR (.2); DRAFT/REVISE PROPOSED SETTLEMENT (1.1) | 1.50 | 675.00 |
|  |  | For Current Services Rendered | 22.50 | 10,125.00 |

<u>Advances</u>

|  |  | Amount |
|---|---|---|
| 11/07/2019 | ELECTRONIC FILING FEE - CASE MANAGEMENT CONFERENCE STATEMENT | 6.75 |
| 11/14/2019 | ELECTRONIC FILING FEE - NOTICE OF RULINGS ON CASE MANAGEMENT CONFERENCE; NOTICE OF POSTING OF JURY FEES ($150.00 - JURY FEE DEPOSIT) & ($10.87 FILING FEES) | 160.87 |
| 11/30/2019 | SCANS / COPIES | 371.20 |
|  | Total Advances | 538.82 |
|  | Total Current Work | 10,663.82 |
|  | Previous Balance | $1,314.75 |
|  | Balance Due | $11,978.57 |

This statement reflects new fees through **11/30/2019** and costs through **12/23/2019**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  January 29, 2020
Statement No.                    722
Account No.                 233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/2019 | DBS | CORRESPONDENCE FROM CONOR (.1); DRAFT/REVISE PROPOSED SETTLEMENT (1.2); CORRESPONDENCE TO CONOR (.2); REVIEW ROSENTHAL COMMENTS (.2) | 1.70 | 765.00 |
| 12/04/2019 | DBS | CORRESPONDENCE TO REYNOLDS (.2) | 0.20 | 90.00 |
| 12/05/2019 | DBS | CORRESPONDENCE TO CLIENTS RE ARRELLANO (.2); DRAFT/REVISE ARRELLANO SETTLEMENT (1.4) | 1.60 | 720.00 |
| 12/06/2019 | DBS | CORRESPONDENCE FROM LUCAS (.3); CORRESPONDENCE TO CLIENTS (.3); CORRESPONDENCE TO WRIGHT (.2); CORRESPONDENCE FROM WRIGHT (.1); DRAFT/REVISE ARRELLANO SETTLEMENT (.4) | 1.30 | 585.00 |
| 12/12/2019 | DBS | TELEPHONE CONFERENCE WITH REYNOLDS (.1); CORRESPONDENCE FROM REYNOLDS (.1) | 0.20 | 90.00 |
| 12/17/2019 | DBS | CORRESPONDENCE FROM REYNOLDS (.2); TELEPHONE CONFERENCE WITH REYNOLDS (.5); REVIEW CHANGES TO PROPOSED SETTLEMENT (.2); CORRESPONDENCE TO SHAREEF (.2); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO REYNOLDS (.2); DRAFT/REVISE EXHIBIT A (.6) | 2.10 | 945.00 |
| 12/18/2019 | DBS | DRAFT/REVISE SETTLEMENT (.4); CORRESPONDENCE TO CONOR (.2); REVIEW REDLINE (.2); DRAFT/REVISE CHIASSON DECLARATION (.5); DRAFT/REVISE WERNER DECLARATION (.5) | 1.80 | 810.00 |
| 12/20/2019 | DBS | CORRESPONDENCE FROM FARAG (.1); CORRESPONDENCE TO REYNOLDS (.3); DRAFT/REVISE EXHIBIT A (.7) | 1.10 | 495.00 |
| 12/26/2019 | DBS | DRAFT/REVISE SETTLEMENT (.4); CORRESPONDENCE TO REYNOLDS (.1) | 0.50 | 225.00 |
| 12/27/2019 | DBS | TELEPHONE CONFERENCE WITH REYNOLDS (.2); TELEPHONE CONFERENCE WITH MELLANO (.1); TELEPHONE CONFERENCE WITH CONOR (.2) | 0.50 | 225.00 |

TMTE, INC.  
Account No.       233.03  
RE:  TMTE, INC. vs. BENAVIDEZ

Statement Date: 01/29/2020  
Statement No.       722  
Page No.               2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/30/2019 | DBS | TELEPHONE CONFERENCE WITH MELLANO (.2); CORRESPONDENCE FROM MELLANO (.1) | 0.30 | 135.00 |
|  |  | For Current Services Rendered | 11.30 | 5,085.00 |

<div align="center">Advances</div>

| 12/02/2019 | ONLINE RESEARCH |  | 14.17 |
|---|---|---|---|
|  | Total Advances |  | 14.17 |
|  | Total Current Work |  | 5,099.17 |
|  | Previous Balance |  | $11,978.57 |
|  | Balance Due |  | $17,077.74 |

This statement reflects new fees through **12/31/2019** and costs through **01/29/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   February 28, 2020
Statement No.                    1289
Account No.                    233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 01/02/2020 | DBS | CORRESPONDENCE TO WERNER (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.20 | 90.00 |
| 01/03/2020 | DBS | CORRESPONDENCE FROM MELLANO (.1) | 0.10 | 45.00 |
| 01/04/2020 | DBS | TELEPHONE CONFERENCE WITH KWON (.9) | 0.90 | 405.00 |
| 01/07/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO MELLANO (.2); CORRESPONDENCE TO CONOR (.1) | 0.50 | 225.00 |
| 01/08/2020 | DBS | CORRESPONDENCE FROM MELLANO (.1) | 0.10 | 45.00 |
| 01/14/2020 | DBS | CORRESPONDENCE FROM CONOR (.1) | 0.10 | 45.00 |
| 01/15/2020 | DBS | CORRESPONDENCE TO MELLANO (.1); CORRESPONDENCE TO REYNOLDS (.1); TELEPHONE CONFERENCE WITH REYNOLDS (.3); CORRESPONDENCE TO CONOR (.2) | 0.70 | 315.00 |
| 01/17/2020 | DBS | CORRESPONDENCE TO REYNOLDS (.1) | 0.10 | 45.00 |
| 01/21/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO REYNOLDS (.2) | 0.50 | 225.00 |
| 01/22/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE FROM REYNOLDS (.1); CORRESPONDENCE TO CLIENT (.3); CORRESPONDENCE FROM CONOR (.1); TELEPHONE CONFERENCE WITH REYNOLDS (.4); CORRESPONDENCE FROM REYNOLDS (.2); CORRESPONDENCE FROM BERSHAD (.1); CORRESPONDENCE TO BERSHAD (.4) | 1.80 | 810.00 |
| 01/23/2020 | DBS | CORRESPONDENCE FROM CASTILLO (.1); TELEPHONE CONFERENCE WITH BERSHAD (.4); DRAFT/REVISE SETTLEMENT (.7); PREPARE SETTLEMENT AGREEMENT AND EXHIBIT A FOR DOCUSIGNING (.7); CORRESPONDENCE TO BERSHAD (.2); CORRESPONDENCE TO OTHER DEFENDANTS (.2); CORRESPONDENCE TO FARAG (.2); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM BERSHAD (.4); | | |

TMTE, INC.
Account No.      233.03
RE:  TMTE, INC. vs. BENAVIDEZ

Statement Date: 02/28/2020
Statement No.                1289
Page No.                             2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | CORRESPONDENCE FROM KWON (.1) | 3.20 | 1,440.00 |
| 01/24/2020 | DBS | CORRESPONDENCE FROM SHAREEF (.1); CORRESPONDENCE TO SHAREEF (.1); CORRESPONDENCE FROM BERSHAD (.2);  CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE FROM BERSHAD (.2); TELEPHONE CONFERENCE WITH BERSHAD (.3); CORRESPONDENCE FROM NAVA (.2); CORRESPONDENCE FROM GRANT (.2); CORRESPONDENCE TO BERSHAD (.2); CORRESPONDENCE TO DEFENDANTS (.3); TELEPHONE CONFERENCE WITH CONOR (.2); TELEPHONE CONFERENCE WITH CASTILLO (.1); TELEPHONE CONFERENCE WITH NAVA (.1); TELEPHONE CONFERENCE WITH GRANT (.2); TELEPHONE CONFERENCE WITH KWON (.1) | 2.50 | 1,125.00 |
| 01/26/2020 | DBS | CORRESPONDENCE FROM KWON (.2) | 0.20 | 90.00 |
| 01/28/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.2); CORRESPONDENCE FROM CONOR (.1) | 0.30 | 135.00 |
| 01/29/2020 | DBS | CORRESPONDENCE TO CASTILLO (.2); CORRESPONDENCE FROM CASTILLO (.2) | 0.40 | 180.00 |
| 01/30/2020 | DBS | CORRESPONDENCE FROM GRANT (.2); CORRESPONDENCE TO GRANT (.2); TELEPHONE CONFERENCE WITH GRANT (.4); TELEPHONE CONFERENCE WITH NAVA (.3); CORRESPONDENCE FROM NAVA (.1); TELEPHONE CONFERENCE WITH CASTILLO (.3); CORRESPONDENCE TO CONOR (.1) | 1.60 | 720.00 |
| 01/31/2020 | DBS | CORRESPONDENCE FROM GRANT (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 13.30 | 5,985.00 |
| | | Total Current Work | | 5,985.00 |
| | | Previous Balance | | $17,077.74 |
| | | Balance Due | | $23,062.74 |

This statement reflects new fees through **01/31/2020** and costs through **02/28/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B .  S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 30, 2020 |
| Statement No. | 1428 |
| Account No. | 233.03 |
| Page: | 1 |

RE: TMTE, INC. vs. BENAVIDEZ

<div align="center">Fees</div>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2020 | DBS | CORRESPONDENCE TO GRANT (.2); TELEPHONE CONFERENCE WITH GRANT (.1) | 0.30 | 135.00 |
| 02/03/2020 | DBS | TELEPHONE CONFERENCE WITH CASTILLO (1.1); REVIEW MOTION TO BE RELIEVED, EX PARTE APPLICATION (.3); CORRESPONDENCE FROM MELLANO (.2); CORRESPONDENCE FROM NGO (.2); CORRESPONDENCE FROM KWON (.3); CORRESPONDENCE FROM GRANT (.2); CORRESPONDENCE FROM CASTILLO (.4); CORRESPONDENCE FROM SIGNATURE (.1); CORRESPONDENCE TO CLIENTS (.4); CORRESPONDENCE TO CASTILLO (.2); CORRESPONDENCE TO KWON (.1); TELEPHONE CONFERENCE WITH KWON (.2); CORRESPONDENCE TO GRANT (.2) | 3.90 | 1,755.00 |
| 02/04/2020 | DBS | TELEPHONE CONFERENCE WITH KWON (.9); CORRESPONDENCE TO CONOR (.3); CORRESPONDENCE FROM CONOR (.1); TELEPHONE CONFERENCE WITH NAVA (.4) | 1.70 | 765.00 |
| 02/05/2020 | DBS | TELEPHONE CONFERENCE WITH GRANT (.2); CORRESPONDENCE TO GRANT (.1) | 0.30 | 135.00 |
| 02/07/2020 | DBS | CORRESPONDENCE FROM NGO (.3); DRAFT/REVISE DECLARATION OF CASTILLO (1.4); CORRESPONDENCE TO CASTILLO (.1) | 1.80 | 810.00 |
| 02/09/2020 | DBS | CORRESPONDENCE FROM NGO (.1); REVIEW NOTICE OF RULING (.2); CORRESPONDENCE TO BERSHAD (.2); TELEPHONE CONFERENCE WITH BERSHAD (.3) | 0.80 | 360.00 |
| 02/10/2020 | DBS | REVIEW CORRESPONDENCE FROM MELLANO (.1) | 0.10 | 45.00 |
| 02/12/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE FROM CONOR (.3); CORRESPONDENCE FROM CASTILLO (.2); CORRESPONDENCE FROM LUCAS (.1); RESEARCH RE NEW EXODUS CAPITAL (.2); CORRESPONDENCE FROM CASTILLO (.2); DRAFT/REVISE DECLARATION OF CASTILLO (.5) | 1.80 | 810.00 |

TMTE, INC.                                                          Statement Date: 03/30/2020
Account No.        233.03                                           Statement No.        1428
RE:  TMTE, INC. vs. BENAVIDEZ                                       Page No.                2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 02/13/2020 | DBS | REVIEW NOTICE OF RULING (.1) | 0.10 | 45.00 |
| 02/16/2020 | DBS | REVIEW NOTICE OF INTENT TO APPEAR (.1) | 0.10 | 45.00 |
| 02/25/2020 | DBS | REVIEW CORRESPONDENCE FROM KWON, BERSHAD, GRANT AND NAVA (.3) | 0.30 | 135.00 |
|  |  | For Current Services Rendered | 11.20 | 5,040.00 |

<u>Advances</u>

|  |  |  |  |
|---|---|---|---|
| 02/17/2020 |  | ONLINE RESEARCH | 1.08 |
| 02/29/2020 |  | SCANS / COPIES | 235.60 |
|  |  | Total Advances | 236.68 |
|  |  | Total Current Work | 5,276.68 |
|  |  | Previous Balance | $23,062.74 |
|  |  | Balance Due | $28,339.42 |

This statement reflects new fees through **02/29/2020** and costs through **03/30/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   April 26, 2020
Statement No.   1703
Account No.   233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/02/2020 | DBS | CORRESPONDENCE FROM NGO (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 0.20 | 90.00 |
| | | Total Current Work | | 90.00 |
| | | Previous Balance | | $28,339.42 |
| | | Balance Due | | $28,429.42 |

This statement reflects new fees through **03/31/2020** and costs through **04/26/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:     May 26, 2020
Statement No.              1834
Account No.             233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

| | |
|---|---|
| Previous Balance | $28,429.42 |
| Balance Due | $28,429.42 |

This statement reflects new fees through **04/30/2020** and costs through
**05/26/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B. S P I T Z E R

D A N I E L  B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    June 28, 2020
Statement No.          1963
Account No.          233.03
Page:   1

RE:  TMTE, INC. vs. BENAVIDEZ

      Previous Balance                                                                   $28,429.42


      Balance Due                                                                         $28,429.42


This statement reflects new fees through **05/31/2020** and costs through **06/28/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 21, 2020 |
| Statement No. | 2052 |
| Account No. | 233.03 |
| Page: | 1 |

RE:  TMTE, INC. vs. BENAVIDEZ

|  |  |
|---|---|
| Previous Balance | $28,429.42 |
| Balance Due | $28,429.42 |

This statement reflects new fees through **06/30/2020** and costs through **07/21/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   August 26, 2020
Statement No.:   2220
Account No.:   233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/2020 | DBS | DRAFT STIPULATIONS AND ORDERS FOR DISMISSAL RE KWON, GRANT, NAVA, CASTILLO, BERSHAD, COLLEEN BERSHAD, AUAG, MCCANNABIZ (2.7) | 2.70 | 1,215.00 |
| 07/16/2020 | DBS | CORRESPONDENCE FROM BERSHAD (.2); TELEPHONE CONFERENCE WITH BERSHAD (.2); CORRESPONDENCE FROM CASTILLO (.2); TELEPHONE CONFERENCE WITH CASTILLO (.2); TELEPHONE CONFERENCE WITH KWON (.2); CORRESPONDENCE FROM KWON (.1); DRAFT/REVISE STIPULATIONS AND ORDERS (1.9) | 3.00 | 1,350.00 |
| 07/20/2020 | DBS | CORRESPONDENCE TO GRANT (.2); CORRESPONDENCE FROM GRANT (.2); CORRESPONDENCE FROM DUVAN (.2); REVIEW EXPERT DEMANDS (.3); CORRESPONDENCE FROM MADOYAN (.2); TELEPHONE CONFERENCE WITH GRANT (.2); CORRESPONDENCE TO BERSHAD (.4); CORRESPONDENCE TO NAVA (.2); CORRESPONDENCE TO CASTILLO (.1) | 2.00 | 900.00 |
| 07/21/2020 | DBS | TELEPHONE CONFERENCE WITH CASTILLO (.3); CORRESPONDENCE TO CASTILLO (.3); CORRESPONDENCE FROM SETHI (.1); REVIEW OBJECTIONS (.2); TELEPHONE CONFERENCE WITH NAVA (.2);  TELEPHONE CONFERENCE WITH KWON (.1); CORRESPONDENCE TO NAVA (.3); CORRESPONDENCE FROM NAVA (.2); TELEPHONE CONFERENCE WITH BERSHAD (.2); CORRESPONDENCE FROM COLLEEN BERSHAD (.2); PREPARE ALL DOCUMENTS FOR FILING (.8); CORRESPONDENCE FROM CLERK (.2); REVIEW ALL STIPULATIONS, FILE (.3); CORRESPONDENCE TO ALL COUNSEL (.3); PREPARE PROOF OF SERVICE (.2); CORRESPONDENCE TO BERSHAD (.1); TELEPHONE CONFERENCE WITH SETHI (.3); CORRESPONDENCE FROM CASTILLO (.2); CORRESPONDENCE FROM KWON (.2); CORRESPONDENCE FROM GRANT (.2); CORRESPONDENCE FROM BERSHAD (.2); CORRESPONDENCE FROM KWON (.2); DRAFT/REVISE PROOFS OF SERVICE (.4); TELEPHONE CONFERENCE WITH MILLS (.1) | 5.80 | 2,610.00 |
| 07/22/2020 | DBS | CORRESPONDENCE FROM BERSHAD (.1); DRAFT/REVISE | | |

TMTE, INC.  
Account No. 233.03  
RE: TMTE, INC. vs. BENAVIDEZ

Statement Date: 08/26/2020  
Statement No. 2220  
Page No. 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | AMENDED STIPULATIONS (.4); CORRESPONDENCE FROM WRIGHT (.1); CORRESPONDENCE FROM CLERK (.3); REFILE STIPULATIONS AND ORDERS (.4); CORRESPONDENCE TO MADOYAN (.2); DRAFT/REVISE RATHMAN DISMISSAL (.1); FILE SAME (.2); CORRESPONDENCE TO COUNSEL RE SAME (.2); CORRESPONDENCE TO CLIENTS (.1) | 2.10 | 945.00 |
| 07/24/2020 | DBS | REVIEW CORRESPONDENCE FROM CLERK RE CONFORMED DOCUMENTS (.3) | 0.30 | 135.00 |
| 07/27/2020 | DBS | CORRESPONDENCE FROM CLERK (.5) | 0.50 | 225.00 |
| | | For Current Services Rendered | 16.40 | 7,380.00 |
| | | Total Current Work | | 7,380.00 |
| | | Previous Balance | | $28,429.42 |

<center>Payments</center>

| 07/27/2020 | | PAYMENT - THANK YOU! | | -28,429.42 |
|---|---|---|---|---|
| | | Balance Due | | $7,380.00 |

This statement reflects new fees through **07/31/2020** and costs through **08/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit G - Page 50

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.                   2388
Account No.                  233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/03/2020 | DBS | CORRESPONDENCE FROM VARTAN (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CLIENTS (.1); TELEPHONE CONFERENCE WITH SETHI (.2) | 0.60 | 270.00 |
| 08/08/2020 | DBS | REVIEW MINUTE ORDER RE DISMISSAL (.2) | 0.20 | 90.00 |
| 08/09/2020 | DBS | DRAFT/REVISE NOTICE OF ENTRY (.2); SERVE SAME (.1); FILE SAME (.1) | 0.40 | 180.00 |
| | | For Current Services Rendered | 1.20 | 540.00 |

