# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION, et al.,** § § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. **3:20-CV-2910-L** |
| § | |
| **TMTE, INC.** a/k/a Metals.Com; **CHASE METALS, INC.; CHASE METALS, LLC; BARRICK CAPITAL, INC.; LUCAS THOMAS ERB** a/k/a Lucas Asher a/k/a Luke Asher**; and SIMON BATASHVILI,** § § § § § § § § | |
| Defendants, § § | |
| **TOWER EQUITY, LLC,** § § | |
| Relief Defendant. § § | |

## ORDER

The court **directs** Defendants Lucas Asher and Simon Batashvili to appear before this court **Thursday and Friday, November 4th and 5th, 2021, at 9:00 a.m.** and show cause as to why they should not be held in contempt for their alleged violations of the orders of this court.

**It is so ordered** this 29th day of September, 2021.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**