# Exhibit A

From: GMB Global Data Product - Operations <DataOps@nasdaq.com>
Date: Fri, Sep 17, 2021 at 11:03 AM
Subject: Licensing Data for Portfolio Insider
To: tony@portfolioinsider.com <tony@portfolioinsider.com>, kd@portfolioinsider.com <kd@portfolioinsider.com>, Carlos@PortfolioInsider.com <Carlos@portfolioinsider.com>
Cc: Jill Turner <Jill.Turner@nasdaq.com>, Diop Wallace <Diop.Wallace@nasdaq.com>

Hi,

I am writing to inform you that Nasdaq is terminating licensing of data to Portfolio Insider, pursuant to Section 9(a)(iii) of the Global Data Agreement dated October 29, 2020 (the "Agreement"). As permitted by the Agreement, this termination is effective immediately. If you have any questions, please call John Yetter at 202.309.1886.

Thank you,

Jill

**Jill Turner**



**Global Information Services**

Direct: +1 301 978 8302

Mobile: +1 410 952 9828

**jill.turner@nasdaq.com**

*******************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at https://www.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*******************************************