# Exhibit B

Privileged and Confidential

**pipedrive**™

Pipedrive Inc
490 1st Ave South, Suite 800
St. Petersburg, Florida 33701

Portfolio Insider, LLC
9465 Wilshire Boulevard
Beverly Hills, CA 90212

September 23, 2021

**Re: Suspension of Pipedrive, Inc. Account and Services**

To Whom It May Concern:

We are writing to inform you that, effective immediately, Pipedrive, Inc. ("we" or "Pipedrive") is suspending the accounts of Portfolio Insider, LLC and all its corresponding users ("you" or "Portfolio") and all access to any services provided by Pipedrive to you. We have received notice of an Order Granting Plaintiff's Emergency *Ex Parte* Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief issued by the U.S. District Court for the Northern District of Texas in Case No.: 3:20-CV-2910-L (the "CFTC Matter") under which Portfolio is subject to receivership and judicial procedures related to fraud claims brought by the Commodity Futures Trading Commission against the defendants in the CFTC Matter. As a result, and pursuant to Section 17.4 of the Pipedrive Terms of Service ("Terms"), we have determined that there are "reasonable grounds" to believe that your continued use of the Pipedrive services may harm third persons and we are suspending access to your accounts and all Pipedrive services until further notice and pending resolution of the CFTC Matter.

We appreciate your understanding.

Sincerely,

Fiona O'Connor
Legal & Contracts, Manager
Pipedrive, Inc.