# Exhibit C

Privileged and Confidential

**pipedrive**™

                                                   Pipedrive Inc
                                490 1st Ave South, Suite 800
                                  St. Petersburg, Florida 33701

Portfolio Insider, LLC
9465 Wilshire Boulevard
Beverly Hills, CA 90212

September 30, 2021

**Re: Notice of Compelled Disclosure of Information**

To Whom It May Concern:

Pursuant to Section 7.4 of our Terms of Service, Pipedrive, Inc. ("we" or "Pipedrive") is providing prior notice to Portfolio Insider, LLC ("you" or "Portfolio") that we are being compelled by law in a civil proceeding, specifically Case No.: 3:20-CV-2910-L in the U.S. District Court for the Northern District of Texas (the "Court"), to provide confidential information related to Portfolio in our possession to a Receiver appointed by the Court.

                              Sincerely,

                              Fiona O'Connor
                              Legal & Contracts, Manager
                              Pipedrive, Inc.