IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br>Defendants,<br><br>TOWER EQUITY, LLC,<br><br>Relief Defendant. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:20-CV-2910-L |

## APPENDIX IN SUPPORT OF RECEIVER'S RESPONSE TO PORTFOLIO INSIDER'S MOTION TO PREVENT RECEIVER FROM TAKING POSSESSION OF PROPERTY OF A NON-RECEIVERSHIP ENTITY

Kelly M. Crawford, as the Court appointed Receiver, submits the following Appendix in Support of the *Receiver's Response to Portfolio Insider's Motion to Prevent Receiver From Taking Possession of Property of a Non-Receivership Entity,* as follows:

| | | |
|---|---|---|
| **Exhibit 1** | Declaration of Receiver Kelly M. Crawford | pages 3 - 6 |
| | Exhibit A – Letter to Carlos Cruz | pages 8 - 10 |
| | Exhibit B – Intrinio Emails | pages 12 - 20 |
| | Email dated October 20, 2020 | page 12 |
| | Email dated November 24, 2020 | page 13 |

| | |
|---|---|
| Email dated October 21, 2020 | page 14 |
| Email dated October 26, 2020 | pages 15 - 16 |
| Email dated October 30, 2020 | pages 17 - 20 |

Dated: October 26, 2021

                                    Respectfully submitted,

                                    **SCHEEF & STONE, L.L.P.**

                                    By: */s/ Peter Lewis*
                                         Peter Lewis
                                         State Bar No. 12302100
                                         Peter.Lewis@solidcounsel.com

                                    500 North Akard, Suite 2700
                                    Dallas, Texas 75201
                                    Telephone: (214) 706-4200
                                    Telecopier: (214) 706-4242

                                    **ATTORNEY FOR RECEIVER
                                    KELLY M. CRAWFORD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2021 I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, which provided a "Notice of Electronic Filing" to all attorneys of record.

                                             */s/ Peter Lewis*
                                             PETER LEWIS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al. <br><br> Plaintiffs, <br><br> v. <br><br> TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, <br><br> Defendants, <br><br> TOWER EQUITY, LLC, <br><br> Relief Defendant. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:20-CV-2910-L |

## DECLARATION OF RECEIVER KELLY M. CRAWFORD

My name is Kelly M. Crawford, I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1. I am the Receiver appointed by the Court pursuant to an *Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief (the "SRO")* entered on September 22, 2020 in the case styled above and I have personal knowledge of each of the facts stated below.

2. Pursuant to the *SRO* and other Orders entered by the Court, I am authorized to take possession of certain documents and records regarding the Defendants, Relief Defendants, and the entities they own or control. Each of the documents and records attached to my declaration were

DECLARATION OF RECEIVER KELLY M. CRAWFORD

RESP. APP00003

EXHIBIT 1

obtained by me pursuant to my duties as Receiver under the *SRO* and I am the custodian of such documents.[1] The documents and records were maintained in the regular course of business and it was the regular practice for these records and documents to be made. Based upon the production of the documents, it is my belief the content of the documents was recorded at or near the event described therein and was made by a person with knowledge of the information contained in the records.

3. As part of my duties as Receiver I traced more than $20 million that was transferred from the Defendants to MagicStar Arrow Entertainment, LLC, ("MagicStar"), an entity owned by Carlos Cruz. Attached hereto as **Exhibit A** is a true and correct letter (excluding the enclosures) dated May 18, 2021 I sent to Mr. Cruz requesting him to provide me with information regarding the goods and services, if any, provided to the Defendants in exchange for the monies received. My request was made pursuant to paragraph 34 of the *SRO*. Mr. Cruz responded to my request through his attorney Scott Thomas and he contended Mr. Cruz was not required to produce any information to me pursuant to the *SRO*. After several email exchanges between my counsel Peter Lewis and Mr. Thomas, and after Mr. Lewis provided Mr. Thomas with a copy of my *Emergency Motion for Show Cause Hearing to Hold Defendants Lucas Asher and Simon Batashvili in Civil Contempt* [Dkt. 311] (the "Show Cause Motion"), Mr. Thomas produced copies of invoices from MagicStar to the Defendants, and two contracts between Defendants and MagicStar and Cruz. Mr. Thomas continues to maintain that Mr. Cruz is not subject to the *SRO*.

