IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.* <br><br> Plaintiffs, <br><br> v. <br><br> TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, <br><br> Defendants, <br><br> TOWER EQUITY, LLC, <br><br> Relief Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. **3:20-CV-2910-L** |

## ORDER

Before the court is The Receiver's Motion for Appointment of Appraisers, Approval of Appraisals of Certain Real Property, and Setting Hearing Regarding Approval of Sale ("Motion") (Doc. 303), filed September 10, 2021. The court determines that the motion should be, and is hereby, **granted**. Accordingly, pursuant to 28 U.S.C. § 2001(b), the court appoints the three appraisers—Mark Robert Dundala; Martin Thomas O'Hara, Jr.; and James Francis McKissick—who are identified in the Motion (Doc. 303) and Appendix (Doc. 304) as qualified disinterested persons for appraisal of the property at 178 Rosemar Street, Philadelphia, PA 19120 (the "Rosemar Property"), and hereby accepts the three appraisals as the appraisals required by 28 U.S.C. § 2001(b).

On Thursday, May 12, 2022, at 9:00 a.m., the court will hear arguments and objections regarding the confirmation of the sale of the Rosemar Property. The court's consideration of the sale of the Rosemar Property will be contingent on publication of the terms of the proposed sale prior to the hearing and a ten-day window following publication in which anyone objecting to the proposed sale of the Rosemar Property may submit a bona fide offer exceeding the proposed sale price for the Rosemar Property by at least ten percent (10%). The Receiver shall provide in such publication notice of the time and date of the hearing.

**It is so ordered** this 19th day of April, 2022.

Sam A. Lindsay
United States District Judge