# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, <br><br> Defendants, <br><br> TOWER EQUITY, LLC, <br><br> Relief Defendant. | CIVIL ACTION NO. **3:20-CV-2910-L** |

## SHOW CAUSE ORDER

Before the Court is the Receiver's Emergency Motion for Show Cause Hearing to Hold Lucas Asher ("Asher") and Simon Batashvili ("Batashvili") in Civil Contempt and Brief in Support (Doc. 311), filed September 16, 2021. The court has reviewed the motion, brief, and appendix in support of the motion (Doc. 312). Based on its review, the court concludes that the Receiver has provided evidence to support his contention that Defendant Messrs. Asher and Batashvili engaged in conduct that violates the Statutory Restraining Order ("SRO") issued by the court on September 22, 2022.* Based on the foregoing, the court **orders** Messrs. Asher and

---

*On September 22, 2020, this court entered an Order Granting Plaintiff's Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief (the

**Show Cause Order – Page 1**

Batashvili to file a written brief and show cause why they should not be held in civil contempt of the court's orders, as alleged, documented, and requested by the Receiver in the motion and appendix in support. The deadline for Messrs. Asher and Batashvili to file written brief(s) is **May 3, 2022**. The Receiver and/or the United States Commodity Futures Trading Commission may file a reply to their submission(s) on or before **May 10, 2022**. After review of the filings, the court will set a show cause hearing, if necessary.

    **It is so ordered** this 20th day of April, 2022.

    Sam A. Lindsay
    United States District Judge

---

"SRO") (Doc. 16). The SRO was extended by an Order entered by the court on October 5, 2020 (Doc. 14). Consent Orders of Preliminary Injunction, which incorporate the terms of the SRO, were entered on October 14, 2020 (Docs. 164 & 165).