# CHASE ○

## Customer Information for Incoming Wire Transfers

We have created this guide to explain some key terms and standard information that may be required for another person to send you a wire transfer payment. It is **not** an agreement by the bank to accept or transmit the wire transfer payment.

### Key Terms
**ABA Routing/Transit Number** - used in the US to identify financial institutions.
**SWIFT Code** - unique identification code for a bank/branch; used for an international transfer.

### Provide the following information to the person sending the wire:

☐ **DOMESTIC WIRES**
  ✓ Provide Chase Bank's ABA Routing/Transit Number **021000021**

☐ **INTERNATIONAL WIRES**
  ✓ Provide Chase Bank's SWIFT Code **CHASUS33**

| | |
|---|---|
| Your Chase Account Number (If using a Chase Loan, Investment or other Non-Deposit acct number do NOT enter it here; enter it in "Other Information" & indicate the type of account to be credited):<br>█████7937 | Your Name as it Appears on the Account to be credited:<br>PORTFOLIO INSIDER, LLC |
| Amount of the Wire: | Receiving Bank Name: **Chase** |
| For Domestic transfers, Chase ABA Routing/Transit Number:<br>**021000021** | Receiving Branch Address:<br>6120 W 3RD ST<br>LOS ANGELES, CA 90036 |
| For International transfers, Chase Swift Code:<br>**CHASUS33** | |
| Other Information: | |

### Important!

- Incoming funds will be credited based *solely* on the Account Number you provide. BE CERTAIN you confirm that the Account Number is correct.
- Any error or incomplete information may result in the wire going to the wrong person or being delayed, which could result in the loss of funds.
- Incoming funds may be deposited into the checking or savings account or may be applied as a payment to the loan or line of credit.
- Incoming funds cannot be credited to a Chase Secure Banking Account.
- Incoming funds may take 1 full business day before the funds are received from the sender.
- Sender's bank may request Chase's address for incoming wires.
  Address is 270 Park Ave., New York, NY 10017.

M1208-01 (09/20)



# Deposit Account Balance Summary

10/30/2020

Requestor information:

PORTFOLIO INSIDER, LLC

9465 WILSHIRE BLVD STE 300
BEVERLY HILLS, CA 90212-2624

## Summary of Deposit Account

| Account Number | Account Type | Open Date | Current Balance | Avg Balance (12 mos) |
|---|---|---|---|---|
| ▇7937 | Chase Platinum Business Checking | 10/30/2020 | $0.00 | $0.00 |

### Customer Information

| | |
|---|---|
| PORTFOLIO INSIDER, LLC | Sole Owner |
| CARLOS CRUZ | Signer |
| | |
| | |
| | |
| | |
| | |

Deposit Account Balance Summary request completed by:

ALVIN AHMED
(323) 692-0612
California Branch

**PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.**

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.



# Deposit Account Balance Summary

10/30/2020

Requestor information:

PORTFOLIO INSIDER, LLC

9465 WILSHIRE BLVD STE 300
BEVERLY HILLS, CA 90212-2624

| Summary of Deposit Account | | | | |
|---|---|---|---|---|
| **Account Number** | **Account Type** | **Open Date** | **Current Balance** | **Avg Balance (12 mos)** |
| ▇▇▇6739 | Chase Business Premier Savings | 10/30/2020 | $0.00 | $0.00 |
| **Customer Information** | | | | |
| PORTFOLIO INSIDER, LLC | | Sole Owner | | |
| CARLOS CRUZ | | Signer | | |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Deposit Account Balance Summary request completed by:

ALVIN AHMED
(323) 692-0612
California Branch

**PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.**

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.

 WELCOME TO A BETTER BANKING EXPERIENCE

## ACCOUNT SUMMARY FOR PORTFOLIO INSIDER, LLC *(DBA continues on the following page(s) if applicable)*

### CONTACT INFORMATION

**Address:** 9465 WILSHIRE BLVD STE 300
BEVERLY HILLS, CA 90212-2624
**Phone Number:** (312) 576-2247
**Email Address:** cc@portfolioinsider.com



Put Account Alerts to work for you.

We can notify you by e-mail, phone or text when:

- Balances dip below your set limit
- You go over your transaction or ATM withdrawal limits
- Your account becomes overdrawn
- And much more...

Sign up at chase.com/BusinessBankingAlerts

CHASE

### WHAT WE DID TODAY

**Chase Platinum Business Checking** (account number 663327937)
- **Monthly Service Fee of $95** (waived for first 3 statements) or waived with:
  - $100,000 in average daily balances or more in linked business savings (excluding client fund savings accounts), Business CDs, other Chase Platinum Business Checking accounts and qualifying investment accounts.
- **Account Benefits:**
  - **No Charge** for electronic deposits and deposited items made via ATM, ACH, Wire, and Chase Quick Deposit
  - **No Charge** for the first 500 non-electronic deposits (those made at a teller) and debits; $0.40 for each additional transaction
  - 4 outgoing wires per month included at no charge
  - 1 Insufficient Funds Fee waived per month
  - 1 Overdraft Protection Fee waived per month
  - **No Charge** for Stop Payments
  - **No Non-Chase ATM Charge** for using another institution's ATM (ATM owner may charge a fee)
  - **No Charge** for counter checks, money orders and Cashier's checks
  - Expect to receive checks in 11-14 days, if applicable; use starter checks in interim
  - If you chose to receive your account-opening documents **electronically** you can find them under Statements & documents and selecting Branch Documents on chase.com.


