DECLARATION OF WILLIAM ARMOUR

My name is William Armour. I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1. On or about 08/27/2021, I responded to an online advertisement from a recruiting website seeking persons to employ with software business development services.

2. When I responded to the online advertisement, I was interviewed for a position with Portfolio Insider that was operating out of 8201 Beverly Blvd #301 West Hollywood, CA 90048. The CEO & Founder Carlos Cruz hired me.

3. My job at Portfolio Insider was to call, email and text opt-in prospects who had requested information on market analytics tools. Portfolio Insider offered an analytics software subscription that competes with Bloomberg, Refinitiv, Factset and many others in the market data category. At no time did I offer any form of personalized financial or professional advice. As part of our compliance training, our software offered impersonal data that was not tailored to individual needs, with general analysis and real-time information.

4. The CEO/founder Carlos Cruz supervised my work and held the authority to hire and fire. To my knowledge no one but the CEO Carlos Cruz or the head of HR Victoria Sarian held the authority to hire and fire.

5. Portfolio Insider subscriptions were generally offered at approximately $3,000 to $5,000 annually, although sometimes further discounts and time extensions were offered to help individuals access this valuable financial data and algorithms. Portfolio Insider paid a base salary & commission on sales derived from software subscriptions.

6. In addition to reporting general market data, Portfolio Insider's software made available to users quarterly portfolios of institutional investments, and other information for market research. This was all similar to Bloomberg, Refinitiv, or Factset.

7. The hours the HR head Victoria Sarian required me to work at Portfolio Insider were between 7am and 5 pm each weekday, and between around 7am and 11am on Saturdays. While I worked at Portfolio Insider, CEO Carlos Cruz was nearly always in the office and it was clear he is operating the company. I understood my employment to be at will as is customary and I never witnessed any unethical or questionable behavior within the company.

8. It was clear to me at all times that Portfolio Insider is a software company and I was trained by the company on compliance never to give any form of personal financial advice.

9. I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated: Sept 25 2021

William Armour