UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ET AL., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Civil Action No. 3:20-cv-2910-X |
| TMTE, INC., ET AL., | § § § | |
| *Defendants*. | § | |

# **ORDER**

Based on the Claims Adjudication Hearing yesterday before the Court, the Court orders as follows.

First, after carefully considering the Objections to the Receiver's Report filed by investors Cathy Sue Scoggin (Claim No. 00139), Joan Lower (Claim No. 00567), Leslie Parakowski (Claim No. 00738), Michelle Kimura (Claim No. 00899), Sheila Altman (Claim No. 01189), Wayne Baker (Claim No. 01603), and John Snider (Claim No. 01708), the Court **OVERRULES** the objections for the reasons stated at the Hearing.

Second, after reviewing the Receiver's recommendations in the Amended Claims Report,[1] the Court **ACCEPTS** the Receiver's recommended payment plan of pro rata distributions to investors and subordinated distributions to creditors, as well

---

[1] Doc. No. 455.

as the recommended claim amounts for the metals investors, non-metals investors, and all creditors except Daniel Spitzer.[2]

**IT IS SO ORDERED** this 2nd day of November, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[2] The Court has scheduled a separate hearing solely to adjudicate the remaining objection of creditor Daniel Spitzer, who objects only to the Receiver's recommendation that his claim be subordinated to the investors' claims. Doc. No. 461. Spitzer is the only party identified in the Receiver's Amended Claims Report not bound by this Order, and the only creditor whose claims are not subordinated to the investors' claims as a result of this Order.