# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al. § § § § Plaintiffs, § § V. § § TMTE, INC. a/k/a METALS.COM, CHASE § METALS, INC., CHASE METALS, LLC, § BARRICK CAPITAL, INC., LUCAS THOMAS § ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, § and SIMON BATASHVILI, § § Defendants, § § TOWER EQUITY, LLC, § § Relief Defendant. § § | CIVIL ACTION NO. 3:20-CV-2910-X |

## AMENDED NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE UNITED STATES DISTRICT COURT:**

    **COMES NOW** HEATH HYDE and enters his appearance as local counsel on behalf of LUCAS THOMAS ERB a/k/a LUCAS ASHER and SIMON BATASHVILI.

    Respectfully submitted,

    /s/ Heath Hyde
    _____
    **HEATH HYDE, PC**
    Attorney and Counselor
    State Bar Card No. 00796807
    214 Connally Street, Suite A
    Sulphur Springs, Texas  75482
    (903) 439-0000
    (903) 439-0002 Fax
    heath@heathhydelawyer.com

## **CERTIFICATE OF SERVICE**

I, Heath Hyde, counsel for Defendant, certify that on the 28th day of December, 2022, a copy of the foregoing was served upon all involved parties, by the CM/ECF System.

**/s/ Heath Hyde**
_____
**HEATH HYDE**