IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al. | § § § § § § § § § § § § § § § § § § § § | |
| **Plaintiffs,** | | |
| v. | | Civil Action No. 3:20-cv-2910-L |
| TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, | | |
| **Defendants,** | | |
| TOWER EQUITY, LLC, | | |
| **Relief Defendant.** | | |

**RECEIVER'S MOTION TO APPROVE THE SETTLEMENT AGREEMENT WITH JAMES FLICEK AND ELLIPSIS MARKETING**

Kelly Crawford, in his capacity as Receiver for TMTE, Inc. a/k/a Metals.com, et al., moves the Court for an Order approving the Receiver's settlement agreement with James Flicek ("J. Flicek") and Ellipsis Marketing ("Ellipsis" and collectively with J. Flicek, "Flicek"), and respectfully shows the Court as follows:

1. On September 22, 2020, the Court entered the Order Granting Plaintiffs' Emergency Ex Parte Motion for Statutory Restraining Order, Appointment of Receiver, and Other Equitable Relief [Dkt. 16] ("SRO"), which, amongst other things, appointed Kelly Crawford as Receiver for the assets of the above referenced entity defendants, TMTE, Inc. a/k/a Metals.com, et al, (the "Receivership Defendants") and over the Receivership Estate (as defined in the SRO).

2. As part of his investigation, the Receiver discovered payments made by one or more of the Receivership Defendants to J. Flicek or Ellipsis, an entity he controls, totaling not less than $107,210.00.

3. On or about September 13, 2021, the Receiver filed a lawsuit styled *Crawford v. Bleeden, et al.,* Cause No. 3:21-cv-02181 in this Court against Flicek and more than a dozen other individuals and entities who the Receiver contends received fraudulent transfers from the Receivership Defendants in exchange for assisting the Receivership Defendants in soliciting investments, through false and misleading representations, made to unsuspecting investors. J. Flicek and Ellipsis deny any liability to the Receiver.

4. To avoid the expense of litigation and to provide funds to the Receivership Defendants' investor victims, subject to the Court's approval, the Receiver and Flicek agreed to fully settle the Receiver's claims against Flicek in exchange for a payment by Flicek in the amount of $62,500.00 (the "Settlement Payment"), not later than March 1, 2023. A true and correct copy of the Settlement Agreement and Mutual Release between the Receiver and Flicek (the "Settlement Agreement") is attached hereto as **Exhibit 1**, and incorporated herein by reference for all purposes. The Settlement Agreement is null and void if not approved by the Court or if Flicek fails to timely make the Settlement Payment.

5. The Settlement Agreement followed extensive negotiations between Flicek and the Receiver and is predicated on a Flicek sworn financial statement, which evidenced Flicek inability to repay all funds he received from the Receivership Defendants in the event the Receiver obtained a judgment against Flicek.

6. The Receiver believes the Settlement Agreement is in the best interest of the Receivership Estate because it: (a) avoids the attorneys' fees and expenses that would otherwise

– 3 –

be incurred if the Receiver continued to litigate his claims against Flicek; (b) avoids the uncertainty inherent in collecting a judgment; and (c) was negotiated after Flicek confirmed his inability to pay a higher amount.

7. Accordingly, the Receiver respectfully requests that the Court approve the Settlement Agreement, and such other and further relief to which he may be justly entitled.

Dated: February 16, 2023

**BROWN FOX PLLC**

By: */s/ Charlene C. Koonce*
CHARLENE C. KOONCE
State Bar No. 11672850
charlene@brownfoxlaw.com
CORTNEY C. THOMAS
State Bar No. 24075153
cort@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

**SCHEEF & STONE, LLC**

PETER C. LEWIS
State Bar No. 12302100
peter.lewis@solidcounsel.com
500 North Akard, Suite 2700
Dallas, Texas 75201
T: (214) 706-4200
F: (214) 706-4242

*Attorneys for Plaintiff*
*Kelly Crawford, In his Capacity As Receiver*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the Receiver or his counsel conferred with counsel of record for the Commodities Futures Trading Commission ("CFTC") who indicated that the CFTC did not oppose this Motion. In addition, the undersigned contacted two of the Defendants' local counsel of record, Heath Hyde and Howard Spector, on February 15, 2023, regarding this Motion but did not get a response from said counsel.

/s/ *Peter C. Lewis*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

/s/ *Peter C. Lewis*