# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TIME, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, <br><br> Defendants, <br><br> TOWER EQUITY, LLC, <br><br> Relief Defendant. | § § § § § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 3:20-CV-2910-X |

## NOTICE OF LIMITED APPEARANCE

Please take notice that Chris A. Davis and Angela L. Brown of the law firm Gray Reed & McGraw, LLP enter a limited appearance as attorneys of record for Defendants Lucas Asher and Simon Batashvili in the above-styled case. The scope of Gray Reed's appearance is limited to representing Messrs. Asher and Batashvili in moving the Court to temporarily stay proceedings as the parties attempt to resolve the use of assets for payment of their attorneys' fees.[1]

---

[1] A motion for temporary stay of discovery and schedule order deadlines is being filed contemporaneously with this motion.

4873-4885-5638.1

Request is made for all relevant future notices, pleadings, and other documents filed in this case be sent as follows:

> Christopher A. Davis
> State Bar No. 24050483
> Angela L. Brown
> State Bar No. 24034533
> 1601 Elm Street, Suite 4600
> Dallas, Texas 75201
> Tel: (214) 954-4135
> Fax: (214) 953-1335
> Email: cdavis@grayreed.com
> Email: abrown@grayreed.com

DATED: March 9, 2023

Respectfully submitted,

**GRAY REED**

BY:  */s/ Chris A. Davis*
Christopher A. Davis
State Bar No. 24050483
Angela L. Brown
State Bar No. 24034533
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Tel: (214) 954-4135
Fax: (214) 953-1335
Email: cdavis@grayreed.com
Email: abrown@grayreed.com

**ATTORNEYS FOR DEFENDANTS LUCAS ASHER and SIMON BATASHVILI**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing instrument was electronically field with the Clerk of the court using the CM/ECF system on March 9, 2023, which will send notification to the attorney(s) of record for all parties to this suit.

*/s/ Chris A. Davis*
Chris A. Davis

4873-4885-5638.1