**Kelly Crawford**

| | |
|---|---|
| **From:** | Heath Hyde <heath@heathhydelawyer.com> |
| **Sent:** | Sunday, January 15, 2023 6:58 PM |
| **To:** | Kelly Crawford |
| **Cc:** | Peter Lewis; Ryall, Christine |
| **Subject:** | Re: CFTC v. TMTE, et al. |

CAUTION: EXTERNAL EMAIL

Kelly,

I'm sorry. My office was closed during the holidays until January 3rd. Lucas Asher hired me with funds from his current business
for the limited purpose of being local counsel to assist his civil attorneys should local issues arise and to investigate
any potential criminal issues in the investigation based on prior subpoenas. I believe Attorney Howard Spector has since made
an appearance as local counsel for broader issues than me. I am not involved in any entity defendant matters.

Sincerely,

Heath Hyde

---

**From:** Kelly Crawford <kelly.crawford@solidcounsel.com>
**Sent:** Friday, January 13, 2023 1:28 PM
**To:** Heath Hyde <heath@heathhydelawyer.com>
**Cc:** Peter Lewis <Peter.Lewis@solidcounsel.com>; Ryall, Christine <cryall@CFTC.gov>
**Subject:** FW: CFTC v. TMTE, et al.

Mr. Hyde:

More than ten (10) days have elapsed since my letter to you of December 27, 2022 requesting information regarding the source of your retainer, and you have not provided me any information. Please produce this information or let me know if you are refusing to provide this information. As you may know, previous counsel in this case refused to provide me the source of their retainer, and ultimately provided me the information after I filed a motion to compel and the court ordered counsel to produce the information.

**Kelly Crawford** PARTNER
**Scheef & Stone, LLP**
www.solidcounsel.com | 214.706.4213
Office: 214.706.4200 | Fax: 214.706.4242
500 North Akard Street, Suite 2700, Dallas, TX 75201



SCHEEF & STONE
SOLID COUNSEL



EXHIBIT
B

1