UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMODITIES FUTURES TRADING COMMISSION, et al., | § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 3:20-CV-2910-X |
| TMTE, INC., et al. | | |
| *Defendants.* | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 546]. The Magistrate Judge held a hearing to determine whether any bona fide purchasers had, at the time of the hearing, submitted any competing bids which were at least ten percent more than the current contract price of properties the Receiver in this case proposes to sell, and whether the sales were in the best interest of the receivership. No such bids were received, and the sale was determined to be in the receivership's best interest.

No objections were filed to the Receiver's motions to sell the properties, no objections arose at the hearings, and no objections have been filed to the Magistrate Judge's Findings, Conclusions, and Recommendation. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

1

2

**IT IS SO ORDERED,** this 18th day of May, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Case 3:20-cv-02910-X   Document 548   Filed 05/18/23   Page 2 of 2   PageID 8749