IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br>Defendants,<br><br>and<br><br>TOWER EQUITY, LLC,<br><br>Relief Defendant. | CIVIL ACTION NO. 3:20-CV-2910-X |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for

1

the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: May 31, 2023                                  Respectfully Submitted,

**GRAY REED**

/s/Chris A. Davis
Christopher A. Davis
State Bar No. 24050483
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Tel: (214) 954-4135
Fax: (214) 953-1335
Email: cdavis@grayreed.com

*Attorneys for Defendants Lucas Asher and Simon Batashvili*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing instrument was electronically field with the Clerk of the court using the CM/ECF system on May 31, 2023, which will send notification to the attorneys of record for all parties to this suit.

/s/ Chris A. Davis
Christopher A. Davis