UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMODITIES FUTURES TRADING COMMISSION, et al., | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| TMTE, INC., et al. | § § | Civil Action No. 3:20-CV-2910-X |
| *Defendants.* | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 608]. The Magistrate Judge held a hearing to determine whether any bona fide purchasers had, at the time of the hearing, submitted any competing bids which were at least ten percent more than the current contract price of property the Receiver in this case proposes to sell, and whether the sale was in the best interest of the receivership. No such bids were received, and the sale was determined to be in the receivership's best interest.

No objections were filed to the Receiver's motions to sell the properties, no objections arose at the hearings, and no objections have been filed to the Magistrate Judge's Findings, Conclusions, and Recommendation. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **APPROVES** the sale.

2

**IT IS SO ORDERED,** this 16th day of July, 2023.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2