UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al., | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:20-CV-2910-X (BK) |
| v. | § § | |
| TMTE, INC., et al., | § § § | |
| *Defendant.* | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 735). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 10th day of September, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1