# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI,<br><br>　　　　Defendants,<br><br>TOWER EQUITY, LLC,<br><br>　　　　Relief Defendant. | CIVIL ACTION NO.<br>3:20-CV-2910-X |

## ORDER GRANTING
## THE RECEIVER'S TWELFTH FEE APPLICATION

On this date, the Court considered the Receiver's Twelfth Fee Application (the "Application"). The Court finds that the Application is just and appropriate and should be granted.

ACCORDINGLY, it is hereby ordered that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

　　1.　　The sum of $20,709.00 shall be paid to Kelly Crawford for his services as Receiver from April 1, 2024, through June 30, 2024.

　　2.　　The sum of $73,050.75 shall be paid to Scheef & Stone, L.L.P. for its services as counsel to the Receiver from April 1, 2024, through June 30, 2024.

3. The sum of $4,053.85 shall be paid to Scheef & Stone, L.L.P. for expenses it incurred on behalf of its representation of the Receiver from April 1, 2024, through June 30, 2024.

4. The sum of $3,772.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from April 1, 2024, through June 30, 2024.

5. The sum of 18,686.23 in fees shall be paid to Ahuja & Clark, PLLC for its services provided to the receivership from April 1, 2024, through July 9, 2024.

6. The sum of $9,428.00 in fees and $5.30 in expenses shall be paid to Meadows Collier for its services provided to or expenses incurred by, as the case may be, the receivership from June 21, 2023, through April 18, 2024.

IT IS SO ORDERED.

SIGNED this 12th day of September, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE