IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al. | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:20-CV-2910-X |
| TMTE, INC., et al. | § § § | |
| Defendants. | § § | |

## RECEIVER'S WITHDRAWAL OF
## SIXTH MOTION FOR "SHOW CAUSE" HEARING

Kelly M. Crawford (the "Receiver") withdraws his *Sixth Motion for "Show Cause" Hearing* (the "Sixth Show Cause Motion") [Dkt. 749], and respectfully shows the Court as follows:

On Friday, November 8, 2024, the Defendant Lucas Asher provided the Receiver with online access to the bank account identified by Defendants Asher and Simon Batashvili that receives "New Income", as required by paragraph 40 of the *Consent Order of Preliminary Injunction and Other Equitable Relief Against Defendants Lucas Thomas Erb a/k/a Lucas Asher a/k/a Luke Asher and Simon Batashvili (the "Consent Order")* [Dkt. 165]. As a result, the basis for the *Sixth Show Cause Motion* is now moot and the Receiver withdraws the Motion so that the hearing scheduled for November 13, 2024 is no longer necessary.

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

By: */s/ Peter C. Lewis*
    Peter C. Lewis
    State Bar No. 12302100
    peter.lewis@solidcounsel.com

500 N. Akard, Suite 2700
Dallas, Texas 75201
Telephone: (214) 706-4200
Telecopier: (214) 706-4242

**ATTORNEY FOR RECEIVER
KELLY M. CRAWFORD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2024, the foregoing was electronically filed with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which provided a "Notice of Electronic Filing" to all attorneys of record.

*/s/ Peter C. Lewis*
Peter C. Lewis