UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al., | § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Civil Action No. 3:20-CV-2910-X |
| TMTE, INC., et al. | | |
| *Defendants*. | | |

**ORDER ON RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NED AND REZA DEFENDANTS**

Before the Court is the Receiver's Amended Motion to Approve Settlement Agreements with Deric Scott Ned, Poor Trap, Inc., and Deep State Marketing, Inc. (collectively, the "Ned Defendants) and Sean Reza and Amerigold, Inc. (collectively, the "Reza Defendants"). (Doc. 859). The motion is unopposed. After carefully reviewing the agreement, and for the reasons the Receiver describes in the motion, the Court agrees that the agreements are in the best interest of the Receivership Estate. Accordingly, the Court **GRANTS** the motion and **APPROVES** the agreement. The Court also **FINDS AS MOOT** the Receiver's motion at Doc. 858 in light of the amended motion at Doc. 859.

**IT IS SO ORDERED,** this 27th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**IT IS SO ORDERED,** this 27th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE