**EXHIBIT C - FIRST INTERIM DISTRIBUTION**

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00002 | $57,985.74 | $6,397.32 |
| 00006 | $82,683.46 | $9,122.11 |
| 00007 | $155,554.85 | $17,161.70 |
| 00008 | $199,686.30 | $22,030.53 |
| 00010 | $37,153.05 | $4,098.94 |
| 00011 | $9,772.65 | $1,078.17 |
| 00012 | $18,092.02 | $1,996.01 |
| 00013 | $105,852.92 | $11,678.30 |
| 00015 | $11,153.23 | $1,230.49 |
| 00016 | $3,129.27 | $345.24 |
| 00017 | $15,143.78 | $1,670.75 |
| 00019 | $21,292.45 | $2,349.10 |
| 00020 | $2,332.60 | $257.35 |
| 00021 | $1,553.94 | $171.44 |
| 00024 | $65,256.70 | $7,199.49 |
| 00026 | $71,741.60 | $7,914.94 |
| 00028 | $65,504.25 | $7,226.80 |
| 00032 | $73,541.47 | $8,113.51 |
| 00034 | $33,717.60 | $3,719.92 |
| 00035 | $5,318.40 | $586.76 |
| 00036 | $2,501.00 | $275.92 |
| 00037 | $37,363.21 | $4,122.12 |
| 00038 | $48,473.60 | $5,347.88 |
| 00039 | $25,698.85 | $2,835.24 |
| 00042 | $37,309.72 | $4,116.22 |
| 00043 | $181,094.57 | $19,979.38 |
| 00044 | $25,394.96 | $2,801.72 |
| 00045 | $257,556.50 | $28,415.10 |
| 00048 | $106,971.30 | $11,801.68 |
| 00050 | $109,670.10 | $12,099.43 |
| 00052 | $25,145.75 | $2,774.22 |
| 00055 | $28,696.57 | $3,165.97 |
| 00057 | $22,254.30 | $2,455.22 |

First Interim Distribution to Investors - Page 1

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00058 | $48,917.54 | $5,396.86 |
| 00060 | $52,176.75 | $5,756.44 |
| 00061 | $72,012.97 | $7,944.88 |
| 00062 | $14,344.80 | $1,582.60 |
| 00065 | $27,984.89 | $3,087.45 |
| 00070 | $209,227.42 | $23,083.16 |
| 00071 | $29,970.24 | $3,306.49 |
| 00072 | $92,589.95 | $10,215.05 |
| 00073 | $7,424.60 | $819.12 |
| 00075 | $29,668.20 | $3,273.16 |
| 00077 | $16,558.50 | $1,826.83 |
| 00079 | $29,653.28 | $3,271.52 |
| 00080 | $112,999.01 | $12,466.69 |
| 00081 | $35,450.69 | $3,911.12 |
| 00083 | $48,506.00 | $5,351.46 |
| 00085 | $128,533.87 | $14,180.59 |
| 00089 | $26,399.46 | $2,912.54 |
| 00090 | $15,460.80 | $1,705.72 |
| 00094 | $386,627.35 | $42,654.93 |
| 00095 | $12,098.85 | $1,334.81 |
| 00096 | $57,890.99 | $6,386.86 |
| 00097 | $27,100.31 | $2,989.86 |
| 00098 | $132,919.75 | $14,664.46 |
| 00099 | $39,315.15 | $4,337.47 |
| 00100 | $142,207.50 | $15,689.14 |
| 00101 | $288,517.11 | $31,830.85 |
| 00102 | $65,086.90 | $7,180.76 |
| 00103 | $23,132.74 | $2,552.14 |
| 00104 | $254,512.85 | $28,079.30 |
| 00105 | $79,075.25 | $8,724.03 |
| 00106 | $9,187.90 | $1,013.66 |
| 00107 | $123,788.13 | $13,657.01 |
| 00111 | $84,892.59 | $9,365.83 |
| 00112 | $96,772.20 | $10,676.46 |
| 00113 | $26,945.99 | $2,972.83 |
| 00114 | $10,064.16 | $1,110.34 |

First Interim Distribution to Investors - Page 2

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00116 | $8,100.00 | $893.64 |
| 00119 | $43,760.00 | $4,827.85 |
| 00121 | $25,275.53 | $2,788.54 |
| 00124 | $14,935.36 | $1,647.75 |
| 00125 | $64,047.25 | $7,066.06 |
| 00127 | $157,699.10 | $17,398.26 |
| 00128 | $41,834.98 | $4,615.47 |
| 00130 | $8,491.20 | $936.80 |
| 00132 | $33,168.25 | $3,659.31 |
| 00133 | $16,301.65 | $1,798.49 |
| 00134 | $18,086.12 | $1,995.36 |
| 00135 | $131,322.36 | $14,488.23 |
| 00136 | $1,123,424.57 | $123,942.58 |
| 00137 | $41,909.40 | $4,623.68 |
| 00138 | $39,443.64 | $4,351.65 |
| 00139 | $32,368.05 | $3,571.03 |
| 00141 | $18,079.11 | $1,994.59 |
| 00142 | $48,175.19 | $5,314.96 |
| 00143 | $36,081.85 | $3,980.75 |
| 00147 | $118,102.32 | $13,029.72 |
| 00148 | $88,597.12 | $9,774.54 |
| 00149 | $35,596.75 | $3,927.24 |
| 00150 | $72,709.33 | $8,021.71 |
| 00151 | $7,532.04 | $830.98 |
| 00152 | $123,526.83 | $13,628.18 |
| 00156 | $57,029.53 | $6,291.82 |
| 00160 | $76,285.40 | $8,416.24 |
| 00161 | $94,510.40 | $10,426.92 |
| 00163 | $57,852.15 | $6,382.58 |
| 00164 | $16,998.98 | $1,875.42 |
| 00165 | $100,122.07 | $11,046.04 |
| 00168 | $12,452.30 | $1,373.81 |
| 00172 | $4,912.83 | $542.01 |
| 00173 | $48,055.68 | $5,301.78 |
| 00175 | $9,767.20 | $1,077.57 |
| 00176 | $260,108.52 | $28,696.65 |

