IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION et al._,_ § § § § § *Plaintiffs*, § § v. § § TMTE, INC. a/k/a METALS.COM, CHASE § METALS, INC., CHASE METALS, LLC, § BARRICK CAPITAL, INC., LUCAS § THOMAS ERB a/k/a LUCAS ASHER a/k/a § LUKE ASHER, and SIMON BATASHVILI, § § *Defendants*, § § TOWER EQUITY, LLC, § § *Relief Defendant*. § § | Civil Action 3:20-CV-2910-X | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

Pending before the Court is the Plaintiff State of South Carolina Office of the Secretary of State's (SCSoS) Motion to Transfer Interest and to Withdraw as Counsel filed under Rule 25(c) of the Federal Rules of Civil Procedure and the Northern District of Texas Local Rule 83.12. (Doc. 881). Having considered the motion, and being otherwise fully advised in the premises, for good cause shown, the Court **GRANTS** the motion.

Based on the statutory changes regarding the definition of the South Carolina Commodities Code's Commodities Administrator, pursuant to 2025 S.C. Act No. 75,

effective May 22, 2025, the Court **DISMISSES** the SCSoS as a plaintiff in this litigation and **TRANSFERS** the interests of the SCSoS to the South Carolina Office of the Attorney General. Furthermore, the Court **TERMINATES** Shannon A. Wiley and Tyler L. Walker, who were admitted *pro hac vice*, as counsel for the purpose of representing Plaintiff SCSoS.

    **IT IS SO ORDERED** this 23rd day of June, 2025.

                                          _____
                                          BRANTLEY STARR
                                          UNITED STATES DISTRICT JUDGE