IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, e*t al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> TMTE, INC. a/k/a METALS.COM, CHASE METALS, INC., CHASE METALS, LLC, BARRICK CAPITAL, INC., LUCAS THOMAS ERB a/k/a LUCAS ASHER a/k/a LUKE ASHER, and SIMON BATASHVILI, <br><br> *Defendants,* <br><br> TOWER EQUITY, LLC, <br><br> *Relief Defendant.* | Civil Action No. 3:20-CV-2910-X |

## ORDER APPROVING VERA AND BLEEDEN SETTLEMENT AGREEMENTS

On this date, the Court considered the Receiver's Unopposed Motion to Approve Settlement Agreements (Motion). (Doc. 902). The Court finds that the Motion should be granted because it is in the best interest of the Receivership Estate (as defined in the Motion).

IT IS THEREFORE ORDERED that the Motion is hereby **GRANTED**.

IT IS FURTHER ORDERED that the Vera Settlement Agreement (as defined in the Motion) is hereby **APPROVED**.

IT IS FURTHER ORDERED that the Bleeden Settlement Agreement (as defined in the Motion) is hereby **APPROVED**.

IT IS FURTHER ORDERED that the Broker Lawsuit (as defined in the Motion) be, and the same is hereby, **STAYED** as to Broker Lawsuit Vera Defendants (as defined in the Motion) pending the Receiver's receipt of the full amount of the Vera Settlement Amount (as defined in the Motion) as provided in the Vera Settlement Agreement (the "Vera Stay").

IT IS FURTHER ORDERED that the Receiver and the Vera Defendants are hereby authorized, but not required, to file a stipulation in the Broker Lawsuit further memorializing the Vera Stay.

IT IS FURTHER ORDERED that the Broker Lawsuit be, and the same is hereby, **STAYED** as to Broker Lawsuit Bleeden Defendants (as defined in the Motion) pending the Receiver's receipt of the full amount of the Bleeden Settlement Amount (as defined in the Motion) as provided in the Bleeden Settlement Agreement (the "Bleeden Stay").

IT IS FURTHER ORDERED that the Receiver and the Bleeden Defendants are hereby authorized, but not required, to file a stipulation in the Broker Lawsuit further memorializing the Bleeden Stay.

**SO ORDERED** this 22nd day of July 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT