UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMISSION, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:20-cv-02910-X |
| v. | § § § | |
| TMTE, INC. aka METALS.COM, *et al.*, | § § § | |
| *Defendants*. | | |

## ORDER

The Court has considered Plaintiff Commodity Futures Trading Commission and the States' motion to stay the deadlines in this action for the duration of the current federal government shutdown. (Doc. 948).

The Court GRANTS the motion and STAYS the deadlines on this action until further order of the Court.

**IT IS SO ORDERED** this 2nd day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1