# Exhibit 1



OneWest Bank
A Division of CIT Bank, N.A.

1750 OCEAN PARK BLVD
SANTA MONICA CA 90405
877.741.9378

Page 1 of 19

**Account Number:** XXXXXX9387
**Statement Date:** August 31, 2017
**Days in Statement Period:** 31

00000344 TOWCN202002017090116 01 00000000

CHASE METALS, LLC
11360 WATERFORD ST
LOS ANGELES CA 90049-3437

THANK YOU FOR BANKING WITH US!

| Previous Statement Balance as of 07-31-17 | Deposits & Credits | | Checks, Debits & Miscellaneous Charges | | Ending Balance as of 08-31-17 |
|---|---|---|---|---|---|
|  | # | Amount | # | Amount |  |
| $1,083,281.47 | 42 | $4,034,482.10 | 329 | $3,169,726.16 | $1,948,037.41 |

## Deposits and Credits

### ACH

| Date | Description | Amount |
|---|---|---|
| 08/07 | ACH CREDIT  VENMO VERIFYBAN 7264681992   7264681992PPD | $0.27 |
| 08/07 | ACH CREDIT  VENMO VERIFYBAN 7264681992   7264681992PPD | $0.29 |
| 08/16 | ACH CREDIT  PAYPAL TRANSFER PAYPALSD11   PAYPALSD11PPD | $11,000.00 |

**Total Number of ACH: 3**  **Total Amount of ACH: $11,000.56**

### WIRES

| Date | Description | Amount |
|---|---|---|
| 08/01 | Domestic Wire IN  INCOMING WIRE ORG BAYSIDE METAL EXCHANGE;REF PO 11  549, 11318;WIRE/IN - 20172130003400 | $11,357.29 |
| 08/02 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172140071700 | $79,002.00 |
| 08/04 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172160078800 | $27,474.00 |
| 08/04 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172160082300 | $41,006.00 |



DISCO00026973

## Deposits and Credits (continued)

**WIRES (continued)**

| Date | Description | Amount |
|---|---|---|
| 08/04 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172160078600 | $41,884.64 |
| 08/04 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172160078700 | $99,978.00 |
| 08/04 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172160078900 | $1,168,985.00 |
| 08/07 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172190068900 | $9,856.00 |
| 08/08 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172200071400 | $87,000.00 |
| 08/08 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172200071500 | $367,530.00 |
| 08/10 | Domestic Wire IN  INCOMING WIRE ORG THOMAS L BEATY ;REF ;WIRE/IN - 20  172220053700 | $10,000.00 |
| 08/11 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172230061200 | $82,290.00 |
| 08/11 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172230061100 | $221,175.53 |
| 08/14 | Domestic Wire IN  INCOMING WIRE ORG STEVE HELDENBR AND;REF ;WIRE/IN -  20172260028400 | $20,000.00 |
| 08/14 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172260062600 | $25,225.20 |
| 08/15 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172270082300 | $20,905.00 |
| 08/15 | Domestic Wire IN  INCOMING WIRE ORG DANIEL C YOUNG ;REF ;WIRE/IN - 20  172270004400 | $25,000.00 |
| 08/15 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172270055200 | $38,737.50 |
| 08/15 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172270055100 | $288,999.60 |
| 08/16 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172280062800 | $146,671.70 |
| 08/18 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172300066800 | $13,338.00 |
| 08/18 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172300066900 | $89,691.87 |
| 08/21 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172330080400 | $48,970.00 |
| 08/21 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172330080500 | $67,506.00 |
| 08/22 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172340058500 | $43,574.80 |
| 08/22 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172340058600 | $199,161.54 |
| 08/23 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172350054900 | $116,280.00 |
| 08/24 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172360063700 | $94,282.50 |
| 08/25 | Domestic Wire IN  INCOMING WIRE ORG BAYSIDE METAL EXCHANGE;REF 178PA 4631I2R1913;WIRE/I N - 2017237002640 | $6,427.50 |
| 08/25 | Domestic Wire IN  INCOMING WIRE ORG JACQUELINE WOL AN REV TRUST;REF M CSYZKR76;WIRE/IN - 20172370065600 | $14,000.00 |
| 08/28 | Domestic Wire IN  INCOMING WIRE ORG NEW DIRECTION IRA;REF ;WIRE/IN -  20172400071000 | $18,753.00 |

## Deposits and Credits (continued)

### WIRES (continued)

| Date | Description | Amount |
|---|---|---|
| 08/29 | Domestic Wire IN  INCOMING WIRE ORG SAMUEL EAGLE P OPE;REF 00D-201708 29-829;WIRE/IN - 2 0172410060500 | $4,000.00 |
| 08/29 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172410079100 | $4,340.00 |
| 08/29 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172410053400 | $6,171.00 |
| 08/29 | Domestic Wire IN  INCOMING WIRE ORG BAYSIDE METAL EXCHANGE;REF PO 12 212;WIRE/IN - 2017 2410017200 | $12,403.60 |
| 08/29 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172410053200 | $12,650.00 |
| 08/29 | Domestic Wire IN  INCOMING WIRE ORG SELF DIRECTED IRA SERVICES, INC.  ;REF ;WIRE/IN - 20 172410053300 | $23,016.00 |
| 08/31 | Domestic Wire IN  INCOMING WIRE ORG ROGER H KRAHN; REF ;WIRE/IN - 201 72430106600 | $100,000.00 |
| 08/31 | Domestic Wire IN  INCOMING WIRE ORG ANGELINA ALABA NZA DE LEON TR FBO  DE;REF 15085321;W IRE/IN - 20172430 | $335,838.27 |

