UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, *et al.*,<br><br> Plaintiffs,<br><br>v.<br><br>TMTE, INC. a/k/a METALS.COM, *et al.*,<br><br> Defendants,<br><br>and<br><br>TOWER EQUITY, LLC,<br><br> Relief Defendant. | Case No. **3:20-CV-2910-X** |

**PLAINTIFFS' AMENDED MOTION FOR SUMMARY JUDGMENT AGAINST
<u>DEFENDANTS LUCAS ASHER AND SIMON BATASHVILI</u>**

Pursuant to the Court's Orders dated September 12, 2025 (ECF No. 938) and September 29, 2025 (ECF No. 947), Rule 56 of the Federal Rules of Civil Procedure, and Local Rules 56.1–56.7, Plaintiffs Commodity Futures Trading Commission ("CFTC") and the States respectfully submit this amended motion for summary judgment against Defendants Lucas Asher and Simon Batashvili for violating Section 6(c)(1) of the Commodity Exchange Act ("CEA" or the "Act"), 7 U.S.C. § 9(1), and CFTC Regulation ("Regulation") 180.1(a)(1)–(3), 17 C.F.R. § 180.1(a)(1)–(3) (Count I), as well as State laws relating to commodities fraud, securities fraud,

1

unlicensed/unregistered investment adviser activity, investment adviser fraud, other fraud, and misrepresentation and omission claims (Counts II–IV and VI-XXIX).[1]

As Plaintiffs will be submitting a motion for default judgment against the four Corporate Defendants—TMTE, Inc. a/k/a Metals.com, Chase Metals LLC, Chase Metals Inc. (collectively, "Metals"), Barrick Capital, Inc.("Barrick")—and Relief Defendant Tower Equity, LLC, this Motion concerns liability and relief sought by Plaintiffs against Defendants Asher and Batashvili. Each of the matters required by Local Rule 56.3 shall be set forth in Plaintiffs' brief filed in support of its Motion. Plaintiffs' Motion is supported by their contemporaneously filed Brief in Support of Plaintiffs' Amended Motion for Summary Judgment and accompanying Appendix. Plaintiffs also rely on all pleadings and papers filed in this action.

As set forth in the accompanying brief, Plaintiffs are entitled to summary judgment against Defendants Asher and Batashvili on Counts I-IV and VI-XXIX. In accordance with the Proposed Order submitted herewith, Plaintiffs request that the Court grant Plaintiffs' Motion in its entirety and find that (1) precious metals, including gold and silver, are "commodities" under Sections 1a(9) and 1a(20) of the Commodity Exchange Act, 7 U.S.C. §§ 1a(9), (20); (2) Asher and Batashvili are liable for violations of Section 6(c)(1) of CEA, 7 U.S.C. § 9(1), and Regulation 180.1, 17 C.F.R. § 180.1 (Count I); (3) Asher and Batashvili are liable for violations of the State laws as alleged (Counts II-IV, VI-XXIX); (4) Asher and Batashvili are permanently enjoined from committing further violations of the Act as charged and from trading directly or indirectly for themselves, or others, on or subject to the rules of any registered entity and acting

---

[1] The Court has supplemental and pendant jurisdiction over the State-law claims pursuant to 28 U.S.C. § 1367(a). The Court granted Plaintiff State Alabama's motion to dismiss Count V of the Complaint (ECF No. 945). *See* Order dated Sept. 29, 2025 (ECF No. 946).

in any capacity that requires registration with the CFTC; (5) Asher and Batashvili are ordered to pay restitution to defrauded customers in the amount of $65,158,731; and, (6) Asher and Batashvili are ordered to pay an appropriate civil monetary penalty of $204,476,193.

