# EXHIBIT 52

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.*, | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 3:20-CV-2910-X |
| TMTE, INC. a/k/a METALS.COM, *et al.*, | | |
| Defendants, | | |
| TOWER EQUITY, LLC, | | |
| Relief Defendant. | | |

### **DECLARATION OF ANGELA LAUGHLIN BROWN**

I, Angela Laughlin Brown, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed in the State of Texas. I represent Lucas Asher and Simon Batashvili in the above-entitled lawsuit.

2. This Declaration is submitted in support of Defendants Lucas Asher and Simon Batashvili's Amended Motion for Summary Judgment. On September 29, 2025, the Court instructed parties to provide corpus linguistics evidence of the ordinary public meaning of commodity at the time of enactment. (*See* ECF 947).

4. I researched the proper procedures and steps needed to conduct corpus linguistics research. In doing so, I relied upon Thomas R. Lee & Stephen C. Mouritsen, *Judging Ordinary Meaning*, 127 Yale L.J. 788 (2018) to inform how to ensure the corpus linguistics evidence was replicable and verifiable.

5. I began my analysis using two corpora: the Corpus of Historical American English (COHA) and the News on the Web Corpus (NOW). Attached as Exhibit 52-1 is a true and correct copy of the corpus linguistics evidence derived from my searches in those corpora.[1]

6. To ensure the Court or any party can replicate the corpus linguistics evidence, below are the steps used to generate the data in Exhibit 52-1. To replicate the data for COHA, first access the corpus at https://www.english-corpora.org/coha/. To generate a list of collocates, take the following steps: (1) click on "Collocates" to conduct a search; (2) Type in "COMMODITY" into the word/phrase search bar (the capitalization of each letter results in a 'lemma' search, meaning the search will pull all forms of the word such as commodity or commodities); (3) in the second search bar, type in "*" known as a wildcard; (4) on the number bar click four to the left and four to the right (this determines how far from the search term, the list will pull from); (5) select "Section" and for the first column select the Decade Range: 1930, 1940's, and 1970's, ignore the second column; and (6) select "sort/limit" click on minimum and change to "MUT INFO" (this ensures that words like 'the' or 'of'' are not in the results.

7. For the NOW corpus, follow the same steps as for COHA except, for step five, when selecting in the first column under "Section" choose "United States" instead of the date. Since the NOW corpus pulls from across the internet including from other languages and countries, this limits the search to only the sources from the United States.

---

[1] The native file containing the corpus linguistics evidence has also been provided to the Court on a flash drive.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 18, 2025.  /s/ *Angela Laughlin Brown*  
                           Angela Laughlin Brown

3

# EXHIBIT 52-1

**(Produced Natively by USB-Drive to Chambers)**

**In NOW, the fifty most common collocates of commodity are as follows:**

prices, price, global, trading, markets, exchange, futures, commission, higher, oil, rising, hot, currency, demand, lower, precious, low, inflation, costs, contract, supply, valuable, exports, multi, index, derivatives, volatility, export, gold, currencies, fluctuations, falling, agricultural, bonds, rare, rise, stocks, dalian, essential, dity, traders, traded, analyst, cycle, volatile, scarce, contracts, boom

"gold" as collate reached its peak in 2022
"metal" not in the top 100 collates

**In COHA, the fifty most common collocates of commodity are as follows:**
1930

*prices, price, agriculture, corporation, basic, credit, rates, production, surplus, exchange, index, markets, level, wheat, rise, value, farm, increase, buy, corp, securities, wholesale, decline, loans, demand, cost, food, purchase, goods, market, trade, producers, essential, sold, movement, export, consumption, stocks, list, particular, increased, staple, exchanges, levels, commodities, services, buying, produced, drop, groups, (54) contracts, (55) transportation, (56) selling, (59) corn, (61) cotton, (68) raw, (73) produce*

1940

*other, prices, price, credit, basic, agricultural, markets, supply, corporation, farm, production, essential, surplus, trading, scarce, exchanges, index, corp, list, particular, short, imports, exchange, cost, wholesale, products, market, ceilings, export, specific, cotton, produce, produced, services, sell, stock, goods, buy, imported, agreements, rising, supplies, materials, value, commodity, speculations, exports, sections, affected, raw, wheat, demand, processed, (59) stocks, (58) retail, (60) rationing, (62) grain, (63) controls, (64) eggs, (73) perishable, (87) butter, (88) tobacco, (93) rubber, (95) corn*

