## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

U.S. COMMODITY FUTURES TRADING
COMMISSION, *et al.,*

      Plaintiffs,

v.

TIME, INC. a/k/a METALS.COM, CHASE
METALS, INC., CHASE METALS, LLC,
BARRICK CAPITAL, INC., LUCAS
THOMAS ERB a/k/a LUCAS ASHER a/k/a
LUKE ASHER, and SIMON BATASHVILI,

      Defendants,

TOWER EQUITY, LLC,

      Relief Defendant.

§§§§§§§§§§§§§§§§§§§

Case No. 3:20-CV-2910-X

## DEFENDANT SIMON BATASHVILI'S MOTION TO CONTINUE DEADLINE TO REFILE ANY MOTION FOR RELEASE OF FUNDS FOR HIS CRIMINAL DEFENSE

TO THE HONORABLE BRANTLEY STARR:

Defendant Simon Batashvili ("Mr. Batashvili") respectfully submits this Motion to Continue the Deadline to Refile any Motion for Release of Funds for his Criminal Defense ("Motion"), asking the Court to continue the 14-day deadline set in its Memorandum and Order (ECF No. 1013) from April 21, 2026 to May 8, 2026. *See* ECF No. 1013. In support of this Motion, Mr. Batashvili shows as follows.

On October 13, 2025, Mr. Batashvili filed a motion requesting that the Court release any untainted assets currently frozen in this case to pay for counsel of his choice in the parallel criminal case pending in this Court, *United States v. Simon Batashvili*, Case No. 3:25-CR-343-X. ECF No.

951. The Commodity Futures Trading Commission ("CFTC") and Court-appointed Receiver subsequently filed responses (ECF Nos. 965-66) to which Mr. Batashvili replied. ECF No. 973. On April 7, 2026, this Court denied Mr. Batashvili's motion but granted him "leave to refile the motion under seal within fourteen (14) days of the issuance of this order" in order to identify the untainted funds he seeks and substantiate their need. ECF No. 1013 at 2. Fourteen days from the Court's order is April 21, 2026.

Mr. Batashvili has retained forensic accountant Alicia Alvarez to conduct an analysis of the financial records and other documents in order to identify any untainted funds. Ms. Alvarez is currently preparing for trial in *Julie Schragin, Zavate LLC, Zavate Apparel LLC v. Hong "Jessie" Qian, et al.*, Case Notice 26-BC01A-0021, in Texas Business Court before Judge Andrea Bouressa. The *Schragin* trial is set to begin on April 23, 2026 and last one day. Ms. Alvarez has informed counsel she will need at least two uninterrupted weeks to conduct the required analysis in this matter.

Therefore, Mr. Batashvili is requesting an extension of the April 21, 2026 deadline to May 8, 2026, which is roughly two weeks after Ms. Alvarez's testimony in *Schragin*, to refile his motion, if any, so that Ms. Alvarez has the necessary time to conduct an analysis.

Dated: April 15, 2026.

Respectfully submitted,

*/s/ Jeff Ansley*
Jeffrey J. Ansley
State Bar No. 00790235
jansley@vedder.com
Arianna G. Goodman
State Bar No. 24109938
agoodman@vedder.com
Katherine M. Devlin
State Bar No. 24094372
kdevlin@vedder.com
**VEDDER, PC**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4790 (Ansley)

**ATTORNEYS FOR DEFENDANT
SIMON BATASHVILI**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system on this 15th day of April, 2026.

By: */s/ Jeff Ansley*
Jeffrey J. Ansley

## CERTIFICATE OF CONFERENCE

On April 15, 2026, I conferred with counsel for the Plaintiffs and the Receiver regarding this motion. Counsel for the Receiver, Peter Lewis, indicated the Receiver is unopposed to the requested relief. CFTC counsel, Danielle Karst, indicated that Plaintiffs CFTC and the States are opposed to the requested relief.

By: */s/ Katherine Devlin*
Katherine M. Devlin