<div align="center">Advances</div>

| | | |
|---|---|---|
| 08/31/2020 | SCANS / COPIES | 2.40 |
| | Total Advances | 2.40 |
| | Total Current Work | 542.40 |
| | Previous Balance | $7,380.00 |
| | Balance Due | $7,922.40 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.            2388
Account No.            233.03
Page:  1

RE: TMTE, INC. vs. BENAVIDEZ

Duplicate

<u>Fees</u>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/2020 | DBS | CORRESPONDENCE FROM VARTAN (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CLIENTS (.1); TELEPHONE CONFERENCE WITH SETHI (.2) | 0.60 | 270.00 |
| 08/08/2020 | DBS | REVIEW MINUTE ORDER RE DISMISSAL (.2) | 0.20 | 90.00 |
| 08/09/2020 | DBS | DRAFT/REVISE NOTICE OF ENTRY (.2); SERVE SAME (.1); FILE SAME (.1) | 0.40 | 180.00 |
| | | For Current Services Rendered | 1.20 | 540.00 |

<u>Advances</u>

| | | | |
|---|---|---|---|
| 08/31/2020 | SCANS / COPIES | | 2.40 |
| | Total Advances | | 2.40 |
| | Total Current Work | | 542.40 |
| | Previous Balance | | $7,380.00 |
| | Balance Due | | $7,922.40 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | October 26, 2020 |
| Statement No. | 2564 |
| Account No. | 233.03 |
| Page: | 1 |

RE: TMTE, INC. vs. BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---|
| 07/24/2020 | ELECTRONIC FILING FEE RE STIPULATIONS AND ORDERS | 130.56 |
| 08/10/2020 | ELECTRONIC FILING FEE -NOTICE OF DISMISSAL; PROOF OF SERVICE | 7.26 |
| | Total Advances | 137.82 |
| | Total Current Work | 137.82 |
| | Previous Balance | $7,922.40 |
| | Finance Charge | 113.30 |
| | Balance Due | $8,173.52 |

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.        2655
Account No.        233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

| | |
|---|---|
| Previous Balance | $8,173.52 |
| Finance Charge | 115.27 |
| Balance Due | $8,288.79 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.                        2745
Account No.                       233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---:|
| 12/08/2020 | ELECTRONIC FILING FEE - NOTICE OF RULING ON TRIAL SETTING CONFERENCE | 7.26 |
| | Total Advances | 7.26 |
| | Total Current Work | 7.26 |
| | Previous Balance | $8,288.79 |
| | Finance Charge | 103.35 |
| | Balance Due | $8,399.40 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | January 26, 2021 |
| Statement No. | 2825 |
| Account No. | 233.03 |
| Page: | 1 |

RE: TMTE, INC. vs. BENAVIDEZ

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/08/2020 | DBS | DRAFT/REVISE NOTICE OF RULING (.3); FILE SAME (.1); CORRESPONDENCE FROM CLERK (.1) | 0.50 | 225.00 |
| | | For Current Services Rendered | 0.50 | 225.00 |
| | | Total Current Work | | 225.00 |
| | | Previous Balance | | $8,399.40 |
| | | Finance Charge | | 147.20 |
| | | Balance Due | | $8,771.60 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   February 23, 2021
Statement No.              2901
Account No.              233.03
Page:   1

RE: TMTE, INC. vs. BENAVIDEZ

| | |
|---|---:|
| Previous Balance | $8,771.60 |
| Finance Charge | 114.50 |
| Balance Due | $8,886.10 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3055 |
| Account No. | 233.03 |
| Page: | 1 |

RE: TMTE, INC. vs. BENAVIDEZ

| | |
|---|---|
| Previous Balance | $8,886.10 |
| Finance Charge | 118.59 |
| Balance Due | $9,004.69 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3215 |
| Account No. | 233.03 |
| Page: | 1 |

RE:  TMTE, INC. vs. BENAVIDEZ

| | |
|---|---|
| Previous Balance | $9,004.69 |
| Finance Charge | 147.22 |
| Balance Due | $9,151.91 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3295 |
| Account No. | 233.03 |
| Page: | 1 |

RE:  TMTE, INC. vs. BENAVIDEZ

| | |
|---|---|
| Previous Balance | $9,151.91 |
| Finance Charge | 114.50 |
| Balance Due | $9,266.41 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

**_All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid._**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3381 |
| Account No. | 233.03 |
| Page: | 1 |

RE: TMTE, INC. vs. BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---|
| 06/21/2021 | ELECTRONIC FILING FEE - STATUS REPORT RE RECEIVERSHIP | 7.26 |
| | Total Advances | 7.26 |
| | Total Current Work | 7.26 |
| | Previous Balance | $9,266.41 |
| | Finance Charge | 130.86 |
| | Balance Due | $9,404.53 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3466 |
| Account No. | 233.03 |
| Page: | 1 |

RE: TMTE, INC. vs. BENAVIDEZ

<u>Advances</u>

| | | |
|---|---|---:|
| 06/30/2021 | SCANS / COPIES | 2.00 |
| | Total Advances | 2.00 |
| | Total Current Work | 2.00 |
| | Previous Balance | $9,404.53 |
| | Finance Charge | 118.70 |
| | Balance Due | $9,525.23 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

**Exhibit H**

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,   S U I T E 1200
E N C I N O,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

February 27, 2019
Invoice No.        24252

For Professional Services Rendered Through:        January 31, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2019 | DBS | CORRESPONDENCE FROM SOOFI (.1); REVIEW CLIENT DOCUMENTS (.7) | 0.80 450.00/hr | 360.00 |
| 1/30/2019 | DBS | CORRESPONDENCE FROM RABEH (.1); CORRESPONDENCE FROM ADR SERVICES (.1); CORRESPONDENCE TO RABEH (.2) | 0.40 450.00/hr | 180.00 |
|  | | For professional services rendered | 1.20 | $540.00 |
|  | | Balance due | | $540.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JANUARY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

Exhibit H - Page 1

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

March 27, 2019
Invoice No.       24278

For Professional Services Rendered Through:    February 28, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2019 DBS | CORRESPONDENCE FROM SOOFI (.1);<br>CORRESPONDENCE FROM CHO (.2) | | 0.30<br>450.00/hr | 135.00 |
| 2/14/2019 DBS | CORRESPONDENCE FROM SOOFI (.2);<br>CORRESPONDENCE TO SOOFI N(.2);<br>CORRESPONDENCE FROM CHO (.2) | | 0.60<br>450.00/hr | 270.00 |
| 2/19/2019 DBS | CORRESPONDENCE FROM ADR SERVICES (.1) | | 0.10<br>450.00/hr | 45.00 |
| 2/21/2019 DBS | CORRESPONDENCE FROM ADR (.1);<br>CORRESPONDENCE FROM SOOFI (.1) | | 0.20<br>450.00/hr | 90.00 |
|  | For professional services rendered | | 1.20 | $540.00 |
|  | Previous balance | | | $540.00 |
| 3/14/2019 | Payment - thank you | | | ($540.00) |
|  | Total payments and adjustments | | | ($540.00) |

Exhibit H - Page 3

TMTE, INC.                                                    March 27, 2019
In Reference To:  TMTE, INC. vs KIRKPATRICK                        Page  2

|                | Amount   |
|----------------|----------|
| Balance due    | $540.00  |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **FEBRUARY 28, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B .   S P I T Z E R**

D A N I E L   B .   S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

April 30, 2019
Invoice No.       24307

For Professional Services Rendered Through:        March 31, 2019

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/13/2019 DBS | CORRESPONDENCE FROM CHO (.1) | 0.10<br>450.00/hr | 45.00 |
| 3/19/2019 DBS | CORRESPONDENCE FROM ADR (.1) | 0.10<br>450.00/hr | 45.00 |
| 3/20/2019 DBS | CORRESPONDENCE FROM RABEH (.1) | 0.10<br>450.00/hr | 45.00 |
| 3/21/2019 DBS | CORRESPONDENCE FROM REID (.2);<br>CORRESPONDENCE FROM CHO (.2);<br>CORRESPONDENCE TO SOOFI (.1) | 0.50<br>450.00/hr | 225.00 |
| | For professional services rendered | 0.80 | $360.00 |
| | Previous balance | | $540.00 |
| | Balance due | | $900.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MARCH 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B .   S P I T Z E R**

D A N I E L   B .   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D ,   S U I T E 1200
E N C I N O ,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                          May 24, 2019
LUCAS ASHER, PRESIDENT                Invoice No.       24339
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

For Professional Services Rendered Through:        April 30, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/4/2019 DBS | CORRESPONDENCE FROM REID(.4); CORRESPONDENCE FROM RABEH (.2); CORRESPONDENCE TO REID (.2); CORRESPONDENCE FROM CHO (.1) | 0.90 450.00/hr | 405.00 |
| 4/8/2019 DBS | TELEPHONE CONVERSATION(S) WITH COLIN REID (.5) | 0.50 450.00/hr | 225.00 |
| 4/9/2019 DBS | CORRESPONDENCE TO CONOR (.1) | 0.10 450.00/hr | 45.00 |
| 4/18/2019 DBS | TELEPHONE CONVERSATION(S) WITH SOOFI (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.2); REVIEW DOCUMENTS RECEIVED (.5) | 0.90 450.00/hr | 405.00 |
| 4/23/2019 DBS | TELEPHONE CONVERSATION(S) WITH REID (.4); REVIEW FILE (.4); TELEPHONE CONVERSATION(S) WITH CONOR (.2); CORRESPONDENCE TO CONOR (.2) | 1.20 450.00/hr | 540.00 |

TMTE, INC.                                                                                    May 24, 2019
 In Reference To:  TMTE, INC. vs KIRKPATRICK                                    Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2019 | DBS | REVIEW DOCUMENTS RECEIVED (.4); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 0.60 450.00/hr | 270.00 |
| 4/29/2019 | DBS | TELEPHONE CONVERSATION(S) WITH REID (.3); CORRESPONDENCE FROM REID (.1); CORRESPONDENCE FROM ADR SERVICES (.1); CORRESPONDENCE TO REID (.1) | 0.60 450.00/hr | 270.00 |
|  |  | For professional services rendered | 4.80 | $2,160.00 |
|  |  | Previous balance |  | $900.00 |
| 5/2/2019 |  | Payment - thank you |  | ($900.00) |
|  |  | Total payments and adjustments |  | ($900.00) |
|  |  | Balance due |  | $2,160.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **APRIL 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                          June 30, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.      24373
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

For Professional Services Rendered Through:        May 31, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2019  DBS | TELEPHONE CONVERSATION(S) WITH REID (.4) | 0.40 450.00/hr | 180.00 |
| 5/2/2019  DBS | TELEPHONE CONVERSATION(S) WITH REID (.3); CORRESPONDENCE FROM REID (.1); CORRESPONDENCE FROM SOOFI (.1) | 0.50 450.00/hr | 225.00 |
| 5/3/2019  DBS | CORRESPONDENCE FROM CHO (.1); REVIEW INITIATION PACKET (.2) | 0.30 450.00/hr | 135.00 |
| 5/4/2019  DBS | TELEPHONE CONVERSATION(S) WITH REID (.3) | 0.30 450.00/hr | 135.00 |
| 5/13/2019  DBS | CORRESPONDENCE FROM KIM (.1); REVIEW DISCLOSURE LETTER (.2) | 0.30 450.00/hr | 135.00 |
| 5/14/2019  DBS | CORRESPONDENCE FROM ADR SERVICES (.2); CORRESPONDENCE TO ADR SERVICES (.2); CORRESPONDENCE FROM REID (.1); CORRESPONDENCE FROM WOO (.2) | 0.70 450.00/hr | 315.00 |

Exhibit H - Page 9

TMTE, INC.                                                                June 30, 2019
In Reference To:  TMTE, INC. vs KIRKPATRICK                               Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2019 | DBS | TELEPHONE CONVERSATION(S) WITH COLIN (.2) | 0.20 450.00/hr | 90.00 |
| 5/19/2019 | DBS | CORRESPONDENCE FROM ADR SERVICES RE DISCLOSURES, CONFERENCE (.2) | 0.20 450.00/hr | 90.00 |
| 5/21/2019 | DBS | TELEPHONE CONVERSATION(S) WITH ADR SERVICES (.3); CORRESPONDENCE FROM WOO (.1) | 0.40 450.00/hr | 180.00 |
| 5/23/2019 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 450.00/hr | 90.00 |
| 5/24/2019 | DBS | CORRESPONDENCE FROM ADR SERVICES RE TELEPHONE CONFERENCE (.2) | 0.20 450.00/hr | 90.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 3.70 | $1,665.00 |

Additional Charges :

| | | |
|---|---|---|
| 5/31/2019 COPIES/SCANS | | 2.40 |

| | |
|---|---|
| Total costs | $2.40 |

| | |
|---|---|
| Total amount of this bill | $1,667.40 |
| Previous balance | $2,160.00 |
| 5/29/2019 Payment - thank you | ($2,160.00) |

| | |
|---|---|
| Total payments and adjustments | ($2,160.00) |

| | |
|---|---|
| Balance due | $1,667.40 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MAY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                                July 30, 2019
LUCAS ASHER, PRESIDENT                          Invoice No.       24406
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

For Professional Services Rendered Through:          June 30, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/5/2019 DBS | CORRESPONDENCE FROM ADR SERVICES (.2); CORRESPONDENCE TO CONOR (.1) | 0.30 450.00/hr | 135.00 |
| 6/12/2019 DBS | CORRESPONDENCE FROM REID (.1); TELEPHONE CONVERSATION(S) WITH REID (.2) | 0.30 450.00/hr | 135.00 |
| 6/14/2019 DBS | CORRESPONDENCE FROM SIMON (.1); CORRESPONDENCE TO SIMON (.1); TELEPHONE CONVERSATION(S) WITH REID (.4); CORRESPONDENCE TO CLIENT (.4) | 1.00 450.00/hr | 450.00 |
| 6/18/2019 DBS | TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 0.20 450.00/hr | 90.00 |
| 6/26/2019 DBS | REVIEW FILE (.2); TELEPHONE CONVERSATION(S) WITH JUDGE MILLER, REID (1.1); CORRESPONDENCE FROM REID (.2); REVIEW ANSWER, COUNTER-CLAIM (.3); CORRESPONDENCE FROM KIM (.1); REVIEW ARBITRATION CASE MANAGEMENT ORDER (.2); CORRESPONDENCE FROM PINTER (.1); | 2.40 450.00/hr | 1,080.00 |

TMTE, INC.                                                          July 30, 2019
In Reference To:  TMTE, INC. vs KIRKPATRICK                          Page  2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | REVIEW HEARING NOTICE (.1);<br>CORRESPONDENCE TO REID (.1) | | |
| 6/27/2019 | DBS | CORRESPONDENCE TO CONOR (.1); REVIEW<br>ARBITRATION INITIATION, CASE ORDERS,<br>COUNTERCLAIM, DISCLOSURES (.4); REVIEW<br>CASE MANAGEMENT ORDERS (.2);<br>CORRESPONDENCE FROM ADR SERVICES (.1) | 0.80<br>450.00/hr | 360.00 |
| | | For professional services rendered | 5.00 | $2,250.00 |
| | | Previous balance | | $1,667.40 |
| 7/17/2019 | | Payment - thank you - RE ARBITRATION FEE | | ($2,550.00) |
| | | Total payments and adjustments | | ($2,550.00) |
| | | Balance due | | $1,367.40 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JUNE 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE*
*CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L   B.   S P I T Z E R**

D A N I E L   B.   S P I T Z E R

16311  V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.                                                       August 23, 2019
LUCAS ASHER, PRESIDENT                        Invoice No.      24437
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

For Professional Services Rendered Through:        July 31, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/3/2019 DBS | TELEPHONE CONVERSATION(S) WITH REID (.2) | 0.20 450.00/hr | 90.00 |
| 7/11/2019 DBS | CORRESPONDENCE FROM ADR SERVICES (.1); REVIEW FINAL STATUS CONFERENCE PROCEDURES (.2) | 0.30 450.00/hr | 135.00 |
| 7/15/2019 DBS | CORRESPONDENCE FROM REID (.1); CORRESPONDENCE FROM PREONAS (.1); CORRESPONDENCE FROM KIM (.2); CORRESPONDENCE TO KIM (.1); DRAFT/REVISE FIRST AMENDED ARBITRATION DEMAND (1.3); TELEPHONE CONVERSATION(S) WITH REID (.4); CORRESPONDENCE TO CLIENTS (.2) | 2.40 450.00/hr | 1,080.00 |
|  | For professional services rendered | 2.90 | $1,305.00 |

TMTE, INC.                                                                    August 23, 2019
 In Reference To:  TMTE, INC. vs KIRKPATRICK                                      Page  2


      Additional Charges :

|  | Amount |
|---|---|
| 7/11/2019 MISCELLANEOUS CHARGES - TO ADR SERVICES RE 50% ARBITRATION FEE | 2,900.00 |
| 7/31/2019 COPIES/SCANS | 2.20 |
| Total costs | $2,902.20 |
| Total amount of this bill | $4,207.20 |
| Previous balance | $1,367.40 |
| 7/26/2019 Payment - thank you | ($1,667.40) |
| Total payments and adjustments | ($1,667.40) |
| Balance due | $3,907.20 |


THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JULY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311  V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.                                                           September 25, 2019
LUCAS ASHER, PRESIDENT                              Invoice No.        24470
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

For Professional Services Rendered Through:        August 31, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/18/2019 | DBS | REVIEW JUDGE MILLER'S FINAL STATUS CONFERENCE REQUIREMENTS (.3) | 0.30 450.00/hr | 135.00 |
|  |  | For professional services rendered | 0.30 | $135.00 |
|  |  | Additional Charges : |  |  |
| 7/15/2019 |  | OVERNIGHT MAIL - TO HONORABLE RITA MILLER, RETIRED - ADR SERVICES |  | 39.99 |
|  |  | Total costs |  | $39.99 |
|  |  | Total amount of this bill |  | $174.99 |
|  |  | Previous balance |  | $3,907.20 |
| 9/3/2019 |  | Payment - thank you |  | ($3,907.20) |
|  |  | Total payments and adjustments |  | ($3,907.20) |

TMTE, INC.
September 25, 2019
In Reference To:  TMTE, INC. vs KIRKPATRICK
Page  2

|  | Amount |
|---|---|
| Balance due | $174.99 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **AUGUST 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L  B.  S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

October 31, 2019
Invoice No.      24495

For Professional Services Rendered Through: September 30, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/10/2019 DBS | PREPARE FOR, APPEARANCE AT CASE MANAGEMENT CONFERENCE (.9); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 1.10<br>450.00/hr | 495.00 |
| 9/11/2019 DBS | CORRESPONDENCE FROM OSMANIAN RE SCHEDULING ORDER (.2) | 0.20<br>450.00/hr | 90.00 |
| 9/18/2019 DBS | CORRESPONDENCE FROM ADR SERVICES (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.20<br>450.00/hr | 90.00 |
| | For professional services rendered | 1.50 | $675.00 |
| | Previous balance | | $174.99 |
| | Balance due | | $849.99 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **SEPTEMBER 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                    November 25, 2019
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 901210