4. I received several calls from witnesses who told me they worked at Portfolio Insider and that Defendants Asher and Batashvili were operating the company. They told me that Portfolio

---

[1] *Warfield v. Byron*, 436 F.3d 551, 559 (5th Cir. 2006)("the Receiver qualified as RDI's record custodian").

Insider had employees make cold calls to solicit sales of a product that was promoted as providing timely information regarding sales of securities and commodities by some of the nation's most well-known investors so that the customer could model their own investing in the same manner. As a result of these calls I searched the database[2] I have of documents recovered from the Defendants and Relief Defendant for information regarding "Portfolio Insider" and further investigated the ties of Defendants Asher and Batashvili to Portfolio Insider.

5. On September 22, 2021, my counsel Peter Lewis provided, by electronic mail, a copy of my *Show Cause Motion* to Scott Thomas, counsel for Mr. Cruz.

6. In preparation for the hearing on the *Show Cause Motion*, I sought documents from Pipedrive pursuant to the *SRO*. As set forth in the letter, I provided Pipedrive the relevant Orders from the Court and a copy of my *Show Cause Motion* and the *Appendix in Support of the Show Cause Motion*. Thereafter, I had a telephone call with Fiona O'Connor, counsel for Pipedrive, and she informed me of the objection Portfolio Insider was making to Pipedrive producing documents to me. I told Ms. O'Connor that until the Court ruled on my *Show Cause Motion*, I was agreeable to receiving only those documents in their possession that reflected communications with Defendants Asher or Batashvili or Receivership Defendant Retirement Insider.

7. My communications with Pipedrive were limited to obtaining documents. At no time did I request Pipedrive to suspend service to Portfolio Insider.

8. I have not had any communications with NASDAQ or Polygon.

9. I have not sought to or acquired control of Portfolio Insider.

10. I have not requested any vendor of Portfolio Insider to suspend service to Portfolio

---

[2] This is the same database of documents (approximately 57,000 documents) I have made available to the Plaintiffs and Defendants in this case.

DECLARATION OF RECEIVER KELLY M. CRAWFORD                                              Page 3

Insider.

11. I never sought nor did I obtain any assets of Portfolio Insider.

12. I never contacted any financial institutions of Portfolio Insider.

13. I never took exclusive custody, control, and possession of Portfolio Insider, or attempted to at any time.

14. I never took exclusive custody, control, and possession of all websites, cloud storage services, email, and accounts at any bank of Portfolio Insider, and nor did I attempt to at any point.

15. I never secured the business premises of Portfolio Insider and nor did I attempt to secure such premises.

16. On September 23, 2019 I noticed the deposition of Carlos Cruz to be taken on October 19, 2021. In light of the stay ordered by the Court, the deposition was cancelled.

17. Attached hereto as **Exhibit B** are true and correct copies of emails produced by Intrinio. They reflect communications between Intrinio and the Defendants Asher and/or Batashvili and/or Retirement Insider that include Defendants Asher and/or Batashvili communicating on behalf of Portfolio Insider.

I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated: October 26, 2021

KELLY M. CRAWFORD
RECEIVER

# EXHIBIT A

RESP. APP00007

**Kelly Crawford**
Receiver
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4213
kelly.crawford@solidcounsel.com

May 18, 2021

<u>*Via Overnight Mail and Electronic Mail to vcarloscruz@gmail.com*</u>

Carlos Cruz
MagicStar Arrow Entertainment LLC
929 Colorado Avenue
Santa Monica, California 90401

Carlos Cruz
MagicStar Arrow Entertainment LLC
8555 NW 37th Ct.
Hollywood, Florida 33024

Carlos Cruz
MagicStar Arrow Entertainment LLC
3750 S. Robertson Bld.
Culver City, California 90232

      RE:    *Commodity Futures Trading Commission, et al v. TMTE, Inc. a/k/a Metals.com, Chase Metals, Inc., Chase Metals, LLC, Barrick Capital, Inc., Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher, Simon Batashvili, Defendants and Tower Equity, LLC, Relief Defendant.;* Cause No. 3:20-CV-2910-L; pending in the United States District Court for the Northern District of Texas, Dallas Division