Customer Initials

*Important: This document contains confidential information including your account number. Please safeguard this document as you would a checkbook, credit card or debit card. For more information on how to protect your identity and your accounts, visit www.chase.com/identitytheft . The Deposit Account Agreement and other disclosures provided at account opening or included with your debit/credit card govern your agreement with the bank, and outline the terms & conditions associated with the products/services listed.*

**Personal Banker:** ALVIN AHMED
Park La Brea
(323) 692-0612

**Date:** 10/30/2020

Deposit products provided by JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

 WELCOME TO A BETTER BANKING EXPERIENCE

**ACCOUNT SUMMARY FOR PORTFOLIO INSIDER, LLC** *(DBA continues on the following page(s) if applicable)*

**WHAT WE DID TODAY**

**Chase Business Premier Savings**$^{SM}$ (account number 3856016739)
- **Monthly Service Fee: $20**
- **Avoid Monthly Service Fee by:**
  - Maintaining a $25,000 average ledger balance **OR**
  - Linking to Chase Performance, Performance with Interest, Platinum, Analysis or Analysis with Interest checking account
- First $10,000 in deposited cash each statement cycle with no fee.
- 30 deposited items each statement cycle with no fee. $0.40 for each item over 30
- Outgoing international and domestic wires not permitted.
- Earn higher interest rates when linked to a qualifying checking account.
- If you chose to receive your account-opening documents **electronically** you can find them under Statements & documents and selecting Branch Documents on chase.com.



Put Account Alerts to work for you.

We can notify you by e-mail, phone or text when:
- Balances dip below your set limit
- You go over your transaction or ATM withdrawal limits
- Your account becomes overdrawn
- And much more...

Sign up at chase.com/BusinessBankingAlerts

CHASE

*CC*
Customer Initials

*Important: This document contains confidential information including your account number. Please safeguard this document as you would a checkbook, credit card or debit card. For more information on how to protect your identity and your accounts, visit www.chase.com/identitytheft. The Deposit Account Agreement and other disclosures provided at account opening or included with your debit/credit card govern your agreement with the bank, and outline the terms & conditions associated with the products/services listed.*

**Personal Banker:** ALVIN AHMED    **Date:** 10/30/2020
Park La Brea
(323) 692-0612

Deposit products provided by JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

  

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**     **CHASE**

__X__ NEW  _____ CHANGE

ACCOUNT NO.
▮7937

ACCOUNT TITLE (DBA continues on the following page(s) if applicable)
PORTFOLIO INSIDER, LLC

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 703 )

BRANCH NAME AND NO.
California Branch - 741619

BUSINESS ADDRESS
9465 WILSHIRE BLVD STE 300

BEVERLY HILLS, CA 90212-2624
TAXPAYER ID NO.
▮

PRODUCT TYPE
Chase Platinum Business Checking

PREPARED BY
ALVIN AHMED
PHONE NO.
(323) 692-0612

DATE
10/30/2020

Legal Name of Organization: PORTFOLIO INSIDER, LLC                               (the "Organization")

State of Organization: DE

Type of Organization (check one):
 [X] Limited liability company managed by its members
 [ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| CARLOS CRUZ | Member | *[signature]* |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SIGNER(S) TO BE ADDED LATER

N/A

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (9/20)          JPMorgan Chase Bank, N.A. Member FDIC          Page 1





**BUSINESS DEPOSITORY CERTIFICATE**
(Limited Liability Company)

ACCOUNT NO. 663327937

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

 _____   Oct/30/20
Member or Manager                                                                 Date
Printed Name: CARLOS CRUZ

_____   _____
Member or Manager                                                                 Date
Printed Name:

_____   _____
Member or Manager                                                                 Date
Printed Name:

_____   _____
Member or Manager                                                                 Date
Printed Name:

_____   _____
Member or Manager                                                                 Date
Printed Name:

_____   _____
Member or Manager                                                                 Date
Printed Name:

_____   _____
Member or Manager                                                                 Date
Printed Name:

_____   _____
Member or Manager                                                                 Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services  2) Customer

M1207-04-CS (9/20)          JPMorgan Chase Bank, N.A. Member FDIC          Page 2



# BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company) CHASE

__X__ NEW   _____ CHANGE

**ACCOUNT NO.** ▮▮▮▮6739

**BANK NAME/NUMBER** JPMorgan Chase Bank, N.A ( 703 )

**ACCOUNT TITLE** (DBA continues on the following page(s) if applicable)
PORTFOLIO INSIDER, LLC

**BRANCH NAME AND NO.** California Branch - 741619

**BUSINESS ADDRESS**
9465 WILSHIRE BLVD STE 300

BEVERLY HILLS, CA 90212-2624

**TAXPAYER ID NO.** ▮▮▮▮▮▮▮▮▮

**PRODUCT TYPE** Chase Business Premier Savings

**PREPARED BY** ALVIN AHMED
**PHONE NO.** (323) 692-0612
**DATE** 10/30/2020

**Legal Name of Organization:** PORTFOLIO INSIDER, LLC (the "Organization")

**State of Organization:** DE

**Type of Organization (check one):**
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| CARLOS CRUZ | Member | *(signature)* |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

N/A

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (9/20)   JPMorgan Chase Bank, N.A. Member FDIC   Page 1






**BUSINESS DEPOSITORY CERTIFICATE**
(Limited Liability Company)

CHASE ◯

ACCOUNT NO.  ▓▓▓6739

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Member or Manager: _[signature]_
Printed Name: CARLOS CRUZ
Date: Oct/30/20

Member or Manager: _____
Printed Name: _____
Date: _____

Member or Manager: _____
Printed Name: _____
Date: _____

Member or Manager: _____
Printed Name: _____
Date: _____

Member or Manager: _____
Printed Name: _____
Date: _____

Member or Manager: _____
Printed Name: _____
Date: _____

Member or Manager: _____
Printed Name: _____
Date: _____

Member or Manager: _____
Printed Name: _____
Date: _____

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS (9/20)




Page 2