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00177 | $28,755.39 | $3,172.46 |
| 00179 | $67,316.20 | $7,426.71 |
| 00181 | $27,049.45 | $2,984.25 |
| 00182 | $52,288.16 | $5,768.73 |
| 00187 | $23,821.48 | $2,628.12 |
| 00188 | $28,592.64 | $3,154.50 |
| 00189 | $15,639.75 | $1,725.47 |
| 00190 | $217,542.21 | $24,000.49 |
| 00191 | $17,006.91 | $1,876.30 |
| 00193 | $10,554.23 | $1,164.40 |
| 00194 | $3,621.40 | $399.53 |
| 00195 | $71,911.51 | $7,933.69 |
| 00196 | $28,014.46 | $3,090.71 |
| 00197 | $38,093.20 | $4,202.66 |
| 00198 | $38,759.24 | $4,276.14 |
| 00199 | $51,396.02 | $5,670.30 |
| 00203 | $98,093.86 | $10,822.27 |
| 00206 | $75,109.70 | $8,286.53 |
| 00207 | $69,928.98 | $7,714.96 |
| 00210 | $99,420.10 | $10,968.59 |
| 00211 | $13,593.97 | $1,499.76 |
| 00213 | $15,706.67 | $1,732.85 |
| 00215 | $284,050.52 | $31,338.07 |
| 00217 | $24,800.58 | $2,736.14 |
| 00219 | $15,578.46 | $1,718.70 |
| 00223 | $99,022.32 | $10,924.71 |
| 00224 | $14,665.04 | $1,617.93 |
| 00225 | $16,641.66 | $1,836.00 |
| 00226 | $19,898.81 | $2,195.35 |
| 00228 | $69,000.22 | $7,612.50 |
| 00229 | $126,623.62 | $13,969.84 |
| 00231 | $96,229.50 | $10,616.59 |
| 00232 | $2,432.10 | $268.32 |
| 00233 | $50,748.50 | $5,598.86 |
| 00235 | $13,870.90 | $1,530.32 |
| 00236 | $57,960.09 | $6,394.49 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00238 | $6,475.00 | $714.36 |
| 00240 | $39,830.00 | $4,394.27 |
| 00243 | $18,168.18 | $2,004.42 |
| 00244 | $195,535.25 | $21,572.56 |
| 00245 | $94,596.46 | $10,436.42 |
| 00247 | $44,136.53 | $4,869.39 |
| 00248 | $15,265.24 | $1,684.15 |
| 00250 | $27,689.56 | $3,054.87 |
| 00254 | $24,177.46 | $2,667.39 |
| 00259 | $185,708.75 | $20,488.44 |
| 00260 | $5,838.19 | $644.10 |
| 00261 | $12,168.48 | $1,342.50 |
| 00262 | $22,629.85 | $2,496.65 |
| 00263 | $35,914.84 | $3,962.33 |
| 00266 | $31,326.10 | $3,456.07 |
| 00267 | $20,853.45 | $2,300.67 |
| 00268 | $10,879.44 | $1,200.28 |
| 00269 | $16,511.13 | $1,821.60 |
| 00272 | $25,808.21 | $2,847.31 |
| 00274 | $30,424.70 | $3,356.63 |
| 00276 | $66,151.50 | $7,298.21 |
| 00278 | $207,877.22 | $22,934.20 |
| 00279 | $35,561.43 | $3,923.34 |
| 00281 | $51,048.28 | $5,631.94 |
| 00283 | $247,819.74 | $27,340.88 |
| 00284 | $8,615.63 | $950.53 |
| 00285 | $234,745.15 | $25,898.42 |
| 00287 | $41,194.15 | $4,544.77 |
| 00290 | $40,611.65 | $4,480.51 |
| 00291 | $12,874.95 | $1,420.44 |
| 00292 | $77,903.81 | $8,594.79 |
| 00293 | $177,790.10 | $19,614.81 |
| 00294 | $11,436.34 | $1,261.72 |
| 00295 | $63,739.50 | $7,032.10 |
| 00296 | $80,724.78 | $8,906.02 |
| 00298 | $51,210.56 | $5,649.84 |

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00299 | $47,827.55 | $5,276.61 |
| 00302 | $58,478.82 | $6,451.72 |
| 00304 | $59,321.13 | $6,544.64 |
| 00305 | $18,049.65 | $1,991.34 |
| 00306 | $20,651.40 | $2,278.38 |
| 00309 | $21,109.50 | $2,328.92 |
| 00312 | $162,610.80 | $17,940.15 |
| 00313 | $23,682.87 | $2,612.83 |
| 00319 | $14,675.14 | $1,619.04 |
| 00320 | $43,146.57 | $4,760.17 |
| 00322 | $53,848.80 | $5,940.91 |
| 00323 | $50,931.65 | $5,619.07 |
| 00325 | $38,717.75 | $4,271.56 |
| 00330 | $159,630.07 | $17,611.30 |
| 00334 | $44,198.60 | $4,876.24 |
| 00337 | $197,253.60 | $21,762.14 |
| 00339 | $12,171.75 | $1,342.86 |
| 00340 | $26,660.80 | $2,941.37 |
| 00342 | $58,377.56 | $6,440.54 |
| 00343 | $3,590.89 | $396.17 |
| 00344 | $51,378.65 | $5,668.38 |
| 00345 | $373,138.57 | $41,166.77 |
| 00346 | $8,374.29 | $923.90 |
| 00350 | $15,630.95 | $1,724.50 |
| 00353 | $265,269.05 | $29,265.99 |
| 00354 | $54,096.27 | $5,968.21 |
| 00355 | $83,452.34 | $9,206.94 |
| 00357 | $11,225.80 | $1,238.49 |
| 00359 | $26,399.86 | $2,912.58 |
| 00360 | $19,654.95 | $2,168.45 |
| 00361 | $87,609.60 | $9,665.59 |
| 00363 | $7,634.25 | $842.25 |
| 00365 | $17,598.84 | $1,941.60 |
| 00371 | $79,278.74 | $8,746.48 |
| 00372 | $60,272.10 | $6,649.56 |
| 00376 | $10,155.60 | $1,120.42 |

First Interim Distribution to Investors - Page 6

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00377 | $33,841.92 | $3,733.63 |
| 00378 | $14,679.36 | $1,619.51 |
| 00382 | $33,065.22 | $3,647.94 |
| 00384 | $565,279.80 | $62,364.88 |
| 00387 | $33,029.75 | $3,644.03 |
| 00388 | $19,425.19 | $2,143.10 |
| 00389 | $65,442.50 | $7,219.99 |
| 00397 | $97,661.29 | $10,774.55 |
| 00398 | $20,762.85 | $2,290.68 |
| 00401 | $118,073.67 | $13,026.56 |
| 00403 | $141,792.27 | $15,643.33 |
| 00404 | $60,326.02 | $6,655.51 |
| 00407 | $67,985.20 | $7,500.51 |
| 00408 | $28,845.25 | $3,182.37 |
| 00409 | $30,901.68 | $3,409.25 |
| 00411 | $21,715.29 | $2,395.75 |
| 00412 | $5,478.54 | $604.42 |
| 00414 | $205,966.44 | $22,723.39 |
| 00417 | $204,349.16 | $22,544.96 |
| 00418 | $17,529.66 | $1,933.97 |
| 00420 | $17,952.83 | $1,980.66 |
| 00422 | $223,365.21 | $24,642.92 |
| 00424 | $26,858.97 | $2,963.23 |
| 00427 | $12,126.88 | $1,337.91 |
| 00429 | $105,455.68 | $11,634.47 |
| 00431 | $47,278.75 | $5,216.06 |
| 00435 | $44,942.26 | $4,958.29 |
| 00436 | $35,531.30 | $3,920.01 |
| 00437 | $14,705.28 | $1,622.37 |
| 00438 | $20,221.25 | $2,230.92 |
| 00439 | $10,916.74 | $1,204.40 |
| 00440 | $13,888.74 | $1,532.28 |
| 00442 | $15,708.64 | $1,733.07 |
| 00444 | $107,098.90 | $11,815.76 |
| 00445 | $12,109.11 | $1,335.95 |
| 00446 | $163,220.90 | $18,007.46 |