**Total Number of Wires:  39**                              **Total Amount of Wires: $4,023,481.54**

## Checks, Debits & Miscellaneous Charges

### NUMERICAL CHECK LISTING

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1301 | 08/14 | $203.00 | 1346 | 08/14 | $3,875.37 |
| 1304* | 08/04 | $12,500.00 | 1347 | 08/14 | $5,098.00 |
| 1317* | 08/14 | $3,983.16 | 1348 | 08/14 | $1,250.00 |
| 1320* | 08/01 | $1,350.00 | 1349 | 08/17 | $1,500.00 |
| 1326* | 08/07 | $3,917.06 | 1350 | 08/17 | $14,701.20 |
| 1327 | 08/01 | $20,000.00 | 1374* | 08/14 | $200.00 |
| 1328 | 08/04 | $8.25 | 9161* | 08/07 | $2,500.00 |
| 1329 | 08/09 | $1,250.00 | 9162 | 08/10 | $5,000.00 |
| 1330 | 08/02 | $500.00 | 9163 | 08/23 | $180.00 |
| 1331 | 08/07 | $404.00 | 9240* | 08/17 | $14,701.20 |
| 1332 | 08/10 | $7,466.62 | 9242* | 08/31 | $11,123.24 |
| 1333 | 08/03 | $20,983.85 | 9245* | 08/31 | $3,292.56 |
| 1334 | 08/03 | $2,500.00 | 9246 | 08/30 | $4,791.84 |
| 1335 | 08/04 | $2,000.00 | 9247 | 08/28 | $1,500.00 |
| 1336 | 08/04 | $2,337.00 | 9248 | 08/28 | $2,000.00 |
| 1337 | 08/08 | $3,000.00 | 9249 | 08/28 | $260.00 |
| 1338 | 08/10 | $3,200.00 | 9250 | 08/18 | $10,000.00 |
| 1339 | 08/11 | $7,820.79 | 9252* | 08/21 | $3,000.00 |
| 1340 | 08/16 | $1,250.00 | 9253 | 08/21 | $12,569.93 |
| 1341 | 08/14 | $12,500.00 | 9265* | 08/23 | $190,000.00 |
| 1342 | 08/14 | $39,868.32 | 9340* | 08/14 | $1,600.00 |
| 1343 | 08/11 | $10,000.00 | 9341 | 08/14 | $3,759.00 |
| 1345* | 08/11 | $3,160.08 | 9344* | 08/11 | $1,907.50 |



## Checks, Debits & Miscellaneous Charges (continued)

### NUMERICAL CHECK LISTING (continued)

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 9345 | 08/14 | $479.75 | 9347 | 08/14 | $1,695.39 |
| 9346 | 08/11 | $1,675.00 | 9348 | 08/17 | $1,350.00 |

*\* Indicates non-consecutive check number or debit transaction without a serial number.*

**Total Number of Checks: 50**  **Total Amount of Checks: $460,212.11**

### ACH

| Date | Description | Amount |
|---|---|---|
| 08/01 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000040  A8158 0005000040CCD | $1,451.28 |
| 08/02 | ACH Debit  AUTHNET GATEWAY BILLING 1870568569  97832700 1870568569CCD | $25.00 |
| 08/07 | ACH Debit  VENMO VERIFYBAN 8264681992  8264681992WEB | $0.27 |
| 08/07 | ACH Debit  VENMO VERIFYBAN 8264681992  8264681992WEB | $0.29 |
| 08/07 | ACH Debit  ARTICLE.com IAT PAYPAL 770510487C  770510487CIAT | $2,202.79 |
| 08/07 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000008  0005000008WEB | $10,000.00 |
| 08/08 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000008  0005000008WEB | $206,138.51 |
| 08/09 | ACH Debit  HARLAND CLARKE CHK ORDERS 5580278260  5580278260PPD | $118.76 |
| 08/11 | ACH Debit  MOREFOLLOW IAT PAYPAL 770510487C  770510487CIAT | $6.99 |
| 08/11 | ACH Debit  MOREFOLLOW IAT PAYPAL 770510487C  770510487CIAT | $6.99 |
| 08/11 | ACH Debit  MORE FOLLOWERS AND IAT PAYPAL 770510487C  770510487CIAT | $13.99 |
| 08/11 | ACH Debit  PAYPAL INST XFER PAYPALSI77  PAYPALSI77WEB | $1,068.29 |
| 08/15 | ACH Debit  NORTHWESTERN MU ISA PAYMNT 9000596067  9000596067PPD | $228.00 |
| 08/16 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000008  0005000008WEB | $15,000.00 |
| 08/18 | ACH Debit  MORE FOLLOWERS AND IAT PAYPAL 770510487C  770510487CIAT | $13.99 |
| 08/18 | ACH Debit  PAYPAL INST XFER PAYPALSI77  PAYPALSI77WEB | $1,087.00 |
| 08/22 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000008  0005000008WEB | $118,004.96 |
| 08/23 | ACH Debit  PAYPAL INST XFER PAYPALSI77  PAYPALSI77WEB | $3,550.00 |
| 08/23 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000008  0005000008WEB | $15,000.00 |
| 08/25 | ACH Debit  AMEX EPAYMENT ACH PMT 0005000008  0005000008WEB | $10,000.00 |
| 08/29 | ACH Debit  BMWFINANCIAL SVS BMWFS PYMT 1222568977  1222568977PPD | $1,496.60 |