Dated: December 18, 2025

Respectfully submitted,

By: /s/ Danielle Karst

DANIELLE KARST, *pro hac vice*
Associate Director
dkarst@cftc.gov
D.C. Bar No. 481881

TIMOTHY J. MULREANY, *pro hac vice*
Investigative Counsel
tmulreany@cftc.gov
Maryland Bar No. 8812160123

SARAH WASTLER, *pro hac vice*
Trial Attorney
swastler@cftc.gov
D.C. Bar No. 944534

Attorneys for Plaintiff
COMMODITY FUTURES
TRADING COMMISSION
1155 21st Street, N.W.
Washington, D.C. 20581-0001
Phone: (202) 418-5000
Fax: (202) 418-5521

FOR THE STATE OF ALABAMA

By: /s/ Jeffery A. "Beau" Brown, Jr.
JEFFERY A. "BEAU" BROWN, JR., *pro hac vice*
Beau.Brown@asc.alabama.gov
Alabama Bar No. 7258R80B

Attorney for Plaintiff
STATE OF ALABAMA
SECURITIES COMMISSION
445 Dexter Avenue, Suite 12000
Montgomery, AL 36104

Telephone: (334) 242-2984
Fax: (334) 242-0240

FOR THE STATE OF ALASKA

By: /s/ John Haley
JOHN HALEY, *pro hac vice*
john.haley@alaska.gov
Alaska Bar No. 1402010
HELEN MENDOLIA, *pro hac vice*
Helen.mendolia@alaska.gov
Alaska Bar No. 2405051

Attorney for Plaintiff
STATE OF ALASKA
OFFICE OF ATTORNEY GENERAL
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-3783
Fax: (907) 276-3697

FOR THE STATE OF ARIZONA
By: /s/ Elizabeth Schmitt

ELIZABETH SCHMITT, *pro hac vice*
eschmitt@azcc.gov
Arizona Bar No. 034699

Attorney for Plaintiff
ARIZONA CORPORATION COMMISSION
1300 W. Washington St.
Phoenix, AZ 85007
Telephone: (602) 542-1922
Fax: (602) 714-8120

FOR THE STATE OF CALIFORNIA

By: /s/ Danielle A. Stoumbos

MARY ANN SMITH
MaryAnn.Smith@dfpi.ca.gov
SEAN ROONEY
Sean.Rooney@dfpi.ca.gov
DANIELLE A. STOUMBOS, *pro hac vice*
California Bar No. 264784
Danielle.Stoumbos@dfpi.ca.gov

4

> Attorneys for Plaintiff
> STATE OF CALIFORNIA
> DEPARTMENT OF BUSINESS OVERSIGHT
> (now known as the DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION)
> 320 West Fourth Street, Suite 750
> Los Angeles, California 90013
> Telephone: (213) 503-2046
> Fax: (213) 576-7181
>
> FOR THE STATE OF COLORADO
> PHILIP J. WEISER
> Attorney General of the State of Colorado
>
> By: /s/ Graham Gerhart
>
> ROBERT FINKE*
> robert.finke@coag.gov
> Colorado Bar No. 40756
> GRAHAM GERHART*
> graham.gerhart@coag.gov
> Colorado Bar No. 57767
> *Counsel of Record
>
> FOR THE STATE OF DELAWARE
> KATHLEEN JENNINGS
> Attorney General of the State of Delaware
>
> By: /s/ T. Victor Clark
>
> T. VICTOR CLARK, *pro hac vice*
> Deputy Attorney General
> Delaware Bar No. 4233
> victor.clark@delaware.gov
>
> JILLIAN LAZAR
> Director of Investor Protection
> Delaware Bar No. 6049
> jillian.lazar@delaware.gov
>
> Delaware Department of Justice
> 820 N. French St.
> Wilmington, DE 19801
> Telephone: (302) 577-8356

Fax: (302) 577-6987

Attorneys for Plaintiff the State of Delaware

FOR THE STATE OF FLORIDA
JAMES UTHMEIER

Attorney General for the State of Florida

By: /s/ Victoria Butler

VICTORIA BUTLER, *pro hac vice*
Assistant Attorney General
Director of Consumer Protection
victoria.butler@myfloridalegal.com
Florida Bar No. 861250

Diane Marger Moore, *pro hac vice*
Special Counsel, Assistant Attorney General
Diane.MargerMoore@myfloridalegal.com
Florida Bar No. 268364

Department of Legal Affairs
3507 E Frontage Rd, Suite 325
Tampa, FL 33607-1795
Telephone: (813) 287-7950
Fax: (813) 281-5515