1970

*prices, negotiations, trade, price, primary, industrial, negotiation, politics, futures, agreements, markets, market, taxed, exchanges, agricultural, production, countries, international, valuable, stocks, trading, demand, problems, food, regulation, arrangements, stock, indexation, export, exports, precious, description, raw, developing, governments, exchange, influence, basic, agreement, individual, case-by-case, buffer, conflicts, surplus, producing, benefit, basis, produced, value, (55) salable, (58) broker, (71) rare, (77) farm, (92) barley*

| Date | Source | | | |
|---|---|---|---|---|
| 3/24/2024 | USA Today | hot commodity after last year's tournament, he chose to return wi | commodity | after last year's tournament, he chose to return |
| 8/25/2014 | Yahoo.com | disease epidemic. The processed foods that are created by | commodity | agriculture. So we need to do all of these things |
| 4/1/2020 | The Herald Bulletin | and caught fire near Dallas early Wednesday, spilling the hot | commodity | All over the interstate. AP Truck hauling toilet paper |
| 12/16/2018 | The New York Times | stride. "Still, it's not yet a hot | commodity | among ad buyers. Mr. Manas of Omnicom said |
| 3/8/2021 | Mlive.com | of March 6, but his image has been a valuable | commodity | among candidates |
| 4/15/2021 | Vancouversun.com | too long, housing in British Columbia was viewed as a | commodity | and a tool for building wealth rather than a basic necessity |
| 3/7/2019 | Freight Waves | of opening, at 9:18 a.m. What makes a | commodity | and agricultural commodity? That is one question that the |
| 8/11/2021 | The Motley Fool on MSN.com | levels, reflecting increase in inflationary pressure in | commodity | and freight costs. We continue to effectively leverage our |
| 7/22/2021 | TheStreet.com | Get Report that warned of narrower profit margins due to higher | commodity | and input prices for the good brands giant. |
| 7/29/2021 | Chelsea on FanNation on MSN.com | Up to . Overall, Kane is a proven | commodity | and would get instantly with Chelsea. His wage demands |
| 1/31/2023 | Yahoo! Sports | the franchise tag on him would make him a tradeable | commodity | as opposed to a free agent, which at most would |
| 9/27/2020 | RT | imply such a steep drop in oil prices, keeping the | commodity | At a $35-per-barrel minimum |
| 4/7/2020 | Star-Gazette | he could recover some lost business and help provide a crucial | commodity | at the same time. # "We were just coming out |
| 7/5/2022 | Investopedia | do with that. But we also saw spikes across the | commodity | basket there. A lot of that has come off. Is |
| 3/5/2013 | Truckinginfo | enough North American capacity to meet demand. And when the | commodity | brokers see that, we'll probably see more price manipulation |
| 6/22/2012 | Business Insider | As such, the system has become a hotly sought after | commodity | by regional Israel government, and the IDF has fast tracked |
| 11/30/2020 | 7News and TheDenverChannel.com | young quarterback through trade (Sam Darnold will be a coveted | commodity | by several teams ) or the draft? # Lock believes the |
| 1/24/2020 | Federal Register | within a netting set that reference one of the following | commodity | categories: Energy, metal, agriculture, or other |
| 3/1/2022 | washingtonpost.com | the cost of that gas based on the wholesale | commodity | charge for gas in my January bill here in D.C. was |
| 5/20/2020 | Phys.org | H202 is an important | commodity | chemical and potential energy carrier, and is widely used for |
| 10/23/2023 | fool.com | sheets and the cash flow needed to support their payouts | Commodity | chemical company Dow checks both those boxes. What |
| 2/2/2024 | baltimoresun.com | took the job in January 2010, he was a known | commodity | coming off a major run of success in college as a head |
| 5/8/2014 | New Orleans CityBusines | building constructed in the 1880s. It has historically tracked | commodity | commerce, with an emphasis on coffee imports. Its maritime log |
| 10/25/2023 | seekingalpha.com | companies According to Damodaran "Cyclical and | commodity | companies share a common feature, insofar as their value is |