For Professional Services Rendered Through:     October 31, 2019

_____

In Reference To:  TMTE, INC. vs KIRKPATRICK

|  | Amount |
|---|---|
| Previous balance | $849.99 |
| 11/13/2019 Payment - thank you | ($174.99) |
| Total payments and adjustments | ($174.99) |
| Balance due | $675.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **OCTOBER 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:  December 23, 2019
Statement No.            436
Account No.            233.06
Page:   1

RE: TMTE, INC. vs KIRKPATRICK

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/25/2019 | DBS | CORRESPONDENCE FROM ZENGA (.1); REVIEW DISCOVERY REQUESTS (.3) | 0.40 | 180.00 |
| | | For Current Services Rendered | 0.40 | 180.00 |
| | | Total Current Work | | 180.00 |
| | | Previous Balance | | $675.00 |
| | | Balance Due | | $855.00 |

This statement reflects new fees through **11/30/2019** and costs through **12/23/2019**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | January 29, 2020 |
| Statement No. | 724 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/02/2019 | DBS | REVIEW DISCOVERY REQUESTS (.4) | 0.40 | 180.00 |
| 12/06/2019 | DBS | CORRESPONDENCE TO CONOR (.2) | 0.20 | 90.00 |
| 12/09/2019 | DBS | TELEPHONE CONFERENCE WITH CONOR (.1) | 0.10 | 45.00 |
| 12/11/2019 | DBS | TELEPHONE CONFERENCE WITH PREONAS (.1); CORRESPONDENCE FROM PREONAS (.1); DRAFT/REVISE DISCOVERY RESPONSES (.6); CORRESPONDENCE TO PREONAS (.2) | 1.00 | 450.00 |
| 12/16/2019 | DBS | TELEPHONE CONFERENCE WITH CONOR (.3); CORRESPONDENCE FROM CONOR RE KIRKPATRICK DOCUMENTS (1.2) | 1.50 | 675.00 |
| 12/22/2019 | DBS | CORRESPONDENCE TO CONOR (.1); DRAFT/REVISE DISCOVERY RESPONSES (3.1) | 3.20 | 1,440.00 |
| 12/23/2019 | DBS | DRAFT/REVISE DISCOVERY REQUESTS (3.7) | 3.70 | 1,665.00 |
| 12/24/2019 | DBS | DRAFT/REVISE DISCOVERY REQUESTS (2.7); CORRESPONDENCE TO PREONAS (.1) | 2.80 | 1,260.00 |
| 12/26/2019 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE TO PREONAS (.1); REVIEW EXHIBITS, PREPARE DOCUMENT PRODUCTION (.5) | 0.90 | 405.00 |
| | | For Current Services Rendered | 13.80 | 6,210.00 |
| | | Total Current Work | | 6,210.00 |
| | | Previous Balance | | $855.00 |
| | | Balance Due | | $7,065.00 |

TMTE, INC.                                                    Statement Date: 01/29/2020
Account No.       233.06                                      Statement No.          724
RE:  TMTE, INC. vs KIRKPATRICK                               Page No.                 2

This statement reflects new fees through **12/31/2019** and costs through
**01/29/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | February 28, 2020 |
| Statement No. | 1291 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 01/09/2020 | DBS | REVIEW ARBITRATION ORDER (.2) | 0.20 | 90.00 |
| 01/21/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); CORRESPONDENCE TO PREONAS (.1) | 0.20 | 90.00 |
| 01/25/2020 | DBS | CORRESPONDENCE FROM CLIENT RE SACHS CORRESPONDENCE (.5) | 0.50 | 225.00 |
| 01/29/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); CORRESPONDENCE TO PREONAS (.1) | 0.20 | 90.00 |
| 01/30/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); TELEPHONE CONFERENCE WITH PREONAS (.2) | 0.30 | 135.00 |
| | | For Current Services Rendered | 1.40 | 630.00 |

### Advances

| | | | |
|---|---|---|---|
| 01/27/2020 | | SCANS / COPIES | 37.60 |
| 01/31/2020 | | SCANS / COPIES | 0.80 |
| | | Total Advances | 38.40 |
| | | Total Current Work | 668.40 |
| | | Previous Balance | $7,065.00 |
| | | Balance Due | $7,733.40 |

This statement reflects new fees through **01/31/2020** and costs through **02/28/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

**D A N I E L  B.  S P I T Z E R**

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

| | |
|---|---|
| TMTE, INC. | Statement Date:  March 30, 2020 |
| LUCAS ASHER, PRESIDENT | Statement No.  1430 |
| 433 N. CAMDEN DRIVE, SUITE 970 | Account No.  233.06 |
| BEVERLY HILLS, CA   901210 | Page:  1 |

RE: TMTE, INC. vs KIRKPATRICK

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/06/2020 | DBS | CORRESPONDENCE FROM PREONAS (.2); REVIEW KIRKPATRICK DISCOVERY RESPONSES, DOCUMENTS PRODUCED (.5); CORRESPONDENCE FROM CONOR (.1) | 0.80 | 360.00 |
| 02/16/2020 | DBS | CORRESPONDENCE FROM BATASHVILI (.1); REVIEW KIRKPATRICK DISCOVERY RESPONSES, DOCUMENTS PRODUCED (.8); CORRESPONDENCE TO CONOR (.2); CORRESPONDENCE TO SIMON (.1) | 1.20 | 540.00 |
| 02/21/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); REVIEW SUPPLEMENTAL DISCOVERY (.3) | 0.40 | 180.00 |
| 02/24/2020 | DBS | REVIEW NOTICE OF DEPOSITION (.1); REVIEW DISCOVERY REQUESTS (.2) | 0.30 | 135.00 |
| 02/26/2020 | DBS | CORRESPONDENCE TO CONOR (.2); REVIEW NOTICES OF DEPOSITION (.3) | 0.50 | 225.00 |
| 02/28/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 3.40 | 1,530.00 |

<div align="center">Advances</div>

| | | | |
|---|---|---|---|
| 02/29/2020 | SCANS / COPIES | | 13.00 |
| | Total Advances | | 13.00 |
| | Total Current Work | | 1,543.00 |
| | Previous Balance | | $7,733.40 |
| | Balance Due | | $9,276.40 |

Exhibit H - Page 25

TMTE, INC.                                                            Statement Date: 03/30/2020
Account No.        233.06                                            Statement No.        1430
RE:  TMTE, INC. vs KIRKPATRICK                                      Page No.                  2

This statement reflects new fees through **02/29/2020** and costs through **03/30/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.com

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:    April 26, 2020
Statement No.              1705
Account No.            233.06
Page:   1

RE: TMTE, INC. vs KIRKPATRICK

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/02/2020 | DBS | DRAFT/REVISE NOTICE OF KIRKPATRICK DEPOSITION (.4) | 0.40 | 180.00 |
| 03/03/2020 | DBS | CORRESPONDENCE TO PREONAS (.3); TELEPHONE CONFERENCE WITH CONOR (.4); REVIEW SUPPLEMENTAL DISCOVERY REQUESTS (.4); CORRESPONDENCE FROM PREONAS (.1); CORRESPONDENCE FROM LUCAS (.1); CORRESPONDENCE FROM STEARNS (.1); DRAFT/REVISE OBJECTIONS TO KIRKPATRICK DISCOVERY (.8) | 2.20 | 990.00 |
| 03/04/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CLIENTS (.4); REVIEW DEPOSITION NOTICES (.3); TELEPHONE CONFERENCE WITH CONOR (.3); TELEPHONE CONFERENCE WITH PREONAS (.3) | 1.40 | 630.00 |
| 03/06/2020 | DBS | REVIEW PERSON MOST KNOWLEDGEABLE DEPOSITION NOTICE (.1); CORRESPONDENCE TO CONOR (.1); TELEPHONE CONFERENCE WITH CONOR (.3) | 0.50 | 225.00 |
| 03/09/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.2); TELEPHONE CONFERENCE WITH PREONAS (.6); DRAFT/REVISE OBJECTIONS TO DEPOSITION NOTICES (2.4); CORRESPONDENCE TO PREONAS (.1) | 3.30 | 1,485.00 |
| 03/10/2020 | DBS | TELEPHONE CONFERENCE WITH PREONAS (.6); CORRESPONDENCE TO CONOR (.2) | 0.80 | 360.00 |
| 03/11/2020 | DBS | CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE TO CONOR (.2); TELEPHONE CONFERENCE WITH CONOR (.4); REVIEW CLIENT DOCUMENTS (.6); TELEPHONE CONFERENCE WITH SACHS (.2) | 1.60 | 720.00 |
| 03/12/2020 | DBS | TELEPHONE CONFERENCE WITH CONOR (.4); CORRESPONDENCE FROM CONOR (.4); REVIEW LIQUIDATION INVOICES (.3); REVIEW FILE (.9); DRAFT/REVISE MEMO RE CASE STATUS (2.2); CORRESPONDENCE TO SACHS (.2); TELEPHONE CONFERENCE WITH SACHS (1.1); DRAFT/REVISE DISCOVERY RESPONSES (.9) | 6.40 | 2,880.00 |

TMTE, INC.
Account No.         233.06
RE:  TMTE, INC. vs KIRKPATRICK

Statement Date: 04/26/2020
Statement No.              1705
Page No.                          2

| Date | | Description | Hours | Amount |
|------|---|-----------|-------|--------|
| 03/13/2020 | DBS | CORRESPONDENCE FROM STEARNS (.1); CORRESPONDENCE TO STEARNS (.1); DRAFT/REVISE DEPOSITION SUBPOENA TO HARTFORD (1.2) | 1.40 | 630.00 |
| 03/14/2020 | DBS | REVIEW FILE (1.3); CORRESPONDENCE TO CLIENT (1.4) | 2.70 | 1,215.00 |
| 03/15/2020 | DBS | DRAFT/REVISE DEPOSITION SUBPOENA TO STRATA, NEW DIRECTION, HARTFORD (1.2) | 1.20 | 540.00 |
| 03/16/2020 | DBS | TELEPHONE CONFERENCE WITH PREONAS (.8); CORRESPONDENCE FROM PREONAS (.2); CORRESPONDENCE TO PREONAS (.4); TELEPHONE CONFERENCE WITH PREONAS (.3); REVIEW FILE (.7); PREPARE SUPPLEMENTAL PRODUCTION (.7); TELEPHONE CONFERENCE WITH CONOR (.3); DRAFT/REVISE DEPOSITION SUBPOENA TO STRATA (.3); TELEPHONE CONFERENCE WITH STRATA (.4); TELEPHONE CONFERENCE WITH NEW DIRECTION (.4); DRAFT/REVISE DEPOSITION SUBPOENA (.6); CORRESPONDENCE TO CONOR (.5); TELEPHONE CONFERENCE WITH KANSAS AG (.3); CORRESPONDENCE TO WOO (.3); CORRESPONDENCE FROM PROCESS SERVER RE HARTFORD (.1); CORRESPONDENCE TO STRATA (.3) | 6.60 | 2,970.00 |
| 03/18/2020 | DBS | CORRESPONDENCE FROM ADRS (.3); CORRESPONDENCE FROM PREONAS (.1) | 0.40 | 180.00 |
| 03/23/2020 | DBS | CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO COHEN (.2) | 0.40 | 180.00 |
| 03/24/2020 | DBS | DRAFT/REVISE CORRESPONDENCE TO PREONAS (1.9); REVIEW FILE (.9); CORRESPONDENCE TO CONOR (.1); CORRESPONDENCE FROM CONOR (.2) | 3.10 | 1,395.00 |
| 03/25/2020 | DBS | CORRESPONDENCE FROM KIM (.2); CORRESPONDENCE TO KIM (.2) | 0.40 | 180.00 |
| 03/26/2020 | DBS | CORRESPONDENCE FROM CONOR (.1); CORRESPONDENCE TO CLIENTS (.2); CORRESPONDENCE FROM CLIENTS (.1); CORRESPONDENCE FROM STRATA COUNSEL (.1); CORRESPONDENCE TO PREONAS (2.5); REVIEW FILE (.7) | 3.70 | 1,665.00 |
| 03/27/2020 | DBS | TELEPHONE CONFERENCE WITH JUDGE MILLER AND PREONAS (.4) | 0.40 | 180.00 |
| | | For Current Services Rendered | 36.90 | 16,605.00 |

<u>Advances</u>

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/02/2020 | OVERNIGHT MAIL - FEDEX TO STEPHEN PREONAS, ESQ. | | 21.28 |
| 03/09/2020 | OVERNIGHT MAIL - KATZOFF & RIGGS, LLP | | 32.97 |
| 03/09/2020 | ONLINE RESEARCH | | 20.13 |
| 03/17/2020 | OVERNIGHT MAIL - COMPLIANCE TEAM - STRATA TRUST COMPANY | | 31.75 |

TMTE, INC.                                                  Statement Date: 04/26/2020
Account No.        233.06                                        Statement No.        1705
RE:  TMTE, INC. vs KIRKPATRICK                                   Page No.                3

| 03/31/2020 | SCANS / COPIES | 24.00 |
| | Total Advances | 130.13 |
| | | |
| | Total Current Work | 16,735.13 |
| | | |
| | Previous Balance | $9,276.40 |
| | | |
| | Balance Due | $26,011.53 |

This statement reflects new fees through **03/31/2020** and costs through **04/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | May 26, 2020 |
| Statement No. | 1836 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/01/2020 | DBS | CORRESPONDENCE FROM JAMS (.2) | | 0.20 |
| 04/02/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO CLIENTS (.2) | 0.40 | 180.00 |
| 04/06/2020 | DBS | CORRESPONDENCE FROM COHEN (.2); CORRESPONDENCE TO COHEN (.2) | 0.40 | 180.00 |
| 04/07/2020 | DBS | CORRESPONDENCE FROM COHEN (.2); REVIEW OBJECTIONS (.2) | 0.40 | 180.00 |
| 04/16/2020 | DBS | REVIEW NOTICE OF HEARINGS (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 1.40 | 630.20 |
| | | Total Current Work | | 630.20 |
| | | Previous Balance | | $26,011.53 |
| | | Balance Due | | $26,641.73 |

This statement reflects new fees through **04/30/2020** and costs through **05/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | June 28, 2020 |
| Statement No. | 1965 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

Previous Balance                                                                    $26,641.73

Balance Due                                                                         $26,641.73

This statement reflects new fees through **05/31/2020** and costs through **06/28/2020**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B. S P I T Z E R

D A N I E L  B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:     July 21, 2020
Statement No.              2054
Account No.             233.06
Page:   1

RE:  TMTE, INC. vs KIRKPATRICK

|  | |
|---|---|
| Previous Balance | $26,641.73 |
| Balance Due | $26,641.73 |

This statement reflects new fees through **06/30/2020** and costs through
**07/21/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | August 26, 2020 |
| Statement No. | 2222 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/14/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2); CORRESPONDENCE TO CLIENTS (.2) | 0.40 | 180.00 |
| 07/28/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 | 90.00 |
| 07/30/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); REVIEW EXPERT DEMANDS (.2) | 0.30 | 135.00 |
| | | For Current Services Rendered | 0.90 | 405.00 |
| | | Total Current Work | | 405.00 |
| | | Previous Balance | | $26,641.73 |

### Payments

| | | | |
|---|---|---|---|
| 07/27/2020 | PAYMENT - THANK YOU! | | -1,115.55 |
| | Balance Due | | $25,931.18 |

This statement reflects new fees through **07/31/2020** and costs through **08/26/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date: September 27, 2020
Statement No.                     2392
Account No.                   233.06
Page:   1

RE: TMTE, INC. vs KIRKPATRICK

<div align="center">Fees</div>

|            |     |                                                                                                                      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/01/2020 | DBS | REVIEW DEMAND FOR EXPERT EXCHANGE (.2)                                                                                | 0.20  | 90.00    |
| 08/12/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); TELEPHONE CONFERENCE WITH PREONAS (.4); REVIEW FILE (.4); CORRESPONDENCE TO PREONAS (.2) | 1.10  | 495.00   |
| 08/13/2020 | DBS | CORRESPONDENCE FROM PREONAS (.3); CORRESPONDENCE TO CLIENTS (.1); REVIEW FILE (.3)                                    | 0.70  | 315.00   |
| 08/17/2020 | DBS | CORRESPONDENCE FROM ADRS (.1); CORRESPONDENCE TO CLIENTS (.1)                                                         | 0.20  | 90.00    |
| 08/19/2020 | DBS | CORRESPONDENCE FROM PREONAS (.1); REVIEW NOTICES OF DEPOSITION (.3)                                                   | 0.40  | 180.00   |
| 08/21/2020 | DBS | CORRESPONDENCE TO PREONAS (.2)                                                                                        | 0.20  | 90.00    |
| 08/24/2020 | DBS | CORRESPONDENCE FROM PREONAS (.2); CORRESPONDENCE TO PREONAS (.2)                                                      | 0.40  | 180.00   |
| 08/25/2020 | DBS | CORRESPONDENCE FROM PREONAS (.2); CORRESPONDENCE TO PREONAS (.1)                                                      | 0.30  | 135.00   |
| 08/26/2020 | DBS | TELEPHONE CONFERENCE WITH PREONAS (.2)                                                                                | 0.20  | 90.00    |
|            |     | For Current Services Rendered                                                                                         | 3.70  | 1,665.00 |

<div align="center">Advances</div>

| 08/31/2020 | SCANS / COPIES | 5.00 |
|------------|----------------|------|
|            | Total Advances | 5.00 |

|                     |            |
|---------------------|------------|
| Total Current Work  | 1,670.00   |
| Previous Balance    | $25,931.18 |
| Balance Due         | $27,601.18 |

TMTE, INC.                                          Statement Date: 09/27/2020
Account No.        233.06                           Statement No.          2392
RE:  TMTE, INC. vs KIRKPATRICK                      Page No.                  2

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B . S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:    October 26, 2020
Statement No.                      2568
Account No.                    233.06
Page:   1

RE: TMTE, INC. vs KIRKPATRICK

<div align="center">Fees</div>

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 09/03/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO CLIENT (.2); TELEPHONE CONFERENCE WITH PREONAS (.2); CORRESPONDENCE TO PREONAS (.4); CORRESPONDENCE FROM PREONAS (.3);  CORRESPONDENCE TO CLIENTS (.2) | 1.50 | 675.00 |
| 09/04/2020 | DBS | TELEPHONE CONFERENCE WITH PREONAS, ADR (.4) | 0.40 | 180.00 |
| 09/08/2020 | DBS | TELEPHONE CONFERENCE WITH KIM (.3); CORRESPONDENCE FROM KIM (.1); CORRESPONDENCE FROM ADRS RE NOTICE OF HEARING (.1); TELEPHONE CONFERENCE WITH PREONAS (.4); TELEPHONE CONFERENCE WITH ADR (.2) | 1.10 | 495.00 |
| 09/09/2020 | DBS | CORRESPONDENCE FROM ADRS RE HEARING (.2) | 0.20 | 90.00 |
| 09/10/2020 | DBS | CORRESPONDENCE FROM ADRS RE CONTINUED DATES (.3); CORRESPONDENCE FROM ADRS RE INVOICING (.2); TELEPHONE CONFERENCE WITH JUDGE MILLER, PREONAS (.8); CORRESPONDENCE TO CLIENT (.2) | 1.50 | 675.00 |
| 09/22/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.20 | 90.00 |
| | | For Current Services Rendered | 5.00 | 2,250.00 |
| | | Total Current Work | | 2,250.00 |
| | | Previous Balance | | $27,601.18 |
| | | Finance Charge | | 394.73 |
| | | Balance Due | | $30,245.91 |