Dear Mr. Cruz:

      I am the Court appointed Receiver in the case referenced above. Copies of (1) the *Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief* (the "SRO"); (2) the *Consent Order of Preliminary Injunction as to Lucas Thomas Erb a/k/a/Lucas Asher a/k/a Luke Asher and Simon Batashvili* (the "Individuals Consent Order"); and (3) the *Consent Order of Preliminary Injunction as to Defendant TMTE, Inc. d/b/a Metals.com, Chase Metals, LLC, Metals, Inc., Barrick Capital, Inc., and Relief Defendant Tower Equity, LLC* (the "Entities Consent Order") are enclosed for your review. Also enclosed is *Order Granting Receiver's Motion to Identify Certain Entities in Receivership* (the "Additional Entities Order"). The SRO, Individuals Consent Order, Entities Consent Order, and Additional Entities Order are collectively referred to herein as the "Receivership Orders."

**RESP. APP00008**

n/a

May 18, 2021
Page 2

    The Receivership Orders direct and authorize me to take custody, control, and possession of all assets of the Defendants and Relief Defendant and of all records of the Defendants and Relief Defendants. (*see* SRO, ¶30). The Receivership Orders extend to each of the following Defendants and Relief Defendants as well as any affiliates or subsidiaries owned or controlled by the following Defendants and Relief Defendant (collectively, the "Receivership Defendants"):

- TMTE, Inc., also known as Metals.com
- Chase Metals, Inc.
- Chase Metals, LLC
- Barrick Capital, Inc.
- Luca Thomas Erb, also known as Lucas Asher, also known as Luke Asher
- Simon Batashvili
- Tower Equity, LLC

    Based upon my investigation it appears significant sums of money were transferred by the Receivership Defendants to your entity MagicStar Arrow Entertainment, LLC ("MagicStar"). The 1099 for 2019 alone reflects $10 million that was transferred from Receivership Defendant TMTE, Inc. to MagicStar. Indeed, based upon the bank records of the Receivership Defendants, it appears that more than $20 million was transferred to your entity as follows:

| | |
|---|---|
| Chase Metals | $20,108,061 |
| Tower Equity | $115,000 |
| Barrick Capital | $371,713 |
| **TOTAL:** | **$20,594,774** |

If you believe the foregoing number is incorrect, please provide me with the amount of monies you contend MagicStar received from the Receivership Defendants.

Please identify all goods and services provided by MagicStar to the Receivership Defendants that you contend constitute reasonably equivalent value for the monies MagicStar received from the Receivership Defendants, and include in your response documents that support your contention.

    Pursuant to Paragraph 34 of the *SRO* you are required to cooperate fully with me as the Receiver. As Receiver I am determining whether the receivership has a claim against MagicStar to recover the monies transferred from the Receivership Defendants as fraudulent transfers. Please provide such information by on or before June 1, 2021.

May 18, 2021
Page 3

Sincerely,

Kelly M. Crawford
Receiver

Enclosures

cc: Chaselawyers
21 SE 1st Avenue, #700
Miami, Florida 33131
(w/enclosures)

Etienne Christian
8555 NW 37th Ct.
Hollywood, Florida 33024
(w/enclosures)

# EXHIBIT B

RESP. APP00011

## Re: Progress Sync Meeting Invite 10/23

| | |
|---|---|
| From: | Corporate Headquarters <corporate@portfolioinsider.com> |
| Sent: | October 20, 2020 1:37:38 PM EDT |
| Received: | October 20, 2020 1:37:52 PM EDT |
| To: | adiraimondo <adiraimondo@zacks.com> |
| Cc: | konstantine@portfolioinsider.com, Konstantin Yurchenko <konstantin@portfolioinsider.com>, Flavia Russo <frusso@intrinio.com>, Jon Knotts <jknotts@zacks.com>, Andrew Carpenter <acarpenter@intrinio.com>, Lucas Asher <Asher@towertrade.com>, Rima Ziuraitis <rziuraitis@zacks.com> |

HI Ausra,

Thanks for the note.