First Interim Distribution to Investors - Page 7

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00447 | $48,830.29 | $5,387.24 |
| 00449 | $24,808.20 | $2,736.98 |
| 00450 | $10,867.50 | $1,198.96 |
| 00452 | $51,115.74 | $5,639.38 |
| 00453 | $36,025.32 | $3,974.52 |
| 00454 | $7,409.33 | $817.44 |
| 00455 | $56,091.05 | $6,188.28 |
| 00456 | $87,869.53 | $9,694.27 |
| 00458 | $155,186.25 | $17,121.03 |
| 00459 | $92,120.01 | $10,163.20 |
| 00462 | $78,899.08 | $8,704.59 |
| 00463 | $110,335.23 | $12,172.81 |
| 00465 | $21,333.80 | $2,353.67 |
| 00466 | $6,640.04 | $732.57 |
| 00467 | $69,796.61 | $7,700.36 |
| 00469 | $83,019.15 | $9,159.14 |
| 00471 | $6,500.19 | $717.14 |
| 00472 | $48,360.67 | $5,335.42 |
| 00473 | $56,591.56 | $6,243.50 |
| 00475 | $90,472.25 | $9,981.41 |
| 00476 | $91,424.55 | $10,086.48 |
| 00477 | $11,496.38 | $1,268.35 |
| 00479 | $21,018.80 | $2,318.91 |
| 00480 | $24,359.80 | $2,687.51 |
| 00483 | $21,155.82 | $2,334.03 |
| 00484 | $89,206.02 | $9,841.72 |
| 00485 | $63,584.75 | $7,015.03 |
| 00488 | $99,083.72 | $10,931.48 |
| 00490 | $27,419.55 | $3,025.08 |
| 00494 | $11,883.70 | $1,311.08 |
| 00495 | $13,438.01 | $1,482.56 |
| 00497 | $21,266.00 | $2,346.19 |
| 00498 | $10,715.98 | $1,182.25 |
| 00499 | $71,638.79 | $7,903.60 |
| 00501 | $29,185.62 | $3,219.92 |
| 00503 | $44,799.75 | $4,942.56 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00505 | $102,296.64 | $11,285.95 |
| 00507 | $16,630.80 | $1,834.80 |
| 00508 | $100,529.95 | $11,091.04 |
| 00509 | $42,394.35 | $4,677.19 |
| 00510 | $41,005.35 | $4,523.94 |
| 00516 | $43,949.37 | $4,848.74 |
| 00517 | $38,901.06 | $4,291.79 |
| 00518 | $155,813.59 | $17,190.24 |
| 00519 | $1,516,366.61 | $167,294.18 |
| 00520 | $4,968.00 | $548.10 |
| 00523 | $7,771.13 | $857.36 |
| 00524 | $50,812.35 | $5,605.91 |
| 00526 | $33,376.85 | $3,682.32 |
| 00527 | $3,377.37 | $372.61 |
| 00528 | $29,300.59 | $3,232.61 |
| 00529 | $38,728.82 | $4,272.78 |
| 00530 | $5,562.66 | $613.70 |
| 00535 | $52,756.20 | $5,820.36 |
| 00536 | $27,783.70 | $3,065.26 |
| 00538 | $77,736.07 | $8,576.29 |
| 00541 | $16,744.67 | $1,847.37 |
| 00542 | $44,640.82 | $4,925.03 |
| 00543 | $7,574.16 | $835.62 |
| 00544 | $10,645.06 | $1,174.42 |
| 00546 | $11,713.86 | $1,292.34 |
| 00548 | $38,672.40 | $4,266.56 |
| 00549 | $171,646.80 | $18,937.05 |
| 00552 | $18,357.44 | $2,025.30 |
| 00554 | $42,262.60 | $4,662.65 |
| 00555 | $85,011.06 | $9,378.90 |
| 00556 | $85,916.93 | $9,478.84 |
| 00560 | $68,300.37 | $7,535.29 |
| 00561 | $3,341.00 | $368.60 |
| 00563 | $58,891.75 | $6,497.27 |
| 00566 | $3,112.31 | $343.37 |
| 00567 | $186,444.90 | $20,569.66 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00568 | $52,534.26 | $5,795.88 |
| 00571 | $8,593.14 | $948.04 |
| 00573 | $150,379.18 | $16,590.69 |
| 00575 | $16,120.58 | $1,778.51 |
| 00576 | $36,926.35 | $4,073.92 |
| 00578 | $30,618.82 | $3,378.04 |
| 00579 | $163,095.09 | $17,993.58 |
| 00581 | $49,319.91 | $5,441.25 |
| 00583 | $14,029.00 | $1,547.76 |
| 00589 | $9,292.47 | $1,025.20 |
| 00590 | $21,535.89 | $2,375.96 |
| 00591 | $158,178.55 | $17,451.16 |
| 00592 | $23,925.20 | $2,639.56 |
| 00593 | $138,390.63 | $15,268.04 |
| 00594 | $26,858.57 | $2,963.19 |
| 00596 | $60,260.56 | $6,648.29 |
| 00597 | $44,343.20 | $4,892.19 |
| 00598 | $87,111.47 | $9,610.63 |
| 00599 | $68,576.80 | $7,565.78 |
| 00601 | $74,960.88 | $8,270.11 |
| 00602 | $110,198.20 | $12,157.69 |
| 00604 | $44,477.68 | $4,907.03 |
| 00605 | $24,419.41 | $2,694.09 |
| 00607 | $8,324.46 | $918.40 |
| 00608 | $41,319.72 | $4,558.63 |
| 00609 | $8,832.74 | $974.48 |
| 00611 | $62,884.50 | $6,937.78 |
| 00612 | $75,837.61 | $8,366.84 |
| 00613 | $16,232.50 | $1,790.86 |
| 00614 | $98,119.95 | $10,825.15 |
| 00615 | $218,464.10 | $24,102.20 |
| 00616 | $135,985.70 | $15,002.72 |
| 00618 | $18,541.55 | $2,045.61 |
| 00621 | $46,296.50 | $5,107.69 |
| 00622 | $58,989.54 | $6,508.06 |
| 00623 | $118,388.22 | $13,061.26 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00624 | $83,389.61 | $9,200.02 |
| 00626 | $51,707.92 | $5,704.71 |
| 00628 | $35,385.74 | $3,903.96 |
| 00631 | $35,202.66 | $3,883.76 |
| 00632 | $6,847.67 | $755.47 |
| 00635 | $55,602.45 | $6,134.38 |
| 00637 | $75,355.88 | $8,313.69 |
| 00640 | $9,633.65 | $1,062.84 |
| 00641 | $130,627.09 | $14,411.52 |
| 00642 | $97,355.85 | $10,740.85 |
| 00643 | $66,615.95 | $7,349.45 |
| 00644 | $116,945.35 | $12,902.08 |
| 00646 | $378.75 | $41.79 |
| 00647 | $17,345.44 | $1,913.65 |
| 00648 | $17,217.94 | $1,899.58 |
| 00649 | $217,060.36 | $23,947.33 |
| 00650 | $55,900.02 | $6,167.21 |
| 00651 | $58,867.95 | $6,494.65 |
| 00652 | $189,519.62 | $20,908.88 |
| 00655 | $14,967.70 | $1,651.32 |
| 00657 | $24,443.45 | $2,696.74 |
| 00658 | $66,143.36 | $7,297.31 |
| 00659 | $10,447.70 | $1,152.65 |
| 00660 | $193,174.55 | $21,312.11 |
| 00661 | $68,677.82 | $7,576.93 |
| 00662 | $371,892.32 | $41,029.27 |
| 00663 | $17,601.81 | $1,941.93 |
| 00664 | $100,557.27 | $11,094.05 |
| 00666 | $26,807.18 | $2,957.52 |
| 00668 | $37,313.15 | $4,116.60 |
| 00669 | $46,151.80 | $5,091.73 |
| 00671 | $29,078.05 | $3,208.06 |
| 00672 | $8,324.85 | $918.44 |
| 00673 | $66,652.40 | $7,353.47 |
| 00674 | $27,400.28 | $3,022.95 |
| 00675 | $38,224.72 | $4,217.17 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00676 | $58,124.15 | $6,412.59 |
| 00678 | $16,762.46 | $1,849.33 |
| 00680 | $8,545.94 | $942.84 |
| 00681 | $66,849.64 | $7,375.23 |
| 00683 | $41,610.40 | $4,590.70 |
| 00684 | $120,875.46 | $13,335.67 |
| 00685 | $13,819.82 | $1,524.68 |
| 00686 | $5,235.30 | $577.59 |
| 00687 | $10,173.57 | $1,122.41 |
| 00688 | $21,843.80 | $2,409.93 |
| 00692 | $45,112.95 | $4,977.12 |
| 00693 | $119,493.87 | $13,183.24 |
| 00695 | $9,669.15 | $1,066.76 |
| 00696 | $33,327.82 | $3,676.91 |
| 00698 | $185,365.73 | $20,450.60 |
| 00700 | $1,143.28 | $126.13 |
| 00702 | $64,276.40 | $7,091.34 |
| 00703 | $48,213.64 | $5,319.20 |
| 00704 | $16,337.53 | $1,802.45 |
| 00709 | $28,059.10 | $3,095.64 |
| 00710 | $175,659.28 | $19,379.73 |
| 00712 | $5,541.63 | $611.38 |
| 00715 | $46,353.49 | $5,113.98 |
| 00717 | $46,046.52 | $5,080.11 |
| 00718 | $139,582.30 | $15,399.51 |
| 00719 | $77,211.34 | $8,518.39 |
| 00722 | $11,843.96 | $1,306.69 |
| 00723 | $8,130.50 | $897.00 |
| 00724 | $13,664.40 | $1,507.53 |
| 00726 | $585,256.21 | $64,568.79 |
| 00729 | $36,238.97 | $3,998.09 |
| 00730 | $39,890.80 | $4,400.98 |
| 00731 | $85,937.90 | $9,481.16 |
| 00732 | $28,400.79 | $3,133.34 |
| 00733 | $26,408.16 | $2,913.50 |
| 00734 | $19,111.92 | $2,108.54 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 00735 | $60,745.48 | $6,701.79 |
| 00736 | $127,011.29 | $14,012.61 |
| 00737 | $11,453.62 | $1,263.63 |
| 00738 | $17,285.62 | $1,907.05 |
| 00739 | $39,475.90 | $4,355.21 |
| 00740 | $97,686.70 | $10,777.35 |
| 00744 | $183,133.09 | $20,204.28 |
| 00745 | $18,373.20 | $2,027.04 |
| 00746 | $17,576.01 | $1,939.09 |
| 00749 | $79,146.63 | $8,731.91 |
| 00750 | $339,009.50 | $37,401.46 |
| 00751 | $10,799.16 | $1,191.42 |
| 00752 | $44,412.90 | $4,899.88 |
| 00753 | $47,366.32 | $5,225.72 |
| 00756 | $22,191.50 | $2,448.29 |
| 00757 | $1,911.65 | $210.90 |
| 00758 | $6,341.86 | $699.67 |
| 00759 | $29,826.10 | $3,290.58 |
| 00760 | $39,759.06 | $4,386.45 |
| 00761 | $32,197.50 | $3,552.21 |
| 00762 | $102,270.73 | $11,283.09 |
| 00764 | $14,544.24 | $1,604.60 |
| 00767 | $47,335.89 | $5,222.36 |
| 00769 | $4,578.16 | $505.09 |
| 00770 | $20,017.30 | $2,208.42 |
| 00772 | $26,363.89 | $2,908.61 |
| 00773 | $12,814.15 | $1,413.73 |
| 00775 | $97,865.84 | $10,797.12 |
| 00778 | $80,803.20 | $8,914.67 |
| 00780 | $64,415.67 | $7,106.70 |
| 00781 | $22,218.75 | $2,451.30 |
| 00783 | $70,225.60 | $7,747.69 |
| 00784 | $66,737.55 | $7,362.87 |
| 00785 | $168,799.07 | $18,622.87 |
| 00788 | $18,748.08 | $2,068.39 |
| 00789 | $43,163.76 | $4,762.07 |