**Total Number of ACH: 21**  **Total Amount of ACH: $385,413.71**

### WIRES

| Date | Description | Amount |
|---|---|---|
| 08/08 | Domestic Wire Out  OUTGOING WIRE BNF DYLAN REICH;RE F ;WIRE/OUT - 2017  2200043900 | $2,812.50 |
| 08/08 | Domestic Wire Out  OUTGOING WIRE BNF DILLON GAGE;RE F ;WIRE/OUT - 2017  2200043600 | $46,976.64 |
| 08/08 | Domestic Wire Out  OUTGOING WIRE BNF EUGENE FOGEL;R EF ;WIRE/OUT - 201  72200044100 | $350,000.00 |
| 08/09 | Domestic Wire Out  OUTGOING WIRE BNF SDIRA SERVICES CUSTODIAN ACCOUNT  ;REF ;WIRE/OUT - 2 0172210038800 | $63,269.50 |
| 08/14 | Domestic Wire Out  OUTGOING WIRE BNF SDIRA SERVICES CUSTODIAN ACCOUNT  ;REF ;WIRE/OUT - 2 0172260036800 | $6,445.00 |
| 08/14 | Domestic Wire Out  OUTGOING WIRE BNF SDIRA SERVICES CUSTODIAN ACCOUNT  ;REF ;WIRE/OUT - 2 0172260037200 | $10,000.00 |
| 08/14 | Domestic Wire Out  OUTGOING WIRE BNF EUGENE FOGEL;R EF ;WIRE/OUT - 201  72260036100 | $439,212.89 |
| 08/16 | Domestic Wire Out  OUTGOING WIRE BNF EUGENE FOGEL;R EF ;WIRE/OUT - 201  72280055900 | $421,970.67 |
| 08/18 | Domestic Wire Out  OUTGOING WIRE BNF EUGENE FOGEL;R EF ;WIRE/OUT - 201  72300036900 | $280,549.00 |
| 08/22 | Domestic Wire Out  OUTGOING WIRE BNF DYLAN REICH;RE F ;WIRE/OUT - 2017  2340036200 | $5,625.00 |



## Checks, Debits & Miscellaneous Charges (continued)

### WIRES (continued)

| Date | Description | Amount |
|---|---|---|
| 08/22 | Domestic Wire Out  OUTGOING WIRE BNF LUCAS ASHER;RE F ;WIRE/OUT - 2017  2340036500 | $45,000.00 |
| 08/25 | Domestic Wire Out  OUTGOING WIRE BNF SDIRA SERVICES CUSTODIAN ACCT;RE  F ;WIRE/OUT - 2017 2370062100 | $13,338.00 |
| 08/25 | Domestic Wire Out  OUTGOING WIRE BNF EUGENE FOGEL;R EF ;WIRE/OUT - 201  72370061700 | $352,696.32 |
| 08/29 | Domestic Wire Out  OUTGOING WIRE BNF SDIRA SERVICES CUSTODIAN ACCOUNT  ;REF ;WIRE/OUT - 2 0172410060300 | $4,180.00 |
| 08/29 | Domestic Wire Out  OUTGOING WIRE BNF EQUITY TRUST C OMPANY;REF ;WIRE/O  UT - 2017241005880 0 | $35,007.80 |
| 08/30 | Domestic Wire Out  OUTGOING WIRE BNF EUGENE FOGEL;R EF ;WIRE/OUT - 201  72420054900 | $34,505.29 |
| 08/31 | Domestic Wire Out  OUTGOING WIRE BNF LUCAS ASHER;RE F ;WIRE/OUT - 2017  2430050600 | $8,000.00 |
| 08/31 | Domestic Wire Out  OUTGOING WIRE BNF INSTRIBUTION, LLC;REF ;WIRE/OUT  - 20172430056700 | $10,000.00 |

**Total Number of Wires: 18**                                                   **Total Amount of Wires: $2,129,588.61**

### BRANCH & MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/01 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/01 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-01-17 TRAN TIME 3:35 AM | $32.74 |
| 08/01 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CANTERS D ELI 650681947 CA TRAN DATE 07-31-17 TRAN TIME 12:00 AM | $16.88 |
| 08/01 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CHIN CHIN  650681947 CA TRAN DATE 07-31-17 TRAN TIME 12:00 AM | $94.38 |
| 08/01 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 07-31-17 TRAN TIME 12:00 AM | $151.24 |
| 08/01 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 AGILECRM-800980072  9     800980072 CA TRAN DATE 07-31-17 TRAN TIME 12:00 AM | $500.00 |
| 08/02 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/02 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-02-17 TRAN TIME 3:33 AM | $25.64 |
| 08/02 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-01-17 TRAN TIME 11:07 AM | $87.13 |
| 08/02 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-01-17 TRAN TIME 10:51 PM | $43.68 |
| 08/02 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-01-17 TRAN TIME 10:49 PM | $431.12 |
| 08/02 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-01-17 TRAN TIME 10:44 PM | $1,838.64 |
| 08/02 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-01-17 TRAN TIME 10:45 PM | $1,838.64 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON VIDEO ON DE MAND AMZN.com/ WA TRAN DATE 08-02-17 TRAN TIME 12:00 AM | $1.99 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 AMAZON VIDEO ON DE MAND  866-216-1 WA TRAN DATE 08-02-17 TRAN TIME 12:00 AM | $2.99 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 GOOGLE *SVCSAPPS_R ONIN CC@GOOGLE CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $10.00 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON SELLER REPA Y AMZN.com/ WA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $39.99 |



## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-JERSEY MI  KES 650681947 CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $65.45 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55436877 SENDGRID  303-55206 CO TRAN DATE 08-02-17 TRAN TIME 12:00 AM | $79.95 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-LA SERENA  TA D 650681947 CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $99.87 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 AGILECRM-800980072  9    800980072 CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $149.97 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 GOOGLE *SVCSAPPS_C  HASE CC@GOOGLE CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $286.38 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 85104347 STREAMLINE BOOKKEE  PING  510-54521 CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $515.00 |
| 08/02 | POS Purchase  MERCHANT PURCHASE TERMINAL 25247707 UPWORKESCROW*BAL-3  0JUL MOUNTAIN  CA TRAN DATE 07-31-17 TRAN TIME 12:00 AM | $776.79 |
| 08/03 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-02-17 TRAN TIME 7:23 AM | $30.90 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON VIDEO ON DE  MAND AMZN.com/ WA TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $1.02 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON VIDEO ON DE  MAND AMZN.com/ WA TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $2.99 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON VIDEO ON DE  MAND AMZN.com/ WA TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $2.99 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 75337007 PANDADOC  415800453 CA TRAN DATE 08-01-17 TRAN TIME 12:00 AM | $14.30 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-WOLFGANGS  STE 650681947 CA TRAN DATE 08-02-17 TRAN TIME 12:00 AM | $61.34 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 TWILIO  877889454 CA TRAN DATE 08-02-17 TRAN TIME 12:00 AM | $71.28 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 TWC*TIME WARNER CA  BLE  888-TWCAB CA TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $274.97 |
| 08/03 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 CLICKFUNNELS  208323945 ID TRAN DATE 08-02-17 TRAN TIME 12:00 AM | $297.00 |
| 08/04 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/04 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/04 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/04 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/04 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/04 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-03-17 TRAN TIME 7:14 AM | $39.95 |
| 08/04 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-04-17 TRAN TIME 4:00 AM | $47.98 |
| 08/04 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 AMAZON VIDEO ON DE  MAND  866-216-1 WA TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $3.99 |
| 08/04 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 PRIME FRESH MEMBER  SHIP AMZN.com/ WA TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $16.38 |
| 08/04 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 UNITED WORLD TELEC  OM L 056127671 FL TRAN DATE 08-03-17 TRAN TIME 12:00 AM | $27.95 |
| 08/07 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/07 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-06-17 TRAN TIME 12:53 PM | $15.21 |

## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/07 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-06-17 TRAN TIME 1:16 AM | $16.27 |
| 08/07 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-07-17 TRAN TIME 6:44 AM | $36.02 |
| 08/07 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-07-17 TRAN TIME 12:19 PM | $59.56 |
| 08/07 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-07-17 TRAN TIME 5:16 AM | $128.06 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON VIDEO ON DE MAND AMZN.com/ WA TRAN DATE 08-06-17 TRAN TIME 12:00 AM | $3.99 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 75337007 PANDADOC  415800453 CA TRAN DATE 08-04-17 TRAN TIME 12:00 AM | $11.47 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 J2  EFAX SERVICES  323-817-3 CA TRAN DATE 08-06-17 TRAN TIME 12:00 AM | $16.95 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-FRESH COR N GR 650681947 CA TRAN DATE 08-04-17 TRAN TIME 12:00 AM | $23.82 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CALIFORNI A CH 650681947 CA TRAN DATE 08-05-17 TRAN TIME 12:00 AM | $34.84 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CALIFORNI A CH 650681947 CA TRAN DATE 08-04-17 TRAN TIME 12:00 AM | $45.03 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-06-17 TRAN TIME 12:00 AM | $82.73 |
| 08/07 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 36551961 SHOPIFY.C OM/C 888746743 IL TRAN DATE 08-05-17 TRAN TIME 12:00 AM | $2,004.99 |
| 08/08 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/08 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/08 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-08-17 TRAN TIME 4:54 AM | $31.32 |
| 08/08 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 SQUARESPACE INC.  646580345 NY TRAN DATE 08-06-17 TRAN TIME 12:00 AM | $5.00 |
| 08/08 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CRAZY FIS H   650681947 CA TRAN DATE 08-07-17 TRAN TIME 12:00 AM | $22.28 |
| 08/08 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-07-17 TRAN TIME 12:00 AM | $122.99 |
| 08/08 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/08 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/08 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/09 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-09-17 TRAN TIME 2:58 AM | $34.49 |
| 08/09 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-09-17 TRAN TIME 12:26 PM | $63.42 |
| 08/09 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 STK*SHUTTERSTOCK, INC. 866-663-3 NY TRAN DATE 08-08-17 TRAN TIME 12:00 AM | $99.00 |
| 08/09 | POS Purchase  MERCHANT PURCHASE TERMINAL 25247707 UPWORKESCROW*BAL-0 6AUG MOUNTAIN  CA TRAN DATE 08-07-17 TRAN TIME 12:00 AM | $1,064.49 |
| 08/09 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/10 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/10 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-10-17 TRAN TIME 4:00 AM | $29.00 |



## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/10 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-10-17 TRAN TIME 3:27 AM | $48.65 |
| 08/10 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-10-17 TRAN TIME 12:11 PM | $113.04 |
| 08/10 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CRAZY FIS H    650681947 CA TRAN DATE 08-09-17 TRAN TIME 12:00 AM | $22.28 |
| 08/10 | POS Purchase  MERCHANT PURCHASE TERMINAL 85101657 AWEBER COMMUNICATI O    215-825-2 PA TRAN DATE 08-08-17 TRAN TIME 12:00 AM | $49.00 |
| 08/10 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 STK*SHUTTERSTOCK, INC. 866-663-3 NY TRAN DATE 08-09-17 TRAN TIME 12:00 AM | $169.00 |
| 08/11 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/11 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/11 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-11-17 TRAN TIME 5:32 AM | $47.05 |
| 08/11 | POS Purchase  MERCHANT PURCHASE TERMINAL 75337007 PANDADOC  415800453 CA TRAN DATE 08-09-17 TRAN TIME 12:00 AM | $7.40 |
| 08/11 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-KIMUYA  650681947 CA TRAN DATE 08-10-17 TRAN TIME 12:00 AM | $33.98 |
| 08/11 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-WOLFGANGS STE  650681947 CA TRAN DATE 08-10-17 TRAN TIME 12:00 AM | $61.34 |
| 08/11 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 AGILECRM-800980072  9    800980072 CA TRAN DATE 08-10-17 TRAN TIME 12:00 AM | $399.95 |
| 08/14 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/14 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/14 | EFT Service Charge  SVC CHG INTRNTL TR AN | $0.10 |
| 08/14 | EFT Service Charge  SVC CHG INTRNTL TR AN | $4.20 |
| 08/14 | EFT Service Charge  SVC CHG INTRNTL TR AN | $4.79 |
| 08/14 | EFT Service Charge  SVC CHG INTRNTL TR AN | $4.80 |
| 08/14 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-14-17 TRAN TIME 6:11 AM | $32.30 |
| 08/14 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-13-17 TRAN TIME 3:37 AM | $56.29 |
| 08/14 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-13-17 TRAN TIME 8:33 AM | $93.19 |
| 08/14 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-13-17 TRAN TIME  8:52 PM | $36.70 |
| 08/14 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-13-17 TRAN TIME  4:32 PM | $99.00 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 AMAZON VIDEO ON DE MAND  866-216-1 WA TRAN DATE 08-13-17 TRAN TIME 12:00 AM | $2.99 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 85134297 VOICESCOMIN  888359347 ON TRAN DATE 08-11-17 TRAN TIME 12:00 AM | $9.95 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 CANVA FOR WORK MON THLY  877887781 CA TRAN DATE 08-10-17 TRAN TIME 12:00 AM | $12.95 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUSIECAKE S  650681947 CA TRAN DATE 08-11-17 TRAN TIME 12:00 AM | $57.11 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-12-17 TRAN TIME 12:00 AM | $60.22 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 WISTIA, INC.  888494784 MA TRAN DATE 08-13-17 TRAN TIME 12:00 AM | $100.00 |

## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-KITCHEN24  650681947 CA TRAN DATE 08-11-17 TRAN TIME 12:00 AM | $158.93 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 85134297 VOICES com SUREPAY  VOI  888359347 ON TRAN DATE 08-12-17 TRAN TIME 12:00 AM | $420.00 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 85134297 VOICES com SUREPAY  VOI  888359347 ON TRAN DATE 08-12-17 TRAN TIME 12:00 AM | $478.80 |
| 08/14 | POS Purchase  MERCHANT PURCHASE TERMINAL 85134297 VOICES com SUREPAY  888359347 ON TRAN DATE 08-12-17 TRAN TIME 12:00 AM | $480.00 |
| 08/14 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/14 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/14 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/15 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/15 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/15 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/15 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/15 | EFT Service Charge  SVC CHG INTRNTL TR AN | $0.41 |
| 08/15 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-15-17 TRAN TIME 3:48 AM | $46.51 |
| 08/15 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH  650681947 CA TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $28.52 |
| 08/15 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CRAZY FIS  H    650681947 CA TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $34.65 |
| 08/15 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DESIGNRR PRO  858500278 CA TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $37.00 |
| 08/15 | POS Purchase  MERCHANT PURCHASE TERMINAL 55184227 EASYNAME com  WIEN TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $40.50 |
| 08/15 | POS Purchase  MERCHANT PURCHASE TERMINAL 55506297 KINGDOM TRUST  027022610 KY TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $183.69 |
| 08/15 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 SQUARESPACE INC.  646580345 NY TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $312.00 |
| 08/16 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/16 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-16-17 TRAN TIME 4:54 AM | $43.74 |
| 08/16 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-16-17 TRAN TIME 1:51 AM | $95.33 |
| 08/16 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 SQUARESPACE INC.  646580345 NY TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $16.00 |
| 08/16 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CRAZY FIS  H    650681947 CA TRAN DATE 08-15-17 TRAN TIME 12:00 AM | $34.65 |
| 08/16 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-15-17 TRAN TIME 12:00 AM | $62.25 |
| 08/16 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-NOBU  650681947 CA TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $72.19 |
| 08/16 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-THE UPPER  WES  650681947 CA TRAN DATE 08-15-17 TRAN TIME 12:00 AM | $126.17 |
| 08/16 | POS Purchase  MERCHANT PURCHASE TERMINAL 25247707 UPWORKESCROW*BAL-1  3AUG  MOUNTAIN  CA TRAN DATE 08-14-17 TRAN TIME 12:00 AM | $1,346.36 |
| 08/16 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/17 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-17-17 TRAN TIME 5:08 AM | $96.34 |



## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/17 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH  650681947 CA TRAN DATE 08-16-17 TRAN TIME 12:00 AM | $27.67 |
| 08/17 | POS Purchase  MERCHANT PURCHASE TERMINAL 55541867 ADOBE *PS CREATIVE  CLD  800-833-6 CA TRAN DATE 08-15-17 TRAN TIME 12:00 AM | $29.99 |
| 08/17 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 SQUARESPACE INC.  646580345 NY TRAN DATE 08-16-17 TRAN TIME 12:00 AM | $40.00 |
| 08/17 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-16-17 TRAN TIME 12:00 AM | $144.18 |
| 08/17 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 PAYPAL *JAMESPARDO  E 402935773 CA TRAN DATE 08-16-17 TRAN TIME 12:00 AM | $694.01 |
| 08/18 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/18 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/18 | EFT Service Charge  SVC CHG INTRNTL TR AN | $1.47 |
| 08/18 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-18-17 TRAN TIME 12:25 PM | $84.37 |
| 08/18 | POS Purchase  MERCHANT PURCHASE TERMINAL 55419187 COMM100 NETWORK CO RP   778-785-0 BC TRAN DATE 08-18-17 TRAN TIME 12:00 AM | $147.00 |
| 08/18 | POS Purchase  MERCHANT PURCHASE TERMINAL 55506297 KINGDOM TRUST  027022610 KY TRAN DATE 08-17-17 TRAN TIME 12:00 AM | $175.00 |
| 08/18 | POS Purchase  MERCHANT PURCHASE TERMINAL 55506297 KINGDOM TRUST  027022610 KY TRAN DATE 08-17-17 TRAN TIME 12:00 AM | $175.00 |
| 08/18 | POS Purchase  MERCHANT PURCHASE TERMINAL 75337007 PANDADOC  415800453 CA TRAN DATE 08-16-17 TRAN TIME 12:00 AM | $667.00 |
| 08/18 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/21 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/21 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/21 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-21-17 TRAN TIME 2:21 AM | $15.21 |
| 08/21 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-21-17 TRAN TIME 12:32 PM | $15.21 |
| 08/21 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-19-17 TRAN TIME 12:01 PM | $71.09 |
| 08/21 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-20-17 TRAN TIME 3:05 AM | $75.55 |
| 08/21 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-21-17 TRAN TIME 12:02 PM | $127.37 |
| 08/21 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-KAZUNORI  650681947 CA TRAN DATE 08-20-17 TRAN TIME 12:00 AM | $81.38 |
| 08/21 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SOR TINO  650681947 CA TRAN DATE 08-20-17 TRAN TIME 12:00 AM | $127.82 |
| 08/22 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/22 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/22 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-22-17 TRAN TIME 2:47 AM | $42.65 |
| 08/22 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-22-17 TRAN TIME 6:21 AM | $87.75 |
| 08/22 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-22-17 TRAN TIME  2:58 PM | $101.90 |
| 08/22 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 AMAZON DIGITAL SVC  S 86  866-216-1 WA TRAN DATE 08-21-17 TRAN TIME 12:00 AM | $14.99 |

## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/22 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH  650681947 CA TRAN DATE 08-21-17 TRAN TIME 12:00 AM | $27.08 |
| 08/22 | POS Purchase  MERCHANT PURCHASE TERMINAL 25247707 UPWORKESCROW*BAL-1  9AUG MOUNTAIN  CA TRAN DATE 08-19-17 TRAN TIME 12:00 AM | $41.10 |
| 08/22 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-21-17 TRAN TIME 12:00 AM | $162.54 |
| 08/22 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/22 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/23 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/23 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-23-17 TRAN TIME 2:31 AM | $17.82 |
| 08/23 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-23-17 TRAN TIME 4:05 AM | $73.51 |
| 08/23 | POS Purchase  POS PURCHASE TERMINAL 00000100 AMAZON.com  SEATTLE   WA TRAN DATE 08-22-17 TRAN TIME  3:28 PM | $90.66 |
| 08/23 | POS Purchase  MERCHANT PURCHASE TERMINAL 25247707 UPWORKESCROW*BAL-2  0AUG MOUNTAIN  CA TRAN DATE 08-21-17 TRAN TIME 12:00 AM | $1,795.03 |
| 08/24 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/24 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-24-17 TRAN TIME 1:04 AM | $25.00 |
| 08/24 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-23-17 TRAN TIME 10:05 AM | $26.85 |
| 08/24 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-24-17 TRAN TIME 4:08 AM | $74.74 |
| 08/24 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-23-17 TRAN TIME 7:45 AM | $84.80 |
| 08/24 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CALIFORNI  A CH 650681947 CA TRAN DATE 08-23-17 TRAN TIME 12:00 AM | $105.93 |
| 08/24 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 LINKEDIN-337*08168  94   LNKD.IN/B CA TRAN DATE 08-23-17 TRAN TIME 12:00 AM | $119.95 |
| 08/25 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/25 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/25 | Withdrawal | $900.00 |
| 08/25 | Withdrawal | $18,912.82 |
| 08/25 | Withdrawal | $146,921.68 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-25-17 TRAN TIME 2:15 AM | $41.19 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-25-17 TRAN TIME 7:53 AM | $41.38 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-25-17 TRAN TIME 3:54 AM | $51.38 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-24-17 TRAN TIME 9:34 AM | $58.89 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-25-17 TRAN TIME 10:58 AM | $71.52 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-25-17 TRAN TIME 1:00 AM | $88.47 |
| 08/25 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-24-17 TRAN TIME 7:23 AM | $127.12 |

## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/25 | POS Purchase  POS PURCHASE TERMINAL 00000100 AMAZON.com  SEATTLE   WA TRAN DATE 08-22-17 TRAN TIME  3:19 PM | $160.20 |
| 08/25 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 STK*SHUTTERSTOCK,  INC. 866-663-3 NY TRAN DATE 08-24-17 TRAN TIME 12:00 AM | $29.00 |
| 08/25 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/25 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/28 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/28 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-28-17 TRAN TIME 3:19 AM | $33.94 |
| 08/28 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-27-17 TRAN TIME 3:10 AM | $63.20 |
| 08/28 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-28-17 TRAN TIME 12:50 PM | $79.28 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 AMAZON DIGITAL SER  866  866-216-1  WA TRAN DATE 08-27-17 TRAN TIME 12:00 AM | $8.99 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 75265867 ABM PARKING 8383 W  ILSH  BEVERLY H CA TRAN DATE 08-24-17 TRAN TIME 12:00 AM | $26.00 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 75337007 PANDADOC  415800453 CA TRAN DATE 08-24-17 TRAN TIME 12:00 AM | $49.00 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-PITFIRE A  RTIS  650681947 CA TRAN DATE 08-25-17 TRAN TIME 12:00 AM | $65.98 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CALIFORNI  A CH  650681947 CA TRAN DATE 08-25-17 TRAN TIME 12:00 AM | $87.57 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-FRESH COR  N GR  650681947 CA TRAN DATE 08-26-17 TRAN TIME 12:00 AM | $96.44 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUSIECAKE  S  650681947 CA TRAN DATE 08-26-17 TRAN TIME 12:00 AM | $113.87 |
| 08/28 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 CLICKFUNNELS.com  208323945 ID TRAN DATE 08-26-17 TRAN TIME 12:00 AM | $297.00 |
| 08/29 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/29 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/29 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/29 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/29 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/29 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/29 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-29-17 TRAN TIME 6:10 AM | $34.45 |
| 08/29 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-29-17 TRAN TIME 1:47 AM | $62.63 |
| 08/29 | POS Purchase  POS PURCHASE TERMINAL 00000101 AMAZON.com  SEATTLE   WA TRAN DATE 08-29-17 TRAN TIME  3:17 PM | $19.99 |
| 08/29 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 SQUARESPACE INC.  646580345 NY TRAN DATE 08-28-17 TRAN TIME 12:00 AM | $5.00 |
| 08/29 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 INTUIT *QB ONLINE  800-286-6 CA TRAN DATE 08-28-17 TRAN TIME 12:00 AM | $7.50 |
| 08/29 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 INTUIT *PAYROLL  888-537-7 CA TRAN DATE 08-28-17 TRAN TIME 12:00 AM | $12.50 |
| 08/29 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CAFE GRAT  ITUD  650681947 CA TRAN DATE 08-28-17 TRAN TIME 12:00 AM | $129.41 |
| 08/29 | Service Fee  DOMESTIC WIRE OUT | $30.00 |

## Checks, Debits & Miscellaneous Charges (continued)

### BRANCH & MISCELLANEOUS DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 08/29 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/30 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-30-17 TRAN TIME 3:26 AM | $29.03 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 55310207 AMAZON VIDEO ON DE MAND  866-216-1 WA TRAN DATE 08-29-17 TRAN TIME 12:00 AM | $2.99 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-NOAHS NEW  YOR 650681947 CA TRAN DATE 08-29-17 TRAN TIME 12:00 AM | $25.19 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 55432867 AMAZON SELLER REPA  Y AMZN.com/ WA TRAN DATE 08-29-17 TRAN TIME 12:00 AM | $39.99 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CAFE GRAT  ITUD 650681947 CA TRAN DATE 08-29-17 TRAN TIME 12:00 AM | $52.43 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-TUK TUK T  HAI 650681947 CA TRAN DATE 08-29-17 TRAN TIME 12:00 AM | $52.55 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 75337007 PANDADOC  415800453 CA TRAN DATE 08-28-17 TRAN TIME 12:00 AM | $59.00 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-SUGARFISH  650681947 CA TRAN DATE 08-29-17 TRAN TIME 12:00 AM | $62.25 |
| 08/30 | POS Purchase  MERCHANT PURCHASE TERMINAL 25247707 UPWORKESCROW*BAL-2  7AUG MOUNTAIN  CA TRAN DATE 08-28-17 TRAN TIME 12:00 AM | $1,313.49 |
| 08/30 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/31 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/31 | Service Fee  DOMESTIC WIRE IN | $10.00 |
| 08/31 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-31-17 TRAN TIME 1:43 AM | $19.98 |
| 08/31 | A2a Pmt Debit  TERMINAL 00535395  UBERUS A  SAN FRANC CA TRAN DATE 08-30-17 TRAN TIME 11:18 AM | $57.43 |
| 08/31 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 SQUARESPACE INC.  646580345 NY TRAN DATE 08-30-17 TRAN TIME 12:00 AM | $15.00 |
| 08/31 | POS Purchase  MERCHANT PURCHASE TERMINAL 55429507 DOORDASH-CALIFORNI  A CH 650681947 CA TRAN DATE 08-30-17 TRAN TIME 12:00 AM | $71.67 |
| 08/31 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/31 | Service Fee  DOMESTIC WIRE OUT | $30.00 |
| 08/31 | Service Fee  PER TRANSACTION | $19.95 |