By: /s/ A. Gregory Melchior
A. GREGORY MELCHIOR, *pro hac vice*
Assistant General Counsel
Greg.melchior@flofr.com
Florida Bar No. 407290

Attorney for Plaintiff
STATE OF FLORIDA
OFFICE OF FINANCIAL REGULATION
1313 Tampa Street, Suite 615
Tampa, Florida 33602-3394
Telephone: (813) 218-5327
Fax: (813) 272-2498

FOR THE STATE OF GEORGIA

By: /s/ Jonathan Loegel

        JONATHAN D. LOEGEL, *pro hac vice*
        Georgia Bar No. 755706
        jloegel@law.ga.gov

        RONALD J. STAY, *pro hac vice*
        Georgia Bar No. 621732
        rstay@law.ga.gov

        Attorneys for Plaintiff
        OFFICE OF THE GEORGIA
        SECRETARY OF STATE
        Georgia Department of Law
        40 Capitol Square SW
        Atlanta, GA 30334
        Telephone: (404) 458-3434
        Fax: (404) 657-3239
        FOR THE STATE OF HAWAII

        By: /s/ Rayni M. Nakamura-Watanabe
        RAYNI M. NAKAMURA-WATANABE,
        *pro hac vice*
        Hawaii Bar No. 9032-0
        RNakamur@dcca.hawaii.gov

        Attorneys for Plaintiff
        STATE OF HAWAII
        SECURITIES ENFORCEMENT BRANCH
        335 Merchant Street, Suite 205
        Honolulu, Hawaii 96813
        Telephone: (808) 586-2740
        Fax: (808) 586-3977

        FOR THE STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL
        STATE OF IDAHO
        RAUL R. LABRADOR

        By: /s/ Dallin Creswell

        DALLIN CRESWELL, *pro hac vice*
        Deputy Attorney General
        dallin.creswell@ag.idaho.gov
        Idaho Bar No. 7741

        Attorney for Plaintiff
        STATE OF IDAHO

IDAHO DEPARTMENT OF FINANCE
P.O. Box 83720
Boise, ID 83720-0031
Telephone: (208) 947-8731
Fax: (208) 334-4151

FOR THE STATE OF INDIANA
OFFICE OF THE INDIANA ATTORNEY GENERAL

By: /s/ Meredith McCutcheon

MEREDITH McCUTCHEON, *pro hac vice*
Deputy Attorney General
Meredith.McCutcheon@atg.in.gov
Indiana Bar No. 32391-49

Attorney for Plaintiff
STATE OF INDIANA
INDIANA SECURITIES COMMISSIONER
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-9357
Fax: (317) 232-7979

FOR THE IOWA INSURANCE COMMISSIONER
DOUGLAS M. OMMEN

By: /s/ Amanda K. Robinson
AMANDA K. ROBINSON, *pro hac vice*
Iowa Bar No. AT0006753
Compliance Attorney
amanda.robinson@iid.iowa.gov

Attorney for Plaintiff
IOWA INSURANCE DIVISION
1963 Bell Ave, Ste 100
Des Moines, IA 50315
Telephone: (515) 654-6475
Fax: (515)-654-6500

FOR THE STATE OF KANSAS

By: /s/ Thomas E. Knutzen

THOMAS E. KNUTZEN, *pro hac vice*
*Special Assistant Attorney General*
tom.knutzen@ks.gov
Kansas Bar No. 24471

Attorney for Plaintiff
OFFICE OF THE KANSAS SECURITIES
COMMISSIONER
1300 SW Arrowhead Road
Topeka, KS 66604
Telephone: (785) 296-7890
Fax: (785) 296-6872

FOR THE STATE OF KENTUCKY

By: /s/ Gary Stephens

GARY STEPHENS, *pro hac vice*
Gary.stephens@ky.gov
Kentucky Bar No. 87740

Attorneys for Plaintiff
STATE OF KENTUCKY
DEPARTMENT OF FINANCIAL
INSTITUITONS
500 Mero St. 2SW19
Frankfort, KY 40601
Telephone: (502) 782-9052
Fax: (502) 573-8787