| Year | Type | Source | | | |
|------|------|--------|---|---|---|
| 1936 | NEWS | NYT-Reg | administration's intention to provide the broadest possible | commodity | base for the levies so that at least $500,000,000 a year might |
| 1936 | MAG | Time | of him. Were the rule otherwise, every cotton and | commodity | broker or dealer in the land would be in jail by nightfall |
| 1936 | MAG | Harpers | Florida. James Hamilton is the head of a firm of | commodity | brokers in Chicago. During the Roosevelt Administration the |
| 1936 | NAG | Time | good hunk out of the 7,100,000 bale carryover; 2) | Commodity | Credit Corp. which still holds 3,028,675 bales as security for |
| 1936 | NEWS | NYT-Reg | in the amount of corn and cotton loans by the | Commodity | Credit Corporation under the 1936 program were borne out by |
| 1936 | MAG | SatEvePost | he formed under the laws of Delaware such things as the | Commodity | Credit Corporation, the Federal Surplus Relief Corporation, |
| 1936 | MAG | SatEvePost | bodily to the Resettlement Administration. Trade CCC. The | Commodity | Credit Corporation. Created by executive order. Incorporated |
| 1936 | MAG | Time | to continue Federal road building in 1938-39. The | Commodity | Exchange Control bill regulating speculative trading in grain |
| 1936 | NEWS | NYT-Reg | crops because handling them means bigger commissions. The | commodity | exchanges want bigger crops because the bigger the crops the |
| 1936 | NEWS | WallStjrnl | also tended to minimize the European reports. The Dow-Jones | commodity | index lost 0.59 point, and leading industrial stocks closed |
| 1936 | NF/ACAD | ProblemsFamiliy | of the family for a money income to buy the new | commodity | is correspondingly augmented. 'When the question "Why did you |
| 1936 | NEWS | NYT-Reg | the 1936 program were borne out by Secretary Wallace. The | commodity | loans have always been "without recourse," meaning that, |
| 1936 | NEWS | NYT-Reg | to a tariff basis the farmer could not be compensaated for | commodity | price declines over which he had no control. Under the plan |
| 1936 | NEWS | WallStjrnl | the Nation, urging the President to forestall a drop in | commodity | prices by increasing the gold price to $41 per ounce |
| 1936 | MAG | Nation | farm income will doubtless surpass that of any recent year | commodity | prices have risen even more steadily than the stock market in |
| 1936 | MAG | Nation | was no general increase in prices . On the contrary , | commodity | prices showed a slight tendency to decline. A certain increase |
| 1936 | MAG | Nation | The recent orgy of melon cutting and the continuous increase in | commodity | priaces suggest that this process is already under way. It is |
| 1936 | MAG | Time | While the Drought sent | commodity | prices up to new highs for the year, last week's |
| 1936 | NEWS | NYT-Reg | full tax had already been passed on to consumers in higher | commodity | prices, and that processors could not demonstrate any |
| 1936 | MAG | ReadersDigest | not called into play . It is so valuable a human | commodity | that we are justified in extending ourselves mightily to |
| 1936 | NEWS | NYT-Reg | my speech of acceptance , ' American initiative is not a | commodity | to be delivered in pound packages through a governmental bureau |
| 1936 | NEWS | NYT-Reg | parity price on a certain allotted production of a basic | commodity | , but would have to take the market price on the remainder |
| 1936 | NF/ACAD | GeneralTheoryEmpl | supply curve . // Thus in the case of each homogeneous | commodity | , for which 0 |
| 1936 | FIC | Play: EndSummer | No jobs about anywhere, eh p. 77 WILL DEXTER Extinct | commodity | , DENNIS MCCARTHY I did pretty well last week. |

| | | | | |
|---|---|---|---|---|
| 1970 FIC | ElectricCotillion | sync. Of course she had that one particularly salable untaxa | commodity | I couldn't match . . .Turning into Ellis, a |
| 1970 MAG | Harpers | recognized their liappir and, happiness being the rare | commodity | it is, p generously to be near it in spirit and |
| 1970 FIC | BayNoon | sources of this or that -- little fonts and geysers of | commodity | priaces. Her balance of payments improved from a deficit of ? |
| 1970 NEWS | NYT-Let | and potential Vietnam participant, I am presumably part of | commodity | Vice President Agnew has offered to trade for an entire "zoo |
| 1970 MAG | Time | we live in a time when revolution is a very salable | commodity | Serious film makers are usually at odd with moneyman |