TMTE, INC.                                              Statement Date: 10/26/2020
Account No.        233.06                               Statement No.          2568
RE:  TMTE, INC. vs KIRKPATRICK                          Page No.                   2

This statement reflects new fees through **09/30/2020** and costs through
**10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:  November 24, 2020
Statement No.                      2659
Account No.                      233.06
Page:   1

RE: TMTE, INC. vs KIRKPATRICK

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/02/2020 | DBS | DRAFT/REVISE NOTICE OF STAY (.2); SERVE SAME (.1); CORRESPONDENCE TO MOO (.1) | 0.40 | 180.00 |
| 10/06/2020 | DBS | CORRESPONDENCE FROM WOO (.2) | 0.20 | 90.00 |
| 10/08/2020 | DBS | CORRESPONDENCE FROM ADRS (.1); CORRESPONDENCE TO ADRS (.1) | 0.20 | 90.00 |
| 10/27/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.90 | 405.00 |
| | | Total Current Work | | 405.00 |
| | | Previous Balance | | $30,245.91 |
| | | Finance Charge | | 426.91 |
| | | Balance Due | | $31,077.82 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | December 20, 2020 |
| Statement No. | 2749 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/16/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.10 | 45.00 |
| | | Total Current Work | | 45.00 |
| | | Previous Balance | | $31,077.82 |
| | | Finance Charge | | 387.94 |
| | | Balance Due | | $31,510.76 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL  dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA  901210

Statement Date:   January 26, 2021
Statement No.   2829
Account No.   233.06
Page:  1

RE: TMTE, INC. vs KIRKPATRICK

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/02/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.10 | 45.00 |
| | | Total Current Work | | 45.00 |
| | | Previous Balance | | $31,510.76 |
| | | Finance Charge | | 552.89 |
| | | Balance Due | | $32,108.65 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:   February 23, 2021
Statement No.            2905
Account No.            233.06
Page:   1

RE:  TMTE, INC. vs KIRKPATRICK

| | |
|---|---|
| Previous Balance | $32,108.65 |
| Finance Charge | 419.03 |
| Balance Due | $32,527.68 |

This statement reflects new fees through **01/31/2021** and costs through
**02/23/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

Exhibit H - Page 41

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3059 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

| | |
|---|---|
| Previous Balance | $32,527.68 |
| Finance Charge | 433.99 |
| Balance Due | $32,961.67 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3219 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

<u>Expenses</u>

| | | |
|---|---|---:|
| 04/06/2021 | ADR SERVICES, INC | 525.00 |
| | Total Expenses | 525.00 |
| | Total Current Work | 525.00 |
| | Previous Balance | $32,961.67 |
| | Finance Charge | 538.75 |
| | Balance Due | $34,025.42 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

Statement Date:     May 27, 2021
Statement No.                3299
Account No.               233.06
Page:   1

RE: TMTE, INC. vs KIRKPATRICK

| | |
|---|---:|
| Previous Balance | $34,025.42 |
| Finance Charge | 426.28 |
| Balance Due | $34,451.70 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit H - Page 44

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3385 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

| | |
|---|---|
| Previous Balance | $34,451.70 |
| Finance Charge | 487.17 |
| Balance Due | $34,938.87 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3385 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK                                    Duplicate

| | |
|---|---|
| Previous Balance | $34,451.70 |
| Finance Charge | 487.17 |
| Balance Due | $34,938.87 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   901210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3470 |
| Account No. | 233.06 |
| Page: | 1 |

RE: TMTE, INC. vs KIRKPATRICK

| | |
|---|---|
| Previous Balance | $34,938.87 |
| Finance Charge | 441.50 |
| Balance Due | $35,380.37 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

# Exhibit I

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D ,   S U I T E  1200
E N C I N O ,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, P RESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

May 24, 2019
Invoice No.      24343

For Professional Services Rendered Through:      April 30, 2019

_____

In Reference To:  TMTE, INC vs SPELLANE

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/19/2019  DBS | CORRESPONDENCE FROM SOOFI (.2) | 0.20<br>450.00/hr | 90.00 |
| 4/22/2019  DBS | CORRESPONDENCE FROM KRAMER (.1);<br>CORRESPONDENCE FROM CONOR (.1) | 0.20<br>450.00/hr | 90.00 |
| 4/24/2019  DBS | CORRESPONDENCE FROM SOOFI (.1);<br>REVIEW DOCUMENTS RECEIVED FROM<br>SOOFI (.5); CORRESPONDENCE FROM FARAG<br>(.1) | 0.70<br>450.00/hr | 315.00 |
| | For professional services rendered | 1.10 | $495.00 |
| | Balance due | | $495.00 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **APRIL 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

Exhibit I - Page 1

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

Exhibit I - Page 2

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,   S U I T E  1200
E N C I N O,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, P RESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

June 30, 2019
Invoice No.      24376

For Professional Services Rendered Through:      May 31, 2019

_____

In Reference To:  TMTE, INC vs SPELLANE

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/2019 DBS | CORRESPONDENCE FROM KRAMER (.2); CORRESPONDENCE TO KRAMER (.1); CORRESPONDENCE FROM CONOR (.2); CORRESPONDENCE FROM FIELDS (.2); CORRESPONDENCE TO FIELDS (.1); CORRESPONDENCE TO CONOR (.1); REVIEW DISCOVERY (.4) | 1.30 450.00/hr | 585.00 |
| 5/8/2019 DBS | REVIEW PLEADINGS, PRIOR DISCOVERY (.5) | 0.50 450.00/hr | 225.00 |
| 5/13/2019 DBS | CORRESPONDENCE FROM COURTCALL (.1); CORRESPONDENCE TO COUNSEL (.1) | 0.20 450.00/hr | 90.00 |
| 5/14/2019 DBS | CORRESPONDENCE TO DUVAN (.3) | 0.30 450.00/hr | 135.00 |
| 5/20/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (1.9) | 1.90 450.00/hr | 855.00 |

Exhibit I - Page 3

TMTE, INC.                                                      June 30, 2019

In Reference To:  TMTE, INC vs SPELLANE                             Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/26/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (4.3); CORRESPONDENCE TO CLIENT (.1) | 4.40 450.00/hr | 1,980.00 |
| 5/27/2019 DBS | CORRESPONDENCE FROM CONOR (.2); TELEPHONE CONVERSATION(S) WITH CONOR (.2); REVIEW DOCUMENTS RECEIVED FROM CLIENT RE SPELLANE (.5); DRAFT/REVISE DISCOVERY RESPONSES (2.4); CORRESPONDENCE TO CLIENT (.2) | 3.50 450.00/hr | 1,575.00 |
| 5/28/2019 DBS | DRAFT/REVISE DISCOVERY RESPONSES (1.4) | 1.40 450.00/hr | 630.00 |
| 5/29/2019 DBS | REVIEW ANSWER TO CROSS-COMPLAINT (.2); CORRESPONDENCE FROM ONE LEGAL (.1) | 0.30 450.00/hr | 135.00 |
| | For professional services rendered | 13.80 | $6,210.00 |
| | Additional Charges : | | |
| 5/31/2019 | COPIES/SCANS | | 21.60 |
| | Total costs | | $21.60 |
| | Total amount of this bill | | $6,231.60 |
| | Previous balance | | $495.00 |
| 5/29/2019 | Payment - thank you | | ($495.00) |
| | Total payments and adjustments | | ($495.00) |
| | Balance due | | $6,231.60 |

Exhibit I - Page 4

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **MAY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE*
*CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

Exhibit I - Page 5

LAW OFFICES OF

# D A N I E L   B.   S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 V E N T U R A   B O U L E V A R D,   S U I T E   1200
E N C I N O,   C A L I F O R N I A   91436 - 2152
T E L E P H O N E   (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                         July 30, 2019
LUCAS ASHER,P RESIDENT                         Invoice No.       24409
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

For Professional Services Rendered Through:        June 30, 2019

---

In Reference To:  TMTE, INC vs SPELLANE

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/6/2019 DBS | CORRESPONDENCE FROM DUVAN-CLARKE (.2); CORRESPONDENCE TO DUVAN-CLARKE (.2); CORRESPONDENCE FROM KRAMER (.1); DRAFT/REVISE CASE MANAGEMENT CONFERENCE STATEMENT (.3); FILE SAME (.2) | 1.00 450.00/hr | 450.00 |
| 6/10/2019 DBS | CORRESPONDENCE FROM PERSOFF (.1); REVIEW NOTICE OF RELATED CASES (.1) | 0.20 450.00/hr | 90.00 |
| 6/11/2019 DBS | CORRESPONDENCE FROM DUVAN (.6); CORRESPONDENCE TO DUVAN (.5); CORRESPONDENCE FROM FIELDS (.1); CORRESPONDENCE FROM SOOFI (.1) | 1.30 450.00/hr | 585.00 |
| 6/12/2019 DBS | CORRESPONDENCE FROM DUVAN (.2); TELEPHONE CONVERSATION(S) WITH DUVAN (.3); TELEPHONE CONVERSATION(S) WITH CONOR (.2) | 0.70 450.00/hr | 315.00 |

Exhibit I - Page 6

TMTE, INC.                                                                    July 30, 2019
In Reference To:  TMTE, INC vs SPELLANE                                       Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/13/2019 DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10<br>450.00/hr | 45.00 |
| 6/17/2019 DBS | CORRESPONDENCE FROM DUVAN (.1) | 0.10<br>450.00/hr | 45.00 |
| 6/19/2019 DBS | CORRESPONDENCE FROM KRAMER (.1);<br>CORRESPONDENCE TO CONOR (.1);<br>CORRESPONDENCE TO SIMON (.1) | 0.30<br>450.00/hr | 135.00 |
| 6/21/2019 DBS | CORRESPONDENCE FROM DUVAN (.1);<br>CORRESPONDENCE FROM KRAMER (.1);<br>CORRESPONDENCE FROM GOLDMAN (.1);<br>CORRESPONDENCE FROM FARAG (.1);<br>REVIEW SPELLANE CASE MANAGEMENT<br>CONFERENCE STATEMENT (.1) | 0.50<br>450.00/hr | 225.00 |
| 6/24/2019 DBS | CORRESPONDENCE FROM DUVAN (.1);<br>CORRESPONDENCE TO DUVAN (.1);<br>TELEPHONE CONVERSATION(S) WITH<br>DUVAN (.5); DRAFT/REVISE CASE<br>MANAGEMENT CONFERENCE STATEMENT<br>(.2) | 0.90<br>450.00/hr | 405.00 |
| 6/25/2019 DBS | CORRESPONDENCE FROM CLERK (.1) | 0.10<br>450.00/hr | 45.00 |
| 6/27/2019 DBS | APPEARANCE AT CASE MANAGEMENT<br>CONFERENCE (1.2) | 1.20<br>450.00/hr | 540.00 |
| 6/28/2019 DBS | CORRESPONDENCE FROM DUVAN (.1) | 0.10<br>450.00/hr | 45.00 |
|  | For professional services rendered | 6.50 | $2,925.00 |

Exhibit I - Page 7

TMTE, INC.
In Reference To: TMTE, INC vs SPELLANE

July 30, 2019
Page 3

Additional Charges :

|  | Amount |
|---|---|
| 6/12/2019 ELECTRONIC FILING FEE - CASE MANAGEMENT CONFERENCE STATEMENT | 6.75 |
| Total costs | $6.75 |
| Total amount of this bill | $2,931.75 |
| Previous balance | $6,231.60 |
| Balance due | $9,163.35 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JUNE 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

Exhibit I - Page 8

LAW OFFICES OF

**D A N I E L   B .   S P I T Z E R**

D A N I E L  B .  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D ,  S U I T E 1200
E N C I N O ,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.                                                        August 23, 2019
LUCAS ASHER,P RESIDENT                          Invoice No.        24441
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210


For Professional Services Rendered Through:        July 31, 2019

_____

In Reference To:  TMTE, INC vs SPELLANE


        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/1/2019 DBS | TELEPHONE CONVERSATION(S) WITH DUVAN (.4) | 0.40 450.00/hr | 180.00 |
| 7/3/2019 DBS | REVIEW CASE MANAGEMENT CONFERENCE STATEMENT (.1); DRAFT/REVISE CASE MANAGEMENT CONFERENCE STATEMENT (.3) | 0.40 450.00/hr | 180.00 |
| 7/12/2019 DBS | CORRESPONDENCE FROM CLERK (.1) REVIEW NOTICE OF RULING RE RELATED CASES (.1) | 0.20 450.00/hr | 90.00 |
| 7/22/2019 DBS | CORRESPONDENCE FROM DUVAN (.1) | 0.10 450.00/hr | 45.00 |
| 7/23/2019 DBS | CORRESPONDENCE TO DUVAN (.1); CORRESPONDENCE FROM DUVAN (.1); REVIEW MINUTE ORDER (.1) | 0.30 450.00/hr | 135.00 |

Exhibit I - Page 9

TMTE, INC.                                                          August 23, 2019
In Reference To:  TMTE, INC vs SPELLANE                                    Page  2

|  | Hrs/Rate | Amount |
|---|---|---|
| 7/31/2019 DBS   CORRESPONDENCE FROM DUVAN (.1) | 0.10<br>450.00/hr | 45.00 |
| For professional services rendered | 1.50 | $675.00 |
| Additional Charges : | | |
| 6/30/2019 COPIES/SCANS | | 4.00 |
| 7/31/2019 COPIES/SCANS | | 1.20 |
| 6/13/2019 COURTCALL TELEPHONIC APPEARANCE | | 94.00 |
| Total costs | | $99.20 |
| Total amount of this bill | | $774.20 |
| Previous balance | | $9,163.35 |
| 7/26/2019 Payment - thank you | | ($6,231.60) |
| Total payments and adjustments | | ($6,231.60) |
| Balance due | | $3,705.95 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **JULY 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE*
*CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

Exhibit I - Page 10

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

Exhibit I - Page 11

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818)  990 - 9700

F A C S I M I L E  (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER,P RESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

September 25, 2019
Invoice No.      24474

For Professional Services Rendered Through:      August 31, 2019

_____

In Reference To:  TMTE, INC vs SPELLANE

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/5/2019 DBS | CORRESPONDENCE FROM DUVAN (.1) | 0.10<br>450.00/hr | 45.00 |
| 8/7/2019 DBS | CORRESPONDENCE FROM DUVAN (.1) | 0.10<br>450.00/hr | 45.00 |
| 8/9/2019 DBS | CORRESPONDENCE TO CLIENTS (.1);<br>DRAFT/REVISE SUPPLEMENTAL RESPONSES<br>(1.2) | 1.30<br>450.00/hr | 585.00 |
| 8/11/2019 DBS | DRAFT/REVISE SUPPLEMENTAL RESPONSES<br>TO DISCOVERY (3.2) | 3.20<br>450.00/hr | 1,440.00 |
| 8/12/2019 DBS | CORRESPONDENCE FROM DUVAN (.2);<br>DRAFT/REVISE DISCOVERY RESPONSES (2.4);<br>REVIEW CONOR'S COMPLIANCE<br>INVESTIGATION LOGS (.5); REVIEW TMTE<br>EMPLOYEE MANUAL (.4); REVIEW SPELLANE<br>EARNINGS STATEMENTS (.4);<br>CORRESPONDENCE TO CONOR (.1);<br>CORRESPONDENCE TO DUVAN (.1);<br>CORRESPONDENCE FROM CLIENT (.1) | 4.20<br>450.00/hr | 1,890.00 |

Exhibit I - Page 12

TMTE, INC.                                                September 25, 2019
In Reference To:  TMTE, INC vs SPELLANE                         Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/13/2019 | DBS | CORRESPONDENCE FROM DUVAN (.2); CORRESPONDENCE TO DUVAN (.2); CORRESPONDENCE FROM CLERK (.1); DRAFT/REVISE NOTICE OF POSTING JURY FEES (.3); APPEARANCE AT CASE MANAGEMENT CONFERENCE (1.4) | 2.20 450.00/hr | 990.00 |
| 8/16/2019 | DBS | DRAFT/REVISE PRIVILEGE LOG (.6); COLLECT EXHIBITS FOR PRODUCTION (.7); REVIEW EMAIL ACCOUNT (1.2) | 2.50 450.00/hr | 1,125.00 |
|  |  | For professional services rendered | 13.60 | $6,120.00 |

Additional Charges :

| 8/12/2019 | POSTAGE - DISCOVERY RESPONSES - ($1.45 x 6 = $ 8.70); ($1.95 x 1 = $1.95) - TOTAL $10.65 | 10.65 |
|---|---|---|
| 8/13/2019 | ELECTRONIC FILING FEE - NOTICE OF POSTING JURY FEES | 160.87 |
| 8/31/2019 | COPIES/SCANS | 60.40 |
|  | Total costs | $231.92 |
|  | Total amount of this bill | $6,351.92 |
|  | Previous balance | $3,705.95 |
| 9/3/2019 | Payment - thank you | ($3,795.95) |
|  | Total payments and adjustments | ($3,795.95) |
|  | Balance due | $6,261.92 |

Exhibit I - Page 13

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **AUGUST 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE
CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU
CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD,
PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL
PAYMENTS.  MANY THANKS.

Exhibit I - Page 14

LAW OFFICES OF
# D A N I E L  B.  S P I T Z E R

D A N I E L B. S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E  1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E  (818) 990 - 9705
EMAIL dspitzer@spitzeresq.com
URL: www.spitzeresq.com

TMTE, INC.
LUCAS ASHER, P RESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

October 31, 2019
Invoice No.      24498

For Professional Services Rendered Through:  September 30, 2019

In Reference To:  TMTE, INC vs SPELLANE

Additional Charges :

|  |  | Amount |
|---|---|---|
| 9/30/2019 | COPIES/SCANS | 1.60 |
|  | Total costs | $1.60 |
|  | Previous balance | $6,261.92 |
|  | Balance due | $6,263.52 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **SEPTEMBER 30, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

Exhibit I - Page 15

LAW OFFICES OF

**D A N I E L  B.  S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 V E N T U R A  B O U L E V A R D,  S U I T E 1200
E N C I N O,  C A L I F O R N I A  91436 - 2152
T E L E P H O N E  (818) 990 - 9700

F A C S I M I L E (818)  990 - 9705
EMAIL dspitzer@spitzeresq.com
URL:  www.spitzeresq.com

TMTE, INC.
LUCAS ASHER,P RESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA 90210

November 25, 2019

For Professional Services Rendered Through:    October 31, 2019

In Reference To:  TMTE, INC vs SPELLANE

|  |  | Amount |
|---|---|---|
| | Previous balance | $6,263.52 |
| 11/13/2019 | Payment - thank you | ($6,261.92) |
| | Total payments and adjustments | ($6,261.92) |
| | Balance due | $1.60 |

THIS INVOICE REFLECTS NEW FEES AND COSTS THROUGH **OCTOBER 31, 2019.**

*ALL UNPAID BALANCES BEYOND 30 DAYS OF INVOICING WILL INCUR A LATE CHARGE OF 1.5% PER MONTH, OR AN ANNUAL RATE OF 18%, UNTIL PAID.*

PAYMENT BY AMEX! IN ADDITION TO VISA, MASTERCARD AND DISCOVER, YOU CAN NOW PAY BY AMERICAN EXPRESS. IF YOU WISH TO PAY BY CREDIT CARD, PLEASE CONTACT US FOR DETAILS.