1. We would love to speak with you about progress, what time works best for you?

2. I don't see an invoice on your email? Can you please send? I am not sure if Andrew/Intrinio told you, but, we pivoted to our new brand "Portfolio Insider." Subsequently, this is the correct (and only) email for all billing corporate@portfolioinsider.com

3. Please mail to "Portfolio Insider" 9465 Wilshire Boulevard suite #300. Beverly Hills, CA 90212

Thanks!

-Lucas

> On Mon, Oct 19, 2020 at 9:48 AM adiraimondo <adiraimondo@zacks.com> wrote:
> Hi Lucas, and Konstantin,
>
> I'm following up on some outstanding items:
>
> 1) progress meeting regarding current feeds and the Portfolio Tracker
> 2) Outstanding invoice for proprietary data (not currently offered for redistribution to other clients): $17,500
> 3) the books sent to Lucas came back. Can you provide a new address for re-shipment?
>
> Kind regards,
>
> Ausra
>
> On 2020-10-09 13:18, adiraimondo wrote:
> > Hi Lucas, and Konstantin,
> >
> > Please let me know if you can meet today for our usual weekly meeting,
> > and if you received the books.
> >
> > If so, I will send out and invite.
> >
> > Kind regards,
> >
> > Ausra

### Re: ADRs/OTC Fundamentals and Zacks Invoice

From:      Corporate Headquarters <corporate@portfolioinsider.com>
Sent:      November 24, 2020 4:32:09 PM EST
Received:  November 24, 2020 4:32:24 PM EST
To:        Andrew Carpenter <acarpenter@intrinio.com>

Hi Andrew,

As you know, all agreements are honored.

Two requests,

1: Remove Retirement Insider and replace it with portfolio Insider, LLC.
2. What is the term? Is this monthly? I don't see what term this 17k represents?

On Tue, Nov 24, 2020 at 8:47 AM Andrew Carpenter <acarpenter@intrinio.com> wrote:
> Lucas,
>
> I am working to get OTC/ADR fundamentals from Zacks for Kyle.
>
> I think I can swing it, but Zacks won't move on it with the outstanding invoice they have for PI.
>
> I attached their invoice- can you pay that?
>
> I am talking to Ausra about the fundamentals this afternoon.
>
> The fastest way for us to get their fundamentals into your hands would be via FTP.
>
> Keep your powder dry,
>
> Chief Operating Officer
> INTRINIO
> www.intrinio.com
> 600 First Avenue North, Suite 203     –1 (727) 331-3416
> Saint Petersburg, Florida 33701       acarpenter@intrinio.com

## Re: Set up Feed

| | |
|---|---|
| From: | Corporate Headquarters <corporate@portfolioinsider.com> |
| Sent: | October 21, 2020 12:12:15 PM EDT |
| Received: | October 21, 2020 12:12:31 PM EDT |
| To: | Andrew Carpenter <acarpenter@intrinio.com> |

Can I see technically speaking what the tech (secret sauce) is... If all I am licensing is a press release aggregator that won't be as interesting to me

On Wed, Oct 21, 2020 at 9:10 AM Andrew Carpenter <acarpenter@intrinio.com> wrote:
> Jeff,
>
> Meet Konstantin, he is the CTO of Portfolio Insider.
>
> I've also copied Lucas, CEO, on their main email, corporate@portfolioinsider.com
>
> They are ready to get going with the test feed you and Steele have been discussing.
>
> They are particularly interested in press releases and news surrounding earnings releases but I know they are going to be able to take advantage of Naviga in many ways.
>
> If you can set Konstantin up with testing I will coordinate with Lucas regarding the commercials.
>
> Keep your powder dry,
>
>
>
>
> Chief Operating Officer
> INTRINIO
> www.intrinio.com
> 600 First Avenue North, Suite 203     –1 (727) 331-3416
> Saint Petersburg, Florida 33701        acarpenter@intrinio.com