First Interim Distribution to Investors - Page 13

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00792 | $18,645.04 | $2,057.03 |
| 00793 | $280,649.79 | $30,962.88 |
| 00794 | $19,745.22 | $2,178.40 |
| 00795 | $27,550.36 | $3,039.51 |
| 00797 | $285,206.35 | $31,465.59 |
| 00798 | $48,790.71 | $5,382.87 |
| 00799 | $11,057.65 | $1,219.94 |
| 00800 | $14,631.65 | $1,614.25 |
| 00802 | $32,323.46 | $3,566.11 |
| 00803 | $19,210.02 | $2,119.36 |
| 00804 | $27,869.70 | $3,074.74 |
| 00805 | $26,036.02 | $2,872.44 |
| 00806 | $211,023.44 | $23,281.31 |
| 00807 | $79,147.16 | $8,731.96 |
| 00812 | $47,410.08 | $5,230.55 |
| 00813 | $47,682.70 | $5,260.63 |
| 00814 | $15,156.09 | $1,672.11 |
| 00817 | $7,282.70 | $803.47 |
| 00818 | $27,134.52 | $2,993.63 |
| 00820 | $13,047.84 | $1,439.51 |
| 00821 | $23,960.80 | $2,643.49 |
| 00823 | $112,930.10 | $12,459.09 |
| 00824 | $23,036.58 | $2,541.53 |
| 00825 | $52,750.20 | $5,819.70 |
| 00827 | $24,114.61 | $2,660.46 |
| 00828 | $75,275.38 | $8,304.81 |
| 00830 | $58,969.75 | $6,505.88 |
| 00832 | $21,901.10 | $2,416.25 |
| 00833 | $12,601.00 | $1,390.21 |
| 00834 | $159,580.48 | $17,605.83 |
| 00836 | $9,513.60 | $1,049.59 |
| 00837 | $160,565.91 | $17,714.54 |
| 00838 | $22,742.15 | $2,509.04 |
| 00841 | $21,488.96 | $2,370.78 |
| 00842 | $178,162.71 | $19,655.92 |
| 00844 | $18,045.88 | $1,990.92 |