**Total Number of Miscellaneous Debits: 240**           **Total Amount of Miscellaneous Debits: $194,511.73**

## Daily Ledger Statement Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 07/31 | $1,083,281.47 | 08/10 | $2,242,878.23 | 08/22 | $2,073,968.83 |
| 08/01 | $1,071,032.24 | 08/11 | $2,520,114.41 | 08/23 | $1,979,531.81 |
| 08/02 | $1,143,206.01 | 08/14 | $2,032,947.41 | 08/24 | $2,073,367.04 |
| 08/03 | $1,118,965.37 | 08/15 | $2,405,638.23 | 08/25 | $1,550,276.57 |
| 08/04 | $2,481,261.51 | 08/16 | $2,123,252.57 | 08/28 | $1,564,338.30 |
| 08/07 | $2,469,604.72 | 08/17 | $2,089,967.98 | 08/29 | $1,585,843.02 |
| 08/08 | $2,314,915.48 | 08/18 | $1,900,048.02 | 08/30 | $1,544,878.97 |
| 08/09 | $2,248,985.82 | 08/21 | $2,000,420.46 | 08/31 | $1,948,037.41 |



──────────── **Average Collected Balance** ────────────

$1,980,222.63

0000344 00001204 0014 0019 TOWCN20202017090116 01 00100220




Check # 1301, Posted 20170814, Amount 203.00


Check # 1327, Posted 20170801, Amount 20,000.00


Check # 1304, Posted 20170804, Amount 12,500.00


Check # 1328, Posted 20170804, Amount 8.25


Check # 1317, Posted 20170814, Amount 3,983.16


Check # 1329, Posted 20170809, Amount 1,250.00


Check # 1320, Posted 20170801, Amount 1,350.00


Check # 1330, Posted 20170802, Amount 500.00


Check # 1326, Posted 20170807, Amount 3,917.06


Check # 1331, Posted 20170807, Amount 404.00


Check # 1332, Posted 20170810, Amount 7,466.62


Check # 1337, Posted 20170808, Amount 3,000.00


Check # 1333, Posted 20170803, Amount 20,983.85


Check # 1338, Posted 20170810, Amount 3,200.00


Check # 1334, Posted 20170803, Amount 2,500.00


Check # 1339, Posted 20170811, Amount 7,820.79


Check # 1335, Posted 20170804, Amount 2,000.00


Check # 1340, Posted 20170816, Amount 1,250.00


Check # 1336, Posted 20170804, Amount 2,337.00


Check # 1341, Posted 20170814, Amount 12,500.00





Check # 1342, Posted 20170814, Amount 39,868.32



Check # 1348, Posted 20170814, Amount 1,250.00



Check # 1343, Posted 20170811, Amount 10,000.00



Check # 1349, Posted 20170817, Amount 1,500.00



Check # 1345, Posted 20170811, Amount 3,160.08



Check # 1350, Posted 20170817, Amount 14,701.20



Check # 1346, Posted 20170814, Amount 3,875.37



Check # 1374, Posted 20170814, Amount 200.00



Check # 1347, Posted 20170814, Amount 5,098.00



Check # 9161, Posted 20170807, Amount 2,500.00





Check # 9162, Posted 20170810, Amount 5,000.00



Check # 9163, Posted 20170823, Amount 180.00



Check # 9240, Posted 20170817, Amount 14,701.20



Check # 9242, Posted 20170831, Amount 11,123.24



Check # 9245, Posted 20170831, Amount 3,292.56



Check # 9246, Posted 20170830, Amount 4,791.84



Check # 9247, Posted 20170828, Amount 1,500.00



Check # 9248, Posted 20170828, Amount 2,000.00



Check # 9249, Posted 20170828, Amount 260.00



Check # 9250, Posted 20170818, Amount 10,000.00


Check # 9252, Posted 20170821, Amount 3,000.00


Check # 9253, Posted 20170821, Amount 12,569.93


Check # 9265, Posted 20170823, Amount 190,000.00


Check # 9340, Posted 20170814, Amount 1,600.00


Check # 9341, Posted 20170814, Amount 3,759.00


Check # 9344, Posted 20170811, Amount 1,907.50


Check # 9345, Posted 20170814, Amount 479.75


Check # 9346, Posted 20170811, Amount 1,675.00


Check # 9347, Posted 20170814, Amount 1,695.39


Check # 9348, Posted 20170817, Amount 1,350.00