FOR THE STATE OF MAINE

By: /s/ Kathryn M. Horst

KATHRYN M. HORST, *pro hac vice*
Kathryn.Horst@maine.gov
Maine Bar No. 005495

Attorney for Plaintiff
STATE OF MAINE SECURITIES
ADMINISTRATOR
6 State House Station
Augusta, Maine 04333
Telephone: (207) 626-8800
Fax: (207) 287-3120

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN, ATTORNEY GENERAL OF THE STATE OF MARYLAND

By: /s/ Max F. Brauer

MAX F. BRAUER, *pro hac vice*
Assistant Attorney General
mbrauer@oag.state.md.us
Maryland State Does Not Use Bar Numbers

Attorney for Plaintiff
STATE OF MARYLAND EX REL
MARYLAND SECURITIES
COMMISSIONER
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6950
Fax: (410) 576-6532

FOR THE PEOPLE OF MICHIGAN

By: /s/ Aaron W. Levin

Aaron W. Levin, *pro hac vice*
Assistant Attorney General
levina@michigan.gov
Michigan Bar No. P81310

Attorney for Plaintiff
Michigan Department of Attorney General
525 W. Ottawa Street,
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 335-7632
Fax: (517) 335-6755

FOR THE STATE OF MISSISSIPPI

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By: /s/ James M. Rankin
JAMES M. RANKIN

James.Rankin@ago.ms.gov
Mississippi Bar No. 102332
CRYSTAL UTLEY SECOY
crystal.utley@ago.ms.gov

Attorneys for Plaintiff
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (769) 237-6406
Fax: (601) 359-4231

FOR THE STATE OF NEBRASKA
MICHAEL T. HILGERS
Attorney General

/s/ Christopher A. Felts
Christopher A. Felts, *pro hac vice*
Assistant Attorney General
Nebraska Bar No. 26784
christopher.felts@nebraska.gov

Attorney for Plaintiff
STATE OF NEBRASKA
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-2682
Fax: (402) 471-3297

FOR THE STATE OF NEVADA

By: /s/ Shady Sirsy
Shady Sirsy, *pro hac vice*
Chief of Enforcement,
Nevada Securities Division
Nevada Bar No. 15818
s.sirsy@sos.nv.gov

Attorney for Plaintiff
STATE OF NEVADA
Office of the Nevada Secretary of State
Securities Division
2250 North Las Vegas Blvd., Suite 400
North Las Vegas, NV 89030
Telephone: (702) 486-2440

Fax: (702) 486-2452

FOR THE STATE OF NEW MEXICO

By: /s/ Alissa N. Berger

ALISSA N. BERGER, *pro hac vice*
New Mexico Bar No. 21769
ABerger@nmdoj.gov

Attorney for Plaintiff
STATE OF NEW MEXICO
New Mexico Regulation and Licensing
Department, Securities Division
5500 San Antonio Rd NE
Albuquerque, New Mexico 87109
Telephone: (505) 503-5987
Fax: (505) 222-9848

FOR THE STATE OF NEW YORK
LETITIA JAMES
ATTORNEY GENERAL OF THE STATE
OF NEW YORK

By: /s/ Tatyana Trakht

TATYANA "TANYA" TRAKHT, *pro hac vice*
Assistant Attorney General
tanya.trakht@ag.ny.gov
New York State Does Not Use Bar Numbers

Attorney for Plaintiff
ATTORNEY GENERAL FOR THE STATE
OF NEW YORK
28 Liberty Street, 21st Floor
New York, New York 10005
Telephone: (212) 416-8457
Fax: (212) 416-8816

FOR THE STATE OF OKLAHOMA

By: /s/ Robert Fagnant

ROBERT FAGNANT, *pro hac vice*
rfagnant@securities.ok.gov

Oklahoma Bar No. 30548

BRAD DAVENPORT, *pro hac vice*
bdavenport@securities.ok.gov
Oklahoma Bar No. 18687

Attorney for Plaintiff
OKLAHOMA DEPARTMENT OF SECURITIES
204 N. Robinson Avenue, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 280-7718
Fax: (405) 280-7742