| Year | Type | Source | |
|------|------|--------|---|
| 1918 | MAG | Century | In greater or less degree a similar control has been exercised over other foodstuffs and commodities. In agriculture the Government has decreed what lands shall continue as grazing-lands and what |
| 1936 | NEWS | NYT-Reg | in population, trends and shifts in consumption, and increase in demand for agriculture commodities resulting from increase in per capita production of non-agriculture commodities above such production in such |
| 1949 | NEWS | CSMonitor | On one thing all unite: There has been a serious slump in wholesale farm commodities. Secretary of Agriculture Charles F. Brannan argued Feb. 9 that 19490211_1 txt ARMS COUNT |
| 1952 | MAG | Time | grain elevator. In 1949, they got a contract with the Agriculture Department' Commodity Credit Corp. to store 200,000 bu. of grain. The Spellmans, both in |
| 1953 | NEWS | CSMonitor | farmers. The Department of Agriculture is " talking with farm groups. " Special commodity groups and agriculture colleges are " working on tech nical problems. " The House |
| 1960 | MAG | Time | part in trying to cope with grain surpluses as head of the Agriculture Department' Commodity Stabilization Service in Portland, Ore., he was also storing the stuff as a |
| 1963 | NEWS | NYT-Reg | water supplies, Mr. Pittman cited information furnished by the Department of Agriculture, the Commodity Credit Corporation and studies by the Stanford Research Institute. Their surveys, he said |
| 1968 | MAG | GoodHouse | Department has in surplus because of its vast purchases to stabilize farm prices. These commodities, shipped from Agriculture warehouses, usually include such items as cornmeal, lard, |
| 1983 | NEWS | Boston | swap, " is designed to pump up sagging farm prices by whittling massive government commodity stockpiles. Agriculture Secretary John Block predicted the program will have little impact on grocery |