PLEASE REFERENCE CLIENT, MATTER, AND INVOICE NUMBER ON ALL PAYMENTS.  MANY THANKS.

Exhibit I - Page 16

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 23, 2019
Statement No.            439
Account No.           233.10
Page:   1

RE: TMTE, INC vs SPELLANE

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/04/2019 | DBS | DRAFT/REVISE CASE MANAGEMENT CONFERENCE STATEMENT (.4) | 0.40 | 180.00 |
| 11/08/2019 | DBS | CORRESPONDENCE FROM JANNEY (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.50 | 225.00 |

<div align="center">Advances</div>

| | | | |
|---|---|---|---|
| 11/30/2019 | | SCANS / COPIES | 33.80 |
| | | Total Advances | 33.80 |
| | | Total Current Work | 258.80 |
| | | Previous Balance | $1.60 |
| | | Balance Due | $260.40 |

This statement reflects new fees through **11/30/2019** and costs through **12/23/2019**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 17

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   January 29, 2020
Statement No.              727
Account No.              233.10
Page:   1

RE:  TMTE, INC vs SPELLANE

|  |  |
|---|---|
| Previous Balance | $260.40 |
| Balance Due | $260.40 |

This statement reflects new fees through **12/31/2019** and costs through **01/29/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 18

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | February 28, 2020 |
| Statement No. | 1294 |
| Account No. | 233.10 |
| Page: | 1 |

RE: TMTE, INC vs SPELLANE

<u>Advances</u>

| | | |
|---|---|---|
| 01/27/2020 | SCANS / COPIES | 3.20 |
| | Total Advances | 3.20 |
| | Total Current Work | 3.20 |
| | Previous Balance | $260.40 |
| | Balance Due | $263.60 |

This statement reflects new fees through **01/31/2020** and costs through **02/28/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 19

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:     March 30, 2020
Statement No.             1433
Account No.           233.10
Page:   1

RE: TMTE, INC vs SPELLANE

<u>Fees</u>

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 02/20/2020 | DBS | CORRESPONDENCE FROM KRAMER (.1) | 0.10 | 45.00 |
|  |  | For Current Services Rendered | 0.10 | 45.00 |
|  |  | Total Current Work |  | 45.00 |
|  |  | Previous Balance |  | $263.60 |
|  |  | Balance Due |  | $308.60 |

This statement reflects new fees through **02/29/2020** and costs through
**03/30/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

Exhibit I - Page 20

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

|  |  |
|---|---|
| Statement Date: | April 26, 2020 |
| Statement No. | 1708 |
| Account No. | 233.10 |
| Page: | 1 |

RE: TMTE, INC vs SPELLANE

| | | |
|---|---|---|
| | Previous Balance | $308.60 |

*Payments*

| | | |
|---|---|---|
| 04/24/2020 | PAYMENT - THANK YOU! - CHECK NO. 1014 | -308.60 |
| | Balance Due | $0.00 |

This statement reflects new fees through **03/31/2020** and costs through **04/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 21

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    October 26, 2020
Statement No.                    2569
Account No.                   233.10
Page:   1

RE: TMTE, INC vs SPELLANE

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/04/2020 | DBS | PREPARE FOR, APPEARANCE AT DEPOSITION OF SPELLANE (8.6); TELEPHONE CONFERENCE WITH REPORTER (.2); CORRESPONDENCE TO REPORTER (.3) | 9.10 | 4,095.00 |
| 09/18/2020 | DBS | RESEARCH RE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (2.2); DRAFT/REVISE OPPOSITION (2.3); CORRESPONDENCE TO CLIENTS (.5); DRAFT/REVISE DECLARATIONS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (1.6); CORRESPONDENCE TO ALL COUNSEL (.1); CORRESPONDENCE FROM SIMON (.1) | 6.80 | 3,060.00 |
| 09/19/2020 | DBS | RESEARCH RE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (2.3); DRAFT/REVISE OPPOSITION (2.4); CORRESPONDENCE FROM MILLS (.1); DRAFT/REVISE SANTULAN DECLARATION (.4) | 5.20 | 2,340.00 |
| 09/20/2020 | DBS | DRAFT/REVISE OPPOSITION, APPENDIX (2.3); PREPARE EXHIBITS FILED CONDITIONALLY UNDER SEAL (.5) | 2.80 | 1,260.00 |
| 09/24/2020 | DBS | APPEARANCE AT HEARING ON EX PARTE APPLICATION (.9); DRAFT/REVISE NOTICE OF RULING (.5); CORRESPONDENCE TO ALL COUNSEL (.4) | 1.80 | 810.00 |
| 09/26/2020 | DBS | CORRESPONDENCE FROM CLERK (.2); DRAFT/REVISE NOTICE OF RULING (.1); FILE SAME (.1) | 0.40 | 180.00 |
| 09/28/2020 | DBS | CORRESPONDENCE FROM CLERK (.2) | 0.20 | 90.00 |
| 09/30/2020 | DBS | CORRESPONDENCE FROM SETHI (.4); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE TO CLIENTS (.2) | 0.80 | 360.00 |
| | | For Current Services Rendered | 27.10 | 12,195.00 |

<div align="center">Expenses</div>

| | | |
|---|---|---|
| 08/19/2020 | MESSENGER FEE - TO LOS ANGELES SUPERIOR COURT, DEPARTMENT 34 | 79.43 |
| 09/24/2020 | REMOTE APPEARANCE FEE | 15.00 |

Exhibit I - Page 22

TMTE, INC.
Account No.        233.10
RE:  TMTE, INC vs SPELLANE

Statement Date: 10/26/2020
Statement No.           2569
Page No.                      2

| | | |
|---|---|---:|
| | Total Expenses | 94.43 |

### Advances

| | | |
|---|---|---:|
| 09/11/2020 | ONLINE RESEARCH | 13.27 |
| 09/12/2020 | ONLINE RESEARCH | 102.02 |
| 09/18/2020 | ONLINE RESEARCH | 92.70 |
| 09/19/2020 | ONLINE RESEARCH | 68.17 |
| 09/22/2020 | ONLINE RESEARCH | 2.98 |
| 09/30/2020 | SCANS / COPIES | 73.80 |
| | Total Advances | 352.94 |
| | | |
| | Total Current Work | 12,642.37 |
| | | |
| | Balance Due | $12,642.37 |

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 23

LAW OFFICES OF

# **D A N I E L B. S P I T Z E R**

D A N I E L  B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.          2660
Account No.          233.10
Page:   1

RE: TMTE, INC vs SPELLANE

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/01/2020 | DBS | CORRESPONDENCE FROM CLERK (.2); DRAFT/REVISE NOTICE OF STAY (.3); FILE SAME (.1); CORRESPONDENCE FROM FARAG (.1) | 0.70 | 315.00 |
| 10/02/2020 | DBS | CORRESPONDENCE FROM SETHI (.3); REVIEW TENTATIVE ON MOTION FOR SUMMARY JUDGMENT (.3); TELEPHONE CONFERENCE WITH CLERK (.2); CORRESPONDENCE TO COURT CONNECT (.1); CORRESPONDENCE FROM COURT CONNECT (.1); CORRESPONDENCE TO SETHI (.2); CORRESPONDENCE TO ALL COUNSEL (.1) | 1.30 | 585.00 |
| 10/04/2020 | DBS | CORRESPONDENCE FROM COURT CONNECT (.1); REVIEW TENTATIVE (.3) | 0.40 | 180.00 |
| 10/05/2020 | DBS | CORRESPONDENCE FROM FARAG (.2); CORRESPONDENCE FROM ROSENTHAL (.2); CORRESPONDENCE TO ALL COUNSEL (.3); DRAFT/REVISE NOTICE OF RULING (.5); CORRESPONDENCE TO ROSENTHAL (.1); CORRESPONDENCE FROM CLERK (.1); APPEARANCE AT HEARING (1.2) | 2.60 | 1,170.00 |
| 10/06/2020 | DBS | DRAFT/REVISE NOTICE OF RULING (.6); FILE SAME (.1); CORRESPONDENCE FROM CLERK (.1) | 0.80 | 360.00 |
| | | For Current Services Rendered | 5.80 | 2,610.00 |

<div align="center">Advances</div>

| | | |
|---|---|---|
| 09/21/2020 | ELECTRONIC FILING FEE - MEMO OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 7.26 |
| 09/23/2020 | ELECTRONIC FILING FEE -EX PARTE APPLICATION FOR SEALING ORDER | 68.91 |
| 09/23/2020 | ELECTRONIC FILING FEE - NOTICE OF LODGMENT | 7.26 |
| 09/26/2020 | ELECTRONIC FILING FEE - NOTICE OF RULING | 7.26 |
| 10/02/2020 | ELECTRONIC FILING FEE - NOTICE OF STAY | 7.26 |
| 10/05/2020 | ELECTRONIC FILING FEE - NOTICE OF RULING ON MOTION FOR SUMMARY JUDGMENT | 7.26 |
| 10/05/2020 | REMOTE APPEARANCE FEE | |

Exhibit I - Page 24

TMTE, INC.
Account No.        233.10
RE:  TMTE, INC vs SPELLANE

Statement Date: 11/24/2020
Statement No.            2660
Page No.                       2

Total Advances                                                                    105.21

Total Current Work                                                            2,715.21

Previous Balance                                                          $12,642.37

Finance Charge                                                                  180.80

Balance Due                                                                 $15,538.38

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 25

LAW OFFICES OF

# **D A N I E L B. S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

|  |  |
|---|---|
| TMTE, INC.<br>LUCAS ASHER, PRESIDENT<br>433 NO. CAMDEN DRIVE, SUITE 970<br>BEVERLY HILLS, CA   90210 | Statement Date:  December 20, 2020<br>Statement No.                      2750<br>Account No.                      233.10<br>Page:   1 |

RE: TMTE, INC vs SPELLANE

<div align="center">Fees</div>

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/13/2020 | DBS | CORRESPONDENCE FROM BRODERICK RE TRANSCRIPT, EXHIBITS (.3) | 0.30 | 135.00 |
|  |  | For Current Services Rendered | 0.30 | 135.00 |

<div align="center">Advances</div>

|  |  |  |  |
|---|---|---|---|
| 12/08/2020 |  | ELECTRONIC FILING FEE - NOTICE OF RULING ON TRIAL SETTING CONFERENCE | 7.26 |
|  |  | Total Advances | 7.26 |
|  |  | Total Current Work | 142.26 |
|  |  | Previous Balance | $15,538.38 |
|  |  | Finance Charge | 196.91 |
|  |  | Balance Due | $15,877.55 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 26

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | January 26, 2021 |
| Statement No. | 2830 |
| Account No. | 233.10 |
| Page: | 1 |

RE: TMTE, INC vs SPELLANE

## Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/03/2020 | DBS | CORRESPONDENCE FROM VARTAN MADOYAN (.2); CORRESPONDENCE TO MADOYAN (.2) | 0.40 | 180.00 |
| 12/04/2020 | DBS | CORRESPONDENCE TO LOS ANGELES SUPERIOR COURT (.1); CORRESPONDENCE FROM LOS ANGELES SUPERIOR COURT (.1); CORRESPONDENCE TO LEWIS (.1) | 0.30 | 135.00 |
| 12/06/2020 | DBS | CORRESPONDENCE FROM COURT CONNECT (.1) | 0.10 | 45.00 |
| 12/07/2020 | DBS | APPEARANCE AT TRIAL SETTING CONFERENCE (1.1); DRAFT/REVISE NOTICE OF RULING (.4); FILE SAME (.2); SERVE SAME (.2) | 1.90 | 855.00 |
| | | For Current Services Rendered | 2.70 | 1,215.00 |

## Advances

| | | | |
|---|---|---|---|
| 12/07/2020 | APPEARANCE FEE - LA COURT CONNECT | | 15.00 |
| | Total Advances | | 15.00 |
| | Total Current Work | | 1,230.00 |
| | Previous Balance | | $15,877.55 |
| | Finance Charge | | 282.82 |
| | Balance Due | | $17,390.37 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 27

LAW OFFICES OF

# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | February 23, 2021 |
| Statement No. | 2906 |
| Account No. | 233.10 |
| Page: | 1 |

RE:  TMTE, INC vs SPELLANE

| | |
|---|---:|
| Previous Balance | $17,390.37 |
| Finance Charge | 231.01 |
| Balance Due | $17,621.38 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 28

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3060 |
| Account No. | 233.10 |
| Page: | 1 |

RE: TMTE, INC vs SPELLANE

<u>Advances</u>

| | | |
|---|---|---|
| 12/12/2020 | L A COURT CONNECT REMOTE APPEARANCE FEE | 15.00 |
| | Total Advances | 15.00 |
| | Total Current Work | 15.00 |
| | Previous Balance | $17,621.38 |
| | Finance Charge | 239.26 |
| | Balance Due | $17,875.64 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 29

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   April 29, 2021
Statement No.   3220
Account No.   233.10
Page:   1

RE:  TMTE, INC vs SPELLANE

| | |
|---|---:|
| Previous Balance | $17,875.64 |
| Finance Charge | 297.28 |
| Balance Due | $18,172.92 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 30

LAW OFFICES OF

# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

| | |
|---|---|
| TMTE, INC.<br>LUCAS ASHER, PRESIDENT<br>433 NO. CAMDEN DRIVE, SUITE 970<br>BEVERLY HILLS, CA   90210 | Statement Date:    May 27, 2021<br>Statement No.          3300<br>Account No.           233.10<br>Page:   1 |

RE: TMTE, INC vs SPELLANE

| | |
|---|---|
| Previous Balance | $18,172.92 |
| Finance Charge | 231.22 |
| Balance Due | $18,404.14 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 31

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3386 |
| Account No. | 233.10 |
| Page: | 1 |

RE: TMTE, INC vs SPELLANE

<u>Advances</u>

| | | |
|---|---|---|
| 06/21/2021 | ELECTRONIC FILING FEE - STATUS REPORT RE RECEIVERSHIP | 7.26 |
| | Total Advances | 7.26 |
| | Total Current Work | 7.26 |
| | Previous Balance | $18,404.14 |
| | Finance Charge | 264.25 |
| | Balance Due | $18,675.65 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 32

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE818-990-9700

F A C S I M I L E   818-990-9705
EMAIL  dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3471 |
| Account No. | 233.10 |
| Page: | 1 |

RE: TMTE, INC vs SPELLANE

<u>Advances</u>

| | | |
|---|---|---|
| 06/30/2021 | SCANS / COPIES | 2.00 |
| 07/01/2021 | ELECTRONIC FILING FEE - NOTICE OF RULINGS | 7.26 |
| | Total Advances | 9.26 |
| | Total Current Work | 9.26 |
| | Previous Balance | $18,675.65 |
| | Finance Charge | 239.58 |
| | Balance Due | $18,924.49 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit I - Page 33

**Exhibit J**

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

D A N I E L  B.  S P I T Z E R

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.             2387
Account No.              233.11
Page:   1

RE: TMTE vs BATCHELOR

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/14/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 | 90.00 |
| 08/18/2020 | DBS | CORRESPONDENCE FROM ADR (.2); TELEPHONE CONFERENCE WITH FISHMAN (.2); CORRESPONDENCE TO FISHMAN (.1); CORRESPONDENCE TO CLIENTS (.2) | 0.70 | 315.00 |
| 08/20/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); CORRESPONDENCE TO LIEBRADER (.2) | 0.30 | 135.00 |
| 08/28/2020 | DBS | APPEARANCE AT TELEPHONIC CONFERENCE WITH JUDGE CONNOR AND LIEBRADER (.8) | 0.80 | 360.00 |
| 08/31/2020 | DBS | CORRESPONDENCE FROM FISHMAN (.3); CORRESPONDENCE FROM ADRS (.3); REVIEW NOTICE OF HEARING (.2) | 0.80 | 360.00 |
| | | For Current Services Rendered | 2.80 | 1,260.00 |
| | | Total Current Work | | 1,260.00 |
| | | Balance Due | | $1,260.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.                    2387
Account No.                  233.11
Page:  1

RE: TMTE vs BATCHELOR

Duplicate

## Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/14/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 | 90.00 |
| 08/18/2020 | DBS | CORRESPONDENCE FROM ADR (.2); TELEPHONE CONFERENCE WITH FISHMAN (.2); CORRESPONDENCE TO FISHMAN (.1); CORRESPONDENCE TO CLIENTS (.2) | 0.70 | 315.00 |
| 08/20/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); CORRESPONDENCE TO LIEBRADER (.2) | 0.30 | 135.00 |
| 08/28/2020 | DBS | APPEARANCE AT TELEPHONIC CONFERENCE WITH JUDGE CONNOR AND LIEBRADER (.8) | 0.80 | 360.00 |
| 08/31/2020 | DBS | CORRESPONDENCE FROM FISHMAN (.3); CORRESPONDENCE FROM ADRS (.3); REVIEW NOTICE OF HEARING (.2) | 0.80 | 360.00 |
| | | For Current Services Rendered | 2.80 | 1,260.00 |
| | | Total Current Work | | 1,260.00 |
| | | Balance Due | | $1,260.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

<div align="center">

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

</div>

D A N I E L B. S P I T Z E R

<div align="center">

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

</div>

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | October 26, 2020 |
| Statement No. | 2563 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

<div align="center">

Fees

</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | DBS | TELEPHONE CONFERENCE WITH CHO (.1) | 0.10 | 45.00 |
| 09/03/2020 | DBS | REVIEW CLAIM (.2); REVIEW COMMENCEMENT DOCUMENTS (.2) | 0.40 | 180.00 |
| 09/05/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); REVIEW PROPOSED SCHEDULING ORDER (.2); CALENDAR DATES (.2) | 0.50 | 225.00 |
| 09/09/2020 | DBS | CORRESPONDENCE FROM ADRS RE BILLING (.2); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH SIMON (.1); CORRESPONDENCE TO SIMON (.2) | 0.70 | 315.00 |
| 09/16/2020 | DBS | CORRESPONDENCE FROM SAMARA (.1); REVIEW DOCUMENTS RECEIVED (.3) | 0.40 | 180.00 |
| 09/18/2020 | DBS | REVIEW CLIENT DOCUMENTS (.4) | 0.40 | 180.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO LIEBRADER (.1); REVIEW SCHEDULING ORDER (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.50 | 225.00 |
| 09/27/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.2) | 0.20 | 90.00 |
| 09/28/2020 | DBS | CORRESPONDENCE FROM CHO (.1); CORRESPONDENCE FROM LIEBRADER (.2) | 0.30 | 135.00 |
| 09/30/2020 | DBS | CORRESPONDENCE FROM CHO (.2); CORRESPONDENCE FROM LIEBRADER (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 3.80 | 1,710.00 |
| | | Total Current Work | | 1,710.00 |
| | | Previous Balance | | $1,260.00 |
| | | Finance Charge | | 18.02 |