## RE: SIP Vs. NASDAQ Basic for dark pool data

| | |
|---|---|
| From: | Yates Sayers <ysayers@intrinio.com> |
| Sent: | October 26, 2020 4:30:05 PM EDT |
| Received: | October 26, 2020 4:30:06 PM EDT |
| To: | Corporate Headquarters <corporate@portfolioinsider.com>, Andrew Carpenter <acarpenter@intrinio.com> |
| Cc: | Konstantin Yurchenko <konstantin@portfolioinsider.com>, Flavia Russo <frusso@intrinio.com>, Marketing Department <cc@portfolioinsider.com>, Steele Barcomb <sbarcomb@intrinio.com>, Simon Portfolio Insider <simon@portfolioinsider.com>, Kyle Portfolio Insider <kyle@portfolioinsider.com> |

Hi Lucas,

You got it. I'll set up a call this week. Will try for tomorrow as I know that dark pool data via the consolidated tape is a priority.

Do you mind if I include QUODD as well? They'll have more insight into these fees and various options than I do.

I do have a few thoughts off the top of my head. Would want to cross check these all with QUODD which we can do on the call.

- I believe the real-time Nasdaq SIP/UTP strictly includes primary Nasdaq listed securities, so that SIP fee would strictly provide coverage for, and data on, Nasdaq listed securities only. That $441,600/year fee would essentially triple once you add in the real-time NYSE SIP/CTA Tape A and B fees to include full Nasdaq and NYSE coverage.

- With that in mind, real-time Nasdaq Basic would be a good option. The Nasdaq Basic covers all Nasdaq and NYSE listed securities, with all actual pricing data coming from the Nasdaq venue, meaning you'd be liable only for the Nasdaq exchange fees. However, Nasdaq still charges a $2,000/month exchange fee to display their real-time Basic prices, plus per user fees depending on pro and non-pro classifications. Still, would provide real-time prices for that full Nasdaq and NYSE coverage without any of the NYSE fees.

- I believe these exchanges also offer a per query fee, rather than a flat per user fee. Not sure if that makes sense, but worth mentioning in case we can save you on that variable fee.

Thanks and will send out an invite shortly. Let me know if the time doesn't work for you.

Best,


Vice President, Sales
Intrinio

intrinio.com
600 First Avenue North, Suite 203
Saint Petersburg, Florida 33701          ysayers@intrinio.com

**From:** Corporate Headquarters <corporate@portfolioinsider.com>
**Sent:** Monday, October 26, 2020 3:50 PM
**To:** Andrew Carpenter <acarpenter@intrinio.com>
**Cc:** Konstantin Yurchenko <konstantin@portfolioinsider.com>; Yates Sayers <ysayers@intrinio.com>; Flavia Russo <frusso@intrinio.com>; Marketing Department <cc@portfolioinsider.com>; Steele Barcomb <sbarcomb@intrinio.com>; Simon Portfolio Insider <simon@portfolioinsider.com>; Kyle Portfolio Insider <kyle@portfolioinsider.com>; Corporate Headquarters <corporate@portfolioinsider.com>
**Subject:** SIP Vs. NASDAQ Basic for dark pool data

Hi Team,

Dark Pool (ATS) question.

Nasdaq SIP apparently will cost $441,600 yr for only 500 users. (real time)

I want to discuss a method where we combine basic and delay the SIP.

Clearly paying $441,600 yr for only 500 users is going to make the unit economics challenging.

However, I could have the SIP for my top tier subscribers, and offer delayed dark pool data with basic.

Please set up a calendar this week to discuss the above topic

Thanks

--

Lucas, Ext 777

*Portfolio Insider*
Corporate@PortfolioInsider.com

# Portfolio Insider

*(866) 980-2909*
*support@portfolioinsider.com*

*All investment strategies and investments involve risk of loss. Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. Information contained within this email should not be construed as legal, accounting, tax or investment advice. Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit.*

CONFIDENTIAL COMMUNICATION *This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any file attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail to the sender. You must destroy the original transmission and its contents. You will be reimbursed for reasonable costs incurred in notifying us. Information contained within this e-mail should not be construed as legal, accounting, tax or investment advice.*