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00846 | $4,182.50 | $461.44 |
| 00847 | $215,915.15 | $23,820.99 |
| 00848 | $24,407.26 | $2,692.75 |
| 00850 | $41,782.20 | $4,609.65 |
| 00851 | $22,138.68 | $2,442.47 |
| 00852 | $15,908.49 | $1,755.12 |
| 00854 | $34,415.08 | $3,796.87 |
| 00855 | $124,027.84 | $13,683.46 |
| 00858 | $9,882.90 | $1,090.34 |
| 00860 | $25,053.78 | $2,764.08 |
| 00863 | $17,894.76 | $1,974.25 |
| 00864 | $56,224.00 | $6,202.95 |
| 00865 | $5,918.75 | $652.99 |
| 00866 | $23,480.88 | $2,590.54 |
| 00867 | $124,354.40 | $13,719.48 |
| 00873 | $54,015.75 | $5,959.32 |
| 00874 | $34,037.04 | $3,755.16 |
| 00878 | $18,821.88 | $2,076.54 |
| 00880 | $59,403.00 | $6,553.68 |
| 00881 | $40,123.32 | $4,426.63 |
| 00882 | $49,691.09 | $5,482.20 |
| 00884 | $9,713.20 | $1,071.62 |
| 00885 | $6,525.05 | $719.88 |
| 00886 | $14,615.75 | $1,612.49 |
| 00889 | $5,666.33 | $625.14 |
| 00894 | $48,571.44 | $5,358.68 |
| 00896 | $27,407.43 | $3,023.74 |
| 00898 | $226,654.75 | $25,005.84 |
| 00899 | $12,169.04 | $1,342.56 |
| 00900 | $35,772.34 | $3,946.61 |
| 00902 | $23,466.23 | $2,588.93 |
| 00903 | $77,081.51 | $8,504.07 |
| 00905 | $36,826.50 | $4,062.91 |
| 00908 | $92,302.46 | $10,183.33 |
| 00909 | $82,727.76 | $9,127.00 |
| 00910 | $23,820.52 | $2,628.02 |

First Interim Distribution to Investors - Page 15

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00911 | $19,644.20 | $2,167.26 |
| 00914 | $26,541.23 | $2,928.18 |
| 00916 | $48,842.14 | $5,388.54 |
| 00917 | $79,574.82 | $8,779.15 |
| 00918 | $11,193.62 | $1,234.94 |
| 00919 | $36,535.29 | $4,030.78 |
| 00920 | $101,316.71 | $11,177.84 |
| 00921 | $65,869.78 | $7,267.13 |
| 00923 | $13,052.57 | $1,440.03 |
| 00925 | $99,739.62 | $11,003.84 |
| 00926 | $16,271.15 | $1,795.13 |
| 00927 | $36,853.46 | $4,065.88 |
| 00929 | $54,909.50 | $6,057.93 |
| 00931 | $141,262.45 | $15,584.88 |
| 00933 | $123,523.75 | $13,627.84 |
| 00934 | $102,234.45 | $11,279.09 |
| 00936 | $29,180.10 | $3,219.31 |
| 00938 | $58,862.92 | $6,494.09 |
| 00939 | $37,357.71 | $4,121.51 |
| 00940 | $17,445.65 | $1,924.70 |
| 00941 | $146,741.20 | $16,189.32 |
| 00943 | $74,412.84 | $8,209.65 |
| 00944 | $12,270.87 | $1,353.79 |
| 00947 | $12,456.05 | $1,374.22 |
| 00949 | $51,697.34 | $5,703.54 |
| 00950 | $66,079.10 | $7,290.22 |
| 00951 | $92,230.22 | $10,175.36 |
| 00954 | $17,064.40 | $1,882.64 |
| 00955 | $5,421.90 | $598.17 |
| 00956 | $24,460.44 | $2,698.61 |
| 00958 | $29,689.00 | $3,275.46 |
| 00959 | $32,197.35 | $3,552.19 |
| 00961 | $9,656.65 | $1,065.38 |
| 00962 | $17,053.80 | $1,881.47 |
| 00965 | $79,333.63 | $8,752.54 |
| 00966 | $19,898.00 | $2,195.26 |

First Interim Distribution to Investors - Page 16

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 00968 | $69,471.03 | $7,664.44 |
| 00970 | $32,603.20 | $3,596.97 |
| 00971 | $17,559.44 | $1,937.26 |
| 00972 | $7,421.11 | $818.74 |
| 00974 | $31,204.80 | $3,442.69 |
| 00975 | $31,133.45 | $3,434.82 |
| 00977 | $41,341.65 | $4,561.05 |
| 00979 | $18,928.10 | $2,088.26 |
| 00980 | $9,809.00 | $1,082.18 |
| 00981 | $119,392.02 | $13,172.01 |
| 00982 | $65,062.67 | $7,178.08 |
| 00983 | $42,336.56 | $4,670.81 |
| 00984 | $14,402.20 | $1,588.93 |
| 00985 | $41,819.34 | $4,613.75 |
| 00987 | $50,045.60 | $5,521.32 |
| 00988 | $44,464.95 | $4,905.63 |
| 00989 | $7,406.25 | $817.10 |
| 00990 | $14,505.00 | $1,600.27 |
| 00994 | $77,913.85 | $8,595.90 |
| 00995 | $186,873.68 | $20,616.97 |
| 00996 | $1,248.30 | $137.72 |
| 00997 | $25,806.00 | $2,847.06 |
| 00999 | $4,929.60 | $543.86 |
| 01001 | $64,977.23 | $7,168.66 |
| 01002 | $33,928.60 | $3,743.20 |
| 01003 | $11,106.65 | $1,225.35 |
| 01004 | $73,948.07 | $8,158.37 |
| 01005 | $28,025.05 | $3,091.88 |
| 01010 | $3,334.94 | $367.93 |
| 01011 | $31,665.59 | $3,493.53 |
| 01012 | $56,557.16 | $6,239.71 |
| 01014 | $15,477.65 | $1,707.58 |
| 01016 | $70,488.78 | $7,776.72 |
| 01017 | $37,052.43 | $4,087.83 |
| 01019 | $10,658.61 | $1,175.92 |
| 01024 | $17,389.05 | $1,918.46 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01025 | $84,550.93 | $9,328.14 |
| 01026 | $32,540.58 | $3,590.06 |
| 01027 | $13,695.18 | $1,510.93 |
| 01028 | $44,314.24 | $4,889.00 |
| 01029 | $24,428.42 | $2,695.08 |
| 01031 | $8,552.09 | $943.52 |
| 01033 | $15,299.29 | $1,687.90 |
| 01034 | $37,862.51 | $4,177.21 |
| 01039 | $49,367.10 | $5,446.46 |
| 01041 | $112,648.95 | $12,428.07 |
| 01045 | $12,663.36 | $1,397.09 |
| 01046 | $10,062.88 | $1,110.19 |
| 01047 | $34,861.17 | $3,846.08 |
| 01048 | $25,130.44 | $2,772.53 |
| 01050 | $33,819.67 | $3,731.18 |
| 01051 | $38,182.35 | $4,212.49 |
| 01052 | $11,746.29 | $1,295.92 |
| 01053 | $83,626.44 | $9,226.14 |
| 01054 | $42,148.00 | $4,650.01 |
| 01057 | $48,548.88 | $5,356.19 |
| 01058 | $53,488.90 | $5,901.20 |
| 01059 | $72,645.00 | $8,014.61 |
| 01063 | $30,255.24 | $3,337.93 |
| 01065 | $7,406.25 | $817.10 |
| 01066 | $14,877.24 | $1,641.34 |
| 01067 | $21,494.60 | $2,371.41 |
| 01070 | $150,405.00 | $16,593.53 |
| 01071 | $16,404.41 | $1,809.83 |
| 01073 | $16,244.70 | $1,792.21 |
| 01074 | $108,508.32 | $11,971.25 |
| 01075 | $1,649,439.62 | $181,975.55 |
| 01077 | $6,615.22 | $729.83 |
| 01079 | $138,159.85 | $15,242.58 |
| 01082 | $66,561.71 | $7,343.47 |
| 01086 | $10,012.23 | $1,104.61 |
| 01087 | $16,178.90 | $1,784.95 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01088 | $53,922.29 | $5,949.01 |
| 01089 | $18,897.35 | $2,084.86 |
| 01093 | $9,317.63 | $1,027.97 |
| 01095 | $4,700.85 | $518.62 |
| 01098 | $12,491.60 | $1,378.14 |
| 01099 | $22,306.29 | $2,460.96 |
| 01100 | $4,888.08 | $539.28 |
| 01101 | $39,859.70 | $4,397.55 |
| 01102 | $15,639.12 | $1,725.40 |
| 01103 | $15,935.00 | $1,758.04 |
| 01104 | $58,343.60 | $6,436.80 |
| 01105 | $42,545.06 | $4,693.81 |
| 01106 | $8,769.70 | $967.52 |
| 01107 | $92,115.63 | $10,162.72 |
| 01108 | $45,696.65 | $5,041.51 |
| 01110 | $7,345.51 | $810.40 |
| 01111 | $44,000.94 | $4,854.43 |
| 01115 | $156,746.42 | $17,293.16 |
| 01116 | $17,563.60 | $1,937.72 |
| 01121 | $52,245.48 | $5,764.02 |
| 01124 | $85,109.60 | $9,389.77 |
| 01125 | $61,965.44 | $6,836.38 |
| 01128 | $58,896.63 | $6,497.81 |
| 01130 | $32,012.36 | $3,531.79 |
| 01134 | $59,341.48 | $6,546.89 |
| 01136 | $97,913.66 | $10,802.39 |
| 01138 | $48,137.85 | $5,310.84 |
| 01139 | $52,442.61 | $5,785.77 |
| 01140 | $46,250.66 | $5,102.64 |
| 01143 | $107,437.70 | $11,853.14 |
| 01144 | $5,344.70 | $589.66 |
| 01147 | $9,835.80 | $1,085.14 |
| 01148 | $102,515.07 | $11,310.05 |
| 01149 | $42,548.89 | $4,694.24 |
| 01150 | $12,097.38 | $1,334.65 |
| 01152 | $150,844.53 | $16,642.03 |