FOR THE STATE OF SOUTH CAROLINA

By: /s/ Andrew N. Cole

ANDREW N. COLE, *pro hac vice*
andrewcole@scag.gov
South Carolina Bar No. 68384

Attorney for Plaintiff
STATE OF SOUTH CAROLINA
OFFICE OF ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29211
Telephone: (803) 734-4731
Fax: (803) 734-7208

FOR THE STATE OF SOUTH DAKOTA

By: /s/ Clayton Grueb

CLAYTON GRUEB, *pro hac vice*
South Dakota Bar No. 4642
Clayton.grueb@state.sd.us

Attorney for Plaintiff
South Dakota Department of Labor & Regulation,
Division of Insurance
2330 N. Maple Ave, Suite 1
Rapid City, SD 57701
Telephone: (605) 773-3563
Fax: (605) 773-5369

FOR THE STATE OF TENNESSEE
JONATHAN SKRMETTI
Attorney General and Reporter for the State of Tennessee

By: /s/ James P. Urban

JAMES P. URBAN, *pro hac vice*
Senior Deputy Attorney General
TN B.P.R. No. 033599
james.urban@ag.tn.gov

BOTUM CHHAY, *pro hac vice*
Assistant Attorney General
TN B.P.R. No. 040083
botum.chhay@ag.tn.gov

PABLO A. VARELA, *pro hac vice*
Assistant Attorney General
TN B.P.R. 029436
pablo.varela@ag.tn.gov

Office of Tennessee Attorney General
Financial & Regulatory Section
P.O. Box 20207
Nashville, TN 37202-0207
Telephone: (615) 741-3739
Fax: (615) 532-8223

Attorney for Plaintiff
Commissioner of the Tennessee Department of Commerce and Insurance

FOR THE STATE OF TEXAS:

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Stephanie A. Criscione Houser
STEPHANIE A. CRISCIONE HOUSER
Assistant Attorney General
General Litigation Division
Office of the Texas Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Texas Bar No. 24109768
Stephanie.criscione@oag.texas.gov
Telephone: (512) 936-1675
Fax: (512) 320-0667

FOR THE STATE OF WASHINGTON

By: /s/ Stephen Manning

Stephen Manning, *pro hac vice*
stephen.manning@atg.wa.gov
Telephone: (360) 534-4846
Fax: (360) 664-0229

Attorney for Plaintiff
Washington State Department of Financial
Institutions, Securities Division
150 Israel Rd. SW
Tumwater, WA 98501
Telephone: (360) 902-8700
Fax: (360) 902-0524

FOR THE STATE OF WEST VIRGINIA

By: /s/ Michael Nusbaum

MICHAEL NUSBAUM, *pro hac vice*
michael.nusbaum@wvsao.gov
West Virginia Bar No. 12708

Attorney for Plaintiff
STATE OF WEST VIRGINIA
WEST VIRGINIA SECURITIES
COMMISSION
1900 Kanawha Boulevard, East
Building 1, Room W-100

Charleston, WV 25305
Telephone: (304) 558-2251
Fax: (304) 558-4211

FOR THE STATE OF WISCONSIN
JOSHUA L. KAUL
Attorney General
State of Wisconsin
Wisconsin Department of Justice

By: /s/ Lewis W. Beilin

LEWIS W. BEILIN, *pro hac vice*
Assistant Attorney General
Wisconsin Bar No. 1038835
beilinlw@doj.state.wi.us

WISCONSIN DEPARTMENT OF JUSTICE
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-3076
Fax: (608) 294-2907

*Attorneys for Plaintiff State of Wisconsin*

## CERTIFICATE OF SERVICE

On December 18, 2025, I electronically filed the foregoing Plaintiffs' Amended Motion for Summary Judgment against Defendants Lucas Asher and Simon Batashvili and the accompanying Brief, Appendix, and Proposed Order in the above-captioned matter using the CM/ECF system. I am relying upon the transmission of the Clerk's Notice of Electronic Filing for service upon all parties in this litigation.

/s/ Danielle Karst
Danielle Karst