| Year | Type | Source | | |
|---|---|---|---|---|
| 1849 | MAG | AmWhigRev | production of the raw material, and to overflow the market with a particular agricultural | commodity, such as cotton, than it is to overstock the market of the world |
| 1863 | NF/ACAD | archive | The banks, by expanding their issues, cause flour, cotton, and other | commodities to rise so high at home that they can not be exported and sold at |
| 1874 | NEWS | NYT-Ed | , as it is now in Georgia, or as though money was not a | commodity as much as cotton. Why should a moneybroker exercise a noble self-denial and. |
| 1908 | MAG | Forum | his outstanding accounts. As money was unobtainable he took rosin, cotton or any | commodity he could get instead, and, by a sloop chartered at Wilmington, N. |
| 1914 | NEWS | NYT-Ed | the outstanding balance between them shall be settled as far as possible in cotton and | commodities. There is no relation of debtor and creditor between the two Governments. The |
| 1929 | NEWS | WallStjrnl | administration was not in agree merit with proposals to stop trading in cotton and other | commodities. The attitude of the government was outlined as being to the effect that the |
| 1930 | NF/ACAD | GovernmentRailroad | were lower to New England destinations than the combination of local rail-and-water rates. On | commodities other than cotton, joint rail-and-water rates were in effect, and these were lower |
| 1931 | MAG | Nation | it is necessary among other things to increase the prices in world markets of primary | commodities such as cotton, rubber, wheat, raw silk, tin, copper, |
| 1935 | MAG | SatEvePost | below which agricul -- ture can not afford to produce and sell food and raw | commodities like cotton, else it will lose immediately its arti -- ficially restored parity; |
| 1936 | MAG | Time | make a criminal out of him. Were the rule otherwise, every cotton and | commodity broker or dealer in the land would be in jail before nightfall. Does anyone |
| 1936 | NEWS | NYT-Reg | would be a reduction in the unit amount of corn and cotton loans by the | Commodity Credit Corporation under the 1936 program were borne out by Secretary Wallace. The commodity |
| 1939 | NEWS | WallStjrnl | sod-improving crops. Third, that farmers be allowed to repossess cotton held by the | Commodity Credit Corp under the loan program at a price 30 points under the market price |
| 1941 | MAG | Time | " speculation " and announced plans were being made to tighten Government control of the | commodity markets. Cotton and wheat prices promptly lost part of their gains. # Consumer |
| 1941 | MAG | NewRepublic | on the ground. A few months ago I said that cotton was our number-one | commodity problem. This year's cotton crop was short and consumption in this country promises |
| 1941 | NEWS | WallStjrnl | It proposes to continue this year's 85% of parity loans on the five basic | commodities? cotton, wheat, cctrn, tobacco and rice -- through 1844 or until |
| 1941 | NF/ACAD | SurveyCycleSod | to Japan, where from 8c to 14c a day labor processes the cotton into | commodity needs of the Argentine. With our high standards of living, and labor wage |
| 1942 | NEWS | CSMonitor | of loans to put a 100 per cent parity price floor under all six basic | commodities -- cotton, corn, wheat, rice, tobacco and peanuts -- and under |
| 1942 | NF/ACAD | OurEconomicProblem | buy some of the woolen cloth that we need. We produce more of such | commodities as cotton, wheat, pork, tobacco, copper, and automobiles than our |
| 1947 | NEWS | WallStjrnl | reason, the emissaries will seek guarantees for future trade in certain " dangerous " | commodities. Take cotton, for instance. While exports are down now, there is |
| 1955 | NEWS | NYT-Reg | crops would be substituted in large part for the wheat, cotton and other surplus | commodities now planted on the acres to be diverted. Cooperating farmers would be permitted to |
| 1957 | MAG | Time | new index will be carried hourly on the tickers of the American Stock Exchange, | Commodity News Services and Cotton Ticker, be available to all clients of Standard Poor's |
| 1962 | NF/ACAD | scan | petroleum products, salt, sulphur, bauxite, chemicals and cotton are the bulky | commodities which give the others their importance. Houston, 50 miles inland by canal from |
| 1964 | NF/ACAD | RailRoadInEast | true, are still shown to be sub-sidized, but the two most important export | commodities, coffee and cotton, which account for nearly one-half of total export traffic revenue |
| 1981 | MAG | USNWR | or near-record crops of corn, wheat, rice, soybeans, cotton and other | commodities have depressed farm prices. " The more we raise, the less we get |
| 1985 | NEWS | NYT | Companies Are Hit Hard // But experts say that depressed prices for cotton and other | commodities have hit large agribusiness companies especially hard this year. // The depth of the troubles |
| 1988 | NF/ACAD | ChaosMakingNew | about this chart. Economists generally assumed that the 1) i ice of a commodity like cotton danced to two different beats, one orderly and one random. Over | |
| 2004 | NF/ACAD | FeministStud | consumer, and researcher. Yet, a " realist " unpacking of the cotton | commodity chain -- one that would work back through multiple political economic relations from Lands' |
| 2004 | NF/ACAD | FeministStud | ) # While the Lands' End catalog weaves First World consumers into the cotton | commodity chain through a discourse of global moralism, consent is simultaneously fabricated for neoliberalism by |
| 2004 | NF/ACAD | FeministStud | that cotton was a powerful symbol of nationalist protest against British colonialism, the cotton | commodity chain -- raw cotton, yarn, fabric, garments -- was one of the |
| 2004 | NF/ACAD | FeministStud | Korea have increased the competition for Indian manufacturers in the domestic market. The cotton | commodity chain is, therefore, a good example with which to challenge realist commodity chain |
| 2004 | NF/ACAD | FeministStud | social striations, those of age and caste, in particular. # The cotton | commodity chain has been lengthened backward so that cottonseed production has itself been commodified. Whereas |
| 2004 | NF/ACAD | FeministStud | casualization, self-disciplining, and tied-labor relations as sources of surplus extraction along the cotton commodity chain, it could not have analyzed how these are imbricated in gendered norms and | |
| 2004 | NF/ACAD | FeministStud | differentially. (n19) # As in the narrative of " Mudaliar, " the | commodity chain in cotton proves brittle in the case of the other working-class subjects it links |
| 2004 | NF/ACAD | FeministStud | that cotton was a powerful symbol of nationalist protest against British colonialism, the cotton | commodity chain -- raw cotton, yarn, fabric, garments -- was one of the |
| 2007 | NEWS | SanFran | industry, which receives no direct subsidies. # But the bill leaves the big | commodity programs intact for cotton, corn, wheat, rice, soybeans and a handful |