TMTE, INC.                                                    Statement Date: 10/26/2020
Account No.        233.11                                      Statement No.          2563
RE:  TMTE vs BATCHELOR                                          Page No.                 2

       Balance Due                                                    $2,988.02

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   October 26, 2020
Statement No.            2563
Account No.            233.11
Page:   1

RE: TMTE vs BATCHELOR

Duplicate

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | DBS | TELEPHONE CONFERENCE WITH CHO (.1) | 0.10 | 45.00 |
| 09/03/2020 | DBS | REVIEW CLAIM (.2); REVIEW COMMENCEMENT DOCUMENTS (.2) | 0.40 | 180.00 |
| 09/05/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); REVIEW PROPOSED SCHEDULING ORDER (.2); CALENDAR DATES (.2) | 0.50 | 225.00 |
| 09/09/2020 | DBS | CORRESPONDENCE FROM ADRS RE BILLING (.2); CORRESPONDENCE TO CLIENTS (.2); TELEPHONE CONFERENCE WITH SIMON (.1); CORRESPONDENCE TO SIMON (.2) | 0.70 | 315.00 |
| 09/16/2020 | DBS | CORRESPONDENCE FROM SAMARA (.1); REVIEW DOCUMENTS RECEIVED (.3) | 0.40 | 180.00 |
| 09/18/2020 | DBS | REVIEW CLIENT DOCUMENTS (.4) | 0.40 | 180.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO LIEBRADER (.1); REVIEW SCHEDULING ORDER (.1); CORRESPONDENCE TO CLIENTS (.1) | 0.50 | 225.00 |
| 09/27/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.2) | 0.20 | 90.00 |
| 09/28/2020 | DBS | CORRESPONDENCE FROM CHO (.1); CORRESPONDENCE FROM LIEBRADER (.2) | 0.30 | 135.00 |
| 09/30/2020 | DBS | CORRESPONDENCE FROM CHO (.2); CORRESPONDENCE FROM LIEBRADER (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 3.80 | 1,710.00 |
| | | Total Current Work | | 1,710.00 |
| | | Previous Balance | | $1,260.00 |

ASHER LUCAS
Account No.        233.11
RE:  TMTE vs BATCHELOR

Statement Date: 10/26/2020
Statement No.        2563
Page No.        2

Finance Charge                                                                                        18.02

Balance Due                                                                                      $2,988.02

This statement reflects new fees through **09/30/2020** and costs through
**10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.            2654
Account No.            233.11
Page:  1

RE: TMTE vs BATCHELOR

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/01/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 | 90.00 |
| 10/02/2020 | DBS | DRAFT/REVISE NOTICE OF STAY (.2); SERVE SAME (.1); CORRESPONDENCE TO FISHMAN (.1) | 0.40 | 180.00 |
| 10/15/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| 10/16/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO ADRS (.2) | 0.40 | 180.00 |
| | | For Current Services Rendered | 1.10 | 495.00 |
| | | Total Current Work | | 495.00 |
| | | Previous Balance | | $2,988.02 |
| | | Finance Charge | | 42.48 |
| | | Balance Due | | $3,525.50 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA  90210

| | |
|---|---|
| Statement Date: | November 24, 2020 |
| Statement No. | 2654 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

Duplicate

## Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/01/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.2) | 0.20 | 90.00 |
| 10/02/2020 | DBS | DRAFT/REVISE NOTICE OF STAY (.2); SERVE SAME (.1); CORRESPONDENCE TO FISHMAN (.1) | 0.40 | 180.00 |
| 10/15/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| 10/16/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO ADRS (.2) | 0.40 | 180.00 |
| | | For Current Services Rendered | 1.10 | 495.00 |
| | | Total Current Work | | 495.00 |
| | | Previous Balance | | $2,988.02 |
| | | Finance Charge | | 42.48 |
| | | Balance Due | | $3,525.50 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit J - Page 8

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.               2744
Account No.             233.11
Page:  1

RE: TMTE vs BATCHELOR

<div align="center">Fees</div>

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/16/2020 | DBS | CORRESPONDENCE FROM ADRS (.2) | 0.20 | 90.00 |
| 11/25/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
|  |  | For Current Services Rendered | 0.30 | 135.00 |
|  |  | Total Current Work |  | 135.00 |
|  |  | Previous Balance |  | $3,525.50 |
|  |  | Finance Charge |  | 44.43 |
|  |  | Balance Due |  | $3,704.93 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.                    2744
Account No.                    233.11
Page:   1

RE: TMTE vs BATCHELOR

Duplicate

<u>Fees</u>

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/16/2020 | DBS | CORRESPONDENCE FROM ADRS (.2) | 0.20 | 90.00 |
| 11/25/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
|  |  | For Current Services Rendered | 0.30 | 135.00 |
|  |  | Total Current Work |  | 135.00 |
|  |  | Previous Balance |  | $3,525.50 |
|  |  | Finance Charge |  | 44.43 |
|  |  | Balance Due |  | $3,704.93 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit J - Page 10

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   January 26, 2021
Statement No.            2824
Account No.            233.11
Page:   1

RE: TMTE vs BATCHELOR

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/11/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.10 | 45.00 |
| | | Total Current Work | | 45.00 |
| | | Previous Balance | | $3,704.93 |
| | | Finance Charge | | 65.69 |
| | | Balance Due | | $3,815.62 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   January 26, 2021
Statement No.             2824
Account No.              233.11
Page:   1

RE: TMTE vs BATCHELOR

Duplicate

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/11/2020 | DBS | CORRESPONDENCE FROM ADRS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.10 | 45.00 |
| | | Total Current Work | | 45.00 |
| | | Previous Balance | | $3,704.93 |
| | | Finance Charge | | 65.69 |
| | | Balance Due | | $3,815.62 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   February 23, 2021
Statement No.              2900
Account No.              233.11
Page:   1

RE: TMTE vs BATCHELOR

| | |
|---|---|
| Previous Balance | $3,815.62 |
| Finance Charge | 50.33 |
| Balance Due | $3,865.95 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  February 23, 2021
Statement No.                 2900
Account No.                 233.11
Page:   1

RE: TMTE vs BATCHELOR

Duplicate

| | |
|---|---|
| Previous Balance | $3,815.62 |
| Finance Charge | 50.33 |
| Balance Due | $3,865.95 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# **D A N I E L B. S P I T Z E R**

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3054 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

| | |
|---|---|
| Previous Balance | $3,865.95 |
| Finance Charge | 52.13 |
| Balance Due | $3,918.08 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3054 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

Duplicate

| | |
|---|---|
| Previous Balance | $3,865.95 |
| Finance Charge | 52.13 |
| Balance Due | $3,918.08 |

This statement reflects new fees through **02/28/2021** and costs through
**03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

Exhibit J - Page 16

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:     April 29, 2021
Statement No.              3214
Account No.             233.11
Page:   1

RE: TMTE vs BATCHELOR

<div align="center">Expenses</div>

| | | |
|---|---|---:|
| 04/06/2021 | ADR SERVICES, INC. | 425.00 |
| | Total Expenses | 425.00 |
| | Total Current Work | 425.00 |
| | Previous Balance | $3,918.08 |
| | Finance Charge | 64.71 |
| | Balance Due | $4,407.79 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| Statement Date: | April 29, 2021 |
|---|---|
| Statement No. | 3214 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

Duplicate

## Expenses

| | | |
|---|---|---|
| 04/06/2021 | ADR SERVICES, INC. | 425.00 |
| | Total Expenses | 425.00 |
| | Total Current Work | 425.00 |
| | Previous Balance | $3,918.08 |
| | Finance Charge | 64.71 |
| | Balance Due | $4,407.79 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3294 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

| | |
|---|---|
| Previous Balance | $4,407.79 |
| Finance Charge | 56.20 |
| Balance Due | $4,463.99 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3294 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

Duplicate

| | |
|---|---|
| Previous Balance | $4,407.79 |
| Finance Charge | 56.20 |
| Balance Due | $4,463.99 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   June 28, 2021
Statement No.          3380
Account No.          233.11
Page:   1

RE: TMTE vs BATCHELOR

| | |
|---|---:|
| Previous Balance | $4,463.99 |
| Finance Charge | 64.23 |
| Balance Due | $4,528.22 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   June 28, 2021
Statement No.         3380
Account No.         233.11
Page:   1

RE: TMTE vs BATCHELOR

Duplicate

| | |
|---|---:|
| Previous Balance | $4,463.99 |
| Finance Charge | 64.23 |
| Balance Due | $4,528.22 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit J - Page 22

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 NO. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3465 |
| Account No. | 233.11 |
| Page: | 1 |

RE: TMTE vs BATCHELOR

| | |
|---|---|
| Previous Balance | $4,528.22 |
| Finance Charge | 58.21 |
| Balance Due | $4,586.43 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit J - Page 23

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   July 27, 2021
Statement No.         3465
Account No.         233.11
Page:   1

RE: TMTE vs BATCHELOR

Duplicate

Previous Balance                                                        $4,528.22

Finance Charge                                                            58.21

Balance Due                                                          $4,586.43

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

# Exhibit K

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.                     2390
Account No.                    233.12
Page:   1

RE: TMTE vs HENDERSON

<p align="center">Fees</p>

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/18/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.3); REVIEW DOCUMENTS RECEIVED FROM LIEBRADER (.4); CORRESPONDENCE FROM ADR SERVICES RE INITIAL CONFERENCE (.2); TELEPHONE CONFERENCE WITH CHO (.1); CORRESPONDENCE TO CHO (.1); CORRESPONDENCE TO LIEBRADER (.1) | 1.20 | 540.00 |
| 08/20/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.2) | 0.20 | 90.00 |
| 08/21/2020 | DBS | CORRESPONDENCE FROM ELLERBRACKE (.1); REVIEW COMMENCEMENT LETTER (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.40 | 180.00 |
| 08/22/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| 08/26/2020 | DBS | CORRESPONDENCE FROM ADRS RE STRIKE-AND-RANK LETTER (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 2.10 | 945.00 |
| | | Total Current Work | | 945.00 |
| | | Balance Due | | $945.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit K - Page 1

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

|  |  |
|---|---|
| ASHER LUCAS | Statement Date: September 27, 2020 |
| LUCAS ASHER, PRESIDENT | Statement No.  2390 |
| 433 N. CAMDEN DRIVE, SUITE 970 | Account No.  233.12 |
| BEVERLY HILLS, CA   90210 | Page:  1 |

RE: TMTE vs HENDERSON

Duplicate

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/18/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.3); REVIEW DOCUMENTS RECEIVED FROM LIEBRADER (.4); CORRESPONDENCE FROM ADR SERVICES RE INITIAL CONFERENCE (.2); TELEPHONE CONFERENCE WITH CHO (.1); CORRESPONDENCE TO CHO (.1); CORRESPONDENCE TO LIEBRADER (.1) | 1.20 | 540.00 |
| 08/20/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.2) | 0.20 | 90.00 |
| 08/21/2020 | DBS | CORRESPONDENCE FROM ELLERBRACKE (.1); REVIEW COMMENCEMENT LETTER (.2); CORRESPONDENCE TO CLIENTS (.1) | 0.40 | 180.00 |
| 08/22/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| 08/26/2020 | DBS | CORRESPONDENCE FROM ADRS RE STRIKE-AND-RANK LETTER (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 2.10 | 945.00 |
| | | Total Current Work | | 945.00 |
| | | Balance Due | | $945.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit K - Page 2

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

| | |
|---|---|
| TMTE, INC.<br>LUCAS ASHER, PRESIDENT<br>433 N. CAMDEN DRIVE, SUITE 970<br>BEVERLY HILLS, CA   90210 | Statement Date:  October 26, 2020<br>Statement No.  2566<br>Account No.  233.12<br>Page:  1 |

RE: TMTE vs HENDERSON

<div align="center">Fees</div>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/02/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); REVIEW DOCUMENT REQUEST (.1) | 0.20 | 90.00 |
| 09/03/2020 | DBS | REVIEW CLAIM (.2); REVIEW COMMENCEMENT DOCUMENTS (.2) | 0.40 | 180.00 |
| 09/18/2020 | DBS | CORRESPONDENCE TO MILLS (.1) | 0.10 | 45.00 |
| 09/21/2020 | DBS | CORRESPONDENCE FROM SAMARA (.1); REVIEW DOCUMENTS RECEIVED (.2) | 0.30 | 135.00 |
| 09/22/2020 | DBS | REVIEW ARBITRATOR BIOS (.4); CORRESPONDENCE TO ADR SERVICES (.2); REVIEW FILE (.3) | 0.90 | 405.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM CHO (.1); REVIEW CASE INITIATION LETTER (.2); CORRESPONDENCE TO CLIENTS (.1); REVIEW UPDATED ARBITRATION DEMAND (.1) | 0.50 | 225.00 |
| | | For Current Services Rendered | 2.40 | 1,080.00 |
| | | Total Current Work | | 1,080.00 |
| | | Previous Balance | | $945.00 |
| | | Finance Charge | | 13.51 |
| | | Balance Due | | $2,038.51 |

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  October 26, 2020
Statement No.         2566
Account No.         233.12
Page:   1

RE: TMTE vs HENDERSON

Duplicate

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/02/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); REVIEW DOCUMENT REQUEST (.1) | 0.20 | 90.00 |
| 09/03/2020 | DBS | REVIEW CLAIM (.2); REVIEW COMMENCEMENT DOCUMENTS (.2) | 0.40 | 180.00 |
| 09/18/2020 | DBS | CORRESPONDENCE TO MILLS (.1) | 0.10 | 45.00 |
| 09/21/2020 | DBS | CORRESPONDENCE FROM SAMARA (.1); REVIEW DOCUMENTS RECEIVED (.2) | 0.30 | 135.00 |
| 09/22/2020 | DBS | REVIEW ARBITRATOR BIOS (.4); CORRESPONDENCE TO ADR SERVICES (.2); REVIEW FILE (.3) | 0.90 | 405.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM CHO (.1); REVIEW CASE INITIATION LETTER (.2); CORRESPONDENCE TO CLIENTS (.1); REVIEW UPDATED ARBITRATION DEMAND (.1) | 0.50 | 225.00 |
| | | For Current Services Rendered | 2.40 | 1,080.00 |
| | | Total Current Work | | 1,080.00 |
| | | Previous Balance | | $945.00 |
| | | Finance Charge | | 13.51 |
| | | Balance Due | | $2,038.51 |

ASHER LUCAS
Account No.            233.12
RE:  TMTE vs HENDERSON

Statement Date: 10/26/2020
Statement No.            2566
Page No.                         2

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.                    2657
Account No.                  233.12
Page:   1

RE: TMTE vs HENDERSON

<u>Fees</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/02/2020 | DBS | CORRESPONDENCE FROM FISHMAN (.1); CORRESPONDENCE FROM CHO (.2); DRAFT/REVISE NOTICE OF STAY (.2); SERVE SAME (.2); CORRESPONDENCE TO CHO (.1); CORRESPONDENCE TO FISHMAN (.1); CORRESPONDENCE TO MANGEL (.1) | 1.00 | 450.00 |
| 10/21/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO ADRS (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 1.30 | 585.00 |
| | | Total Current Work | | 585.00 |
| | | Previous Balance | | $2,038.51 |
| | | Finance Charge | | 28.96 |
| | | Balance Due | | $2,652.47 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit K - Page 6

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.            2657
Account No.            233.12
Page:   1

RE: TMTE vs HENDERSON

Duplicate

## Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/02/2020 | DBS | CORRESPONDENCE FROM FISHMAN (.1); CORRESPONDENCE FROM CHO (.2); DRAFT/REVISE NOTICE OF STAY (.2); SERVE SAME (.2); CORRESPONDENCE TO CHO (.1); CORRESPONDENCE TO FISHMAN (.1); CORRESPONDENCE TO MANGEL (.1) | 1.00 | 450.00 |
| 10/21/2020 | DBS | CORRESPONDENCE FROM ADRS (.2); CORRESPONDENCE TO ADRS (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 1.30 | 585.00 |
| | | Total Current Work | | 585.00 |
| | | Previous Balance | | $2,038.51 |
| | | Finance Charge | | 28.96 |
| | | Balance Due | | $2,652.47 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | December 20, 2020 |
| Statement No. | 2747 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,652.47 |
| Finance Charge | 33.47 |
| Balance Due | $2,685.94 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit K - Page 8

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.                     2747
Account No.                    233.12
Page:   1

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,652.47 |
| Finance Charge | 33.47 |
| Balance Due | $2,685.94 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | January 26, 2021 |
| Statement No. | 2827 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,685.94 |
| Finance Charge | 47.62 |
| Balance Due | $2,733.56 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   January 26, 2021
Statement No.          2827
Account No.            233.12
Page:   1

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,685.94 |
| Finance Charge | 47.62 |
| Balance Due | $2,733.56 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | February 23, 2021 |
| Statement No. | 2903 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,733.56 |
| Finance Charge | 36.04 |
| Balance Due | $2,769.60 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   February 23, 2021
Statement No.             2903
Account No.           233.12
Page:   1

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,733.56 |
| Finance Charge | 36.04 |
| Balance Due | $2,769.60 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit K - Page 13

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3057 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,769.60 |
| Finance Charge | 37.33 |
| Balance Due | $2,806.93 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# DANIEL B. SPITZER

DANIEL B. SPITZER

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

FACSIMILE   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3057 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,769.60 |
| Finance Charge | 37.33 |
| Balance Due | $2,806.93 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit K - Page 15

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3217 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,806.93 |
| Finance Charge | 46.34 |
| Balance Due | $2,853.27 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L  B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3217 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,806.93 |
| Finance Charge | 46.34 |
| Balance Due | $2,853.27 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3297 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,853.27 |
| Finance Charge | 36.04 |
| Balance Due | $2,889.31 |

This statement reflects new fees through **04/30/2021** and costs through
**05/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

Exhibit K - Page 18

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3297 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,853.27 |
| Finance Charge | 36.04 |
| Balance Due | $2,889.31 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    June 28, 2021
Statement No.    3383
Account No.    233.12
Page:   1

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,889.31 |
| Finance Charge | 41.19 |
| Balance Due | $2,930.50 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   June 28, 2021
Statement No.          3383
Account No.          233.12
Page:   1

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,889.31 |
| Finance Charge | 41.19 |
| Balance Due | $2,930.50 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3468 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

| | |
|---|---|
| Previous Balance | $2,930.50 |
| Finance Charge | 37.33 |
| Balance Due | $2,967.83 |

This statement reflects new fees through **06/30/2021** and costs through
**07/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of
1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay
by credit card, please contact us for details.