## Re: BUY/SELL analyst ratings

| | |
|---|---|
| From: | adiraimondo <adiraimondo@zacks.com> |
| Sent: | October 30, 2020 12:49:27 AM EDT |
| Received: | October 30, 2020 12:49:34 AM EDT |
| To: | Yates Sayers <ysayers@intrinio.com> |
| Cc: | Corporate Headquarters <corporate@portfolioinsider.com>, Andrew Carpenter <acarpenter@intrinio.com>, Konstantin Yurchenko <konstantin@portfolioinsider.com>, Jennifer Hacker <jennifer.hacker@portfolioinsider.com>, Marketing Department <cc@portfolioinsider.com>, Simon Portfolio Insider <simon@portfolioinsider.com> |

Hi Lucas, Andrew, Yates,

I had an informative discussion with Jennifer about what we are providing to PI, and will be sending an updated spreadsheet with greater detail for her. It was nice to "meet" her. I will include the item still outstanding, the Portfolio Tracker, which we need a meeting over.

I have asked Jim to provide Intrinio with the Street consensus, and will need an addendum signed by PI, and one signed by Intrinio for the data. We will not charge for that data but the provision needs to be documented. I'll be sending it tonight.

We have one outstanding invoice which remains outstanding.

We have some OTC data but, not a large universe. I will send the list of tickers to you.

Stay safe and well.

Kind regards,

Ausra

On 2020-10-28 14:38, Yates Sayers wrote:

Hi Lucas, All of that estimate and ratings data you have access to is pulled from Zacks. You'll find the analyst ratings specifically on the page below, under the broker recommendations section

Caution! This message was sent from outside your organization.
Allow sender [1] | Block sender [2]

sophospsmartbannerend

Hi Lucas,

* All of that estimate and ratings data you have access to is pulled from Zacks. You'll find the analyst ratings specifically on the page below, under the broker recommendations section:

https://www.zacks.com/stock/research/LVS/brokerage-recommendations [3]

**RESP. APP00017**

INTRINIO_001819

And from our API to see that it's matching:

https://api-v2.intrinio.com/zacks/analyst_ratings?identifier=LVS&api_key=OjljMjViZjQzNWU4NGExZWZlZTFmNTY4ZDU5ZmI5ZDI0

[4]

The Zacks Rank you're seeing there is a proprietary, custom calculation unrelated to the actual analyst recommendations from brokerage firms covering the company. I don't know how they're calculating that, but I'll find out more from Zacks. This also might be included in your editorial content (I'm not positive on that, but this seems like one of those custom, proprietary, non-public items that may be included). Emailing Zacks about it now and will look into the Quant rating on Seeking Alpha as well to see what I can find.

\* Let me present this to Naviga as well and ask for their advice/recommendations for what they can do. I can prep them to discuss this and show anything they have on the call with them tomorrow as well.

Thanks and will be back to you soon,

Yates Sayers

Vice President, Sales

Intrinio

intrinio.com [5]

600 First Avenue North, Suite 203

Saint Petersburg, Florida 33701

m: +1 (727) 475-1295

e: ysayers@intrinio.com

FROM: Corporate Headquarters <corporate@portfolioinsider.com>
SENT: Wednesday, October 28, 2020 2:50 PM
TO: Andrew Carpenter <acarpenter@intrinio.com>
CC: Yates Sayers <ysayers@intrinio.com>; Konstantin Yurchenko <konstantin@portfolioinsider.com>; Jennifer Hacker <jennifer.hacker@portfolioinsider.com>; Marketing Department <cc@portfolioinsider.com>; adiraimondo <adiraimondo@zacks.com>; Simon Portfolio Insider <simon@portfolioinsider.com>
SUBJECT: BUY/SELL analyst ratings

Yates/team,
RESP. APP00018

INTRINIO_001820

I am concerned about the analyst recommendation accuracy on Portfolio Insider.

I have the following questions:

1. Where are we pulling this from? (If zacks, then, why is it different from zacks?)

2. How can we model seeking alpha with multiple ratings (professional and alternative "consensus ratings" using NAVIGA to improve (it's clearly flawed)

SPECIFICALLY, LET'S LOOK AT THE STOCK "LTV"

1. Zacks is showing it as a strong sell (see attached)

2. Seeking alpha is showing is as a strong sell (see attached)

3. Portfolio insider is showing 9 analysts and recommending it as a buy (see attached)

We do not want to show contrarian data like that? I don't even know why we are going against our API vendors recommendations to sell.