First Interim Distribution to Investors - Page 19

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01155 | $2,489.04 | $274.61 |
| 01156 | $26,793.68 | $2,956.03 |
| 01158 | $203,848.35 | $22,489.71 |
| 01160 | $19,266.30 | $2,125.57 |
| 01161 | $26,787.29 | $2,955.33 |
| 01165 | $95,680.65 | $10,556.03 |
| 01166 | $15,452.85 | $1,704.85 |
| 01168 | $48,048.92 | $5,301.03 |
| 01171 | $90,741.43 | $10,011.11 |
| 01172 | $69,915.10 | $7,713.43 |
| 01175 | $16,092.16 | $1,775.38 |
| 01176 | $88,683.66 | $9,784.09 |
| 01177 | $43,927.44 | $4,846.32 |
| 01179 | $21,195.06 | $2,338.36 |
| 01180 | $22,176.26 | $2,446.61 |
| 01182 | $5,905.92 | $651.57 |
| 01183 | $40,132.94 | $4,427.69 |
| 01184 | $12,647.84 | $1,395.38 |
| 01185 | $63,141.80 | $6,966.16 |
| 01186 | $40,962.36 | $4,519.20 |
| 01188 | $31,244.25 | $3,447.04 |
| 01189 | $161,244.79 | $17,789.44 |
| 01190 | $22,023.01 | $2,429.70 |
| 01192 | $2,349.15 | $259.17 |
| 01193 | $47,059.53 | $5,191.87 |
| 01194 | $141,444.75 | $15,604.99 |
| 01197 | $15,998.58 | $1,765.05 |
| 01203 | $41,364.33 | $4,563.55 |
| 01204 | $15,950.79 | $1,759.78 |
| 01206 | $81,860.59 | $9,031.33 |
| 01207 | $16,784.52 | $1,851.76 |
| 01208 | $44,739.42 | $4,935.91 |
| 01209 | $74,207.35 | $8,186.98 |
| 01211 | $70,536.30 | $7,781.97 |
| 01213 | $35,221.95 | $3,885.89 |
| 01216 | $44,427.50 | $4,901.49 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01217 | $16,039.67 | $1,769.59 |
| 01219 | $84,700.20 | $9,344.61 |
| 01221 | $88,953.14 | $9,813.82 |
| 01223 | $120,843.76 | $13,332.17 |
| 01228 | $241,828.68 | $26,679.91 |
| 01229 | $38,813.86 | $4,282.17 |
| 01230 | $58,001.30 | $6,399.03 |
| 01231 | $126,745.91 | $13,983.33 |
| 01234 | $122,098.40 | $13,470.59 |
| 01235 | $114,781.97 | $12,663.40 |
| 01236 | $30,025.60 | $3,312.59 |
| 01238 | $219,798.31 | $24,249.40 |
| 01239 | $82,691.76 | $9,123.02 |
| 01240 | $12,273.81 | $1,354.12 |
| 01241 | $89,311.95 | $9,853.40 |
| 01242 | $23,279.92 | $2,568.37 |
| 01244 | $33,109.35 | $3,652.81 |
| 01245 | $125,620.17 | $13,859.13 |
| 01246 | $22,359.48 | $2,466.82 |
| 01247 | $12,644.32 | $1,394.99 |
| 01248 | $24,793.58 | $2,735.37 |
| 01250 | $8,693.18 | $959.08 |
| 01252 | $7,220.70 | $796.63 |
| 01253 | $108,283.00 | $11,946.40 |
| 01254 | $55,846.37 | $6,161.29 |
| 01255 | $875.84 | $96.63 |
| 01257 | $16,829.57 | $1,856.73 |
| 01258 | $8,216.69 | $906.51 |
| 01260 | $58,120.83 | $6,412.22 |
| 01261 | $15,745.44 | $1,737.13 |
| 01265 | $32,765.70 | $3,614.90 |
| 01266 | $17,247.52 | $1,902.84 |
| 01270 | $37,101.59 | $4,093.26 |
| 01272 | $77,294.40 | $8,527.56 |
| 01273 | $82,727.78 | $9,127.00 |