| Year | Type | Source | |
|---|---|---|---|
| | **Year** | **Type** | **Source** |
| 1827 | MAG | NorthAmRev | in value; for in exchanging them for hats, for gold, or other commodities in general, twice the former quantity must be given. Extend the improvement to |
| 1831 | MAG | NorthAmRev | metallic, which it replaces, every dollar of paper currency will exchange for more commodities than the gold or silver, which it replaces, previously did. If we |
| 1839 | NF/ACAD | TheoryMoneyBanks | be perceived in silver, might sensibly alter the relative value of gold to other commodities As the principal mines of the /z/ two metals (those of America) |
| 1850 | MAG | USDemRev | can exempt it from the operation of the same laws of trade which affect other commodities Gold and silver are dug out of the earth by the labor of individuals |
| 1851 | NF/ACAD | GlancesAtEurope | equivalents? Must we not buy in order to sell? Isn't Gold a commodity like any other? If our Imports exceed our Exports, doesn't that prove |
| 1853 | MAG | NorthAmRev | general rise of prices but a fall in the value of gold in relation to commodities in general? " The aim of the Bank of England at present, and |
| 1856 | NF/ACAD | NorthAmRev | our ports nearest Japan are those of California, the exchange of gold against Japanese commodities might be regarded as a direct barter of products, - if the Japanese price |
| 1863 | NF/ACAD | archive | but so long as they are mostly used as money, gold and silver as commodities will always be worth the value given them as coin, the delay and expense |
| 1863 | NF/ACAD | archive | as money; nor will any cne ever pay more for gold and silver as commodities, than their value as coin, so long as they can be obtained by |
| 1863 | NF/ACAD | archive | of Prices, vpl, vi, p. 232.) /z/ of gold as a commodity. If so great an alteration in the relative production of the two metals has |
| 1863 | NF/ACAD | archive | value, neither more nor less, that they are worth as money. As commodities, gold and silver are capital but as money, they are mere representatives of |
| 1863 | NF/ACAD | archive | is here no question of value, or what quantity of commodity or set of commodities the gold will command in exchange. This has no part in the contract. |
| 1863 | NF/ACAD | archive | by commodities. To insure this, it is made convertible into the best known commodities, gold and silver. " (Encyclopedia Britannica, Money.) /z/ metals circulate |
| 1863 | NF/ACAD | archive | of Hamburgh, were merely the de- * The alchemists of old sought to transmute commodities into gold. " We, more intelligent in regard to the true services that |
| 1863 | NF/ACAD | archive | , to the com community, more advantageously redeemed, by the sale of the commodities, than by gold and silver, because the purchasers of the commodities must, |
| 1864 | FIC | CaptainBrand" | of these days reclaim? Hola! no! Or shall I receive more negotiable commodities in gold, cochineal, or silks? Well! Veremos! we shall see |
| 1873 | MAG | NorthAmRev | for gold of equal value; and he would have used the gold to buy commodities of equal value, such as lie required to satisfy his wants. So on |
| 1874 | MAG | Atlantic | and the boots remained unchanged, of course the relation of gold to the other commodities would change in proportion; then the farmer would get twelve dollars for his wheat |
| 1874 | MAG | NorthAmRev | gold. The majority of Congress failed to grasp the idea that gold was a commodity in universal demand, and that however little we used it among ourselves, buy |
| 1876 | MAG | Atlantic | material requisite for the carrying on of war, with the exception of the two commodities, gold and saltpetre; and it will not be pretended by any one that |
| 1878 | NEWS | NYT-Ed | to our people. " He is uncommonly severe on the exportation of gold for commodities, especially when it " finds its way into the coffers of British merchants. |
| 1889 | MAG | NewEngYaleRev | as merchandise, and be bought and sold in the market the same as any commodity. A gold dollar would command a premium proportionate to the difference in the nominal |
| 1890 | MAG | Atlantic | bills of credit, and pledged for their redemption, not the gold or other commodities, but merely the good faith, of the colonies. At first the precariousness |
| 1907 | MAG | Nation | our first collapse of credit, we are rapidly- paying for the gold in real commodities Our power to do this has been immensely greater than in the agricultural depression |
| 1917 | MAG | Forum | combined all the qualities of a legal tender to a greater degree than any other commodity except gold. Financial recoupment, brought about through industrial progress and given virility by |