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3468 |
| Account No. | 233.12 |
| Page: | 1 |

RE: TMTE vs HENDERSON

Duplicate

| | |
|---|---|
| Previous Balance | $2,930.50 |
| Finance Charge | 37.33 |
| Balance Due | $2,967.83 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.             2391
Account No.             233.13
Page:  1

RE: TMTE vs HERR

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/20/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1) | 0.10 | 45.00 |
| 08/21/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.3); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM CLIENT (.1) | 0.50 | 225.00 |
| 08/22/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.70 | 315.00 |
| | | Total Current Work | | 315.00 |
| | | Balance Due | | $315.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 1

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date: September 27, 2020
Statement No.                2391
Account No.                233.13
Page:  1

RE: TMTE vs HERR

Duplicate

### Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/20/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1) | 0.10 | 45.00 |
| 08/21/2020 | DBS | CORRESPONDENCE FROM ADR SERVICES (.3); CORRESPONDENCE TO CLIENTS (.1); CORRESPONDENCE FROM CLIENT (.1) | 0.50 | 225.00 |
| 08/22/2020 | DBS | CORRESPONDENCE TO CLIENTS (.1) | 0.10 | 45.00 |
| | | For Current Services Rendered | 0.70 | 315.00 |
| | | Total Current Work | | 315.00 |
| | | Balance Due | | $315.00 |

This statement reflects new fees through **08/31/2020** and costs through **09/27/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 2

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   October 26, 2020
Statement No.                 2567
Account No.                 233.13
Page:   1

RE: TMTE vs HERR

<div align="center">Fees</div>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/02/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); REVIEW DOCUMENT REQUEST (.1) | 0.20 | 90.00 |
| 09/03/2020 | DBS | REVIEW CLAIM (.3); REVIEW COMMENCEMENT DOCUMENTS (.3) | 0.60 | 270.00 |
| 09/08/2020 | DBS | DRAFT/REVISE ANSWER (1.4); CORRESPONDENCE TO ADRS (.1); CORRESPONDENCE TO LIEBRADER (.1); CORRESPONDENCE TO CLIENTS (.2); REVIEW FILE (.3); CORRESPONDENCE TO CHO (.1) | 2.20 | 990.00 |
| 09/11/2020 | DBS | CORRESPONDENCE FROM ADRS (.1); REVIEW STRIKE AND RANK LETTER (.2) | 0.30 | 135.00 |
| 09/16/2020 | DBS | CORRESPONDENCE FROM SAMARA (.1); REVIEW DOCUMENTS RECEIVED (.2) | 0.30 | 135.00 |
| 09/18/2020 | DBS | REVIEW CLIENT DOCUMENTS (.3) | 0.30 | 135.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM ADRS RE STRIKE AND RANK LETTER (.2) | 0.20 | 90.00 |
| | | For Current Services Rendered | 4.10 | 1,845.00 |

<div align="center">Advances</div>

| | | | |
|---|---|---|---|
| 09/08/2020 | ONLINE RESEARCH | | 21.02 |
| | Total Advances | | 21.02 |
| | Total Current Work | | 1,866.02 |
| | Previous Balance | | $315.00 |
| | Finance Charge | | 4.50 |
| | Balance Due | | $2,185.52 |

Exhibit L - Page 3

TMTE, INC.                                                        Statement Date: 10/26/2020
Account No.        233.13                                         Statement No.        2567
RE:  TMTE vs HERR                                                 Page No.                2

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 4

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E    818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:    October 26, 2020
Statement No.                    2567
Account No.                  233.13
Page:   1

RE: TMTE vs HERR

Duplicate

<div align="center">Fees</div>

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/02/2020 | DBS | CORRESPONDENCE FROM LIEBRADER (.1); REVIEW DOCUMENT REQUEST (.1) | 0.20 | 90.00 |
| 09/03/2020 | DBS | REVIEW CLAIM (.3); REVIEW COMMENCEMENT DOCUMENTS (.3) | 0.60 | 270.00 |
| 09/08/2020 | DBS | DRAFT/REVISE ANSWER (1.4); CORRESPONDENCE TO ADRS (.1); CORRESPONDENCE TO LIEBRADER (.1); CORRESPONDENCE TO CLIENTS (.2); REVIEW FILE (.3); CORRESPONDENCE TO CHO (.1) | 2.20 | 990.00 |
| 09/11/2020 | DBS | CORRESPONDENCE FROM ADRS (.1); REVIEW STRIKE AND RANK LETTER (.2) | 0.30 | 135.00 |
| 09/16/2020 | DBS | CORRESPONDENCE FROM SAMARA (.1); REVIEW DOCUMENTS RECEIVED (.2) | 0.30 | 135.00 |
| 09/18/2020 | DBS | REVIEW CLIENT DOCUMENTS (.3) | 0.30 | 135.00 |
| 09/24/2020 | DBS | CORRESPONDENCE FROM ADRS RE STRIKE AND RANK LETTER (.2) | 0.20 | 90.00 |
|  |  | For Current Services Rendered | 4.10 | 1,845.00 |

<div align="center">Advances</div>

| 09/08/2020 | ONLINE RESEARCH | 21.02 |
|---|---|---|
|  | Total Advances | 21.02 |
|  | Total Current Work | 1,866.02 |
|  | Previous Balance | $315.00 |
|  | Finance Charge | 4.50 |

Exhibit L - Page 5

ASHER LUCAS
Account No.        233.13
RE:  TMTE vs HERR

Statement Date: 10/26/2020
Statement No.              2567
Page No.                          2

Balance Due                                                                                          $2,185.52

This statement reflects new fees through **09/30/2020** and costs through **10/26/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 6

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.            2658
Account No.            233.13
Page:   1

RE: TMTE vs HERR

<div align="center">Fees</div>

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/02/2020 | DBS | CORRESPONDENCE FROM CHO (.1); CORRESPONDENCE FROM MANGEL (.1); CORRESPONDENCE TO MANGEL (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 0.30 | 135.00 |
| | | Total Current Work | | 135.00 |
| | | Previous Balance | | $2,185.52 |
| | | Finance Charge | | 31.19 |
| | | Balance Due | | $2,351.71 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 7

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  November 24, 2020
Statement No.              2658
Account No.              233.13
Page:   1

RE: TMTE vs HERR

Duplicate

Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/02/2020 | DBS | CORRESPONDENCE FROM CHO (.1); CORRESPONDENCE FROM MANGEL (.1); CORRESPONDENCE TO MANGEL (.1) | 0.30 | 135.00 |
| | | For Current Services Rendered | 0.30 | 135.00 |
| | | Total Current Work | | 135.00 |
| | | Previous Balance | | $2,185.52 |
| | | Finance Charge | | 31.19 |
| | | Balance Due | | $2,351.71 |

This statement reflects new fees through **10/31/2020** and costs through **11/24/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 8

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | December 20, 2020 |
| Statement No. | 2748 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,351.71 |
| Finance Charge | 29.70 |
| Balance Due | $2,381.41 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 9

LAW OFFICES OF

# D A N I E L  B . S P I T Z E R

D A N I E L  B .  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:  December 20, 2020
Statement No.           2748
Account No.           233.13
Page:   1

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,351.71 |
| Finance Charge | 29.70 |
| Balance Due | $2,381.41 |

This statement reflects new fees through **11/30/2020** and costs through **12/20/2020**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 10

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | January 26, 2021 |
| Statement No. | 2828 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,381.41 |
| Finance Charge | 42.26 |
| Balance Due | $2,423.67 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 11

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

TELEPHONE 818-990-9700

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| Statement Date: | January 26, 2021 |
| Statement No. | 2828 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,381.41 |
| Finance Charge | 42.26 |
| Balance Due | $2,423.67 |

This statement reflects new fees through **12/31/2020** and costs through **01/26/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 12

LAW OFFICES OF
# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   February 23, 2021
Statement No.             2904
Account No.             233.13
Page:   1

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,423.67 |
| Finance Charge | 31.98 |
| Balance Due | $2,455.65 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 13

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | February 23, 2021 |
| Statement No. | 2904 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,423.67 |
| Finance Charge | 31.98 |
| Balance Due | $2,455.65 |

This statement reflects new fees through **01/31/2021** and costs through **02/23/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 14

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | March 24, 2021 |
| Statement No. | 3058 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,455.65 |
| Finance Charge | 33.12 |
| Balance Due | $2,488.77 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 15

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:   March 24, 2021
Statement No.   3058
Account No.   233.13
Page:   1

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,455.65 |
| Finance Charge | 33.12 |
| Balance Due | $2,488.77 |

This statement reflects new fees through **02/28/2021** and costs through **03/24/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 16

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | April 29, 2021 |
| Statement No. | 3218 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,488.77 |
| Finance Charge | 41.12 |
| Balance Due | $2,529.89 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 17

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:     April 29, 2021
Statement No.              3218
Account No.             233.13
Page:   1

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,488.77 |
| Finance Charge | 41.12 |
| Balance Due | $2,529.89 |

This statement reflects new fees through **03/31/2021** and costs through **04/29/2021**.

*All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.*

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 18

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3298 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,529.89 |
| Finance Charge | 31.98 |
| Balance Due | $2,561.87 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 19

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L   B.   S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | May 27, 2021 |
| Statement No. | 3298 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,529.89 |
| Finance Charge | 31.98 |
| Balance Due | $2,561.87 |

This statement reflects new fees through **04/30/2021** and costs through **05/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 20

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L  B.  S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | June 28, 2021 |
| Statement No. | 3384 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,561.87 |
| Finance Charge | 36.55 |
| Balance Due | $2,598.42 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 21

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

**D A N I E L  B.  S P I T Z E R**

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

**F A C S I M I L E**   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

|  |  |
|---|---|
| ASHER LUCAS | Statement Date: June 28, 2021 |
| LUCAS ASHER, PRESIDENT | Statement No. 3384 |
| 433 N. CAMDEN DRIVE, SUITE 970 | Account No. 233.13 |
| BEVERLY HILLS, CA   90210 | Page:  1 |

RE: TMTE vs HERR                                                                                   Duplicate

| | |
|---|---|
| Previous Balance | $2,561.87 |
| Finance Charge | 36.55 |
| Balance Due | $2,598.42 |

This statement reflects new fees through **05/31/2021** and costs through **06/28/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 22

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

TMTE, INC.
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

Statement Date:      July 27, 2021
Statement No.                  3469
Account No.                 233.13
Page:   1

RE: TMTE vs HERR

| | |
|---|---|
| Previous Balance | $2,598.42 |
| Finance Charge | 33.12 |
| Balance Due | $2,631.54 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

***All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.***

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 23

LAW OFFICES OF

# D A N I E L B. S P I T Z E R

D A N I E L B. S P I T Z E R

16311 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA  91436-2152

F A C S I M I L E   818-990-9705
EMAIL   dspitzer@spitzeresq.co

TELEPHONE 818-990-9700

ASHER LUCAS
LUCAS ASHER, PRESIDENT
433 N. CAMDEN DRIVE, SUITE 970
BEVERLY HILLS, CA   90210

| | |
|---|---|
| Statement Date: | July 27, 2021 |
| Statement No. | 3469 |
| Account No. | 233.13 |
| Page: | 1 |

RE: TMTE vs HERR

Duplicate

| | |
|---|---|
| Previous Balance | $2,598.42 |
| Finance Charge | 33.12 |
| Balance Due | $2,631.54 |

This statement reflects new fees through **06/30/2021** and costs through **07/27/2021**.

**All unpaid balances beyond 30 days of invoicing will incur a late charge of 1.5% per month, or an annual rate of 18%, until paid.**

We accept American Express, Visa, Mastercard and Discover. If you wish to pay by credit card, please contact us for details.

Exhibit L - Page 24

# Exhibit M

## SHIPPING AND TRANSACTION AGREEMENT

| CUSTOMER INFORMATION | |
|---|---|
| Customer Name: **DANIEL B. SPITZER** | |
| Street Address: | Evening Phone: |
| City / State / Zip: | Daytime Phone: |
| Email Address: **dspitzer@spitzeresq.com** | |
| By signing below, I acknowledge that I have read, understand, and hereby agree to the terms set forth on the front and back of this Agreement | |
| Dated: | Customer's Signature: *D. Spitzer* |

**PHONE CALLS** — *D.S.* Initial Here — By initializing in the space provided, and by your signature on this agreement, you hereby expressly authorize CM to telephone you at the number(s) provided above, irrespective of whether or not your telephone number appears in the "National Do Not Call Registry." 16 CFR§310.4(b)(1)(iii)(B)(i) and (ii).

metals.com / TMTE, Inc.  (and its affiliates) (collectively, "metals") and the individual identified above ("Customer") agree that the following terms of this Shipping and Transaction Agreement ("Agreement") shall govern the pending and all future transactions between the parties involving all precious metals, in any form, that is the subject of all transactions between metals and Customer, and shall include, but is not limited to, bullion bars and coins, semi-Numismatic coins and bars, Numismatic coins and bars, "junk silver," and bags (and partial bags) of coins (collectively "Precious Metals.") This Agreement shall apply to all purchases from and sales to metals involving Customer, present and future.  metals is not an investment advisor, consultancy, licensed brokerage, or banking institution.

1. <u>Delivery of Precious Metals Purchased</u>: Customer must deliver funds sufficient to cover the entirety of Customer's purchase from metals within five (5) business days of Customer's placement of the order ("Purchase Funds"). Purchase Funds may be delivered by check, credit card, or wire transfer. With the limited exception noted in Paragraph 8a, all sales, including credit card sales, are final (i.e., the Precious Metals cannot be exchanged or returned for a refund). Checks may be made out to Metals.com (For wire transfer instructions, please contact your metals sales representative.) metals shall deliver the Precious Metals specified in Customer's order to a suitable delivery service for delivery to Customer no more than twenty-eight (28) days after metals verifies that the Purchase Funds provided are backed by good funds. (Please note that it may take 12 business days to verify personal checks.) If Customer fails to provide the Purchase Funds within five (5) business days of Customer's placement of the order, metals may exercise the rights set forth in Paragraph 4, below.

2. <u>Delivery of Precious Metals</u>:  metals shall cause all Precious Metals purchased and paid for to be delivered to Customer's address set forth above. metals only uses reputable, nationally recognized delivery services to deliver its Precious Metals. If, however, Customer's order is lost prior to delivery, Customer is instructed to notify metals, in writing, immediately. Notice of any such alleged loss should be sent to: metals.com, Attention: Customer Service, 330 S Center St, suite 407 Casper, WY 82601. If the delivery service verifies that Customer's Precious Metals were never delivered, metals shall, within forty-five (45) days of such verification, in its sole discretion, either refund to Customer the full purchase price for such undelivered Precious Metals or replace such Precious Metals with other Precious Metals of the same denomination/type and grade. metals assumes no responsibility for Precious Metals lost, damaged, stolen, or otherwise subject to casualty after delivery to Customer. metals assumes no risk of loss for any Precious Metals

purchased from a Customer until such materials are delivered to and accepted by an authorized representative of metals.

3. <u>Purchase Price</u>:

a. <u>Sales</u>: The purchase price Customer has been quoted and agreed to pay includes metals operating margin on the transaction. Within the Precious Metals industry, the difference between metals cost on the day of the purchase (for the Precious Metals Customer has agreed to buy) and the retail price quoted to Customer is known as the "Spread." Spreads vary significantly - by Precious Metal, by customer, and over time. For Customer to make a profit, Customer must be able to sell the Precious Metals in the future for a price high enough to cover Customer's initial investment, including Spreads.  Spreads may be subject to negotiation, and Spreads charged to Customer in a specific transaction may be more or less than the Spread charged to others in similar transactions or charged to Customer in prior or future transactions. At the time this Transaction Agreement was transmitted for Customer's signature, (i) metals Spread on bullion (i.e., coins and bars that generally move in tandem with the spot price for the relevant commodity) is generally between one percent and five percent (1 to 5%), and (ii) metals's Spread on semi-Numismatic and Numismatic coins and bars is generally between seventeen percent and thirty-three percent (17 to 33%). Spreads for semi-Numismatic and Numismatic coins and bars are often in the range of approximately twenty-nine percent (29%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons.  The actual Spread on any particular transaction could be any amount within those ranges (or even possibly outside those ranges). For example, if a bullion coin or bar was quoted by metals at $400, and included a ten percent (10%) spread, metals cost for the bullion coin or bar would be $360. Similarly, if metals quoted a Numismatic coin or bar at $400, and included a twenty-five percent (25%) spread, metals cost for that coin would be $300. metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. Customer acknowledges that the spot prices of Precious Metals do not necessarily move in tandem with the Precious Metals the Customer purchases. That means that the spot price and the liquidation value of the Precious Metals purchased by the Customer under this Agreement may perform differently from one another.

b. <u>IRA Sales</u>: Individual retirement account ("IRA") transactions are more expensive to process and can require metals to assume certain investment risk in connection with the transaction. As such, notwithstanding the general ranges set forth in Paragraph 3a, at the time this Agreement was transmitted for Customer's signature, metals Spread on IRA Precious Metals transactions varies between two percent and thirty-three percent (2% to 33%). These numbers, however, are only general ranges and approximations, which are subject to change for a variety of reasons. The actual Spread on any particular transaction could be any amount within that range (or even possibly outside that range). Moreover, metals Spread range may be different (higher and/or lower), and the Spread metals charges may be higher or lower, at the time of and for any given transaction. For example, a bullion coin or bar that ordinarily would be quoted by metals (outside an IRA) at $400, with a ten percent (10%) Spread, might be quoted at $480, with a twenty-five percent (25%) Spread, if the bullion coin or bar is purchased as an IRA investment. In both those examples, however, metals cost for the bullion coin or bar would be $360. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an Individual retirement account ("IRA"). Client expressly acknowledges that Client has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Further, please note that holding Precious Metals as an investment in an IRA may result in additional fees charged by third parties, not metals, such as depositary and custodial fees that would be charged directly to the Client by such third parties. metals makes no opinions, statements, or recommendations in regards to how much or what percentage of Client's retirement account should be invested in precious metals.

c. <u>Re-purchases</u>: metals is prohibited by law from guaranteeing to repurchase Precious Metals that it sells. metals may, at its sole discretion, elect to re-purchase the Precious Metals that metals sells, and metals does not guarantee that it will re-purchase Precious Metals that Customer purchases from metals.  In the event Customer seeks to sell its Precious Metals to metals, Customer understands and acknowledges that metals re-purchase offer may be raised or lowered on a daily, even hourly or more basis, depending upon various market conditions, inventory needs, and the price and availability of comparable Precious Metals. metals does not guarantee that any re-purchase offer will equal the price that metals would pay to acquire the same denomination/type and grade of Precious Metal from a wholesaler, or that any offer made will be higher or equal to what someone else might offer for the same Precious

Metals.

d. <u>Certification</u>: Customers who are selling Precious Metals to metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the sale of such articles, and (ii) any sale to metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value. Customers who are buying Precious Metals from metals declare under penalty of perjury pursuant to 28 U.S.C. §1746 that (i) Customer either deals in such articles or otherwise by Customer's respective occupation or as a result of Customer's avocations as collector, speculator, or investor has and holds him or herself out as having knowledge or skill peculiar to such articles or the practices involved in the purchaser of such articles, and (ii) any purchase from metals of coins, hallmark bars, registered ingots, and other items as Numismatic objects is for their Numismatic value.

e. <u>Quotes on Customer's Holdings</u>: Customers may request a quote on their holdings at any time. When requesting a quote, please specify whether you are looking to purchase additional Precious Metals or sell your existing holdings - as metals bid (buy from customer) and ask (sell to customer) quotes will vary. metals bases such quotes on a variety of factors, which are not necessarily tied or related to the prices quoted by, or factors considered by, its competitors.

f. <u>Classification as Bullion, semi-Numismatic, or Numismatic:</u> Whether a Precious Metal is classified as Bullion, semi-Numismatic, or Numismatic may turn on a number of objective and subjective factors, including the age of the Precious Metal, its condition, the number of known copies, the likelihood of additional minting, the originating country, relevant historical events or owners (e.g., shipwreck; royalty), relevance to the formation of various Precious Metal collections, and an investor's personal attraction to the piece. metals classification of Precious Metals is only an opinion and may change over time (e.g., if additional quantities of the Precious Metal are discovered). In addition, given the subjective nature of the classification process, other dealers or investors may classify the same coin differently. metals prices and spreads are based on its classification determination.

g. <u>Customer Assumes Investment Risk; Investment Decisions</u>.  Customer acknowledges that purchases and sales of Precious Metals involve considerable risk. Market prices are at times volatile and may be affected by a variety of factors including, among others, general economic conditions, political events, monetary policies of various countries, fluctuations in production and demand, stock-piles, speculative activity and the degree of concern people have about these matters. It is impossible to forecast accurately how or to what degree these or other factors will affect prices. Customer acknowledges and agrees that Customer assumes the risk of all investment decisions regarding any and all Precious Metals the Customer purchases from metals and metals makes no guarantee or representation regarding Customer's ability to profit (or avoid loss) from any purchase or any representation regarding any tax implications of any purchase and the decision to purchase or sell Precious Metals. Any purchases from metals are made subject to Customer's own prudence, judgment and ultimate decision. Customer expressly acknowledges and agrees to hold metals harmless for any damages arising out of the performance by metals of this Agreement. Customer understands that past performance cannot be an indicative of future results.