Please advise,

--

Lucas, Ext 777

--

_Portfolio Insider_

Corporate@PortfolioInsider.com

PORTFOLIO INSIDER [6]

_(866) 980-2909_

_support@portfolioinsider.com_

_All investment strategies and investments involve risk of loss. __Portfolio Insider is not a licensed securities dealer, broker, US investment adviser, or investment bank. __Information contained within this email should not be construed as legal, accounting, tax or investment advice. ___Any reference to an investment's past or potential performance is not, and should not be construed as, a recommendation or as a guarantee of any specific outcome or profit._

_CONFIDENTIAL COMMUNICATION This e-mail and any files transmitted
with it are confidential and are intended solely for the use of the
individual or entity to whom it is addressed. If you are not the
intended recipient or the person responsible for delivering the e-mail
to the intended recipient, be advised that you have received this
e-mail in error and that any use, dissemination, forwarding, printing,
or copying of this e-mail and any file attachments is strictly
prohibited. If you have received this e-mail in error, please
immediately notify us by reply e-mail to the sender. You must destroy
the original transmission and its contents. You will be reimbursed for
reasonable costs incurred in notifying us. Information contained
within this e-mail should not be construed as legal, accounting, tax
or investment advice._

Links:
------
[1]
https://mail-cloudstation-us-west-2.prod.hydra.sophos.com/mail/api/xgemail/smart-
banner/25c0b11043190d07bd24b1e3718aadd3
[2]
https://mail-cloudstation-us-west-2.prod.hydra.sophos.com/mail/api/xgemail/smart-
banner/abaf3169efbe27e9bfd29992b6722f1f
[3]
https://us-west-
2.protection.sophos.com?d=zacks.com&amp;u=aHR0cHM6Ly93d3cuemFja3MuY29tL3N0b2NrL3Jlc2VhcmNoLOxWU
y9icm9rZXJhZ2UtcmVjb21tZW5kYXRpb25z&amp;i=NWU4NDMzYzJmYTcwM2MxNzg2MzA1YWFl&amp;t=ckNxRElv
bVhhTzByWlZqWUttTlVmWngxNVpKYVVHTGV4M0Roai8yZ1hZdz0=&amp;h=778dc0b7cfe541cd96943b7285fd94d4
[4]
https://us-west-
2.protection.sophos.com?d=intrinio.com&amp;u=aHR0cHM6Ly9hcGktdGdjLmludHJpbmlvLmNvbS9pYy9tL2FuYWx5c3c3
RfcmF0aW5ncz9pZGVudGlmaWVyPUxWUyZhcGlfa2V5PU9qbGpNalZpWmpRek5XVTROOV4WldabFpIRm1OVFFk
OWkRVNVptSTVaREkw&amp;i=NWU4NDMzYzJmYTcwM2MxNzg2MzA1YWFl&amp;t=RlRjL3FOWjhvbVFzWGYrR1
BuTDl4WTVjL2JUWZGNmRYRVcvcHhOVmtkYz0=&amp;h=778dc0b7cfe541cd96943b7285fd94d4
[5]
https://us-west-
2.protection.sophos.com?d=intrinio.com&amp;u=aHR0cHM6Ly9pbnRyaW5pby5jb20v&amp;i=NWU4NDMzYzJmYTcw
M2MxNzg2MzA1YWFl&amp;t=Qm9mbmhnSU1LTW03VC80Q2VRNEZ0c1duTnRkZFBjMCtMaEh5MU1GRkJiQT0=&
amp;h=778dc0b7cfe541cd96943b7285fd94d4
[6]
https://us-west-
2.protection.sophos.com?d=portfolioinsider.com&amp;u=aHR0cHM6Ly9wb3J0Zm9saW9pbnNpZGVyLmNvbS90aXRh
bnM=&amp;i=NWU4NDMzYzJmYTcwM2MxNzg2MzA1YWFl&amp;t=NW5QbEFveVN4cDBKSE5lbUowc3J3S0l4c25x
R0N4bzEwK2UrSktVNlQwYz0=&amp;h=778dc0b7cfe541cd96943b7285fd94d4

**RESP. APP00020**

INTRINIO_001822