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 01274 | $24,431.35 | $2,695.41 |
| 01275 | $200,742.17 | $22,147.02 |
| 01277 | $232,248.03 | $25,622.92 |
| 01278 | $102,017.33 | $11,255.13 |
| 01280 | $22,220.00 | $2,451.44 |
| 01284 | $74,209.35 | $8,187.20 |
| 01286 | $12,626.78 | $1,393.06 |
| 01287 | $15,928.99 | $1,757.38 |
| 01291 | $81,142.43 | $8,952.09 |
| 01293 | $4,774.38 | $526.74 |
| 01294 | $32,403.65 | $3,574.95 |
| 01297 | $5,217.23 | $575.59 |
| 01298 | $17,891.10 | $1,973.85 |
| 01299 | $39,160.80 | $4,320.44 |
| 01300 | $51,853.58 | $5,720.78 |
| 01301 | $100,606.31 | $11,099.46 |
| 01302 | $44,622.10 | $4,922.96 |
| 01303 | $59,147.52 | $6,525.49 |
| 01305 | $69,609.42 | $7,679.71 |
| 01308 | $280,788.65 | $30,978.20 |
| 01309 | $22,409.20 | $2,472.31 |
| 01310 | $14,942.60 | $1,648.55 |
| 01312 | $99,387.43 | $10,964.99 |
| 01313 | $31,863.50 | $3,515.36 |
| 01314 | $71,439.60 | $7,881.62 |
| 01315 | $628,998.68 | $69,394.71 |
| 01316 | $38,812.78 | $4,282.05 |
| 01317 | $12,101.43 | $1,335.10 |
| 01318 | $12,109.09 | $1,335.94 |
| 01320 | $11,787.07 | $1,300.42 |
| 01322 | $18,702.57 | $2,063.37 |
| 01323 | $29,633.30 | $3,269.31 |
| 01328 | $34,385.51 | $3,793.60 |
| 01329 | $25,442.97 | $2,807.01 |
| 01332 | $31,381.20 | $3,462.15 |
| 01333 | $16,474.32 | $1,817.54 |

First Interim Distribution to Investors - Page 22

| Claim | Claim Value | Distribution 11.03256841% |
|-------|-------------|---------------------------|
| 01335 | $44,111.61 | $4,866.64 |
| 01336 | $420,570.50 | $46,399.73 |
| 01337 | $87,542.20 | $9,658.15 |
| 01338 | $130,052.00 | $14,348.08 |
| 01339 | $79,535.15 | $8,774.77 |
| 01341 | $34,801.20 | $3,839.47 |
| 01342 | $13,673.65 | $1,508.55 |
| 01344 | $113,664.03 | $12,540.06 |
| 01345 | $41,120.00 | $4,536.59 |
| 01346 | $40,677.71 | $4,487.80 |
| 01347 | $38,796.54 | $4,280.25 |
| 01348 | $26,130.74 | $2,882.89 |
| 01350 | $71,720.41 | $7,912.60 |
| 01351 | $47,310.57 | $5,219.57 |
| 01352 | $65,674.88 | $7,245.63 |
| 01353 | $25,397.15 | $2,801.96 |
| 01354 | $32,932.24 | $3,633.27 |
| 01358 | $47,388.16 | $5,228.13 |
| 01359 | $40,244.05 | $4,439.95 |
| 01362 | $593,180.11 | $65,443.00 |
| 01363 | $147,686.39 | $16,293.60 |
| 01365 | $11,616.15 | $1,281.56 |
| 01371 | $1,092.57 | $120.54 |
| 01372 | $725,770.72 | $80,071.15 |
| 01373 | $10,100.88 | $1,114.39 |
| 01374 | $26,876.66 | $2,965.19 |
| 01376 | $9,881.28 | $1,090.16 |
| 01380 | $25,333.75 | $2,794.96 |
| 01394 | $140,965.92 | $15,552.16 |
| 01401 | $566.27 | $62.47 |
| 01404 | $3,956.41 | $436.49 |
| 01408 | $51,420.08 | $5,672.96 |
| 01415 | $16,248.00 | $1,792.57 |
| 01422 | $45,073.25 | $4,972.74 |
| 01425 | $8,395.10 | $926.20 |
| 01431 | $58,180.20 | $6,418.77 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01438 | $30,693.67 | $3,386.30 |
| 01441 | $58,968.39 | $6,505.73 |
| 01451 | $21,424.50 | $2,363.67 |
| 01456 | $346,444.69 | $38,221.75 |
| 01458 | $12,543.59 | $1,383.88 |
| 01460 | $138,655.58 | $15,297.27 |
| 01465 | $50,923.20 | $5,618.14 |
| 01471 | $23,458.44 | $2,588.07 |
| 01475 | $68,254.15 | $7,530.19 |
| 01476 | $41,378.30 | $4,565.09 |
| 01477 | $60,922.94 | $6,721.37 |
| 01478 | $4,442.80 | $490.15 |
| 01481 | $127,035.43 | $14,015.27 |
| 01482 | $12,852.00 | $1,417.91 |
| 01488 | $55,007.68 | $6,068.76 |
| 01504 | $54,719.74 | $6,036.99 |
| 01523 | $65,205.00 | $7,193.79 |
| 01535 | $19,409.40 | $2,141.36 |
| 01536 | $69,757.39 | $7,696.03 |
| 01537 | $17,745.23 | $1,957.75 |
| 01538 | $40,542.07 | $4,472.83 |
| 01539 | $166,539.45 | $18,373.58 |
| 01540 | $96,644.11 | $10,662.33 |
| 01541 | $24,246.00 | $2,674.96 |
| 01542 | $154,983.52 | $17,098.66 |
| 01543 | $56,429.92 | $6,225.67 |
| 01544 | $32,648.73 | $3,601.99 |
| 01545 | $31,304.54 | $3,453.69 |
| 01546 | $11,923.19 | $1,315.43 |
| 01547 | $52,022.32 | $5,739.40 |
| 01549 | $67,512.80 | $7,448.40 |
| 01550 | $63,817.36 | $7,040.69 |
| 01551 | $57,900.54 | $6,387.92 |
| 01552 | $680,502.19 | $75,076.87 |
| 01553 | $65,710.12 | $7,249.51 |

First Interim Distribution to Investors - Page 24

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01554 | $60,000.00 | $6,619.54 |
| 01558 | $10,000.00 | $1,103.26 |
| 01559 | $603,444.34 | $66,575.41 |
| 01562 | $14,316.90 | $1,579.52 |
| 01564 | $84,072.82 | $9,275.39 |
| 01565 | $40,908.80 | $4,513.29 |
| 01569 | $264,110.46 | $29,138.17 |
| 01570 | $35,198.59 | $3,883.31 |
| 01572 | $6,774.36 | $747.39 |
| 01574 | $67,580.69 | $7,455.89 |
| 01575 | $49,145.32 | $5,421.99 |
| 01576 | $224,909.53 | $24,813.30 |
| 01579 | $130,100.64 | $14,353.44 |
| 01580 | $61,905.14 | $6,829.73 |
| 01582 | $65,411.88 | $7,216.61 |
| 01583 | $59,388.00 | $6,552.02 |
| 01584 | $72,446.55 | $7,992.72 |
| 01585 | $119,830.76 | $13,220.41 |
| 01586 | $39,039.84 | $4,307.10 |
| 01587 | $107,509.64 | $11,861.07 |
| 01589 | $79,830.67 | $8,807.37 |
| 01590 | $62,056.71 | $6,846.45 |
| 01591 | $87,539.65 | $9,657.87 |
| 01592 | $31,613.71 | $3,487.80 |
| 01593 | $92,797.92 | $10,237.99 |
| 01594 | $89,445.25 | $9,868.11 |
| 01595 | $829.84 | $91.55 |
| 01596 | $11,202.30 | $1,235.90 |
| 01597 | $48,878.40 | $5,392.54 |
| 01599 | $116,269.11 | $12,827.47 |
| 01600 | $325,194.88 | $35,877.35 |
| 01601 | $203,031.06 | $22,399.54 |
| 01602 | $119,956.98 | $13,234.34 |
| 01603 | $197,181.89 | $21,754.23 |
| 01604 | $30,505.66 | $3,365.56 |