| 1920 | MAG | NewRepublic | of commodities for export beyond any compensation we can usefully tale by way of imported commodities. Gold and remittances and services can not cover this gulf in our trade |
| 1931 | FIC | DaggerJewels | drive him into such a fury as will ruin you. Gold is a scarce commodity at the Palace! " Benvenuto remained firm. " Will your Lordship please tell |
| 1931 | MAG | Nation | any one country attempted to apply it acting alone. If the values of other commodities as compared with gold soared to more than twice their former' levels, the |
| 1931 | NF/ACAD | NewRevisedOutline | time of international finance. Then with the vast importation of silver and gold and commodities into Europe from America, there seems to have been a restoration of a more |
| 1931 | NF/ACAD | EconomicScience | of the total volume of money. One reason is that gold is a durable commodity and hence the monetary stock of gold includes the accumulated production, not of months |
| 1932 | NF/ACAD | EconomicsFoodConsu | opposed to money income. It is thought that if some of the key commodities were included with gold to determine value, variability in price levels would disappear. |
| 1933 | NEWS | NYT-Reg | all criticism. Persons suspicious or critical of the effectiveness of gold purchases in raising commodity prices held that the stand-still indicated an uneasiness on the part of the administration toward |
| 1933 | NEWS | NYT-Ed | was required of it and now could " temporarily be suspended. " Charts of commodity prices and gold prices could be produced to support the thesis, but statistics must |
| 1938 | NEWS | CSMonitor | the seething caldron of Europe Is the gold market. In London. Of all commodities, gold is the most sensitive to war talk. For, in spite of |
| 1940 | TV/MOV | Young Bill Hickok | . They're half-starved. And when men are hungry, gold is a tempting commodity. Do you really intend to recruit an army and take over California? My |
| 1962 | NF/ACAD | ManEconomyState | of ounces, while iron is traded in terms of tons. Relatively valuable money commodities like gold and silver will tend to be traded in terms of smaller units of |
| 1967 | NF/ACAD | WorldHistory | upon west Africa. On the strength of a growing caravan trade, whose main commodities were gold, salt, and slaves, Ghana, the first major west African |
| 1969 | NF/ACAD | MankindOnMoveThe | as nurneraire, in-other words, as money. | In Walras' day this commodity was gold. Now, if we exclude gold (or whatever is used as |
| 1974 | MAG | Time | by government banks; that might enable some nations to exchange gold for another costly commodity, imported oil. The U.S. opposes any move that would enhance the role of |
| 1974 | NEWS | WallStjrnl | , banks, brokerage houses and others are establishing special programs for gold buyers. Commodity exchanges will trade gold futures. And for those disheartened with mutual funds, there |
| 1988 | NEWS | CSMonitor | appropriate changes in national economic policies. // Secretary Baker has suggested the addition of commodity prices, including gold, to other national economic indicators. Such an indicator might |
| 1988 | NEWS | WallStjrnl | a 45, 000 gain in manufacturing jobs in June. On the New York Commodity Exchange Friday, gold for current delivery settled unchanged at $439. 10 an ounce. |
| 1994 | MAG | NatlReview | contract for gold. Indeed, they are free to exchange dollars for gold, commodities, foreign currencies, and foreign financial instruments as they wish. In that important |
| 1994 | MAG | NatlReview | of regulating Reserve Bank credit. Instead, the Fed should use global gold, commodity, financial, and currency market price signals. Let the overnight interest rate float |
| 1994 | MAG | NatlReview | for example, the Fed fund rate is rising, but so are gold and commodity prices. This means policy is still too loose. Indeed, interest rates are |
| 2010 | FIC | Bk:FriendsLikeThese | kingdom where the tribal chief had the habit of dusting himself with gold, a commodity familiar to most of the apartment building's **26;1698;TOOLONG, eminent psychotherapists, and large |
| 2010 | NEWS | CSMonitor | of oil rises, this might be beneficial for the price of gold and other commodities Gold will also benefit if inflation begins to tick up in the global economy |
| 2012 | MAG | Money | 1970s and' 80s. To deal with this threat, many advisers tout commodities or gold. " But you're talking about a general tendency for a payoff |
| 2012 | NEWS | CSMonitor | outcome is not likely given the sharp increase in the price of gold and other commodities One strategist predicts a 36 percent increase in the price of gold to $2,400 |

Prices (620)

Price (322)

4937-0428-4030.1