4. <u>Remedy for Customer's Failure to Perform</u>: If Customer refuses to accept delivery of the Precious Metals ordered or fails to make payment when due, metals, in its sole discretion, may cancel the transaction and resell such Precious Metals on a wholesale basis. If the proceeds from such resale are less than the contract price with Customer, metals shall be entitled to recover from Customer the difference between the resale price and Customer's contract price, plus any incidental damages occasioned by Customer's breach. If the proceeds from such resale are more than the contract price with Customer, metals shall be entitled to keep the excess amount to cover metals incidental damages.

5. <u>Investment Objectives; Holding Period; Investment Risk; No Advice; Commissioned Sales Representatives:</u>

a. metals is a seller and purchaser of Precious Metals. While metals is always prepared to compare and contrast the different Precious Metals that are available for purchase or that metals is willing to purchase, Customer acknowledges and agrees that (i) no fiduciary relationship exists between metals and Customer, (ii) the decision to purchase or sell Precious Metals, and which Precious Metals to purchase or sell, are the Customer's decision alone, and (iii) purchases or sales are made subject to Customer's own prudence and judgment.

b. In metals opinion, Precious Metals should be considered a long-term investment. Customer should be prepared to hold any Precious Metals purchased - whether from metals or elsewhere - for at least a three to five year period, and preferably five to ten years, to maximize the potential for gains. In metals opinion, Customer should only invest capital that can be held for at least this period of time. However, Precious Metals, like all investments, carry capital risk. Precious Metals may appreciate, depreciate, or stay the same depending on a variety of factors. metals cannot guarantee, and makes no representation, that the Precious Metals will appreciate at all or appreciate sufficiently to make Customer a profit at the expiration of this or any other period of time.

c. In metals opinion, Customer should not invest more than twenty percent (20%) of Customer's available investment funds in Precious Metals. Moreover, Precious Metals do not yield income and thus are not an appropriate investment vehicle for investors seeking current or future income.

d. The success of an investment in Precious Metals is dependent, in part, upon extrinsic economic forces including but not limited to supply, demand, international monetary conditions, and inflation or the expectation of inflation. The impact of these forces on the values of Precious Metals in general or any particular Precious Metal cannot be predicted. Customer acknowledges that the Precious Metals market can be volatile and that Precious Metal prices may rise or fall over time. Customer further acknowledges that past performance is no guarantee of future performance.

e. metals does not provide tax, investment, or legal advice or advisory services, and no one associated with metals is authorized to provide any such advice or services. Any written or oral statements by metals, its officers, agents, sales representatives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact. Customer agrees, acknowledges, and represents that Customer has not, at any time, sought or been provided with tax, investment, or legal advice or advisory services, of any kind or nature from metals or any of its, affiliates, assigns, successors, agents, employees, contractors or other representatives.

f. metals sales representatives are commissioned salespersons - i.e., their salary is based, at least in part, on the amount and profit margin of the Precious Metals they sell. In addition, from time to time, metals sales representatives may receive other compensation tied to sales activity - e.g., sales contests; bonuses tied to the sale of certain denominations/types or grades of Precious Metals. metals sales representatives are not licensed brokers and their knowledge of Precious Metals and the Precious Metals marketplace varies markedly.

g. metals makes no representations regarding the tax consequences of holding Precious Metals as an investment in an IRA. Customer expressly acknowledges that Customer has been advised to seek independent tax advice, from a qualified professional, regarding the tax consequences of such an investment. Any written or oral statements by metals, its officers, agents, account executives, or other representatives relating to future events or the attributes of certain Precious Metals are opinions only. Such statements, if any, are not representations of fact.

h.  Customer understands, agrees, and acknowledges that metals records telephone calls with potential customers and/or including Customer, to avoid and/or prevent fraud, for purposes of verifying Customer's assent to the terms and conditions of the purchase from metals, for quality control and/or other reasons. Customer consents to all such recordings of Customer by metals to the extent consent is required under any state or federal laws or statutes.

6. Grades:

a. metals is not a grading service. metals purchases Precious Metals for re-sale to its customers. metals is not a grading service. metals does not independently assess the Precious Metals it purchases for re-sale, but relies upon the opinions and assessments of independent grading services such as Professional Coin Grading Service, Inc., Numismatic Guaranty Corporation of America, and ANACAS, or others. Grading is a subjective process and it is not uncommon for grading services, or individual examiners within the same grading service, to reach different conclusions regarding the appropriate grade for a particular Precious Metal. Moreover, grading standards are constantly evolving. metals does not guarantee that the Precious Metals it sells will achieve the same grades in the future. In selling graded Precious Metals, metals warrants that the Precious Metal is genuine (i.e., not a counterfeit) and states that the grade is as opined by the grading service when graded by that service, if graded.

b. Grading is subjective. Grading is a subjective determination. While numerical grading may give the impression of precision,  the numbers in fact represent a nuanced opinion that even experts cannot consistently and systematically agree upon. The grade reflects the opinion of the cataloger (or grader) as to the state of preservation, method of strike, and overall appearance of a particular Precious Metal or lot.

c. Terminology. The term "proof" or "specimen" is used to describe a method of manufacture. Those terms do not connote a grade, condition or attribution.

d. Cleaning/Toning. metals does not represent that a Precious Metal has or has not been cleaned, that any toning is natural or artificial, that a Precious Metal has a particular provenance or pedigree, that a Precious Metal is struck or not struck, that a Precious Metal is produced or not produced in a particular manner or style, and/or that a different grading service (or even a different grader within the same grading service) would assign the same grade now or in the future to the same Precious Metal.

e. Acknowledgment. Where metals sells a Precious Metal that is encapsulated by a grading service and bears the grade or condition ascribed to it by the grading service, Customer acknowledges and agrees that other grading services or knowledgeable purchasers might reach a different conclusion as to the item's grade. Customer further acknowledges that metals has provided the grader's description for the customer's information and makes no warranty as to its accuracy or the standards used to determine that grade.

7. Representation/Warranty; Sales Representatives Not Authorized To Make Other Representations or Warranties: metals represents and warrants that, upon the delivery of Purchase Funds (as provided for in Paragraph 1), and subject to the other terms and restrictions set forth in this Transaction Agreement, metals will cause to be delivered to Customer the denomination/type and grade of Precious Metals specified in Customer's order, as classified and/or graded by one of the following independent grading services: Professional Coin Grading Service, Inc. (PCGS), Numismatic Guaranty Corporation of America (NGC), ANACAS, or any other independent grading service of similar standing. The only representation and warranty that Customer may rely upon in purchasing Precious Metals from or selling Precious Metals to metals is the representation set forth in this Paragraph 7. Neither metals, nor any of its officers, agents, employees, sales representatives, or other representatives are authorized to make any other representations or warranties concerning any Precious Metals that metals is selling or purchasing under this Transaction Agreement.

8. Exchange/Refund Policy:

a. Replacement of Semi-Numismatic or Numismatic Coins Where Grade Disputed: Customer agrees to inspect each delivery carefully upon receipt. If, for any reason whatsoever, Customer is dissatisfied with the quality of a semi-Numismatic or Numismatic coin or bar (specific kinds of Precious Metals) purchased from metals, Customer should immediately notify metals. If Customer notifies metals of its dissatisfaction within fifteen (15) days of delivery of the semi-Numismatic or Numismatic coin or bar and the original holder in which the semi-Numismatic or Numismatic coin or bar in question was delivered has not been opened, removed, or tampered with in any respect, metals shall replace the semi-Numismatic or Numismatic coin or bar in question with another semi-Numismatic or Numismatic coin or bar (as appropriate) of the same denomination/type and grade. metals, in its sole discretion, may permit Customer to upgrade to a higher value semi-Numismatic or Numismatic coin or bar (either in denomination/type or grade) as part of this replacement process, provided Customer pays the difference between the contract price of the semi-Numismatic or Numismatic coin or bar previously purchased and metals current sale price for the higher value semi-Numismatic or Numismatic coin(s) or bar(s) to be substituted. If metals determines, in its sole discretion, that another semi-Numismatic or Numismatic coin or bar of the same denomination/type and grade is not reasonably, commercially available, metals may elect, at its sole option, to replace the semi-Numismatic or Numismatic coin or bar purchased with a reasonably comparable semi-Numismatic or Numismatic coin or bar, even though of a different denomination/type and grade.

b. Cancellation Period; Certain States' Rights. With the exceptions noted in Paragraph 8a and the Addendum attached hereto (certain state residents only), metals offers Customers a seven (7) day right to request cancellation of their purchase with metals for semi-Numismatic or Numismatic coin or bar purchases.  Because Precious Metals, including all other purchases other than semi-Numismatic or Numismatic coin or bars, are subject to price fluctuations

outside of metals control, the metals is unable to rescind, cancel, refund, or exchange Customer's order or this Agreement for all purchases other than semi-Numismatic or Numismatic coin or bars, other than as noted herein, in Paragraph 8a above, and as set forth in the attached Addendum.

9. Disclaimer of Express and Implied Warranties: EXCEPT AS SET FORTH IN PARAGRAPH 7, THE PRECIOUS METALS SOLD BY METALS PURSUANT TO THIS TRANSACTION AGREEMENT ARE SOLD ON AN "AS IS" BASIS AND METALS MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY AND OR FITNESS FOR A PARTICULAR PURPOSE.

10. No Liability for Consequential Damages; Limitation of Liability: IN NO EVENT SHALL METALS HAVE ANY OBLIGATION OR LIABILITY (WHETHER IN TORT, CONTRACT, WARRANTY, OR OTHERWISE, AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, OR STRICT LIABILITY), FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES SUSTAINED OR ARISING FROM OR RELATED TO ANY TRANSACTION COVERED BY THIS TRANSACTION AGREE- MENT, EVEN IF METALS IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, METALS LIABILITY TO CUSTOMER FOR ANY REASON AND UPON ANY CLAIMS SHALL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID BY CUSTOMER FOR THE PRECIOUS METALS IN DISPUTE.

11. Application to Future Transactions: This Transaction Agreement shall control all transactions between metals and Customer unless and until such time as it is amended by metals. Customer agrees that metals may amend this Transaction Agreement at any time and from time to time, that metals may give notice to Customer of any amendment by mailing a copy of the amended Transaction Agreement to the address set forth above (or any updated address provided by Customer in the interim), and that following such mailing, the amended Transaction Agreement shall govern succeeding transactions and any interaction with metals.

12. Force Majeure: Neither metals nor Customer shall be liable for any failure or delay in its or their performance under this Transaction Agreement due to any cause beyond its or their respective reasonable control, including acts of war, terrorism, acts of God, earthquake, flood, embargo, riot, sabotage, labor shortage or dispute, governmental act or failure of the Internet including, but not limited to, any disruption, failure and/or error in or of metals internal computer systems, or any disruption, failure and/or error in or of any third-party Internet service providers as metals may use from time to time.

13. Arbitration of Disputes; Waiver of Jury Trial: ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS TRANSACTION AGREEMENT OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION OR VALIDITY THEREOF, INCLUDING THE DETERMINATION OF THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, OR ANY OTHER DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF ANY INTERACTION BETWEEN METALS AND CUSTOMER, SHALL BE BROUGHT AND BE DETERMINED BY ARBITRATION IN LOS ANGELES, CALIFORNIA, BEFORE ONE ARBITRATOR. THE ARBITRATION SHALL BE ADMINISTERED BY ADR SERVICES, INC.  CUSTOMER AND METALS WAIVE THEIR RIGHTS, IF ANY, TO BRING ANY CLAIM THAT IS SUBJECT TO THIS ARBITRATION PROVISION AS A CLASS ACTION, "MASS" ACTION, OR OTHERWISE ON A REPRESENTATIVE BASIS. JUDGMENT ON ANY ARBITRATION AWARD MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION. THIS CLAUSE SHALL NOT PRECLUDE PARTIES FROM SEEKING PROVISIONAL INJUNCTIVE REMEDIES IN AID OF ARBITRATION FROM A COURT OF APPROPRIATE JURISDICTION.

14. Choice of Law: The substantive law of California shall govern all claims brought by or against metals in connection with this Transaction Agreement or otherwise arising out of any interaction between metals and Customer, without any regard for conflict of law principles.

15. Limitation on Time to Bring Any Claim: Except where the law prescribes a shorter applicable statute of limitation, or prohibits shortening the otherwise applicable longer statute of limitations, any claim or legal action of any kind arising in connection with or relating in any way Customer's purchases from metals, metals, or in any way relating to metals or this Agreement,  must be brought within one year after the purchase or sale or other event giving rise to the claim or legal action. If this clause is determined to be unenforceable as to any particular claim or claims under the law of the applicable jurisdiction, it shall remain fully enforceable as to all other claims.

16. <u>Jurisdiction</u>: Jurisdiction and venue for any dispute, claim or controversy arising out of or in any way relating to this Transaction Agreement or the breach, termination, enforcement, interpretation or validity thereof, or any other interaction between metals and Customer, shall be in Los Angeles, California, and any party making a claim against metals in whatever form hereby submits to personal jurisdiction in that forum for any and all purposes. By entering into this Agreement, Customer agrees to be subject to the personal jurisdiction of the State of California, agreeing and acknowledging that entering into this Agreement shall constitute sufficient minimum contacts with the State of California to confer both general and specific personal jurisdiction.

17. <u>Finality; Integration Clause</u>: This Agreement is intended by metals and Customer as a final expression of their agreement concerning the matters set forth herein, and is also intended as a complete and exclusive statement of the terms of their agreement. This Agreement supersedes any oral or written statements made prior to, contemporaneous with, or in the future regarding this Agreement or the transactions covered hereunder. Customer shall not rely upon any statement made by or on behalf of metals that is inconsistent with this Transaction Agreement.

18. <u>Severability</u>: If any provision of this Transaction Agreement is determined by any court of competent jurisdiction or arbitrator to be invalid, illegal, or unenforceable to any extent, that provision shall, if possible, be construed as though more narrowly drawn, if a narrower construction would avoid such invalidity, illegality, or unenforceability or, if that is not possible, such provision shall, to the extent of such invalidity, illegality, or unenforceability, be severed, and the remaining provisions of this Agreement shall remain in full force and effect.

<div align="center">ADDENDUM OF STATE-SPECIFIC PROVISIONS</div>

*Alaska.* metals provides all customers the right to receive a full refund for the return of undamaged and unused metals or coins, provided the customer gives metals timely notice of the return within seven (7) calendar days after the date the customer receives the merchandise. Timely notice is given if the return request is made in person within the seven (7) days or if the return or request is mailed, properly addressed and postmarked, postage prepaid, within the seven (7) days. Receipt of metals or coins is deemed to occur at the earliest of: (a) the date the customer receives actual possession of the metals or coins; or (b) the date the customer receives written confirmation that the metals or coins have been deposited on the customer's behalf in an independent depository. metals, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Connecticut, Nebraska, Maryland, Louisiana, Kansas.* metals provides all **first time customers** the right to a refund for the return of undamaged and unused metal or coins, provided that  TMTE, Inc. receive written notice of cancellation within seven (7) calendar days after the date you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Hawaii, Mississippi, West Virginia, Arizona, Colorado, Montana, Oklahoma, Utah,*
*Texas (credit card purchases only), Oregon, Nevada.*  metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Indiana, Pennsylvania, Vermont, Wyoming, South Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within ten (10) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Michigan, Virginia, Arkansas.* metals provides all customers the right to a full refund provided that Metals.com receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign this Agreement.  metals shall, upon written notice of cancellation, issue a full refund within ten (10) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*North Dakota.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within fifteen (15) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later.

*Maine.* metals provides all **first time customers** the right to a refund, provided that  Metals.com receive written notice of cancellation within seven (7) calendar days after the date your trade confirmation is mailed to you (based upon the postmark) or delivered to a third-party carrier such as FedEx. (Prior purchasers have the right to receive a full refund provided that metals receive written notice of the cancellation **within three (3) business days** after the date your trade confirmation is mailed or delivered, as above.) metals shall, upon written notice of cancellation, issue a full refund within fifteen (15) calendar days from the date you send us the notice of cancellation (notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.) If you decide to cancel, **return all items shipped to you (if any) in substantially as good condition as when received to the address that appears on the form, ATTN: Operations Dept.**

*West Virginia.* metals provides you the right to receive a full refund for the return of undamaged and unused metals or coins, provided that metals receive written notice of the return within seven (7) calendar days after the date that you receive the merchandise. Your "receipt" of metals or coins is deemed to occur at the earliest of: (a) the date that you receive actual possession of the metals or coins; or (b) the date that you receive written confirmation that the metals or coins have been deposited on your behalf in an independent depository. For purposes of this subsection, it will be presumed that goods were received seven days after they were mailed unless it can be clearly demonstrated that the goods were not received or received at a later date. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals, whichever is later. metals will provide a cash refund for a cash purchase or issuing a credit for a credit purchase, which credit is applied to the account to which the purchase was debited in connection with the return of its unused and undamaged merchandise or canceled services.

*Wisconsin.* metals provides all customers the right to a full refund provided that metals receive written notice of cancellation (see notice provided with your trade confirmation) **within three (3) business days** after the date that you sign the Addendum to this Trade Confirmation. metals shall, upon written notice of cancellation and receipt of the merchandise in the same condition as delivered, issue a full refund within thirty (30) calendar days from the date of cancellation or, where merchandise has been delivered, the returned merchandise is received by metals

whichever is later. (Notice of cancellation, if given by mail, is given when it is deposited in a mailbox properly addressed and postage prepaid.)

# Signature Certificate

Document Ref.: TNWCU-BANLG-4FUAO-ZR3TT

Document signed by:



### D. Spitzer

Verified E-mail:
dspitzer@spitzeresq.com



IP: 23.242.213.91     Date: 07 May 2019 21:36:22 UTC

Document completed by all parties on:
07 May 2019 21:36:22 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