First Interim Distribution to Investors - Page 25

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01605 | $30,505.66 | $3,365.56 |
| 01606 | $23,415.86 | $2,583.37 |
| 01607 | $106,359.48 | $11,734.18 |
| 01608 | $30,141.96 | $3,325.43 |
| 01609 | $5,601.20 | $617.96 |
| 01612 | $173,089.63 | $19,096.23 |
| 01613 | $97,633.72 | $10,771.51 |
| 01614 | $206,739.26 | $22,808.65 |
| 01615 | $33,903.36 | $3,740.41 |
| 01616 | $135,666.45 | $14,967.49 |
| 01617 | $132,127.50 | $14,577.06 |
| 01618 | $29,027.89 | $3,202.52 |
| 01619 | $61,285.88 | $6,761.41 |
| 01620 | $58,919.43 | $6,500.33 |
| 01621 | $46,297.83 | $5,107.84 |
| 01622 | $574,512.12 | $63,383.44 |
| 01623 | $84,837.47 | $9,359.75 |
| 01624 | $142,868.11 | $15,762.02 |
| 01625 | $35,509.85 | $3,917.65 |
| 01626 | $93,888.93 | $10,358.36 |
| 01627 | $69,076.40 | $7,620.90 |
| 01628 | $29,276.06 | $3,229.90 |
| 01629 | $72,812.92 | $8,033.14 |
| 01630 | $36,565.31 | $4,034.09 |
| 01631 | $16,548.00 | $1,825.67 |
| 01632 | $19,950.25 | $2,201.02 |
| 01633 | $62,882.22 | $6,937.52 |
| 01634 | $74,782.41 | $8,250.42 |
| 01635 | $13,882.64 | $1,531.61 |
| 01636 | $203,237.50 | $22,422.32 |
| 01637 | $49,126.08 | $5,419.87 |
| 01638 | $71,211.34 | $7,856.44 |
| 01639 | $49,912.58 | $5,506.64 |
| 01640 | $75,129.75 | $8,288.74 |
| 01641 | $30,000.00 | $3,309.77 |
| 01643 | $26,484.75 | $2,921.95 |

First Interim Distribution to Investors - Page 26

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01644 | $93,500.16 | $10,315.47 |
| 01645 | $49,753.08 | $5,489.04 |
| 01646 | $10,200.00 | $1,125.32 |
| 01647 | $51,935.56 | $5,729.83 |
| 01648 | $14,538.84 | $1,604.01 |
| 01649 | $51,186.14 | $5,647.15 |
| 01650 | $51,517.20 | $5,683.67 |
| 01652 | $27,169.05 | $2,997.44 |
| 01653 | $54,316.76 | $5,992.53 |
| 01654 | $22,904.64 | $2,526.97 |
| 01656 | $67,870.10 | $7,487.82 |
| 01657 | $30,000.00 | $3,309.77 |
| 01670 | $96,350.00 | $10,629.88 |
| 01671 | $138,770.08 | $15,309.90 |
| 01672 | $57,033.16 | $6,292.22 |
| 01673 | $30,209.85 | $3,332.92 |
| 01674 | $15,225.95 | $1,679.81 |
| 01675 | $119,266.05 | $13,158.11 |
| 01677 | $285.64 | $31.51 |
| 01678 | $10,523.14 | $1,160.97 |
| 01679 | $1,244.90 | $137.34 |
| 01680 | $36,091.80 | $3,981.85 |
| 01690 | $61,150.90 | $6,746.51 |
| 01691 | $19,800.44 | $2,184.50 |
| 01692 | $6,003.30 | $662.32 |
| 01693 | $16,155.00 | $1,782.31 |
| 01694 | $15,637.50 | $1,725.22 |
| 01695 | $54,657.63 | $6,030.14 |
| 01696 | $32,441.50 | $3,579.13 |
| 01697 | $24,338.88 | $2,685.20 |
| 01698 | $100,105.62 | $11,044.22 |
| 01699 | $14,101.68 | $1,555.78 |
| 01704 | $69,914.16 | $7,713.33 |
| 01706 | $9,240.00 | $1,019.41 |
| 01709 | $44,838.40 | $4,946.83 |
| 01712 | $103,246.81 | $11,390.77 |

| Claim | Claim Value | Distribution 11.03256841% |
|---|---|---|
| 01713 | $52,520.32 | $5,794.34 |
| 01715 | $123,147.27 | $13,586.31 |
| 01716 | $25,285.20 | $2,789.61 |
| 01717 | $300,743.55 | $33,179.74 |
| 01718 | $166,817.00 | $18,404.20 |
| 01719 | $73,116.90 | $8,066.67 |
| 01723 | $34,689.40 | $3,827.13 |
| 01724 | $78,401.16 | $8,649.66 |
| 01725 | $52,533.57 | $5,795.80 |
| 01726 | $1,500,000.00 | $165,488.53 |
| 01727 | $49,014.00 | $5,407.50 |
| 01729 | $50,496.14 | $5,571.02 |
| 01731 | $19,765.24 | $2,180.61 |
| 01732 | $54,990.72 | $6,066.89 |
| 01733 | $42,864.00 | $4,729.00 |
| 01734 | $152,019.88 | $16,771.70 |
| 01735 | $67,460.89 | $7,442.67 |
| 01736 | $171,206.51 | $18,888.48 |
| 01737 | $75,336.00 | $8,311.50 |
| 00394a | $218,385.43 | $24,093.52 |
| 00394b | $599,725.04 | $66,165.08 |
| NM-001 | $256,036.00 | $28,247.35 |
| NM-002 | $25,000.00 | $2,758.14 |
| NM-003 | $289,500.00 | $31,939.29 |
| NM-005 | $430,400.00 | $47,484.17 |
| NM-006 | $60,000.00 | $6,619.54 |
| NM-007 | $437,500.00 | $48,267.49 |
| NM-008 | $614,250.00 | $67,767.55 |
| NM-009 | $20,000.00 | $2,206.51 |
| NM-010 | $1,550,229.00 | $171,030.07 |
| NM-011 | $544,939.00 | $60,120.77 |
| NM-012 | $25,000.00 | $2,758.14 |
| NM-013 | $30,000.00 | $3,309.77 |
| NM-014 | $70,995.00 | $7,832.57 |
| | $72,512,580.08 | $8,000,000.00 |